B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. <u>Services Available from Credit Counseling Agencies</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **<u>before</u>** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. <u>The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors</u>

<u>**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**</u>
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
### District of Colorado

IN RE:

Case No. _____

**Brundage-Bone Concrete Pumping, Inc.**

Chapter **11**

<p align="center">Debtor(s)</p>

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Printed Name and title, if any, of Bankruptcy Petition Preparer | Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| Address: | |

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Brundage-Bone Concrete Pumping, Inc.** _____      **X** */s/* _____      **1/18/2010**

Printed Name(s) of Debtor(s)                      Signature of Debtor                      Date

Case No. (if known) _____      **X** _____

                                              Signature of Joint Debtor (if any)                      Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Brundage-Bone Concrete Pumping, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Schedule Attached** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **84-0972141** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6461 Downing St**<br>**Denver, CO**          ZIPCODE **80229-7225** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):          ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Denver** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)          ZIPCODE | Mailing Address of Joint Debtor (if different from street address):          ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**6461 Downing St, Denver, CO**          ZIPCODE **80229-7225** | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                       Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Brundage-Bone Concrete Pumping, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**JLS Concrete Pumping, Inc.** | Case Number: | Date Filed:<br>**01/18/2010** |
|---|---|---|
| District:<br>**U.S. Bankruptcy Court For The District Of Colorado** | Relationship:<br>**Subsidiary Of Debtor** | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)                        Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                                    Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Brundage-Bone Concrete Pumping, Inc.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney\***

X */s/ Harvey Sender*
Signature of Attorney for Debtor(s)

**Harvey Sender 7546**
**Sender & Wasserman, P.C.**
**1660 Lincoln St. Suite 2200**
**Denver, CO  80264**
**(303) 296-1999  Fax: (303) 296-7600**
**sender@sendwass.com**

**January 18, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Bruce F. Young*
Signature of Authorized Individual

**Bruce F. Young**
Printed Name of Authorized Individual

**President/CEO**
Title of Authorized Individual

**January 18, 2010**
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Brundage-Bone Concrete Pumping, Inc.</u>                    Case No. _____

<div align="center">Debtor(s)</div>

<div align="center">

**VOLUNTARY PETITION**
**Continuation Sheet - Page 1 of 1**

</div>

All Other Names used by the Debtor in the last 8 years:

> **ods JLS Concrete Pumping, Inc.**
> **ods Beton Equipco, Inc.**
> **ods Beton Insurance Company, Inc.**
> **ods Brundage-Bone Concrete Pumping, LTD**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                        Case No. _____

**Brundage-Bone Concrete Pumping, Inc.**                      Chapter **11**
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **GE Commercial Finance**<br>**Aka GE Capital Solutions**<br>**519 Virginia Dr**<br>**Fort Washington, PA  19034** | **Chris Waltrich, Vice President**<br>**(215) 654-5484** | **Bank loan** | | **8,662,525.00**<br>**Collateral:**<br>**1,500,000.00**<br>**Unsecured:**<br>**7,162,525.00** |
| **Commerce Bank Leasing, Inc.**<br>**8000 Forsyth Blvd**<br>**Saint Louis, MO  63105-1797** | **Sherry Antonakos, Vice President**<br>**(314) 746-3846** | **Bank loan** | | **2,321,716.51**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**2,321,716.51** |
| **Key Bank National Association**<br>**1675 Broadway Ste 200**<br>**Denver, CO  80202-4629** | **Dan Willetts, Sr. Vice President**<br>**(720) 904-4371** | **Bank loan** | | **23,903,961.50**<br>**Collateral:**<br>**22,016,920.28**<br>**Unsecured:**<br>**1,887,041.22** |
| **Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | **Debbie Ward, Vice President**<br>**(503) 886-2636** | **Bank loan** | | **1,177,500.00**<br>**Collateral:**<br>**1,000,000.00**<br>**Unsecured:**<br>**1,177,500.00** |
| **Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | **Debbie Ward, Vice President**<br>**(503) 886-2636** | **Bank loan** | | **7,802,733.00**<br>**Collateral:**<br>**34,256,317.04**<br>**Unsecured:**<br>**1,019,029.96** |
| **PNC Equipment Finance**<br>**Two PNC Plaza, 13th Floor**<br>**620 Liberty Ave**<br>**Pittsburgh, PA  15222-2722** | **Robert Reichenbach**<br>**(417) 768-6109** | **Bank loan** | | **4,662,727.38**<br>**Collateral:**<br>**8,487,467.66**<br>**Unsecured:**<br>**685,229.94** |
| **People's Capital And Leasing Corp.**<br>**255 Bank St**<br>**Waterbury, CT  06702-2219** | **Jeffrey A. Kennedy, Vice President**<br>**(203) 591-2718** | **Bank loan** | | **3,824,977.08**<br>**Collateral:**<br>**3,533,598.89**<br>**Unsecured:**<br>**291,378.19** |
| **Key Equipment Finance, Inc.**<br>**1000 S McCaslin Blvd**<br>**Superior, CO  80027-9456** | **Cynthia George, Vice President**<br>**(720) 304-1438** | **Bank loan** | | **5,287,087.61**<br>**Collateral:**<br>**9,718,316.10**<br>**Unsecured:**<br>**164,839.29** |
| **Putzmeister, Inc.**<br>**1733 90th Street**<br>**Sturtevant, WI  53177** | **(262) 886-3200** | **Trade debt** | | **95,151.01** |
| **Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | **Debbie Ward, Vice President**<br>**(503) 886-2636** | **Bank loan** | | **1,589,240.00**<br>**Collateral:**<br>**1,500,000.00**<br>**Unsecured:**<br>**89,240.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | **Debbie Ward, Vice President**<br>**(503) 886-2636** | **Bank loan** | **1,044,000.00**<br>**Collateral:**<br>**1,000,000.00**<br>**Unsecured:**<br>**44,000.00** |
| **Fireman's Fund Insurance**<br>**Dept. CH 10284**<br>**Palatine, IL  60055** | | | **40,450.50** |
| **Sun Coast Resources, Inc.**<br>**6922 Cavalcade**<br>**Houston, TX  77028** | **(713) 844-9600** | | **26,552.16** |
| **Lone Star Bank**<br>**2700 Bee Caves Rd Ste 100**<br>**Austin, TX  78746-5678** | **Van P. Swift, Sr. Vice President**<br>**(512) 330-9683** | **Bank loan** | **1,024,112.00**<br>**Collateral:**<br>**1,000,000.00**<br>**Unsecured:**<br>**24,112.00** |
| **Michelin North America**<br>**12398 Collections Center Dr.**<br>**Chicago, IL  60693-0009** | **(800) 382-2456** | | **22,459.89** |
| **Littlefield Oil Co.**<br>**3403 Cavanaugh Road**<br>**Fort Smith, AR  72908** | | | **18,771.12** |
| **Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL  60674** | **(800) 223-3676** | | **14,858.87** |
| **General Motors Acceptance Corp.**<br>**PO Box 9001948**<br>**Louisville, KY  40290-1948** | **(800) 200-4622** | **Bank loan** | **14,123.80**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**14,123.80** |
| **Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL  60674** | **(800) 223-3676** | | **14,002.09** |
| **SOPUS Products**<br>**PO Box 7247-6236**<br>**Philadelphia, PA  19170-6236** | | | **13,258.70** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **January 18, 2010**          Signature:  ***/s/ Bruce F. Young***

**Bruce F. Young, President/CEO**

(Print Name and Title)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| BRUNDAGE-BONE | ) | Case No. 10-_____ |
| CONCRETE PUMPING, INC. | ) | Chapter 11 |
| EIN: 84-0972141 | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| In re | ) | |
| | ) | Case No. 10-_____ |
| JLS CONCRETE PUMPING, INC. | ) | Chapter 11 |
| EIN: 84-0972141 | ) | |
| | ) | |
| Debtor. | ) | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

BRUNDAGE-BONE CONCRETE PUMPING, INC. ("Brundage-Bone") and JLS CONCRETE PUMPING, INC. ("JLS") (Brundage-Bone and JLS are hereinafter sometimes collectively referred to as the "Debtors"), as debtors and debtors in possession in the above-captioned Chapter 11 cases have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and collectively with the "Schedules," the "Schedules and Statements") in the United States Bankruptcy Court for the District of Colorado (the "Bankruptcy Court"). The Debtors, with the assistance of their counsel and advisors, prepared the Schedules and Statements in accordance with Section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Bruce F. Young has signed each set of the Schedules and Statements for Brundage-Bone. Mr. Young serves as the President and Chief Executive Officer or authorized signatory for Brundage-Bone. In reviewing and signing the Schedules and Statements, Mr. Young has necessarily relied upon the efforts, statements and representations of various personnel of the Debtors. Mr. Young has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

Jeffrey L. Switzer has signed each set of the Schedules and Statements for JLS.  Mr. Switzer serves as the President and Chief Financial Officer or authorized signatory for JLS. In reviewing and signing the Schedules and Statements, Mr. Switzer has necessarily relied upon the

efforts, statements and representations of various personnel of the Debtors. Mr. Switzer has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

The Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.[1]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' reasonably best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary and appropriate.

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 cases, including, without limitation, any issues involving substantive consolidation, equitable subordination, defenses or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant applicable laws to recover assets or avoid transfers.

**Re-characterization.**   Notwithstanding that the Debtors have made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtors reserve all rights to re-characterize, reclassify, re-categorize or re-designate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

**Liabilities.** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research

---

[1] The Global Notes are in addition to the specific notes contained in each Debtor's Schedules and Statements.  The fact that the Debtors have prepared a "specific note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' remaining Schedules and Statements.

is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend and supplement the Schedules and Statements as is necessary and appropriate.

**Insiders.** For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code. Persons listed as "insiders," if any, have been included for informational purposes only. The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual, or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Intercompany Claims.** Certain receivables and payables among the Debtors in these Chapter 11 cases and their affiliates (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims") are reported on Schedule F, and incorporated into Schedule B. The listing of these amounts is not and shall not be construed as an admission of the characterization of such balances, as debt, equity or otherwise. In addition, certain Intercompany Claims recorded on the Debtors' books and records cannot be segregated by specific legal entity. Additional information regarding the Intercompany Claims is addressed in Cash Management portion of the Debtors' Motion Seeking Expedited Entry of Orders.

**Executory Contracts.** The Debtors have set forth certain executory contracts as assets in the Schedules and Statements. The Debtors' executory contracts have also been listed in Schedule G.

**Setoffs.** The Debtors routinely incur certain setoffs and other similar rights from customers or suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items, including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties and other disputes between the Debtors and their customers and/or suppliers. These normal setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industries and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, setoffs are not independently accounted for, and as such, are excluded from the Schedules and Statements.

**Classifications.** Listing a claim (1) on Schedule D as "secured," (2) on Schedule E as "priority," (3) on Schedule F as "unsecured," or (4) listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to re-characterize or reclassify such claim or contract.

**Claims Description.** Any failure to designate a claim on a given Debtors' Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve

3

all rights to dispute any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability, classification or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

**Causes of Action.** Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Summary of Significant Reporting Policies.** The following is a summary of significant reporting policies:

(a) Foreign Currency. Unless otherwise indicated, all amounts are reflected in U.S. dollars. Foreign currency has been translated to U.S. dollars using translation rates as of the Petition Date.

(b) Undetermined Amounts. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

(c) Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(d) Current Market Value - Net Book Value. In certain instances, including the valuations for the Debtors' owned equipment, current market valuations are neither maintained by, nor readily available to, the Debtors. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of October 31, 2009. Market values may vary, at some times materially, from net book value listed. Also, assets that have been fully depreciated or that were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

(f) Excluded Assets and Liabilities. The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: goodwill; and accrued liabilities including, but not limited to, accrued salaries and employee benefits, tax accruals and accrued accounts payable. Other immaterial assets and liabilities may also have been excluded.

**Global Notes Control.** In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

4

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                                    Case No. _____

**Brundage-Bone Concrete Pumping, Inc.** _____   Chapter **11** _____
<span style="margin-left:2em">Debtor(s)</span>

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 69,741,828.00 | 2005 Federal Income Tax Returns (11/1/2005 to 10/31/2006) |
| 55,522,553.00 | 2006 Federal Income Tax Returns (11/1/2006 to 10/31/2007) |
| 40,158,636.00 | 2007 Federal Income Tax Returns (11/1/2007 to 10/31/2008) |

## 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  |  | AMOUNT PAID OR VALUE OF |  |
|---|---|---|---|
| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | TRANSFERS | AMOUNT STILL OWING |
| **See Attached Spreadsheet** |  | 0.00 | 0.00 |

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Marco Crane & Rigging Co., v. PFG Construction, Inc., et al., Case No. CV2009-009463** | **Mechanic's lien foreclosure** | **AZ-Maricopa County** | **Pending** |
| **Darryl Edward Richmond, Sr., v. Brundage-Bone Concrete Pumping, Inc., et al., Case No. CT00297309** | **Injury** | **TN-Shelby County** | **Pending** |
| **Eric Todd McDonald and Tracy McDonald v. Brundage-Bone Concrete Pumping, Inc., et al., Case No. 00297409** | **Injury** | **TN-Shelby County** | **Pending** |
| **Eric Neil, et al. v. Brundage-Bone Concrete Pumping, Inc., Case No. 09-2-13721-8** | **Injury** | **WA-King County** | **Pending** |
| **Darin Sawyer and Catherine Sawyer v. Brundage-Bone Concrete Pumping, Inc., et al., Case No. 09CECG02298** | **Wrongful discharge and other claims** | **CA-Fresno** | **Pending** |

**Tardiff Law Offices, and Weiss and Van Scoyk, LLP are representing the debtor in connection with this matter.**

| | | | |
|---|---|---|---|
| **United Rentals Northwest, Inc., v. PFG Construction, Inc., et al., Case No. CV2009-008410** | **Mechanic's lien foreclosure** | **AZ-Maricopa County** | **Pending** |
| **Marco Crane & Rigging Co., v. PFG Construction, Inc., et al., Case No. CV2009-009463** | **Mechanic's lien foreclosure** | **AZ-Maricopa County** | **Pending** |
| **Action Concrete v. Brundage-Bone Concrete Pumping, Inc.** | **Non-compete with former employer** | **TN** | **Pending** |
| **State Farm Mutual Automobile Ins. Co.  v. Derek C. Baca, Brundage-Bone Concrete Pumping, Inc., et al., Case No. MCV047516** | **Accident/Subrogation** | **CA-Madera County** | **Pending** |
| **Brundage-Bone Concrete Pumping, Inc. v. Alan E. Benavidas, Case No. A556717** | **Former employee - embezzlement.** | **NV-Clark County** | **Judgment entered in favor of the debtor and against the defendant** |

**Armstrong Teasdale, LLP, and Weiss and Van Scoyk, LLP are representing the debtor in connection with this matter.**

| | | | |
|---|---|---|---|
| **Francisco Hernandez  v. Brundage-Bone Concrete Pumping, Inc., Case No.** | **Accident/Job Site** | **TX-Harris County** | **Pending** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

08CV73700

| | | | |
|---|---|---|---|
| **James E. Coons v. Brundage-Bone Concrete Pumping, Inc., Case No. 09CV07233** | **Suit on Promissory Note** | **KS-Johnson County** | **Pending - Trial set for April 28, 2010** |

**Armstrong Teasdale, LLP, and Weiss and Van Scoyk, LLP are representing the debtor in connection with this matter.**

| | | | |
|---|---|---|---|
| **Jeff Krohlow v. Brundage-Bone Concrete Pumping, Inc., Case No. WC604-891936-00** | **Workers' Comp** | **OR** | **Pending** |
| **Darin Sawyer v. Brundage-Bone Concrete Pumping, Inc., Case No. ADJ6491164** | **Workers' Comp** | **CA-Workers' Compensation Appeals Board** | **Pending** |
| **In re Thomas Cecil Williams, Jr. and Janice Lee Williams, Chapter 7 Case No. 09-36740-ELP** | **Bankruptcy - Chapter 7** | **U.S. Bankruptcy Court for the District of Oregon** | **Debtors discharged on 11/30/2009.** |
| **Pacific Northwest Collections, Inc. v. Stephan Heinz and Heather R. Heinz, Case No. 84-004307** | **Garnishment** | **WA-King County** | **Pending** |
| **Christian J. Smith  v. Brundage-Bone Concrete Pumping, Inc., Case No. CV2009-026880** | **Personal Injury** | **AZ-Maricopa County** | **Pending** |
| **Merchants Credit Corporation v. James Stanton and Alexis Stanton, Case No. 93-12105** | **Continuing garnishment on earnings** | **WA-King County** | **Pending** |
| **CF Capital Finance, Inc. v. Matthew Bess, Case No. CV03-01288RA** | **Garnishment** | **AZ-Maricopa County** | **Pending** |
| **John Stumpf and Cynthia Stump v. Wesley J. Yancy and BBCP, Case No. 2009CI16899** | **Personal Injury - Accident** | **TX- Bexar County** | **Pending** |
| **Sheri Waller, et al. v. BBCP** | **Personal Injury - Accident** | **WA-King County** | **Pending** |
| **Murieta Oaks Nursery v. Advanced Contracting and Service, Inc., et al., Case No. RIC501042** | **Mechanic's lien foreclosure** | **CA-Riverside County** | **Pending** |
| **United Rentals Northwest, Inc. v. PFG Construction, et al., Case No. CV2009-008410** | **Mechanic's lien foreclosure** | **AZ-Maricopa County** | **Pending** |
| **Ruben Trujillo v. BBCP, et al., Case No. 09 2 05279 8** | **Personal Injury - job site accident** | **WA-Clark County** | **Pending** |
| **Thomas Cecil Williams, Jr. and Janice Lee Williams, Case No. 09-36740-ELP7** | **Bankruptcy - Chapter 7** | **OR-Bankruptcy court** | **Pending** |
| **Farnsworth Wholesale Company v. Master Plumbing Corporation, Brundage-Bone Concrete Pumping, Inc., et al.., Case No. CV2009-090389** | **Mechanic's lien foreclosure** | **AZ-Maricopa County** | **Pending** |
| **TNT Grading, Inc. v. 361 Group Construction Services, Inc., et al., Case No. RIC495881** | **Mechanic's lien foreclosure** | **CA-Riverside** | **Pending** |
| **Marco Crane & Rigging Co., v. PFG Construction, Inc., et al., Case No. CV2009-009463** | **Mechanic's lien foreclosure** | **AZ-Maricopa County** | **Pending** |
| **Cedar Landscape, Inc. v. Sophia's View, LLC, Brundage-Bone Concrete Pumping, Inc., et al., Case No.** | **Mechanic's lien foreclosure** | **OR-Multnomah County** | **Pending** |

090608600

| | | | |
|---|---|---|---|
| General Electric Capital Corp. v. Brundage-Bone Concrete Pumping, Inc., et al., Case No 2009cv3874 | Breach of lease. | Denver County District Court, State of Colorado 1437 Bannock Street Denver, CO 80202 | Dismissed on July 6, 2009. |
| Vidal Gaspar v. Brundage-Bone Concrete Pumping, Inc., Case No. 200981417 | Tort action - Negligence, loss of consortium, and loss of services. | Harris County Court, Texas 201 Caroline, Houston, TX 77002 | Pending. |
| Hilltop Group, Inc. v. Brundage-Bone Concrete Pumping, Inc., et al., Case No. 37-2009-00063181-CL-CL-NC | Breach of Contract | Superior Court of California, County of San Diego, North County Division | Pending. |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Sender & Wasserman, P.C. 1660 Lincoln Street, Suite 2200 Denver, CO 80264 | 12/5/2008 to Petition Date. | 253,195.44 |
| Weiss And Van Scoyk, LLP Attn: Ward Van Scoyk 600 S Lincoln Ave Ste 202 Steamboat Springs, CO 80487-8917 | 12/8/08 to 10/30/09 | 17,631.73 |

Weiss and Van Scoyk have been counsel for the debtor in general business transactions and legal matters since 1983.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR 97201-5667** | **Business checking account**<br>**Account #4030015960** | **Typical account balance was $500.00**<br>**Account closed in February, 2009** |
| **Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR 97201-5667** | **Business checking account**<br>**Account #4945062883** | **Typical account balance was $500.00**<br>**Account closed in February 2009.** |

**12. Safe deposit boxes**

None ☑    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑    List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **JLS Concrete Pumping, Inc.** | **84-0972141** | **6461 Downing St Denver, CO 80229-7225** | **Concrete Pumping.** | **November 25, 2002 to the present.** |

**JLS is a wholly owned subsidiary. JLS filed for Chapter 11 bankruptcy relief with this Court on January 18, 2009.**

| | | | | |
|---|---|---|---|---|
| **Beton Equipco, Inc.** | **84-1145776** | **6475 Downing St Denver, CO 80229-7225** | **Acquiring and selling concrete pumping equipment.** | **April, 1990 to the present.** |

**Beton Equipco is a wholly owned subsidiary. This entity is not active, has no assets, no liabilities, no obligations, and no employees.**

| | | | | |
|---|---|---|---|---|
| **Beton Insurance Company, Inc.** | **20-2200530** | **6461 Downing St Denver, CO 80229-7225** | **Insurance Holding Company** | **October 20, 2004 to the present.** |

**Beton Insurance is a wholly owned subsidiary. This entity is not active, has no assets, no liabilities, no obligations, and no employees.**

| | | | | |
|---|---|---|---|---|
| **Brundage-Bone Concrete Pumping, LTD** | **831689021** | | | |

**LTD is a wholly owned subsidiary registered in Alberta, Canada. This LTD is not active, has no assets, no liabilities, no obligations, and no employees. This LTD is qualified to do business in Alberta, British Columbia, Saskatchewan, and Manitoba.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None
☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Timothy W. Schieck**<br>**Brundage-Bone Concrete Pumping, Inc.**<br>**6461 Downing St**<br>**Denver, CO  80229-7225** | **1987 to the present.** |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Wilson Downing Group, LLC**<br>**215 Union Blvd Ste 215**<br>**Lakewood, CO  80228-1840**<br><br>**Accountants.** | **November, 1984 to the present** |
| **Cloyses Partners, LLC**<br>**Attn: William S. Mackenzie**<br>**1441 18th St Ste 200**<br>**Denver, CO  80202-1256**<br><br>**Financial advisor/consultant.** | **February, 2009 to the present** |
| **Green Manning & Bunch, LTD**<br>**Attn: Aaron Bachik**<br>**3600 Republic Plaza, 370 17th St.**<br>**Denver, CO  80202**<br><br>**Financial advisor/consultant.** | **July, 2009 to the present** |

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Timothy W. Schieck**
**Brundage-Bone Concrete Pumping, Inc.**
**6461 Downing St**
**Denver, CO  80229-7225**

**Wilson Downing Group, LLC**
**215 Union Blvd Ste 215**
**Lakewood, CO  80228-1840**

None
☑    d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| DATE OF INVENTORY<br>**October 31, 2009** | INVENTORY SUPERVISOR<br>**Multiple supervisors at multiple locations.** | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis)<br>**Dallas: $242,922.97**<br>**Denver: $203,697.56**<br>**PSE: $1,399,291.37**<br>**Portland: $191,345.32**<br>**Phoenix: $194,392.36**<br>**Fayetteville: $28,256.87**<br>**Springfield: $93,115.58**<br>**Oklahoma City: $37,897.26**<br>**Wichita: $64,892.05**<br>**Tulsa: $37,042.50**<br>**Houston: $34,297.18**<br>**Austin: $66,120.49**<br>**Little Rock: $13,642.64**<br>**San Antonio: $37,722.21**<br>**TOTAL INVENTORY: $2,644,636.36** |
|---|---|---|

**Inventory for parts.**

None ☐  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY<br>**October 31, 2009** | NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS<br>**Timothy W. Schieck**<br>**Brundage-Bone Concrete Pumping, Inc.**<br>**6461 Downing St**<br>**Denver, CO  80229-7225** |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Bruce F. Young**<br>**6461 Downing St**<br>**Denver, CO  80229-7225** | **President/CEO/Director** | **5.24%** |
| **Jack W. Brundage**<br>**1037 4th Avenue N.**<br>**Kent, WA  98032** | **Senior Vice President/Chairman of the Board/Director** | **26.02%** |
| **Dale G. Bone**<br>**1037 4th Ave N**<br>**Kent, WA  98032-2943** | **Senior Vice President/Vice Chairman of the Board** | **26.67%** |
| **R. Bruce Woods**<br>**350 W 700 S**<br>**Pleasant Grove, UT  84062-3571** | **Senior Vice President** | **5.24%** |
| **Randal A. Waterman**<br>**6461 Downing St**<br>**Denver, CO  80229-7225** | **Senior Vice President/COO-Non Union Locations** | **4.70%** |
| **John G. Hudek**<br>**6461 Downing St**<br>**Denver, CO  80229-7225** | **Secretary/Treasurer/CFO** | **5.24%** |
| **Timothy W. Schieck**<br>**6461 Downing St**<br>**Denver, CO  80229-7225** | **Assistant Secretary/Assistant Treasurer** | **0.18%** |
| **Dale C. Bone**<br>**1037 4th Ave N**<br>**Kent, WA  98032-2943** | **Vice President** | **5.24%** |
| **Gregory A. White**<br>**2001 Hinton Dr**<br>**Irving, TX  75061-5626** | **Vice President** | **4.53%** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Charles Bustos**<br>6461 Downing St<br>Denver, CO  80229-7225 | **Vice President** | **0.35%** |
| **William Keith Wood**<br>101 Precision<br>Buda, TX  78610 | **Vice President** | **0.04%** |
| **Jeffrey L. Switzer**<br>2055 N Ventura Ave<br>Ventura, CA  93001-1308 | **COO-Union<br>Locations/Director** | **5.24%** |
| **Daryl J. Heinz**<br>156 S Lookout Mtn Rd<br>Golden, CO  80401-9557 | | **5.24%** |

**22. Former partners, officers, directors and shareholders**

None [✓] a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None [ ] b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Daryl J. Heinz**<br>156 S Lookout Mtn Rd<br>Golden, CO  80401-9557 | | **July, 2009** |

**23. Withdrawals from a partnership or distributions by a corporation**

None [ ] If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| **Jack W. Brundage**<br>1037 4th Ave N<br>Kent, WA  98032-2943<br>**Senior Vice President/Chairman of the<br>Board/Director** | **November, 2008, December,<br>2008, and January, 2009. For<br>stock redemption.** | **$540,000.00 total.** |
| **Dale G. Bone**<br>1037 4th Ave N<br>Kent, WA  98032-2943<br>**Senior Vise President/Vice Chairman of the Board** | **December, 2008, and January,<br>2009. For stock redemption.** | **$100,000.00 total.** |
| **Beton Equipco, Inc.**<br>6475 Downing St<br>Denver, CO  80229-7225<br>**Subsidiary** | **January, 2009. For tax purposes.** | **$5,000.00** |

**24. Tax Consolidation Group**

None [✓] If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None [ ] If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION PLAN | TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| **Western Washington Laborers-Employers<br>Retirement Fund.** | |

**The Debtor contributes to this pension trust fund per the collective bargaining agreement with the Washington and Northern Idaho District Council of Laborers dated March 10, 2008.**

**ACG-Operating Engineer Trust Fund.**

**The Debtor contributes to this pension trust fund per the Unit A collective bargaining labor union Agreement dated November 1, 2006 with the International Union of Operating Engineers Local 701.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Individual pension retirement funds.**

**The Debtor contributes to this pension trust fund per the Unit B collective bargaining labor union Agreement dated November 1, 2006 with the International Union of Operating Engineers Local 701.**

**Wells Fargo 401(k) Retirement Savings Plan.**

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 18, 2010**                     Signature: ***/s/ Bruce F. Young***

**Bruce F. Young, President/CEO**

<div align="right">Print Name and Title</div>

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**43** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Brundage-Bone Concrete Pumping, Inc.**

**Exhibit SCH B Q35**

**Payments to creditors made within the last 90 days**

| ID | Name | | Date of Payment | Balance |
|---|---|---|---|---|
| BB2/80 | Brundage-Bone Concrete Pumping | | 10/19/2009 | 1,500.00 |
| BOAM | Bank of America | | 10/19/2009 | 253.87 |
| CLOYSES | Cloyses Partners, LLC | | 10/19/2009 | 25,000.00 |
| FUELMASTERS | Fuel Masters LLC #00-1401270 | (500) | 10/19/2009 | 13,956.45 |
| WEFS | Wright Express Financial Services # 5567 3400 0302 3904 | | 10/19/2009 | 38,121.17 |
| WELLSF | Wells Fargo | | 10/19/2009 | 6,861.51 |
| CNHC | CNH Capital / CRA Payment Center # 1693 | | 10/20/2009 | 11,704.20 |
| DICKENSHEET | Dickensheet & Associates, Inc | | 10/20/2009 | 11,000.00 |
| WELLSF | Wells Fargo | | 10/20/2009 | 386,050.93 |
| WELLSF | Wells Fargo | | 10/20/2009 | 7,251.72 |
| WELLSF | Wells Fargo | | 10/20/2009 | 23,225.87 |
| WOODALL-XPS | Woodall, Wes | (370) | 10/20/2009 | 1,100.00 |
| ENT1 | Enterprise Fleet Services #137009 | | 10/21/2009 | 91,416.01 |
| AROAD-06 | AT Road Inc./ Trimble Navigation Ltd. #116453 | (All) | 10/22/2009 | 31,828.58 |
| ATLLP | Armstrong Teasdale LLP * | (10) | 10/22/2009 | 1,393.00 |
| AZDOR | Arizona  Dept of Revenue 29009 | | 10/22/2009 | 359.98 |
| BB040 | Brundage-Bone/Washington- 40 | | 10/22/2009 | 3,261.28 |
| BB080 | Brundage-Bone/RPS-80 | | 10/22/2009 | 453.96 |
| BB080 | Brundage-Bone/RPS-80 | | 10/22/2009 | 1,328.65 |
| BB081 | Brundage-Bone/Branch -81 | | 10/22/2009 | 9,000.00 |
| BB290 | Brundage-Bone/Wichita-290 | | 10/22/2009 | 8,560.50 |
| BB290 | Brundage-Bone/Wichita-290 | | 10/22/2009 | 5,296.03 |
| BLACK-XPS | Black, Daron | (90) | 10/22/2009 | 40.64 |
| BODINEK-XPS | Bodine, Kody | (400) | 10/22/2009 | 125.00 |
| BUTLER-XPS | Butler, Mike    (290) Iowa Falls | | 10/22/2009 | 40.00 |
| CERIDIAN | Ceridian Benefits Services | (10) | 10/22/2009 | 697.54 |
| CLARKK-PT | Clark, Kasey | (90) | 10/22/2009 | 233.17 |
| COIRO-XPS | Coiro, David | (180) | 10/22/2009 | 109.01 |
| COWHTX | Colorado Department of Revenue | | 10/22/2009 | 1,399.00 |
| DOMINGUE-XPS | Dominguez, Modesto Jr. | (460) | 10/22/2009 | 158.84 |
| EDD | Employment Delvelopment Dept. | | 10/22/2009 | 80.91 |
| EWELLD-XPS | Ewell, Dale | (90) | 10/22/2009 | 204.90 |
| GDPS | Georgia Department of Safety | | 10/22/2009 | 1,112.50 |
| GOSS-XPS | Goss, Charles | (180) | 10/22/2009 | 260.00 |
| GRUTJ-XPS | Grutzius, Jennifer | (180) | 10/22/2009 | 639.00 |
| GUSTIN-XPS | Gustin. Steven | (400) | 10/22/2009 | 100.00 |
| HELTZEL-XPS | Heltzel, Scott | (400) | 10/22/2009 | 25.00 |
| HENSHAW-XPS | Henshaw, Bill | (40*) | 10/22/2009 | 7,401.36 |
| HULLS-XPS | Hull, Season | (90) | 10/22/2009 | 55.79 |
| IDTD | Idaho Transp. Dept. #4024974 | | 10/22/2009 | 4,006.48 |
| JOINER-XPS | Joiner, Keith | (50) | 10/22/2009 | 1,032.64 |
| KSDOR1 | Kansas Department of Revenue | | 10/22/2009 | 681.00 |
| LATTY-XPS | Latty, Jon    (180) | | 10/22/2009 | 72.63 |
| LOVELESS-XPS | Loveless, Tom | (250-Lubbock) | 10/22/2009 | 100.00 |
| MCGHCC | McGraw Hill Construction/Constructor | | 10/22/2009 | 119.00 |
| MCTAGGART | McTaggart, Jarod | (290) | 10/22/2009 | 60.00 |
| MOWHTX | Missouri Department of Revenue | | 10/22/2009 | 203.60 |
| NAEGELE-XPS | Naegele, Chris | (290) | 10/22/2009 | 60.00 |
| NIELD-XPS | Nield, Troy (90) | | 10/22/2009 | 25.03 |
| ODR2 | Oregon Dept of Revenue (14800) | | 10/22/2009 | 1,758.00 |
| OKTAX3 | Oklahoma Tax Commission | | 10/22/2009 | 2,405.75 |
| OKTAX-3 | Oklahoma Tax Commission | | 10/22/2009 | 1,838.00 |
| PENA-XPS | Pena, Adams | (50) | 10/22/2009 | 50.00 |

**Brundage-Bone Concrete Pumping, Inc.**

**Exhibit SCH B Q35**

**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| RICHMAN-XPS | Richman, Gayle | (90) | 10/22/2009 | 99.92 |
| RODAR | Rodarte* | | 10/22/2009 | 331.09 |
| RODDA-XPS | Rodda, Bill | (180) | 10/22/2009 | 1,679.15 |
| SCHIECK-PC | Timothy W. Schieck | (10) | 10/22/2009 | 349.85 |
| STRICKLA-XPS | Strickland, Dan (50) | | 10/22/2009 | 100.00 |
| STROTHER-XPS | Strother, Scott | (400) | 10/22/2009 | 50.00 |
| THORNWAL-XPS | Thornwall, Travis | (50) | 10/22/2009 | 8.68 |
| TILANDER-XPS | Tilander, Charles | ((290) Iowa Falls | 10/22/2009 | 80.00 |
| TPL | Transport Permits LTD  -  * | (All) | 10/22/2009 | 153.00 |
| UHC-02 | United HealthCare Insurance Co.  * | | 10/22/2009 | 217,793.41 |
| UHC-02 | United HealthCare Insurance Co.  * | | 10/22/2009 | 218,207.34 |
| WATERRO-XPS | Waterman, Romaine | (180) | 10/22/2009 | 722.73 |
| WF401K | Wells Fargo Bank, 401K | | 10/22/2009 | 9,836.07 |
| WF401L | Wells Fargo Bank, 401K Loans | | 10/22/2009 | 1,395.64 |
| WFFICA | Wells Fargo Bank,  FICA | | 10/22/2009 | 87,299.22 |
| WOODSBR-XPS | Woods, Bruce | (90*) | 10/22/2009 | 6,096.31 |
| ACCCSTEFFEN | Adams County Combined Court | | 10/23/2009 | 25.00 |
| AGT | Attorney General of Texas | | 10/23/2009 | 2,758.71 |
| AZCHLD | Arizona--Clerk of the Court | | 10/23/2009 | 685.75 |
| CASDU | CA State Disbursement Unit | | 10/23/2009 | 161.53 |
| CHP13HAMMOND | Laurie B. Williams Trustee | | 10/23/2009 | 125.00 |
| CLOYSES | Cloyses Partners, LLC | | 10/23/2009 | 25,000.00 |
| CSSFSRGA | Child Support Services, Family Support Reg. | | 10/23/2009 | 177.42 |
| DAVIDHOWE | David M Howe, Trustee | | 10/23/2009 | 864.02 |
| FSPCMO | Family Support Payment Center | | 10/23/2009 | 86.75 |
| FSR | Family Support Registry-CO | | 10/23/2009 | 411.04 |
| HAMEROFFLAVI | Hameroff/Lavinsky Law Firm, P.C. | | 10/23/2009 | 13.95 |
| HANRATTYROB | Hanratty Roberts Law Group | | 10/23/2009 | 111.64 |
| HESAA | Higher Education Student Assist. | | 10/23/2009 | 94.80 |
| HOOLEY | Gabe Hooley | | 10/23/2009 | 123.71 |
| IDCHD1 | Idaho Child Support Receipting | | 10/23/2009 | 138.46 |
| IRSJACKSON | IRS | | 10/23/2009 | 60.00 |
| IRS-RIVAS | IRS | | 10/23/2009 | 45.00 |
| IRS-SCAGGS | IRS | | 10/23/2009 | 6.25 |
| JORJATRADE | JORJA TRADING INC | | 10/23/2009 | 149.45 |
| KSPMT | Kansas Payment Center | | 10/23/2009 | 307.85 |
| LADSS | LA Dept. of Social Services | | 10/23/2009 | 96.00 |
| LEAHCCROFT | Leah Carlette Croft | | 10/23/2009 | 103.85 |
| MARINABARRER | Marina Martinez Barrera | | 10/23/2009 | 66.21 |
| MNCSPC | MN Child Support Payment Center | | 10/23/2009 | 449.74 |
| MTCSED | MT CSED | | 10/23/2009 | 80.22 |
| NMCSED | NM Child Support Enforcement Dividsion | | 10/23/2009 | 122.08 |
| OKCSR | OK Centralized Support Registry | | 10/23/2009 | 839.18 |
| ORDOJ | Oregon Department of Justice | | 10/23/2009 | 470.08 |
| ORS | Office of Recovery Services | | 10/23/2009 | 160.27 |
| PEOPLESCCU | People's Community | | 10/23/2009 | 75.00 |
| PLEASANT.J | PLEASANT, JENNIFER | | 10/23/2009 | 162.38 |
| RINEHART | RINEHART FETZER SIMONSEN & BOOTH P.C. | | 10/23/2009 | 162.77 |
| SARAHAHANNAN | Sarah Hannan | | 10/23/2009 | 70.42 |
| SCH | Schwing America Inc. | | 10/23/2009 | 10,027.77 |
| SDCSPC | SD Child Support Payment Center | | 10/23/2009 | 23.08 |
| TCCI | Tom Corea Construction, Inc. | | 10/23/2009 | 2,100.00 |
| UNITEDCOLLEC | UNITED COLLECTION SERVICE | | 10/23/2009 | 164.22 |
| WISCTF | WI SCTF | | 10/23/2009 | 73.32 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| Code | Creditor | Ref | Date | Amount |
|---|---|---|---|---|
| WSS | Washington State | | 10/23/2009 | 1,470.73 |
| 085WI | 085 Waste Industries | (480) | 10/26/2009 | 92.13 |
| 4DENTER | 4D Enterprises, LLC | | 10/26/2009 | 175.00 |
| A&BS | A&B Supply-2079 | (360) | 10/26/2009 | 20.65 |
| A64 | Access Telephone Solutions, Inc. | (40) | 10/26/2009 | 177.94 |
| ACEDI | Ace Disposal Inc * | (90) | 10/26/2009 | 74.00 |
| ACTH | Action Hose Inc. | (180) | 10/26/2009 | 364.46 |
| ACTION | Action Tire Co. | (500) | 10/26/2009 | 1,047.57 |
| ADT | ADT - # 855384 | | 10/26/2009 | 226.12 |
| AEI | Ainsworth Enterprises, Inc. | (10/480) | 10/26/2009 | 2,125.00 |
| AEP-02 | AEP / Public Serv. Co. of Oklahoma | (310) | 10/26/2009 | 310.10 |
| AHFI-01 | American Hose & Fitting-#B0356 | (WA) | 10/26/2009 | 635.29 |
| AHLLC | Ainsworth Holdings, LLC | (All) | 10/26/2009 | 6,500.00 |
| AIG-01 | AIG Commercial Equipment Finance | | 10/26/2009 | 33,091.04 |
| AIG-03 | AIG Commercial Equipment Finance | | 10/26/2009 | 9,395.47 |
| AIG-04 | AIG Commercial Equipment Finance | | 10/26/2009 | 6,684.37 |
| AIG-07 | AIG Commercial Equipment Finance | | 10/26/2009 | 27,043.96 |
| AIR-01 | Airgas # DEK86 | (290) | 10/26/2009 | 21.89 |
| AIR-02 | Airgas # DSJ91 | (230) | 10/26/2009 | 32.88 |
| AIR-04 | Airgas # EKG34 | (310) | 10/26/2009 | 59.79 |
| AIR-08 | Airgas #L8V68 | (370) | 10/26/2009 | 92.37 |
| AIR-10 | Airgas #GQ990 | (90) | 10/26/2009 | 179.25 |
| AIR-11 | Airgas #E5AV9 | (460) | 10/26/2009 | 6.67 |
| AIR-12 | Airgas #1DP0R | (180) | 10/26/2009 | 20.20 |
| AIR-13 | Airgas South #1DPZF | (490) | 10/26/2009 | 28.08 |
| AIRGAS-02 | Airgas-Nor Pac # F1H78 | (110) | 10/26/2009 | 43.29 |
| AIRGAS-04 | Airgas-Nor Pac # ZM426 | (40) | 10/26/2009 | 68.30 |
| AIRGAS-09 | Airgas-Nor Pac # ZAA55 | (110) | 10/26/2009 | 88.00 |
| AIRGAS-13 | Airgas-Nor Pac # E1X06 | (110) | 10/26/2009 | 14.50 |
| AIRGAS-14 | Airgas-Nor Pac # H4B62 | (110) | 10/26/2009 | 105.00 |
| AIRGAS-15 | Airgas Mid South Inc.-1AGG1 | (290) | 10/26/2009 | 32.14 |
| A-LAP | A-Line Auto Parts | (380) | 10/26/2009 | 409.84 |
| ALGWL | ALG Worldwide Logistics | (All) | 10/26/2009 | 1,554.00 |
| ALLDESIGN | Allamano Design | | 10/26/2009 | 582.75 |
| ALLTEL-01 | Alltel - # 1000503775-710 | (240) | 10/26/2009 | 889.54 |
| ALS | Assurance Lien Services * | (90) | 10/26/2009 | 672.00 |
| AMBT | Ammeraal Beltech Inc-965450-000 | | 10/26/2009 | 76.13 |
| AOI | Alternative Office Inc.#4619 | (20) | 10/26/2009 | 275.38 |
| AOT | Arizona Office Tech #10C514 | (180) | 10/26/2009 | 25.00 |
| APPLIED-04 | Applied Ind. Tech. #4240298 | (WA) | 10/26/2009 | 71.29 |
| APPLIED-05 | Applied Industrial Tech.-4570595 | (90) | 10/26/2009 | 854.34 |
| ARMK-02 | Aramark Uniform Serv. #591324001 | (110) | 10/26/2009 | 537.96 |
| ARVS | Airvac Services Inc. | (50) | 10/26/2009 | 300.00 |
| ASCENTIS | Ascentis Corporation | | 10/26/2009 | 6,975.00 |
| ASCO | Allied Sales Co.-1014799/1014798 | (380) | 10/26/2009 | 223.55 |
| ASH-02 | Ash Auto Safety House #38081 | (180) | 10/26/2009 | 1,010.75 |
| AT010D | AT&T -# NBFBRU / 9294224 | (10-IT) | 10/26/2009 | 1,950.50 |
| AT010I | AT&T #ANRBBC/8696944 | (All) | 10/26/2009 | 2,645.68 |
| AT220F | AT&T-785 266-2568 268 8 | (290) | 10/26/2009 | 24.96 |
| AT250I | AT&T #030-504-6643-001 | (250) | 10/26/2009 | 66.01 |
| AT310A | AT&T #479 783-7776 948 6 | (230) | 10/26/2009 | 24.29 |
| AT340E | AT&T #951 328-2609 697 3 | (340) | 10/26/2009 | 315.40 |
| AT410D | AT&T-318 324-8466 794 0519 | (410) | 10/26/2009 | 68.72 |
| AT460B | AT&T-030 601 1911 001 | (460) | 10/26/2009 | 48.77 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| AT480C | AT&T-615 226-1940 2130473 | | 10/26/2009 | 281.19 |
| AT490A | AT&T #423 479-9829 001 1861 | (490) | 10/26/2009 | 458.60 |
| AT500A | AT&T #404 762-9633 001 0359 | (500) | 10/26/2009 | 582.53 |
| ATT-TCS | AT&T TeleConference Services-#21835268-00001 | (10) | 10/26/2009 | 201.41 |
| ATTUB | AT&T #171-789-1787 266 | | 10/26/2009 | 6,440.94 |
| AUSTIN-01 | Austin Distributing | (290/440) | 10/26/2009 | 150.85 |
| AWGC-01 | Arkansas Western Gas Co.-211010778377 | (230) | 10/26/2009 | 21.65 |
| AWS-03 | Allied Waste Services #753 (3-0753-5080408) | (180) | 10/26/2009 | 531.59 |
| AWS-06 | Allied Waste Services #233 | (90) | 10/26/2009 | 49.51 |
| AWSC | Alamo Welding Supply Co | (380) | 10/26/2009 | 65.49 |
| AWT-21 | All-Ways Trucking Inc. #BRUNTEAZ | (180) | 10/26/2009 | 950.00 |
| BALI | Balmore, Inc. * | (40) | 10/26/2009 | 555.00 |
| BANC-04 | Banc of America Leasing & Capital LLC | | 10/26/2009 | 30,307.89 |
| BB020 | Brundage-Bone/Texas - 20 | | 10/26/2009 | 6,233.60 |
| BB040 | Brundage-Bone/Washington- 40 | | 10/26/2009 | 27,217.93 |
| BB050 | Brundage-Bone/Denver-50 | | 10/26/2009 | 920.00 |
| BB080 | Brundage-Bone/RPS-80 | | 10/26/2009 | 1,823.46 |
| BB081 | Brundage-Bone/Branch -81 | | 10/26/2009 | 15,826.08 |
| BB110 | Brundage-Bone/Oregon-110 | | 10/26/2009 | 3,408.03 |
| BB2/80 | Brundage-Bone Concrete Pumping | | 10/26/2009 | 4,000.00 |
| BB240 | Brundage-Bone/Springfiled-240 | | 10/26/2009 | 19,730.78 |
| BB290 | Brundage-Bone/Wichita-290 | | 10/26/2009 | 380.01 |
| BB380 | Brundage-Bone Branch/380 | | 10/26/2009 | 8,996.02 |
| BB390 | Brundage-Bone Branch/390 | | 10/26/2009 | 1,263.88 |
| BB500 | Brundage Bone 500 | | 10/26/2009 | 14,977.85 |
| BEST-12 | Best Western Heritage Inn-Chattanooga | (490) | 10/26/2009 | 328.24 |
| BMDA | Bldg. Material Dealers Assn.#2267 | | 10/26/2009 | 456.10 |
| BOF | Battery Outfitters* | (230/410) | 10/26/2009 | 210.77 |
| BOT&S | Best One Tire & Service | (490) | 10/26/2009 | 935.18 |
| BPITS | Bob Pitts Concrete | | 10/26/2009 | 127.50 |
| BRUCKNER-01 | Bruckners Truck Sales-#32893 | (20) | 10/26/2009 | 1,741.96 |
| BRUCKNER-04 | Bruckners Truck Sales-#70693 | | 10/26/2009 | 443.94 |
| BRUCKNER-06 | Bruckners Truck Sales-#D1928 | (20) | 10/26/2009 | 2,740.20 |
| BRUCKNER-07 | Bruckner's #H800615 | (180) | 10/26/2009 | 1,452.18 |
| C&H | C & H Bolt & Supply | (310) | 10/26/2009 | 321.31 |
| CAROIL | Carson Oil #01-0076015 | (110) | 10/26/2009 | 719.23 |
| CAWUBS | Central Arkansas Water Utility Billing #434-0927.300 | (410) | 10/26/2009 | 156.44 |
| CCNAI | Coface Collections North America, Inc. | (380) | 10/26/2009 | 50.35 |
| CCWA | Clayton County Water Authority #09-105088-03 | (500) | 10/26/2009 | 134.07 |
| CFI-06 | Construction Forms #91 | (WA) | 10/26/2009 | 72.24 |
| CIN-54 | Cintas Corp. - Acct #01577 | (20) | 10/26/2009 | 3,454.67 |
| CMS | Colorado Mack Sale & Srv.#1975 | (50) | 10/26/2009 | 7,817.09 |
| CNACO1 | Concentra- OHC of the S.W (CO) * | (50) | 10/26/2009 | 46.00 |
| COMM MOBILE | Commercial Mobile Systems | | 10/26/2009 | 242.44 |
| CPE | CenterPoint Energy #3730349-2 | (410) | 10/26/2009 | 14.63 |
| CT&WS | California Tool & Welding Supply | (340) | 10/26/2009 | 27.08 |
| CTT-04 | Centurytel #300425299 | | 10/26/2009 | 16.47 |
| CU-240 | City Utilities #4609275425 | | 10/26/2009 | 661.25 |
| DANCON | Danahy Construction | | 10/26/2009 | 621.00 |
| DEEIC | Dixie Escalante Electric-448260 | (90) | 10/26/2009 | 84.51 |
| DFWHDP | DFW Heavy Duty Parts #12375 | (20) | 10/26/2009 | 84.72 |
| DGPI | D.G.P., Inc.     * | | 10/26/2009 | 825.00 |
| DIA | Dial Lubricants, Inc.-* | (20) | 10/26/2009 | 19,164.55 |
| DIRECTV-02 | Directv #68367313 | (40) | 10/26/2009 | 35.48 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | |
|---|---|---|---|
| DISH-03 | Dish Network #8255 70 708 0877983 (10-Den) | 10/26/2009 | 107.98 |
| DISI | Dixie Industrial Service, Inc * (490) | 10/26/2009 | 160.75 |
| DMV-2 | DMV Renewal | 10/26/2009 | 548.00 |
| DOWLIN | Doug Dowlin | 10/26/2009 | 900.00 |
| DQUICK | DataQuick  #11015772 (340) | 10/26/2009 | 300.00 |
| DYI180 | Day's Inn -    * (180) | 10/26/2009 | 127.50 |
| ECOPANINC | Eco-Pan, Inc. | 10/26/2009 | 1,261.50 |
| EDEC | Empire District Electric #618214-79-5 (240) | 10/26/2009 | 115.82 |
| EHH | Evco House of Hose * (90) | 10/26/2009 | 41.42 |
| EISELEJ-XPS | Eisele, Joe (390) | 10/26/2009 | 35.00 |
| EMBARQ-05 | Embarq #360-697-2125-580 (40) | 10/26/2009 | 369.00 |
| ENTUS | Entus Trucking Co., Inc. | 10/26/2009 | 500.00 |
| ESPINOSA | Espinosa Building Partnership | 10/26/2009 | 350.00 |
| EVW | Eatonville, Washington - City of (40) | 10/26/2009 | 50.00 |
| EWUM | East West Urban Management, LLC | 10/26/2009 | 3,300.00 |
| EWUM | East West Urban Management, LLC | 10/26/2009 | 2,750.00 |
| EWW&SD | Etna,Wyoming Water and (90) | 10/26/2009 | 32.00 |
| FBF-01 | Firebird Fuel #7923 (180) | 10/26/2009 | 5,770.16 |
| FCOOPEC | Farmers Coop Elevator Co * (250/290)) | 10/26/2009 | 7,685.56 |
| FCY-21 | Fastenal Co. (All) | 10/26/2009 | 892.76 |
| FEDEX-01 | Federal Express- #1266-3470-6 | 10/26/2009 | 47.75 |
| FFM | Fleet Fueling Management #BRU001 (370) | 10/26/2009 | 2,170.97 |
| FLEETFUEL | Fleet Services  #0463-00-618155-6 (All) | 10/26/2009 | 194,284.82 |
| FLTPR-03 | FleetPride #211904 (All) | 10/26/2009 | 235.10 |
| FNTHED | Fountain Head (340) | 10/26/2009 | 114.88 |
| GARY | Gary's Bulldozing, LLC (10/40) | 10/26/2009 | 500.00 |
| GECB35 | GECF Business Property | 10/26/2009 | 15,656.54 |
| GECB36 | GECF Business Property | 10/26/2009 | 9,191.57 |
| GECB51 | General Electric Capital Corp-4137742-040 | 10/26/2009 | 5,126.54 |
| GHC | Gene Harvey Chevrolet #6190 (90) | 10/26/2009 | 232.58 |
| GHI | Geneva Hydraulics, Inc. (90) | 10/26/2009 | 82.70 |
| GM&B | Green Manning & Bunch* | 10/26/2009 | 21,832.45 |
| GMS&S | Grande Mack Sales & Service-P0045 (440) | 10/26/2009 | 14.50 |
| GREENSTREET | GreenStreet, Gary | 10/26/2009 | 4,179.24 |
| GUERRAA-XPS | Guerra, Aloha (380) | 10/26/2009 | 244.64 |
| HCC | Heritage-Crystal Clean # 75515 / 18614233 (20/310) | 10/26/2009 | 224.95 |
| HEALD | Heald Investments Inc. | 10/26/2009 | 1,000.00 |
| HERPRO | Heritage Propane 2724 Acct.#240304 (500) | 10/26/2009 | 17.91 |
| HMS&S | Hays Mack Sales & Service * (KS) | 10/26/2009 | 101.40 |
| HOTECH | Hose-Tech * (20) | 10/26/2009 | 19.84 |
| HOUSBY | Housby | 10/26/2009 | 210.58 |
| HOUSTON-02 | Houston, City of | 10/26/2009 | 85.00 |
| INSIGHT | Insight    #10476789 (All) | 10/26/2009 | 386.44 |
| ISBS | Interstate Billing Service-210149 (380) | 10/26/2009 | 47.27 |
| IWSI | Industrial Welding Supply,Inc. (110) | 10/26/2009 | 5.00 |
| JJINV | JJ Investments, LLC | 10/26/2009 | 1,091.00 |
| JPGI | Jim's Pacific Garages, Inc. | 10/26/2009 | 1,007.56 |
| JUBITZ | Jubitz Fleet Services #71974 (110) | 10/26/2009 | 4,192.25 |
| K&L HOLDINGS | K&L Holdings (10/370/380) | 10/26/2009 | 4,200.00 |
| KAUFFMAN-XPS | Kauffman, William (50) | 10/26/2009 | 186.77 |
| KC&OD | King Construction & Overhead Door * | 10/26/2009 | 11,200.00 |
| KGH | KGH Occupational Health Services (40) | 10/26/2009 | 25.00 |
| KGS | Kansas Gas Service #510155757 1573004 27 (290) | 10/26/2009 | 47.97 |
| KNWKA | Kenworth Northwest Inc. / Kenworth Alaska | 10/26/2009 | 99.03 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| KORDY | KSR 1217 LLC | | 10/26/2009 | 2,200.00 |
| KTA | Kansas Turnpike Authorit#13383 | (290) | 10/26/2009 | 132.50 |
| LEEHCASTELLO | Lee H. Castellow | | 10/26/2009 | 100.00 |
| LFOC | Littlefield Oil Co. | (230,310) | 10/26/2009 | 8,810.26 |
| LIBURDI-XPS | Liburdi, Richard | (50) | 10/26/2009 | 29.63 |
| LINDEMUTH | Lindemuth Inc | | 10/26/2009 | 1,850.00 |
| LONESTAR | Lone Star Bank | | 10/26/2009 | 5,456.88 |
| LYON | Kelly and Michael Lyon Family, LLC | | 10/26/2009 | 2,730.00 |
| M&AWSC | M & A Welding Supply Co., Inc # 41240 | (500) | 10/26/2009 | 47.62 |
| M&DS | M & D Supply Inc. #6196 | (370) | 10/26/2009 | 24.65 |
| MAMS | Merle's Automt Supply-03849 | (AZ) | 10/26/2009 | 479.91 |
| MASCO | Masons Supply Co * | | 10/26/2009 | 42.90 |
| MCKEV1 | McKeever, Verlin | | 10/26/2009 | 250.00 |
| MCMILIAN-XPS | McMillian, Ricky | (500) | 10/26/2009 | 69.30 |
| MHCT | MHC-Kenworth Dallas # 74226 | (20) | 10/26/2009 | 113.99 |
| MISSILE | Missile Enterprises LLC | | 10/26/2009 | 1,950.00 |
| MLEASE | Millican, Margaret/Mike (Lease | | 10/26/2009 | 2,750.00 |
| MLG&WD | Memphis Light Gas & Water # 00073-3935-1183-053 | (47 | 10/26/2009 | 728.83 |
| MMS-08 | Metric & Multistandard #158950M | (20) | 10/26/2009 | 42.06 |
| MSSI | Mid-South Sales, Inc-9630365 | (410) | 10/26/2009 | 4,315.72 |
| MUHME | Jay and Anne Muhme | | 10/26/2009 | 1,500.00 |
| MWSI | Metroplex Welding  Sup. #18650 | (20) | 10/26/2009 | 92.00 |
| MWTC | Mountain West Truck Cntr #5332 | (90) | 10/26/2009 | 296.81 |
| NAPA-02 | Napa Auto / All-Star Auot Parts  # 02100 | (90) | 10/26/2009 | 316.69 |
| NAPA-08 | Napa Auto    # 155-02680 | (50) | 10/26/2009 | 186.60 |
| NAPA-09 | Napa  Auto    # 8440 | (500) | 10/26/2009 | 213.25 |
| NAPA-10 | Napa  Auto    # 03174 | (180) | 10/26/2009 | 253.72 |
| NAPA-15 | Napa  Auto    # 01240 -RPM | (90) | 10/26/2009 | 218.91 |
| NAPA-64 | Napa  Auto    # 2916 | (410/470) | 10/26/2009 | 189.72 |
| NAPA-72 | Napa  Auto    # 70830 | (430) | 10/26/2009 | 736.77 |
| NAPA-73 | Napa  Auto    # 91-05244 | | 10/26/2009 | 48.26 |
| NAPA-77 | Napa Genuine Auto Parts-415 | (340) | 10/26/2009 | 642.63 |
| NAPA-85 | Napa - Routt County Auto Parts-410 | (50) | 10/26/2009 | 299.79 |
| NAPA-86 | Napa Auto Parts-1195 | (490) | 10/26/2009 | 164.16 |
| NEPI | Nilco Enterprises, Inc. | | 10/26/2009 | 480.00 |
| NEWELL | Newell Rentals, LLC | | 10/26/2009 | 3,120.52 |
| NEXAIR | Nexair-77541 | (410) | 10/26/2009 | 17.06 |
| NORMAN-SPENC | Norman- Spencer Agency, Inc. | | 10/26/2009 | 58,237.57 |
| NORMAN-SPENC | Norman- Spencer Agency, Inc. | | 10/26/2009 | 4,067.93 |
| NORMAN-SPENC | Norman- Spencer Agency, Inc. | | 10/26/2009 | 121,799.78 |
| NORMAN-SPENC | Norman- Spencer Agency, Inc. | | 10/26/2009 | 1,732.96 |
| OBTS | Ogburn's Truck Parts of Dallas #R17281 | (20) | 10/26/2009 | 180.91 |
| OCL | Omnex -     #103993770-RT | (80) | 10/26/2009 | 514.25 |
| OCU-02 | Ogden City Utilities-27-281802 | (90) | 10/26/2009 | 146.04 |
| ODNS&S | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | | 10/26/2009 | 9,741.00 |
| O'REILLY-13 | O'Reilly Auto Parts #875528 | (480) | 10/26/2009 | 113.94 |
| OSFS | On-Site Fuel Service | (370) | 10/26/2009 | 2,830.39 |
| OWEND | Owen David | | 10/26/2009 | 300.00 |
| OZARK | Ozark Crane | | 10/26/2009 | 600.00 |
| PACIFG | Pacific Group* | | 10/26/2009 | 523.60 |
| PARML | Parman Energy Corp,-0028223 | (480/490) | 10/26/2009 | 1,497.25 |
| PCS | Premium Contractor Supply-HCPI | | 10/26/2009 | 37.35 |
| PEAK | Peak View Storage | | 10/26/2009 | 3,500.00 |
| PHT | Phelps Tire | (WA) | 10/26/2009 | 323.34 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| PITNEY-09 | Pitney Bowes #2436898 | (110) | 10/26/2009 | 1,031.16 |
| PITNEY-23 | Pitney Bowes #8000-9090-0065-6186 | (290) | 10/26/2009 | 518.99 |
| POC-01 | Pettit Oil Co. - # 22761 | (40) | 10/26/2009 | 1,341.57 |
| POMA-01 | Poma #1749 | (340) | 10/26/2009 | 3,031.34 |
| PORTOC | Porter Oil Co., Inc. * | (460) | 10/26/2009 | 1,847.62 |
| PPAA | Portland Police Alarms * | (110) | 10/26/2009 | 300.00 |
| PPD | Pacific Power - 49333649-001-3 | (110) | 10/26/2009 | 1,260.43 |
| PPT | Power Product Tech. -# B 9180 | (50) | 10/26/2009 | 127.24 |
| PROC | Pro Chem-#C3333 | (20) | 10/26/2009 | 472.77 |
| PRTOS | Patriot On Site* | (20) | 10/26/2009 | 400.53 |
| PTHW | Paul's Tempe Hardware #101630 | (180) | 10/26/2009 | 41.94 |
| PTS | Pete's Towing Service    * | (40) | 10/26/2009 | 663.02 |
| PWP | Pressure Washer Parts Online | (480) | 10/26/2009 | 99.72 |
| QUESTAR-05 | Questar Gas  #5245280000 | (90) | 10/26/2009 | 32.58 |
| QUESTAR-06 | Questar Gas #2588940000 | (90) | 10/26/2009 | 132.46 |
| QWAZ-01 | Qwest - #480-317-1200-664B | (180) | 10/26/2009 | 547.20 |
| QWAZ-08 | Qwest #801-521-4422 873B | (90) | 10/26/2009 | 48.39 |
| QWDEX-06 | Qwest Dex #120596080 | (90) | 10/26/2009 | 25.38 |
| QWDEX-14 | Qwest Dex #120596077 | (90) | 10/26/2009 | 99.94 |
| QWOR-01 | Qwest - #541-383-9327 759B | (110) | 10/26/2009 | 23.31 |
| QWUT-05 | Qwest - #801-224-8424 492B | (90) | 10/26/2009 | 26.85 |
| QWWA-10 | Qwest - #206-842-5866-368B | (40) | 10/26/2009 | 30.14 |
| QWWA-18 | Qwest #206-246-7833-673B | (40) | 10/26/2009 | 55.70 |
| QWWA-22 | Qwest #360-681-3976-604B | (40) | 10/26/2009 | 117.67 |
| RBSASSET | RBS Asset Finance | | 10/26/2009 | 49,322.53 |
| RCE | River City Environmental | (110) | 10/26/2009 | 88.00 |
| REDRIVER | Red River Trailer Services, Inc. | (410-Rent) | 10/26/2009 | 600.00 |
| RJTAG | R.J. Taggart | | 10/26/2009 | 4,735.00 |
| ROBTRU | Roberts Truck Center - # 17768 | (290) | 10/26/2009 | 586.85 |
| RUSSCELL | Russell Cellular  * | (230) | 10/26/2009 | 469.61 |
| RWI | Rodeway Inn & Conf. Center (IA116) | (430) | 10/26/2009 | 134.41 |
| S&B | S & B Skelton Business Equipment | (370) | 10/26/2009 | 211.89 |
| SALINAS | Salinas Construction, Inc. | | 10/26/2009 | 900.00 |
| SALMANS | Lyle Salmans | | 10/26/2009 | 200.00 |
| SCRI | Sun Coast Resources, Inc. | (TX) | 10/26/2009 | 6,054.75 |
| SHELL | SOPUS Products #11242566 | (All) | 10/26/2009 | 4,451.81 |
| SHILLINGS | Benny Shillings | | 10/26/2009 | 300.00 |
| SHILO-01 | Shilo Inn Suites Hotel - Idaho Falls | | 10/26/2009 | 259.14 |
| SI&M | Salina Iron & Metal Co.-BRUBON | (290) | 10/26/2009 | 21.50 |
| SIMOTORS | SI Motors | | 10/26/2009 | 150.00 |
| SJW&IS | SJ Welding & Industrial Supply, LLC | | 10/26/2009 | 45.89 |
| SMALLEY | RSI Construction and Contracting | | 10/26/2009 | 2,100.00 |
| SMILEC | Smiley Concrete* | | 10/26/2009 | 79.53 |
| SMITH&LINER | Smith & Liner LLC | | 10/26/2009 | 2,100.00 |
| SMP | Screed Master Products * | (81/180) | 10/26/2009 | 788.46 |
| SN180E | Sprint -  #350502620 | (180) | 10/26/2009 | 12.65 |
| SOUND-04 | Sound Billing LLC #123-40869 | (090) | 10/26/2009 | 175.64 |
| SSM | Seattle Sterling Mack-14130 | (WA) | 10/26/2009 | 3,278.41 |
| STONEC | Stoneway Concrete #119928 | (40) | 10/26/2009 | 698.06 |
| SUITS-XPS | Suites, Pat | (490) | 10/26/2009 | 96.93 |
| SUNTRUST | SunTrust | | 10/26/2009 | 24,039.72 |
| SUS | Superior Linen Srv.- #160325-0 | (40) | 10/26/2009 | 142.44 |
| SWS | Summit Water & Supply Co.  # 01307000-01 | (40) | 10/26/2009 | 164.06 |
| TCI-06 | TCI Tire Ctr - # 7003694 | (290) | 10/26/2009 | 381.96 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| TCI-25 | TCI Tire Centers #5120712 | (480) | 10/26/2009 | 106.95 |
| TEL | Teleco Business Communication* | (10/50) | 10/26/2009 | 584.71 |
| THORNTONC | Thornton Contractors | | 10/26/2009 | 200.00 |
| TPL | Transport Permits LTD  -   * | (All) | 10/26/2009 | 214.00 |
| TPT | TruckPro Inc -Dallas-BRD43 | (20) | 10/26/2009 | 153.00 |
| TSVC | Tube Service Co. 46 | (180) | 10/26/2009 | 379.40 |
| TVCI | Treasure Valley Coffee, Inc. | (390) | 10/26/2009 | 29.46 |
| TWC&C | The Werks C&C, Inc. | (180) | 10/26/2009 | 38 0.00 |
| TWSCO | TWSCO #820000 | (370) | 10/26/2009 | 8 3.64 |
| TXTW | Texas Tollways CSC | (TX) | 10/26/2009 | 1.90 |
| UFH-03 | Unifirst Corporation #455692/812537/816976 | (490) | 10/26/2009 | 153.02 |
| UFH-04 | UniFirst Corporation #810968/810969 | (500) | 10/26/2009 | 153.96 |
| UFH-05 | UniFirst Corporation #363633 | (480) | 10/26/2009 | 20.46 |
| UFH-09 | UniFirst Holdings, Inc. #813502 | (370) | 10/26/2009 | 199.97 |
| UFH-10 | UniFirst Holdings, Inc.  #814512 | (370) | 10/26/2009 | 74.52 |
| UFH-12 | UniFirst Corp. #355095/730881 | (470) | 10/26/2009 | 61.19 |
| UILLC | Utah Interactive, LLC | (90) | 10/26/2009 | 18 1.00 |
| UNISM | Unisource Manufacturing- (all) | | 10/26/2009 | 405.42 |
| UPS-01 | UPS - # 2AR739 | (240) | 10/26/2009 | 34.27 |
| UPS-02 | UPS - # 3580W1 | (90) | 10/26/2009 | 114.8 7 |
| UPS-04 | UPS - # 49A9V6 | (180) | 10/26/2009 | 94.8 7 |
| UPS-06 | UPS - # 5A076R | (290) | 10/26/2009 | 22.48 |
| UPS-16 | UPS- # 868214 | (WA) | 10/26/2009 | 496.19 |
| UPS-19 | UPS - # A000R7 | (20) | 10/26/2009 | 68.78 |
| UPS-24 | UPS - # V58812 | (250) | 10/26/2009 | 27.06 |
| UPS-29 | UPS - #  V58806 | (310) | 10/26/2009 | 73.8 7 |
| UPS-45 | UPS - #  6V3837 | (340) | 10/26/2009 | 33.20 |
| UPS-67 | UPS - #  1WR809 | (370) | 10/26/2009 | 147.45 |
| UPS-70 | UPS - #  296FA4 | (40) | 10/26/2009 | 21.8 5 |
| UPS-74 | UPS - #  30A82A | (410) | 10/26/2009 | 33.14 |
| UPS-75 | UPS - #  30V6W1 | (250) | 10/26/2009 | 23.73 |
| UPS-81 | UPS - #  492AW9 | (440) | 10/26/2009 | 62.24 |
| UPS-86 | UPS - #  663WR8 | (430) | 10/26/2009 | 14.02 |
| UPS-91 | UPS - # 8FE788 | (40) | 10/26/2009 | 67.10 |
| UPS-96 | UPS #12948E | (500) | 10/26/2009 | 42.97 |
| UPS-97 | UPS #129424 | (490/500) | 10/26/2009 | 66.25 |
| UPS-98 | UPS #1294x8 | (480) | 10/26/2009 | 21.18 |
| UPS-99 | UPS-12946Y | (470) | 10/26/2009 | 20.26 |
| UPSF-09 | UPS Freight #50015954 | (180) | 10/26/2009 | 452.32 |
| UPSF-11 | UPS Freight #25125424 | (80/81) | 10/26/2009 | 426.36 |
| UPSF-13 | UPS Freight #50033196 | (90/81) | 10/26/2009 | 8 45.23 |
| UPSF-46 | UPS Freight #55063142 | (480) | 10/26/2009 | 274.12 |
| USI | United States Welding-#2427 | (90) | 10/26/2009 | 796.43 |
| UTSSTI | Utility Trailer Sales #16860/16861 | (TX) | 10/26/2009 | 466.8 4 |
| VANTC | Vanguard Trk Ctr of  Houston #1728 | (370) | 10/26/2009 | 77.31 |
| VERIZON-54 | Verizon Wireless-613091625-00001 | (410) | 10/26/2009 | 951.15 |
| VLW | Vern Lewis Welding Supply, Inc. | (180) | 10/26/2009 | 16.25 |
| VWSI | Volunteer Welding Supply, Inc.-2045 | (480) | 10/26/2009 | 29.50 |
| W&V | Weiss & Van Scoyk, LLP | | 10/26/2009 | 2, 154.12 |
| WDSTM-01 | Windstream-126264705 | (410) | 10/26/2009 | 32.97 |
| WDSTM-02 | Windstream #126271611 | (410) | 10/26/2009 | 52.77 |
| WESTAR-03 | Westar Energy #8796035800 | | 10/26/2009 | 569.68 |
| WFEF | Wells Fargo Equipment Finance | | 10/26/2009 | 12, 207.03 |
| WFLEET | WestFleet  * | | 10/26/2009 | 211.67 |

**Brundage-Bone Concrete Pumping, Inc.**

**Exhibit SCH B Q35**

**Payments to creditors made within the last 90 days**

| Code | Creditor | | Date | Amount |
|---|---|---|---|---|
| WGSC | Westgate Shopping Center | (110) | 10/26/2009 | 459.80 |
| WINC | Winzer Corporation-# 197959 | (180) | 10/26/2009 | 182.90 |
| WINSHIP | Winship Stake & Lath, Inc. | | 10/26/2009 | 1,500.00 |
| WMKI | Western Marketing Inc-#62100 | | 10/26/2009 | 102.36 |
| WRWI | Western Refining Wholesale, Inc. | (180) | 10/26/2009 | 13,943.84 |
| WTT | Woods Truck Tire Service- | (250) | 10/26/2009 | 85.00 |
| WWG-01 | WW Grainger # 802438333 | (20) | 10/26/2009 | 91.26 |
| WWG-05 | WW Grainger # 845737246 | (180) | 10/26/2009 | 192.66 |
| WWW | Womack Water Works Inc. * | (110) | 10/26/2009 | 180.00 |
| ZEP-30B | Zep Sales & Service-NA0111001-10017770 | (20) | 10/26/2009 | 517.19 |
| ARUNEM | Arkansas Department of Workforce Services | | 10/27/2009 | 655.32 |
| AT370E | AT&T-713 455-1464 072 4 | (370) | 10/27/2009 | 644.53 |
| AZUNEM | Arizona Unemployment | | 10/27/2009 | 89.99 |
| BB081 | Brundage-Bone/Branch -81 | | 10/27/2009 | 2,700.00 |
| BB180 | Brundage-Bone/Phoenix-180 | | 10/27/2009 | 22,207.75 |
| BB2/80 | Brundage-Bone Concrete Pumping | | 10/27/2009 | 4,000.00 |
| CNA | Coverall North America, Inc. | (370) | 10/27/2009 | 162.38 |
| CONSTABLELV | Constable | | 10/27/2009 | 111.64 |
| COUNEM | Colorado Unemployment Tax #216662003 | | 10/27/2009 | 323.81 |
| FFM | Fleet Fueling Management #BRU001 | (370) | 10/27/2009 | 1,776.29 |
| GADOL | Georgia Department of Labor #008569-06 | | 10/27/2009 | 1,239.40 |
| HANRATTYROB | Hanratty Roberts Law Group | | 10/27/2009 | 111.64 |
| HEGE-XPS | Hege, Jay | (81-CO) | 10/27/2009 | 480.00 |
| IAUNEM | Iowa Workforce Development #351939-4 | | 10/27/2009 | 4,903.25 |
| IDDEPTLAB | Idaho Department of Labor #0002087634 | | 10/27/2009 | 2,463.58 |
| KSUNEM | Kansas Department of Labor # 324160 -Unemployment | | 10/27/2009 | 495.11 |
| MOUNEM | Division of Employment Security | | 10/27/2009 | 160.14 |
| MTUNEM | MT Unemployment Tax | | 10/27/2009 | 313.19 |
| NEBUNEM | NEBRASKA WAGE AND TAX | | 10/27/2009 | 80.69 |
| NMSALE | New Mexico - Taxation & Revenue Department #031279880 | 10/27/2009 | 55.90 |
| NMUNEM | New Mexico Department of Workforce Solutions #2639561 | 10/27/2009 | 919.95 |
| NWSW-04 | North Washington #401020365.01 | (10) | 10/27/2009 | 115.45 |
| ODR2 | Oregon Dept of Revenue (14800) | | 10/27/2009 | 7,603.83 |
| OKUNEM | Oklahoma Employment Security Commission #01-3817873 | 10/27/2009 | 333.49 |
| OSFS | On-Site Fuel Service | (370) | 10/27/2009 | 1,832.57 |
| TXU-11 | TXU Energy #900041773785 | (370) | 10/27/2009 | 951.47 |
| TXUNEM | Texas Workforce Commission #01-083815-0 | | 10/27/2009 | 1,016.43 |
| UPSF-13 | UPS Freight #50033196 | (90/81) | 10/27/2009 | 221.24 |
| UTUNEM | Utah Unemployment CompensationFund #C4-136626-1 | | 10/27/2009 | 1,667.53 |
| WAUNEM | Employment Security Department | | 10/27/2009 | 6,134.32 |
| XCEL-04 | Xcel Energy - #53-2884569-0 | (10) | 10/27/2009 | 1,083.42 |
| BB040 | Brundage-Bone/Washington- 40 | | 10/28/2009 | 8,768.00 |
| BB050 | Brundage-Bone/Denver-50 | | 10/28/2009 | 87.77 |
| BB080 | Brundage-Bone/RPS-80 | | 10/28/2009 | 2,307.92 |
| BB081 | Brundage-Bone/Branch -81 | | 10/28/2009 | 130.66 |
| BB090 | Brundage-Bone/Utah-90 | | 10/28/2009 | 4,378.00 |
| BB110 | Brundage-Bone/Oregon-110 | | 10/28/2009 | 761.25 |
| BB240 | Brundage-Bone/Springfiled-240 | | 10/28/2009 | 8,526.33 |
| BB290 | Brundage-Bone/Wichita-290 | | 10/28/2009 | 3,729.07 |
| BB380 | Brundage-Bone Branch/380 | | 10/28/2009 | 16,494.81 |
| BB390 | Brundage-Bone Branch/390 | | 10/28/2009 | 878.75 |
| BB430 | Brundage Bone Branch/430 | | 10/28/2009 | 1,172.50 |
| BB500 | Brundage Bone 500 | | 10/28/2009 | 1,331.00 |
| CADV | Cadvisor* | (10) | 10/28/2009 | 1,312.92 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| CLARKK-PT | Clark, Kasey | (90) | 10/28/2009 | 335.79 |
| GROVERA-XPS | Grover, Aaron | (10-WA) | 10/28/2009 | 1,158.96 |
| HELLER,BRAD | Heller, Brad | | 10/28/2009 | 4,154.85 |
| HUMPHRIE-XPS | Humphries, Justin | (380) | 10/28/2009 | 350.00 |
| JVIC | JV Industrial CO | | 10/28/2009 | 2,868.75 |
| KS&TC | Klahaya Swim & Tennis Club | | 10/28/2009 | 24,000.00 |
| LIVINGST-XPS | Livingston, Matt | (180) | 10/28/2009 | 78.21 |
| ODOT | Oregon Dept. Of Transportation | (110) | 10/28/2009 | 8.00 |
| OWEN-XPS | Owen, Russell | (20) | 10/28/2009 | 86.10 |
| RICHMAN-XPS | Richman, Gayle | (90) | 10/28/2009 | 81.83 |
| SCOTTD-XPS | Scott, Danny | (370) | 10/28/2009 | 47.52 |
| SCOVILLE-XPS | Scoville, Don | (400) | 10/28/2009 | 96.65 |
| TORRES-XPS | Torres, Manuel | (250-LBK) | 10/28/2009 | 12.00 |
| AZDOR | Arizona  Dept of Revenue 29009 | | 10/29/2009 | 1,599.11 |
| COWHTX | Colorado Department of Revenue | | 10/29/2009 | 3,783.00 |
| EDD | Employment Delvelopment Dept. | | 10/29/2009 | 304.08 |
| KSDOR1 | Kansas Department of Revenue | | 10/29/2009 | 1,364.00 |
| MOWHTX | Missouri Department of Revenue | | 10/29/2009 | 461.60 |
| ODR2 | Oregon Dept of Revenue (14800) | | 10/29/2009 | 3,572.00 |
| SCH | Schwing America Inc. | | 10/29/2009 | 23,413.65 |
| UHC-02 | United HealthCare Insurance Co.  * | | 10/29/2009 | 207,898.54 |
| WFFICA | Wells Fargo Bank,  FICA | | 10/29/2009 | 204,303.55 |
| WFFUTA | Wells Fargo Bank/FUTA | | 10/29/2009 | 2,166.69 |
| ACCCSTEFFEN | Adams County Combined Court | | 10/30/2009 | 25.00 |
| AGT | Attorney General of Texas | | 10/30/2009 | 3,007.19 |
| BI&R | Buchanan Ingersoll & Rooney | | 10/30/2009 | 4,965.50 |
| CASDU | CA State Disbursement Unit | | 10/30/2009 | 161.53 |
| CSSFSRGA | Child Support Services, Family Support Reg. | | 10/30/2009 | 120.03 |
| DAVIDHOWE | David M Howe, Trustee | | 10/30/2009 | 1,093.06 |
| FSR | Family Support Registry-CO | | 10/30/2009 | 23.08 |
| GRIMMCOLLECT | Grimm Collections | | 10/30/2009 | 846.56 |
| HAMEROFFLAVI | Hameroff/Lavinsky Law Firm, P.C. | | 10/30/2009 | 190.02 |
| HANRATTYROB | Hanratty Roberts Law Group | | 10/30/2009 | 144.61 |
| HESAA | Higher Education Student Assist. | | 10/30/2009 | 90.56 |
| IDCHD1 | Idaho Child Support Receipting | | 10/30/2009 | 138.46 |
| IRS-HUBBARD | IRS | | 10/30/2009 | 12.50 |
| IRSJACKSON | IRS | | 10/30/2009 | 60.00 |
| IRS-RIVAS | IRS | | 10/30/2009 | 45.00 |
| IRS-RUSSELL | IRS | | 10/30/2009 | 1,058.74 |
| IRS-SCAGGS | IRS | | 10/30/2009 | 6.25 |
| IRS-WARD | IRS | | 10/30/2009 | 106.00 |
| ISNS | ISN Software Corporation | | 10/30/2009 | 757.75 |
| JORJATRADE | JORJA TRADING INC | | 10/30/2009 | 197.41 |
| KSPMT | Kansas Payment Center | | 10/30/2009 | 481.69 |
| KSW&B | Kotz, Sangster, Wysocki and Berg, P.C. | (10) | 10/30/2009 | 3,300.00 |
| LADSS | LA Dept. of Social Services | | 10/30/2009 | 96.00 |
| LEAHCCROFT | Leah Carlette Croft | | 10/30/2009 | 103.85 |
| LIBERTY | Liberty Mutual Insurance #30427769 | | 10/30/2009 | 574,472.98 |
| MARINABARRER | Marina Martinez Barrera | | 10/30/2009 | 66.21 |
| MNCSPC | MN Child Support Payment Center | | 10/30/2009 | 368.79 |
| MTCSED | MT CSED | | 10/30/2009 | 178.98 |
| NMCSED | NM Child Support Enforcement Dividsion | | 10/30/2009 | 122.08 |
| OKCSR | OK Centralized Support Registry | | 10/30/2009 | 669.18 |
| ORDOJ | Oregon Department of Justice | | 10/30/2009 | 644.08 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| ORS | Office of Recovery Services | | 10/30/2009 | 66.46 |
| PEOPLESCCU | People's Community | | 10/30/2009 | 75.00 |
| RINEHART | RINEHART FETZER SIMONSEN & BOOTH P.C. | | 10/30/2009 | 124.86 |
| RSFRIEDMAN | Robert S. Friedman | | 10/30/2009 | 182.82 |
| SDCSPC | SD Child Support Payment Center | | 10/30/2009 | 23.08 |
| TAXREVNW-03 | Taxation and Revenue Dept. | | 10/30/2009 | 749.46 |
| UNITEDCOLLEC | UNITED COLLECTION SERVICE | | 10/30/2009 | 186.51 |
| WF401K | Wells Fargo Bank, 401K | | 10/30/2009 | 25,051.86 |
| WF401L | Wells Fargo Bank, 401K Loans | | 10/30/2009 | 1,679.43 |
| WISCTF | WI SCTF | | 10/30/2009 | 73.32 |
| WSS | Washington State | | 10/30/2009 | 2,691.07 |
| AIG-02 | AIG Commercial Equipment Finance | (10/20) | 11/2/2009 | 20721.16 |
| AIG-05 | AIG Commercial Equipment Finance | (10) | 11/2/2009 | 10224.05 |
| AIG-06 | AIG Commercial Equipment Finance | (10) | 11/2/2009 | 12263.8 |
| ASILLC | ASI LLC | | 11/2/2009 | 500 |
| BANC-05 | Banc of America Leasing & Capital LLC | (10) | 11/2/2009 | 12708.67 |
| BART'S | Bart's Concrete Pumping | | 11/2/2009 | 400 |
| BB040 | Brundage-Bone/Washington- 40 | | 11/2/2009 | 44076.71 |
| BB050 | Brundage- Bone/Denver- 50 | | 11/2/2009 | 1349 |
| BB080 | Brundage- Bone/RPS- 8 0 | | 11/2/2009 | 5006.98 |
| BB110 | Brundage-Bone/Oregon-110 | | 11/2/2009 | 324.55 |
| BB180 | Brundage-Bone/Phoenix-180 | | 11/2/2009 | 4090 |
| BB240 | Brundage-Bone/Springfiled-240 | | 11/2/2009 | 4148.25 |
| BB370 | Brundage-Bone Branch/370 | | 11/2/2009 | 4408.16 |
| BB380 | Brundage-Bone Branch/380 | | 11/2/2009 | 5708.75 |
| BB380 | Brundage-Bone Branch/380 | | 11/2/2009 | 4408.16 |
| BOFLLC | Banc of America Leasing and Capital LLC | (10) | 11/2/2009 | 23533.27 |
| BUTLER-XPS | Butler, Mike      (290) Iowa Falls | | 11/2/2009 | 20 |
| CASADA-XPS | Casada, Troy               (440-SA) | | 11/2/2009 | 83.36 |
| CCPLLC | Cummins Cal Pacific, LLC * | | 11/2/2009 | 607.43 |
| CHADWICK | Rulon Chadwick | | 11/2/2009 | 200 |
| CIT-05 | Wells Fargo Equipment Finance | | 11/2/2009 | 216534.63 |
| CUSTOM | Custom Concrete Pumping, LLC | | 11/2/2009 | 607.43 |
| DOL&I-02 | Depart. of Labor & Industries #502,803-00 | | 11/2/2009 | 37392.96 |
| DONPRATT | Don Pratt Jr. | | 11/2/2009 | 150 |
| DOUBLET-XPS | Doublet, Jayson               (440) | | 11/2/2009 | 300 |
| ELLIOTT-XPS | Elliott, Scott               (390) | | 11/2/2009 | 200 |
| FISHER | Neil Fisher | | 11/2/2009 | 300 |
| GECB42 | General Electric Capital Corporation | | 11/2/2009 | 7086.42 |
| GECB48 | General Electric Capital Corporation | | 11/2/2009 | 30121.92 |
| GHDOC | G.Hurtado Construction* | | 11/2/2009 | 232.58 |
| GJT | Gary Johnson Trucking | | 11/2/2009 | 750 |
| GMAC30 | GMAC Payment Processing Center | (82) | 11/2/2009 | 928.33 |
| GOL-01 | M&I Marshall & Ilsley Bank | (10) | 11/2/2009 | 7193.49 |
| GORE | Jim Gore | | 11/2/2009 | 750 |
| HARK | Hark Drilling, Inc. | | 11/2/2009 | 125 |
| HELTZEL | Scott Heltzel | | 11/2/2009 | 150 |
| HIGHLAND | Highland Interest, Inc. | | 11/2/2009 | 700 |
| HOFS | Hoffman Structures* | | 11/2/2009 | 99.34 |
| INDUSTRIAL | Industrial Trade Center Inc. | | 11/2/2009 | 2160 |
| JK&S | Kauffman Rentals Inc. | (50) | 11/2/2009 | 1710 |
| JVIC | JV Industrial CO | | 11/2/2009 | 6777.58 |
| K&G | Ken Schrock | | 11/2/2009 | 500 |
| LCME | Las Colinas Rv Park | | 11/2/2009 | 245 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| LEAVITT-XPS | Leavitt, Roy | (390) | 11/2/2009 | 70 |
| LOVELESS-XPS | Loveless, Tom | (250-Lubbock) | 11/2/2009 | 100 |
| MAK | Mak Towing | (180-Rent) | 11/2/2009 | 1000 |
| M-K | M-K Enterprises | | 11/2/2009 | 500 |
| MOODY | David Moody | | 11/2/2009 | 4750 |
| PJF | P J F Corp. * | | 11/2/2009 | 1100.65 |
| POTTORFF | LISLE POTTORFF | | 11/2/2009 | 2400 |
| SAFECO | Select Benefit Administrators | | 11/2/2009 | 4182.12 |
| SDUNEM | South Dakota Unemployment Insurance Division #17014.0-9 | | 11/2/2009 | 617.2 |
| TILANDER-XPS | Tilander, Charles | ((290) Iowa Falls | 11/2/2009 | 60 |
| TNUNEM | Tennessee Dept of Labor & Workforce Devlopment #0591-5 | | 11/2/2009 | 2360.24 |
| UHC-02 | United HealthCare Insurance Co. * | | 11/2/2009 | 50056.57 |
| UHCSB | United Health Care Specialty Benefit - (Life Insurance) | | 11/2/2009 | 2510.3 |
| WACHOVIA2 | Wachovia Fiancial Service, Inc. | | 11/2/2009 | 5906.8 |
| WFEF | Wells Fargo Equipment Finance | | 11/2/2009 | 19283.04 |
| WYUNEM | Wyoming Dept. of Employment | | 11/2/2009 | 4861.89 |
| A-1L | A-1 Locksmith / A-1 Security Center | (20) | 11/3/2009 | 140.01 |
| ACE | Ace Hardware #512 (Commerce City) | | 11/3/2009 | 43.18 |
| AE&BI | Allied Energy & Battery, Inc. | | 11/3/2009 | 93.54 |
| AERO | Advanced Electric Rebuilders of Okla. | (310) | 11/3/2009 | 186.1 |
| AHFI-01 | American Hose & Fitting-#B0356 | (WA) | 11/3/2009 | 54.66 |
| AHSI | Arapahoe Heating Service Inc* | (Den) | 11/3/2009 | 936.43 |
| AIRGAS-03 | Airgas  # G8K15 | (50) | 11/3/2009 | 2525.77 |
| ALGWL | ALG Worldwide Logistics | (All) | 11/3/2009 | 372.48 |
| ALLIANT-01 | Alliant Energy #7020019530101 | (430) | 11/3/2009 | 20.65 |
| ALLTEL-07 | Alltel - # 6001745261-396 | (180) | 11/3/2009 | 5000.67 |
| AMWSR | Advanced Mobile Winshield Repair | (40) | 11/3/2009 | 602 |
| ARAS | Advanced Rentals and Sales | | 11/3/2009 | 375.76 |
| ASCO | Allied Sales Co.-1014799/1014798 | (380) | 11/3/2009 | 85.46 |
| ASSBS | Associated Business Systems * | (110) | 11/3/2009 | 125 |
| AT240J | AT&T-479 756-3206 206 1 | (230) | 11/3/2009 | 362.06 |
| AT250K | AT&T #806 795-9009 458 1 | (250) | 11/3/2009 | 332.94 |
| AT290A | AT&T-316 612-8515 360 9 | (290) | 11/3/2009 | 540.17 |
| AT290C | AT&T-580 429-3677 506 6 | (250) | 11/3/2009 | 53.8 |
| AT380D | AT&T-254 791-4040 294 9 | (380) | 11/3/2009 | 206.52 |
| AT440B | AT&T #361 790-5018 294 8 | (440) | 11/3/2009 | 50.71 |
| AT440C | AT&T-210 661-5428 784 9 | (440) | 11/3/2009 | 52.45 |
| ATMOS-04 | Atmos Energy-60-042156917-0752944-8 | (50) | 11/3/2009 | 22.48 |
| ATTP | All Truck & Trailer Parts | (50) | 11/3/2009 | 60.69 |
| AWT-18 | All-Ways Trucking Inc #BRUNKEWA | (WA) | 11/3/2009 | 1100 |
| BA&TR | Bill's Auto & Truck Repair | | 11/3/2009 | 210 |
| BED | Brown Evans Dist. -17556 | (180) | 11/3/2009 | 415.56 |
| BELTJ | Jim Belt * | (490) | 11/3/2009 | 4100 |
| BHL | Bunkhouse Lodge | | 11/3/2009 | 197.19 |
| BIS-01 | Bonneville Industrial Supply Co.-104505-5 | (390) | 11/3/2009 | 30.27 |
| BOISE | City of Boise Utility Billing #547428-02 | (390) | 11/3/2009 | 94.94 |
| BRUCKNER-01 | Bruckners Truck Sales-#32893 | (20) | 11/3/2009 | 1869.75 |
| BRUCKNER-07 | Bruckner's #H800615 | (180) | 11/3/2009 | 1057.59 |
| BTU | BTU - Bryan Texas Utilities- | (TX) | 11/3/2009 | 266.21 |
| BURNETT | Burnett LLC | (110) | 11/3/2009 | 535 |
| C&WEC | Cannon & Wendt Electric Co. | (180) | 11/3/2009 | 270.97 |
| CALP | CalPortland #1008407 | (110) | 11/3/2009 | 1311 |
| CARAWAY,L | Caraway, Luanne | (TX) | 11/3/2009 | 7.3 |
| CAR-PHNX-2 | CarQuest of Tempe-#450074/040057 | (180) | 11/3/2009 | 230.18 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| Code | Creditor | | Date | Amount |
|---|---|---|---|---|
| CCE | Cougar Cleaning Equipment * | | 11/3/2009 | 100.56 |
| CIN-15 | Cintas Corp.  -  Acct #02325 | | 11/3/2009 | 14.31 |
| CIN-35 | Cintas Corp.  -  Acct #1657 | (390) | 11/3/2009 | 96.38 |
| CIN-39 | Cintas Corp.  -  Acct #02439 | (240) | 11/3/2009 | 28.76 |
| CIN-42 | Cintas Corp.  -  Acct #86-1168 | (380) | 11/3/2009 | 84.48 |
| CIN-42 | Cintas Corp.  -  Acct #86-1168 | (380) | 11/3/2009 | 389.38 |
| CIN-48 | Cintas Corp.  -  Acct #2510 | (370/380) | 11/3/2009 | 227.36 |
| CIN-58 | Cintas Corp.  -  Acct #01320 | (50) | 11/3/2009 | 26.68 |
| CIN-60 | Cintas Corp.  -  Acct #01847 | (50) | 11/3/2009 | 64.44 |
| CIN-63 | Cintas Corp.  -  Acct #02075 | (AZ) | 11/3/2009 | 77.15 |
| CIN-66 | Cintas Corp.  -  Acct #09621 | (290) | 11/3/2009 | 13.84 |
| CIN-66 | Cintas Corp.  -  Acct #09621 | (290) | 11/3/2009 | 26.72 |
| CIN-69 | Cintas Corp.-#86-7280 | (380) | 11/3/2009 | 39.4 |
| CIN-69 | Cintas Corp.-#86-7280 | (380) | 11/3/2009 | 97.44 |
| CLFLWR | Colliflower #9201 | (500) | 11/3/2009 | 23.06 |
| CMPS-01 | Composite Printing* | (All) | 11/3/2009 | 879.85 |
| CMS | Colorado Mack Sale & Srv.#1975 | (50) | 11/3/2009 | 156.7 |
| CNAGA | CNA of Georgia #n20-0640182393 | | 11/3/2009 | 494.81 |
| CNAMC | Concentra- OHC | (110) | 11/3/2009 | 24 |
| CNAOK-01 | Concentra OHC of Oklahoma | (250) | 11/3/2009 | 405.25 |
| COCI | Collins Oil Company, Inc. | (490) | 11/3/2009 | 2199.6 |
| CPE-01 | CenterPoint Energy #6231268-1 | (370/410) | 11/3/2009 | 48.57 |
| CPE-02 | CenterPoint Energy #2810328-1 | (380) | 11/3/2009 | 142.45 |
| CPSE-04 | CPS Energy-300-2139-198 | (440) | 11/3/2009 | 394.2 |
| CRMLLC | Cummins Rocky Mountain LLC-6289913 | (180) | 11/3/2009 | 15.35 |
| CSBN | Copper State Bolt & Nut#HCP099/BRU082 | (180) | 11/3/2009 | 24.44 |
| CSG | City of St. George-Utilities #8500106801 | (90) | 11/3/2009 | 115.23 |
| CSOCI | Canyon State Oil Co.-#8092 | (180) | 11/3/2009 | 471.11 |
| CT&WS | California Tool & Welding Supply | (340) | 11/3/2009 | 23.82 |
| DAWG | DAWG * | (500) | 11/3/2009 | 122.28 |
| DIA | Dial Lubricants, Inc.-* | (20) | 11/3/2009 | 5038.99 |
| DRCI | Deeco Rubber Co., Inc. | (250) | 11/3/2009 | 48.24 |
| DRI | Drive Train Industries#0190040 | (50) | 11/3/2009 | 87.47 |
| DRTFP | DRT Fluid Power | (80) | 11/3/2009 | 119.51 |
| DYI290F | Days Inn - Topeka | (290) | 11/3/2009 | 422.66 |
| ECL | Ernie's Cardlock, LLC- #961223 | (40) | 11/3/2009 | 2606.72 |
| ECOPANINC | Eco-Pan, Inc. | | 11/3/2009 | 5320.06 |
| ECSP | Eclipse Security Professionals * | (110) | 11/3/2009 | 422 |
| ENTERGY-02 | Entergy #3373820 | (370) | 11/3/2009 | 133.36 |
| EWC-02 | Eureka Water Co-Ozarka Water & Coffee-#08949 | (250 | 11/3/2009 | 19.9 |
| FCY-21 | Fastenal Co. | (All) | 11/3/2009 | 734.82 |
| FFM | Fleet Fueling Management #BRU001 | (370) | 11/3/2009 | 2696.21 |
| FLEESON-XPS | Fleeson, Dave | (50) | 11/3/2009 | 25 |
| FLTPR-03 | FleetPride #211904 | (All) | 11/3/2009 | 720.92 |
| FRITZ-02 | Fritz-Pak Corp. -  Acct. # 244 | (80/440) | 11/3/2009 | 10744.35 |
| FRONTIER-04 | Frontier #92850584401107065 | (180) | 11/3/2009 | 179 |
| FWS | Frosty's Water Service-6471 | | 11/3/2009 | 89.4 |
| GCR-AZ | GCR Phoenix Truck | (180) | 11/3/2009 | 175 |
| GRP | Geneva Rock Products, # -990 | (90) | 11/3/2009 | 1611.15 |
| GSINC | Gallegos Sanitation Inc#385824 | (50) | 11/3/2009 | 55 |
| HANHYD | Hannon Hydraulics  * | (80) | 11/3/2009 | 1250 |
| HILL-01 | Hill Petroleum #10-0000069 | (50) | 11/3/2009 | 18158.46 |
| HOTECH | Hose-Tech * | (20) | 11/3/2009 | 48.28 |
| HSK | Husky Truck Center  - #2510 | (40) | 11/3/2009 | 138.46 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| HSOC | Hansen Oil Co. | (90) | 11/3/2009 | 2896.65 |
| HT&TS | Hiway Towing & Truck Service * | (40) | 11/3/2009 | 592.94 |
| IBI | Indoor Billboard - # 10514 | (40) | 11/3/2009 | 59.34 |
| IBI-02 | Indoor Billboard - # 10385 | (81) | 11/3/2009 | 32.13 |
| IBI-03 | Indoor Billboard - # 11575 | (110) | 11/3/2009 | 55.31 |
| IDPWR | Idaho Power #2583279771 | (390) | 11/3/2009 | 249.74 |
| IMGC-03 | Intermountain Gas Co-25041445-203-8 | (390) | 11/3/2009 | 22.53 |
| IMGTCH | Imagine Technologies, Inc. | (All) | 11/3/2009 | 65.5 |
| INH-07 | Interstate Hydraulics Inc. #102023 | (180) | 11/3/2009 | 20.58 |
| INNEI | Innova Enterprises, Inc. | (40) | 11/3/2009 | 869.8 |
| J&ESF | J&E Supply & Fastener-104952 | (250) | 11/3/2009 | 7.38 |
| JLS | JLS Concrete Pumping, Inc. | | 11/3/2009 | 11596.58 |
| JOHNCI | Johnson's Corners, Inc. | (50) | 11/3/2009 | 1859.85 |
| JPPI | Jack Pots Portables, Inc. | (180) | 11/3/2009 | 65 |
| JTO | Jack's Tire & Oil Inc.-#BRUBOR | (90) | 11/3/2009 | 687.32 |
| KGS-02 | Kansas Gas #510155757 1403787 73 | (290) | 11/3/2009 | 27.72 |
| KVO | Kimo Von Oelhoffen * | | 11/3/2009 | 650 |
| LAQ-01 | La Quinta Inn & Suites Belton | (380) | 11/3/2009 | 185.34 |
| LAQ-02 | LA Quinta Inns Littile Rock North McCain Mall | (410) | 11/3/2009 | 129.68 |
| LESCHWAB-51 | Les Schwab Warehouse Center | (ALL) | 11/3/2009 | 58.95 |
| LFOC | Littlefield Oil Co. | (230,310) | 11/3/2009 | 17900.53 |
| LVE | Lower Valley Energy #1304069-001 | (90) | 11/3/2009 | 126.83 |
| MAUT | Monarch Utilities I, LP (PMCK14) #0101725 | (380) | 11/3/2009 | 46.11 |
| MAUT-02 | Monarch Utilities I, LP (PMCK14) #0101726 | (380) | 11/3/2009 | 635.44 |
| MAW | Missouri American Water-35-11155404 | (240) | 11/3/2009 | 28.45 |
| MB&CC | Midwest Bearing & Chain Co-389 | (310) | 11/3/2009 | 65.44 |
| MCWHOR | McWhorter's Ltd. | (250) | 11/3/2009 | 1117.56 |
| MHCD-03 | MHC Kenworth-Denver-110484 | (50) | 11/3/2009 | 280.44 |
| MHCSA | MHC Kenworth Salina #156203 | (290) | 11/3/2009 | 182.99 |
| MHTT | Mile-Hi Truck Transmissions #1158 | (50) | 11/3/2009 | 1019.4 |
| MIND | Mission Industries #2900230 | (180) | 11/3/2009 | 25.5 |
| MLPC-01 | Midland Power Coop #935744000 | (430) | 11/3/2009 | 142.9 |
| MNOP | Marc Nelson Oil Prod - 0002003 | (110) | 11/3/2009 | 2863.73 |
| MODULAR | Modular Space Corp.-370373-809704 | (380) | 11/3/2009 | 108.25 |
| MONTGOME-XPS | Montgomery, Kevin | (50) | 11/3/2009 | 50 |
| MOTEL6-03 | Motel 6 - #60007165 | (AZ) | 11/3/2009 | 2363.79 |
| MSSI | Mid-South Sales, Inc-9630365 | (410) | 11/3/2009 | 2529.5 |
| MULT-P489831 | Multnomah County Tax Collector | | 11/3/2009 | 1464.16 |
| MULT-R315077 | Multnomah County #R315077 | | 11/3/2009 | 5187.07 |
| MULT-R315086 | Multnomah County Tax Collector | | 11/3/2009 | 28660.72 |
| NAPA-10 | Napa Auto  # 03174 | (180) | 11/3/2009 | 29.37 |
| NAPA-15 | Napa Auto  # 01240 -RPM | (90) | 11/3/2009 | 12.34 |
| NAPA-58 | Napa Auto  # 8305 | (180) | 11/3/2009 | 53.85 |
| NAPA-64 | Napa Auto  # 2916 | (410/470) | 11/3/2009 | 68.41 |
| NAPA-84 | NAPA-Jayhawk Auto #327 | (290) | 11/3/2009 | 24.08 |
| NCPSC | NC Power Systems/ NC Machinery -1058800 | (40) | 11/3/2009 | 276.07 |
| NSI | National Safety, Inc. * | (All) | 11/3/2009 | 1011.68 |
| NTCA | Nextran Truck Center-Atlanta | (500) | 11/3/2009 | 49.14 |
| NVES | Nashville Electric Service-1052159-0410097 | (480) | 11/3/2009 | 369.82 |
| NWC | Northwest Cascade  * | (40/110) | 11/3/2009 | 94.7 |
| NWSW-05 | North Washington-#401020401.03 | (50) | 11/3/2009 | 115.45 |
| OBTS-01 | Ogburn's Truck Parts-San Antonio | (440) | 11/3/2009 | 435.17 |
| OKTAX3 | Oklahoma Tax Commission | | 11/3/2009 | 2405.75 |
| OKTAX-3 | Oklahoma Tax Commission | | 11/3/2009 | 1838 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| OLGEI | Oakleaf Glass Enterprises Inc | | 11/3/2009 | 424.63 |
| OLIPC | Oliphant Construction* | | 11/3/2009 | 1460.86 |
| ONSW-02 | Ozarka Natural Spring Water #0118999796  (370) | | 11/3/2009 | 39.43 |
| O'REILLY-01 | O'Reilly Auto Parts #99558 | (20) | 11/3/2009 | 405.63 |
| O'REILLY-02 | O'Reilly Auto Parts #197609 | (230/240) | 11/3/2009 | 323.02 |
| O'REILLY-03 | O'Reilly Auto Parts #605186 | (370) | 11/3/2009 | 440.73 |
| O'REILLY-04 | O'Reilly Auto Parts #68042 | (250) | 11/3/2009 | 556.86 |
| O'REILLY-05 | O'Reilly Auto Parts #252050-WI | (290) | 11/3/2009 | 25.75 |
| O'REILLY-06 | O'Reilly Auto Parts #472822 | (310) | 11/3/2009 | 880.35 |
| O'REILLY-12 | O'Reilly Auto Parts #810653 | (430) | 11/3/2009 | 336.29 |
| O'REILLY-13 | O'Reilly Auto Parts #875528 | (480) | 11/3/2009 | 153.57 |
| OSFS | On-Site Fuel Service | (370) | 11/3/2009 | 6162.05 |
| PETRO-01 | PetroCard #00-0080323 | (40) | 11/3/2009 | 3185.82 |
| PHT | Phelps Tire | (WA) | 11/3/2009 | 102 |
| PIKEPASS-01 | Pikepass Customer  Srv Ctr-#91 | (250) | 11/3/2009 | 360 |
| PITNEY-20 | Pitney Bowes #8000-9000-0799-1106 | (180) | 11/3/2009 | 542.9 |
| PITNEY-25 | Pitney Bowes #8000-9090-0008-6491 | (10) | 11/3/2009 | 1000 |
| PITNEY-47 | Pitney Bowes #44434991 | (50) | 11/3/2009 | 1000 |
| PMNG | Piedmont Natural Gas-7002919162001 | (480) | 11/3/2009 | 49.77 |
| POC-01 | Pettit Oil Co. - # 22761 | (40) | 11/3/2009 | 1970.4 |
| POCI | Payne Oil Company Inc.* | | 11/3/2009 | 81.89 |
| POLCOM | Polar Com  * | (20) | 11/3/2009 | 100 |
| PRAXAIR-01 | Praxair Distribution Inc.-A3L18 | (240) | 11/3/2009 | 81.84 |
| PROC | Pro Chem-#C3333 | (20) | 11/3/2009 | 462.77 |
| PSIS | PSI Security-Lic 0141 | (250) | 11/3/2009 | 135 |
| PUGET-07 | Puget Sound Ener-333-654-000-4 | (40) | 11/3/2009 | 178.59 |
| PUGET-09 | Puget Sound Ener-617-264-100-0 | (40) | 11/3/2009 | 9.25 |
| PUGET-11 | Puget Sound Ener-777-366-100-9 | (40) | 11/3/2009 | 69.28 |
| PWP | Pressure Washer Parts Online | (480) | 11/3/2009 | 62.9 |
| QWAZ-07 | Qwest #75623491 | (180) | 11/3/2009 | 32.34 |
| QWCO-02 | Qwest - #719-577-4443-617B | (50) | 11/3/2009 | 50.64 |
| QWCO-09 | Qwest-970-876-2105 548B | (50) | 11/3/2009 | 110.27 |
| QWCO-10 | QWest #970-879-8989-307B | (50) | 11/3/2009 | 130.83 |
| QWDEX-02 | Qwest Dex #121335409 | (90) | 11/3/2009 | 25 |
| QWDEX-04 | Qwest Dex #103715085 | (110) | 11/3/2009 | 17.15 |
| QWDEX-18 | Qwest Dex #100080178 | (40) | 11/3/2009 | 755.79 |
| QWDEX-19 | Qwest Dex #100755176 | (110) | 11/3/2009 | 26.45 |
| QWIA-01 | Qwest #641 648-2122 218 | (430) | 11/3/2009 | 73.57 |
| QWID-02 | Qwest-208.898.3447 919B | (390) | 11/3/2009 | 237.85 |
| QWWA-13 | Qwest - #360-352-1068-270B | (40) | 11/3/2009 | 39.11 |
| REDRIVER | Red River Trailer Services, Inc. | (410-Rent) | 11/3/2009 | 152.9 |
| REDTC | Redburn Tire Co. * | (180) | 11/3/2009 | 120.89 |
| REINHARD-04 | Reinhard Petro.LLC-400035 | (40) | 11/3/2009 | 21786.83 |
| RICHE | Richards Equipment Co.-BRUBON | (380) | 11/3/2009 | 93.41 |
| RIS-01 | Ross Island Sand-Gravel-#03064 | (110) | 11/3/2009 | 1297.8 |
| RMPOWER-03 | Rocky Mtn. Power-54563426-004 0 | (90) | 11/3/2009 | 156.04 |
| RSFLLC | Ram Steel Fab LLC | (410) | 11/3/2009 | 816.2 |
| RTC-16 | Regions Interstate Billing #32893 | (20) | 11/3/2009 | 167.17 |
| RWI | Rodeway Inn & Conf. Center (IA116) | (430) | 11/3/2009 | 134.4 |
| SBC | Springfield Brake Co.- # 17066 | (240) | 11/3/2009 | 11.74 |
| SBJ | The Springfield Business Journal | | 11/3/2009 | 69 |
| SCFUEL | SC Fuels #5057 | (40) | 11/3/2009 | 6230.33 |
| SCRI | Sun Coast Resources, Inc. | (TX) | 11/3/2009 | 13947.61 |
| SCSS | Stanley Convergent Security Solutions * | (110) | 11/3/2009 | 73.11 |

**Brundage-Bone Concrete Pumping, Inc.**

**Exhibit SCH B Q35**

**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| SEATRP | Seattle Tarp Co., Inc. | (80) | 11/3/2009 | 1777.08 |
| SFS | Smith Fire Systems, Inc. | (81) | 11/3/2009 | 1059.02 |
| SGC-02 | Safelite Fulfillment Inc. / Safelite Autoglass | (180) | 11/3/2009 | 455.07 |
| SGL | SourceGas LLC #21101626631 | (50) | 11/3/2009 | 49.99 |
| SHELL | SOPUS Products #11242566 | (All) | 11/3/2009 | 12716.92 |
| SPECI | South Plains Electric Cooperative Inc #92392401 | (250) | 11/3/2009 | 180.46 |
| SRP-01 | SRP- #395-810-004 | (180) | 11/3/2009 | 2349.74 |
| SSM | Seattle Sterling Mack-14130 | (WA) | 11/3/2009 | 1507.72 |
| STAPLES-02 | Staples Business-1030953 | (All) | 11/3/2009 | 7169.3 |
| STMLLC | Southern Tire Mart, LLC | (All) | 11/3/2009 | 1425.22 |
| STOREY-01 | Storey Wrecker Service, Inc | (310) | 11/3/2009 | 175 |
| STPI | Star Tex Propane Inc. | (380) | 11/3/2009 | 148 |
| STRICKLA-XPS | Strickland, Dan (50) | | 11/3/2009 | 50 |
| SUDLNK | SuddenLink  #1000001 8626 710278201 | (20) | 11/3/2009 | 64.44 |
| SUNCII | Sun Chem Industries, Inc. * | (180) | 11/3/2009 | 716.46 |
| SUS | Superior Linen Srv.- #160325-0 | (40) | 11/3/2009 | 37.21 |
| TAP-02 | T / A Pump | (340) | 11/3/2009 | 652.85 |
| TCI-07 | TCI Tire Centers #7853942 | (50) | 11/3/2009 | 352.7 |
| TCI-20 | TCI Tire Center-6100459 | | 11/3/2009 | 216.63 |
| TPL | Transport Permits LTD  -   * | (All) | 11/3/2009 | 432.5 |
| TSTC | Tri-State Truck Center, Inc.  #BRUND | (410/470) | 11/3/2009 | 1217.71 |
| TWTR | Transwest Trucks Inc. #10344 | (50) | 11/3/2009 | 42.17 |
| TXMC | Texas MedClinic* | (TX) | 11/3/2009 | 178 |
| UFH-03 | Unifirst Corporation #455692/812537/816976 | (490) | 11/3/2009 | 80.33 |
| UFH-04 | UniFirst Corporation #810968/810969 | (500) | 11/3/2009 | 146.07 |
| UFH-05 | UniFirst Corporation #363633 | (480) | 11/3/2009 | 20.45 |
| UFH-10 | UniFirst Holdings, Inc. #814512 | (370) | 11/3/2009 | 74.52 |
| UFH-12 | UniFirst Corp. #355095/730881 | (470) | 11/3/2009 | 58.81 |
| UNR-04 | United Rentals-#225459 | (40) | 11/3/2009 | 157.16 |
| UPS-01 | UPS - # 2AR739 | (240) | 11/3/2009 | 52.26 |
| UPS-02 | UPS - # 3580W1 | (90) | 11/3/2009 | 237.9 |
| UPS-04 | UPS - # 49A9V6 | (180) | 11/3/2009 | 175.7 |
| UPS-06 | UPS - # 5A076R | (290) | 11/3/2009 | 147.2 |
| UPS-16 | UPS- # 868214 | (WA) | 11/3/2009 | 482.62 |
| UPS-19 | UPS - # A000R7 | (20) | 11/3/2009 | 81.75 |
| UPS-23 | UPS - # V58354 | (230) | 11/3/2009 | 46.17 |
| UPS-24 | UPS - # V58812 | (250) | 11/3/2009 | 48.86 |
| UPS-29 | UPS - #  V58806 | (310) | 11/3/2009 | 38.39 |
| UPS-42 | UPS - # 7W293A | | 11/3/2009 | 10.6 |
| UPS-45 | UPS - # 6V3837 | (340) | 11/3/2009 | 63.4 |
| UPS-69 | UPS - #  2XF292 | (380) | 11/3/2009 | 383.74 |
| UPS-72 | UPS - #  30A8X5 | (50) | 11/3/2009 | 81.91 |
| UPS-73 | UPS - # 3X33R2 | (390) | 11/3/2009 | 128.87 |
| UPS-74 | UPS - #  30A82A | (410) | 11/3/2009 | 36.43 |
| UPS-75 | UPS - # 30V6W1 | (250) | 11/3/2009 | 27.5 |
| UPS-81 | UPS - #  492AW9 | (440) | 11/3/2009 | 60.83 |
| UPS-83 | UPS - #  8US193F6EA | | 11/3/2009 | 57.51 |
| UPS-86 | UPS - # 663WR8 | (430) | 11/3/2009 | 38.75 |
| UPS-91 | UPS - # 8FE788 | (40) | 11/3/2009 | 103.73 |
| UPS-96 | UPS #12948E | (500) | 11/3/2009 | 72.04 |
| UPS-98 | UPS #1294x8 | (480) | 11/3/2009 | 46.29 |
| UPSF-06 | UPS Freight #50043324 | (50) | 11/3/2009 | 1244.19 |
| UPSF-11 | UPS Freight #25125424 | (80/81) | 11/3/2009 | 1090.81 |
| UPSF-13 | UPS Freight #50033196 | (90/81) | 11/3/2009 | 604.84 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| UPSF-28 | UPS Freight #50026060 | (50/380) | 11/3/2009 | 331.79 |
| URT | United Road Towing #92528 | (180) | 11/3/2009 | 462 |
| USCEL-02 | U.S. Cellular-* | (430) | 11/3/2009 | 327.4 |
| USS-01 | United Site Services of Nevada #PNW-08588 | (110) | 11/3/2009 | 66.7 |
| UTSSTI | Utility Trailer Sales #16860/16861 | (TX) | 11/3/2009 | 88.29 |
| VERIZON-11 | Verizon #10  5412 2892246547 05 | (380/440) | 11/3/2009 | 804.3 |
| VERIZON-42 | Verizon #10 5413 2821107421 10 | (370/380) | 11/3/2009 | 147.7 |
| VERIZON-50 | Verizon Wireless-813333444-00001 | (410) | 11/3/2009 | 626.45 |
| VERIZON-55 | Verizon Wireless #783165366-00001 | (290) | 11/3/2009 | 1264.67 |
| W&V | Weiss & Van Scoyk, LLP | | 11/3/2009 | 90 |
| WASTE-45 | Waste Management of-375-0094003-1375-6 | (500) 11/3/2009 | | 73 |
| WBJ | Wichita Business Journal * | | 11/3/2009 | 98.86 |
| WCOTC | Western Colorado Truck Center-1387 | (50) | 11/3/2009 | 170.61 |
| WESTAR-05 | Westar Energy #3833839841 | (290) | 11/3/2009 | 140.6 |
| WESTAR-06 | Westar Energy #3580263460 | (290) | 11/3/2009 | 79.69 |
| WHITNEY-XPS | Whitney, Phil | (50) | 11/3/2009 | 425 |
| WICHITA-01 | Wichita, City of - 196308-92663 | (290) | 11/3/2009 | 115.16 |
| WICHITA-02 | Wichita, City of- 251453-143298 | (290) | 11/3/2009 | 371.04 |
| WOI | Westring Oil, Inc.   -   * | (90) | 11/3/2009 | 18761.75 |
| WTT | Woods Truck Tire Service- | (250) | 11/3/2009 | 155 |
| WWG-01 | WW Grainger # 802438333 | (20) | 11/3/2009 | 3.97 |
| WWG-05 | WW Grainger # 845737246 | (180) | 11/3/2009 | 7.43 |
| XFI | Xero-Fax Incorporated * | | 11/3/2009 | 817.63 |
| YBUSA-03 | Yellow Book West #A02739 | (290) | 11/3/2009 | 133 |
| YBUSA-07 | Yellow Book USA #A00H7M | | 11/3/2009 | 93 |
| YVEAI | Yampa Valley Electric Association #260011503 | (50) | 11/3/2009 | 53.83 |
| ZEE-03 | Zee Medical Inc - # 081842 | (40) | 11/3/2009 | 83.03 |
| BB110 | Brundage-Bone/Oregon-110 | | 11/4/2009 | 7609.1 |
| BUTLER-XPS | Butler, Mike     (290) Iowa Falls | | 11/4/2009 | 60 |
| CNHC | CNH Capital / CRA Payment Center # 1693 | | 11/4/2009 | 12441.4 |
| CNHC | CNH Capital / CRA Payment Center # 1693 | | 11/4/2009 | 838.61 |
| CWI | Crane West Inc. * | (390) | 11/4/2009 | 800 |
| ER&S | Empire Rubber & Supply * | | 11/4/2009 | 250 |
| GABEY-XPS | Gabey, James | (490) | 11/4/2009 | 71.71 |
| HEINZDJR-XPS | Heinz, Don M Jr. | (10) | 11/4/2009 | 292.93 |
| IUOE-02 | IUOE Local 370 | (90) | 11/4/2009 | 75 |
| JOHNSOB-XPS | Johnson, Brian | (290) | 11/4/2009 | 20 |
| LANEPOWELL | Lane Powell PC | | 11/4/2009 | 1838 |
| LANEPOWELL | Lane Powell PC | | 11/4/2009 | 2405.75 |
| LAWRENCE-XPS | Lawrence, Chris | (470) | 11/4/2009 | 87.4 |
| MCMILIAN-XPS | McMillian, Ricky | (500) | 11/4/2009 | 23.9 |
| NAEGELE-XPS | Naegele, Chris | (290) | 11/4/2009 | 86.98 |
| NELSONK-XPS | Nelson, Keith | (480) | 11/4/2009 | 96.6 |
| ODIORNE-XPS | Odiorne, Chuck | (370) | 11/4/2009 | 280 |
| SCHIECK-XPS | Schieck, Tim | (10*) | 11/4/2009 | 154 |
| SHELL | SOPUS Products  #11242566 | (All) | 11/4/2009 | 443.68 |
| SMITHL-XPS | Smith, Lewis | (470) | 11/4/2009 | 158.67 |
| TILANDER-XPS | Tilander, Charles     ((290) Iowa Falls | | 11/4/2009 | 80 |
| WHITAKRR-XPS | Whitaker, Richard | (110-Expenses) | 11/4/2009 | 450 |
| WILFER-XPS | Wilfer, Mike | (500) | 11/4/2009 | 980.83 |
| ZENITH | Zenith Administrators | (90) | 11/4/2009 | 509.64 |
| ADAMSCR-02 | Adams County Clerk & Recorder* | | 11/5/2009 | 47.2 |
| AZDOR | Arizona  Dept of Revenue 29009 | | 11/5/2009 | 486.4 |
| BB020 | Brundage-Bone/Texas - 20 | | 11/5/2009 | 2607.16 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| BB080 | Brundage-Bone/RPS-80 | | 11/5/2009 | 3307.86 |
| BB081 | Brundage-Bone/Branch -81 | | 11/5/2009 | 28183.11 |
| BB110 | Brundage-Bone/Oregon-110 | | 11/5/2009 | 2670 |
| BB370 | Brundage-Bone Branch/370 | | 11/5/2009 | 800.1 |
| BB380 | Brundage-Bone Branch/380 | | 11/5/2009 | 4099 |
| BONEDC-XPS | Bone, Dale C. | (WA-82) | 11/5/2009 | 1227.16 |
| BRIDGWA-XPS | Bridgwater, Craig | (180) | 11/5/2009 | 65.61 |
| CLARKK-PT | Clark, Kasey | (90) | 11/5/2009 | 56.6 |
| CLARKK-PT | Clark, Kasey | (90) | 11/5/2009 | 284.98 |
| COIRO-XPS | Coiro, David | (180) | 11/5/2009 | 259.42 |
| COWHTX | Colorado Department of Revenue | | 11/5/2009 | 532 |
| DOMINGUE-XPS | Dominguez, Modesto Jr. | (460) | 11/5/2009 | 74.4 |
| EDD | Employment Delvelopment Dept. | | 11/5/2009 | 71.57 |
| EWELLD-XPS | Ewell, Dale | (90) | 11/5/2009 | 912.56 |
| FIFC-02 | First Ins. Funding Corp. | | 11/5/2009 | 129407.05 |
| FINNESTAD-PC | Finnestad, Ross | (250-PC) | 11/5/2009 | 261.12 |
| GECB37 | G E Capital | | 11/5/2009 | 3035.5 |
| GECB38 | G E Capital | | 11/5/2009 | 3035.5 |
| GECB39 | G E Capital | | 11/5/2009 | 3023.09 |
| GECB40 | G E Capital | | 11/5/2009 | 3884.03 |
| GILLJ-XPS | Gill, Jeff | (80) | 11/5/2009 | 21.38 |
| GREGORY-XPS | Gregory, Brian | (40) | 11/5/2009 | 449.72 |
| GRIFFIN-PC | Griffin, Joe | (290-PC) | 11/5/2009 | 284.98 |
| GROVERA-XPS | Grover, Aaron | (10-WA) | 11/5/2009 | 707.45 |
| GROVERR-XPS | Grover, Ryan | (90) | 11/5/2009 | 1631.24 |
| HAMILTON-XPS | Hamilton, Ray | (180) | 11/5/2009 | 109.51 |
| HOLT-XPS | Holt, Leland | (40 Poulsb) | 11/5/2009 | 101.4 |
| JONESR-XPS | Jones, Richard | (40) | 11/5/2009 | 129.69 |
| KEY-05 | Keybank | | 11/5/2009 | 9366 |
| KSDOR1 | Kansas Department of Revenue | | 11/5/2009 | 612 |
| LONESTARBNK | Lone Star Bank, SSB | (10) | 11/5/2009 | 6122.03 |
| MCKEEVER-XPS | McKeever, Verlin | (250) | 11/5/2009 | 59 |
| MOWHTX | Missouri Department of Revenue | | 11/5/2009 | 248.6 |
| MYERS-XPS | Myers, Cliff | (460) | 11/5/2009 | 226.47 |
| ODR2 | Oregon Dept of Revenue (14800) | | 11/5/2009 | 1714 |
| PEOPLES | People's Capital and Leasing Corp. | | 11/5/2009 | 6065.78 |
| RICHMAN-XPS | Richman, Gayle | (90) | 11/5/2009 | 126.41 |
| TAYLORS-XPS | Taylor, Scott | (90) | 11/5/2009 | 61.43 |
| TUCSON-01 | Tucson, City of | (460) | 11/5/2009 | 180 |
| WARDL-XPS | Ward, Larry | (81) | 11/5/2009 | 480 |
| WEESE,AARON | Weese, Aaron | (90) | 11/5/2009 | 66.18 |
| WF401K | Wells Fargo Bank, 401K | | 11/5/2009 | 8888.58 |
| WF401L | Wells Fargo Bank, 401K Loans | | 11/5/2009 | 1216.92 |
| WFFICA | Wells Fargo Bank, FICA | | 11/5/2009 | 79877.07 |
| WHITE-XPS | White, Gregg | (20*) | 11/5/2009 | 651 |
| ACCCSTEFFEN | Adams County Combined Court | | 11/6/2009 | 25 |
| AGT | Attorney General of Texas | | 11/6/2009 | 2744.82 |
| AZCHLD | Arizona--Clerk of the Court | | 11/6/2009 | 640.25 |
| CASDU | CA State Disbursement Unit | | 11/6/2009 | 161.53 |
| CHP13HAMMOND | Laurie B. Williams Trustee | | 11/6/2009 | 125 |
| CONSTABLELV | Constable | | 11/6/2009 | 90.7 |
| CSSFSRGA | Child Support Services, Family Support Reg. | | 11/6/2009 | 177.42 |
| DAVIDHOWE | David M Howe, Trustee | | 11/6/2009 | 1093.06 |
| FSPCMO | Family Support Payment Center | | 11/6/2009 | 86.75 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| FSR | Family Support Registry-CO | | 11/6/2009 | 187.83 |
| HESAA | Higher Education Student Assist. | | 11/6/2009 | 52.4 |
| ID-CARNELL | Idaho State Tax Commission | | 11/6/2009 | 235.13 |
| IDCHD1 | Idaho Child Support Receipting | | 11/6/2009 | 138.46 |
| IRS-RIVAS | IRS | | 11/6/2009 | 45 |
| IRS-SCAGGS | IRS | | 11/6/2009 | 6.25 |
| JORJATRADE | JORJA TRADING INC | | 11/6/2009 | 172.86 |
| KSPMT | Kansas Payment Center | | 11/6/2009 | 307.85 |
| LADSS | LA Dept. of Social Services | | 11/6/2009 | 96 |
| LEAHCCROFT | Leah Carlette Croft | | 11/6/2009 | 103.85 |
| MARINABARRER | Marina Martinez Barrera | | 11/6/2009 | 66.21 |
| MNCSPC | MN Child Support Payment Center | | 11/6/2009 | 549.38 |
| MTCSED | MT CSED | | 11/6/2009 | 80.22 |
| NEO | Neopost/Postage on Call | | 11/6/2009 | 250 |
| NMCSED | NM Child Support Enforcement Dividsion | | 11/6/2009 | 122.08 |
| OKCSR | OK Centralized Support Registry | | 11/6/2009 | 746.65 |
| ORDOJ | Oregon Department of Justice | | 11/6/2009 | 470.08 |
| ORS | Office of Recovery Services | | 11/6/2009 | 160.27 |
| PEOPLESCCU | People's Community | | 11/6/2009 | 75 |
| PLEASANT.J | PLEASANT, JENNIFER | | 11/6/2009 | 162.38 |
| RINEHART | RINEHART FETZER SIMONSEN & BOOTH P.C. | | 11/6/2009 | 94.98 |
| SARAHAHANNAN | Sarah Hannan | | 11/6/2009 | 70.42 |
| SDCSPC | SD Child Support Payment Center | | 11/6/2009 | 23.08 |
| UHC-02 | United HealthCare Insurance Co.  * | | 11/6/2009 | 52616.18 |
| UNITEDCOLLEC | UNITED COLLECTION SERVICE | | 11/6/2009 | 162 |
| WISCTF | WI SCTF | | 11/6/2009 | 73.32 |
| WSS | Washington State | | 11/6/2009 | 1277.61 |
| A&AE | A&A Equipment | | 11/9/2009 | 92 |
| A64 | Access Telephone Solutions, Inc. | (40) | 11/9/2009 | 251.85 |
| ABCPP&LS | ABC Pest, Pool & Lawn Sevices | (370) | 11/9/2009 | 84.44 |
| ACTION | Action Tire Co. | (500) | 11/9/2009 | 157.5 |
| AEP-03 | AEP/Southwestern Electric Power | (230) | 11/9/2009 | 109.65 |
| AH&S | Aero Hardware & Supply Inc. * | (490) | 11/9/2009 | 178.62 |
| AIR-10 | Airgas #GQ990 | (90) | 11/9/2009 | 47.98 |
| AIRGAS-03 | Airgas  # G8K15 | (50) | 11/9/2009 | 686.29 |
| AIRGAS-14 | Airgas-Nor Pac # H4B62 | (110) | 11/9/2009 | 147.23 |
| AMERCI | American Concrete Institute * | | 11/9/2009 | 150 |
| AML&M | A.M. Landscape & Maint. | (370) | 11/9/2009 | 300 |
| AO&S-04 | Allied Oil & Supply, Inc.-9832132 | (430) | 11/9/2009 | 247.97 |
| AOI | Alternative Office Inc. #4619 | (20) | 11/9/2009 | 241.65 |
| APPLIED-05 | Applied Industrial Tech.-4570595 | (90) | 11/9/2009 | 228.79 |
| APPLIED-13 | Applied Industrial Tech #2481424 | (500) | 11/9/2009 | 54.81 |
| ARMK-02 | Aramark Uniform Serv. #591324001 | (110) | 11/9/2009 | 368.68 |
| AS&SI | American Sales & Services, Inc. | | 11/9/2009 | 702.81 |
| ASH-02 | Ash Auto Safety House #38081 | (180) | 11/9/2009 | 597.76 |
| ASSI | Atlas Security Service, Inc. | (240) | 11/9/2009 | 33.37 |
| AT290F | AT&T #785 823-7706 655 4 | (290) | 11/9/2009 | 270.54 |
| ATMOS-03 | ATMOS Energy 8000016959621372350 | (20) | 11/9/2009 | 194.62 |
| ATST | Allentown Shotcrete Co. * | 80/40) | 11/9/2009 | 2197.95 |
| AUS-01 | Aramark Uniform Serv. #591324002 | (110) | 11/9/2009 | 379.12 |
| AWS | Allied Waste Services #394 | (240) | 11/9/2009 | 101.08 |
| AWS-03 | Allied Waste Services #753 (3-0753-5080408) | (180) | 11/9/2009 | 596.93 |
| AWS-04 | Allied Waste Services #472 | (110) | 11/9/2009 | 329.62 |
| BB040 | Brundage-Bone/Washington- 40 | | 11/9/2009 | 2493.92 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| BB050 | Brundage-Bone/Denver-50 | | 11/9/2009 | 77.64 |
| BB080 | Brundage-Bone/RPS-80 | | 11/9/2009 | 1263.01 |
| BB180 | Brundage-Bone/Phoenix-180 | | 11/9/2009 | 229.21 |
| BB290 | Brundage-Bone/Wichita-290 | | 11/9/2009 | 2180 |
| BB500 | Brundage Bone 500 | | 11/9/2009 | 1819.88 |
| BERRMI | Berry Mechanical, Inc. | (310) | 11/9/2009 | 165 |
| BFC | Benefactor Funding Corp. | (10) | 11/9/2009 | 43.2 |
| BOF | Battery Outfitters* | (230/410) | 11/9/2009 | 281.02 |
| BPR-05 | Border Construction Specialties #853356 | (460) | 11/9/2009 | 420 |
| BRPI | Binggeli Rock Products, Inc. | (90) | 11/9/2009 | 185.33 |
| BRUCKNER-01 | Bruckners Truck Sales-#32893 | (20) | 11/9/2009 | 1811.66 |
| BRUCKNER-02 | Bruckners Truck Sales-#70695 | (250) | 11/9/2009 | 985.02 |
| BRUCKNER-03 | Bruckners Truck Sales-#52490 | (250) | 11/9/2009 | 21.82 |
| BRUCKNER-06 | Bruckners Truck Sales-#D1928 | (20) | 11/9/2009 | 329.92 |
| BRUCKNER-07 | Bruckner's #H800615 | (180) | 11/9/2009 | 1308.7 |
| BT&ER | Baker Truck & Equipment Repair * | (240) | 11/9/2009 | 599.2 |
| BUDA | City of Buda-1481 | (380) | 11/9/2009 | 260.97 |
| CAR-MERID | Car Quest of Meridian-847500 & 777501 | (390) | 11/9/2009 | 125.78 |
| CAR-PHNX-2 | CarQuest of Tempe-#450074/040057 | (180) | 11/9/2009 | 42.44 |
| CAR-SM | CarQuest of Salem-# 325920 | (110) | 11/9/2009 | 50.33 |
| CBS | Capitol Bearing Service * | (380) | 11/9/2009 | 300.88 |
| CBSI | Courtesy Building Services Inc | (20) | 11/9/2009 | 216.5 |
| CCA-02 | Colorado Contractors Association | | 11/9/2009 | 850 |
| CENLCI | CenturyLink Comm. Inc. #1003697341 | (40) | 11/9/2009 | 20.23 |
| CFI-04 | Construction Forms #88 | (50) | 11/9/2009 | 1828.28 |
| CFI-06 | Construction Forms #91 | (WA) | 11/9/2009 | 9588.77 |
| CFI-09 | Construction Forms #2561 | (180) | 11/9/2009 | 973.82 |
| CFI-14 | Construction Forms #2901 | (250) | 11/9/2009 | 418.85 |
| CFI-53 | Construction Forms, Inc. #4876 | (500) | 11/9/2009 | 213.46 |
| CIN-01 | Cintas Corp.  - Acct #71379 | (WA) | 11/9/2009 | 568.53 |
| CIN-02 | Cintas Corp.  - Acct #104 | (90) | 11/9/2009 | 225.44 |
| CIN-04 | Cintas Corp.  - Acct #402 | (110) | 11/9/2009 | 599.65 |
| CIN-05 | Cintas Corp.  - Acct #09938 | | 11/9/2009 | 338.4 |
| CIN-07 | Cintas Corp.  - Acct #01278 | (240) | 11/9/2009 | 175.4 |
| CIN-10 | Cintas Corp.  - Acct #01000 | (290) | 11/9/2009 | 208.63 |
| CIN-12 | Cintas Corp.  - Acct #17471 | (310) | 11/9/2009 | 186.1 |
| CIN-28 | Cintas Corp.  - Acct #01131 | (240) | 11/9/2009 | 298.92 |
| CIN-31 | Cintas Corp.  - Acct #1212 | (40) | 11/9/2009 | 64.5 |
| CIN-32 | Cintas Corp.  - Acct #7130 | (50) | 11/9/2009 | 595.02 |
| CIN-34 | Cintas Corp.  - Acct #7133 - 7241 | (50) | 11/9/2009 | 226.11 |
| CIN-41 | Cintas Corp.  - Acct #3294 | (310) | 11/9/2009 | 403.2 |
| CIN-42 | Cintas Corp.  - Acct #86-1168 | (380) | 11/9/2009 | 44.27 |
| CIN-44 | Cintas Corp.  - Acct #8947 | (440) | 11/9/2009 | 564.56 |
| CIN-48 | Cintas Corp.  - Acct #2510 | (370/380) | 11/9/2009 | 97.44 |
| CIN-54 | Cintas Corp.  - Acct #01577 | (20) | 11/9/2009 | 1147.65 |
| CIN-55 | Cintas Corp.  - Acct #00750 | (20) | 11/9/2009 | 175.06 |
| CIN-56 | Cintas Corp.  - Acct #2272 | (230) | 11/9/2009 | 192.51 |
| CIN-57 | Cintas Corp.  - Acct #00701 | (250) | 11/9/2009 | 313.71 |
| CIN-61 | Cintas Corp.  - Acct #01025 | (180) | 11/9/2009 | 446.96 |
| CIN-62 | Cintas Corp.  - Acct #4911 | (290) | 11/9/2009 | 127.5 |
| CIN-63 | Cintas Corp.  - Acct #02075 | (AZ) | 11/9/2009 | 197.6 |
| CIN-66 | Cintas Corp.  - Acct #09621 | (290) | 11/9/2009 | 13.8 |
| CLFLWR | Colliflower #9201 | (500) | 11/9/2009 | 308.69 |
| CMPS-01 | Composite Printing* | (All) | 11/9/2009 | 118.9 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| CMS | Colorado Mack Sale & Srv.#1975 | (50) | 11/9/2009 | 450.71 |
| CNAAZ-03 | Concentra- OHC of the SW, P.A. | (460) | 11/9/2009 | 27 |
| COCI | Collins Oil Company, Inc. | (490) | 11/9/2009 | 2366.1 |
| CTNA-01 | Continental Tire NA #7420294 | | 11/9/2009 | 1310.95 |
| CWG | C.W. Grove & Son  -  # B8000 | (40) | 11/9/2009 | 2346.39 |
| DAVSC | Davis Salvage Co.  * | (180) | 11/9/2009 | 80 |
| DIA | Dial Lubricants, Inc.-* | (20) | 11/9/2009 | 5221.01 |
| DPD | Denver Parts Depot | | 11/9/2009 | 45.8 |
| DRI | Drive Train Industries#0190040 | (50) | 11/9/2009 | 883.18 |
| DRTFP | DRT Fluid Power | (80) | 11/9/2009 | 935.9 |
| DSLLC | Driveline Specialists LLC * | | 11/9/2009 | 398.69 |
| DYI290D | Days Inn Salina | (290) | 11/9/2009 | 751.41 |
| EDM | Edwards, Mark S. | | 11/9/2009 | 270 |
| EHH | Evco House of Hose * | (90) | 11/9/2009 | 112.25 |
| EISELEJ-XPS | Eisele, Joe | (390) | 11/9/2009 | 140 |
| ERS&T | Eagle Road Serice & Tire, Inc. | | 11/9/2009 | 413.89 |
| ETMS | East Texas Mack Sales, L.P. | (20) | 11/9/2009 | 199.77 |
| EXPW | Eastex Pressure Washers* | | 11/9/2009 | 232.01 |
| FA&IP | Finishmaster Automotive & | | 11/9/2009 | 164.03 |
| FBF | Firebird Fuel #7691 | (AZ) | 11/9/2009 | 2426.51 |
| FBF-01 | Firebird Fuel #7923 | (180) | 11/9/2009 | 5094.97 |
| FCOOPEC | Farmers Coop Elevator Co * | (250/290)) | 11/9/2009 | 20494.94 |
| FCY-21 | Fastenal Co. | (All) | 11/9/2009 | 771.13 |
| FEDEX-01 | Federal Express- #1266-3470-6 | | 11/9/2009 | 13 |
| FERGAS-02 | Ferrellgas-56020286 | | 11/9/2009 | 68.58 |
| FFE | Ferrell's Fire Extinguisher Co | | 11/9/2009 | 800.45 |
| FFI | Future Foam Inc. | (310) | 11/9/2009 | 1601.4 |
| FLA | Flamespray Northwest -    * | (80/40) | 11/9/2009 | 1294 |
| FLTPR-03 | FleetPride #211904 | (All) | 11/9/2009 | 1347.29 |
| FLUID-03 | Fluid Connector Products #66005 | (390) | 11/9/2009 | 104.9 |
| FPC | Frank Parra Chevrolet-11098/60170 | (20) | 11/9/2009 | 137.45 |
| FRITZ-04 | Fritz-Pak Corp. -  Acct. # 248 | (20) | 11/9/2009 | 2564.59 |
| FRITZ-07 | Fritz-Pak Corporation #242 | | 11/9/2009 | 385.2 |
| FWI | Flowing Wells Irrig.#87-000546 | (460) | 11/9/2009 | 15.63 |
| GADPS | Georgia Department of Public Safety | | 11/9/2009 | 88 |
| GMS&S | Grande Mack Sales & Service-P0045 | (440) | 11/9/2009 | 14.5 |
| GPC | Georgia Power Company #97459-67014 17 | (500) | 11/9/2009 | 738.67 |
| GPC-01 | Georgia Power #75637-04019 | (500) | 11/9/2009 | 56.06 |
| GRIFFIN-XPS | Griffin, Joe | (290) | 11/9/2009 | 1943.21 |
| GRP | Geneva Rock Products, #  -990 | (90) | 11/9/2009 | 6496.07 |
| HALLAS-XPS | Hallas, Joe | (500) | 11/9/2009 | 75.48 |
| HCFI | Holland Custom Fabricator, Inc. | | 11/9/2009 | 135 |
| HD040-01 | Home Depot #6035 3225 0312 1166 | (40) | 11/9/2009 | 186.6 |
| HDCI-2 | Hoidale Co., Inc.1/0000079200 | (290) | 11/9/2009 | 330.24 |
| HILL-XPS | Hill, Troy | (290) | 11/9/2009 | 20 |
| HODI | Hampel Oil Distributor | | 11/9/2009 | 18932.4 |
| HOSI | Homax Oil Sales Inc  * | | 11/9/2009 | 1222.09 |
| HOTECH | Hose-Tech * | (20) | 11/9/2009 | 276.47 |
| HOUSTON | Houston, City of # 4328-0025-5023 | (370) | 11/9/2009 | 56.33 |
| HOUSTON-05 | Houston, City of | (370) | 11/9/2009 | 50 |
| HUDEK-XPS | Hudek, John | (10*) | 11/9/2009 | 52 |
| IDEARC | Idearc Media Corp. | (40) | 11/9/2009 | 241.25 |
| INLAND-13 | Inland Truck Parts & Service #80413 | (440) | 11/9/2009 | 559.25 |
| INSIGHT | Insight     #10476789 | (All) | 11/9/2009 | 1245.16 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| Code | Creditor | | Date | Amount |
|------|----------|----|------|--------|
| INT | Interstate Turbo - #6455 | (50) | 11/9/2009 | 369.88 |
| INUOE | International Union Of Operating Eng | (40) | 11/9/2009 | 767.24 |
| ISBS | Interstate Billing Service-210149 | (380) | 11/9/2009 | 39.34 |
| IT | Integra Telecom #1462 | (110) | 11/9/2009 | 787.22 |
| J8ECOT | J-8 Equipment Co.ofTexas, Inc #B06371 | (20) | 11/9/2009 | 122.27 |
| JLS | JLS Concrete Pumping, Inc. | | 11/9/2009 | 1088.7 |
| JUBFS | Jubitz Fleet Services #71974 | (110) | 11/9/2009 | 4113.3 |
| KAM-B | Kaman Industrial Tech.- #25967 | (180) | 11/9/2009 | 130.1 |
| KTI | Kearns Towing, Inc.   * | (90) | 11/9/2009 | 744.95 |
| LESCHWAB-51 | Les Schwab Warehouse Center | (ALL) | 11/9/2009 | 187.5 |
| LJAAL | Lowther Johnson Attorneys at Law * | (230/240) | 11/9/2009 | 628.32 |
| LVRP | Lakeview Rock Products, Inc * | (90) | 11/9/2009 | 828 |
| M&AWSC | M & A Welding Supply Co., Inc # 41240 | (500) | 11/9/2009 | 256.8 |
| MAMS | Merle's Automt Supply-03849 | (AZ) | 11/9/2009 | 184.01 |
| MCGT | McGuire Tire, LLC | (380) | 11/9/2009 | 671.15 |
| MDC | Mattson Distributing Co-BRUN | | 11/9/2009 | 373.88 |
| MDCP | McDe's Concrete Pumping, Inc | | 11/9/2009 | 300 |
| MI&ST | Microtel Inn & Suites-Tulsa | (310) | 11/9/2009 | 56.7 |
| MLD | McLendon Hardware - #103650 | (40) | 11/9/2009 | 135.74 |
| MNA | Michelin North America - #1152823 | (All) | 11/9/2009 | 35961.44 |
| MNOP | Marc Nelson Oil Prod - 0002003 | (110) | 11/9/2009 | 2843.44 |
| MSSDOT | Mississippi Dept of Transportation | (240) | 11/9/2009 | 125 |
| MSSI | Mid-South Sales, Inc-9630365 | (410) | 11/9/2009 | 2535.76 |
| MTLSPRMKT-04 | Metal Supermarkets (SaltLake City) | (90) | 11/9/2009 | 59.84 |
| MTS-01 | Mack Truck Sales of Tulsa -  * | (310) | 11/9/2009 | 176.87 |
| MWTC | Mountain West Truck Cntr #5332 | (90) | 11/9/2009 | 695.27 |
| NAPA-10 | Napa Auto   # 03174 | (180) | 11/9/2009 | 42.13 |
| NAPA-72 | Napa Auto   # 70830 | (430) | 11/9/2009 | 22.42 |
| NAPA-86 | Napa Auto Parts-1195 | (490) | 11/9/2009 | 351.65 |
| NCPSC | NC Power Systems/ NC Machinery -1058800 | (40) | 11/9/2009 | 65.04 |
| NELSONK-XPS | Nelson, Keith | (480) | 11/9/2009 | 269 |
| NMTWC | North Mississppi Two-Way Comm. | (500) | 11/9/2009 | 176.5 |
| NSI | National Safety, Inc. * | (All) | 11/9/2009 | 54.51 |
| NUVOX | Nuvox Communications #0001078565 | (250) | 11/9/2009 | 331.15 |
| NUVOX-02 | Nuvox Comm.of Missouri #0000117008 | (240) | 11/9/2009 | 421 |
| NVEP | North Valley Emergency Phsicians LLC | | 11/9/2009 | 446 |
| NWC | Northwest Cascade   * | (40/110) | 11/9/2009 | 80.98 |
| NWL-ETF | Northwest Laborers - Employees Trust Fund | (40) | 11/9/2009 | 36660.5 |
| NWLS | Northwest Landscape Services * | (WA) | 11/9/2009 | 191.63 |
| ONG-03 | Oklahoma Natural Gas #211362278 2021605 91 | (250 | 11/9/2009 | 132.96 |
| ONSW-03 | Ozarka-0120274196 | (380) | 11/9/2009 | 50.33 |
| O'REILLY-05 | O'Reilly Auto Parts #252050-WI | (290) | 11/9/2009 | 43.25 |
| O'REILLY-12 | O'Reilly Auto Parts #810653 | (430) | 11/9/2009 | 5.23 |
| O'REILLY-13 | O'Reilly Auto Parts #875528 | (480) | 11/9/2009 | 137 |
| ORKIN-06 | Orkin Exterminating D-2954780 | (10-Den) | 11/9/2009 | 59.55 |
| OSFS | On-Site Fuel Service | (370) | 11/9/2009 | 3407.27 |
| OS-P | One Source - Phoenix | (180) | 11/9/2009 | 401.38 |
| OZTC | Ozarko Tire Center* | | 11/9/2009 | 194.63 |
| PBW | Page Brake Warehouse #03721 | (90) | 11/9/2009 | 527.55 |
| PBW-03 | Page Brake Warehouse #03730 | | 11/9/2009 | 190.73 |
| PBWKS | Public Works Apprenticeship & Training Fund | | 11/9/2009 | 22.28 |
| PCR | Pierce County Refuse -# 27668 | (40) | 11/9/2009 | 128.68 |
| PDL-2 | Pacific Disposal  #348852 | (40) | 11/9/2009 | 25.54 |
| PIRTEK-01 | Pirtek- #BBC001-1 (Denver) | | 11/9/2009 | 251.77 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| PITNEY-02 | Pitney Bowes ##8000-9000-0153-7822 | (20) | 11/9/2009 | 400 |
| PITNEY-35 | Pitney Bowes #7777387 | (WA) | 11/9/2009 | 318.65 |
| PITNEY-54 | Pitney Bowes #8000-9090-0299-4429 | (380) | 11/9/2009 | 353.45 |
| POC-01 | Pettit Oil Co. - # 22761 | (40) | 11/9/2009 | 2555.28 |
| POMA-01 | Poma #1749 | (340) | 11/9/2009 | 2587.04 |
| PORTOC | Porter Oil Co., Inc.  * | (460) | 11/9/2009 | 2879 |
| PPT | Power Product Tech. -#  B 9180 | (50) | 11/9/2009 | 127.9 |
| PPTL-01 | Pacific Power Tech, -# 042700 | | 11/9/2009 | 77.33 |
| PRAXAIR-05 | Praxair #FC323 | (180) | 11/9/2009 | 54.6 |
| PRAXAIR-08 | Praxair #MQ104 | (440) | 11/9/2009 | 24.33 |
| PRINTM | Printmaster  #BRU50 | (290) | 11/9/2009 | 252.19 |
| PRTOS | Patriot On Site* | (20) | 11/9/2009 | 202.39 |
| PTHW | Paul's Tempe Hardware #101630 | (180) | 11/9/2009 | 26.69 |
| PUGET-01 | Puget Sound Ener 031-720-700-9 | (81) | 11/9/2009 | 145.69 |
| PUGET-03 | Puget Sound Ener-166-083-100-7 | (40) | 11/9/2009 | 148.06 |
| PUGET-05 | Puget Sound Ener-293-622-100-7 | (81) | 11/9/2009 | 877.86 |
| PUGET-08 | Puget Sound Ener-356-083-100-4 | (40) | 11/9/2009 | 106.96 |
| PUGET-10 | Puget Sound Ener-623-466-900-7 | (WA) | 11/9/2009 | 156.46 |
| QWAZ-12 | QWest #505-334-2550 301B | (180) | 11/9/2009 | 61.05 |
| QWDEX-23 | Qwest Dex #100755177 | (110) | 11/9/2009 | 17.53 |
| QWUT-08 | Qwest - #307-733-7640-576B | (90) | 11/9/2009 | 51.63 |
| QWWA-08 | Qwest - #360-866-7585-097 | (40) | 11/9/2009 | 48.8 |
| QWWA-19 | Qwest #425-746-7833 835B | (40) | 11/9/2009 | 24.75 |
| QWWA-21 | Qwest #253-845-5616-786b | (40) | 11/9/2009 | 67.5 |
| QWWA-23 | QWest #253-435-7669-272B | (40) | 11/9/2009 | 108.95 |
| R39 | Recappers Equipment Co.#839 | (20) | 11/9/2009 | 153.2 |
| RECSI | Recommended Services, Inc. | | 11/9/2009 | 238.2 |
| REDRIVER | Red River Trailer Services, Inc. | (410-Rent) | 11/9/2009 | 292.88 |
| REDTC | Redburn Tire Co. * | (180) | 11/9/2009 | 94.71 |
| RICHE | Richards Equipment Co.-BRUBON | (380) | 11/9/2009 | 85.91 |
| RMPOWER-01 | Rocky Mtn. Power-48617252-003 4 | (90) | 11/9/2009 | 876.4 |
| RNR | R-N-R Auto Glass  * | (440) | 11/9/2009 | 625 |
| ROBTRU | Roberts Truck Center - # 17768 | (290) | 11/9/2009 | 2604.43 |
| RSFLLC | Ram Steel Fab LLC | (410) | 11/9/2009 | 816.2 |
| RTC-04 | Regions Interstate Billing - #84149 | (370) | 11/9/2009 | 82.54 |
| RWI | Rodeway Inn & Conf. Center (IA116) | (430) | 11/9/2009 | 134.4 |
| SCH | Schwing America Inc. | | 11/9/2009 | 9914.78 |
| SCOTTS-XPS | Scott, Stan | (290) | 11/9/2009 | 450 |
| SCRI | Sun Coast Resources, Inc. | (TX) | 11/9/2009 | 9379.39 |
| SEPM | Select Environmental Petro Mgmt. #BRU002 | (370) | 11/9/2009 | 988 |
| SFS | Smith Fire Systems, Inc. | (81) | 11/9/2009 | 1129.1 |
| SGC-02 | Safelite Fulfillment Inc. / Safelite Autoglass | (180) | 11/9/2009 | 170.32 |
| SHDI | Shred-it Denver-* | (10-Den) | 11/9/2009 | 500 |
| SHELL | SOPUS Products  #11242566 | (All) | 11/9/2009 | 11951.87 |
| SJW&IS | SJ Welding & Industrial Supply, LLC | | 11/9/2009 | 64.27 |
| SKEE | Skeeter's Wrecker Srv. Inc.  * | (20) | 11/9/2009 | 302.5 |
| SOUND | Sound Security Inc-01-SBRU01 | (110) | 11/9/2009 | 177 |
| SOUND-02 | Sound Security Inc-05-SBRU02 | (40) | 11/9/2009 | 56.5 |
| SOUND-03 | Sound Security Inc-05-SBRU01 | (WA) | 11/9/2009 | 276.96 |
| SOUND-04 | Sound Billing LLC #123-40869 | (090) | 11/9/2009 | 185.5 |
| SPP | Smith Power Products * | | 11/9/2009 | 53.13 |
| SRS-03 | Southwest Rubber & Supply #B8170 | (20) | 11/9/2009 | 163.5 |
| SSI-04 | Serck Services, Inc.-#  07-BRUBO01 | (180) | 11/9/2009 | 158 |
| SSM | Seattle Sterling Mack-14130 | (WA) | 11/9/2009 | 3326.66 |

**Brundage-Bone Concrete Pumping, Inc.**

**Exhibit SCH B Q35**

**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| SSPG-05 | Sparkletts #23486694035682 | (460) | 11/9/2009 | 33.72 |
| STAR | Star Mechanical Supply #150077 | | 11/9/2009 | 42.21 |
| STEWART-01 | Stewart-Stevenson - # 208087 | | 11/9/2009 | 204.01 |
| STMLLC | Southern Tire Mart, LLC | (All) | 11/9/2009 | 1566.3 |
| STOREY-01 | Storey Wrecker Service, Inc | (310) | 11/9/2009 | 169.6 |
| SUC | Southern Utilities Co. #0180855000 | (20) | 11/9/2009 | 42.39 |
| SUS | Superior Linen Srv.- #160325-0 | (40) | 11/9/2009 | 42.4 |
| SVLI | Stone Valley Landscaping Inc. | (180) | 11/9/2009 | 725 |
| TACCHIA-XPS | Tacchia, Michael | (290) | 11/9/2009 | 96.8 |
| TACOMA-01 | Tacoma Screw Products- #066790 | (WA) | 11/9/2009 | 364.13 |
| TAE | Tucson Alternator Exchange * | | 11/9/2009 | 199 |
| TAP-02 | T / A Pump | (340) | 11/9/2009 | 1584.09 |
| TCI-06 | TCI Tire Ctr - # 7003694 | (290) | 11/9/2009 | 258.8 |
| TCI-20 | TCI Tire Center-6100459 | | 11/9/2009 | 196.15 |
| TEM-2 | City of Tempe #000616-00189859 | (180) | 11/9/2009 | 993.59 |
| TEMPLE-02 | City of Temple-66483-15520 | (380) | 11/9/2009 | 135.16 |
| TEMWS | Temple Welding Supply-T4257 | (380) | 11/9/2009 | 18.54 |
| TNTD | TNT Distributing, Inc. | (180) | 11/9/2009 | 259.71 |
| TOR-01 | Tor Truck Corp | (ALL) | 11/9/2009 | 1309.98 |
| TP&E | Truck Parts & Equip Inc.359653 | (290) | 11/9/2009 | 223.18 |
| TPL | Transport Permits LTD  -  * | (All) | 11/9/2009 | 273.5 |
| TPT-01 | TruckPro-Little Rock-BR052 | (410) | 11/9/2009 | 411.14 |
| TPT-08 | Truckpro - Tyler #BR010 | (20) | 11/9/2009 | 53.79 |
| TPT-TULSA | TruckPro-Tulsa (BR022) | (310) | 11/9/2009 | 421.57 |
| TRKC | Truck City * | | 11/9/2009 | 48.47 |
| TXU-01 | TXU Electric-#900009112975 | (20) | 11/9/2009 | 1027.26 |
| TXU-09 | TXU Energy #900009113205 | (20) | 11/9/2009 | 26.74 |
| TXU-12 | TXU Energy #100001583302 | (20) | 11/9/2009 | 318.91 |
| UFH-03 | Unifirst Corporation #455692/812537/816976 | (490) | 11/9/2009 | 76.51 |
| UFH-04 | UniFirst Corporation #810968/810969 | (500) | 11/9/2009 | 145.47 |
| UFH-05 | UniFirst Corporation #363633 | (480) | 11/9/2009 | 20.46 |
| UFH-09 | UniFirst Holdings, Inc. #813502 | (370) | 11/9/2009 | 199.97 |
| UFH-10 | UniFirst Holdings, Inc.  #814512 | (370) | 11/9/2009 | 74.94 |
| UFH-12 | UniFirst Corp. #355095/730881 | (470) | 11/9/2009 | 640.62 |
| ULI | Uline  - #247602 | | 11/9/2009 | 345.61 |
| UNISM | Unisource Manufacturing- (all) | | 11/9/2009 | 3400.21 |
| UPS-01 | UPS - # 2AR739 | (240) | 11/9/2009 | 21.38 |
| UPS-02 | UPS - # 3580W1 | (90) | 11/9/2009 | 333.08 |
| UPS-04 | UPS - # 49A9V6 | (180) | 11/9/2009 | 116.5 |
| UPS-16 | UPS- # 868214 | (WA) | 11/9/2009 | 239.48 |
| UPS-19 | UPS - # A000R7 | (20) | 11/9/2009 | 73.86 |
| UPS-20 | UPS - # F4698F | (All) | 11/9/2009 | 443.55 |
| UPS-24 | UPS - # V58812 | (250) | 11/9/2009 | 46.74 |
| UPS-29 | UPS - #  V58806 | (310) | 11/9/2009 | 17.33 |
| UPS-45 | UPS - # 6V3837 | (340) | 11/9/2009 | 41.34 |
| UPS-67 | UPS - #  1WR809 | (370) | 11/9/2009 | 261.09 |
| UPS-69 | UPS - # 2XF292 | (380) | 11/9/2009 | 152.04 |
| UPS-70 | UPS - # 296FA4 | (40) | 11/9/2009 | 68.99 |
| UPS-74 | UPS - # 30A82A | (410) | 11/9/2009 | 63.75 |
| UPS-75 | UPS - #  30V6W1 | (250) | 11/9/2009 | 17.32 |
| UPS-81 | UPS - #  492AW9 | (440) | 11/9/2009 | 33.88 |
| UPS-87 | UPS - # 696FA4 | (380) | 11/9/2009 | 88.78 |
| UPS-91 | UPS - # 8FE788 | (40) | 11/9/2009 | 11.62 |
| UPS-95 | UPS- #0A605R | (460) | 11/9/2009 | 143.1 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| UPS-96 | UPS #12948E | (500) | 11/9/2009 | 92.94 |
| UPS-97 | UPS #129424 | (490/500) | 11/9/2009 | 53.76 |
| UPS-99 | UPS-12946Y | (470) | 11/9/2009 | 62.45 |
| UPSF-09 | UPS Freight #50015954 | (180) | 11/9/2009 | 113.2 |
| UPSF-11 | UPS Freight #25125424 | (80/81) | 11/9/2009 | 653.81 |
| UPSF-14 | UPS Freight #50015582 | (20) | 11/9/2009 | 241.92 |
| UPSF-15 | UPS Freight #50057070 | (310) | 11/9/2009 | 113.98 |
| UPSF-19 | UPS Freight #50046721 | (380) | 11/9/2009 | 114.08 |
| UPSF-28 | UPS Freight #50026060 | (50/380) | 11/9/2009 | 114.17 |
| USI | United States Welding-#2427 | (90) | 11/9/2009 | 301.54 |
| UTSSTI | Utility Trailer Sales #16860/16861 | (TX) | 11/9/2009 | 108.86 |
| UTVRGY | Utah Valley Radiology | | 11/9/2009 | 53.5 |
| VANTC | Vanguard Trk Ctr of Houston #1728 | (370) | 11/9/2009 | 40.25 |
| VERIZON-01 | Verizon #965749762-00001 | (180) | 11/9/2009 | 155.61 |
| VERIZON-45 | Verizon Northwest #03 0497 1096529026 00 | (40) | 11/9/2009 | 52.95 |
| WASTE-05 | Waste Mgmt-201-0173710-2677-8 | (40) | 11/9/2009 | 82.08 |
| WASTE-06 | Waste Mgmt-017-7518337-2017-8 | (410) | 11/9/2009 | 131.96 |
| WASTE-08 | Waste Mgmt-841-0004098-1055-3 | (WA) | 11/9/2009 | 206.73 |
| WASTE-09 | Waste Mgmt-841 0001156-1055-2 | (WA) | 11/9/2009 | 498.35 |
| WASTE-19 | Waste Mgmt.-011-0134990-0029-0 | (40) | 11/9/2009 | 87.16 |
| WASTE-32 | Waste Mgmt.-841-0002674-1055-3 | (WA) | 11/9/2009 | 380 |
| WASTE-42 | Waste Management #SAN-0235443-0007-4 | (440) | 11/9/2009 | 177.43 |
| WC&CLLP | Williams, Cupples & Chapman, L.L.P. | (370) | 11/9/2009 | 1220.26 |
| WDA | Wilson Downing Group, LLC | | 11/9/2009 | 28100 |
| WFC | Western Fluid Component | (40) | 11/9/2009 | 108.63 |
| WILSM | Williams Scotsman Inc-1385266 | (380) | 11/9/2009 | 2312.51 |
| WINC | Winzer Corporation-# 197959 | (180) | 11/9/2009 | 422.04 |
| WOI | Westring Oil, Inc.   -   * | (90) | 11/9/2009 | 18884.27 |
| WRWI | Western Refining Wholesale, Inc. | (180) | 11/9/2009 | 15758.19 |
| WWG-05 | WW Grainger # 845737246 | (180) | 11/9/2009 | 125.15 |
| WWSI-02 | WCA Waste Corp -#480665 | (240) | 11/9/2009 | 55.73 |
| XFI | Xero-Fax Incorporated * | | 11/9/2009 | 729.13 |
| YBUSA-01 | Yellow Book -Pacific #551453 | (40) | 11/9/2009 | 112.48 |
| ZEE-14 | Zee Medical Inc - # T02318 | (310) | 11/9/2009 | 49.89 |
| ZEP-32 | Zep Sales & Service- #NA0111002-1026794 | (370) | 11/9/2009 | 425.77 |
| ZEP-32A | Zep Sales & Service-NA0111002-10041551 | (380) | 11/9/2009 | 667.39 |
| CBILEASING | CBI Leasing Inc. | | 11/10/2009 | 3688.66 |
| COMERICA3 | Comerica Leasing Corporation | | 11/10/2009 | 30329.24 |
| FFM | Fleet Fueling Management #BRU001 | (370) | 11/10/2009 | 2264.11 |
| MNA | Michelin North America - #1152823 | (All) | 11/10/2009 | 889.32 |
| WJCMWD | W. Jefferson Co. M.W.D. | (370) | 11/10/2009 | 136.6 |
| ADAMSCR | Adams County Clerk/Recorder | (50) | 11/11/2009 | 4.17 |
| FUELMASTERS | Fuel Masters LLC #00-1401270 | (500) | 11/11/2009 | 15173.89 |
| SEND&WASS | Sender & Wasserman, P.C. | | 11/11/2009 | 30226 |
| SP&DLF | Scott Platt and Davis Law Firm* | | 11/11/2009 | 16500 |
| UHC-02 | United HealthCare Insurance Co.  * | | 11/11/2009 | 47886.44 |
| ALLEN-XPS | Allen, Chris | (180) | 11/12/2009 | 41.47 |
| ARWHTX | Arkansas Withholding Finance & Administration Dept | | 11/12/2009 | 4970.33 |
| AT&T-020B | AT&T #903 595 0949 854 0 | (20) | 11/12/2009 | 168.65 |
| AT010B | AT&T -#831-000-0061 612 | (440) | 11/12/2009 | 149.43 |
| AT050D | AT&T #831-000-1239 779 | | 11/12/2009 | 10837.31 |
| AT460C | AT&T- Universal Biller-831-000-1560 099 | | 11/12/2009 | 49.95 |
| AT470B | AT&T-#901 353-3734 216 1874 | (470) | 11/12/2009 | 344.88 |
| AZDOR | Arizona Dept of Revenue 29009 | | 11/12/2009 | 1678.1 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | |
|---|---|---|---|
| AZSALE | Arizona Sales Tax / Arizona Dept. of Revenue #10187265-P | 11/12/2009 | 1729.18 |
| BARBER-XPS | Barber, Bryan             (240-LR) | 11/12/2009 | 25 |
| BB040 | Brundage-Bone/Washington- 40 | 11/12/2009 | 1413.12 |
| BB080 | Brundage-Bone/RPS-80 | 11/12/2009 | 4217.39 |
| BB081 | Brundage-Bone/Branch -81 | 11/12/2009 | 1350 |
| BB081 | Brundage-Bone/Branch -81 | 11/12/2009 | 5400 |
| BB180 | Brundage-Bone/Phoenix-180 | 11/12/2009 | 11241.75 |
| BB390 | Brundage-Bone Branch/390 | 11/12/2009 | 1805 |
| BPR-05 | Border Construction Specialties #853356         (460) | 11/12/2009 | 34.02 |
| BRIANPYNE | Pyne, Brian              (240) | 11/12/2009 | 25 |
| CIN-44 | Cintas Corp.  -  Acct #8947         (440) | 11/12/2009 | 563.96 |
| CLARKK-PT | Clark, Kasey              (90) | 11/12/2009 | 405.5 |
| COIRO-XPS | Coiro, David              (180) | 11/12/2009 | 200.68 |
| COSALE | Colorado Department of Revenue | 11/12/2009 | 19666 |
| COSSALE | Colorado Springs, City of / Sales Tax Division #063343-00 | 11/12/2009 | 879.9 |
| COWHTX | Colorado Department of Revenue | 11/12/2009 | 3752 |
| DESALE | Denver, CIty & County / Treasury Division - #1146935 | 11/12/2009 | 2250.41 |
| DOPT | Denver Occupational Privilege Tax #1146935 | 11/12/2009 | 331.5 |
| EDD | Employment Delvelopment Dept. | 11/12/2009 | 271.54 |
| EWELLD-XPS | Ewell, Dale              (90) | 11/12/2009 | 240 |
| FRAXJM | Franchi, Jeremiah M.             (40) | 11/12/2009 | 89.2 |
| GEAR-XPS | Gear, Ryan              (90) | 11/12/2009 | 246.22 |
| HAYS-TAX | Hays County Tax Office              (TX) | 11/12/2009 | 7.3 |
| HENSHAW-PC | Henshaw, Bill              (40*) | 11/12/2009 | 1110.72 |
| HENSHAW-XPS | Henshaw, Bill              (40*) | 11/12/2009 | 3267.69 |
| HSOC | Hansen Oil Co.              (90) | 11/12/2009 | 1222.09 |
| HUMPHRIE-XPS | Humphries, Justin              (380) | 11/12/2009 | 550 |
| IAWHTX | Iowa Dept. of Revenue #84-0972141-001 | 11/12/2009 | 1259 |
| KLOMP-XPS | Klomp, Jay              (90) | 11/12/2009 | 65.32 |
| KSDOR1 | Kansas Department of Revenue | 11/12/2009 | 1663 |
| LAUDERMI-XPS | Laudermilk, Paul             (40) | 11/12/2009 | 340.53 |
| LONGMONT | City of Longmont Sales/Use #1 07799-4243 | 11/12/2009 | 55.1 |
| MORENO-XPS | Moreno, Joseph              (460) | 11/12/2009 | 64.58 |
| MOWHTX | Missouri Department of Revenue | 11/12/2009 | 489.6 |
| MT-WTHLD | Montana Department of Revenue #6366243-002-WTH | 11/12/2009 | 861 |
| MYERS-XPS | Myers, Cliff              (460) | 11/12/2009 | 76.9 |
| NAEGELE-XPS | Naegele, Chris              (290) | 11/12/2009 | 80 |
| ODR2 | Oregon Dept of Revenue (14800) | 11/12/2009 | 3382 |
| OKTAX1 | Oklahoma Tax Commission | 11/12/2009 | 6145 |
| OK-USE250 | Oklahoma Tax Commision #840972141F | 11/12/2009 | 211.3 |
| ORELOC701 | Oregon / IUOE - Local 701              (110) | 11/12/2009 | 34874.91 |
| POTTORFF-XPS | Pottorff, Chris              (90) | 11/12/2009 | 1691.23 |
| RATLIFFR | Ratliff, Randall  (310) | 11/12/2009 | 77.55 |
| SCH | Schwing America Inc. | 11/12/2009 | 17939.51 |
| SCOTTD-XPS | Scott, Danny              (370) | 11/12/2009 | 46.84 |
| SEALS-XPS | Seals, Robert              (370) | 11/12/2009 | 450 |
| SHELL | SOPUS Products  #11242566              (All) | 11/12/2009 | 2815.17 |
| SSRCPA | Sylvia S.Romo,CPA RTA / Bexar Cnty Tax Assessor-Col    (TX) | 11/12/2009 | 93.04 |
| STRAWN-XPS | Strawn, Charles              (180) | 11/12/2009 | 106.78 |
| TESALE | Tempe Sales Tax / City of Tempe Tax & License #59865 | 11/12/2009 | 494.05 |
| TILANDER-XPS | Tilander, Charles     ((290) Iowa Falls | 11/12/2009 | 80 |
| UPSF-19 | UPS Freight #50046721              (380) | 11/12/2009 | 113.98 |
| UTSTATETAX | Utah State Tax Commission #Y81299 | 11/12/2009 | 13785 |
| VISIBLE | Visible              (10) | 11/12/2009 | 383.18 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| WCTREAS | Washington County Treasurer  * | | 11/12/2009 | 5520.35 |
| WESTSALE | Westminster, City of /  Sales-Use Tax #2783101 | | 11/12/2009 | 246.07 |
| WFFICA | Wells Fargo Bank,  FICA | | 11/12/2009 | 217554.36 |
| WHITE-PC | White, Gregg | (20) | 11/12/2009 | 760.56 |
| WHITNEY-XPS | Whitney, Phil | (50) | 11/12/2009 | 400 |
| WOODSBR-XPS | Woods, Bruce | (90*) | 11/12/2009 | 9471.29 |
| ACCCSTEFFEN | Adams County Combined Court | | 11/13/2009 | 25 |
| ADAMSCR-02 | Adams County Clerk & Recorder* | | 11/13/2009 | 52.2 |
| AGT | Attorney General of Texas | | 11/13/2009 | 3450.98 |
| AZCHLD | Arizona--Clerk of the Court | | 11/13/2009 | 1006.83 |
| BSA&I | Ballard Spahr Andrew & Ingersoll, LLP | (10) | 11/13/2009 | 79000 |
| CASDU | CA State Disbursement Unit | | 11/13/2009 | 157.87 |
| CHP13HAMMOND | Laurie B. Williams Trustee | | 11/13/2009 | 125 |
| CLOYSES | Cloyses Partners, LLC | | 11/13/2009 | 25000 |
| CONSTABLELV | Constable | | 11/13/2009 | 266.53 |
| CSSFSRGA | Child Support Services, Family Support Reg. | | 11/13/2009 | 177.42 |
| DAVIDHOWE | David M Howe, Trustee | | 11/13/2009 | 1093.06 |
| FSPCMO | Family Support Payment Center | | 11/13/2009 | 86.75 |
| FSR | Family Support Registry-CO | | 11/13/2009 | 611.83 |
| HESAA | Higher Education Student Assist. | | 11/13/2009 | 95.09 |
| IDCHD1 | Idaho Child Support Receipting | | 11/13/2009 | 138.46 |
| IRS-HUBBARD | IRS | | 11/13/2009 | 12.5 |
| IRS-RIVAS | IRS | | 11/13/2009 | 45 |
| IRS-RUSSELL | IRS | | 11/13/2009 | 897.2 |
| IRS-SCAGGS | IRS | | 11/13/2009 | 6.25 |
| IRS-WARD | IRS | | 11/13/2009 | 106 |
| JENSEN,CODY | Jensen, Cody | | 11/13/2009 | 151.13 |
| JORJATRADE | JORJA TRADING INC | | 11/13/2009 | 184.85 |
| KSPMT | Kansas Payment Center | | 11/13/2009 | 762.19 |
| LADSS | LA Dept. of Social Services | | 11/13/2009 | 96 |
| LEAHCCROFT | Leah Carlette Croft | | 11/13/2009 | 103.85 |
| M.SCAVETTA | Michelle M. Scavetta | | 11/13/2009 | 375 |
| MALCOMPHAMMO | Malcom P. Hammond Attroney | | 11/13/2009 | 311.62 |
| MARINABARRER | Marina Martinez Barrera | | 11/13/2009 | 66.21 |
| MNCSPC | MN Child Support Payment Center | | 11/13/2009 | 406.78 |
| MTCSED | MT CSED | | 11/13/2009 | 167.52 |
| NMCSED | NM Child Support Enforcement Dividsion | | 11/13/2009 | 122.08 |
| OKCSR | OK Centralized Support Registry | | 11/13/2009 | 839.18 |
| ORDOJ | Oregon Department of Justice | | 11/13/2009 | 644.08 |
| ORS | Office of Recovery Services | | 11/13/2009 | 160.27 |
| PEOPLESCCU | People's Community | | 11/13/2009 | 75 |
| PLEASANT.J | PLEASANT, JENNIFER | | 11/13/2009 | 162.38 |
| SARAHAHANNAN | Sarah Hannan | | 11/13/2009 | 70.42 |
| SDCSPC | SD Child Support Payment Center | | 11/13/2009 | 23.08 |
| UNITEDCOLLEC | UNITED COLLECTION SERVICE | | 11/13/2009 | 164.75 |
| WELLSF | Wells Fargo | | 11/13/2009 | 85166.67 |
| WELLSF | Wells Fargo | | 11/13/2009 | 12927.08 |
| WELLSF | Wells Fargo | | 11/13/2009 | 15208.33 |
| WF401K | Wells Fargo Bank, 401K | | 11/13/2009 | 25369.94 |
| WF401L | Wells Fargo Bank, 401K Loans | | 11/13/2009 | 1762.6 |
| WISCTF | WI SCTF | | 11/13/2009 | 73.32 |
| WSS | Washington State | | 11/13/2009 | 2820.2 |
| BOAM | Bank of America | | 11/16/2009 | 242.61 |
| HEGE-XPS | Hege, Jay | (81-CO) | 11/16/2009 | 450 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| SUMMERAL-XPS | Summerall, Brian | (81) | 11/16/2009 | 330 |
| UHCSB | United Health Care Specialty Benefit - (Life Insurance) | | 11/16/2009 | 2639.35 |
| WEFS | Wright Express Financial Services # 5567 3400 0302 3904 | | 11/16/2009 | 84372.92 |
| WELLSF | Wells Fargo | | 11/16/2009 | 6230.96 |
| WELLSF | Wells Fargo | | 11/16/2009 | 22182.5 |
| WELLSF | Wells Fargo | | 11/16/2009 | 26336.69 |
| WELLSF | Wells Fargo | | 11/16/2009 | 4589.03 |
| WELLSF | Wells Fargo | | 11/16/2009 | 13582.76 |
| WELLSF | Wells Fargo | | 11/16/2009 | 7267.85 |
| AB&C-01 | Associated Builders and Contractors | (370) | 11/17/2009 | 291.67 |
| ABCS | Arizona Brake & Clutch Supply- #3165 | (180) | 11/17/2009 | 120.54 |
| ACAR | ACA Recovery, Inc. | (40) | 11/17/2009 | 574 |
| ACI | Austin Commercial, Inc. | | 11/17/2009 | 680 |
| ACTION | Action Tire Co. | (500) | 11/17/2009 | 114 |
| ADPS | ADP Screening & Selection Srvc | | 11/17/2009 | 264.18 |
| ADT-10 | ADT - # 01300 113517150 | (10) | 11/17/2009 | 230.2 |
| AF&S-01 | American Fire & Safety | (240) | 11/17/2009 | 91 |
| AGSP | Auto Glass Specialist * | (250) | 11/17/2009 | 175 |
| AHFI-01 | American Hose & Fitting-#B0356 | (WA) | 11/17/2009 | 243.96 |
| AIR-08 | Airgas #L8V68 | (370) | 11/17/2009 | 61.62 |
| AIR-12 | Airgas #1DP0R | (180) | 11/17/2009 | 20.69 |
| ALGWL | ALG Worldwide Logistics | (All) | 11/17/2009 | 149 |
| ALPHAPAGE | Alphapage, LLC #Q8968 | (50) | 11/17/2009 | 103.15 |
| ANSDI | ANS Distributing Inc.-#B340 | (180) | 11/17/2009 | 126.49 |
| AOI | Alternative Office Inc. #4619 | (20) | 11/17/2009 | 251.95 |
| ARI-01 | Ace Rents Inc.- # 15411 | | 11/17/2009 | 78.67 |
| ARMK-02 | Aramark Uniform Serv. #591324001 | (110) | 11/17/2009 | 184.49 |
| AS&SI | American Sales & Services, Inc. | | 11/17/2009 | 454.13 |
| AS&TD | Arkansas State Highway & Transportation Department (All) | | 11/17/2009 | 3463 |
| ASCO | Allied Sales Co.-1014799/1014798 | (380) | 11/17/2009 | 131.49 |
| ASL | Aiken, St. Louis & Siljeg, PS | (10) | 11/17/2009 | 954 |
| AT010D | AT&T -# NBFBRU / 9294224 | (10-IT) | 11/17/2009 | 1950.5 |
| AT010I | AT&T #ANRBBC/8696944 | (All) | 11/17/2009 | 2645.68 |
| AT290G | AT&T-316 778-1667 123 2 | (290) | 11/17/2009 | 63.07 |
| AT370I | AT&T #409 840 5612 897 | (370) | 11/17/2009 | 166.19 |
| AT410C | AT&T #501 812 0555 512 8 | (410) | 11/17/2009 | 20.72 |
| AT440C | AT&T-210 661-5428 784 9 | (440) | 11/17/2009 | 104.85 |
| AT460B | AT&T-030 601 1911 001 | (460) | 11/17/2009 | 47.86 |
| AT480C | AT&T-615 226-1940 2130473 | | 11/17/2009 | 279.04 |
| AT490A | AT&T #423 479-9829 001 1861 | (490) | 11/17/2009 | 354.04 |
| AT500A | AT&T #404 762-9633 001 0359 | (500) | 11/17/2009 | 620.42 |
| ATMOS-02 | ATMOS Energy-30-000978602-0839295-2 | (250) | 11/17/2009 | 42.11 |
| ATST | Allentown Shotcrete Co. * | 80/40 | 11/17/2009 | 71.58 |
| ATT-TCS | AT&T TeleConference Services-#21835268-00001 | (10) | 11/17/2009 | 404.7 |
| AWS-01 | Allied Waste Services #060 | (250) | 11/17/2009 | 201.62 |
| AWS-02 | Allied Waste Services #527 | (180) | 11/17/2009 | 55.19 |
| AWS-06 | Allied Waste Services #233 | (90) | 11/17/2009 | 49.45 |
| AWS-08 | Allied Waste Services #852 | (370) | 11/17/2009 | 272.94 |
| AWSC | Alamo Welding Supply Co | (380) | 11/17/2009 | 60.02 |
| BALI | Balmore, Inc. * | (40) | 11/17/2009 | 850 |
| BB020 | Brundage-Bone/Texas - 20 | | 11/17/2009 | 15143.71 |
| BB040 | Brundage-Bone/Washington- 40 | | 11/17/2009 | 30957.1 |
| BB050 | Brundage-Bone/Denver-50 | | 11/17/2009 | 4288.19 |
| BB080 | Brundage-Bone/RPS-80 | | 11/17/2009 | 847.55 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| BB081 | Brundage-Bone/Branch -81 | | 11/17/2009 | 3150 |
| BB090 | Brundage-Bone/Utah-90 | | 11/17/2009 | 5779 |
| BB110 | Brundage-Bone/Oregon-110 | | 11/17/2009 | 3385.68 |
| BB180 | Brundage-Bone/Phoenix-180 | | 11/17/2009 | 1208.76 |
| BB240 | Brundage-Bone/Springfiled-240 | | 11/17/2009 | 56154.42 |
| BB290 | Brundage-Bone/Wichita-290 | | 11/17/2009 | 8430.63 |
| BB370 | Brundage-Bone Branch/370 | | 11/17/2009 | 1300 |
| BB380 | Brundage-Bone Branch/380 | | 11/17/2009 | 12390.11 |
| BB500 | Brundage Bone 500 | | 11/17/2009 | 4703.25 |
| BDOC | Big D Oil Co.  #BG1613964 | (50) | 11/17/2009 | 1020.11 |
| BECKER | Becker Tire of Wichita-177 | (290) | 11/17/2009 | 85.76 |
| BED | Brown Evans Dist. -17556 | (180) | 11/17/2009 | 523.31 |
| BLGLLP | Borden Ladner Gervais LLP | | 11/17/2009 | 315 |
| BMLLP | Balfour Moss LLP * | (10) | 11/17/2009 | 183.75 |
| BOISE | City of Boise Utility Billing #547428-02 | (390) | 11/17/2009 | 95 |
| BONGIORONO | Bongiorono, Savannah | (50) | 11/17/2009 | 25.33 |
| BRUCKNER-03 | Bruckners Truck Sales-#52490 | (250) | 11/17/2009 | 88.52 |
| BSLJ | Booneslick Lodge-Jane | (290) | 11/17/2009 | 47.8 |
| CAR-MERID | Car Quest of Meridian-847500 & 777501 | (390) | 11/17/2009 | 89.84 |
| CAROIL | Carson Oil  #01-0076015 | (110) | 11/17/2009 | 505.51 |
| CAR-SF | CarQuest- Springfield,OR | (110) | 11/17/2009 | 74.34 |
| CBS | Capitol Bearing Service * | (380) | 11/17/2009 | 439.01 |
| CCO | Custom Coffee Plan -  #806034 | (50) | 11/17/2009 | 219.16 |
| CENLCI | CenturyLink Comm. Inc.  #1003697341 | (40) | 11/17/2009 | 369 |
| CERTEX | Certex #11025980 | (80) | 11/17/2009 | 108.61 |
| CFI-03 | Construction Forms #86 | (90) | 11/17/2009 | 11431.46 |
| CFI-04 | Construction Forms #88 | (50) | 11/17/2009 | 7485.1 |
| CFI-05 | Construction Forms #89 | (20) | 11/17/2009 | 222.22 |
| CFI-24 | Construction Forms #4524 | (410) | 11/17/2009 | 265.97 |
| CFI-53 | Construction Forms, Inc. #4876 | (500) | 11/17/2009 | 587.97 |
| CHATFP | Chattanooga Fire Protection * | (490) | 11/17/2009 | 54.63 |
| CHSI | CHS Inc.- Poulsbo | (40) | 11/17/2009 | 90.52 |
| CIN-28 | Cintas Corp.  -  Acct #01131 | (240) | 11/17/2009 | 60.45 |
| CIN-32 | Cintas Corp.  -  Acct #7130 | (50) | 11/17/2009 | 144.59 |
| CIN-34 | Cintas Corp.  -  Acct #7133 - 7241 | (50) | 11/17/2009 | 47.97 |
| CIN-35 | Cintas Corp.  -  Acct #1657 | (390) | 11/17/2009 | 33.02 |
| CIN-42 | Cintas Corp.  -  Acct #86-1168 | (380) | 11/17/2009 | 93.15 |
| CIN-48 | Cintas Corp.  -  Acct #2510 | (370/380) | 11/17/2009 | 32.48 |
| CIN-56 | Cintas Corp.  -  Acct #2272 | (230) | 11/17/2009 | 127.04 |
| CIN-57 | Cintas Corp.  -  Acct #00701 | (250) | 11/17/2009 | 103.08 |
| CIN-58 | Cintas Corp.  -  Acct #01320 | (50) | 11/17/2009 | 54.74 |
| CIN-60 | Cintas Corp.  -  Acct #01847 | (50) | 11/17/2009 | 64.44 |
| CIN-62 | Cintas Corp.  -  Acct #4911 | (290) | 11/17/2009 | 37.67 |
| CIN-66 | Cintas Corp.  -  Acct #09621 | (290) | 11/17/2009 | 13.36 |
| CINTAS-16 | Cintas First Aid & Safety #10672 | (10) | 11/17/2009 | 84.61 |
| CLEVUTL | Cleveland Utilities | (490) | 11/17/2009 | 233.32 |
| CMD | Cherokee Metropolitan District #2580605410 | (50) | 11/17/2009 | 51.46 |
| CMS | Colorado Mack Sale & Srv.#1975 | (50) | 11/17/2009 | 2019.06 |
| CNAMC | Concentra- OHC | (110) | 11/17/2009 | 24 |
| CNATX1 | Concentra / OHC of the SW | (20/440) | 11/17/2009 | 42 |
| CNHC | CNH Capital / CRA Payment Center # 1693 | | 11/17/2009 | 10628.08 |
| COCI | Collins Oil Company, Inc. | (490) | 11/17/2009 | 1153.92 |
| CODOT | State of Colorado | | 11/17/2009 | 8700 |
| COMOSO | COMOSO - Controlled Motion Solutions | (180) | 11/17/2009 | 31.78 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| Code | Creditor | | Date | Amount |
|------|----------|------|------|--------|
| CPWS-02 | Champion Waste Serv. #003048 | (20) | 11/17/2009 | 272.76 |
| CSOCI | Canyon State Oil Co.-#8092 | (180) | 11/17/2009 | 334.47 |
| DAWG | DAWG * | (500) | 11/17/2009 | 252 |
| DIA | Dial Lubricants, Inc.-* | (20) | 11/17/2009 | 7258.67 |
| DOMINGUEZJ | Dominguez, Jay | (50) | 11/17/2009 | 25 |
| DRCI | Deeco Rubber Co., Inc. | (250) | 11/17/2009 | 18 |
| DTSL | Drug Testing Services, LLC | (50) | 11/17/2009 | 26 |
| DWR&S | Denver Wire Rope & Supply-B80299 | (50) | 11/17/2009 | 40.77 |
| DYI020 | Days Inn-Texas Stadium | (20) | 11/17/2009 | 425.5 |
| DYI180 | Day's Inn - * | (180) | 11/17/2009 | 446.25 |
| DYI290F | Days Inn - Topeka | (290) | 11/17/2009 | 180.62 |
| E470 | E-470 Express Toll #703761 | (50) | 11/17/2009 | 1 |
| ECL | Ernie's Cardlock, LLC- #961223 | (40) | 11/17/2009 | 2990.32 |
| ECOPANINC | Eco-Pan, Inc. | | 11/17/2009 | 3375.68 |
| ERICKSON-XPS | Erickson, Carlos | (50) | 11/17/2009 | 25 |
| EWC-02 | Eureka Water Co-Ozarka Water & Coffee-#08949 | (250 | 11/17/2009 | 31.45 |
| EWW&SD | Etna,Wyoming Water and | (90) | 11/17/2009 | 32 |
| FA&IP | Finishmaster Automotive & | | 11/17/2009 | 21.34 |
| FCOOPEC | Farmers Coop Elevator Co * | (250/290)) | 11/17/2009 | 18445 |
| FCY-21 | Fastenal Co. | (All) | 11/17/2009 | 51.25 |
| FFM | Fleet Fueling Management #BRU001 | (370) | 11/17/2009 | 2808.66 |
| FGEP-04 | Ferguson Enterprises #16438 | | 11/17/2009 | 425.78 |
| FILPC | Filter Products Corp * | | 11/17/2009 | 26.58 |
| FLTPR-03 | FleetPride #211904 | (All) | 11/17/2009 | 2516.21 |
| FLTPR-09 | Fleetpride #706400 | (110) | 11/17/2009 | 270.56 |
| FMC | Family Medicine Center | (490) | 11/17/2009 | 25 |
| FPC | Frank Parra Chevrolet-11098/60170 | (20) | 11/17/2009 | 6.15 |
| FRITZ-07 | Fritz-Pak Corporation #242 | | 11/17/2009 | 34.8 |
| GAWHTX | Georgia Department Of Revenue #2406878-ON | | 11/17/2009 | 4654.55 |
| GHBP | Grays Harbor PUD-6231590448 | (40) | 11/17/2009 | 69.7 |
| GHYD | Ginder Hydraulic LC-106161 | | 11/17/2009 | 10.08 |
| GILL | Gillette, City of #60577-33074 | (50) | 11/17/2009 | 29.78 |
| H&HDI | H And H Diesel, Inc. | | 11/17/2009 | 17.97 |
| HARRIS-01 | Harris CNTY Tax Assessor Col.-Leo Vasquez | (370) | 11/17/2009 | 14.6 |
| HERPRO | Heritage Propane 2724 Acct.#240304 | (500) | 11/17/2009 | 35.96 |
| HILL-01 | Hill Petroleum #10-0000069 | (50) | 11/17/2009 | 19318.13 |
| HM&W | Hoff's Machine & Welding * | | 11/17/2009 | 22.34 |
| HML&M | Highmark Landscape & Maintenance | (90) | 11/17/2009 | 350 |
| HOTECH | Hose-Tech * | (20) | 11/17/2009 | 61.55 |
| HSK | Husky Truck Center - #2510 | (40) | 11/17/2009 | 42.54 |
| IBI-02 | Indoor Billboard - # 10385 | (81) | 11/17/2009 | 32.13 |
| IDHTWHD | Idaho State Tax Commision / Withholding Return #0024996 | | 11/17/2009 | 3720 |
| IEI | Infinite Energy, Inc. #7289209550 | (500) | 11/17/2009 | 162.15 |
| INSIGHT | Insight   #10476789 | (All) | 11/17/2009 | 2522.82 |
| IRVING-02 | Irving, City of - Water Utilities #20239701003 | (20) | 11/17/2009 | 888.31 |
| ISBS | Interstate Billing Service-210149 | (380) | 11/17/2009 | 805.75 |
| ISBS-03 | Interstate Billing Service #20697 | (460) | 11/17/2009 | 140.11 |
| JK&S | Kauffman Rentals Inc. | (50) | 11/17/2009 | 168.66 |
| JOHANSEN | Johansen, Mark | (390) | 11/17/2009 | 42.5 |
| JOHNCI | Johnson's Corners, Inc. | (50) | 11/17/2009 | 1343.14 |
| KENT-02 | Kent, City of - # 615-13261.00 | (40) | 11/17/2009 | 522.01 |
| KENT-03 | Kent, City of -# 615-15286.00 | (WA) | 11/17/2009 | 172.76 |
| KENTOX-01 | Kentox-Kent Oxygen-# BRUNDA | (WA) | 11/17/2009 | 279.4 |
| KGS-02 | Kansas Gas #510155757 1403787 73 | (290) | 11/17/2009 | 51.53 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| KNTH | Knights Inn Hotel* | (370) | 11/17/2009 | 63.2 |
| KPC | Wichita Kenworth, Inc. #09480 | | 11/17/2009 | 28.79 |
| KSHMUS | Kansas Dept of Revenue | | 11/17/2009 | 184.07 |
| LAQ-02 | LA Quinta Inns Littile Rock North McCain Mall | (410) | 11/17/2009 | 284.32 |
| LBM | Laney Business Machines | (240) | 11/17/2009 | 112.53 |
| LBP&L | Lubbock Power & Light-9527312-9849280 | (250) | 11/17/2009 | 316.93 |
| LOVELESS-XPS | Loveless, Tom | (250-Lubbock) | 11/17/2009 | 50 |
| M&AWSC | M & A Welding Supply Co., Inc # 41240 | (500) | 11/17/2009 | 40.66 |
| MAMS | Merle's Automt Supply-03849 | (AZ) | 11/17/2009 | 20.79 |
| METROWS | Metro Water Services #918749-320268 | (480) | 11/17/2009 | 264.17 |
| MIND | Mission Industries #2900230 | (180) | 11/17/2009 | 26.14 |
| MLD | McLendon Hardware - #103650 | (40) | 11/17/2009 | 6.99 |
| MMI | Metalmart, Inc. | (90) | 11/17/2009 | 116.36 |
| MMS-08 | Metric & Multistandard #158950M | (20) | 11/17/2009 | 30.87 |
| MMSW | Music Mountain Spring Water  #81849201 | (20) | 11/17/2009 | 67.64 |
| MNA | Michelin North America - #1152823 | (All) | 11/17/2009 | 15408.32 |
| MNOP | Marc Nelson Oil Prod - 0002003 | (110) | 11/17/2009 | 189.5 |
| MNTNCS-01 | Monitronics Funding LP #30770937 | (250) | 11/17/2009 | 38.66 |
| MONL | Mack of Nashville, LLC  * | | 11/17/2009 | 28.56 |
| MPI-01 | Masco Petroleum, Inc. | (40) | 11/17/2009 | 214.56 |
| MS&GC | Miles Sand & Gravel #005465 | | 11/17/2009 | 460.44 |
| MSSI | Mid-South Sales, Inc-9630365 | (410) | 11/17/2009 | 2359.39 |
| MVP | MacVan Productions * | | 11/17/2009 | 270 |
| NACM-02 | NACM Business Credit Service #05706 | (90) | 11/17/2009 | 110 |
| NAPA-03 | Napa Auto    # 01200 | (180) | 11/17/2009 | 424.91 |
| NAPA-05 | Napa Auto    # 01801 | (40) | 11/17/2009 | 174.87 |
| NAPA-09 | Napa Auto    # 8440 | (500) | 11/17/2009 | 190.6 |
| NAPA-86 | Napa Auto Parts-1195 | (490) | 11/17/2009 | 11.17 |
| NEXTEL-41 | Nextel / Sprint  #915022312 | (All) | 11/17/2009 | 18562.67 |
| NHCC-01 | Nova Health Care #DA-BRU00001 | | 11/17/2009 | 767.96 |
| NMSALE | New Mexico - Taxation & Revenue Department #0312798880 | | 11/17/2009 | 821.5 |
| NORMAN-SPENC | Norman- Spencer Agency, Inc. | | 11/17/2009 | 359172.78 |
| NORMAN-SPENC | Norman- Spencer Agency, Inc. | | 11/17/2009 | 107586.37 |
| NORMAN-SPENC | Norman- Spencer Agency, Inc. | | 11/17/2009 | 30410.29 |
| NORMAN-SPENC | Norman- Spencer Agency, Inc. | | 11/17/2009 | 60809 |
| NORMAN-SPENC | Norman- Spencer Agency, Inc. | | 11/17/2009 | 114932.82 |
| NTCA | Nextran Truck Center-Atlanta | (500) | 11/17/2009 | 8.32 |
| NTTA | North Texas Tollway Authority | (20) | 11/17/2009 | 17.85 |
| NUVOX-03 | Nuvox Communications #1076990 | (310) | 11/17/2009 | 398.62 |
| NWES | Northwest Equipment Sale-70659 | (390) | 11/17/2009 | 88.84 |
| NWLS | Northwest Landscape Services * | (WA) | 11/17/2009 | 438 |
| NWN | NW Natural # 887013-1 | | 11/17/2009 | 219.07 |
| NWSW-01 | North Washington #401020235.01 | (50) | 11/17/2009 | 439.89 |
| NWSW-02 | North Washington #401020236.01 | (50) | 11/17/2009 | 404.23 |
| NWSW-03 | North Washington #401020237.01 | (50) | 11/17/2009 | 366.39 |
| OAMG | OccMed Associates Medical Group, PA  * | (250) | 11/17/2009 | 15 |
| OCU-02 | Ogden City Utilities-27-281802 | (90) | 11/17/2009 | 134.73 |
| ODCOS-04 | Overhead Door Co. of Springdale | (240) | 11/17/2009 | 99 |
| OGE-01 | OG&E Elec Srv.- # 1695855-5 | (250) | 11/17/2009 | 243.19 |
| OGE-02 | OG&E Elec Srv. - # 1712602-0 | (250) | 11/17/2009 | 174.61 |
| OGE-05 | OG&E Elec Srv. -#2326086-2 | (250) | 11/17/2009 | 133.97 |
| O'REILLY-13 | O'Reilly Auto Parts #875528 | (480) | 11/17/2009 | 10.91 |
| ORKIN-04 | Orkin Ext. #D-2753085 | (50) | 11/17/2009 | 65.29 |
| OSFS | On-Site Fuel Service | (370) | 11/17/2009 | 8233.36 |

**Brundage-Bone Concrete Pumping, Inc.**

**Exhibit SCH B Q35**

**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| PBW | Page Brake Warehouse #03721 | (90) | 11/17/2009 | 420.23 |
| PBW-03 | Page Brake Warehouse #03730 | | 11/17/2009 | 9.35 |
| PEAK | Peak View Storage | | 11/17/2009 | 62.19 |
| PETRO-01 | PetroCard #00-0080323 | (40) | 11/17/2009 | 2715.56 |
| PGC | Pleasant Grove City #23.676.1 | (90) | 11/17/2009 | 542.26 |
| PHT | Phelps Tire | (WA) | 11/17/2009 | 928.26 |
| PIRTEK-01 | Pirtek- #BBC001-1 (Denver) | | 11/17/2009 | 131.84 |
| PITBLADO | Pitblado LLP * | (10) | 11/17/2009 | 198.83 |
| PITNEY-17 | Pitney Bowes #8000-9000-0334-3138 | (110) | 11/17/2009 | 500 |
| PITNEY-18 | Pitney Bowes #8000-9000-0150-7619 | (40) | 11/17/2009 | 1000 |
| PLSI | Precision Landscape Serv., Inc.  * | (110) | 11/17/2009 | 205 |
| POC-01 | Pettit Oil Co. - # 22761 | (40) | 11/17/2009 | 2641.81 |
| PPWAT | Pure Planet Water | (180) | 11/17/2009 | 127.03 |
| PUGET-02 | Puget Sound Ener-120-008-100-6 | (WA) | 11/17/2009 | 526.43 |
| PUGET-04 | Puget Sound Ener-181-545-100-8 | (40) | 11/17/2009 | 1407.67 |
| PUGET-06 | Puget Sound Ener-327-604-000-7 | (40) | 11/17/2009 | 56.65 |
| QWAZ-08 | Qwest #801-521-4422 873B | (90) | 11/17/2009 | 47.06 |
| QWAZ-09 | Qwest #801-785-9803 129B | (90) | 11/17/2009 | 555.16 |
| QWAZ-11 | QWest #505-292-5698 123 | (180) | 11/17/2009 | 69.09 |
| QWDEX-30 | Dex Media West-200534255 | (390) | 11/17/2009 | 16 |
| QWDEX-33 | Dex Media West #100445458 | (40) | 11/17/2009 | 43.85 |
| QWOR-04 | Qwest-360-666-7000 134B | (410) | 11/17/2009 | 110.75 |
| QWWA-03 | Qwest - #206-282-2770-261 | (40) | 11/17/2009 | 30.47 |
| QWWA-11 | Qwest - #503-390-7003-765 | (110) | 11/17/2009 | 187.75 |
| QWWA-20 | Qwest-360-533-8165-197B | (40) | 11/17/2009 | 50.53 |
| QWWY-01 | Qwest - #307-635-9047 296B | (50) | 11/17/2009 | 110.52 |
| RONG | Ronny Griffin* | | 11/17/2009 | 500 |
| ROSI | Roll Off Service, Inc. | (230) | 11/17/2009 | 98.73 |
| RUGGLES-XPS | Ruggles, Howard | (50) | 11/17/2009 | 25 |
| SALME | Salem Electric - #012079-03 | (110) | 11/17/2009 | 2.25 |
| SCRI | Sun Coast Resources, Inc. | (TX) | 11/17/2009 | 19085.56 |
| SCSS | Stanley Convergent Security Solutions * | (110) | 11/17/2009 | 73.11 |
| SEATRP | Seattle Tarp Co., Inc. | (80) | 11/17/2009 | 236.64 |
| SELLEN | Sellen  * | | 11/17/2009 | 2050 |
| SEN | Saguaro Envmtal Svc * | (460) | 11/17/2009 | 103.66 |
| SHELL | SOPUS Products #11242566 | (All) | 11/17/2009 | 6938.8 |
| SKYRMC | Skyridge Medical Center * | (500) | 11/17/2009 | 4666 |
| SMT | Southwest Missouri - # C154 | (240) | 11/17/2009 | 909.15 |
| SN040A | Sprint -  #200869810 | (All) | 11/17/2009 | 428.6 |
| SRS-03 | Southwest Rubber & Supply #B8170 | (20) | 11/17/2009 | 163.5 |
| SRS-10 | Southwest Rubber & Supply-B8174 | | 11/17/2009 | 1905 |
| SSC | Saffron Supply Co.* | (110) | 11/17/2009 | 62.05 |
| SSCOM | SilverStar Communications #111607 | (90) | 11/17/2009 | 115.45 |
| SSLAAL | Sussman Shank LLP, Attorneys At Law  * | | 11/17/2009 | 270.4 |
| SSM | Seattle Sterling Mack-14130 | (WA) | 11/17/2009 | 124.02 |
| STMLLC | Southern Tire Mart, LLC | (All) | 11/17/2009 | 1567.93 |
| STONER | StoneRiver-Pharmacy Solutions | (440) | 11/17/2009 | 49.93 |
| STOREY-01 | Storey Wrecker Service, Inc | (310) | 11/17/2009 | 334.5 |
| STPI | Star Tex Propane Inc. | (380) | 11/17/2009 | 148 |
| STRICKLA-XPS | Strickland, Dan (50) | | 11/17/2009 | 25 |
| SUNCII | Sun Chem Industries, Inc. * | (180) | 11/17/2009 | 177.07 |
| SUS | Superior Linen Srv.- #160325-0 | (40) | 11/17/2009 | 38.36 |
| SYSC | Systems Contracting | | 11/17/2009 | 198.53 |
| TACOMA-01 | Tacoma Screw Products- #066790 | (WA) | 11/17/2009 | 63.06 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| TCI-07 | TCI Tire Centers #7853942 | (50) | 11/17/2009 | 180 |
| TEC | TEC Equipment, Inc.- # 12216 | (110) | 11/17/2009 | 301.17 |
| TIS | Texas Imaging Systems  * | (TX) | 11/17/2009 | 119.2 |
| TLS-01 | Titan Lien Services | (180) | 11/17/2009 | 584 |
| TNTWS | TNT Wrecker Service  * | (370) | 11/17/2009 | 316.25 |
| TOPWTR | Topeka Water # 262535-100278 | (290) | 11/17/2009 | 138.48 |
| TORRES-XPS | Torres, Manuel | (250-LBK) | 11/17/2009 | 50 |
| TOWER | Tower Medical Center of Nederland | (370) | 11/17/2009 | 45 |
| TOWNOS | Town of Silt-  #61.959.01 | (50) | 11/17/2009 | 74.28 |
| TP&E | Truck Parts & Equip Inc.359653 | (290) | 11/17/2009 | 124.34 |
| TPL | Transport Permits LTD  -  * | (All) | 11/17/2009 | 1473 |
| TSTC | Tri-State Truck Center, Inc.  #BRUND | (410/470) | 11/17/2009 | 684.85 |
| TSTC-01 | Tri-State Truck Center | (240) | 11/17/2009 | 94.69 |
| TWSCO | TWSCO #820000 | (370) | 11/17/2009 | 45.66 |
| TXMC | Texas MedClinic* | (TX) | 11/17/2009 | 99 |
| TXSALE | Texas, State of (Sales & Use Tax) | | 11/17/2009 | 4055.35 |
| TXTW | Texas Tollways CSC | (TX) | 11/17/2009 | 4.6 |
| TXU-10 | TXU Energy #900010390855 | (380) | 11/17/2009 | 208.9 |
| UFH-03 | Unifirst Corporation #455692/812537/816976 | (490) | 11/17/2009 | 78.31 |
| UFH-04 | UniFirst Corporation #810968/810969 | (500) | 11/17/2009 | 150 |
| UFH-05 | UniFirst Corporation #363633 | (480) | 11/17/2009 | 21.7 |
| UFH-09 | UniFirst Holdings, Inc. #813502 | (370) | 11/17/2009 | 189.72 |
| UFH-10 | UniFirst Holdings, Inc. #814512 | (370) | 11/17/2009 | 63.36 |
| UFH-12 | UniFirst Corp. #355095/730881 | (470) | 11/17/2009 | 63.53 |
| UILLC | Utah Interactive, LLC | (90) | 11/17/2009 | 241 |
| UNR-05 | United Rental Gulf-135317 | (380) | 11/17/2009 | 220.58 |
| UOIL | United Oil #5022 | (390) | 11/17/2009 | 23986.96 |
| UPS-01 | UPS - # 2AR739 | (240) | 11/17/2009 | 24.32 |
| UPS-02 | UPS - # 3580W1 | (90) | 11/17/2009 | 269.12 |
| UPS-04 | UPS - # 49A9V6 | (180) | 11/17/2009 | 198.33 |
| UPS-06 | UPS - # 5A076R | (290) | 11/17/2009 | 59 |
| UPS-16 | UPS- # 868214 | (WA) | 11/17/2009 | 619.05 |
| UPS-19 | UPS - # A000R7 | (20) | 11/17/2009 | 52.49 |
| UPS-23 | UPS - # V58354 | (230) | 11/17/2009 | 63.89 |
| UPS-24 | UPS - #  V58812 | (250) | 11/17/2009 | 27.06 |
| UPS-69 | UPS - #  2XF292 | (380) | 11/17/2009 | 53.34 |
| UPS-70 | UPS - #  296FA4 | (40) | 11/17/2009 | 14.55 |
| UPS-73 | UPS - #  3X33R2 | (390) | 11/17/2009 | 77.96 |
| UPS-74 | UPS - #  30A82A | (410) | 11/17/2009 | 44.86 |
| UPS-75 | UPS - #  30V6W1 | (250) | 11/17/2009 | 12.57 |
| UPS-81 | UPS - #  492AW9 | (440) | 11/17/2009 | 33.1 |
| UPS-86 | UPS - #  663WR8 | (430) | 11/17/2009 | 29.42 |
| UPS-87 | UPS - #  696FA4 | (380) | 11/17/2009 | 13.24 |
| UPS-95 | UPS- #0A605R | (460) | 11/17/2009 | 33.12 |
| UPS-96 | UPS #12948E | (500) | 11/17/2009 | 352.23 |
| UPS-97 | UPS #129424 | (490/500) | 11/17/2009 | 23.62 |
| UPS-98 | UPS #1294x8 | (480) | 11/17/2009 | 27.3 |
| UPS-99 | UPS-12946Y | (470) | 11/17/2009 | 88.48 |
| UPSF-08 | UPS Freight #50053765 | (250) | 11/17/2009 | 137.17 |
| UPSF-11 | UPS Freight #25125424 | (80/81) | 11/17/2009 | 710.1 |
| UPSF-13 | UPS Freight #50033196 | (90/81) | 11/17/2009 | 914.69 |
| URBC | Urban Concrete* | | 11/17/2009 | 225 |
| USI | United States Welding-#2427 | (90) | 11/17/2009 | 22.75 |
| UTSALE | Utah State Tax Commission / Utah Sales Tax | | 11/17/2009 | 1483.81 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| UTSSTI | Utility Trailer Sales #16860/16861 | (TX) | 11/17/2009 | 64.13 |
| V&MTW | Volvo & Mack Trucks of Waco | (380) | 11/17/2009 | 133.19 |
| VANTC | Vanguard Trk Ctr of Houston #1728 | (370) | 11/17/2009 | 490.81 |
| VERIZON-49 | Verizon Wireless #571527364-00001 | (390) | 11/17/2009 | 532.02 |
| VERIZON-51 | Verizon Wireless #313742404-00001 | (230) | 11/17/2009 | 1112.93 |
| VERIZON-53 | Verizon Wireless #313231389 | (410) | 11/17/2009 | 235.27 |
| VERIZON-56 | Verizon Wireless #465724509 | (460) | 11/17/2009 | 631.88 |
| VERIZON-57 | Verizon Wireless #886113595-00001 | (240) | 11/17/2009 | 1764.36 |
| VERIZON-58 | Verizon Wireless #965771008-00001 | (180) | 11/17/2009 | 155.13 |
| VISTAR | Vista Radiology PC* | (500) | 11/17/2009 | 152.8 |
| VPSI | Venture Placement Service, Inc. * | (290) | 11/17/2009 | 878.12 |
| WASALE | Washington, State of | | 11/17/2009 | 33828.54 |
| WASTE-02 | Waste Mgmt- 010-0342335-2514-5 | (50) | 11/17/2009 | 228.4 |
| WASTE-43 | Waste Mgmt #155-0030056-2155-6 | (370) | 11/17/2009 | 152.89 |
| WELS | Welsco Inc., * | (410) | 11/17/2009 | 24.41 |
| WESTAR-03 | Westar Energy #8796035800 | | 11/17/2009 | 565.63 |
| WHC-06 | White Cap Const. Supply #60777000 | (20/440) | 11/17/2009 | 45.02 |
| WJCMWD | W. Jefferson Co. M.W.D. | (370) | 11/17/2009 | 157.16 |
| WMKI-02 | Western Marketing #8689 | (250) | 11/17/2009 | 34.31 |
| WSSI | WorkSAFE Service, Inc. * | (110) | 11/17/2009 | 340 |
| WTT | Woods Truck Tire Service- | (250) | 11/17/2009 | 190 |
| WWG-01 | WW Grainger # 802438333 | (20) | 11/17/2009 | 104.88 |
| XCEL-05 | Xcel Energy - #53-3372319-4 | (50) | 11/17/2009 | 852.19 |
| XCEL-06 | Xcel Energy - #53-1982814-5 | (50) | 11/17/2009 | 2206.25 |
| XCEL-07 | Xcel Energy - #53-8357303-9 | (50) | 11/17/2009 | 142.03 |
| XFI | Xero-Fax Incorporated * | | 11/17/2009 | 624.72 |
| ZEP-30 | Zep Sales & Service- #NA0111001-10047608 | (40) | 11/17/2009 | 175.33 |
| ZEP-38 | Zep Sales & Service- #NA0111004-10021858 | (90) | 11/17/2009 | 426.41 |
| ASSURANCE | Assurance | | 11/18/2009 | 10000 |
| BB020 | Brundage-Bone/Texas - 20 | | 11/18/2009 | 1602.85 |
| BB080 | Brundage-Bone/RPS-80 | | 11/18/2009 | 739.51 |
| BB081 | Brundage-Bone/Branch -81 | | 11/18/2009 | 3000 |
| BB310 | Brundage-Bone/Branch 310 | | 11/18/2009 | 564.2 |
| BRAZOS | Brazos County Assessor-Collector of Taxes | (010) | 11/18/2009 | 10588.16 |
| BUTLER-XPS | Butler, Mike      (290) Iowa Falls | | 11/18/2009 | 20 |
| CBS | Capitol Bearing Service * | (380) | 11/18/2009 | 17.04 |
| CFI-53 | Construction Forms, Inc. #4876 | (500) | 11/18/2009 | 304.63 |
| FFM | Fleet Fueling Management #BRU001 | (370) | 11/18/2009 | 2573.54 |
| FIRSTWA | Wachovia Financial Services, Inc. | | 11/18/2009 | 13415.08 |
| GECB24 | General Electric Capital Corporation | | 11/18/2009 | 3035.29 |
| GECB25 | General Electric Capital Corporation | | 11/18/2009 | 3035.29 |
| GECB27 | General Electric Capital Corporation | | 11/18/2009 | 3035.29 |
| GECB28 | General Electric Capital Corporation | | 11/18/2009 | 3042.32 |
| GECB29 | General Electric Capital Corporation | | 11/18/2009 | 4527.86 |
| GECB30 | General Electric Capital Corporation | | 11/18/2009 | 7001.44 |
| GECB31 | G E Capital | | 11/18/2009 | 3042.32 |
| GECB32 | G E Capital | | 11/18/2009 | 4527.86 |
| GECB33 | G E Capital | | 11/18/2009 | 4188.59 |
| GMAC31 | GMAC | | 11/18/2009 | 820.37 |
| JENSEN,CODY | Jensen, Cody | | 11/18/2009 | 124.86 |
| KEY-04 | Key Equipment Finance Inc. | | 11/18/2009 | 29475.51 |
| KEY-07 | Key Equipment Finance | | 11/18/2009 | 28246.67 |
| LONESTAR | Lone Star Bank | | 11/18/2009 | 5456.88 |
| LORENZEN-XPS | Lorenzen, Thomas      (290) Iowa Falls | | 11/18/2009 | 40 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| Code | Creditor | | | Date | Amount |
|---|---|---|---|---|---|
| PNC1 | PNC Equipment Finance, LLC | | | 11/18/2009 | 21873.36 |
| PNC2 | PNC Equipment Finance, LLC | | | 11/18/2009 | 22614.23 |
| SCHADEK-XPS | Schadek, Juile | (50) | | 11/18/2009 | 51.51 |
| SUNTRUST | SunTrust | | | 11/18/2009 | 24039.72 |
| SUNTRUST2 | Sun Trust | | | 11/18/2009 | 26266.03 |
| TILANDER-XPS | Tilander, Charles | ((290) Iowa Falls | | 11/18/2009 | 80 |
| UPS-96 | UPS #12948E | (500) | | 11/18/2009 | 145.1 |
| UPS-96A | UPS Supply Chain Solutions, Inc.-12948E | (500) | | 11/18/2009 | 207.13 |
| WACHOVIA1 | Wachovia Financial Services, Inc. | | | 11/18/2009 | 9922.97 |
| WFEF | Wells Fargo Equipment Finance | | | 11/18/2009 | 10859.98 |
| WILLIAM-PC | Williams, Jackie | (110) | | 11/18/2009 | 230.91 |
| BB020 | Brundage-Bone/Texas - 20 | | | 11/19/2009 | 3800.48 |
| BB080 | Brundage-Bone/RPS-80 | | | 11/19/2009 | 439.41 |
| BB080 | Brundage-Bone/RPS-80 | | | 11/19/2009 | 1086.09 |
| BB081 | Brundage-Bone/Branch -81 | | | 11/19/2009 | 10350 |
| BECK-XPS | Beck, Gene | (370) | | 11/19/2009 | 411.92 |
| BYINGTON-XPS | Byington, Lance (90) | | | 11/19/2009 | 507.75 |
| CLARKK-PT | Clark, Kasey | (90) | | 11/19/2009 | 216.24 |
| CNHC | CNH Capital / CRA Payment Center # 1693 | | | 11/19/2009 | 14037.63 |
| CNHC | CNH Capital / CRA Payment Center # 1693 | | | 11/19/2009 | 35.01 |
| ESTRADA-XPS | Estrada, Ernest | (20) | | 11/19/2009 | 275 |
| EWC-02 | Eureka Water Co-Ozarka Water & Coffee-#08949 | (250 | | 11/19/2009 | 2.09 |
| EWELLD-XPS | Ewell, Dale | (90) | | 11/19/2009 | 1051.87 |
| GONZALEZ-XPS | Gonzalez, Eddy | (180) | | 11/19/2009 | 150.1 |
| GOSS-XPS | Goss, Charles | (180) | | 11/19/2009 | 483.8 |
| HALLASP-XPS | Hallas, Paul | (500) | | 11/19/2009 | 62.59 |
| HULLS-XPS | Hull, Season | (90) | | 11/19/2009 | 867.24 |
| NAEGELE-XPS | Naegele, Chris | (290) | | 11/19/2009 | 151.15 |
| NANCE-XPS | Nance, Kirk | (90) | | 11/19/2009 | 207.64 |
| ROBERTS-XPS | Roberts, Tony | (240-Spg) | | 11/19/2009 | 123.18 |
| SMITHC-XPS | Smith, Chris | (290) | | 11/19/2009 | 34 |
| UHC-02 | United HealthCare Insurance Co. | * | | 11/19/2009 | 36067.19 |
| UTCYTRES-06 | Utah County Treasurer | | | 11/19/2009 | 29760.81 |
| WFEF | Wells Fargo Equipment Finance | | | 11/19/2009 | 38566.08 |
| WHITE-PC | White, Gregg | (20) | | 11/19/2009 | 982.29 |
| WOODSBR-XPS | Woods, Bruce | (90*) | | 11/19/2009 | 1614.23 |
| ACCCSTEFFEN | Adams County Combined Court | | | 11/20/2009 | 25 |
| AGT | Attorney General of Texas | | | 11/20/2009 | 2953.23 |
| AZCHLD | Arizona--Clerk of the Court | | | 11/20/2009 | 635.75 |
| AZDOR | Arizona  Dept of Revenue 29009 | | | 11/20/2009 | 651.06 |
| CASDU | CA State Disbursement Unit | | | 11/20/2009 | 161.53 |
| CHP13HAMMOND | Laurie B. Williams Trustee | | | 11/20/2009 | 125 |
| CONSTABLELV | Constable | | | 11/20/2009 | 265.61 |
| COWHTX | Colorado Department of Revenue | | | 11/20/2009 | 1106 |
| CSSFSRGA | Child Support Services, Family Support Reg. | | | 11/20/2009 | 177.42 |
| DAVIDHOWE | David M Howe, Trustee | | | 11/20/2009 | 817.21 |
| EDD | Employment Delvelopment Dept. | | | 11/20/2009 | 41.44 |
| ENT1 | Enterprise Fleet Services #137009 | | | 11/20/2009 | 84135.85 |
| FSPCMO | Family Support Payment Center | | | 11/20/2009 | 86.75 |
| FSR | Family Support Registry-CO | | | 11/20/2009 | 187.83 |
| HESAA | Higher Education Student Assist. | | | 11/20/2009 | 145.4 |
| IDCHD1 | Idaho Child Support Receipting | | | 11/20/2009 | 138.46 |
| IRS-HUBBARD | IRS | | | 11/20/2009 | 12.5 |
| IRS-RIVAS | IRS | | | 11/20/2009 | 45 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| IRS-SCAGGS | IRS | | 11/20/2009 | 6.25 |
| JORJATRADE | JORJA TRADING INC | | 11/20/2009 | 189.65 |
| KSDOR1 | Kansas Department of Revenue | | 11/20/2009 | 868 |
| KSPMT | Kansas Payment Center | | 11/20/2009 | 307.85 |
| LADSS | LA Dept. of Social Services | | 11/20/2009 | 96 |
| LEAHCCROFT | Leah Carlette Croft | | 11/20/2009 | 103.85 |
| MALCOMPHAMMO | Malcom P. Hammond Attroney | | 11/20/2009 | 268.48 |
| MARINABARRER | Marina Martinez Barrera | | 11/20/2009 | 66.21 |
| MNCSPC | MN Child Support Payment Center | | 11/20/2009 | 462.09 |
| MOWHTX | Missouri Department of Revenue | | 11/20/2009 | 397.6 |
| MTCSED | MT CSED | | 11/20/2009 | 68.76 |
| NMCSED | NM Child Support Enforcement Dividsion | | 11/20/2009 | 122.08 |
| ODR2 | Oregon Dept of Revenue (14800) | | 11/20/2009 | 1818 |
| OKCSR | OK Centralized Support Registry | | 11/20/2009 | 839.18 |
| ORDOJ | Oregon Department of Justice | | 11/20/2009 | 470.08 |
| ORS | Office of Recovery Services | | 11/20/2009 | 160.27 |
| PLEASANT.J | PLEASANT, JENNIFER | | 11/20/2009 | 162.38 |
| SARAHAHANNAN | Sarah Hannan | | 11/20/2009 | 70.42 |
| SCH | Schwing America Inc. | | 11/20/2009 | 32460.72 |
| SDCSPC | SD Child Support Payment Center | | 11/20/2009 | 23.08 |
| UNITEDCOLLEC | UNITED COLLECTION SERVICE | | 11/20/2009 | 183.34 |
| USDEPEDUHUBB | U.S. Dept of Education | | 11/20/2009 | 54.25 |
| WELLSF | Wells Fargo | | 11/20/2009 | 389139.7 |
| WF401K | Wells Fargo Bank, 401K | | 11/20/2009 | 10207.18 |
| WF401L | Wells Fargo Bank, 401K Loans | | 11/20/2009 | 1233.33 |
| WFFICA | Wells Fargo Bank,  FICA | | 11/20/2009 | 104054.56 |
| WISCTF | WI SCTF | | 11/20/2009 | 73.32 |
| WSS | Washington State | | 11/20/2009 | 1284.55 |
| 085WI | 085 Waste Industries | (480) | 11/23/2009 | 93.18 |
| A&BS | A&B Supply-2079 | (180) | 11/23/2009 | 20.65 |
| ACE | Ace Hardware #512 (Commerce City) | | 11/23/2009 | 29.24 |
| ACEDI | Ace Disposal Inc * | (90) | 11/23/2009 | 74 |
| AEP-02 | AEP / Public Serv. Co. of Oklahoma | (310) | 11/23/2009 | 178.6 |
| AHRC | American Hose & Rubber Co-B8775 | (180) | 11/23/2009 | 173.13 |
| AIR-01 | Airgas  # DEK86 | (290) | 11/23/2009 | 543.13 |
| AIR-02 | Airgas  # DSJ91 | (230) | 11/23/2009 | 33.63 |
| AIR-04 | Airgas  # EKG34 | (310) | 11/23/2009 | 58.41 |
| AIR-08 | Airgas #L8V68 | (370) | 11/23/2009 | 92.49 |
| AIR-10 | Airgas #GQ990 | (90) | 11/23/2009 | 35.18 |
| AIR-11 | Airgas #E5AV9 | (460) | 11/23/2009 | 6.67 |
| AIR-13 | Airgas South #1DPZF | (490) | 11/23/2009 | 28.83 |
| AIRGAS-02 | Airgas-Nor Pac # F1H78 | (110) | 11/23/2009 | 57.03 |
| AIRGAS-09 | Airgas-Nor Pac # ZAA55 | (110) | 11/23/2009 | 88 |
| AIRGAS-13 | Airgas-Nor Pac # E1X06 | (110) | 11/23/2009 | 14.85 |
| AIRGAS-15 | Airgas Mid South Inc.-1AGG1 | (290) | 11/23/2009 | 32.85 |
| ALGWL | ALG Worldwide Logistics | (All) | 11/23/2009 | 87.9 |
| ALLIANT-01 | Alliant Energy #7020019530101 | (430) | 11/23/2009 | 79.18 |
| APPLIED-04 | Applied Ind. Tech. #4240298 | (WA) | 11/23/2009 | 500.95 |
| APPLIED-13 | Applied Industrial Tech #2481424 | (500) | 11/23/2009 | 51.57 |
| ARI-01 | Ace Rents Inc.- # 15411 | | 11/23/2009 | 78.67 |
| ARMK-02 | Aramark Uniform Serv. #591324001 | (110) | 11/23/2009 | 184.49 |
| ARVS | Airvac Services Inc. | (50) | 11/23/2009 | 300 |
| AT&RLLC | Aus-Tex Towing & Recovery, LLC | (380) | 11/23/2009 | 355 |
| AT240F | AT&T #501 834-2644 6715 | (410) | 11/23/2009 | 319.99 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| AT240G | AT&T #417 625-1472 765 6 | (240) | 11/23/2009 | 59.04 |
| AT340E | AT&T #951 328-2609 697 3 | (340) | 11/23/2009 | 314.97 |
| AUSTIN-01 | Austin Distributing | (290/440) | 11/23/2009 | 162.9 |
| AWSC | Alamo Welding Supply Co | (380) | 11/23/2009 | 53.58 |
| BAG | Brian's Auto Glass  -   * | | 11/23/2009 | 662.47 |
| BEST-12 | Best Western Heritage Inn-Chattanooga | (490) | 11/23/2009 | 246.18 |
| BRUCKNER-02 | Bruckners Truck Sales-#70695 | (250) | 11/23/2009 | 232.5 |
| BRUCKNER-03 | Bruckners Truck Sales-#52490 | (250) | 11/23/2009 | 395.04 |
| BSBI | Bonita Steel Builders, Inc.    (180) | | 11/23/2009 | 76.76 |
| BTI | Bear Tire, Inc. #00-BRU0050     (290) | | 11/23/2009 | 200.51 |
| CBM | Corporate Building Maintenance, Inc. *    (110) | | 11/23/2009 | 160 |
| CCNAI | Coface Collections North America, Inc. | (380) | 11/23/2009 | 45.99 |
| CFI-04 | Construction Forms #88 | (50) | 11/23/2009 | 25056.47 |
| CFI-06 | Construction Forms #91 | (WA) | 11/23/2009 | 14092.69 |
| CFI-10 | Construction Forms #2932 | (310) | 11/23/2009 | 1182.03 |
| CIN-55 | Cintas Corp.  -  Acct #00750 | (20) | 11/23/2009 | 36.24 |
| CIN-58 | Cintas Corp.  -  Acct #01320 | (50) | 11/23/2009 | 26.68 |
| CIN-59 | Cintas Corp.  -  Acct #04137 | (40) | 11/23/2009 | 565.52 |
| CIN-60 | Cintas Corp.  -  Acct #01847 | (50) | 11/23/2009 | 32.22 |
| CIN-69 | Cintas Corp.-#86-7280 | (380) | 11/23/2009 | 32.48 |
| CINTAS-03 | Cintas First Aid & Safet-50513 | (50) | 11/23/2009 | 188.84 |
| CLFLWR | Colliflower #9201 | (500) | 11/23/2009 | 79.88 |
| CMC | Concrete Materials Co. * | | 11/23/2009 | 393.35 |
| CMCR | CMC Rock* | | 11/23/2009 | 1840.77 |
| CMPS-01 | Composite Printing* | (All) | 11/23/2009 | 61 |
| CMS | Colorado Mack Sale & Srv.#1975 | (50) | 11/23/2009 | 104.77 |
| CNA | Coverall North America, Inc. | (370) | 11/23/2009 | 162.38 |
| CPE | CenterPoint Energy #3730349-2 | (410) | 11/23/2009 | 14.63 |
| CPWS-01 | Champion Waste Services-001777 | | 11/23/2009 | 398.09 |
| CSG | City of St. George-Utilities #8500106801 | (90) | 11/23/2009 | 95.92 |
| CT&WS | California Tool & Welding Supply | (340) | 11/23/2009 | 61.62 |
| CTNA-01 | Continental Tire NA #7420294 | | 11/23/2009 | 2807.04 |
| CU-240 | City Utilities #4609275425 | | 11/23/2009 | 674.06 |
| CWG | C.W. Grove & Son  -  # B8000 | (40) | 11/23/2009 | 717.2 |
| DEEIC | Dixie Escalante Electric-448260 | (90) | 11/23/2009 | 80.33 |
| DIA | Dial Lubricants, Inc.-* | (20) | 11/23/2009 | 5493.44 |
| DIRECTV-02 | Directv #68367313 | (40) | 11/23/2009 | 35.48 |
| DRC | DRC Companies #brubon2 | | 11/23/2009 | 964.41 |
| DRI | Drive Train Industries#0190040 | (50) | 11/23/2009 | 114.22 |
| DRTFP | DRT Fluid Power | (80) | 11/23/2009 | 273.34 |
| DTP | Don Thomas Petroleum, Inc | | 11/23/2009 | 20783.19 |
| ECOPANINC | Eco-Pan, Inc. | | 11/23/2009 | 468.45 |
| EDEC | Empire District Electric #618214-79-5 | (240) | 11/23/2009 | 36.63 |
| EHH | Evco House of Hose * | (90) | 11/23/2009 | 230.39 |
| ELWMH | Ellsworth Municipal Hospital-BRUND | (430) | 11/23/2009 | 30 |
| ENTERGY | Entergy Arkansas, Inc. #51516391 | (410) | 11/23/2009 | 307.47 |
| EWCHEM | Etowah Chemical-11022 | (490) | 11/23/2009 | 189.13 |
| EXI-02 | Exide Technologies #7910091 | (40) | 11/23/2009 | 88.4 |
| FBF | Firebird Fuel  #7691 | (AZ) | 11/23/2009 | 3773.1 |
| FCY-21 | Fastenal Co. | (All) | 11/23/2009 | 316.57 |
| FILPC | Filter Products Corp  * | | 11/23/2009 | 166.89 |
| FLTPR-03 | FleetPride #211904 | (All) | 11/23/2009 | 749.97 |
| FRITZ-02 | Fritz-Pak Corp. -  Acct. # 244 | (80/440) | 11/23/2009 | 1208.65 |
| FRITZ-03 | Fritz-Pak Corp. -  Acct. # 247 | | 11/23/2009 | 1101.6 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| FRITZ-04 | Fritz-Pak Corp. - Acct. # 248 | (20) | 11/23/2009 | 1101.6 |
| FWS | Frosty's Water Service-6471 | | 11/23/2009 | 58.56 |
| GMS&S | Grande Mack Sales & Service-P0045 | (440) | 11/23/2009 | 434.98 |
| GPI | Guardian Packaging - # 27536 | | 11/23/2009 | 467.64 |
| GRP | Geneva Rock Products, # -990 | (90) | 11/23/2009 | 1135.32 |
| H32 | Honest Auto Sound Cellular Sec | | 11/23/2009 | 229.53 |
| HARRIS-01 | Harris CNTY Tax Assessor Col.-Leo Vasquez | (370) | 11/23/2009 | 14.6 |
| HAYS-TAX | Hays County Tax Office | (TX) | 11/23/2009 | 74.93 |
| HCC | Heritage-Crystal Clean # 75515 / 18614233 | (20/310) | 11/23/2009 | 714.46 |
| HCTRA | Harris County Toll Road Authority | (380) | 11/23/2009 | 36.75 |
| HILIN | Hi-Line * | | 11/23/2009 | 196.76 |
| HOTECH | Hose-Tech * | (20) | 11/23/2009 | 50.38 |
| HSOC | Hansen Oil Co. | (90) | 11/23/2009 | 2611.96 |
| HTCI | Hi-Tech Colors Inc. * | | 11/23/2009 | 2074.32 |
| IBI | Indoor Billboard - # 10514 | (40) | 11/23/2009 | 59.34 |
| IBS-03 | Interstate Battery - #1994 | (90) | 11/23/2009 | 265.27 |
| IESI | IESI- North Austin-005086715 | (380) | 11/23/2009 | 91.22 |
| INSIGHT | Insight #10476789 | (All) | 11/23/2009 | 480.34 |
| IOWAF | Iowa Falls, City of #12-184658-00 | (430) | 11/23/2009 | 77.28 |
| IOWAF-01 | Iowa Falls, City of #12184668-00 | (430) | 11/23/2009 | 29.82 |
| ISBS | Interstate Billing Service-210149 | (380) | 11/23/2009 | 271.58 |
| ISL | Imperial Supplies LLC | (480/500) | 11/23/2009 | 50.7 |
| IWSI | Industrial Welding Supply,Inc. | (110) | 11/23/2009 | 5 |
| JOHNIND | Johnston Industries* | | 11/23/2009 | 767.19 |
| JTO | Jack's Tire & Oil Inc.-#BRUBOR | (90) | 11/23/2009 | 1409.11 |
| KENT-04 | Kent, City of - # 808-01079.2 | (81) | 11/23/2009 | 307.31 |
| KENTOX-01 | Kentox-Kent Oxygen-# BRUNDA | (WA) | 11/23/2009 | 136.79 |
| KGS | Kansas Gas Service #510155757 1573004 27 | (290) | 11/23/2009 | 85.68 |
| KRIV | Knife River | (110) | 11/23/2009 | 42.32 |
| KTA | Kansas Turnpike Authorit#13383 | (290) | 11/23/2009 | 82.8 |
| LESCHWAB-51 | Les Schwab Warehouse Center | (ALL) | 11/23/2009 | 300.55 |
| LHT&R | Luchini's Towing & Recovery* | | 11/23/2009 | 791.2 |
| LVE | Lower Valley Energy #1304069-001 | (90) | 11/23/2009 | 178.09 |
| MAUT | Monarch Utilities I, LP (PMCK14) #0101725 | (380) | 11/23/2009 | 222.69 |
| MAUT-02 | Monarch Utilities I, LP (PMCK14) #0101726 | (380) | 11/23/2009 | 1935.51 |
| MHCD-01 | MHC Kenworth-Denver-110484 | (50) | 11/23/2009 | 1642.78 |
| MHCTU | MHC Kenworth-Tulsa-107617 | | 11/23/2009 | 3115.61 |
| MLD | McLendon Hardware - #103650 | (40) | 11/23/2009 | 211.87 |
| MLPC-01 | Midland Power Coop #935744000 | (430) | 11/23/2009 | 235.81 |
| MNOP | Marc Nelson Oil Prod - 0002003 | (110) | 11/23/2009 | 6039.08 |
| MPI-01 | Masco Petroleum, Inc. | (40) | 11/23/2009 | 397.47 |
| MS&GC | Miles Sand & Gravel #005465 | | 11/23/2009 | 96.51 |
| MSSI | Mid-South Sales, Inc-9630365 | (410) | 11/23/2009 | 2835.83 |
| MTS-01 | Mack Truck Sales of Tulsa - * | (310) | 11/23/2009 | 322.25 |
| MWSI | Metroplex Welding Sup. #18650 | (20) | 11/23/2009 | 92 |
| MWTC | Mountain West Truck Cntr #5332 | (90) | 11/23/2009 | 329.4 |
| NAPA-02 | Napa Auto / All-Star Auot Parts # 02100 | (90) | 11/23/2009 | 50.56 |
| NAPA-05 | Napa Auto # 01801 | (40) | 11/23/2009 | 149.33 |
| NAPA-08 | Napa Auto # 155-02680 | (50) | 11/23/2009 | 222.37 |
| NAPA-86 | Napa Auto Parts-1195 | (490) | 11/23/2009 | 76.71 |
| NEXAIR | Nexair-77541 | (410) | 11/23/2009 | 17.47 |
| NHCC | Nova HealthCare Centers* #BRU00002 | (All) | 11/23/2009 | 38.5 |
| NWP | Northwest Pump & Equipment | | 11/23/2009 | 547.5 |
| ONG | Oklahoma Natural Gas | (310) | 11/23/2009 | 33.96 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| O'REILLY-12 | O'Reilly Auto Parts #810653 | (430) | 11/23/2009 | 5.04 |
| OSFS | On-Site Fuel Service | (370) | 11/23/2009 | 9179.72 |
| PBW | Page Brake Warehouse #03721 | (90) | 11/23/2009 | 2246.61 |
| PEAKCM | Peak Construction Material* | | 11/23/2009 | 364.83 |
| PEC | Pedernales Electric Coop-1851-4758-00 | (380) | 11/23/2009 | 165.92 |
| PEC-01 | Pedernales Electric Coop-1851-4765-00 | (380) | 11/23/2009 | 248.62 |
| PEC-02 | Pedernales Electric Coop-1851-4732-00 | (380) | 11/23/2009 | 471.77 |
| PEC-03 | Pedernales Electric Coop-1851-4740-00 | (380) | 11/23/2009 | 102.62 |
| PITNEY-42 | Pitney Bowes #8226269 | (10) | 11/23/2009 | 362 |
| PMH | Pape Material Handling #4400 | | 11/23/2009 | 24.49 |
| POC-01 | Pettit Oil Co. - # 22761 | (40) | 11/23/2009 | 1421.88 |
| PPD | Pacific Power - 49333649-001-3 | (110) | 11/23/2009 | 1194.12 |
| PRAXAIR-01 | Praxair Distribution Inc.-A3L18 | (240) | 11/23/2009 | 95.59 |
| PT&TR | Palmer Truck & Trailer Repair | (290) | 11/23/2009 | 487 |
| PVF | Pipe Valve & Fitting Co.-#BRUN | (50) | 11/23/2009 | 108.28 |
| QUESTAR-05 | Questar Gas #5245280000 | (90) | 11/23/2009 | 47.89 |
| QUESTAR-06 | Questar Gas #2588940000 | (90) | 11/23/2009 | 154.11 |
| QWDEX-06 | Qwest Dex #120596080 | (90) | 11/23/2009 | 11.67 |
| QWDEX-14 | Qwest Dex #120596077 | (90) | 11/23/2009 | 97 |
| QWOR-01 | Qwest - #541-383-9327 759B | (110) | 11/23/2009 | 24.91 |
| QWUT-05 | Qwest - #801-224-8424 492B | (90) | 11/23/2009 | 25.07 |
| QWWA-06 | Qwest - #206-Z02-1014-150 | (40) | 11/23/2009 | 222.24 |
| QWWA-10 | Qwest - #206-842-5866-368B | (40) | 11/23/2009 | 37.8 |
| QWWA-13 | Qwest - #360-352-1068-270B | (40) | 11/23/2009 | 39.04 |
| QWWA-22 | Qwest #360-681-3976-604B | (40) | 11/23/2009 | 142.05 |
| R&P | R & P Concrete Pump Service, Inc. * | (340) | 11/23/2009 | 733.5 |
| RBS | Robertson's | | 11/23/2009 | 567.83 |
| REINHARD-04 | Reinhard Petro.LLC-400035 | (40) | 11/23/2009 | 27317.76 |
| RRRI | Republic Radiator Repair Inc. | (240) | 11/23/2009 | 1103.73 |
| RTC-04 | Regions Interstate Billing - #84149 | (370) | 11/23/2009 | 37.8 |
| RWI | Rodeway Inn & Conf. Center (IA116) | (430) | 11/23/2009 | 268.8 |
| S8M-08 | Super 8 | (430) | 11/23/2009 | 72.79 |
| SAFETY-16 | Safety-Kleen-#10433 | (40) | 11/23/2009 | 1173.57 |
| SCFUEL | SC Fuels #5057 | (40) | 11/23/2009 | 6107.4 |
| SEATRP | Seattle Tarp Co., Inc. | (80) | 11/23/2009 | 760.55 |
| SHELL | SOPUS Products #11242566 | (All) | 11/23/2009 | 5953.25 |
| SHIPLEY-01 | Shipley Motors Equip- # L 229 | (230) | 11/23/2009 | 4319.89 |
| SI&M | Salina Iron & Metal Co.-BRUBON | (290) | 11/23/2009 | 21.5 |
| SJW&IS | SJ Welding & Industrial Supply, LLC | | 11/23/2009 | 45.89 |
| SOT-16 | Snap-On Tools - James A. Hormberg | | 11/23/2009 | 56.62 |
| SOUND-03 | Sound Security Inc-05-SBRU01 | (WA) | 11/23/2009 | 50 |
| SRS-11 | Southwest Rubber & Supply #B8180 | (290) | 11/23/2009 | 1020 |
| SSM | Seattle Sterling Mack-14130 | (WA) | 11/23/2009 | 219.6 |
| STAPLES-02 | Staples Business-1030953 | (All) | 11/23/2009 | 6283.41 |
| SUS | Superior Linen Srv.- #160325-0 | (40) | 11/23/2009 | 37.38 |
| SWS | Summit Water & Supply Co.  # 01307000-01 | (40) | 11/23/2009 | 161.62 |
| SWU-01 | Springdale Water Utilities-210-0620-05 | (230) | 11/23/2009 | 202.52 |
| T&W-02 | T&W Tire #36133 | (310) | 11/23/2009 | 3390.01 |
| TAP-02 | T / A Pump | (340) | 11/23/2009 | 47.67 |
| TCI-02 | TCI Tire Center -  # 6582149 | (240) | 11/23/2009 | 883.44 |
| TCI-07 | TCI Tire Centers #7853942 | (50) | 11/23/2009 | 439.01 |
| TDS-03 | TDS Tire Dist.System-  #810405 | (50) | 11/23/2009 | 566.09 |
| TMLP | Truckmotive LP* | (380) | 11/23/2009 | 68.76 |
| TOR-01 | Tor Truck Corp | (ALL) | 11/23/2009 | 3532.24 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| TPL | Transport Permits LTD   -   * | (All) | 11/23/2009 | 93 |
| TPT | TruckPro Inc -Dallas-BRD43 | (20) | 11/23/2009 | 127.76 |
| TPT-04 | Truckpro-Houston #BR039 | (370) | 11/23/2009 | 114.65 |
| TRKC | Truck City  * | | 11/23/2009 | 49.33 |
| TSVC | Tube Service Co. 46 | (180) | 11/23/2009 | 150.86 |
| TUC | Tucson Electric Pwr-0361564477 | (460) | 11/23/2009 | 332.12 |
| TULSA-02 | Tulsa, City of -10462004-2 | (310) | 11/23/2009 | 114.5 |
| TVCI | Treasure Valley Coffee, Inc. | (390) | 11/23/2009 | 15.32 |
| TWCPI | Tri-Way Concrete Pumping,Inc | (20) | 11/23/2009 | 2535 |
| TWSCO | TWSCO #820000 | (370) | 11/23/2009 | 15.46 |
| TWTR | Transwest Trucks Inc.  #10344 | (50) | 11/23/2009 | 219.16 |
| TXMC | Texas MedClinic* | (TX) | 11/23/2009 | 510 |
| TXTW | Texas Tollways CSC | (TX) | 11/23/2009 | 5.5 |
| TXU-12 | TXU Energy #100001583302 | (20) | 11/23/2009 | 432 |
| TYLER | Tyler, City of  #142921-81084 | (20) | 11/23/2009 | 68.41 |
| UFH-03 | Unifirst Corporation #455692/812537/816976 | (490) | 11/23/2009 | 52.02 |
| UFH-05 | UniFirst Corporation #363633 | (480) | 11/23/2009 | 21.7 |
| UFH-09 | UniFirst Holdings, Inc. #813502 | (370) | 11/23/2009 | 189.72 |
| UFH-10 | UniFirst Holdings, Inc. #814512 | (370) | 11/23/2009 | 63.36 |
| UNISM | Unisource Manufacturing- (all) | | 11/23/2009 | 778.34 |
| UPS-01 | UPS - # 2AR739 | (240) | 11/23/2009 | 37.08 |
| UPS-02 | UPS - # 3580W1 | (90) | 11/23/2009 | 107.08 |
| UPS-16 | UPS- # 868214 | (WA) | 11/23/2009 | 500.37 |
| UPS-17 | UPS - # 893506 | (110) | 11/23/2009 | 783.97 |
| UPS-19 | UPS - # A000R7 | (20) | 11/23/2009 | 66.71 |
| UPS-24 | UPS - #  V58812 | (250) | 11/23/2009 | 34.52 |
| UPS-29 | UPS - #  V58806 | (310) | 11/23/2009 | 122.57 |
| UPS-45 | UPS - # 6V3837 | (340) | 11/23/2009 | 75.42 |
| UPS-67 | UPS - # 1WR809 | (370) | 11/23/2009 | 81.26 |
| UPS-69 | UPS - # 2XF292 | (380) | 11/23/2009 | 71.19 |
| UPS-72 | UPS - # 30A8X5 | (50) | 11/23/2009 | 257.35 |
| UPS-74 | UPS - # 30A82A | (410) | 11/23/2009 | 58.76 |
| UPS-75 | UPS - # 30V6W1 | (250) | 11/23/2009 | 12.39 |
| UPS-81 | UPS - # 492AW9 | (440) | 11/23/2009 | 62.25 |
| UPS-87 | UPS - # 696FA4 | (380) | 11/23/2009 | 60.02 |
| UPS-99 | UPS-12946Y | (470) | 11/23/2009 | 14.46 |
| UPSF-06 | UPS Freight #50043324 | (50) | 11/23/2009 | 1512.93 |
| UPSF-14 | UPS Freight #50015582 | (20) | 11/23/2009 | 114.95 |
| UPSF-15 | UPS Freight #50057070 | (310) | 11/23/2009 | 113.98 |
| UPSF-16 | UPS Freight #50012303 | (440) | 11/23/2009 | 164.35 |
| UPSF-27 | UPS Freight #50046861 | (240) | 11/23/2009 | 126.46 |
| UPSF-28 | UPS Freight #50026060 | (50/380) | 11/23/2009 | 239.27 |
| UTSSTI | Utility Trailer Sales #16860/16861 | (TX) | 11/23/2009 | 164.12 |
| VANTC | Vanguard Trk Ctr of  Houston #1728 | (370) | 11/23/2009 | 13.3 |
| VERIZON-05 | Verizon #370686040-00002 | (50) | 11/23/2009 | 1516.19 |
| VERIZON-06 | Verizon #370686040-00001 | (50/90/390) | 11/23/2009 | 1147.01 |
| VERIZON-12 | Verizon #10 5639 2885095091 01 | (20) | 11/23/2009 | 524.84 |
| VERIZON-54 | Verizon Wireless-613091625-00001 | (410) | 11/23/2009 | 763.99 |
| VWSI | Volunteer Welding Supply, Inc.-2045 | (480) | 11/23/2009 | 30.48 |
| WASTE-13 | Waste Mgmt-650-0498025-1006-2 | (310) | 11/23/2009 | 222.71 |
| WCCW | Wildcat Car Wash #2177 | (50) | 11/23/2009 | 173.11 |
| WCOTC | Western Colorado Truck Center-1387 | (50) | 11/23/2009 | 507.08 |
| WDSTM-01 | Windstream-126264705 | (410) | 11/23/2009 | 31.95 |
| WDSTM-02 | Windstream #126271611 | (410) | 11/23/2009 | 50.21 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| WESLEYMC | Wesley Medical Center | (290) | 11/23/2009 | 884.09 |
| WESTAR-05 | Westar Energy #3833839841 | (290) | 11/23/2009 | 138.21 |
| WFQA | Workforce QA | (All) | 11/23/2009 | 1170 |
| WGSC | Westgate Shopping Center | (110) | 11/23/2009 | 515.75 |
| WHC-05 | White Cap Const. Supply #64277000 | (360) | 11/23/2009 | 136.55 |
| WICHRAD | Wichita Radiological Group | (290) | 11/23/2009 | 29 |
| WINC | Winzer Corporation-# 197959 | (180) | 11/23/2009 | 312.34 |
| WOI | Westring Oil, Inc.   -   * | (90) | 11/23/2009 | 20443.82 |
| WSC | Welders Supply Co.-153650 | (440) | 11/23/2009 | 31.5 |
| WWG-12 | WW Grainger # 830779989 | | 11/23/2009 | 196.65 |
| WYO | Wyoming-Niobrara County Court | (50) | 11/23/2009 | 100 |
| XFI | Xero-Fax Incorporated * | | 11/23/2009 | 371.65 |
| ZEP-32B | Zep #NA0111002-10021857 | (90) | 11/23/2009 | 457.75 |
| AMERINS | Amerisure Insurance* | | 11/24/2009 | 466.11 |
| BB020 | Brundage-Bone/Texas - 20 | | 11/24/2009 | 2732.84 |
| BB040 | Brundage-Bone/Washington- 40 | | 11/24/2009 | 3548.21 |
| BB081 | Brundage-Bone/Branch -81 | | 11/24/2009 | 1984.7 |
| BB110 | Brundage-Bone/Oregon-110 | | 11/24/2009 | 4504.84 |
| BB240 | Brundage-Bone/Springfiled-240 | | 11/24/2009 | 1001 |
| BB290 | Brundage-Bone/Wichita-290 | | 11/24/2009 | 3731.2 |
| BB370 | Brundage-Bone Branch/370 | | 11/24/2009 | 4649.7 |
| BB380 | Brundage-Bone Branch/380 | | 11/24/2009 | 8800.57 |
| BB390 | Brundage-Bone Branch/390 | | 11/24/2009 | 3601.35 |
| BB430 | Brundage Bone Branch/430 | | 11/24/2009 | 3562.43 |
| BB500 | Brundage Bone 500 | | 11/24/2009 | 1383.5 |
| CTXH-01 | Centex Homes * | | 11/24/2009 | 787.5 |
| GM&B | Green Manning & Bunch* | | 11/24/2009 | 10785.1 |
| H&BCONST | H & B Construction * | | 11/24/2009 | 1790 |
| JAC | John A. Curtas, Attorney at Law * | | 11/24/2009 | 3180.44 |
| LCL | Lease Crutcher  Lewis | | 11/24/2009 | 1884.75 |
| LORENZEN-XPS | Lorenzen, Thomas    (290) Iowa Falls | | 11/24/2009 | 100 |
| LOVELESS-XPS | Loveless, Tom | (250-Lubbock) | 11/24/2009 | 75 |
| ODNS&S | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | | 11/24/2009 | 3137.12 |
| SCOTTS-XPS | Scott, Stan | (290) | 11/24/2009 | 60 |
| TORRES-XPS | Torres, Manuel | (250-LBK) | 11/24/2009 | 75 |
| UPS-83 | UPS - #  8US193F6EA | | 11/24/2009 | 3.45 |
| 4DENTER | 4D Enterprises, LLC | | 11/25/2009 | 175 |
| ACCCSTEFFEN | Adams County Combined Court | | 11/25/2009 | 25 |
| AEI | Ainsworth Enterprises, Inc. | (10/480) | 11/25/2009 | 2125 |
| AGT | Attorney General of Texas | | 11/25/2009 | 3495.68 |
| AHLLC | Ainsworth Holdings, LLC | (All) | 11/25/2009 | 6500 |
| AIG-01 | AIG Commercial Equipment Finance | | 11/25/2009 | 33091.04 |
| AIG-03 | AIG Commercial Equipment Finance | | 11/25/2009 | 9395.47 |
| AIG-04 | AIG Commercial Equipment Finance | | 11/25/2009 | 6684.37 |
| AIG-07 | AIG Commercial Equipment Finance | | 11/25/2009 | 27043.98 |
| ASILLC | ASI LLC | | 11/25/2009 | 250 |
| AZCHLD | Arizona--Clerk of the Court | | 11/25/2009 | 1004.58 |
| AZDOR | Arizona  Dept of Revenue 29009 | | 11/25/2009 | 1640.13 |
| BANC-04 | Banc of America Leasing & Capital LLC | | 11/25/2009 | 30307.89 |
| BB080 | Brundage-Bone/RPS-80 | | 11/25/2009 | 492.31 |
| BRIDGWA-XPS | Bridgwater, Craig | (180) | 11/25/2009 | 88.92 |
| BURNETT | Burnett LLC | (110) | 11/25/2009 | 285 |
| CASDU | CA State Disbursement Unit | | 11/25/2009 | 161.53 |
| CHP13HAMMOND | Laurie B. Williams Trustee | | 11/25/2009 | 125 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---|
| CMCR | CMC Rock* | | 11/25/2009 | 393.35 |
| COIRO-XPS | Coiro, David | (180) | 11/25/2009 | 112.74 |
| COMM MOBILE | Commercial Mobile Systems | | 11/25/2009 | 242.44 |
| CONSTABLELV | Constable | | 11/25/2009 | 144.46 |
| COWHTX | Colorado Department of Revenue | | 11/25/2009 | 3523 |
| CSSFSRGA | Child Support Services, Family Support Reg. | | 11/25/2009 | 177.42 |
| DAVIDHOWE | David M Howe, Trustee | | 11/25/2009 | 545.76 |
| DOMINGUEZJ | Dominguez, Jay | (50) | 11/25/2009 | 40 |
| DOWLIN | Doug Dowlin | | 11/25/2009 | 400 |
| EDD | Employment Delvelopment Dept. | | 11/25/2009 | 247.49 |
| ENTUS | Entus Trucking Co., Inc. | | 11/25/2009 | 500 |
| ESPINOSA | Espinosa Building Partnership | | 11/25/2009 | 350 |
| EWUM | East West Urban Management, LLC | | 11/25/2009 | 3300 |
| EWUM | East West Urban Management, LLC | | 11/25/2009 | 2750 |
| FIFC-02 | First Ins. Funding Corp. | | 11/25/2009 | 69868.54 |
| FLEESON-XPS | Fleeson, Dave | (50) | 11/25/2009 | 30 |
| FLEETFUEL | Fleet Services  #0463-00-618155-6 | (All) | 11/25/2009 | 203318.75 |
| FLEETFUEL | Fleet Services  #0463-00-618155-6 | (All) | 11/25/2009 | 203318.75 |
| FSPCMO | Family Support Payment Center | | 11/25/2009 | 86.75 |
| FSR | Family Support Registry-CO | | 11/25/2009 | 611.83 |
| GARY | Gary's Bulldozing, LLC | (10/40) | 11/25/2009 | 500 |
| GECB35 | GECF Business Property | | 11/25/2009 | 15656.54 |
| GECB36 | GECF Business Property | | 11/25/2009 | 9191.57 |
| GECB51 | General Electric Capital Corp-4137742-040 | | 11/25/2009 | 5126.54 |
| GREENSTREET | GreenStreet, Gary | | 11/25/2009 | 4179.24 |
| GRUTJ-XPS | Grutzius, Jennifer | (180) | 11/25/2009 | 940 |
| GWL&AIC | Genworth Life & Annuity Ins. Co. | | 11/25/2009 | 8422.8 |
| HART-XPS | Hart, Oliver | (180) | 11/25/2009 | 93.96 |
| HEALD | Heald Investments Inc. | | 11/25/2009 | 1000 |
| HESAA | Higher Education Student Assist. | | 11/25/2009 | 69.96 |
| HTC | Hoyt's Truck Center-Brundage | | 11/25/2009 | 2074.32 |
| ID-CARNELL | Idaho State Tax Commission | | 11/25/2009 | 438.95 |
| IDCHD1 | Idaho Child Support Receipting | | 11/25/2009 | 138.46 |
| IRS-HUBBARD | IRS | | 11/25/2009 | 12.5 |
| IRS-RIVAS | IRS | | 11/25/2009 | 45 |
| IRS-RUSSELL | IRS | | 11/25/2009 | 897.2 |
| IRS-SCAGGS | IRS | | 11/25/2009 | 6.25 |
| IRS-WARD | IRS | | 11/25/2009 | 106 |
| JJINV | JJ Investments, LLC | | 11/25/2009 | 1091 |
| JORJATRADE | JORJA TRADING INC | | 11/25/2009 | 175.03 |
| K&L HOLDINGS | K&L Holdings | (10/370/380) | 11/25/2009 | 4200 |
| KORDY | KSR 1217 LLC | | 11/25/2009 | 2200 |
| KSDOR1 | Kansas Department of Revenue | | 11/25/2009 | 1370 |
| KSPMT | Kansas Payment Center | | 11/25/2009 | 762.19 |
| KVO | Kimo Von Oelhoffen * | | 11/25/2009 | 650 |
| LADSS | LA Dept. of Social Services | | 11/25/2009 | 96 |
| LEAHCCROFT | Leah Carlette Croft | | 11/25/2009 | 103.85 |
| LEEHCASTELLO | Lee H. Castellow | | 11/25/2009 | 100 |
| LINDEMUTH | Lindemuth Inc | | 11/25/2009 | 1850 |
| LYON | Kelly and Michael Lyon Family, LLC | | 11/25/2009 | 2730 |
| M.SCAVETTA | Michelle M. Scavetta | | 11/25/2009 | 375 |
| MALCOMPHAMMO | Malcom P. Hammond Attroney | | 11/25/2009 | 204.67 |
| MARINABARRER | Marina Martinez Barrera | | 11/25/2009 | 66.21 |
| MARTIN-XPS | Martin, James Jr.  (180) | | 11/25/2009 | 1292.6 |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Payments to creditors made within the last 90 days**

| | | | | |
|---|---|---|---|---:|
| MCKEV1 | McKeever, Verlin | | 11/25/2009 | 250 |
| MISSILE | Missile Enterprises LLC | | 11/25/2009 | 1950 |
| MLEASE | Millican, Margaret/Mike (Lease | | 11/25/2009 | 2750 |
| MNCSPC | MN Child Support Payment Center | | 11/25/2009 | 348.66 |
| MONTGOME-XPS | Montgomery, Kevin | (50) | 11/25/2009 | 25 |
| MOWHTX | Missouri Department of Revenue | | 11/25/2009 | 425.6 |
| MTCSED | MT CSED | | 11/25/2009 | 167.52 |
| MUHME | Jay and Anne Muhme | | 11/25/2009 | 1500 |
| NEWELL | Newell Rentals, LLC | | 11/25/2009 | 3120.52 |
| ODIORNE-XPS | Odiorne, Chuck | (370) | 11/25/2009 | 342.82 |
| ODOT | Oregon Dept. Of Transportation | (110) | 11/25/2009 | 53796.61 |
| ODR2 | Oregon Dept of Revenue (14800) | | 11/25/2009 | 2742 |
| ODT110 | Oregon Dept of Transportation #206723 | (110) | 11/25/2009 | 575 |
| OKCSR | OK Centralized Support Registry | | 11/25/2009 | 644.14 |
| ORDOJ | Oregon Department of Justice | | 11/25/2009 | 640.09 |
| ORS | Office of Recovery Services | | 11/25/2009 | 160.27 |
| OWEND | Owen David | | 11/25/2009 | 300 |
| OZARK | Ozark Crane | | 11/25/2009 | 600 |
| PEAK | Peak View Storage | | 11/25/2009 | 3500 |
| PEOPLESCCU | People's Community | | 11/25/2009 | 75 |
| PIERRE-XPS | Pierre-Yves, Briant | (050) | 11/25/2009 | 26.31 |
| PLEASANT.J | PLEASANT, JENNIFER | | 11/25/2009 | 162.38 |
| PMP | Pepperdine's Marking Products | | 11/25/2009 | 45.45 |
| POTTORFF | LISLE POTTORFF | | 11/25/2009 | 800 |
| RATLIFFR | Ratliff, Randall  (310) | | 11/25/2009 | 30.86 |
| RAYHAMILTON | RAY HAMILTON | | 11/25/2009 | 122.08 |
| REDRIVER | Red River Trailer Services, Inc. | (410-Rent) | 11/25/2009 | 600 |
| RJTAG | R.J. Taggart | | 11/25/2009 | 4735 |
| ROBERTS-XPS | Roberts, Tony | (240-Spg) | 11/25/2009 | 1130.61 |
| SALINAS | Salinas Construction, Inc. | | 11/25/2009 | 900 |
| SALMANS | Lyle Salmans | | 11/25/2009 | 200 |
| SARAHAHANNAN | Sarah Hannan | | 11/25/2009 | 70.42 |
| SEDERBUR-XPS | Sederburg, James | (240) | 11/25/2009 | 116.98 |
| SHILLINGS | Benny Shillings | | 11/25/2009 | 300 |
| SIMOTORS | SI Motors | | 11/25/2009 | 150 |
| SMALLEY | RSI Construction and Contracting | | 11/25/2009 | 2100 |
| SMITH&LINER | Smith & Liner LLC | | 11/25/2009 | 2100 |
| THORNTONC | Thornton Contractors | | 11/25/2009 | 200 |
| THORNWAL-XPS | Thornwall, Travis | (50) | 11/25/2009 | 59.49 |
| UHC-02 | United HealthCare Insurance Co.  * | | 11/25/2009 | 54477.17 |
| UNITEDCOLLEC | UNITED COLLECTION SERVICE | | 11/25/2009 | 213.27 |
| WF401K | Wells Fargo Bank, 401K | | 11/25/2009 | 23273.83 |
| WF401L | Wells Fargo Bank, 401K Loans | | 11/25/2009 | 1883.44 |
| WFFICA | Wells Fargo Bank,  FICA | | 11/25/2009 | 190235.49 |
| WINSHIP | Winship Stake & Lath, Inc. | | 11/25/2009 | 1500 |
| WISCTF | WI SCTF | | 11/25/2009 | 73.32 |
| WOOD-XPS | Wood, Keith | (380*) | 11/25/2009 | 656.25 |
| WSS | Washington State | | 11/25/2009 | 2576.43 |
| BB2/80 | Brundage-Bone Concrete Pumping | | 11/27/2009 | 5000 |
| FUELMASTERS | Fuel Masters LLC #00-1401270 | (500) | 11/27/2009 | 15485.77 |
| WELLSF | Wells Fargo | | 11/30/2009 | 26457.89 |

**United States Bankruptcy Court**
**District of Colorado**

**IN RE:**                                                        Case No. _____

Brundage-Bone Concrete Pumping, Inc.                             Chapter **11** _____
_____
                        Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **January 18, 2010**            Signature: ***/s/ Bruce F. Young***
_____          **Bruce F. Young, President/CEO**                    Debtor

Date: _____            Signature: _____
                                                                          Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Pumping Inc.
3255 E. District St.
Tucson, AZ   85714


085 Waste Industries
P.O. Box 580027
Charlotte, NC   28258-0027


1-800-Flowers.com
PO Box 29901
New York, NY   10087-9901


1st Alarm of Lubbock
5720 40th Street
Lubbock, TX   79407


2301 South 5th St. LP
511 W. 41st St.
Austin, TX   78751


4-D Fire Protection Inc.
PO Box 170868
Dallas, TX   75217


4D Enterprises, LLC
2760 Haines Ave.
Rapid City, SD   57701


91 Express Lanes
Violation Processing Center, P.O.Box 680
Anaheim, CA   92817

911 ICE L.L.C.
9105 Sovereighn Row
Dallas, TX  75247


A & E Signs and Graphics
100 Houston St.
Buda, TX  78610


A & M Parts, LLC
410 N. Main
Spearville, KS  67876


A & W Bearings & Supply
P. O. Box 561069
Dallas, TX  75356


A Bulb & Lamp Supply Inc.
800 S.E. 83rd St.
Oklahoma City, OK  73149


A Clark Company
10002 Aurora Ave. N #1156
Seattle, WA  98133


A Pro Tool Inc.
1950 West 13th Ave. Unit 2
Denver, CO  80204


A Streeter
1001 Cooper Pt Rd. SW
Olympia, WA  98502

A TO Z Equipment
Rentals & Sales, P.O. Box 80406
Phoenix, AZ   85060-0406


A&A Equipment
P.O. Box 326
Siloam Springs, AR   72761


A&B Associates, Inc.
5100 Wood Mont St.
Salt Lake City, UT   84117


A&B Concrete Pumping
21520 Yorba Linda Bl., Suite G
Orange, CA   92867-3762


A&B Supply
1081 N. Lake Havasu Ave.Unit #102
Lake Havasu City, AZ   86403


A&D Quality
220 SW Sunset Blvd #E202
Renton, WA   98055


A&M Hydraulic Hose, LLC
8806 Canyon Rd E
Puyallup, WA   98371


A&P Landscaping
1709 Oswego St.
Aurora, CO   80010

A+ Wireless Inc. DBA:  Advantage Telecom
5909 NW Expressway
Oklahoma City, OK  73132-5161


A-1 Coupling & Hose
P.O.Box 2295
Eugene, OR  97402


A-1 Disposal
624 North 300 West
Salt Lake City, UT  84103


A-1 Fire Equipment Co.
PO Box 41027
Houston, TX  77241-1027


A-1 Locksmith / A-1 Security Center
2685 Walnut Hill Ln
Dallas, TX  75229


A-1 Recovery & Towing
14514 MacArthur Dr.
North Little Rock, AR  72118


A-1 Supply Co.
638 Person St.
Fayetteville, NC  28302-0189


A-1 Tire Service
3440 N. Magma Rd.
Golden Valley, AZ  86413

A-1 Tire Service
P.O.Box 1347
Bullhead City, AZ  86430


A-J's Concrete Pumping
P.O.Box 442
Newman Lake, WA  99025-0442


A-Line Auto Parts
PO Box 6337
Austin, TX  78762


A.C. Boston
12435 FM 2305
Belton, TX  76513


A.G.E.C.
P.O.Box 1280
Richland, WA  99352


A.M. Landscape & Maint.
6915 Wagon Wheel Ln.
Houston, TX  77088


A/1 Base
4980 Niagara St.
Commerce City, CO  80022


A1 Septic Tank
7005 West 9600 North
American Fork, UT  84003

AA Wheel & Truck Supply
2810 North Eastgate
Springfield, MO  65803


AAA Cooper Transportation
P.O. Box 102442
Atlanta, GA  30368-2442


AAA Metric Supply, Inc.
60 Lipan Street
Denver, CO  80223-1526


AAPAK
1845 NW Grand Ave.
Phoenix, AZ  85007


AArrowhead Security Inc., DBA Veterans S
PO Box 44254
Phoenix, AZ  85064


Aaxion, Inc.
P.O.Box 4322
Tyler, TX  75712


ABC Pest, Pool & Lawn Sevices
8448 N Sam Houston Pkwy W
Houston, TX  77064


Abernathy Company
3820 East 19th Street
Texarkana, AR  71854

ABF Freight Sys
PO Box 9815
Tulsa, OK  74157-0815


ABI
6029 238th St., Suite 130
Woodinville, WA  98072


Above All Glass & Glass, Inc.
P.O.Box 618
Locust Grove, GA  30248


Abrasives Northwest
18441 Cascade Ave. S.
Seattle, WA  98188


Absher Construction
P.O.Box 280
Puyallup, WA  98371


Absolute Fuel
5817 73rd St.
Lubbock, TX  79424


Absolute Shred of OK, LLC
PO Box 5445
Edmond, OK  73083-5445


AC Electrical System Inc.
636-A N. Miller
Springfield, MO  65802

AC/Data Systems of Idaho, Inc.
806 W. Clearwater Loop, Suite C
Post Falls, ID  83854


Accent Construction
7798 E 24th St.
Tulsa, OK  74129


Access Control Systems, Burgess Locksmit
P.O.Box 2875
201 E Elm St
Salina, KS  67401-2313


Access Fire Protection Services
P.O.Box 604
Maple Valley, WA  98038


Access Telephone Solutions, Inc.
1475 - 130th Ave NE
Bellevue, WA  98005


Account Recovery Services
P.O. BOX 1691
Oxnard, CA  93032


Accounting Office (OSH)
Department of Industrial Relations
PO Box 420603
San Francisco, CA  94142-0603


Accurate Fire Equipment Co., I
10528 East 12th St.
Tulsa, OK  74128

Accurint
P.O. Box 7247-6157
Philadelphia, PA  19170-6157


Ace Digital Security
8730 S. 700 E.
Sandy, UT  84070


Ace Disposal Inc.
PO Box 2608
Salt Lake City, UT  84110


Ace Galvanizing, Inc.
429 South 96th Street
Seattle, WA  98108


Ace Hardware
PO Box 1006
Commerce City, CO  80022


Ace Locksmith
3232 Irving Blvd.
Dallas, TX  75247


Ace Rental - Orem
1745 S. State St.
Orem, UT  84097


Ace Rents Inc.
70 S State St.
Lindon, UT  84042

Ace Roadside Service
409 W. Live Oak St.
Austin, TX  78704


Ace Spray Equipment
1802 Erskine St.
Lubbock, TX  79415


ACI Certification
2600 McHale Ct. #125
Austin, TX  78758


ACI Concrete Placement
Worksource #150
PO Box 219241
Kansas City, MO  64121-9241


ACS Unlimited Inc.
P.O. Box 2875
Salina, KS  67401


Action Cleaning Equipment CO., Inc.
802 Detering St.
Houston, TX  77007-5156


Action Comm. Inc.
12414 Highway 99 #14
Everett, WA  98204


Action First Aid&Safety / Action Workpla
3001 S. 35th St. Suite 1
Phoenix, AZ  85034-7232

Action Hose Inc.
P.O.Box 30534
3315 Stanford Dr NE
Albuquerque, NM  87107-2017


Action Tire Co.
410 Lee's Mill Road
Forest Park, GA  30297


ADA County Assessor
9115 Chinden, Ste 103
Garden City, ID  83714


Ada County Sheriff
Civil Section
7200 W Barrister Dr
Boise, ID  83704-9217


ADA County Treasurer
P.O. Box 2868
Boise, ID  83701


Adams County Clerk/Recorder
PO Box 5011
Brighton, CO  80601


Adams County Clerk/Recorder
450 S. 4th Ave. Suite 101
Brighton, CO  80601-3198


Adams County Combined Court
1100 Judicial Center Drive
Brighton, CO  80601

Adams County Treasurer
450 South 4th Avenue, Suite 303
Brighton, CO  80601-3194


Adamson, Josh
512 W. Virginia Street
West, TX  76691


Adobe Equipment
P.O.Box 90689
San Antonio, TX  78209-9092


ADP Screening & Selection Srvc
36307 Treasury Center
Chicago, IL  60694


ADT
PO Box 371956
Pittsburgh, PA  15250-7956


ADT
PO Box 650485
Dallas, TX  75265-0485


ADT Security Systems, Inc.
PO Box 371956
Pittsburgh, PA  15250-7956


Advance Auto Parts
PO Box 5219
Carol Stream, IL  60197-5219

Advanced Construction
2314 Glenda Ln.
Dallas, TX   75229


Advanced Electric Rebuilders of Okla.
1927 N. Hwy. 97
Sapulpa, OK   74066


Advanced Mailing Solutions
841 E. Fairview Ave, Suite 100
Meridian, ID   83642


Advanced Metal Fabricators Inc
1050 E. Lynn
Springfield, MO   65802


Advanced Mobile Winshield Repair
PO Box 6631
Kent, WA   98064


Advanced Pumping Concepts
P.O.Box 10423
Corpus Christi, TX   78460


Advanced Ready Mix Inc.
5720 Observation Ct.
Colorado Springs, CO   80916


Advanced Rentals and Sales
20157 Viking Ave. N.W.
Poulsbo, WA   98370

Advanced Technology
1150 Raymond Ave, SW
Renton, WA  98057


Advantage Business Solutions
12160 N. Abrams Rd. Suite 610
Dallas, TX  75243


Advantage Glass & Polish
PO Box 414
Port Orchard, WA  98366


Advantage Windshield & Glass
PO Box 3694
Lake Havasu City, AZ  86405


Advantia Law Group
9035 South 1300 East, Suite 200
Sandy, UT  84094


AEP / Public Serv. Co. of Oklahoma
PO Box 24421
Canton, OH  44701-4421


AEP American Electric Power
PO Box 24404
Canton, OH  44701-4404


AEP/Southwestern Electric Power
PO Box 24422
Canton, OH  44701-4422

Aero Hardware & Supply Inc.
dba/Hydraulic Supply Co.
300 International Pkwy
Sunrise, FL  33325-6240


Aerotek Commercial Staffing
P.O. Box 198531
Atlanta, GA  30384-8531


AFC Locksmith
P.O.Box 265
Broken Arrow, OK  74013


Affordable Equipment
PO Box 1304
Georgetown, TX  78627


AGC Of Jefferson County, Inc.
5458 Avenue A
Beaumont, TX  77705


AGC Of Southeast of Texas
5458 Avenue A
Beaumont, TX  77705


AGCO Inc.
P.O.Box 668
Russell, KS  67665


Ahal Contracting Co.
3746 Pennridge Dr.
Bridgeton, MO  63044

Ahern Rentals
4241 S. Arville St.
Las Vegas, NV  89103-3713


AIG Commercial Equipment Finance
Attn: Paul Hallauer, Vice President
5700 Granite Pkwy Ste 850
Plano, TX  75024-6622


AIG Commercial Equipment Finance
Attn: Dan Rouse, Vice President
5700 Granite Pkwy Ste 850
Plano, TX  75024-6622


AIG Commercial Equipment Finance, Inc.
5700 Granite Pkwy Ste 850
Plano, TX  75024-6622


Aiken, St. Louis & Siljeg, PS
801 Second Ave. Suite 1200
Seattle, WA  98104


Ainsworth Enterprises, Inc.
14025 Crabapple Rd
Golden, CO  80401-1432


Ainsworth Holdings
14025 Crabapple Rd
Golden, CO  80401-1432


Airgas
PO Box 676015
Dallas, TX  75267-6015

Airgas
P.O.Box 7430
Pasadena, CA   91109-7430


Airgas
PO Box 7423
Pasadena, CA   91109-7423


Airgas
PO Box 676031
Dallas, TX   75267-6031


Airgas Intermountain Inc.
4810 Vasquez Blvd
Denver, CO   80216-3008


Airgas Mid South Inc.
PO Box 676015
Dallas, TX   75267-6015


Airgas Mid South, Inc.
2018 S West St
Wichita, KS   67213-1117


Airgas South
PO Box 9249
Marietta, GA   30065-2249


Airgas-Nor Pac
P.O.Box 7427
Pasadena, CA   91109-7427

Airlink Companies
PO Box 1773
Eagle, CO   81631


Airtool Equipment Rental, Inc.
P.O. Box 266597
Houston, TX   77207


Airvac Services Inc.
383 W. 56th Ave.
Denver, CO   80216


Akins Gas Co., LLC
P.O.Box 3240
3501 Waterlevel Hwy
Cleveland, TN   37323-6654


Alabama Child Support Payment Center
PO Box 244015
Montgomery, AL   36124-4015


Alabama Department of Revenue
Business Privilege Tax Section
PO Box 327320
Montgomery, AL   36132-7320


Alabama Dept of Industrial Relations
649 Monroe Street
Montgomery, AL   36131


Alamo Crane Service, Inc.
PO Box 47077
San Antonio, TX   78265

Alamo Iron Works, Inc.
PO Box 231
San Antonio, TX  78291-0231


Alamo Specialized Trucking
P.O.Box 47077
San Antonio, TX  78265


Alamo Turbocharger Services Inc.
Kent, WA  98032


Alamo Welding Supply Co.
P.O. Box 6356
Austin, TX  78762


Alaskan Copper & Brass Co.
PO Box 516
Seattle, WA  98111-0516


Albina Fuel Co.
PO Box 12246
Portland, OR  97212


Albina Pipe Bending Co., Inc.
12080 SW Myslony St.
Tualatin, OR  97062-8041


Albuquerque Brake & Align., Inc.
Albuquerque Spring & Parts
5701 Wilshire Ave NE
Albuquerque, NM  87113-1929

Alden Diesel & Tractor Repair
14356 Highway D 20
Alden, IA  50006-9107


Alewelt, Inc
3216 Brickler Rd. Suite B
Springfield, IL  62707


Alexis Environmental Co.
219 Glider Circle
Corona, CA  92880-2534


Alexis Oil Co.
219 Glider Circle
Corona, CA  92880-2534


ALG Admiral, Inc.
PO Box 66725
Chicago, IL  60666


ALG Worldwide Logistics
PO Box 66725
Chicago, IL  60666-0725


Alignment Express
PO Box 22157
San Diego, CA  92192


All American Sandbagging
10205 Hole Ave  #C
Riverside, CA  92503

```
All Comm. Technologies
PO Box 3101
Springfield, MO  65808


All Hose Inc.
4300 North Pecos Rd. #2
Las Vegas, NV  89115-0140


All Metro Door & Dock Srvs.
6445 Downing St.
Denver, CO  80229


All Service Cleaning, Inc.
P.O.Box 9076
Rancho Cucamonga, CA  91701


All Star Glass, LLC
P.O.Box 771
Wagoner, OK  74477


All Truck & Trailer Parts
PO Box 16086
Denver,      80216


All Tulsa Plumbing Inc.
19416 E. 91st  St.
Broken Arrow, OK  74014


All Valley Concrete Pumping
620 Nth Milan Street
Henderson, NV  89015
```

All-Around Fence Co.
PO Box 1029
Ravensdale, WA   98051-8101


All-State Fence Co.
12116 Slide Rd.
Lubbock, TX   79424


All-Ways Trucking Inc.
3639.Aviation Way
Medford, OR   97504-9758


Allan VanDerWaal
P.O.Box 434
Port Angeles, WA   98362


Allegis Corp.
PO Box 70187
Reno, NV   89570


Allen County Hospital
PO Box 540
Iola, KS   66749-0540


Allen Instruments & Supplies
7114 E Earll Dr.
Scottsdale, AZ   85251


Allen Samuels Chevrolet
2118 S. Padre Island Dr.
Corpus Christi, TX   78416-1100

```
Allen's Camera
626 N. State St.
Orem, UT  84057


Allen-Jensen Inc.
P.O. Box 116
Waco, TX  76703


Allentown Shotcrete Co.
P.O.Box 8500-2021
Philadelphia, PA  19178-2021


Alliance One
P. O. Box 2449
Gig Harbor, WA  98335


Alliance Title & Escrow
250 5th Street STE 101
Boise, ID  83702


Alliant Energy
P.O.Box 3066
Cedar Rapids, IA  52406-3066


Allied Battery Supply Co.
P.O.Box 17392
Wichita, KS  67217


Allied Energy & Battery, Inc.
P.O. Box 17156
Wichita, KS  67217
```

```
Allied Fence Co.
10730 E. 51st St. SO.
Tulsa, OK  74146


Allied Oil & Supply
Allied Tire Co. -MS0655
P.O. Box 3366
Omaha, NE  68176-0655


Allied Rubber & Supply Corp.
5005 Bragg Circle
Beaumont, TX  77705


Allied Sales Co.
P.O. Box 6116
Austin, TX  78762


Allied Waste Services
P.O.Box 78829
Phoenix, AZ  85062-8829


Allied Waste Services
PO Box 9001099
Louisville, KY  40290-1099


Allison Concrete
7400 Hidden Valley Dr.
Boise, ID  83709


Allred, Timothy
105 Fairway Ave.
Thayne, WY  83127
```

Allstar Auto Glass, LLC
POBox 771
Wagoner, OK   74477


Alltel
P.O. Box 9001905
Louisville, KY   40290-1905


Alltel
P.O.Box 79033
Phoenix, AZ   85062-9033


Alma City Court
804 Fayettville Ave
Alma, AR   72921


Aloha Mechanical Service
9304 Empire Rock St.
Las Vegas, NV   89143


Aloha Pools and Spas Inc
4721 Hillard Rd.
North Little Rock, AR   72118


Alphapage, LLC
4201 E Yale Ave, #140
Denver, CO   80222


Alphapage, LLC
4201 E. Yale Ave Suite 140
Denver, CO   80222

Alpine SOS, LLC
3409 N. 15 E.
Idaho Falls, ID  83403


Alta Muffler  and Brakes
601 N. Main
Logan, UT  84321


Alternative Hose Inc.
3141 North 35th Avenue
Phoenix, AZ  85017


Alternative Hose Inc.
P.O. Box 335220
North Las Vegas, NV  89033


Alternative Office Inc.
3102 NW Cache Rd Ste. #102
Lawton, OK  73505


Alternator Service, Inc.
2350 West Commerce
Dallas, TX  75212


AMB Tools & Equipment
608 West Nob Hill Blvd
Yakima, WA  98902


Ambulance Service of Tooele
2055 N. Main St.
Tooele, UT  84074

America's Best Inn
429 W. Diamond Dr,
Salina, KS  67401


America's Best Value Inn.-Riviera
6232 HWY 77
Riviera, TX  78379


American Asphalt & Gravel
2690 N. Decatur Blvd.
Las Vegas, NV  89108


American Business Comm.
11 Skagit Key
Bellevue, WA  98006


American Concrete Institute
Washington Chapter
22223 7th Ave S
Des Moines, WA  98198-6221


American Concrete Pumping Asc
606 Enterprise Dr
Lewis Center, OH  43035


American Const. Supply & Rental
3500 Garrity Blvd.
Nampa, ID  83687


American Detection Specialists, Inc.
440-A S. Cavalier
Springfield, MO  65802-6227

American Equip. Co.
89 N.E.Columbia Blvd
Portland, OR  97211


American Equipment - West
P.O.Box 1350
Cockeysville, MD  21030-1350


American Fire & Safety Inc.
3310 E. Adams
Temple, TX  76501


American Fork Hospital
170 North 110 East
American Fork, UT  84003


American Frame & Alignment Co.
911 W. James Street
Kent, WA  98032


American Hose & Fitting
PO Box 688
Kent, WA  98035


American Hose & Rubber Co.
3645 E.44th Street
Tucson, AZ  85713


American Hose & Supply
PO Box 9494
Tulsa, OK  74157

American Integrated Service
1502 E. Op St.
Wilmington, CA  90744


American International Recovery
PO Box 105795
Atlanta, GA  30348-9867


American Lawn Pro
7649 Silver Star Rd.
Sour Lake, TX  77659


American Overhead Door
PO Box 8149
Colorado Springs, CO  80933


American Powder Coating Inc.
3802 B St. NW
Auburn, WA  98001


American Power Tool & Repair
4108 B Place NW, Sutie D
Auburn, WA  98001


American Radiator
130 Sondrol Ave.
Ames, IA  50010


American Rock Products, Inc.
2090 Robertson Drive
Richland, WA  99354

American Sales & Services, Inc.
PO Box 61610
San Angelo, TX  76906


American Sanitation, Inc.
1801 S. Santa Fe
Oklahoma City, OK  73109


American Sling Company
Dept 5334
PO Box 4228
Houston, TX  77210-4228


American Truck & trailer Ser.
PO Box 2451
Auburn, WA  98071


American Welding Society
550 N.W. LeJeune Rd.
Miami, FL  33126


American Wind Energy Assoc.
AWEA Member Directory
1501 M St NW Ste 1000
Washington, DC  20005-1769


Ameriflex Hose & Accessories
PO Box 690595
Tulsa, OK  74169-0595


Ameripath Dallas AP
DFW 5.01 (A) Corp.
PO Box 844810
Dallas, TX  75284-4810

AmeriSuites Topeka
6021 S.W. 6th Ave.
Topeka, KS   66615


Amick Metal Fabricators
2727 Sixth Ave South
PO Box 24664
Seattle, WA   98124-0664


Amigo Truck, LTD
710 McCarty Dr.
Houston, TX   77029


Ammeraal Beltech Inc.
P.O. Box 90351
Chicago, IL   60696-0351


Ammons, Les
P.O.Box 121
Hallett, OK   74034


AMS Law P.C.
975 Carpenter Road NE #201
Olympia, WA   98516


Analysts, Inc.
P.O.Box 2955
Torrance, CA   90509-2955


Anderson Bros., Inc.
9111 N. Vancouver Ave.
Portland, OR   97217-7521

Anderson Electric & Plumbing Supply
1116 Bulldog Ave., Ste 3
Springdale, AR  72764


Andre Landscape
PO Box 1333
Azusa, CA  91702


Andrew's Transmission Serv.&Repair
530 E. Main St.
Visalia, CA  93292


Andrews Electric Inc.
800 S.E. 83rd
Oklahoma City, OK  73149


Angel's Trailer Repair
P.O. Box 3249
Fontana, CA  92334


Angela Hospice
Development Office
14100 Newburgh Rd
Livonia, MI  48154-5010


Ankem of Phoenix
P.O. Box 2947
Coppell, TX  75019


Ankem of Texas Inc.
P.O.Box 1887
Mabank, TX  75147

ANS Distributing Inc.
3970 S.Evans Blvd
Tucson, AZ   85714


Any Radiator Service LLC
1546 Countryshire Ave.
Lake Havasu City, AZ   86403


AP Concrete Pumping
PO Box 964
Corona, CA   92878-0964


Apache Junction Water Co.
112 East 2nd Ave.
Apache Junction, AZ   85278-4768


Apex Transporting, Inc.
9800 Alton Way
Henderson, CO   80640


Apple Glass (DFW) LTD
2801 W. Euless Blvd.
Euless, TX   76040


Application Specialties
 Street NW
Auburn, WA   98001


Applied Energy Co.
PO Box 671425
Dallas, TX   75267-1425

Applied Ind. Tech
P.O. Box 100538
Pasadena, CA  91189-0538


Applied Industrial Tech.
22510 Network Place
Chicago, IL  60673-1225


Aqua Chill, Inc.
PO Box 24719
Tempe, AZ  85285-4719


Aqua Clean Jet-N-Vac, Inc.
P.O.Box 2055
Renton, WA  98056


Aqua Perfect
P.O.Box 13604
Philadelphia, PA  19101-3604


Aqua Perfect of Arizona
P.O.Box 605
Moberly, MO  65270-0605


Aramark
P.O. Box 2474
Fort Worth, TX  76113-2474


Aramark Uniform Serv.
PO Box 71520
Eugene, OR  97401

Arapahoe County Clerk & Recorder
Recording Division
5334 S. Prince St.
Littleton, CO  80166-0060


Arapahoe Heating Service Inc.
10722 E. Chinook Trail
Parker, CO  80138


ARB/PERP
Air Resources Board
PO Box 2038
Sacramento, CA  95812-2038


Archer Western
929 W. Adams St.
Chicago, IL  60607


ARCO
P.O.Box 70887
Charlotte, NC  28272-0887


Ares Corp. Portland Security Services
205 SE Spokane St, Ste 330
Portland, OR  97202


ARH & Associates, Inc.
8811 South 218th St.
Kent, WA  98031-1945


Arizona Brake  & Clutch Supply
P.O. Box 6369
Phoenix, AZ  85005

Arizona Builders Alliance
1661 N. Swan, Suite 144
Tucson, AZ  85712


Arizona Builders' Alliance
1825 W. Adams
Phoenix, AZ  85007


Arizona Child Support Network, Inc.
PO Box 40320
Phoenix, AZ  85067-0320


Arizona Concrete Contrator's Assoc.
P.O.Box 42237
Phoenix, AZ  85080-2237


Arizona Corporation Commission
c/o Annual Reports/Corp. Div.
1300 W Washington St
Phoenix, AZ  85007-2929


Arizona Dept of Economic Security
P.O.Box 6028
Phoenix, AZ  85005-6028


Arizona Dept of Revenue
Post Office Box 29009
Phoenix, AZ  85038-9009


Arizona Dept of Revenue
P.O. Box 29070
Phoenix, AZ  85038-9070

```
Arizona Dept of Revenue
Severance Tax Return
PO Box 29010
Phoenix, AZ  85038-9010


Arizona Dept of Revenue
Attn: Collections
1600 W Monroe St
Phoenix, AZ  85007-2612


Arizona Exterminating
P.O.Box 5156
Mesa, AZ  85211


Arizona Hose & Rubber Co.
2945 N. Flowing Wells Rd.
Tucson, AZ  85705


Arizona Office Tech
P.O. Box 29623
Phoenix, AZ  85038


Arizona Office Technologies
4320 E Cotton Center Blvd
Phoenix, AZ  85040-8848


Arizona Spring Co
249 East Grant Road
Tucson, AZ  85705


Arizona Trucking Assn.
2111 W. McDowell Rd.
Phoenix, AZ  85009
```

Arizona Unemployment
DES - Unemployment Tax, Emp 2669552-5
PO Box 6028
Phoenix, AZ  85005-6028


Arizona Wire Rope & Rigging
2339 N. 34th Drive
Phoenix, AZ  85009


ARK Sunshine Enterprises
111 Perkins Road
Aubrey, TX  76227


Arkansas Child Support Enforcement
PO Box 8125
Little Rock, AR  72203-8125


Arkansas Department of Workforce Service
Post Office Box 8007
Little Rock, AR  72203-8007


Arkansas Dept of Finance and Admin
Office of Motor Vehicle
PO Box 1272
Little Rock, AR  72203-1272


Arkansas Dept. of Workforce Services
P.O. Box 8007
Little Rock, AR  72203-8007


Arkansas Highway &
Transportation Department
10324 Interstate 30
Little Rock, AR  72209-4206

Arkansas Secretary of State
Business & Commercial Services
PO Box 8014
Little Rock, AR  72203-8014


Arkansas State Highway & Transportation
Fiscal Services Division
PO Box 2261
Little Rock, AR  72203-2261


Arkansas Western Gas Co.
PO Box 660559
Dallas, TX  75266-0559


Arkansas Withholding Finance & Administr
PO Box 9941
Little Rock, AR  72203-9941


Arlington Emergency Med Associate
PO Box 960160
Oklahoma City, OK  73196-0160


Arlington Memorial Hospital
800 W. Randol Mill Road
Arlington, TX  76012


Armada Corp
P.O. Box 1397
Olympia, WA  98507-1397


Armstrong Chemical Ent Inc.
P.O. Box 26776
Fort Lauderdale, FL  33320

Armstrong Teasdale LLP
2345 Grand Blvd Ste 2000
Kansas City, MO  64108-2617


Arnold Machinery Co.
P.O.Box 30020
Salt Lake City, UT  84130


Arnold, Bleuel, Larochelle, Mathews & Zi
300 Esplanade Dr., Suite 2100
Oxnard, CA  93036


Arras Industries Welding & Machine Work
3963 Alamo St.
Riverside, CA  92501


Arrow Magnolia International, Inc
P.O. Box 59089
Dallas, TX  75229


Arrow Wrecker Service, Inc.
531 E. MacArthur Rd.
Wichita, KS  67216


Arrowhead Radiator Service
621 North Main St.
Las Vegas, NV  89101


Arrowhead Roofing
5810 S. 118th E. Ave.
Tulsa, OK  74146

Art City Medical
5 E 400 N
Springville, UT  84663


Artex Overhead Door Co.
PO Box 182783
Arlington, TX  76096


Artist Stone
11004 28th Ave. SW
Seattle, WA  98146


Ascentis Corporation
150 120th Ave. NE Suite 400
Bellevue, WA  98005


ASCO Equipment
P.O. Box 3888
Lubbock, TX  79452


Ash Auto Safety House
P.O. Box 31001-1339
Pasadena, CA  91110-1339


Ash Auto Safety House
P.O Box 31001-1339
Pasadena, CA  91110-1339


ASI LLC
2740 Coulter Ln
Gillette, WY  82716-1550

Aspen Communications
6351 Hinson St. Suite G
Las Vegas, NV   89118


Aspire Custom Homes
1225 NW Murray Rd. #215
Portland, OR   97229


Associated Builders & Contractors
789 Sherman Street Ste. 370
Denver, CO   80203


Associated Builders & Contractors, Inc.
10408 Gulfdale
San Antonio, TX   78216


Associated General Contractors
1114 W. 7th Ave., Suite 200
Denver, CO   80204-4432


Associated General Contractors
1135 South West Temple
Salt Lake City, UT   84101


Associated Office Prod
PO Box 712
Westminster, CO   80036


Associated Publishing Co.
P.O.Box 1008
Buffalo, NY   14240-1008

```
Assurance
PO Box 66944
Chicago, IL  60666-0944


Assurance Lien Services
P.O. Box 1203
Bountiful, UT  84010


Assurant Employee Benefits
P.O. BOX 807009
Kansas City, MO  64184-7009


Assurant Employee Benefits
P.O. BOX 806644-1
Kansas City, MO  64180-6644


AT Road Inc./ Trimble Navigation Ltd.
47071 Bayside Parkway
Fremont, CA  94538


AT&T
P.O.Box 105414
Atlanta, GA  30348-5414


AT&T
PO Box 78225
Phoenix, AZ  85062-8225


AT&T
P.O.Box 105262
Atlanta, GA  30348-5262
```

AT&T
PO Box 105414
Atlanta, GA  30348-5414


AT&T
PO Box 13148
Newark, NJ  07101-5648


AT&T
PO Box 13134
Newark, NJ  07101-5634


AT&T
PO Box 105262
Atlanta, GA  30348-5262


AT&T
PO Box 5019
Carol Stream, IL  60197-5019


AT&T
P.O. Box 105262
Atlanta, GA  30348-5262


AT&T
PO Box 5001
Carol Stream, IL  60197-5001


AT&T
P.O. Box 78522
Phoenix, AZ  85062-8522

AT&T
PO Box 630047
Dallas, TX  75263-0047


AT&T
PO Box 650661
Dallas, TX  75265-0661


AT&T
PO Box  5001
Carol Stream, IL  60197-5001


AT&T Advertising & Publishing
PO Box 5010
Carol Stream, IL  60197-5010


AT&T Mobility
PO Box 6463
Carol Stream, IL  60197-6463


AT&T Mobility
PO Box 9004
Carol Stream, IL  60197-9004


AT&T Mobility
PO Box 650553
Dallas, TX  75265-0553


AT&T TeleConference Services
PO Box 2840
Omaha, NE  68103-2840

AT&T Wireless
PO Box 8212
Aurora, IL  60572-8212


AT&T Yellow Pages
2024 Woodlawn St.
Wichita, KS  67208


AT&T- Universal Biller
P.O. Box 79112
Phoenix, AZ  85062-9112


Atlas Security Service, Inc.
1309 E. Republic Rd. Ste B
Springfield, MO  65804


ATMOS Energy
PO Box 78108
Phoenix, AZ  85062-8108


ATMOS Energy
PO Box 79073
Phoenix, AZ  85062-9073


Attorney General of Texas
TX Child Support SDU
PO Box 659791
San Antonio, TX  78265-9791


Auerbach Waste LLC
12001 W. Peoria Ave.
El Mirage, AZ  85335

Aus-Tex Towing & Recovery, LLC
201 E. Braker Ln.
Austin, TX  78753


Austin Commercial LP
2538 E. University Dr.#200
Phoenix, AZ  85034


Austin Commercial, Inc.
P.O. Box 2879
Dallas, TX  75221


Austin Distributing
PO Box 7890
Amarillo, TX  79114-7890


Austin Diversified Products, Inc.
16615 S. Halsted St.
Harvey, IL  60426


Austin Drive Train, Inc.
201 East Anderson Lane
Austin, TX  78752


Austin Multi-Line
8711 Burnet Road, Ste. E55
Austin, TX  78758


Austin Radiological Assoc.
PO Box 4099
Austin, TX  78765

Auto Battery & Electric
1026 East 4th Street
Tulsa, OK  74120-3229


Auto Glass Specialist
5906 91st
Lubbock, TX  79424


Auto House Inc, Towing & Recovery
PO Box 498
McPherson, KS  67460


Auto House, Inc.
565 Wesport Blvd.
Salina, KS  67401


Auto King
1131 Interstate Place
Bullhead City, AZ  86442


Auto Tech Inc.
274 S. Kings HWY
Texarkana, TX  75501


Auto-Lube Services, Inc.
P.O.Box 1257
Oxford, GA  30054


Auto-Owners Insurance
P.O. Box 387
Broomfield, CO  80038-0387

Automotive Electronic Serv
3769 1/2 McCormick
Wichita, KS  67213


Avondale Homes
15209 286th Ave NE
Duvall, WA  98019


Axle Surgeons
8006 Carter Mtn. Rd.
Ozark, AR  72949


Axle Surgeons of Southeast Texas
P.O.Box 41502
Houston, TX  77241-1502


Axle Transmission
PO Box 20926
Phoenix, AZ  85036-0926


Ayers Front Range Lock-Key
5665 West 109th Circle
Broomfield, CO  80020


AZ Cleaning Equipment
2625 E University Dr., Suite A
Phoenix, AZ  85034


Azteca Concrete
Laughlin, NV  89028


B & K Supply, Inc.
13301 W. 43rd Dr, #4
Golden, CO  80403

B & R Private Security Services
5499 E. Hedges Ave.
Fresno, CA   93727


B&K Distributing Co.
401 Westfall Trail
Liberty Hill, TX   78642


B&M General Contractors
10813 50th Ave. E
Tacoma, WA   98446


B&T Mobile Tire
937 Pearl Street
Bremerton, WA   98310


B. C. Towing
P.O.Box 2866
Salem, OR   97308


B.C.C. Concrete Pumping, Inc.
3-A Bisbee Lane
Santa Fe, NM   87508


B.W. Baucum, Justice of the Peace
P.O. Box 755
Seagraves, TX   79359


Bab Steering Hydraulics
14554 Whittram Ave
Fontana, CA   92335

Backflow Prevention
9506 Teton Diablo Ave.
Las Vegas, NV  89117


Bainbridge Construction
P.O.Box 293
Kingsley, IA  51028-0293


Baker & Hostetler LLP
P.O. Box 70189
Cleveland, OH  44190-0189


Baker Concrete
900 N. Garver
Grand Prairie, TX  75050-1277


Baker Rock
21880 SW Farmington Road
Beaverton, OR  97007


Baldoni Properties, Inc.
9998 Hillview Rd.
Newcastle, CA  95658


Balfour Beatty Construction
3100 Mckinnon St. 6th Floor
Dallas, TX  75201


Balmore, Inc.
P.O.Box 883
Renton, WA  98057

Banc of America Leasing & Capital, LLC
231 S Lasalle St
Chicago, IL  60604-1426


Bank Of America
PO Box 798
Wichita, KS  67201-0798


Bank Of America Leasing
231 S Lasalle St
Chicago, IL  60604-1426


Banner Churchill Comm Hospital
P.O.Box 2978
Phoenix, AZ  85062-2978


Banner Enterprises
10265 Banner Rd SE
Olalla, WA  98359


Banner Life Ins. Co.
PO Box 740526
Atlanta, GA  30374-0526


Baptist Memorial Health Care Corp.
Attn: Corporate Counsel
350 N Humphreys Blvd
Memphis, TN  38120-2177


Barco
601 S. 19th St.
Phoenix, AZ  85009

Barnes Distribution
Dept CH 14079
Palatine, IL  60055-4079


Barstow Superior
235 E. Mtn. View
Barstow, CA  92311


Bart Industries
4899 Montrose Blvd #811
Houston, TX  77006


BASF Admixtures, Inc.
24503 Network Place
Chicago, IL  60673-1245


BAT Communications
4505 W Eagle Pass St.
Broken Arrow, OK  74011


Batteries Plus
3014 N. Dobson Rd.
Chandler, AZ  85224-1238


Battery Outfitters
PO Box 215
Golden, MO  65658


Battery Systems
Dept. 1121
Los Angeles, CA  90084-1121

Battle Ground Glass
Massie Glass & Mirror Inc.
PO Box 3096
Battle Ground, WA  98604-2935


Bauer Built
628 58th Ave Court S.W.
Cedar Rapids, IA  52404


Bay Area Answering Service
1219 Bay Area Blvd.
Houston, TX  77058


Baylor Medical Cntr at Waxahachie
P.O.Box 844597
Dallas, TX  75284-4597


Baymont Inn & Suites
2445 N. Airport Plaza Ave.
Springfield, MO  65803


BC Wire Rope & Rigging
2720 E. Regal Park Drive
Anaheim, CA  92806-2417


BCS
6757 Arapaho Rd. #711-347
Dallas, TX  75248


Beach Construction
45138 E. Florida Ave.
Hemet, CA  92544

```
Beacon Fire & Safety
521 W. Briardale Ave.
Orange, CA  92865


Beall Trailers of WA
PO Box 1047
Kent, WA  98035-1047


Bear Tire, Inc.
P.O.Box 438
Haysville, KS  67060


Bearing-Belt&Chain
P.O.Box 20427
Phoenix, AZ  85036


Beaumont Locksmith Co.
P.O.Box 20452
Beaumont, TX  77720


Beaver Express Service
P.O.Box 1168
Woodward, OK  73802-1168


Beck Industrial
401 N. Loop 289
Lubbock, TX  79403


Becker Tire of Wichita
P.O.Box 268
904 Washington St
Great Bend, KS  67530-4939
```

```
Bedrock Concrete Const.
429 Cr. 1600
Clifton, TX   76634


Bee CLean Cleaning Service Inc.
PO Box 581362
Tulsa, OK   74112


Beecher Carlson Insurance Services, LLC
1001 Bishop Street
Asb Tower, Suite 2788
Honolulu, HI   96813


Belcrete
P.O.Box 1505
Belton, TX   76513


Bell County Tax Assessor
411 E. Central
PO Box 669
Belton, TX   76513-0669


Bell Supply Co.
P.O. Box 201644
Dallas, TX   75320-1644


Bella Vista Stucco
2970 29th St. #14
Greeley, CO   80631


Ben's Ice Co.
7246 S. 41st Street
Phoenix, AZ   85042
```

Bend Construction Supply, Inc.
280 SE Bridgeford
Bend, OR  97702


Benefactor Funding Corp.
For Interstate Express Messenger Service
PO Box 6241
Denver, CO  80206-0241


Beneficial UT
8619 S. Sandy Pkwy Bld A STE 111
Sandy, UT  84070


Benny Shillings
PO Box 1033
Elm Mott, TX  76640-1033


Benson Security System
2065 W. Obispo Ave. Suite 101.
Gilbert, AZ  85233


Beran Concrete
8401 E. Oak Knoll
Wichita, KS  67207


Berendsen Fluid Power
Dept #236
Tulsa, OK  74182


Bernell Hydraulics Inc.
P.O.Box 417
Rancho Cucamonga, CA  91739

Best Bilt Parts
2527 East Kearney
Springfield, MO  65803


Best Deal Spring
444 East 100 North
Payson, UT  84651


Best Drilling & Pump
2950 Oleta Ln.
Highland, CA  92346


Best Ways Brokerage Inc.
P.O. Box 10
Spanaway, WA  98387


Best Western
White Bear Country Inn
4940 Highway 61 N
White Bear Lake, MN  55110-2658


Best Western Eagle Pass
1923 N. Veterans Blvd.
Eagle Pass, TX  78852


Best Western Heritage Inn - Chattanooga
7641 Lee Hwy.
Chattanooga, TN  37421


Best Western Hospitality Lane
294 E. Hospitality Lane
San Bernardino, CA  92408

Best Western Pony Soldier Inns
9901 NE Sandy Blvd.
Portland, OR  97220


Best Western Rama Inn
Attn:Debbie Moore
1711 21st St
La Grande, OR  97850-3919


Best Western San Antonio East Inn
8669 I-10E
Converse, TX  78109


Best Western Southgate Inn
18658 IH-35 South
Buda, TX  78610


Bestway Concrete Co.
PO Box 309
Milliken, CO  80543


Bethel Towing
6716 Bethel Rd. S.E.
Port Orchard, WA  98367


Betts Truck Parts
File 50413
Los Angeles, CA  90074-0413


Bexar Alliance
5045 List Dr.
Colorado Springs, CO  80919

Bexar Cnty Tax Assessor-Col
233 N. Pecos LA Trinidad
PO Box 839950
San Antonio, TX  78283-3950


Bexar County Taxes
P.O.Box 839950
San Antonio, TX  78283-3950


BIAC/PPC
3141 Serendipity Circle
Colorado Springs, CO  80917


Bidclerk
28 N. Clark St., Suite 450
Chicago, IL  60602


Big 4 Filtration
3511 S. Sheridan Rd.
Tulsa, OK  74145


Big D Construction Corp.
404 West 400 South
Salt Lake City, UT  84101


Big D Oil Co.
PO Box 1378
Rapid City, SD  57709


Big D Tool Center
PO Box 565566
Dallas, TX  75356

Big D Tool Center
2535 Irving Blvd.
Dallas, TX   75207


Big Lot Reliable Chevrolet
3655 S. Campbell
Springfield, MO   65807


Big Sky Oil Co., Inc.
P.O.Box 937
1050 Sunset Strip
Mountain Home, ID   83647


Big Tool Store
4640 E. 63rd St. S.
Derby, KS   67037-9162


Big'uns Towing & Recovery
5959 S. Belvedere
Tucson, AZ   85706


Bigfoot Construction Equipment, Inc.
5119 Briarwood
Woodstock, IL   60098


Bill Heard Chevrolet
Department 1265
PO Box 2153
Birmingham, AL   35287-1265


Bill Spitzer & Associates
11530 Britmoore Park Dr.
Houston, TX   77041-6915

Bill Williams Tire Center
P.O. Box 1772
Midland, TX  79702


Bill's Auto & Truck Repair
1820  Acoma Blvd.
Lake Havasu City, AZ  86403


Bill's Locksmith Service
530 South Central
Kent, WA  98032


Bill's Mobile RV Service
PO Box 420
The Dalles, OR  97058


Binggeli Rock Products, Inc.
PO Box 98
Heber City, UT  84032


Bingham Equipment Co.
1655 S. Country Club Dr.
Mesa, AZ  85210-6098


Bio-Med Testing Service Inc.
1952 McGilchrist St SE
Salem, OR  97302


Black & Decker
P.O. Box 98692
Chicago, IL  60693

Black Diamond Auto Glass II, LLC
1590 S. White Mountain Rd., Suite #102
Show Low, AZ  85901


Blackwell Consolidated
P.O.Box 505
Lipscomb, TX  79056


Blake Construction
11618 Washington Blvd. #F
Whittier, CA  90606


Blanchard Auto Electric
P. O. Box 24626
Seattle, WA  98124


Blaster Concrete Pumping
950 Lafayette Pl
Chula Vista, CA  91913


Bldg. Material Dealers Assn.
12540 S.W.Main St., Suite 200
Portland, OR  97223-6112


Bldg. Material Dealers Assn.
12540 SW Main St. Suite200
Portland, OR  97223-6112


Blews Construction
12929 E. Sprage #6
Spokane, WA  99216

Blixt Landfill, Inc.
2646 Sage Rd.
Chapman, KS  67431


Blossman Propane Gas
8905 Highway 5
Douglasville, GA  30134


Blue Book of Building and Construction,
P.O.Box 500
Jefferson Valley, NY  10535-0500


Blue Book of Building and Construction,
PO Box 500
Jefferson Valley, NY  10535


Blue Custom Homes
106 Breezy Point
Wichita, KS  67235


Blue Sky Printing
PO Box 242
Poulsbo, WA  98370


Bluestem Builders
16889 NW Boyer Rd.
Burns, KS  66840


BN Builders
2601 4th Ave #350
Seattle, WA  98121

BNK
325 S. Washington Ave. #84
Kent, WA  98032


Boal, Dennis M., Attorney at Law
P.O.Box 370
822 Main St
Evanston, WY  82930-3439


Board Of Equalization
Environmental Fees Division
PO Box 942879
Sacramento, CA  94279-6001


Bob Pitts Concrete
6510 Gateway Drive
Joplin, MO  64804


Bob's Electric Motors
2030 Holly Ave Ste #3
Lake Havasu City, AZ  86403


Bob's Lift Truck Sale & Equipment
PO Box 1357
Kent, WA  98035


Bobcat of the Rockies
P.O.Box 934944
Kansas City, MO  64193-4944


Bogh Construction
401 Fourth St.
Beaumont, CA  92223

Boise Peterbilt
6633 Federal Way
Boise, ID  83716


Boise Rigging Supply
PO Box 16627
Boise, ID  83715-6627


Bolger Vision Beyond Print
3464 Momentum Place
Chicago, IL  60689-5324


Bolt & Screw Supply, Inc.
816 Randall Wobbe Lane
Springdale, AR  72764


Bonita Steel Builders, Inc.
P.O.Box 77777
Tucson, AZ  85703-7777


Bonneville Billing & Collections, Inc.
P.O. Box 150612
Ogden, UT  84415


Bonneville Blueprint Supply
1802 Curtis Ave
Idaho Falls, ID  83402-4499


Bonneville Industrial
45 South 1500 West
Orem, UT  84058

Bonneville Industrial Supply Co.
PO Box 51328
Idaho Falls, ID  83405-1328


Boone Convenient Care
PO Box 2567
Maryland Heights, MO  63043-8567


Boone County Collector - Patricia S. Len
801 E. Walnut, Room 118
Columbia, MO  65201-4890


Booneslick Lodge
21140 US HWY 71
Pineville, MO  64856


Borden Ladner Gervais LLP
1000 Canterra Tower
400 Third Ave S.W.
Calgary,     T2P 4H2


Border Construction Specialties
PO Box 5836
Phoenix, AZ  85010-5836


Boss Construction
4945 Guide Meridian
Bellingham, WA  98226


Boulder County Clerk & Recorder
1750 33rd St.
Boulder, CO  80301

Boyd Euipment Center Inc.
3625 S. Country Club Rd.
Tucson, AZ  85713-6207


Boyer,Schrantz,Rhoads & Teague
221 North 3rd St.
Rogers, AR  72756


Boys & Girls Clubs
Administrative Service Center
1501 Pacific Ave Ste 301
Tacoma, WA  98402-3313


Brake & Clutch Supply, Inc.
2930 6th /ave. South
Seattle, WA  98134


Brake Systems Inc.
2221 N.E. Hoyt
Portland, OR  97232


Brasfield & Gorrie
3021 7th Avenue South
Birmingham, AL  35233


Brattain International Trucks
PO Box 11287
Portland, OR  97211


Braum's Inc.
P.O.Box 25429
Oklahoma City, OK  73125

Brenton's Outdoor Adventures Inc.
13700 NE 195th Ave.
Brush Prairie, WA  98606


Bret Chevrolet
P. O. Box 807
Kent, WA  98035-0339


Brian's Auto Glass
P.O. Box 2013
Provo, UT  84603


Brian's Crane Service
346 Paisano
New Braunfels, TX  78130


Bridgetown Communication Inc.
4950 Plainfield Ave. STE G
Grand Rapids, MI  49525


Bridgetown Concrete Pumping
943 Onruh Ave #A
La Puente, CA  91744


Bridgman Oil Co
20 Compound Drive
PO Box 1907
Hutchinson, KS  67504-1907


Briggs and Morgan, P.A.
PO Box 64591
Saint Paul, MN  55164-0591

Brigham Young University
Cashier's Office
PO Box 21128
Provo, UT  84602-1128


Brightside Window Cleaning, Inc.
aka Bain Window Cleaning
PO Box 1393
Auburn, WA  98071-1393


Brimhall Industrial, Inc.
PO Box 548
Monte Vista, CO  81144


Britten & Son Construction
117 Hackberry
Amarillo, TX  79118


Brittney Incorporated
2237 East Kearney
Springfield, MO  65803


Brock Lock & Key
8014 Elkhart Ave.
Lubbock, TX  79424


Brody Chemical
6125 W. Double Eagle Circle
Salt Lake City, UT  84118


Broomfield Combined Court
17 Descombes Drive
Broomfield, CO  80020

Brown Evans Dist.
PO Box 5840
Mesa, AZ  85211-5840


Brown's Super Service, Inc.
3812 SW South Park Ave.
Topeka, KS  66609-1422


Brown, Charles Architect
4049 Almond St. Suite 201
Riverside, CA  92501


Brown-Strauss Steel
Dept. #0564
Denver, CO  80291-0564


Bruckner's
Regions Interstate Billing, Dept 1265
P.O. Box 2153
Birmingham, AL  35287-1265


Bruckners Truck Sales
Regions Interstate Billing Service, Inc,
P.O. Box 2153
Birmingham, AL  35287-1265


Bruckners Truck Sales
Regions Interstate Billing Service, Inc
Dept 1265-P.O. Box 2153
Birmingham, AL  35287-1265


Brundage-Bone & Blanchet, L.L.C.
9595 Lynn Buff Ct
Laurel, MD  20723-6324

Bryson Lawn Service, Inc.
9219 S 27th Ave.
Laveen, AZ  85339-1710


BTM Manufacturing
15403 Andrews Road
Kansas City, MO  64147


BTU - Bryan Texas Utilities
P.O. Box 8000
Bryan, TX  77805


Budget Host Inn
Bullhead City
1616 Hwy 95
Bullhead City, AZ  86442-7906


Buena Vista Custom Homes
5665 SW Meadows Rd. Ste.150
Lake Oswego, OR  97035


Bugle Builders
233 E Beloit
Salina, KS  67401


Builders Overhead Door
1009 West Main St.
Blue Springs, MO  64015-3609


Bulldog  Concrete Pumping
16910 Hazelwood Dr.
Riverside, CA  92503

Bullet Freight Syst.
P.O. Box 25449
Anaheim, CA  92825-5449


Bullivant/Houser/Bailey PC
805 Broadway St STE 400
Vancouver, WA  98660-2962


Bunkhouse Lodge
3155 South Lincoln Ave.
Steamboat Springs, CO  80487


Burks Excavation, LLC
P.O. Box 188
Hailey, ID  83333


Burnett
PO Box 7547
Eugene, OR  97401-0021


Burnett LLC
PO Box 7547
Eugene, OR  97401


Burns Concrete, Inc.
P.O.Box 1864
Idaho Falls, ID  83403-1864


Bursey & Associates, PC
6740 N Oracle RD, STE 151
Tucson, AZ  85740

Bush & Gudgell, Inc.
205 E Tabernacle #4
Saint George, UT  84770


Business Telephone Solutions
13504 NE 84th St. Ste. 103-300
Vancouver, WA  98682


BusinessWeek
P.O.Box 8419
Red Oak, IA  51591-5419


Butler Plumbing Inc.
524 SE 29th
Oklahoma City, OK  73129


Butler, Snow, O'Mara, Stevens & Canada,
6075 Poplar Ave. Suite 500
Memphis, TN  38119


Butte County Magistrate Court
P.O. Box 171
Arco, ID  83213


Butte Fence Inc.
21391 Hwy 30 W
Twin Falls, ID  83301


Butte Justice Court
155 W. Granite St.
Butte, MT  59701

BW Plaza By The Green
24415 Russell Road
Kent, WA  98032


Byrd's Fire Protection Co.
P.O.Box 57551
Salt Lake City, UT  84157-0551


C & H Bolt & Supply
PO Box 582566
Tulsa, OK  74158


C&H Welding Service
5962 Moody Rd.
Moody, TX  76557


C&K Petroleum Equip. Co.
1501 W. 2nd Ave.
PO Box 2545
Eugene, OR  97402-0153


C-B Contractors Inc.
2926 S. Jupiter Ave.
Boise, ID  83709


C-P Integrated
3007 NW 63rd #205
Oklahoma City, OK  73116


C.A.Grover, Attorney-at-Law
210 Michell Ln NE
Orting, WA  98360

C.M.C
2308 Holland Rd.
Belton, TX   76513


C.W. Grove & Son
6915 South 196th
Kent, WA   98032


CA Franchise Tax
P.O. BOX 942867
Sacramento, CA   94267-0011


CA Franchise Tax Board
Vehicle Registration Collections
P.O. Box 419001
Rancho Cordova, CA   95741-9001


CA Franchise Tax Board
PO Box 1468
Sacramento, CA   95812-1468


CA Franchise Tax Board
Bankruptcy, BE MS A345
PO Box 2952
Sacramento, CA   95812-2952


CA State Disbursement Unit
P.O. Box 989067
West Sacramento, CA   95798


Cadman, Inc.
PO Box 97038
Redmond, WA   98073-9738

Cadvisor
10920 Duffy Lane
Franktown, CO  80116


Caffall Construction
8555 SW Sagert Rd.
Tualatin, OR  97062


Cal Hitch Inc. DBA Riverside Hitch & Tra
7304  Indiana Ave. #4
Riverside, CA  92504


Cal-Pacific Products
Santa Fe Freight
20725 Prairie St
Chatsworth, CA  91311-6011


Calabama Hydraulics, Inc.
4105 Old Florence Rd.
Killeen, TX  76542


Caldwell Trucking, Inc.
45454 Adams Road
Pendleton, OR  97801


California Apprenticehip Council
PO Box 420603
San Francisco, CA  94142


California Corporate Services - Business
3308 El Camino Ave., #300-609
Sacramento, CA  95821

California Department of Motor Vehicle
PO Box 51061
Los Angeles, CA  90051-5361


California Dept of Motor Vehicle
PO Box 942869
Sacramento, CA  94269


California Employment Development Dept.
P.O.Box 826288
Sacramento, CA  94230-6288


California Highway Patrol
Rainbow Inspection Facility
736 Rainbow Valley Blvd. West
Fallbrook, CA  92028


California Secretary of State
Statement of Information Unit
PO Box 944230
Sacramento, CA  94244-2300


California Skatepark
273 N. Bensen Ave.
Upland, CA  91786


California State Controller
Unclaimed Property Division
PO Box 942850
Sacramento, CA  94250-0001


California Storage Systems
432 Franklin Lane
Livermore, CA  94551

California Superior Court
County of Riverside
505 S Buena Vista Ave
Corona, CA  92882-1901


California Tool & Welding Supply
PO Box 60668
Los Angeles, CA  90060-0668


Camcal Inc.
1970 Milwaukee Way
Tacoma, WA  98421


Camel Towing
3410 Poppy Trail Dr.
Lake Havasu City, AZ  86406


Cameron Parish
P.O.Box 1250
Cameron, LA  70631


Cameron Parish Amb. District 2
PO Box 310
Hackberry, LA  70645


Campbell Supply Co.
710 S. Oak Street
PO Box 608
Iowa Falls, IA  50126-0608


Can American Stone
156 Berryman Ave.
St. Catharines, ON  L2R 3X1

Can-American Stone Spreader Sales Limite
156 Berryman Avenue
St Catharines,      L2R 3X1


Cancer Research Fundraiser
P.O. Box 272269
Fort Collins, CO  80527


Cannery Casino & Hotel
2121 East Craig Rd.
North Las Vegas, NV  89030


Cannon & Wendt Electric Co.
4020 North 16th St.
Phoenix, AZ  85016


Cantera Concrete
5601 S. 122nd E. Ave.
Tulsa, OK  74146


Canyon County Assesor
Motor Vehicle Div.
1115 Albany
Caldwell, ID  83605-3542


Canyon State Oil Co.
P.O.Box 31001-1224
Pasadena, CA  91110-1224


CAPCORP
P.O.Box 540757
Dallas, TX  75354-0757

```
Capital Fire Extinguisher Co., Inc.
PO Box 6245
North Little Rock, AR   72124



Capital Lighting Co.
287 SW 41st
Renton, WA   98057



Capitol Bearing Service
P.O. Box 190
Round Rock, TX   78680-0190



Capitol Chevrolet Cadilliac Subaru
P.O. Box 12456
Salem, OR   97309



Capitol Concrete Pumping, LLC
2017 N. Road 72
Pasco, WA   99301



Capitol Emergency Assoc. PA
PO Box 96118
Oklahoma City, OK   73143-6118



Caprock Welding & Supply
4503 PR 6310
Lubbock, TX   79416



Car Quest of Meridian
303 E. Franklin Rd.
Meridian, ID   83642
```

Cardwell Distributing, Inc.
P.O.Box 27954
Salt Lake City, UT  84127-0954


Cargill Meat Solutions
4340 18TH Ave SW
Fargo, ND  58103


Carlos Auto Trim
111 E. 6th Street
Irving, TX  75060


CarQuest
795 Columbia Ave.
Riverside, CA  92507


CarQuest
2302 E. Main Street
Springfield, OR  97477


Carquest - Twin Falls
1806 Kimberly Rd.
Twin Falls, ID  83301


CarQuest of Salem
1012 Commercial St. NE
Salem, OR  97308


CarQuest of Tempe
37 West Southern Ave
Tempe, AZ  85282

Carr-Redwine Inc.
7101 Long Dr.
Houston, TX  77087


Carrasco Kube Cabral
2020 S. Bannock St.
Denver, CO  80223


Carson Oil
PO Box 6030
Portland, OR  97228-6030


Carson Oil, Inc.
PO Box 6030
Portland, OR  97228-6030


Carters Auto Repair
681 West State Road
Pleasant Grove, UT  84062


Casazza Concrete Pumping
PO Box 2797
Columbia Falls, MT  59912


Cascade Building Maintenance, Inc.
PO Box 1151
Gresham, OR  97030


Cascade Controls
P.O.Box 31001-0465
Pasadena, CA  91110 0465

Cascade Controls Corp.
PO Box 34960
Seattle, WA  98124-1960


Cascade District Court
415 E. Burke
Arlington, WA  98223


Cascade Friction Materials Inc.
314 East Puyallup Avenue
Tacoma, WA  98421-1387


Cascade Mach & Electric
P.O. Box 34936 - Dept 1063
Seattle, WA  98124-1936


Cascade Medical Associates
Doctors Emergency Room Corp PC
PO Box 825
Springfield, OR  97477-0141


Cascade Natural Gas
PO Box 34344
Seattle, WA  98124-1344


Cashman's Lodging
PO Box 3143
Soldotna,      99669


Cass City Oil & Gas
6407 Main Street
Cass City, MI  48726

Caster Excavating
P.O.Box 10
Kechi, KS  67067


CB Concrete
PO Box 2433
Parker, CO  80134


CBIC
901 N. Monroe St., Suite 340
Spokane, WA  99201


CBIC
P.O.Box 9271
Seattle, WA  98109


CCP Industries
P.O.Box 73627
Cleveland, OH  44193


CCP Industries Inc.
PO Box 641250
Cincinnati, OH  45264-1250


CDC LLC
136 E. 8th St.
Port Angeles, WA  98362


CDL Truck School, Inc.
1313 N. 25th Ave.
Phoenix, AZ  85009

CDW Direct, LLC
PO Box 75723
Chicago, IL  60675-5723


Cedar Creek Concrete
8510 NE 433rd Circle
Woodland, WA  98674


Cell Phone Place The
8103 Portland Ave. E
Tacoma, WA  98404-3333


Cellco Partnership
Dba Verizon Wireless
1 Verizon Way, VC52S401
Basking Ridge, NJ  07920-1025


Cemex
P.O.Box 73261
Chicago, IL  60673-3261


Center Chevrolet
1355 South E St.
PO Box 5128
San Bernardino, CA  92412-5128


Center Electric, Inc
P.O. Box 111300
Tacoma, WA  98411-1300


CenterPoint Energy
PO Box 4981
Houston, TX  77210-4981

CenterPoint Energy
P.O.Box 4583
Houston, TX   77210-4583


Centex Homes
1603 LBJ Freeway # 700
Dallas, TX   75234


Centex Homes
P.O.Box 199000
Dallas, TX   75219


Centex Homes
2320 130th Ave NE Ste 200
Bellevue, WA   98005


Central Arkansas Water Utility Billing
P.O.Box 8100
Little Rock, AR   72203-8100


Central Fasteners & Supply Co.
10517A SO. I-20
Sweetwater, TX   79556


Central Iowa Fab
12398 Co HWY S25
Alden, IA   50006


Central Machine Works
4824 East Cesar Chavez
Austin, TX   78702

Central Mass Concrete
18 Oxford St. N.
Auburn, MA  01501


Central Pension Fund
Dept. 76
Washington, DC  20055-0076


Central Petroleum Services, Inc.
PO Box 5684
Bend, OR  97708-5684


Central Power Systems & Services
PO Box 877625
Kansas City, MO  64187-7625


Central Violations Bureau
P.O.Box 70939
Charlotte, NC  28272-0939


Central Welding & Machine Co., Inc.
218 N. Whiteside St.
Hutchinson, KS  67501


Centralized Collection Processing Center
PO Box 22032
Santa Ana, CA  92702-2032


Centurytel
PO Box 4300
Carol Stream, IL  60197-4300

```
CEPI-AZ Inc.
P.O.Box 540306
Dallas, TX  75354-0306


Ceridian Benefits Services
(Cobra Admin Invoicing)
P.O. Box 10989
Newark, NJ  07193-0989


Certex
PO Box 201553
Dallas, TX  75320-1553


Certified Laboratories
23261 Network Pl.
Chicago, IL  60673-1232


Certified Laboratories
PO Box 971269
Dallas, TX  75397-1269


Certified Laboratories-S0128783
P.O.Box 971269
Dallas, TX  75397-1269


CFI
1560 W. Lambert Rd.
Brea, CA  92821


CH Custom Homes
11910 Meridien E  #C303
Puyallup, WA  98373
```

Champion Waste Serv.
PO Box 701689
Dallas, TX  75370


Champion Waste Services
PO Box 701689
Dallas, TX  75370


Championship Fire Systems
12170 Santa Margarita Ct.
Rancho Cucamonga, CA  91730


Chapman Chevrolet
1717 E. Baseline Rd.
Tempe, AZ  85283-1408


Chapter 13 Trustee
P.O. BOX 2139
Memphis, TN  38101-2139


Chapter 13 Trustee
P.O. Box 1958
Memphis, TN  38101-1958


Char Hamilton Campbell & Yoshida
Attorney at Law
737 Bishop St Ste 2100
Honolulu, HI  96813-3280


Charles Brown
913 W Utah Ave
Tooele, UT  84074-1401

Charlie Beaulieu Construction
P.O.Box 1350
Indianola, WA  98342-1350


Charlie Brandt Tire Co.
502 N Main St.
Taylor, AZ  85939


Charter Construction
980 S. Harney St.
Seattle, WA  98108


Chase Concrete
900 Meridian E. Ste. 19-433
Milton, WA  98354


Chattanooga Gas
PO Box 4569
Location 6250
Atlanta, GA  30302


CHEM Industries, Inc.
10970 E. Raintree Dr.
Scottsdale, AZ  85255


Chemsearch
23261 Network Place
Chicago, IL  60673-1232


Cherokee Metropolitan District
6250 Palmer Park Blvd.
Colorado Springs, CO  80915

Chevron U.S.A.
P.O. Box 70887
Charlotte, NC  28272-0887


Cheyenne Board of Public Utilities
2100 Pioneer Ave.
PO Box 1469
Cheyenne, WY  82003-1469


Cheyenne Light,Fuel & Power Co.
PO Box 6100
Rapid City, SD  57709-6100


Chico Towing
130 Tweed Ln., Suite 2
Bremerton, WA  98312


Chief Petroleum
P. O. Box 6239
Colorado Springs, CO  80934-6239


Child & Family Guidance Center
6424 North 9th St.
Tacoma, WA  98406


Children's Hospital Blood Donor Center
13123 E. 16th Avenue, Box 605
Aurora, CO  80045


Choicepoint Services
P.O.Box 105186
Atlanta, GA  30348

Christophers Dodge World
16655 West Colfax Ave.
Golden, CO  80401


CHS Inc.- Poulsbo
PO Box 618
Auburn, WA  98071


Chuck Montgomery Const. Inc.
PO Box 443
Duncan, OK  73533


Cintas  Fire & First Aid
211 N Ingram Mill Rd
Springfield, MO  65802


Cintas Corp.
P.O.Box 5860
Bossier City, LA  71171


Cintas Corp.
801 SE 2ND
Amarillo, TX  79101


Cintas Corp.
3030 Milam
Beaumont, TX  77701


Cintas Corp.
9333 E. 35th St. North
Wichita, KS  67226-2021

Cintas Corp.
9045 N. Ramsey Blvd.
Portland, OR  97203-6478


Cintas Corp.
2425 N. Nevada Street
Chandler, AZ  85225


Cintas Corp.
9333 E. 35th St. North
Wichita, KS  67226


Cintas Corp.
P.O.Box 709
Searcy, AR  72145


Cintas Corp.
P.O.Box 149
Springdale, AR  72765-0149


Cintas Corp.
4600 E. Mustard Way
Springfield, MO  65803


Cintas Corp.
523 10th Street
PO Box 1119
Greeley, CO  80632-1119


Cintas Corp.
3450 Northern Cross Blvd
Fort Worth, TX  76137

Cintas Corp.
4157 Sinton Rd.
Colorado Springs, CO  80907


Cintas Corp.
4650 S. Coach Dr. #150
Tucson, AZ  85714


Cintas Corp.
1586 South 5350 West
Salt Lake City, UT  84104


Cintas Corp.
PO Box 1266
Joplin, MO  64802


Cintas Corp.
6400 Merrill Creek Pkwy.
Everett, WA  98203


Cintas Corp.
460 W. California Ave.
Vista, CA  92083


Cintas Corp.
631 Valley Ave. NW
Puyallup, WA  98371


Cintas Corp.
5501 W. Hadley St.
Phoenix, AZ  85043-4600

Cintas Corp.
5425 Mineral Wells Rd.
Memphis, TN  38141


Cintas Corp.
2050 Kansas City Road
Olathe, KS  66061-5859


Cintas Corp.
45 NE 42nd
Oklahoma City, OK  73105


Cintas Corp.
631 Valley Ave NW
Puyallup, WA  98371


Cintas Corp.
2460 Kiel Way
North Las Vegas, NV  89030


Cintas Corp.
2302 East Railroad St.
Nampa, ID  83687


Cintas Corp.
PO Box 691260
Tulsa, OK  74169-1260


Cintas Corp.
P.O. Box 149
Springdale, AR  72765-0149

```
Cintas Corp.
P.O. Box 1296
Conroe, TX  77305


Cintas Corp.
PO Box 15126
Houston, TX  77220


Cintas Corp.
821 SW Grand Ave
Lawton, OK  73501


Cintas Corp.
P.O. Box 390365
Denver, CO  80239-1365


Cintas Corp.
3349 SE Loopp 410
San Antonio, TX  78222


Cintas Corp.
6400 Merrill Creek Pkwy
Everett, WA  98203


Cintas Corp.
25 Cypress Blvd.
Round Rock, TX  78665-9999


Cintas Corporation
PO Box 625737
Cincinnati, OH  45262
```

Cintas Corporation
9333 E 35th St N
Wichita, KS  67226-2021


Cintas Corporation
2302 E Railroad St
Nampa, ID  83687-4940


Cintas Fire Protection
PO Box 17789
Denver, CO  80217-0789


Cintas Fire Protection
LOC #D74
2835 E Division St
Springfield, MO  65803-5214


Cintas First Aid & Safety
P.O.Box 201196
San Antonio, TX  78220


Cintas First Aid & Safety
1586 South 5350 West Suite A
Salt Lake City, UT  84104


Cintas First Aid & Safety
7885 SW Cirrus Dr.
Beaverton, OR  97008


Cintas First Aid & Safety
PO Box 1472
Lake Charles, LA  70602

Cintas First Aid & Saftey
6440 Lusk Blvd Suite D108
San Diego, CA   92121


Cintas First Aid&Safety
730 Valle Verde Dr.
Henderson, NV   89014


City and County of Denver
Parking Violations Bureau
PO Box 46500
Denver, CO   80201-6500


City and County of Denver
Manager of Revenue
144 W Colfax Ave
Denver, CO   80202-5391


CIty and County of Denver
Treasury Division
PO Box 17430
Denver, CO   80217-0430


City of Aberdeen, Finance Dept.
200 E. Market St.
Aberdeen, WA   98520-5207


City of Anaheim
P.O. Box 61042
Anaheim, CA   92803-6142


City of Apache Junction
Tax & Licensing Division
300 E Superstition Blvd
Apache Junction, AZ   85219-2825

City of Arcadia
Cashier's Office
PO Box 60021
Arcadia, CA  91066-6021


City of Auburn
Permit Center
25 W Main St
Auburn, WA  98001-4998


City of Aurora
15151 East Alameda Dr. 3rd Floor
Aurora, CO  80012


City of Austin
700 East 7th Street
PO Box 2135
Austin, TX  78768-2135


City of Bainbridge Island
280 Madison Avenue North
Bainbridge Island, WA  98110-1812


City of Battle Ground
109 SW 1st Street Ste 217
Battle Ground, WA  98604-2818


City of Beaumont
PO Box 521
Beaumont, TX  77704


City of Bellevue
PO Box 34372
Seattle, WA  98124-1372

City of Boise Utility Billing
PO Box 2760
Boise, ID  83701


City of Brea
Business License Tax Div.
1 Civic Center Cir
Brea, CA  92821-5732


City of Bremerton
Tax & License Division
345 6th St Ste 600
Bremerton, WA  98337-1873


City of Buda
PO  Box 1218
Buda, TX  78610


City of Bullhead City
Finance Department / BL
PO Box 23189
Bullhead City, AZ  86439-3189


City of Burien
PO Box 314
Seahurst, WA  98062


City of Centralia
Office of the City Clerk
PO Box 609
Centralia, WA  98531-0609


City of Cerritos
18125 Bloomfield Ave.
Cerritos, CA  90703-3130

City of Colorado Springs
Sales Tax Division
Dept 2408
Denver, CO  80256-0001


City of Denton
215 E. McKinney
Denton, TX  76201-4229


City of Des Moines
21630 11th Avenue South
Seattle, WA  98198


City of Des Moines
P.O.Box 314
Seahurst, WA  98062


City of Downey
11111 Brookshire Ave.
Downey, CA  90241


City of DuPont
1700 Civic Dr.
Dupont, WA  98327


City of Everett, Business Tax Division
2930 Wetmore Ave.
Everett, WA  98201


City of Everman
212 North Race
Fort Worth, TX  76140

City of Gillette
Utilities Dept. Customer Serv. Division
PO Box 3003
Gillette, WY  82717-3003


City of Hemet
445 East Florida Ave
Hemet, CA  92543-4209


City of Hesperia
Water District
9700 7th Ave
Hesperia, CA  92345-3493


City of Hoquiam
609 8th St
Hoquiam, WA  98550


City of Houston
Solid Waste Management Dept.
PO Box 1562
Houston, TX  77251-1562


City of Houston
Fire Department Permits
PO Box 3625
Houston, TX  77253-3625


City of Houston
Dept of Public Works and Engineering
PO Box 1560
Houston, TX  77251-1560


City of Houston, Permit Office - Fire
P.O. Box 61167
Houston, TX  77201-1167

City of Iowa Falls
315 Stevens Street
PO Box 698
Iowa Falls, IA  50126-0698


City of Iowa Falls
PO Box 698
Iowa Falls, IA  50126-0698


City of Irving
Revenue Collections
PO Box 152288
Irving, TX  75015-2288


City of Irving
P.O.Box 840534
Dallas, TX  75284-0534


City of Irving
PO Box 152288
Irving, TX  75015-2288


City of Issaquah,  Finance Dept
PO Box 1307
Issaquah, WA  98027-1307


City of Kennewick
210 W. 6th Avenue
PO Box 6108
Kennewick, WA  99336-0108


City of Kent
220 4th Ave. South
Kent, WA  98032-5895

City of Kent
P.O Box 84665
Seattle,      98124-5965


City of Kent
Attn:  Customer Services
220 4th Ave S
Kent, WA  98032-5895


City of Kent - Fire Prevention
220  4th Ave South
Kent,,      98032-5895


City of Kimberling
PO Box 370
Kimberling City, MO  65686


City of Kirkland
123 Fifth Avenue
Kirkland, WA  98033-6189


City of Lacey
PO Box 5000
Lacey, WA  98509-5000


City of Lacey
P.O.Box 3400
Lacey, WA  98509-3400


City of Lacey
P.O. Box 5000
420 College St SE
Lacey, WA  98503-1238

City of Lakewood
6000  Main St SW
Lakewood, WA  98499


City of Longmont
Dept of Finance / Civic Center Complex
350 Kimbark St
Longmont, CO  80501-5937


City of Los Angeles
Office of Finance
PO Box 55806
Los Angeles, CA  90074-5806


City of Los Angeles
Parking Enforcement Detail
P.O.Box 30629
Los Angeles, CA  90030-0629


City of Los Angeles
Parking Violations Bureau
PO Box 30420
Los Angeles, CA  90030


City of Marysville
P.O.Box 94380
Seattle, WA  98124-6680


City of Mercer Island
9611 SE 36th St.
Mercer Island, WA  98040-3732


City of Mesquite
10 E. Mesquite Blvd.
Mesquite, NV  89027

City of Monterey Park
Attn: Bus License Dept.
320 W Newmark Ave
Monterey Park, CA  91754-2818


City of Montery Park
Attn: Bus License Dept.
320 West Newmark Ave.
Monterey Park, CA  91754


City of Norman
Municipal Criminal Court
201 W Gray St Bldg B
Norman, OK  73069-7108


City of Norman
P.O.Box 370
Norman, OK  73070


City of North Las Vegas
Civic Center Drive, District #54
PO Box 60559
Los Angeles, CA  90060-0559


City of North Las Vegas
Business License Division
2200 Civic Center Dr
North Las Vegas, NV  89030-6307


City of North Las Vegas
Utilities Department
PO Box 360118
North Las Vegas, NV  89036-0118

```
City of Oklahoma City
Permit & ID Division
PO Box 268837
Oklahoma City, OK  73126-8837


City of Pasco
City Clerk's Office
525 N 3rd Ave
Pasco, WA  99301-5320


City of Port Orchard
216 Prospect St
Port Orchard, WA  98366


City of Port Townsend
250 Madison St., Suite 1
Port Townsend, WA  98368


City of Portland
Revenue Bureau
PO Box 4216
Portland, OR  97208-4216


City of Portland
Revenue Bureau
111 SW Columbia St Ste 600
Portland, OR  97201-5840


City of Portland
Water Bureau
PO Box 4216
Portland, OR  97208-4216
```

City of Poulsbo
City Clerk's Office
PO Box 98
Poulsbo, WA  98370-0098


City of Pueblo, Sales Tax Division
PO Box 1427
Pueblo, CO  81002


City of Rancho Mirage
69825 Highway 111
Rancho Mirage, CA  92270-2898


City of Raymond
City Treasurer
230 2nd St
Raymond, WA  98577-2406


City of Redmond
Business Licenses
PO Box 3745
Seattle, WA  98124-3745


City of Renton
Business Licenses
1055 S Grady Way
Renton, WA  98057-3232


City of Richland
Dept of Licensing
PO Box 9034
Olympia, WA  98507-9034

City of Riverside
Finance Dept.
3900 Main St.
Riverside, CA  92522-0001


City of Roy
P.O.Box 700
Roy, WA  98580


City of Salem
PO Box 3256
Portland, OR  97208-3256


City of San Bernardino
City Clerk
P.O.Box 1318
San Bernardino, CA  92402-1318


City of San Dimas
245 E. Bonita Ave.
San Dimas, CA  91773


City of San Dimas
Parking Administration
PO Box 25120
Santa Ana, CA  92799-5120


City of Santa Maria
110 E. Cook Street, Rm 5
Santa Maria, CA  93454-5190


City of Seatac
Finance Department
4800 S. 188th Street
Sea Tac,     98188-8605

City of Seattle
Seattle City Treasurer
600 4th Ave
Seattle, WA  98104-1850


City of Seattle
Parking Administration
PO Box C-34109
Seattle, WA  98124-1109


City of Seattle
Revenue & Consumer Affairs
PO Box 34907
Seattle, WA  98124-1907


City of Seattle
Revenue & Consumer Affairs
P.O.Box 34904
Seattle, WA  98124-1904


City of Seattle/Seattle City Light
P.O. Box 34017
Seattle, WA  98124-1017


City of Shelton
City Treasurer
525 W Cota St
Shelton, WA  98584-2239


City of Snoqualmie
PO Box 987
Snoqualmie, WA  98065


City of South  Salt Lake
220 E. Morris Ave. 2430 S.
Salt Lake City, UT  84115

```
City of Springdale
City Clerk
201 Spring St
Springdale, AR   72764-4554



City of Springfield Missouri
Department of Finance - License Division
PO Box 8368
Springfield, MO   65801-8368



City of St. George
P.O.Box 1750
Saint George, UT   84771-1750



City of Tacoma, Dept of Finance
Tax and License Division
PO Box 11640
Tacoma, WA   98411-6640



City of Tempe
PO Box 29617
Phoenix, AZ   85038-9617



City of Tempe
Attn:Alarm Coordinator
PO Box 29615
Phoenix, AZ   85038-9615



City of Tempe
P.O. Box 5002
660 S Mill Ave Ste 105
Tempe, AZ   85281-3667



City of Tempe Tax & Liens
PO Box 29618
Phoenix, AZ   85038-9618
```

City of Temple
PO Box 878
Temple, TX   76503-0878


City of Tucson
Permit Application Information
1310 W Miracle Mile
Tucson, AZ   85705-3772


City of Tulsa
Utilities Services
Tulsa, OK   74187-0002


City of Tumwater
Business and Occupation Tax Return
555 Israel Rd SW
Tumwater, WA   98501-6515


City of Tyler
Tyler Water Utilities
PO Box 336
Tyler, TX   75710-0336


City of Vancouver
Financial Services
PO Box 8995
Vancouver, WA   98668-8995


City of West Covina
Parking Citations
P.O. Box 1142
West Covina, CA   91793


City of West Richland
3801 W. Van Giesen
West Richland, WA   99353

City of Westminster
PO Box 17107
Denver, CO  80217-7107


City of Westport
City Treasurer - City Hall
PO Box 505
Westport, WA  98595-0505


City of Wichita
Water & Sewer Dept - 8th Floor
455 N Main St
Wichita, KS  67202-1600


City of Woodland
Office of Clerk-Tresurer
PO Box 9
Woodland, WA  98674-0100


City Utilities
301 E. Central
PO Box 551
Springfield, MO  65801-0551


Civil Air Patrol Magazine
Washington Wings
1502 Tacoma Ave S 1ST Fl
Tacoma, WA  98402-1806


CKY Incorporated
302 West Fifth Street Suite 310
San Pedro, CA  90731


Clare Geneator Service Inc.
P.O. Box 543
Salina, KS  67402-0543

Clark & Son Pools
12661 Boxwood Point
Poplar Bluff, MO  63901


Clark County Business License
P.O. Box 551810
Las Vegas, NV  89155-1810


Clark County District Court
1200 Franklin St.
Vancouver, WA  98666


Clark County Treasurer
500 S. Grand Central Pkwy  1st Floor
P.O.Box 551220
Las Vegas, NV  89155-1220


Clayton County Community Development
Business License Division
121 S McDonough St Stop 2
Jonesboro, GA  30236-3651


Clayton County Water Authority
526 Forest Parkway, Ste A
Forest Park, GA  30297


Cleanline Concrete, Inc.
476 C Ave.
Coronado, CA  92118-1823


Clear Span Construction
6558 SE Wrenfield
Hillsboro, OR  97123

Clear-Vu Auto Glass
7415-82nd St.
Lubbock, TX   79424


Clerk of the Combined Court
Attn: Bookkeeping
100 Jefferson County Pkwy
Golden, CO   80401-6000


Clerk of the Court
135 N. Alessandro Rd.
Banning, CA   92220


Clerk of the Court
Information Payment Center
PO Box 5400
Fullerton, CA   92838-0400


Clerk of the Court
Payment Processing Center
505 S Buena Vista Ave Ste 201
Corona, CA   92882-1901


Clerk of the Gunnison County Court
200 East Virginia Ave.
Gunnison, CO   81230


Cleveland County Treasurer
201 South Jones, Suite 100
Norman, OK   73069-6076


Cleveland Fasteners & Supply, Inc.
P.O.Box 5149
Cleveland, TN   37320-5149

Cleveland Utilities
P.O.Box 2730
Cleveland, TN  37320-2730


Climatic Air Sales
800 W. Erwin
Tyler, TX  75702


Clinton A. Winslow, M.D.
4300 South Shields LBlvd.
Oklahoma City, OK  73129-2864


Clutch Masters Industries, Inc.
267 E. Valley Blvd
Rialto, CA  92376-7722


CMC Construction Service
Dept. 1133
P.O. Box 121133
Dallas, TX  75312-1133


CMC Rock
71E Wadsworth Park Dr.
Draper, UT  84020


CME Masonry
8413 63rd Ave.
Riverside, CA  92509


CNA of Georgia
P.O.Box 82730
Atlanta, GA  30354-0730

CNA Surety
8137 Innovation Way
Chicago, IL  60682-0081


CNC Machine Services, Inc.
7808 184th St. S.E.
Snohomish, WA  98296


CNH Capital / CRA Payment Center
PO Box 3900
Lancaster, PA  17604-3900


Cochise Petroleum Equip. Co.
333 N. Black Canyon HWY
Phoenix, AZ  85009


COD Contractor
8227 Blakeland Drive
Littleton, CO  80125


Codale Electric Supply, Inc.
P.O.Box 25777
Salt Lake City, UT  84125-0777


CODCO
PO Box 6163
Apache Junction, AZ  85278


Code 3 Concrete Pumping, Inc.
19510 Van Buren Blvd. #282
Riverside, CA  92508

Coface Collections North America, Inc.
PO Box 8510
Metairie, LA  70011


Coldren's Cleaning Crew
PO Box 8181
Redlands, CA  92375


Cole Enterprises
P. O. Box 560072
Dallas, TX  75356


Colledge Machine
445 North 1030 West
Lindon, UT  84042


Colliflower
9320 Pulaski HWY
Middle River, MD  21220-2418


Collins Oil Company, Inc.
PO Box 2456
Cleveland, TN  37320-2456


Colographic, Inc.
8025 Pontiac Street
Commerce City, CO  80022


Color Station, LLC-Irving Texas
1226 E. Irving Blvd.
Irving, TX  75060

Colorado Attorney General
1525 Sherman St
Denver, CO  80203-1714


Colorado Department of Revenue
State Withholding Tax
1375 Sherman Street
Denver, CO  80261-0001


Colorado Department of Revenue
Sales & Use Tax
1375 Sherman Street
Denver, CO  80261-0013


Colorado Department of Revenue
Auto Industry Division
Denver, CO  80261-0016


Colorado Department Of Revenue
Tax Audit And Compliance Division
1375 Sherman St Rm 504
Denver, CO  80203-2246


Colorado Department of Treasury
1580 Logan St Suite 500
Denver, CO  80203


Colorado Dept of Labor & Employment
Unemployment Insurance Tax
P.O.Box 956
Denver,    80201-0956


Colorado Mack Sale & Srv.
4850 Vasquez Blvd.
PO Box 16364
Denver, CO  80216-0364

Colorado Motor Carriers Assoc.
4060 Elati St.
Denver, CO  80216


Colorado Moving and Storage
4240 Clayton Street
Denver, CO  80221


Colorado Rockies Baseball Club
CRBC-Season Tickets
2001 Blake St
Denver, CO  80205-2060


Colorado Secretary of State
1700 Broadway, Suite 300
Denver, CO  80290


Colorado Springs Municipal Court
224 E. Kiowa St.
Colorado Springs, CO  80903


Colorado Unemployment Tax
Colorado State Treasurer
PO Box 46541
Denver, CO  80201-6541


Colton Disposal
P.O.Box 79036
Phoenix, AZ  85062-9036


Colton Radiator & Air Conditioning
455 East Valley Blvd
Colton, CA  92324

Colton Truck Supply / Fleet Services, In
PO Box 568
Atwood, CA   92811


Comdata Permits
PO Box 548
Brentwood, TN   37024


Comerica Leasing Corporation
500 Woodward Ave
Detroit, MI   48226-3416


Comerica Leasing Corporation
Attn: Brian M. Ris, Vice President
29201 Telegraph Rd 2nd Fl
Southfield, MI   48034-1331


Comfort Air
2419 E. Loop 820, North
Fort Worth, TX   76118


Comfort Inn  & Suites
4375 E. Craig Road
Las Vegas, NV   89115


Comfort Inn & Suites
4375 E. Craig Road
Las Vegas, NV   89115


Comfort Inn & Suites
3915 McCain Park Dr.
North Little Rock, AR   72116

Comfort Inn Kent
22311 84th Ave South
Kent, WA  98032


Commerce Bank Leasing, Inc.
8000 Forsyth Blvd
Saint Louis, MO  63105-1797


Commerce Bank Leasing, Inc.
Attn: Sherry Antonakos, Vice President
8000 Forsyth Blvd
Saint Louis, MO  63105-1797


Commercial Building SVS LLC
9433 East 51st Street Suite I
Tulsa, OK  74145


Commercial Fleet Service
2847 E. Jones Ave.
Phoenix, AZ  85040


Commercial Lighting
PO Box 270651
Tampa, FL  33688


Commercial Mobile Systems
PO Box 790
Riverside, CA  92502-0790


Commercial Mobile Systems
P.O. Box 790
Riverside, CA  92502

```
Commercial Tire - Pasco
P.O.Box 970
Meridian, ID  83680


Commercial Tire Service
P.O.Box 3268
Grand Junction, CO  81502


Communication Solution-Denver
P.O.Box 2089
Littleton, CO  80161-2089


Community Care-Channing Idaho
2725 Channing Way
Idaho Falls, ID  83404


Community Supervision and Corrections De
1901 Trojan Dr.
Corpus Christi, TX  78416


COMOSO - Controlled Motion Solutions
911 N. Poinsetta Street
Santa Ana, CA  92701


COMPASS BANK
Loan Payments
701 32nd St S
Birmingham, AL  35233-3515


Complete Auto Body & Paint
2855 W. 64th Ave.
Denver, CO  80221
```

Complete Compliance Services
4809 Jefferson NE
Albuquerque, NM  87109


Complete Gear Services, Inc.
PO Box 200982
San Antonio, TX  78220


Complete Wireless Solutions
1245 Washington St.SW
Albany, OR  97321


Compliance Documents, LLC
1 Mechanic St.
Norwalk, CT  06850-3431


Composite Printing
1826 N.E. Everett
Portland, OR  97232


Compressed Gas & Supply, Inc.
1301 W. Reno
Oklahoma City, OK  73106


Con-Way Freight Inc.
PO Box 5160
Portland, OR  97208-5160


Conatser Construction
Any and All Claims for Damages date of 1
PO Box 15448
Fort Worth, TX  76119-0448

Concentra / OHC of the SW
PO Box 9005
Addison, TX  75001-9005


Concentra Occupational Health
Center of the Southwest P.A.
PO Box 18735
Memphis, TN  38181-0735


Concentra OHC of Oklahoma
238 S. Quadrum Dr.
Oklahoma City, OK  73108-1101


Concentra- OHC
PO Box 5950
Sparks, NV  89432-5950


Concentra- OHC
PO Box 3700
Rancho Cucamonga, CA  91729-3700


Concentra- OHC
PO Box 18135
Memphis, TN  38181-0135


Concentra- OHC
PO Box 75410
Oklahoma City, OK  73147-0410


Concentra- OHC of the S.W.
PO Box 9008
Broomfield, CO  80021-9008

```
Concentra- OHC of the SW, P.A.
1818 E Sky Harbor Cir N # 150
Phoenix, AZ  85034-3407


Concentra-OHC of Southwest
P.O.Box 9009
Broomfield, CO  80021-9009


Conco  Pumping
5141 Commercial Cir.
Concord, CA  94520


Concord Concrete Pumps Inc.
1608 Broadway St.
Port Coquitlam,     V3C-2M8


Concrete Concepts
PO Box 1015
Kingston, WA  98346


Concrete Design
7610 4th Street SE
Everett, WA  98205


Concrete Enterprises
200 NE 46th St.
Oklahoma City, OK  73105


Concrete Equipment & Supply
145 W. Main
PO Box 109
Silt, CO  81652-0109
```

Concrete Landscape
41655 Reagan Way #I
Murrieta, CA  92562


Concrete Materials Co.
P.O.Box 16204
Wichita, KS  67216


Concrete Placement, Inc.
6527 W. Northview
Glendale, AZ  85301


Concrete Promotion Council of the Ozarks
PO Box 2113
Springfield, MO  65801


Concrete Pump Broker
17405 NE Home Rd
Brush Prairie, WA  98606


Concrete Pump Inspections, Inc.
20320 Deerhorn Valley Rd.
Jamul, CA  91935


Concrete Pump Repair
39347 Flink Ave.
North Branch, MN  55056


Concretelron, Inc.
1008 Douglas Dr.
Roanoke, TX  76262

Conner Transport, Inc.
3800 Sandshell Dr. # 190
Fort Worth, TX  76137


Connor Industries, Inc.
PO Box 200298
Dallas, TX  75320-0298


Const. Equipment Parts, Inc.
PO Box 671026
Dallas, TX  75267-1026


Construction Contractors Board
St. Of OR- Bureau of Labor & Industries
PO Box 14140
Salem, OR  97309-5052


Construction Contractors Board
St. Of OR - Bureau of Labor & Industries
PO Box 14140
Salem, OR  97309-5052


Construction Forms
3292 Paysphere Circle
Chicago, IL  60674


Construction Monitor
PO Box 2202
Cedar City, UT  84721


Construction Rental Salina
515 N. Broadway Blvd.
Salina, KS  67401

Construction Tool & Supl
5213 South 30th St. #C300
Phoenix, AZ   85040


Continental Collection Agency
P.O. Box 24022
Denver, CO   80224-0022


Continental Hydraulics & Equipment. Inc
P.O. Box 1501
Salina, KS   67402-1501


Continental Tire NA
P.O.Box 60049
Charlotte, NC   28260-0049


Contractors Choice The
8908 Landers Road
North Little Rock, AR   72117


Controlled Power Co.
Dept. 149301
P.O.Box 67000
Detroit, MI   48267-1493


Convergent
5276 Eastgate Mall
San Diego, CA   92121


Cooper Tire Service Inc.
129 W. Sherman
Hutchinson, KS   67501

Copper State Bolt & Nut
3622 N 34th Ave
Phoenix, AZ  85017


Copperstate Tire Co.
123 E. Durango St.
Phoenix, AZ  85004


Corban Group LLC dba Dixie Soap
P.O.Box 801
Hurricane, UT  84737


Corbett Concrete Pumping, Inc.
3245 Auburn Way SOuth
Auburn, WA  98092


Core Industrial Resources
5815 82nd St. #45
Lubbock, TX  79424-5908


Corporate Billing, Inc.
P.O.Box 2257
Decatur, AL  35609-2257


Corporate Building Maintenance, Inc.
PO Box 25401
Portland, OR  97298-0401


Corporate Express
PO Box 95708
Chicago, IL  60694-5708

Corporate Payment SVCS/GECFI
PO Box 410406
Salt Lake City, UT  84141-0406


Costal Carolina Pumping
PO Box 241185
Charlotte, NC  28224


Costco
PO Box 34783
Seattle, WA  98124-1783


Costco Membership
PO Box 34783
Seattle, WA  98124-1783


Cougar Cleaning Equipment
PO Box 13985
Odessa, TX  79768


Cougar Industries Inc.
PO Box 1822
Rockford, IL  61110-0322


Country Inn & Suites By Carlson
6020 S.W. 10th Street
Topeka, KS  66604


County Treasurer Office
PO Box 2930
Wichita, KS  67201

Courtesy Building Services Inc.
2154 W. Northwest HWY #214
Dallas, TX  75220


Coverall North America, Inc.
PO Box 802825
Chicago, IL  60680-2825


Coverall Of Oregon, Inc.
9900 SW Greensburg Rd Ste. 100
Portland, OR  97223


Covina Police Dept.
Records Division
444 N Citrus Ave
Covina, CA  91723-2065


Cowan's Ace Hardware
3310 W. College
Springfield, MO  65802


Cowles & Thompson, P.C.
Attorneys at Law
901 Main St Ste 4000
Dallas, TX  75202-3746


Cowley's Car Care   / Cowley, Lee
1530 W. 1st Street
Prosper, TX  75078


Cowpoke Detection Service
PO Box 671
Afton, WY  83110-0671

Cox Communications
P.O.Box 22142
Tulsa, OK  74121-2142


Cox Communications Inc.
PO Box 53262
Phoenix, AZ  85072-3262


CPS Energy
P.O.Box 2678
San Antonio, TX  78289-0001


CR Concrete
515 W. 7th
Shoshone, ID  83352


Craig Sharp Homes
430 Walnut
Augusta, KS  67010


Crane America Services
88048 Expedite Way
Chicago, IL  60695-0001


Crane Repair Service
702 10th St. SE
Puyallup, WA  98372


Creagan Ballard Concrete
5419-G NE 88th St.
Vancouver, WA  98665

Creative Communications
3332 E Broadway Rd.
Phoenix, AZ   85040-2830


Creative Packaging, Inc.
P.O.Box 27126
Tulsa, OK   74149-0126


Crescent Line Inc.
535 Regal Row
Dallas, TX   75247


Crescent Oil
dba Oak Tree Mart
2211 Oak Ridge Dr
Neosho, MO   64850-9092


Crest Chevrolet
P.O.Box 501
San Bernardino, CA   92402-0501


Crocker Crane, L.P.
P.O.Box 141539
Irving, TX   75014


Crosby County Fuel Association
PO Box 1170
Ralls, TX   79357


Cross-Midwest Tire
401 S. 42nd St.
Kansas City, KS   66106

Crossconnect Central LLC
18627 Brookhurst St.
Suite 343
Fountain Valley, CA  92708


Crossland Construction
PO Box 45
Columbus, KS  66725


Crossland Heavy
P.O.Box 350
Columbus, KS  66725


Crossroads Repair
17232 Co. Hwy D25
Alden, IA  50006


Crouch Sales Co., Inc.
2636 Irving Blvd.
Dallas, TX  75207


Crowder Industrial Radiator Svc., Inc.
c/o Accounts Receivable Funding Corp.
PO Box 1389
Houston, TX  77251-1389


Crowder Supply Co., Inc.
8495 Roslyn St.
Commerce City, CO  80022


Crown Ace Hardware - NLHC
1799 Kiowa Ave.
Provo, UT  84603

Crum Electric Supply Co.
1165 English Ave
Casper, WY  82601


Crump Truck & Trailer Works
P.O. Box 943
Springfield, MO  65801


Crystal Inn - St. George
1450 S. Hilton Drive
Saint George, UT  84770


Crystal Inn Hotel-Suites
1575 West 200 North
Cedar City, UT  84720


CSK Auto, Inc.
P.O.Box 94393
Seattle, WA  98124-6693


CSK Proshop
1002 W University Dr.
Tempe, AZ  85281


CSR-Nationwide
821 SW 66th St.
Oklahoma City, OK  73139


CT Corporation
PO Box 4349
Carol Stream, IL  60197-4349

CTS Supplies
2491-A Rubidoux Blvd.
Riverside, CA   92509


Culligan Water Conditioning
PO Box 1987
Albany, OR   97321


Cummins Cal Pacific, LLC
PO Box 513017
Los Angeles, CA   90051-1017


Cummins Rocky Mountain LLC
Dept. 2138
Denver, CO   80291-2138


Cummins-Southern Plains
P.O. Box 910509
Dallas, TX   75391-0509


Cunningham Mfg Co.
318 S. Webster St.
Seattle, WA   98108


Curt Warner Chevrolet, Inc.
10811 SE Mill Plain Blvd
Vancouver, WA   98687-1060


Custom Auto Decor & Sign
592 North 100 West
Orem, UT   84057

Custom Coffee Plan
P.O.Box 79705
City of Industry, CA   91716-9705


Custom Color
P.O.Box 771294
Steamboat Springs, CO   80477


Custom Hydraulic & Machine, Inc.
PO Box 630
Somerset, PA   15501


Custom Truck Sales
1200 NW Hwy 24
Topeka, KS   66608


Custom Truck Sales, LLC
7701 E 24 Highway
Kansas City, MO   64125


Cuthers Construction
P.O.Box 3766
Orange, CA   92857


CY-Ment Construction
30585 H Ave.
Hubbard, IA   50122


D & M Wire Rope, Inc.
722 Scarlet Street
Grand Junction, CO   81505-9429

D & R Excavation, Inc.
P.O.Box 571946
Salt Lake City, UT  84157-1946


D Clayton Construction
30277 Centro Vista
Highland, CA  92346


D R Horton
301 Commerce St #500
Fort Worth, TX  76102


D&A Wire Rope Inc
4909 E. Cesar Chavez St., Suite A
Austin, TX  78702


D&B Real Estate Investments LLC
222 Main St.
PO Box 724
Iowa Falls, IA  50126-0724


D&B Truck Wash-2036
PO Box 724
Iowa Falls, IA  50126


D-A Lubricant Company, Inc.
P.O. Box 712319
Cincinnati, OH  45271-2319


D.G.P., Inc.
PO Box 1159
Broken Arrow, OK  74013-1159

D.L Forester (Labco)
231 E. Alessandro Blvd. A#133
Riverside, CA  92508


D.L. Sinjem Company, Inc.
1555 W. Lambert Rd.
La Habra, CA  90631


D.Messner Ent.
4410 S. 296th Pl.
Auburn, WA  98001


Daily Journal of Commerce
PO Box 11050
Seattle, WA  98111


Dalco, Inc.
2816 170th St. S.W.
Lynnwood, WA  98037


Dale G. Bone
1037 4th Ave N
Kent, WA  98032-2943


Dale Riley Concrete Pumping
1728 N. Shelly Ct.
Brea, CA  92821


Dallas County Tax Assessor-Collector
Records Bldg, 500 Elm St.
PO Box 139033
Dallas, TX  75313-9033

```
Dallas Foam Inc.
5901 Park Vista Circle
Keller, TX   76248


Dallas Mack Sales
PO Box 569040
Dallas, TX   75356-9040


Dallas Peterbilt Inc.
P.O.Box 560228
Dallas, TX   75356-0228


Danahay Construction
33501 W. 6th St. South
Garden Plain, KS   67050


Danny's Auto Body
3429 North Propect St.
Colorado Springs, CO   80907


Danone Waters
Crystal Springs
PO Box 515326
Los Angeles, CA   90051-6626


Darin D. Sawyer
Catherine R. Sawyer
19725 Avenue 256
Exeter, CA   93221


Darrell Beam Const.
149 Shyrina Ct. N
Salem, OR   97303
```

```
Data Source Solutions
4001 Kennett Pike Suite # 647
Wilmington, DE  19807-2000


DataQuick
File 50261
Los Angeles, CA  90074-0261


Dave S Auto Supply
1222 Babcock Rd.
San Antonio, TX  78201


Dave's Lock & Safe
2316 N Lincoln
Loveland, CO  80538


David Groover & Associates, Inc.
627 South Seventh St.
Las Vegas, NV  89101


David Moody
18210 Crystal Ridge Dr
San Antonio, TX  78259-3613


David Tinkle
18235 Hanna St
Melvindale, MI  48122-1424


David Villarreal Construction
402 Senisa
San Antonio, TX  78228
```

David-Key Trucking
3372 W. Dudley
Fresno, CA  93722


Davis Grimm Payne & Marra
701 Fifth Ave.Suite 4040
Seattle, WA  98104


Davis Motor Crane Service, Inc.
1222 N Loop 12
Irving, TX  75061


Davis Salvage Co.
3345 E Washington St.
Phoenix, AZ  85034


DAWG
25 Lassy Court
Terryville, CT  06786


Day's Inn
480 W. Deuce Of Clubs
Show Low, AZ  85901


Day's Inn KAS Lenexa
9630 Rose Hill Road
Lenexa, KS  66215


Day's Inn Morro Bay
1095 Main St.
Morro Bay, CA  93442

Days Inn - Clinton
1200 S. Tenth St.
Clinton, OK   73601


Days Inn - Enid
2901 S. Van Buren
Enid, OK   73703


Days Inn - Topeka
1510 SW Wanamaker Rd.
Topeka, KS   66604


Days Inn Salina
407 Diamond Dr.
Salina, KS   67401


Days Inn South
6025 Avenue A
Lubbock, TX   79404


Days Inn Sweetwater
701 S.W. Georgia
Sweetwater, TX   79556


Days Inn Woodward
1212 NW Highway 270
Woodward, OK   73801


Days Inn- Hobbs
211 N. Marland Blvd.
Hobbs, NM   88240

Days Inn-Texas
2701 S. Gregg Street
Big Spring, TX  79720


Days Inn-Texas Stadium
2200 E. Airport Freeway
Irving, TX  75062


Dayspring Custom Homes
7786 South Guthrie Ave.
Tulsa, OK  74132


DBS-Public Works Contractors
1090 East WaterTower St.
Meridian, ID  83642


DC Transport & Excavating, Inc.
3650 Wet Hwy 248
Kamas, UT  84036


DeaMor
14010-A NE 3rd Ct., Suite 102
Vancouver, WA  98685


Dean Douglas Homes
3210 S. Gilbert Rd. Ste. 1
Chandler, AZ  85286


Deano's Concrete Pumping
1658 South Hill Dr.
Santa Clara, UT  84765

```
Debellind & Homes Construction
42618 4th St. East
Lancaster, CA  93535


DeBeque, Town of
381 Minter Ave.
PO Box 60
De Beque, CO  81630-0060


Debilling  & Holmes Construction
42618 4th St. East
Lancaster, CA  93535


Deeco Rubber Co., Inc.
PO Box 3337
Lubbock, TX  79452-3337


Deep Rock Water
Dept. 2146
Denver, CO  80271-2146


Deep Rock Water Co.
PO Box 173898
Denver, CO  80217-3898


Deer Park Auto Freight
P.O.Box 865
Deer Park, WA  99006


Definitive Solutions & Technologies, Inc
P.O. Box 1210
Kent, WA  98035-1210
```

Degan Construction
PO Box 936
Queen Creek, AZ   85242


Del'Alt. & Str. Inc.
Del's Marine
901 N 8th St
Salina, KS   67401-2910


Delgado, Joseph
4301 Balcones Woods Dr.
Austin, TX   78759


Delray Tire & Retreading Inc.
2544 S. Cherry Ave.
Fresno, CA   93706


Delta Rigging & Tools, Inc.
Dept 5334
PO Box 4228
Houston, TX   77210-4228


Deluxe for Business
P.O. Box 88042
Chicago, IL   60680-1042


DenCol Supply Co.
4630 N. Washington Street
Denver, CO   80216-2744


Dennis Oil Co., Inc.
545 N. National
Springfield, MO   65802

Denver Bumper Works, Inc.
830 Wyandot Street
Denver, CO  80204


Denver Glass Interiors, Inc.
8651 N Grant St #2B
Denver, CO  80229


Denver Newspaper
P.O. Box 17930
Denver, CO  80217


Denver Occupational Privilege Tax
Manager of Revenue / Treasury Division
PO Box 17440
Denver,      80217-0440


Denver Parking Violations Bureau
PO Box 46500
Denver, CO  80201-6500


Denver Parts Depot
4255 S. Buckley Rd
PO Box 126
Aurora, CO  80040-0126


Denver Police Department
1331 Cherokee St.
Records Room #420
Denver, CO  80204


Denver Rubber Company
2340 W. 2nd Ave.
Denver, CO  80223-1610

Denver Wire Rope & Supply
4100 Dahlia St.
Denver, CO  80216


Department of Environmetal Quality
Attn: Business Office
811 SW 6th Ave
Portland, OR  97204-1390


Department of Licensing
Master License Service
PO Box 9034
Olympia, WA  98507-9034


Department of Motor Vehicles
Motor Carrier Permit Branch      Ms: G87
PO Box 932370
Sacramento, CA  94232-3700


Dept of Motor Vehicles
P.O.Box 825339
Sacramento, CA  94232-5339


Dept. of Labor & Industries
PO Box 34974
Seattle, WA  98124-1974


Desert Cedars HOA
Carpenter Hazlewood PLC
1400 E Southern Ave Ste 400
Tempe, AZ  85282-5693


Desert Springs Masonry
3642 Meade Ave.
Las Vegas, NV  89102

Desert Valley Landscaping, Inc.
PO Box 516
Sahuarita, AZ  85629


Destination Wireless
P.O.Box 64634
Tacoma, WA  98464


Detco Industries, Inc.
P. O. Box 430
Conway, AR  72033


Deupree Trucking Corporation & Loader Se
401 C Deer Springs Rd
San Marcos, CA  92069


DeWitt & Associates Inc.
PO Box 3378
Springfield, MO  65808


DEX
8400 Innovation Way
Chicago, IL  60682-0084


Dex
8400 Innovation Way
Chicago, IL  60682-0084


Dex Media West
P.O.Box 79167
Phoenix, AZ  85062-9167

DFW Heavy Duty Parts
Regions Interstate Billing Service, Dept
P.O.Box 2153
Birmingham, AL  35287-1265


DG Auto Glass
2301 N 27th Ave.
Phoenix, AZ  85009


Dial Long Distance
762 W. Ventura Blvd.
Camarillo, CA  93010


Dial Lubricants, Inc.
P.O. Box 540607
Dallas, TX  75354-0607


Diamond Environmental Services
807 E. Mission Rd.
San Marcos, CA  92069


Diamond Triumph Auto Glass
P.O. Box  1647
Kingston, PA  18704


Dickson Tool & Equipment
130 S. Nursery
Irving, TX  75060


Diego Lopez Construction
4618 Pennyroyal
Corona, CA  92880

Digital Insight Software Co. LLC
7763 Barstow St.
Ventura, CA  93004


Dimension 3:18 LLC
9281 N. Sea Otter Place
Tucson, AZ  85742


Directv
P.O.Box 54000
Los Angeles, CA  90054-1000


Directv
P.O.Box 60036
Los Angeles, CA  90060-0036


Dirks Truck Repair Inc.
2421 110th Street South
Lakewood, WA  98499


Disa Inc.
Dept. 890314
PO Box 120314
Dallas, TX  75312-0314


Discount Auto Glass
4119 Richards Rd. #111
North Little Rock, AR  72117


Discount Tire Co/America's Tire Co.
P.O.Box 29851
Phoenix, AZ  85038-9851

Discount Toner & Ink - Springfield
3318 S National Ave.
Springfield, MO  65807-7305


Dish Network
Dept 0063
Palatine, IL  60055-0063


Dispatch This
2003-A Opportunity Drive Suite 5
Roseville, CA  95678


Diversified Credit Services, Inc.
P.O. BOX 1887
Fayetteville, AR  72702


Division of Employment Security
804398-2-043-1771
PO Box 888
Jefferson City, MO  65102-0888


Division of IRS
1999 Broadway, Suite 1722
Denver, CO  80202-3008


Division of Oil and Public Safety
PO Box 628
Denver, CO  80201-0628


Dixie Concrete Pumping
1719 S. 1430 E. Circle
Saint George, UT  84790

Dixie Construction Co.Inc.
327 South Denver St.
Salt Lake City, UT  84111


Dixie Escalante Electric
71 E. HWY 56
Beryl, UT  84714


Dixie Regional Medical Center
PO Box30180
Salt Lake City, UT  84130


Dixie Safe & Lock Service Inc.
7920 Gulf Freeway
Houston, TX  77017


Dixie Technologies LLC
3715 N.Business Dr., Suite 201
Fayetteville, AR  72703


DLS Equipment Co.
25901 State Highway 51
Broken Arrow, OK  74014


DM Electric
296 S. Sierra Way
San Bernardino, CA  92408


DMI Drilling
14211 16th St. East # 8
Sumner, WA  98390

DMV Renewal
P.O. Box 942894
Sacramento, CA  94294-0895


Document Imaging Solutions
PO Box 470646
Tulsa, OK  74147-0646


Don Anderson Construction, Inc.
P.O.Box 2293
1135 Kimberly Rd
Twin Falls, ID  83301-7839


Don Hattan Chevrolet Inc.
6000 Hattan Dr.
Wichita, KS  67219


Don Kimmel Development
71 Keystone Drive
Ladera Ranch, CA  82694


Don Klausmeyer Construction
10008 W. York St.
Wichita, KS  67215-8945


Don L. Harris Appraisal
2201 University Avenue
Lubbock, TX  79410


Don Olson Construction Inc.
P.O.Box 930
Sumner, WA  98390

Don Pratt
5509 E Cataldo Ave
Spokane Valley, WA  99212-0913


Don Thomas Petroleum, Inc
P.O.Box 10223
Portland, OR  97296


Donald Rogers Wrecker Service
PO Box 455
Tontitown, AR  72770


Donnie Baldridge Trucking
formerly RAR Transportation
4605 County Road 6300
Lubbock, TX  79415-4572


Dora Bostic Hauling & Excavating
516 W. 35th St.
North Little Rock, AR  72118


Dorman Construction
3555 Gateway St. #200
Springfield, OR  97477


Dot's Rentals & Sales
814 N. Robison Road
Texarkana, TX  75501


Double Check Company
P.O. Box 87-9200
Kansas City, MO  64187-9200

Double G Concrete Pumping
1402 Groveland Ave.
Longview, TX  75601


Doug Dowlin
PO Box 992
Rawlins, WY  82301-0992


Doug Dwyer Construction, Inc.
13111 W Hayden Circle
Wichita, KS  67235


Doug Lee Construction
PO Box 782234
Wichita, KS  67278


Doug Smith Chrysler
501 West Main
American Fork, UT  84003


Doug's Filter Serv., Inc.
1920 West Mission Rd.
Escondido, CA  92029


Douglas Brothers Towing Service
5802 I.H. 10 East
San Antonio, TX  78219


Downey Contracting
6217 NE 63rd St.
Oklahoma City, OK  73121

```
DPR Construction
9606 Mopac #300
Austin, TX  78759


DPR Contractors,Inc.
1050 Samsome St.
San Francisco, CA  94111


Drahota Development Co.
PO Box 272269
Fort Collins, CO  80527


DRC Companies
2340 W. 2nd Ave.
Denver, CO  80223


Dreyfuss Construction
5855 Green Valley Cir. #300
Culver City, CA  90230


DRH Security
931 Alexa Way
Fort Collins, CO  80526


Driftwood RV Park
800 W. Kunze
Boardman, OR  97818


Drive Line Service of Boise
7577 W. Lemhi St.
Boise, ID  83709
```

Drive Line Service of Denver
5362 Dahlia Street
Commerce City, CO  80022


Drive Shafts Unlimited
PO Box 4727
Corpus Christi, TX  78469


Drive Train Industries
PO Box 5845
Denver, CO  80217


Drive Train Specialist
1905 S. Nicklas
Oklahoma City, OK  73128-3052


Driveline Express
1615 Buddy Holly Ave.
Lubbock, TX  79401


Driveline Specialists LLC
9100 US HWY 85
Henderson, CO  80640


Drivelines NW Inc.
3116 Hill Ave.
Everett, WA  98201


DRT Fluid Power
4491 S. 134th Pl.
Seattle, WA  98168

Drug & Alcohol Testing Associates
570 Turner Dr., Unit A
Durango, CO  81303


Drussa Plumbing & Mechanical
P.O.Box 2972
Springfield, MO  65801


DSU Peterbilt & GMC
P.O.Box 3486
5555 N Lagoon Ave
Portland, OR  97217-7639


Duke City Fueling
3615 NMSR 528, Suite 200-b
Albuquerque, NM  87114


Duke Realty
600 E. 96th St. #100
Indianapolis, IN  46240


Dultmeier Concrete
5542 SE 69th St.
Berryton, KS  66409


Duncan Bolt Co.
8535 Dice Rd.
Santa Fe Springs, CA  90670


Durham Automotive
112 W Nashville
Pembroke, KY  42266

Durobilt
215 1St Ave
Nampa, ID  83653-0904


Dusty Wagon Car Wash
P.O.Box 110
Silt, CO  81652


Dyad
P.O.Box 2057
Shelton, WA  98584


Dynamex Inc.
P.O.Box 15161
Lenexa, KS  66285


Dynamic Collections Inc.
790 South Market Blvd.
Chehalis, WA  98532


E & C Spring
518 Venture St.
Escondido, CA  92029-1212


E & J Rentals
617 Pampa
Sulphur Springs, TX  75482


E M Construction
9772 Elk Road
Axtell, TX  76624

E-470 Express Toll
22470 E. 6th Pkwy., Suite 110
Aurora, CO  80018


E-470 Public Highway Authority
Dept. 1363
Denver, CO  80256


E-Builders
3305 W. Mayflower Ave. #1
Lehi, UT  84043


E.H. Henry Co. Inc.
127 N Sycamore
Wichita, KS  67203


E.H.Burrell
P.O.Box 629
Salem, OR  97308


E.M.Tharp, Inc.
15243 Road 192
Porterville, CA  93257


E.S.P. Excavation, Inc.
P.O.Box 1090
American Fork, UT  84003-1090


e2 Wireless
2601 West Dunlap Ave. Ste. 4
Phoenix, AZ  85021

Eagle Auto Glass
201 E. Front St.
Tyler, TX  75702


Eagle Crane Service
435 Canfor Avenue
New Westminster,,      V3L 5H5


Eagle Crest Construction
5551 Perdemco Ave SE
Port Orchard, WA  98367


Eagle Homes Inc.
7624 Ray Nash Drive NW
Gig Harbor, WA  98335


Eagle Road Serice & Tire, Inc.
3011 E. La Cadena
Riverside, CA  92507-2630


EAP-Everson Aslphalt Paving
PO Box 3084
Lacey, WA  98509


Earle M. Jorgensen Co.
PO Box 79012
City of Industry, CA  91716-9012


Earthtec Engineering, Inc.
133 North 1330 West
Orem, UT  84057

Earthworks Landscape Services
12516 Evergreen Dr.
Mukilteo, WA  98275


East Bay Tire Co.
2200 Huntington Dr. Unit C
Fairfield, CA  94533


East Central Special Utility District
P.O.Box 570
Adkins, TX  78101


East Texas Mack Sales, L.P.
2934 highway 31 North
PO Box 2867
Longview, TX  75606-2867


East West Urban Management, LLC
1610 Little Raven Street, 125
Denver, CO  80202


Easter & Easter Builders
P.O.Box 23123
Waco, TX  76702


Eastex Pressure Washers
8483 Wingfield Dr.
Lumberton, TX  77657


Eatough PA-C, Jason D.
P.O.Box 27128
Salt Lake City, UT  84127-0128

EBE
PO Box 872978
Kansas City, MO  64187-2978


Eby Construction
P.O.Box 1679
Wichita, KS  67201-1679


EC Power Systems of Oregon
P.O.Box 10286
Portland, OR  97296-0286


Echo Storage Options
PO Box 6487
Kingman, AZ  86402-6487


Eclipse Security Professionals
15610 SE Thornbridge Dr.
Clackamas,      97015


Eclispe Security Professionals, LLC
15610 SE Thornbridge Dr
Clackamas, OR  97015-6652


Eco Pan, LLC
P.O. Box 1728
Kent, WA  98035-1728


Econo Lodge - Lucky Lane
2480 E. Lucky Lane
Flagstaff, AZ  86004

Economy Auto Supply, Inc.
316 W. Tyler Street
PO Box 430
Gilmer, TX   75644-0430


Ecowater
241 North Hydraulic
Wichita, KS   67214


Edco Waste & Recycling
PO Box 5488
Buena Park, CA   90622-5488


Eddie's Truck Center - Rapid City
1002 E. Omaha
Rapid City, SD   57701


Edge Wireless
PO Box 5207
Portland, OR   97208-5207


Edgen Murray Corp.
P.O.Box 203321
Houston, TX   77216-3321


Edna Answering Service
1706 Strawberry #400
Pasadena, TX   77502


Eduction Assistance Corp.
115 1st AVE SW
Aberdeen, SD   57401

Edward Canter
4951 N. Island Drive
Bonney Lake, WA  98391


Edwards, Mark S.
4901 S.E. 118th
Oklahoma City, OK  73165


EFI Global Inc.
P.O. Box 7247-7273
Philadelphia, PA  19170-7273


EG Concrete Pumping
1215 W. Marshall Blvd
San Bernardino, CA  92405


Egland Trucking, Inc.
PO Box 230
Brush Prairie, WA  98606


EID Passport, Inc.
10450 SW Nimbus Ave., Bldg., R-A
Portland, OR  97223


El CID Promotions
4795 S. Sandhill Rd #4
Las Vegas, NV  89121


El Dorado Building Systems Inc.
1216 W 6th Ave
El Dorado, KS  67042

El Paso County Contr. Assoc.
Mr Jerry Schmitz
PO Box 94
Colorado Springs, CO  80901-0094


El Paso Towing
432 N. Frederick
El Paso, TX  79905


Electro Tec
P.O.Box 1866
Corona, CA  92878


Electronic Tech Enterprises
P.O. Box 15046
Salem,    97309


Electronics Warehouse
2691 Main St.
Riverside, CA  92501-2244


Eleven Western Builders
2862 Executive Pl
Escondido, CA  92029


Elite Auto Glass-/GlasPro
12000 E 47th Ave., Suite 200
Denver, CO  80239


Elite Auto Glass/GlasPro
P.O.Box 633197
Cincinnati, OH  45263-3197

EM PHYS Intergrated Care
PO Box 96398
Oklahoma City, OK  73143-6398


Embarq
PO Box 660068
Dallas, TX  75266-0068


Embarq
P.O.Box 660068
Dallas, TX  75266-0068


Embarq
PO Box 21900
Kansas City, MO  64121-9100


Embarq - DEX
8400 Innovation Way
Chicago, IL  60682-0084


Embarq Communications
PO Box 219008
Kansas City, MO  64121-9008


Emerald Recycling
7343 East Marginal Way South, Suite 200
Seattle, WA  98108


Emerald Recycling Serv
9010 E. Marginal Way South, Suite 200
Seattle, WA  98108

Emeregency Drug Testing, LLC
2708-2nd Ave, Sutie A
Lake Charles, LA  70601


Emergency Plumbing
16825 W. Baseline Rd.
Little Rock, AR  72210


eMeritus Communication
P.O.Box 78228
Phoenix, AZ  85062-8228


Empire District Electric
PO Box 219239
Kansas City, MO  64121-9239


Empire Oil
2758 S. Riverside Ave.
Bloomington, CA  92316-3248


Empire Oil
2756 So. Riverside Ave.
Bloomington, CA  92316-3248


Empire Rubber & Supply
PO Box 14950
Portland, OR  97293-0950


Empire Southwest
PO Box 29879
Phoenix, AZ  85038-9879

Employee Screening Services
2055 S. Stewart Ave. STE A
Springfield, MO  65804


Employers Compensation Ins. Co.
P.O. Box 70015
Boise, ID  83707


Employment Delvelopment Dept.
State of California
PO Box 826276
Sacramento, CA  94230-6276


Employment Security Department
Washington State Unemp. Ins.
PO Box 34467
Seattle, WA  98124-1467


EMS Construction
3160 Scott St.
Vista, CA  92081


Encore Metals (USA), Inc.
File 57357
Los Angeles, CA  90074-7357


Engineered Products
18271 Andover Park West
Seattle, WA  98188


Enid Mack Sales Inc.
P.O.Box 5009
Enid, OK  73702

Entergy
PO Box 8104
Baton Rouge, LA  70891-8104


Entergy Arkansas, Inc.
PO Box 8101
Baton Rouge, LA  70891-8101


Enterprise Fleet Mgmt
P.O.Box 4838
Englewood, CO  80155


Enterprise Fleet Services
5179 S Broadway
Englewood, CO  80113-6705


Enterprise Rent-A-Car
4210 S. Congress Ave.
Austin, TX  78745


Enterprise Vehicle Exchange
7201 South Fulton Street
Englewood, CO  80112


Enterprise/Write Express Card
5179 S Broadway
Englewood, CO  80113-6705


Entus Trucking
614 S West Blvd
Aberdeen, WA  98520-5412

Enumclaw Radiologists, PLLC
C/O River Oaks Billing Service
8642 Amber Oaks Ct
Fair Oaks, CA  95628-2978


Enumclaw Regional Hospital
Dept #1042
PO Box 34936
Seattle, WA  98124-1936


Enviro-Systems
1869 South Cobb Industrial Blvd Ste 30
Smyrna, GA  30082


Envirograghics
21825 88th Place South
Kent, WA  98031


Enviromet
P.O.Box 907
Vancouver, WA  98666


Environmental Plus
Pressure Washing
1050 E Ray Rd Ste A5-117
Chandler, AZ  85225-1774


Environmental Washout Systems
P.O.Box 2340
Sun City, CA  92586


Epic Industrial Services Inc
17719 Pacific Ave. South
Spanaway, WA  98387

Eppler Towing
5748 Avenue 7 1/2
Firebaugh, CA  93622


Equipment Data Assc.
1509 Orchard Lake Dr., Suite E
Charlotte, NC  28270-1496


Equipment SouthWest,Inc
 P.O.Box 170565
Irving, TX  75017-0565


Equipment Unlimited Supply, Inc.
18108 45th Street East
Bonney Lake, WA  98391


Erickson Maintenance & Washing Serv., LL
7662 S. Brentwood Ct.
Littleton, CO  80128


Ernie's Cardlock, LLC
28727 Pacific Hwy So.
Federal Way, WA  98003


Escondido Metal Supply
1630 West Mission Rd.
Escondido, CA  92029


Escondido Sand&Gravel
500 N. Tulip St.
Escondido, CA  92025

Espinosa Building Partnership
PO Box 173
Lander, WY  82520


Essential Safety Product
939 East 62nd Avenue
Denver, CO  80216


Esser Twin Pipes
1733 90th Street
Sturtevant, WI  53177


eTaylor Wireless
13351d Riverside Dr. #327
Sherman Oaks, CA  91423


Etex Telephone
PO Box 130
Gilmer, TX  75644-0130


Etivista Concrete
8657 Pecan Ave  #110
Rancho Cucamonga, CA  91739


Etna,Wyoming Water
Sewer District
PO Box 5031
Etna, WY  83118-0031


Etowah Chemical
P.O. Box 4416
Gadsden, AL  35904

Eugene Water & Electric Board
500 East 4th Avenue
PO Box 10148
Eugene, OR  97440-2148


Eureka Water Co-Ozarka Water & Coffee
P.O.  Box 26730
Oklahoma City, OK  73126-0730


Evans Enterprises Inc.- Tulsa
2002 Southwest Blvd.
Tulsa, OK  74107


Evans Equipment & Environmental, Inc.
P.O. Box 130
Broussard, LA  70518


Evco House of Hose
PO Box 65468
Salt Lake City, UT  84165


Evergreen Oil Inc.
P.O. Box 30517
Los Angeles, CA  90030-0517


Evergreen Oil Inc.
PO Box 30517
Los Angeles, CA  90030-0517


Everson's Econo-Vac, Inc.
P.O.Box 428
Sumner, WA  98390

Excel Landscaping & Lawns, Inc.
1100 Broadmoor Dr.
Bryan, TX  77802


Exclusive Paint & Body
819 E. Curry Rd.
Tempe, AZ  85281


Executive Suites/Workplace Logic LLC
615 Baker St.
Tacoma, WA  98402


Exempla Healthcare
Lutheran Medical Center
Dept 9107
Denver, CO  80281-9107


Exeter Mercantile Co.
258 East Pine
PO Box 67
Exeter, CA  93221-0067


Exeter Truck & Auto Glass
20596 Ave 260
Exeter, CA  93221


Exide Technologies
PO Box 933479
Atlanta, GA  31193-3479


Express Companies Inc.
PO Box 26423
Eugene, OR  97402

Express Construction
7141 Dexter Rd.
Downers Grove, IL  60516-3710


Express Hose & Fittings
3843 E LaSalle St.
Phoenix, AZ  85040


Express Mail -  EMCA Deposits
Expedited Services of
PO Box 81420
Seattle, WA  98108-1320


Express One-Seattle-
P.O. Box 900070
Sandy, UT  84090


Exterior Walls Systems, Inc.
16043 11th Ave. NE
Seattle, WA  98155


Extreme Concrete Pumping
3701 Newton St.
Corona, CA  92881-4837


Extreme Concrete Pumping
20475 E. Rancho Los Cerritos Rd.
Covina, CA  91724


ExxonMobil Fleet/GECC
PO Box 530988
Atlanta, GA  30353-0988

Ezra Project The
1399 S. Havana Street Ste 201-E
Aurora, CO  80012


F&M Bank & Trust, Depository
IUOE, Local Union Local #627
PO Box 21228
Tulsa, OK  74121-1228


F.W.Dodge/McGraw
7625 Collection Center Dr.
Chicago, IL  60693-0076


Fabco Automotive Corp.
1714 Momentum Pl.
Chicago, IL  60689-5311


Fabick Southwest Co.
2222 E. Kearney St.
Springfield, MO  65803-4944


Factory Motor Parts Co.
PO Box 1450
Minneapolis, MN  55485-5544


Fair Harbor Capital LLC
1841 Broadway Suite 1007
New York, NY  10023


Fairbanks Scales Inc.
P.O. Box 802796
Kansas City, MO  64180-2796

Fairview Electric
P.O.Box 10170
San Antonio, TX   78210


Falcon Steel
PO Box 4351
Springfield, MO   65808


Family Care & Urgent Medical Clinic
Billing Office
4421 NE St Johns Rd Ste F
Vancouver, WA   98661-2573


Family Medicine Center
P.O.Box 843216
Boston, MA   02284-3216


Family Support Payment Center
Missouri DCSE Office
PO Box 109001
Jefferson City, MO   65110-9001


Family Support Registry - CO
Post Office Box 2171
Denver, CO   80201-2171


Farley's Imports
1351 East Yellowstone
Casper, WY   82601


Farm Plan
P.O. Box 4450
Carol Stream, IL  60197-4450

Farmers Co-Op Assoc
PO Box 390
Forest City, IA   50436


Farmers Co-Operative Assoc.
PO Box 868
Talmage, KS   67482


Farmers Coop Elevator Co.
PO Box 6
1 S Nickerson St
Nickerson, KS   67561-9329


Farney's Distributing
280 Cain Drive
Haysville, KS   67060


Farrington Truck Towing & Recovery
1001 S.W. 3rd St.
Oklahoma City, OK   73109


Farwest Corrosion Control Co.
1480 W. Artesia Blvd
Gardena, CA   90248-3215


Farwest Freight
P.O. Box 24403
Seattle, WA   98124-0403


Farwest Steel
PO Box 1026
Eugene, OR   97440

Fast Gas
PO Box 906
Salem, UT  84653


Fast Glass
P.O. Box 3989
Sparks, NV  89432


Fastenal Co.
PO Box 1286
Winona, MN  55987-1286


Fastenal Co.
PO Box 978
Winona, MN  55987-0978


Fasteners Inc. - Las Vegas
PO Box 978
Winona, MN  55987-0978


Fasteners Southern Supply-Las Vegas
PO Box 80536
Las Vegas, NV  89180-0536


Fastline Concrete Pumping
803 Valley Rd.
Arroyo Grande, CA  93420


FC Background
12750 Merit Dr.Suite 1215
Dallas, TX  75251

FCC Equipment Financing
Cont No. 0007340-001
P.O. Box 905010
Charlotte, NC  28290-5010


FCI Multi-Family Builders
9821 Katy Fwy #900
Houston, TX  77024-1212


Fed-Excavation
P.O.Box 551
Mercer Island, WA  98040


Federal Express
PO Box 94515
Dept A
Palatine, IL  60094-4515


FedEx Freight
Dept LA
PO Box 21415
Pasadena, CA  91185-1415


FEI - Seattle WW
P.O.Box 802806
Chicago, IL  60680-2806


FEI Seattle
P.O.Box 802806
Chicago, IL  60680-2806


Feist Yellow Book
316 Main St.
Spearville, KS  67876

Fencing Specialists Inc.
4500 Walnut Road, Sutie A
North Las Vegas, NV  89081


Ferguson Enterprises
PO Box 802806
Chicago, IL  60680-2806


Ferguson Enterprises
FEI-Everett #3023
PO Box 802806
Chicago, IL  60680-2806


Ferrell-Duncan Clinic
P.O. Box 9007
Springfield, MO  65808-9007


Ferrellgas
P.O.Box 173940
Denver,     80217-3940


Ferrellgas
P.O. Box 173940
Denver, CO  80217-3940


Ferris Communications
1295 Linda Vista Drive
San Marcos, CA  92078-3831


Fifth Third Bank
P.O. Box 630756
Cincinnati, OH  45263-0756

Filter Products Corp.
2155 N. Forbes Blvd.
Suite 101
Tucson, AZ  85745


Filterfresh
9243 10th Ave. South
Seattle, WA  98108


Fine Line Concrete
P.O.Box 7951
Riverside, CA  92513


Finesse Personnel / WC Barlow
PO Box 54083
Irvine, CA  92619-4083


Finishmaster Automotive &
Industrial Paint
2332 N Stone Ave
Tucson, AZ  85705-5651


Finn Madden LLC
1000 SW 34th St. Ste D
Renton, WA  98055


Fire & Safety Pro
5841 E.Charleston #230-268
Las Vegas, NV  89142


Fire Extinguisher Co.Inc.
P.O. Box 1165
Meridian, ID  83680

Fire Extinguisher Service Center
P.O.Box 1391
Beaverton, OR  97075-1391


Firebird Fuel
PO Box 52400
Phoenix, AZ  85072-2400


Fireman's Fund Insurance
Dept. CH 10284
Palatine, IL  60055


Firestone Complete Auto Care
221 S. Rangeline Rd.
Joplin, MO  64801


First Aid  Express
P.O.Box 6560
Oklahoma City, OK  73153


First Colony Life Ins
P.O. Box 79314
Baltimore, MD  21279-0314


First Insurance Funding Corp.
450 Skokie Blvd Ste 1000
Northbrook, IL  60062-7917


First Publications Inc.
P.O. Box 151
Albertson, NY  11507-0151

Fisheries Supply
1900 N. Northlake Way
Seattle, WA  98103


Five Rivers
1331 Baltimore St.
Longview, WA  98632


Five Star Gas & Gear
PO Box 2069
Whittier, CA  90610-2069


Fix-It-Shop (The)
500 SW Court
Pendleton, OR  97801


Flamespray Northwest
250 South Chicago
Seattle, WA  98108


Fleenor'sTire Service
14318 E Marshal
Tulsa, OK  74116


Fleet Auto Electric, Inc.
624 Cordell Dr.
Atlanta, GA  30349


Fleet Card Fuels
PO Box 81685
Bakersfield, CA  93380-1685

Fleet Express
PO Box 1287
2002 Scott Blvd
Temple, TX  76504-6900


Fleet Fueling Management
227 McCarty Dr.
Houston, TX  77029


Fleet Glass
PO Box 3868
Rancho Cucamonga, CA  91729


Fleet Metal Box Corp .
2101 W. Key Street
Colton, CA  92324-6523


Fleet Services
PO Box 6293
Carol Stream, IL  60197-6293


Fleetmaster Fleet Fueling
P.O.Box 6293
Carol Stream, IL  60197-6293


FleetPride
P.O.Box 847118
Dallas, TX  75284-7118


Fleetwash, Inc.
PO Box 36014
Newark, NJ  07188-6014

Fleming Building
P.O.Box 470468
Tulsa, OK  74147-0468


Fleming Concrete Pumping Inc.
PO Box 10221
Santa Ana, CA  92711


Flintco
P.O.Box 490
Tulsa, OK  74101-0490


Flores Construction
4312 Thom Blvd.
Las Vegas, NV  89130


Flowing Wells Irrig.
3901 N. Fairview Avenue
Tucson, AZ  85705-2699


Fluid Air
2372 Chiswood
Memphis, TN  38134


Fluid Connector Products
P.O.Box 10308
Portland, OR  97296-0308


FluidTech LLC
PO Box 951259
Dallas, TX  75395-1259

Flying J
P.O. Box 25244
Salt Lake City, UT  84125-0244


FMI Truck Sales & Service
8305 NE Martn Lthr Kng Jr Blvd
Portland, OR  97211


Foam Products of San Antonio, Inc.
1119 N Mesquite
San Antonio, TX  78202


Foley Equipment Co.
1550 S. West Street
Wichita, KS  67213-1638


Fontaine Truck Equipment Co.
P.O.Box 30025
Omaha, NE  68103-1125


Food-Gas-Go
13430 East Highway 20
Clearlake Oaks, CA  95423


Foote Homes
P.O.Box 542
American Fork, UT  84003


Ford Credit
PO Box 7172
Pasadena, CA  91109-7172

```
Ford Credit
PO Box 790119
Saint Louis, MO  63179-0119



Forepoint
12360 Lake City Way NE Suite 460
Seattle, WA  98125



Forest Park Sheet Metal Works, Inc.
P.O. Box 652
Forest Park, GA  30298



Forrest Paint Co.
PO Box 22110
Eugene, OR  97402



Foss & Son
PO Box 1500
Ocean Shores, WA  98569



Foster & Company, Inc.
15 Wing Drive
Cedar Knolls, NJ  07927



Foth Infrastructure and Environment, LLC
PO Box 3090
Dept. #5219
Milwaukee, WI  53201-3090



Foundation Specialist
3922 112th St. E.
Tacoma, WA  98446
```

Four Seasons Services
4160 Ingalls Ct.
Wheat Ridge, CO  80033


Four States Emergency Physician
PO Box 13587
Philadelphia, PA  19101-3587


Fox Rental
P.O.Box 1956
Grapevine, TX  76099-1956


Foxx Pest Control
PO Box 141
Lees Summit, MO  64063


Franciscan Health Systems
Dept 217
PO Box 34935
Seattle, WA  98124-1935


Frank Fletcher Chevrolet
1159 N 45th St
Springdale, AR  72762-0878


Frank Parra Chevrolet
1000 East Airport Freeway
Irving, TX  75062


Franklin County Engineer
1341 Olive Avenue
PO Box 118
Hampton, IA  50441-0118

Franklin Pacific
2621 Thorndike Ave. W
Seattle, WA   98109


Franklin Truck Parts Inc.
6925 Bandini Blvd.
Los Angeles, CA   90040-3329


Fred Arbanas Inc.
PO Box 880
Grandview, MO   64030


Fred Hill Materials
PO Box 6
Poulsbo, WA   98370


Fred L. Ramey P.A.
300 No. 6th St. Suite 102
Boise, ID   83702


Free Lance Investigations & Process Serv
P.O.Box 1948
Hillsboro, OR   97123


Freedom Chevrolet
13483 IH 10W
San Antonio, TX   78249


Freeman Health System
1102 West 32nd St.
Joplin, MO   64804

Freeman Neosho Hospital
113 West Hickory
Neosho, MO  64850


Freemont County Clerk
615 Macon Ave. Rm# 102
Canon City, CO  81212


Frehner Bearing Supply Inc.
389 N. Industrial Rd.#10
Saint George, UT  84770


Freight Systems Inc.
330 Midstate Plaza
North Little Rock, AR  72117


Freightliner of San Antonio
 8700 IH 10 East Bldg. #1
Converse, TX  78109


Freightliner-Sterling/Western Star
9600 W. Roosevelt St.
Tolleson, AZ  85353


Fresno AG Hardware
4590 N. First Street
Fresno, CA  93726-2327


Fresno Oxygen & Welding SP
PO Box 1666
Fresno, CA  93717

Fresno Wire Rope Inc.
2360 S. East Ave.
Fresno, CA  93721-3424


Friction Products Brake Rebuil
7605 E. 11th St.
Tulsa, OK  74112-5719


Friendly Chevrolet
2754 N. Stemmons Fwy.
Dallas, TX  75207-2213


Friendly National Parts Center
PO Box 7066
Dallas, TX  75207


Fritz-Pak Corp-Buda
4821 Eastover Circle
Mesquite, TX  75149


Fritz-Pak Corp.
4821 Eastover Circle
Mesquite, TX  75149


Frontier
P.O.Box 20550
Rochester, NY  14602-0550


Frontier
PO Box 79146
Phoenix, AZ  85062-9146

Frontier
PO Box 20550
Rochester, NY  14602-0550


Frontier Business Prod.
700 W. 48th Avenue Unit A
Denver, CO  80216-0519


Frontier Construction Supply
Concrete Pumping LLC
4706 112th St E
Tacoma, WA  98446-5108


Frontier Septic Service, Inc.
27304 151st Street, Court E
Buckley, WA  98321


Frosty's Water Service
1650 F.M. 981
Leonard, TX  75452


Fuel Masters LLC
PO Box 90
Abilene, TX  79604-0090


Fuelman
PO Box 105080
Atlanta, GA  30348-5080


Fullers White Mountain Motors
P.O. Box 1780
Show Low, AZ  85902

Fullmer Concrete
1725 South Grove Ave.
Ontario, CA   91764


Fusion 90 / Midwest City Soccer Club
PO Box 30586
Oklahoma City, OK   73140


Future Foam Inc.
P.O.Box 1017
Omaha, NE   68101-1017


Fuzzell's Bus Equip.
Fuzzell's Business Equipment
PO Box 22837
Warr Acres, OK   73123-1837


FVMCO Truck Parts
P.O.Box 247
Independence, OR   97351


G & H and Joplin Redi Mix
PO Box 971
Joplin, MO   64802-0971


G E Capital
Acct# 4137742-013
PO Box 640387
Pittsburgh, PA   15264-0387


G Finance Holding Corp.
P.O.Box 828169
Philadelphia, PA   19812-8169

G&B Redi-Mix
6701 E. Flamingo Ave.
Nampa, ID  83687


G&K Service
4804 West Roosevelt
Phoenix, AZ  85043-0000


G&K Service
5100 Race Court
Denver, CO  80216-2135


G&K Service
P.O. Box  2131
Coppell,    75019-8131


G&S Machine Inc.
3708 Cherry Ave. NE
Salem, OR  97303


G-Town Concrete & Pumping Services Ltd.
7501 Spring Meadow Lane
Garland, TX  75044


G. D.'s Specialties LLC
General Contractor
5900 Signal Ave NE
Albuquerque, NM  87113-1905


G. H. Moen, LLC
516 S. 5th Avenue
Yakima, WA  98902

G.I. Trucking Co.
P.O. Box 609
La Mirada, CA  90637-069


G.P. Construction Services
1335 E Smiley Lane
Columbia, MO  65202


G.P. Resources Inc.
PO Box 31001-1235
Pasadena, CA  91110-1235


G.R. Construction Co.
3560 Stagecoach Rd. N. Unit A
Longmont, CO  80504


Gabel, Cook & Associates, Inc.
125 West La Cadena Dr., Suite A
Riverside, CA  92501


Galaxy Foam & Upholstery Supplies
10 E. Charleston Bl.
Las Vegas, NV  89104


Galetti Concrete Pumping
55 Howe Road
Martinez, CA  94553


Gallegos Sanitation Inc.
PO Box 1986
Fort Collins, CO  80522

Galvan & Brown
2995 Van Buren
A-13 Pmb 433
Riverside, CA  92503


Galvanizers Company
2406 N.W. 30th Ave.
Portland, OR  97210


Gana Steel
1568 E. Grand Ave.
Pomona, CA  91766


Gar Laboratories
1844 Massachusetts Ave.
Riverside, CA  92507


GARD Specialists Co., Inc.
P.O.Box 157
621 State Highway 17 S
Eagle River, WI  54521-9353


Garney Holding Co.
1333 NW Vivion Rd.
Kansas City, MO  64118


Garrett Thiessen Const.
545 Andrea Circle
Paso Robles, CA  93446


Garrison Law Office LLC
8015 Shawnee Mission Parkway, Suite 200
Mission, KS  66201

Gartons Ready Mix
Box 286
Booker, TX   79005


Gary Greenstreet
11003 Salem Ave
Lubbock, TX   79424-7356


Gary Johnson Trucking
1601 E Schilling Rd
Salina, KS   67401-8930


Gary Merlino Construction Co., Inc.
9125 10th Avenue South
Seattle, WA   98108


Gary Stevens & Queen City Auto Rebuild
7502 159th Pl. NE
Redmond, WA   98052


Gary's Bulldozing
1420 Marvin Rd NE Ste C
Lacey, WA   98516-3878


Gary's Bulldozing, LLC
PMB 337
1420 Marvin Rd NE Ste C
Lacey, WA   98516-3878


Gary's Concrete Pumping
PO Box 756
Rancho Cucamonga, CA   91701

Gary's Crane Service
P.O. Box 1603
Pueblo, CO  81002


Gary's Service Station, Inc.
1091 North State
Orem, UT  84057


Garza, Jon PE
8715 Woodland Ave. E
Puyallup, WA  98371


GasPro Plus (ARCO)
P.O.Box 11407
Birmingham, AL  35246-0924


Gators Motel
PO Box 490
Pine Bluffs, WY  82082


Gaylon Pugh's Drivelines
PO Box 275
Lehi, UT  84043


GBS Motorsports
4665 West Ave M-12
Lancaster, CA  93536


GCR Fort Worth Tire
3100 N. Freeway
Fort Worth, TX  76111

GCR Irving Truck Tire
3034 E. Grauwyler
Irving, TX  75061


GCR Phoenix Truck
2815 N. 32nd Avenue
Phoenix, AZ  85009-1514


GCR Schertz Truck Tire Center
17051 IH 35 North
Schertz, TX  78154


GCR Tulsa Truck Tire Center
1103 North 161st East Ave.
Tulsa, OK  74116


GE Capital
P.O. Box 31001 0802
Pasadena, CA  91110-0802


GE Capital Fleet Srv.
P.O. Box 100363
Atlanta, GA  30384-0363


GE Capital Solutions
Attn: Dick Martin
2000 S Colorado Blvd Ste 2-1000
Denver, CO  80222-7931


GE Commercial Finance
Aka GE Capital Solutions
519 Virginia Dr
Fort Washington, PA  19034

Gene Chambers, CCVS
P.O.Box 3272
Cordova, TN  38088


Gene Darco Painting
10016 N. Calhoun
Portland, OR  97203


Gene Harvey Chevrolet
221 S. 500 East
American Fork, UT  84003-2523


Gene Hensley CO., Inc.
2212 E. 47th St South
Wichita, KS  67216


General Electric Capital Corp
P.O. Box 640387
Pittsburgh, PA  15264-0387


General Electric Capital Corporation
Dba GE Capital Solutions
519 Virginia Dr
Fort Washington, PA  19034


General Electric Capital Corporation
519 Virginia Dr
Fort Washington, PA  19034


General Electric Capital Corporations
PO Box 642142
Pittsburgh, PA  15264-2142

General Industries
P.O.Box 13454
Spokane, WA  99213


General Mechanical
 St.
Tacoma, WA  98409


General Motors Acceptance Corp.
PO Box 9001948
Louisville, KY  40290-1948


General Revenue Corp.
P.O. Box 429525
Cincinnati, OH  45242-9525


General Sessions Court Clerk Court House
1 N Washington
Brownsville, TN  38012


General Steel Warehouse
P.O. Box 2037
Lubbock, TX  79408


Generation Construction
202 Frontage Rd. N.
Pacific, WA  98047


Geneva Rock Products
P. O. Box 538
Orem, UT  84059-0538

Genworth Life & Annuity Ins. Co.
P.O. Box 79314
Baltimore, MD  21279-0314


Genworth Life & Annuity Insurance Co.
P.O.Box 10720
Lynchburg, VA  24506-0720


Geo. Heiser Body Co Inc.
11210 Tukwila International Bv
Seattle, WA  98168-1945


Geogia Secretary Of State Corp. Division
315 West Tower
#2 Martin Luther King, Jr. Drive
Atlanta, GA  30334-1530


George Lay Signs Inc.
1016 N. Waco
Wichita, KS  67203-3999


George M. Medek Inc.
216  W. 36th Street
Garden City, ID  83714


Georgia Department of Labor
PO Box 740235
Atlanta, GA  30374-0235


Georgia Department Of Revenue
Processing Center
PO Box 740387
Atlanta, GA  30374-0387

Georgia Department of Revenue
Compliance Division, 1401 Dean St. Suite
PO Box 1777
Rome, GA  30162-1777


Georgia Power
241 Ralph McGill Blvd.
Atlanta, GA  30308-3374


Georgia Power Company
241 Ralph McGill Blvd.
Atlanta, GA  30308-3374


Gerber Concrete Pumping, Inc.
2789 N. Galley St.
Orange, CA  92865


Gerlock Towing
7821 NE 33rd Dr.
Portland, OR  97211


German Perez & Holmes Tuttle
660 W. Auto Mall Dr.
Tucson, AZ  85705


Gerrish Bearing Co.
P.O.Box 2173
Tacoma, WA  98401


Get it Done Trucking, Inc.
P.O. Box 2199
Chino Hills, CA  91709

```
Giant Chevrolet-Cadillac
P.O. Box 2576
Visalia, CA  93279-2576


Gibson Roofing
P.O.Box 1684
Clackamas, OR  97015


Gilchrist Parts Center
P.O. Box 9616
Tacoma, WA  98409


Ginder Hydraulic LC
1218 N. 9th
Salina, KS  67401


Gitt's Spring Co.
P.O.Box 1497
Auburn, WA  98071-1497


Glacier Northwest
PO Box 3601
Seattle, WA  98124-3601


Gladwin Paint Co. - Austin Whs
8305 Springdale
Austin, TX  78724


GlasPro Inc.
6395 E 56th Ave.
Commerce City, CO  80022
```

Glass Magnum of Salem
PO Box 13432
Salem, OR  97309


Glenn Brothers Const., Inc.
3325 Echo Rd.
Nyssa, OR  97913


Glenwood Medical Assoc., P.C.
P.O.Box 268897
Oklahoma City, OK  73126-8897


Glidden Construction
17224 Silverchase
Norman, OK  73026


Global Chem Source, LLC
5874 Flairstone Ct SE
Salem, OR  97306


Global Equipment Corporation
PO Box 2099
Joplin, MO  64803


Global Fleet Innovations LLC
107 NE 11th Street
Oklahoma City, OK  73160


Global Media Direct
One Greentree Centre, Suite 201
Marlton, NJ  08053-1536

Globe X-Ray Services, Inc.
P.O.Box 1408
Sapulpa, OK   74067


GMAC
PO Box 78234
Phoenix, AZ   85062-8234


Gold Crest Electric Co.
1655 South 23rd St.
Beaumont, TX   77707-4397


Gold Mechanical, Inc.
Service Dept.
4735 W Division St
Springfield, MO   65802-1006


Golden State Phone & Wireless
1308 Broad St.
San Luis Obispo, CA   93401


Golden Telecom, Inc.
5751-F Palmer Way
Carlsbad, CA   92010


Golder Associates Inc.
Lockbox 934544
Atlanta, GA   31193-4544


Goleta Concrete Pumping
7566 Rothbury Place
Goleta, CA   93117-1922

Golf Events LLC
2906 NE 55th Street
Seattle, WA  98105


Gonzales Concrete
420 S. 16th St.
Waco, TX  76706


Good Earth Tools Inc.
PO Box 840136
Kansas City, MO  64184-0134


Goodall Rubber Co.
PO Box 100283
Pasadena, CA  91189-0283


Goode Towing & Recovery
5209 S. Fort Hood St.
Killeen, TX  76542


Gordon Woods Industrial Welding
7254 Coldwater Canyon Ave
North Hollywood, CA  91605


Gordon-Darby Arizona Testing, Inc.
3001 S. 35th St. Ste #4
Phoenix, AZ  85034-7233


Goserco, Inc
4566 E. Inverness Ave. #201
Mesa, AZ  85206

GOSERCO, Inc.
4566 E Inverness Ave Ste 201
Mesa, AZ  85206-4634


Gould Welding & Repair
211 North Sedgwick
PO Box 31
Haven, KS  67543-0031


Gourmet Coffee Systems, Inc.
728 SE 11th Avenue
Portland, OR  97214


GPS of Texas
21439 Pearl Spring
San Antonio, TX  78258


Grace Technologies, Inc.
16613 West Hardy Rd.
Houston, TX  77060


Graham Ironworks LLC
PO Box 50226
Provo, UT  84605-0226


Graham Smith Construction
P.O.Box 242146
Little Rock, AR  72223


Gran-Del Petroleum Prod.
P.O.Box 5627
Boise, ID  83705

Granberry Supply Corp.DBA HosePaower
P.O. Box 90550
Phoenix, AZ   85066-0550


Grand Jct. Truck&Car Wash
2495 H Road 241-7255
Grand Junction, CO   81505


Grand Junction Peterbilt
309 Raptor Road
Fruita, CO   81521


Grand Prairie Fire Dep
201 NW 2nd Street, #200
PO Box 534045
Grand Prairie, TX   75053-4045


Grand River Hospital District
P.O. Box 912
Rifle, CO   81650


Grande Mack Sales & Service
11215 Weidner Rd. at IH 35
San Antonio, TX   78233


Grandmother's
3706 Stone Bridge Ct
Topeka, KS   66610


Granite Construction Co.
File 73535
P.O.Box 60000
San Francisco, CA   94160-3535

Granite Rock Company
PO Box 50001
Watsonville, CA  95077-5001


Grant & Company
177 Crescent Dr.
Collierville, TN  38017


Grant's Towing & Automotive
PO Box 215
Chehalis, WA  98532


Graphics Plus-OH!zone Inc.
201 South Main Street
Iowa Falls, IA  50126


GrassRoots
P.O.Box 471830
Tulsa, OK  74147-1830


Grating Pacific LLC
2775 N. Front St.
Woodburn, OR  97071


Gray's Concrete Pumping
10920 Pluma CT.
Rancho Cordova, CA  95670


Graybar Elec.
PO Box 7231
Saint Louis, MO  63177

Grays Harbor PUD
P.O. Box 510
Aberdeen, WA   98520-0115


Great American Insurance Co.
Acct #C28952642
PO Box 741877
Cincinnati, OH   45274-1877


Great Plains Contractors Supply, LLC
P.O.Box 14946
Lenexa, KS   66285-4946


Great White Transportation
PO Box 531060
Grand Prairie, TX   75053-1060


Green Country ER Physicians- Tulsa
PO Box 268938
Oklahoma City, OK   73126


Green Manning & Bunch
Attn: Aaron Bachik
370 17th St. Ste. 3600
Denver, CO   80202


Green Manning & Bunch, Ltd.
370 17th St Ste 3600
Denver, CO   80202-5686


Green Power
13708 240th Ave. SE
Issaquah, WA   98027

Green Service / Green Tire
1526 North Second St.
Fredonia, KS  66736


Greenberg, Grant&Richards, Inc.
5858 Westheimer, Suite 500
Houston, TX  77057


Greene County Real Estate
Collector of Revenue
940 N Boonville Ave
Springfield, MO  65802-3802


Greene County Sheriff
1010 Boonville Ave
Springfield, MO  65802


Greenough Wrecker Service
P.O. Box 262
Abilene, KS  67410


Greer Properties
66 Parkview Dr.
Cabot, AR  72023


Gresham Well Drilling
PO Box 1600
Poulsbo, WA  98370


Grigsby's Telephone, Inc.
1006 S.W. 66
Oklahoma City, OK  73139

Grimm Collections
1677 S. 2nd Ave SW
Olympia, WA  98512


Grimm Construction
1333 NW Vivion Rd.
Kansas City, MO  64118


Grinell Water Systems, Inc.
2413 E. Chestnut Expressway
Springfield, MO  65802


Gross & Stevens Inc.
1121 E. Acequia Ave
Visalia, CA  93292


GTM - Gleason-Tait Marketing, Inc.
1771 Siesta Dr.
Sandy, UT  84093


Guaranty Abstract Company
320 S. Boulder
PO Box 3048
Tulsa, OK  74101-3048


Guardian Packaging
Inc. of Texas
3615 Security St
Garland, TX  75042-7629


Guardian Security
1743 1st Ave S.
Seattle, WA  98134

Gulf Coast Electric Co.Inc.
2005 Pecos Blvd.
Beaumont, TX  77701


Gustin Hydraulics, Inc.
151 W. Commonwealth Ave.
Salt Lake City, UT  84115


H & D Distributors, Inc.
3236 Irving Blvd.
Dallas, TX  75247


H & S Hose & Supply, Inc.
PO Box 40308
Bakersfield, CA  93384


H And H Diesel, Inc.
PO Box 3549
Idaho Falls, ID  83403


H&B Communication
PO Box 108
Holyrood, KS  67450


H&H Concrete Co.
PO Box 148
Texarkana, TX  75504-0148


H&H Concrete Construction
3165 W. Farm Road 146
Springfield, MO  65807

H&S Machine Shop
2417 W 350 N. STE 1
Hurricane, UT  84737


H&W Petroleum Co, Inc.
PO Box 951803
Dallas, TX  75395-1803


H.E.R.S Inc.
1203 South Parker
Olathe, KS  66061-4291


H2O Power Equipment, Inc.
6057 E 49th Dr.
Commerce City, CO  80022-4510


Haag Oil Co. LLC
dba Decker Oil
326 SE 15th St
Topeka, KS  66607-1204


Hacienda Mobil
501-1 South Reindo Rd #354
Newbury Park, CA  91320


Hacienda Mobil
1626 Highway 95
Bullhead City, AZ  86442


Hagemeyer NA Inc.
dba Keller Fire&Safety
P.O.Box 951567
Dallas, TX  75395-1567

Haines Auto Electric, Inc.
1861 Kimberly Rd.
Twin Falls, ID  83301


Hakanson Construction
2965 E. Coronado St.
Anaheim, CA  92806


Hall Distributing Co.
2645 S. Cherry Ave.
Fresno, CA  93706


Hall's Culligan Water
10821 E 26th St North
Wichita, KS  67226


Haller Harlan & Taylor
5085 W Park Blvd Suite 150
Plano, TX  75093


Hallmark Builders
520 Dilli Drive
PO Box 1251
Fort Morgan, CO  80701-1251


Halton Co.
P.O.Box 3377
Portland, OR  97208


Hameroff/Lavinsky Law Firm, P.C.
3443 East Ft. Lowell RD STE 101
Tucson, AZ  85716-1617

Hamilton Construction
P.O.Box 659
Springfield, OR   97477


Hamilton Engine Sales, Inc.
Po Box 13100
Portland, OR   97213-0100


Hamon Contractors, Inc.
5670 Franklin
Denver, CO   80216


Hampel Oil Distributor
PO Box 875477
Kansas City, MO   64187-5477


Hampton Auto Glass, Inc.
600 NE 78th St.
Vancouver, WA   98665


Hank Storbeck's Garage, Inc.
15699 Tradesman, Suite 101
San Antonio, TX   78249


Hansen Oil Company
PO Box 119
Afton, WY   83110


Harbert Casting Repair Srvc.
1380 S. Jason Street
Denver, CO   80223

Harbor Battery Co. LLC
P.O. Box 766
Aberdeen, WA  98520


Harbor Freight Tools
PO Box 6010
Camarillo, CA  93012


Harbor Water Falls
PO Box 23585
Gig Harbor, WA  98335


Hardin County Tire & Service
PO Box 428
Iowa Falls, IA  50126


Hardin County Treasurer
P.O.Box 391
Eldora, IA  50627


Harding Glass 009
P.O. Box 17321
Memphis, TN  38187-0321


Hardy's Alaskan Adventures
PO Box 3391
Soldotna, AK  99669


Hardy's Truck & Auto Part
3616 West Chestnut Exov
Springfield, MO  65802

Harlow Filter Supply
4843 Almond
Dallas, TX  75247


Harman Commercial Svcs, LLC
9405 Buxhill Dr.
Dallas, TX  75238


Harmony Fire Protection Inc.
3805 Rockbottom St.
North Las Vegas, NV  89030


Harper Brush Distributors Inc.
PO Box 2185
Renton, WA  98056-0185


Harper Construction Co.
2241 Ketner Blvd. #300
San Diego, CA  92101-1769


Harper Sand & Gravel, Inc.
P.O.Box 18400
Salt Lake City, UT  84118


Harr Family Homes
11509 Steele St. S.
Tacoma, WA  98444


Harris County Tax Assessor
PO Box 4089
Houston, TX  77210-4089

Harris County Texas Child Support
PO Box 4367
Houston, TX  77210-4367


Harris Industrial Gases
8475 Auburn Blvd
Citrus Heights, CA  95610


Harris Used Truck Parts
325 E. Las Vegas
Colorado Springs, CO  80903


Hart Health & Safety
PO Box 94044
Seattle, WA  98124


Harvard Corporation
505 Union Street
PO Box 108
Evansville, WI  53536-0108


Harvard Management Update
Subscriber Service Center
PO Box 257
Shrub Oak, NY  10588-0257


Hatcher Consultants, Inc.
2955 SW Wanamaker Dr.
Topeka, KS  66614-5318


Hatlevig Homes
703 S. Oak St.
Iowa Falls, IA  50126

Havasu Iron & Metal
1909  Commander Dr.
Lake Havasu City, AZ   86403


Haven Auto
P.O. Box G
Haven, KS   67543


Havilah, Inc.
dba Vantage Riverstone Resort
PO Box 1201
Vantage, WA   98950-1201


Haycock Petroleum
Transport Alliance Bank
PO Box 150566
Ogden, UT   84415-0566


Hayes Construction
P.O. Box 368
Timpson, TX   75975


Hayles Towing & Recovery
1101 Hwy. 80 West
Jackson, MS   39204


Hays County Tax Office
Luanne Caraway, Tax Assessor/Collector
Courthouse Annex, 102 Lbj Drive
San Marcos, TX   78666-5620


Hays Mack Sales & Service
1595 Chetolah Gold Rd.
Hays, KS   67601

Hayward
800W. Betteravia Rd.
Santa Maria, CA  93454


HBC-Radiomatic
P.O.Box 634334
Cincinnati, OH  45263-4334


HCM - Kansas City
8725 Rosehill, Ste 300
Lenexa, KS  66215


Heald Investments
2705 NE Chester St
Topeka, KS  66617-2313


Heald Investments Inc.
2705 NE Chester
Topeka, KS  66608


Health Force OccMed Billing
11805 North Creek Parkway S., Suite 113
Bothell, WA  98011


Health Tech Sports Apparel
11625 Bellaire Way
Denver, CO  80233


Healthcare Express
3515 Richmond Road
Texarkana, TX  75503

HealthTexas Provider Networ
505 North Hwy 77 Suite 200
Waxahachie, TX  75165-1129


Heartland Construction
PO Box 1121
Joplin, MO  64802


Heartland Soulutions, Inc.
PO Box 543
Grain Valley, MO  64029


Heath Sales and Service, Inc.
518 East 16th St.
Kansas City, MO  64108


Heavy Contractors Association
3101 Broadway Suite 780
Kansas City, MO  64111


Heavy Truck and Trailer
206 S.E. Park
Lawton, OK  73501


Heber Valley Med.Center
PO Box 410400
Salt Lake City, UT  84141-0400


Heintschel Truck Tire Center
P.O. Box 5967
Texarkana, TX  75505

Helmsman Insurance Agency
PO Box 3848
Boston, MA   02241-3848


Hempstead County Sheriffs Dept.
P.O. Box 416
Hope, AR   71802


Henderson Parts Pros
333 North State Street
Orem, UT   84057-4747


Henderson Wheel & Supply
112 West 34th St.
Garden City, ID   83714-6507


Henderson Wheel & Warehouse Supply
1825 South 300 West
Salt Lake City, UT   84115-1804


Hendrickson Construction
5114 76th Ave Ct. W.
University Place, WA   98467


Henry's Wrecker Serv.
2806 S. Farm Rd. 115
Brookline, MO   65619


Hensel Phelps Const. Co.
1391 Delaware Street
Denver, CO   80204

Hensel Phelps/Denver Police
Family Christmas Fund
1391 Elati St
Denver, CO  80204


Henseler, David
Non Compete
2317 Clearspring Dr S
Irving, TX  75063-3360


Heritage Crystal Clean, LLC
13621 Collection Center Drive
Chicago, IL  60693-0136


Heritage Homes
P.O.Box 167
Cabot, AR  72023


Heritage Plumbing
P.O. Box 2106
Broken Arrow, OK  74013


Heritage Propane 2724
500 Meijer Dr. Suite # 200-24
Florence, KY  41042-4881


Heritage-Crystal Clean
13621 Collection Center Dr.
Chicago, IL  60693-0136


Hermanson Co., LLP
1221 2nd Avenue North
Kent, WA  98032

Herschend Family Entertainment
100 Corporate Place
Branson, MO  65616


Hertz Equipment
P.O. Box 650280
Dallas, TX  75265-0280


Hertz Equipment
PO Box 650280
Dallas, TX  75265-0280


HESCO Services Inc.
P.O.Box 271123
Salt Lake City, UT  84127-1123


Hesscor, Inc.
1548 E. Main St.
Mesa, AZ  85203


Hi Strength Bolt Co.
6051 Washington St. Ste. B
Denver, CO  80216


Hi-Line
P.O. Box 972081
Dallas, TX  75397-2081


Hi-Strength Bolt
21257 84th Avenue South
Kent, WA  98032

Hi-Strength Bolt Co.
21257 84th Ave. S.
Kent, WA  98032


Hi-Strength Bolt Co.
6051 Washington Street Suite B
Denver, CO  80216


Hiab, Inc.
12233 Williams Rd
Perrysburg, OH  43551


Hiatt Pontiac-GMC
9415 Pacific Ave.
Tacoma, WA  98444


Hideaway Enterprises LLC
657 Echo Retreat
Bigfork, MT  59911


High Country Concrete Inc.
1233 E. Wheatland Dr.
Eagle Mountain, UT  84005


High Desert Automotive Supply
62057 NE 27th St
Bend, OR  97701


High Desert Supply
46 North 900 East
Saint George, UT  84770

High Tech Security Systems
PO Box 2866
San Bernardino, CA  92406


Higher Education Student Assist.
P.O. Box 529
Newark, NJ  07101-0529


Highland Interest
PO Box 663
Bryan, TX  77806-0663


Highland Interest, Inc.
PO Box 663
Bryan, TX  77806


Highline Physical
Therapy & Sports Clinic
31919 1st Ave S Ste 101
Federal Way, WA  98003-5258


Highline Therapy Services
31919 1st Ave S Ste 101
Federal Way, WA  98003-5258


Highmark Landscape & Maintenance
235 E. 200 N.
Heber City, UT  84032


Hiline Homes
11302 62nd Avenue East
Puyallup, WA  98373

Hill Electric Co.
PO Box 471
Gilmer, TX   75644


Hill Petroleum
Sunwest Distributing
6301 Ralston Rd
Arvada, CO   80002-2745


Hillcrest Medical Center
PO Box 572
Tulsa, OK   74182


Hilltop Group Inc.
807 East Mission Road
San Marcos, CA   92069


Hilyard Con
696 Clarion Ct.
San Luis Obispo, CA   93401


Himmelman Construction
12560 W. Cedar Drive
Denver, CO   80229


Hinckley Springs
PO Box 660579
Dallas, TX   75266-0579


Hispania News
P.O.Box 15116
Colorado Springs, CO   80935

Hite Concrete
1392 Barnett Rd.
Neapolis, OH  43547


Hitek Electronic Security Inc.
1388 West 130 South
Orem, UT  84058


Hodgeman County Health C
P.O. Box 310
Jetmore, KS  67854


Hodges Heavy Duty Truck
PO Box 668
Russellville, AR  72801


Hoelscher Ag Dist., Inc.
1003 Grand Ave.
Alden, IA  50006


Hoff's Machine & Welding
925 E. North
Salina, KS  67401


Hoffman
12130 NE Ainsworth Cir #225
Portland, OR  97220


Hoffman Structures
12130 NE Ainsworth Cir #225
Portland, OR  97220

```
Hogan Land Title
1525 E Republic Rd
Building #A Ste. #110
Springfield, MO  65804


Hoidale Co., Inc.
P.O.Box 12104
Wichita, KS  67277


Holcom Construction
4252 N. Shilo Rd.
Salina, KS  67401


Holiday Inn Denver North
4849 Bannock St.
Denver, CO  80216


Holiday Inn Express
2287 W#. Northwest Highway
Dallas, TX  75220


Holiday Inn Olathe
101 West 151st St.
Olathe, KS  66061


Holiday Inn Temple TX-Brundage Bone
5247 S. General Bruce Drive
Temple, TX  76502


Holland Custom Fabricator, Inc.
10691 Main St. NE
Donald, OR  97020
```

Holleman Construction Co.
123 Julian Street
Dallas, TX  75203-1095


Holloway Firm, Inc. The
200 Casey Drive
Maumelle, AR  72113


Holly Material Handling & Equipment
dba Holly Equipment Sales
PO Box 472245
Tulsa, OK  74147-2245


Holme Roberts &Owen LLP
1700 Lincoln St. Suite 4100
Denver, CO  80203


Holowchuk Wood Services
P.O.Box 68574
Seattle, WA  98168-0574


Holt Company
P.O.Box 911975
Dallas, TX  75391-1975


Holt Door Systems, Inc.
Dba Co. of Austin-Commercial
3600 Silver Dollar Cir Ste 200
Austin, TX  78744-2329


Holy Cross Energy
PO Box 2150
Glenwood Springs, CO  81602-2150

Holzer Electric Inc.
2066 El Rodeo Rd.#5
Fort Mohave, AZ   86426


Homax Oil Sales Inc.
605 South Poplar
Casper, WY   82601


Home Builders Assn. of Marion & Polk Cou
385 Taylor St NE
Salem, OR   97303


Home Builders Assoc of Greater Little Ro
PO Box 755
North Little Rock, AR   72115


Home Builders Assoc/S.E.Texas
7770 Gladys, #B
Beaumont, TX   77706


Home Builders Association
Greater Springfield
636 W Republic Rd Ste D108
Springfield, MO   65807-5807


Home Builders Association - Memphis Area
776 N. Germantown Pkwy.
Cordova, TN   38018


Home Depot
PO Box 4536   Dept 24
Carol Stream, IL   60197-4536

Home Depot
Dept 32 - 2002312290
PO Box 6029
The Lakes, NV  88901-6029


Home Depot
P.O.Box 6029
The Lakes, NV  88901-6029


Home Depot
Home Depot Credit Services, Dept 32-2501
P.O. Box 6031
The Lakes, NV  88901-6031


Home Depot Credit Services
P.O.Box 653001
Dallas, TX  75265


Homebuilders Assoc of Greater Tulsa
11545 E. 43rd Street
Tulsa, OK  74146


Homes Northwest
PO Box 13965
Salem, OR  97309


HomeStead Studio Suites Hotel
2165 W 15th
Tempe, AZ  85281


Honas Construction
1474 South 975 Road
Council Grove, KS  66846

Honest Auto Sound Cellular Sec
820 South 73rd St.
Tacoma, WA  98408


Hood River Sand,Gravel,&
Ready Mix Inc.
2630 Old Columbia River Dr
Hood River, OR  97031-9523


Horizon Construction
143 Lover's Lane
Reeds Spring, MO  65737


Horizon Data
116 West Service Road
Champlain, NY  12919


Horizon Ford
11000 Tukwila Intl. Blvd
Seattle, WA  98168


Horizon Underpinning
25602 Alicia Pky #421
Laguna Hills, CA  92653


Horton Fluid Power, Inc.
6776 W. Victory Road
Boise, ID  83715


Hose-Man Inc.
5397 North Irwindale Ave.
Baldwin Park, CA  91706-2025

Hose-Mart, Inc.
24756 Redlands Blvd
Loma Linda, CA  92354


Hose-O International LLC
216 Diamond Oaks Rd.
Roseville, CA  95678


Hose-Tech
P.O. Box 92009
Southlake, TX  76092


Hotsy
7031 John Carpenter Frwy
Dallas, TX  75247


Hotsy Equipment
5342 Winner Rd
Kansas City, MO  64127


Hotsy Southwest (Southwest Cleaning Syst
2910 S. Highland Unit L
Las Vegas, NV  89109


Hotsy/Carlson Equipment Co.
P.O. Box 18643
Austin, TX  78760


Houghton Construction
3289 CR 306
Gainesville, TX  76240

Houle Inc. dba B&B Truck Parts
PO Box 449
Riverside, CA  92502


Housby
4747 NE 14th St.
Des Moines, IA  50313


Houston Area Safety Council
PO Box 41027
Houston, TX  77241-1027


Houston Drive Train
7959 N. Loop East
Houston, TX  77028


Houston Hose & Specialty Co.
P.O. Box 262343
Houston, TX  77207


Houston Mack Sales & Service
5216 North McCarty Dr.
Houston, TX  77013


Houston Raceway Park
PO Box 1345
Baytown, TX  77522


Houston, City of, Dept. Public Works
PO Box 1560
Houston, TX  77251

Howard S. Wright Constructors
PO Box 24449
Seattle, WA  98124


Howard's Hydraulic
3150 E. Lincoln
Tucson, AZ  85714-2016


Howell Construction Group
584 Sixth St.
Norco, CA  92860


HP Forming International
9606 Tierra Grande St.
San Diego, CA  92126


HPC/Eagle Energy
PO Box 825
Santa Margarita, CA  93453


HRH of Colorado
File 50968
Los Angeles, CA  90074-0968


HRH of Colorado
720 S. Colorado Blvd., Suite 600N
Denver, CO  80246


HSBC Business Solutions
PO Box 5219
Carol Stream, IL  60197-5219

HSBC Business Solutions
P.O.Box 5239
Carol Stream, IL   60197-5239


HUB Construction Supplies
PO Box 1269
San Bernardino, CA   92402-1269


Hugg&Hall Equipment Co.
P.O.Box 194110
Little Rock, AR   72219-4110


Hughes Network Systems
PO Box 96874
Chicago, IL   60693-6874


Hunt Construction Group
2101 Cedar Springs
Dallas, TX   75201


Hunter Concrete Pumping Inc.
304 Iron Horse Dr.
Hutto, TX   78634


Hunter Contracting Co.
PO Box 900
Gilbert, AZ   85299-0900


Hurlen Construction
P.O.Box 80945
Seattle, WA   98108

Husky Truck Center
PO Box 58188
Seattle, WA  98138


Hutchinson Clinic, P.A.
2101 North Waldron
Hutchinson, KS  67502


Hutchinson Oil Co., Inc.
PO Box 767
Elk City, OK  73648


Hy Tech Welding & Fabricating
100 Forrest Wind Court
Montgomery, TX  77316


Hydra-Gear, Inc.
4611 Mitchell St
North Las Vegas, NV  89081-2728


Hydraulic Controls
PO Box 8157
Emeryville, CA  94662


Hydraulic Energy Products, Inc.
6800 Stapleton Dr. South
Denver, CO  80216


Hydraulic Equipment Service
328 Buddy Holly Ave.
Lubbock, TX  79401

Hydraulic Repair & Design
701 N. Levee Rd.
Puyallup, WA  98371


Hydraulic Repair Services, LLC
6511 Independance Dr.
Springfield, MO  65802


Hydraulic Supply Service Co.
P.O. Box 33517
San Antonio, TX  78265


Hydraulics, Inc.
713 West 11th St.
Vancouver, WA  98660


Hydro Engineering
865 West 2600 South
Salt Lake City, UT  84119


Hydro-Spec, Inc.
PO Box 1207
Springdale, AR  72765


Hydrocarbon Recovery Services, Inc
P.O. Box 757600
Philadelphia, PA  19175-7600


Hydrotek
1951 S 299th Pl.
Federal Way, WA  98003

Hyphen Solution ltd.
PO Box 849936
Dallas, TX  75284-9936


Hyspeco Inc.
1959 East Phelps
Springfield, MO  65802


Hyspeco, Inc.
1729 South Sabin
Wichita, KS  67209


I-10 International Trucks
2202 South Central Ave.
Phoenix, AZ  85004


IA Collection Services Center
P.O. Box 9125
Des Moines, IA  50306-9125


IBA Dairy Supplies, Inc.
PO Box 606
Maricopa, AZ  85239


IBT Inc.
P.O.Box 411238
Kansas City, MO  64141-1238


IBT Inc.
PO Box 411238
Kansas City, MO  64141-1238

ICC
PO Box 4457
Riverside, CA  92514


Ice Softball
14404 W 95th Terr.
Lenexa, KS  66215


ICF Builders
PO Box 440
Chilton, TX  76632


Icicle/Victor Seafoods
4019 21st Ave. W.
Seattle, WA  98199


Icon Materials
P.O.Box 88050
Seattle, WA  98138


IDA, Inc.
Independent Dealer Accessories
1213 4th Ave N
Kent, WA  98032-2939


Idaho Child Support Receipting
PO Box 70008
Boise, ID  83707-0108


Idaho Concrete Co.
PO Box 1310
Nampa, ID  83653-1310

Idaho Department of Labor
Cashier
317 West Main Street
Boise, ID  83735-0610


Idaho Petroleum Equipment Inc.
P.O. Box 8141
Boise, ID  83707


Idaho Power
Processing Center
PO Box 34966
Seattle, WA  98124-1666


Idaho State Tax Commision / Withholding
PO Box 76
Boise, ID  83707-0076


Idaho State Tax Commission
1038 Blue Lakes Blvd. N Suite C
Twin Falls, ID  83301


Idaho State Tax Commission
Revenue Operation Division
P.O. Box 36
Boise, ID  83722-0410


Idaho Tool & Equipment
452 Caldwell Blvd
Nampa, ID  83651


Idaho Transp. Dept.
PO Box 34
Boise, ID  83731-0034

```
Idaho Transportation Department
PO Box 7129
Boise, ID  83707-1129


Idaho, Public Works Contractor Licensing
1090 E. Watertower St.
Meridian, ID  83642


Idea! Print & Graphics
1921 E Main St
Visalia,     93292


Idea! Printing&Graphics
1921 E. Main St.
Visalia, CA  93292


Idearc Media Corp.
Attn: Acct Receivable Dept.
PO Box 619009
Dfw Airport, TX  75261-9009


IESI - Haltom City
P.O.Box 650470
Dallas, TX  75265


IESI-  North Austin
Dept. 12
PO Box 4343
Houston, TX  77210-3012


IFI, Inc. (Industrial Fasteners)
1510 McGilchrist St., SE
Salem, OR  97302
```

```
Ikon Office Solutions
P.O.Box 660342
Dallas, TX  75266-0342


Ikon Office Solutions
PO Box 660342
Dallas, TX  75266-0342


Ikon Office Solutions
Western District
P.O.Box 7420
Pasadena,     91109-7420


IL STATE DISB UNIT
P.O. BOX 5400
Carol Stream, IL  60197-5400


Imagine Technologies, Inc.
PO Box 4993
Englewood, CO  80155-4993


Imagine Technologies, Inc.
PO Box 4993
Englewood, CO  80155


Impact Wireless
3340 N. Eagle Rd. Ste 101
Meridian, ID  83642


Imperial Muffler Welding Spec.
P.O.Box 1487
San Luis Obispo, CA  93406
```

Imperial Supplies LLC
P.O.Box 23910
Green Bay, WI  54305-3910


Imperial Welding Supply
1530 Grand Avenue
San Marcos, CA  92069-2408


Independence Title Company
9442 N. Capital of Texas Highway
Building #2 Suite #100
Austin, TX  78759


Independent Dealer Accessories
1213 4th Ave. N.
Kent, WA  98032-2939


Independent Pipe&Steel
5303 Rosedale Hwy.
Bakersfield, CA  93308


Indoor Billboard
5140 N Channel Ave
Portland, OR  97217-7622


Indoor Billboard
PO Box 17555
Portland, OR  97217-0555


Industrial Control & Automation, Inc
1416 Highway DD
Defiance, MO  63341

Industrial Information Resources, Inc.
PO Box 42442
Houston, TX  77242-2442


Industrial Motors & Machining
3610 Brighton Blvd.
Denver, CO  80216


Industrial Radiator Service, Inc.
1625-A East Donovan Rd.
Santa Maria, CA  93454


Industrial Rebuild, Inc.
1714 First Ave. South
Seattle, WA  98134


Industrial Repair Srvc
7016 S. 196th St.
Kent, WA  98032


Industrial Rubber
PO Box 94166
Seattle, WA  98124-6466


Industrial Rubber & Supp.
PO Box 2276
Tacoma, WA  98401


Industrial Safety Training Council
324 Highway 69
Nederland, TX  77627

Industrial Splicing & Sling
1842 N. 109th East Ave.
Tulsa, OK  74116


Industrial Supply
P.O. Box 30600
Salt Lake City, UT  84115


Industrial Supply Co of Salem
1270 Commercial NE
Salem, OR  97303


Industrial Tool & Supply
Unit 43
PO Box 4800
Portland, OR  97208-4800


Industrial Trade
PO Box 3
Hyde Park, UT  84318-0003


Industrial Trade Center Inc.
207 W. 3700 N. St.
PO Box 3
Hyde Park, UT  84318-0003


Industrial Waste & Salvage
P.O.Box 446
Fresno, CA  93709


Industrial Welding Supply, Inc.
PO Box 20340
Keizer, OR  97307-0340

Industry Graphics/Auburn Sign Company In
4208 Auburn Way North  #1
Auburn, WA  98002


Infinite Energy, Inc.
Payment Center
P.O.Box 791263
Baltimore, MD  21279-1263


Infinity Business Media Ltd.
100 Cummings Center Ste.243-C
Beverly, MA  01915


InfoChase
116 West Service Rd, Sutie 335
Champlain, NY  12919


Infolink Publications
131 McCormick Dr.
Port Barre, LA  70577-5353


InfoRad, Inc
635 East 185th St.
Cleveland, OH  44119


Ingersoll-rand Co.
Air Solution Group
PO Box 951358
Dallas, TX  75395-1358


Inland Concrete Construction
6869 Airport Dr. #400
Riverside, CA  92504

```
Inland Copy Systems
2386 W. Calle Celeste Dr.
Rialto, CA  92377


Inland Kenworth
3737 N. I-10 E.B.
Frontage Road
Tucson, AZ  85705


Inland Truck Parts
1021 North 59th Ave.
Phoenix, AZ  85043


Inland Truck Parts
5454 South 108 East Ave
Tulsa, OK  74146


Inland Truck Parts
1370 S. Hamilton Circle
Olathe, KS  66061


Inland Truck Parts
PO Box 170767
Irving, TX  75017


Inland Truck Parts
3609 Paris Road
Columbia, MO  65202


Inland Truck Parts
2300 North 9th St.
Salina, KS  67401
```

Inland Truck Parts & Service
201 E. Anderson Lane
Austin, TX   78752


Innotek Engineered Prod
Department 7003
Carol Stream, IL   60122-7003


Innovative Home Technology, Inc.
PO Box 24656
Federal Way, WA   98093


Insight
6820 South Harl Ave.
Tempe, AZ   85283-4318


Instant Fire Protection Co.
P.O.Box 7103
Salem, OR   97303-0036


Instrument Sales & Service, Inc.
16427 N.E Airport Way
Portland, OR   97230


Int'l Union Of Operating Engineers
Local Union No. 701
555 1st St
Gladstone, OR   97027-2501


Int'l Union Of Operating Engineers
Local Union No. 302 & 612
PO Box 34205
Seattle, WA   98124-1205

```
Int'l Union Of Operating Engineers
Local Union No. 101
6601 Winchester Ave Ste 280
Kansas City, MO  64133-4678


Int'l Union Of Operating Engineers
Local Union No. 370
PO Box 3386
Spokane, WA  99220-3386


Int'l Union Of Operating Engineers
Local Union No. 370
Southern Idaho Ofc
Pocatello, ID  83204-1284


Int'l Union Of Operating Engineers
Local Union No. 400
PO Box 5929
Helena, MT  59604-5929


Int'l Union Of Operating Engineers
Local Union No. 101
PO Box 870860
Kansas City, MO  64187-0860


Int'l Union Of Operating Engineers
Local Union No. 324
22260 Haggerty Rd Ste 350
Northville, MI  48167-8984


Integra Telecom
PO Box 3034
Portland, OR  97208-3034
```

Integrity Structures LLC
P.O. Box 435
Battle Ground, WA  98604


InterCity
P.O.Box 82405
Kenmore, WA  98028


Intercontinental Terminals
PO Box 698
Deer Park, TX  77536


Intermountain C.N.S.,LLC
1314 South 500 East,STE 21
PO Box 526065
Salt Lake City, UT  84152-6065


Intermountain Concrete Spec.
PO Box 27364
Salt Lake City, UT  84127-0364


Intermountain Contractor
P.O.Box 75242
Chicago, IL  60675-5242


Intermountain Electric
1125 South 300 West
Salt Lake City, UT  84101


Intermountain Fuse Supply Inc.
2220 S. Main St.
Salt Lake City, UT  84115

Intermountain Gas Co.
PO  Box 64
Boise, ID  83732


Intermountain Gas Company
PO Box 64
Boise, ID  83732


Intermountain Medical Group
PO Box 79052
Phoenix, AZ  85062-9052


Intermountain Physical Therapy
554 N. Steelhead Way #162
Boise, ID  83704


Intermountain Toxicology Collections
3161 Baron Lane Unit E
Rifle, CO  81650


Intermountain WorkMed- Salt Lake
P.O.Box 30180
Salt Lake City, UT  84130-0180


Intermountain WorkMed-Cedar City
962 South Sage Dr.
Cedar City, UT  84720


Intermountain WorkMed-Layton
1992 W 2000 N Suite 2B
Layton, UT  84041

```
Intermountain WorkMed-Murray
P.O.Box 30180
Salt Lake City, UT  84130-0180


Intermountain WorkMed-Ogden
1355 W 3400 S.
Ogden, UT  84401


Intermountain WorkMed-Orem
P.O.Box 30180
Salt Lake City, UT  84130-0180


Intermountain WorkMed-St. George
385 N. 3050 E.
Saint George, UT  84790


Internal Revenue Service
Ogden, UT  84201-0039


Internal Revenue Service
ACS Support
PO Box 24017
Fresno, CA  93779-4017


Internal Revenue Service
Austin, TX  73301


Internal Revenue Service
Cincinnati, OH  45999-0039


Internal Revenue Service
ACS Support, STOP 813G
PO Box 145566
Cincinnati, OH  45250-5566
```

Internal Revenue Service
Atlanta, GA  39901


Internal Revenue Service
PO Box 1236
Charlotte, NC  28201-1236


Internal Revenue Service Center
Ogden, UT  84201-0013


Internal Revenue Service, District SPS
1999 Broadway
MS 5012 DEN
Denver, CO  80202-3025


International Belt & Rubber Supply
4132 B Place NW
Auburn, WA  98001-2446


International Parking -Violations Dept.
505 5th Ave. S Ste P1
Seattle, WA  98104


InternetYellowPages.com
6737 S. 85th East Ave.
Tulsa, OK  74133


Interstate (Roofing- Siding- Windows- Gu
15065 SW 74th Ave
Portland, OR  97224

Interstate Battery
System of Utah
786 S 950 W
Woods Cross, UT  84087-2078


Interstate Battery of Boise
P.O.Box 1348
Meridian, ID  83680


Interstate Battery System of Idaho
412 Eastland Drive South
Twin Falls, ID  83301


Interstate Billing Service
Dept 1265
P.O.Box 2153
Birmingham, AL  35287-1265


Interstate Billing Service
Dept 1265
PO Box 2153
Birmingham, AL  35287-1265


Interstate Billing Service
Dept. 1265 P.O. Box 2153
Birmingham, AL  35287-1265


Interstate Concrete Pumping, Inc.
11180 Vallejo Ct.
French Camp, CA  95231


Interstate Energy, Inc.
7000 E.58th Ave Unit J
Commerce City, CO  80022

Interstate Energy, Inc.
685 S. Main St.
Brighton, CO   80601


Interstate Hydraulcs Inc.
4272 West Nike Drive
West Jordan, UT   84088


Interstate Hydraulics Inc.
P.O.Box 202384
Dallas, TX   75320-2384


Interstate Hydraulics Inc.
4272 West Nike Drive
West Jordan, UT   84088


Interstate Hydraulics Inc.
8227 South 4300 West
West Jordan, UT   84088


Interstate Hydraulics Inc.
P.O. Box 909
West Jordan, UT   84084


Interstate Special Events
1518 NE Lombard Place
Portland, OR   97211


Interstate Steel & Supply, Inc.
2725 East Red Cliffs Dr.
Saint George, UT   84790

Interstate Towing
P.O. Box 20486
Phoenix, AZ   85036


Interstate Truck Repair, Inc.
4190 HWY 21
Brooklyn, IA   52211


Interstate Turbo
P.O. Box 359
Commerce City, CO   80037


Intertech Fluid Power Inc.
PO Box 3018
Grapevine, TX   76099-3018


Intralinks
PO Box 414476
Boston, MA   02241-4476


IOS Capital
P.O. Box 650016
Dallas, TX   75265-0016


Iowa Dept. of Revenue
Withholding Tax Processing
PO Box 10411
Des Moines, IA   50306-0411


Iowa Dept. of Transportation
Office of Motor Carrier Services
PO Box 10382
Des Moines, IA   50306-0382

Iowa Division of Labor
1000 East Grand Ave.
Des Moines, IA  50319-0209


Iowa Falls Area Development Corp.
222 Oak Street
Iowa Falls, IA  50126


Iowa Falls Auto Body
822 Washington Ave
Iowa Falls, IA  50126


Iowa Falls Fire Extinguisher& Equip. Sal
P.O.Box 68
361 Sarah Ave
Iowa Falls, IA  50126-1922


Iowa Methodist Occupational Med.
Attn: AR
6000 University Ave
West Des Moines, IA  50266-8203


Iowa Secretary of State
Business Services Division
Lucas Building, 1st Floor
Des Moines, IA  50319


Iowa Workers Compensation Commission
Treasurer of the State of Iowa
1000 E Grand Ave
Des Moines, IA  50319-1020


Iowa Workforce Development
Attn: Tax Bureau
PO Box 4846
Des Moines, IA  50306-4846

IPC
P.O. Box 668307
Pompano Beach, FL  33066-8307


IR Specialty Foam, LLC
P.O.Box 2276
Tacoma, WA  98401


Ironhorse Concrete, L.P.
300 Ironhouse Dr.
Hutto, TX  78634


IRS - District Counsel
1244 Speer Blvd Ste 500
Denver, CO  80204-3583


Irvine Police Dept.
P.O.Box 19575
Irvine, CA  92623-9575


Irving I.S.D. Tax Office
2621 W. Airport Fwy
PO Box 152021
Irving, TX  75015-2021


Irving Rental Center Inc.
735 W. Shady Grove
Irving, TX  75060


Irving, City of - Water Utilities
P.O.Box 152288
Irving, TX  75015-2288

Island Concrete
7738 Yeomalt Pr Dr NE
Bainbridge Island, WA   98110


It's Just Concrete
515 East Carefree Hwy. #910
Phoenix, AZ   85085


ITS - Intergrated Telemanagement Service
PO Box 188
Simi Valley, CA   93062-0188


Ivey League Properties
4100 NW 45th St.
Oklahoma City, OK   73112


J & H General Maintenance, Inc.
P.O.Box 188
Mountain Home, AR   72654


j & L Industrial Supply
P.O.Box 382070
Pittsburgh, PA   15250-8070


J E Partnership
P O Box 23040
Overland Park, KS   66283


J G Concrete, Inc.
P.O.Box 8521
Midland, TX   79708-8521

J H Priddy
1455 S. Broadmour West
West Covina, CA  91790


J&A Industies, Inc.
14 South Ewing St
Kansas City, KS  66118


J&D Engineering
7440 Downing Ave
Bakersfield, CA  93308


J&E Supply & Fastener
PO Box 19466
Oklahoma City, OK  73129


J&W Homes
6115 Black Lake Belmore
Olympia, WA  98512


J's Communications, Inc.
1725 West Hwy. 140
Merced, CA  95340


J-2 Contracting Co.
PO Box 129
Greeley, CO  80632


J-8 Equipment Co.of Texas, Inc.
P.O.Box 224647
Dallas, TX  75222-4647

J.J. Keller & Assoc.
P. O. Box 548
Neenah, WI  54957-0548


J.R. Portable Sanitation
P.O. Box 1020
Lincoln, CA  95648


J.W. Magness Oil Co.LLC
P.O.Box 1113
Harrison, AR  72602-1113


JA Riggs Tractor Co.
P.O. Box 1399
Little Rock, AR  72203-1399


Jack Griggs, Inc.
P.O.Box 547
Exeter, CA  93221


Jack Pots Portables, Inc.
PO Box 1444
Lake Havasu City, AZ  86405


Jack W. Brundage
1037 4th Avenue N.
Kent, WA  98032


Jack Wilson Safety Consulant
668 White Clover Rd.
Strafford, MO  65757

Jack's Overhead Door, Inc.
P.O.Box 230368
Portland, OR  97281


Jack's Tire & Oil Inc.
PO Box 6337
Logan, UT  84341


Jack's Welding
3507 N CR 2000
Lubbock, TX  79415


Jackson EMC
P.O. Box 100
Jefferson, GA  30549-0100


Jackson National Life
Insurance Co.
PO Box 24008
Lansing, MI  48909-4008


Jacksons Motors
Heavy Duty Towing
2047 Rigsby Ave
San Antonio, TX  78210-4464


Jacobus Energy Inc.
11815 W. Bradley Rd.
Milwaukee, WI  53224


Jafco Concrete
P.O.Bo 546
Newberg, OR  97132

Jag Construction
P.O.Box 1493
Dodge City, KS   67801


James E. Coons
4388 W 150th Pl
Leawood, KS   66224-9500


James Lumber & Ace Hardware
19801 Viking Avenue NW
Poulsbo, WA   98370-8339


James Voegeli Construction Inc.
PO Box 520
Maize, KS   67101


James W. Hodges
4475 Mission Blvd Ste 216
San Diego, CA   92109-3968


JAN-PRO Cleaning Systems of Colorado
215 Union Blvd. Suite 210
Denver, CO   80228


Jardine Petroleum
P.O.Box 540730
North Salt Lake, UT   84054-0730


Jay's Shop Inc.
PO Box 1123
Temple, TX   76503

JB Dewar
PO Box 3059
San Luis Obispo, CA   93403-3059


JBR Environmental Consultant Inc
8160 South Highland Dr.
Sandy, UT   94093


JC Auto Electric
5100 W. 44th Avenue
Denver, CO   80212


JC Construction
67-325 Mission Court
Cathedral City, CA   92234


JD Campbell Construction
5434 Bluff St
Norco, CA   92860


JE Dunn Construction
3500 S. Gessner 200
Houston, TX   77063


Jean A. Keller, Ph. D.
1042 N El Camino Real Suite B-244
Encinitas, CA   92024


Jeff Mickelson Diesel Inc.
150 South 1200 West
Lindon, UT   84042

Jefferson County Clerk & Recorder
100 Jefferson County Pkwy, Room 2530
Golden, CO  80419


Jefferson Fine Home
9613 NE Evergreen Ave.
Bainbridge Island, WA  98110


Jenkins Concrete Pumpng
5410 N Barcus Ave.
Fresno, CA  93722-5067


Jenkins Sterling-Western Star
1845 E. Blaine
Springfield, MO  65803


Jennifer's Flowers
3127 W. Maple St.
Wichita, KS  67213-2423


Jeppson's Floral & Gift
205 West 400 N.
Provo, UT  84601


Jerry & Keith's
4517 Standard St.
Bakersfield, CA  93308


Jerry's Water Systems
PO Box 19136
Oklahoma City, OK  73144-0136

Jesse P. Taylor Oil Co.
3701 No. Sylvania at Long
Fort Worth, TX  76137


Jet Digital Printing & Signs
8821 W 21st North
Wichita, KS  67205


Jetstream Equipment Co.
437 NW Independence
Topeka, KS  66608


JG & Co.
PO Box 2457
Vancouver, WA  98668


JH Kelly
PO Box 2038
Longview, WA  98632


JH Medical Imaging PC
PO Box 9230
Jackson, WY  83002-9230


Jiffy Lube
Allied Lube Group
13803 Nacogdoches Rd
San Antonio, TX  78217-1281


Jiffy Lube / Sound Billing LLC
PO Box 620130
Middleton, WI  53562

Jim Gore
2888 SE Brookwood Ave
Hillsboro, OR   97123-8498


Jim Most Inc.
448 S. 127th Ave.
Tulsa, OK   74128


Jim Polk Safety Consulting
17546 N Thornwood Rd
Maricopa, AZ   85239


Jim's Crane Rental Service, Inc.
4401 West 65th Street
Little Rock, AR   72209


Jim's Lock & Safe Service
2005 N. 77th Street
Kansas City, KS   66104


Jim's Pacific Garages, Inc.
2708 N. Commercial Ave.
Pasco, WA   99301-9507


Jim's Towing Service
300 Terrace Way
Bakersfield, CA   93304


Jimmy's Janitorial Service
1122 Irwin Avenue
Fresno, CA   93706

JJ Investments
1196 Addison Ave W
Twin Falls, ID  83301-5452


JJ Investments, LLC
1196 Addison Ave. W.
Twin Falls, ID  83301


JL Construction
PO Box 549
Agua Dulce, TX  78330


JLS Concrete Pumping, Inc.
PO Box 667
Oak View, CA  93022


JMC Bobcat Services
1782 Lotus Rd.
Placerville, CA  95667


Job Concrete
7250 W. 118th Place
Broomfield, CO  80020


Jobing.com
4747 North 22nd St.  Suite 100
Phoenix, AZ  85016


Joe Bland Construction
13111 Desson Rd.
Austin, TX  78754

Joe Conroy COntractors, Inc.
PO Box 19326
Topeka, KS   66619-0326


Joe Jackson Transmission
9603 Avenue P
Lubbock, TX   79423


Joe Pat Enterprises, LLC
2049 E. Joyce Blvd. Ste 400
Fayetteville, AR   72703


Joe Shaw, LTD dba Medsafe
PO Box 1929
Marshall, TX   75671-1929


Joe Vasquez Mobile Tire Service
P.O.Box 31233
El Paso, TX   79931


Joe's Sports
9805 Boeckman Rd
Wilsonville, OR   97070


John A. Curtas, Attorney at Law
3275 S. Jones Blvd, Suite 105
Las Vegas, NV   89146


John W. Whistler
26 Oak Ave
Colorado Springs, CO   80906-3261

John's Plumbing Co.
1518 Washington Ave.
Deer Park, TX   77536


Johnson County Environmental
Sanitaion Division
11811 S Sunset Dr Ste 2700
Olathe, KS   66061-7062


Johnson County Treasurer
111 South Cherry St. Ste.#1500
Olathe, KS   66061


Johnson County Treasurer
PO Box 2902
Mission, KS   66201-1302


Johnson Oil Company
P.O. Drawer 1959
Gonzales, TX   78629


Johnson Power Systems
PO Box 351
Riverside, CA   92502-0351


Johnson Truck&Trailer of Lowel
124 W. Apple Blossom Ave.
Lowell, AR   72745


Johnson's Corner
2842 SE Frontage Rd
Johnstown, CO   80534-8739

Jones Concrete Pumping Service
5616 Pleasant View
Memphis, TN  38134


Jones Excavating & Hauling LLC
1150 Sanks
Cabool, MO  65689


Jones Paint & Glass-Counter
65 South 500 East
American Fork, UT  84003


Joplin Tri-State Business
PO Box 1472
Joplin, MO  64802


Jorgensen & Co.
2691 So. East Ave.
Fresno, CA  93706


Jorja Trading Inc.
C/O COURT OF BENTON CO AR - ROGERS DIVIS
1901 S Dixieland Rd
Rogers, AR  72758-6201


Josco Products
P.O. Box 936
San Antonio, TX  78294-0936


Joseph & Hollander, P.A.
500 N Market Street
Wichita, KS  67214

JP Morgan Chase Bank
4 Chase Metrotech Center, Floor 20
Brooklyn, NY  11245-0001


JRK Portable Welding
302 S. 7th
Mound City, KS  66056


JTB Construction
36503 Westech Road
Shawnee, OK  74804


JTL Group Inc.
Misscoula Division
PO Box 3028
Billings, MT  59103


Jubitz Fleet Services
PO Box 6989
Portland, OR  97228-6989


Jubitz Fleet Services
PO Box 6989
Portland, OR  97228-6989


Juson Dental
9013 Mhwy 99
Vancouver, WA  98665


Just Investments
370 Claiborne St.
Vidor, TX  77662

Just One More Song, LLC
513 E. Miller Road
Republic, MO  65738


Just Pumping Concrete Services
10181 North Umpqua Hwy
Roseburg, OR  97470


Just-Us Printers, Inc
P.O. Box 41
Springdale, AR  72765-0041


Justin's Collision Repair, Towing &
Recovery
PO Box 1491
Clinton, AR  72031-1491


Justis Automotive
1805 East Main St.
Visalia, CA  93291


JW & T
PO Box 211
Seminole, TX  79360


K & K Concrete
P.O.Box 578
Ridgway, CO  81432


K&C Concrete
1202 Ardinal
Pocasset, OK  73079

K&L Holdings
14025 Crabapple Rd
Golden, CO  80401-1432


K&L Holdings
14025 Crabapple Road
Golden, CO  80401


K&N Mobile Distribution System
4909 Rondo Drive
Fort Worth, TX  76106


K.C.D.S.G.
P.O.Box 552
Tracyton, WA  98393


KA-Comm. Inc.
326 South Clark St.
Salina, KS  67401


KAM Homebuilders, Ltd.
P.O.Box 1344
Temple, TX  76504


Kaman Industrial Tech.
File 25356
Los Angeles, CA  90074-5356


Kanox
P.O.Box 7430
Pasadena, CA  91109-7430

```
Kansas City Chiefs
PO Box 219432
Kansas City, MO  64121-9432


Kansas City Mack
Sales & Service, Inc.
PO Box 4920
Kansas City, MO  64120-0020


Kansas City Peterbilt
8915 Woodend
Kansas City, KS  66111


Kansas City Rubber Co.
1815 Prospect Avenue
Kansas City, MO  64127


Kansas City Star
P.O.Box 808876
Kansas City, MO  64180-8876


Kansas City, Missouri
City Treasurer-Revenue Division
PO Box 15623
Kansas City, MO  64106-0623


Kansas Concrete Cutting-Salina
P.O.Box 87-4800
Kansas City, MO  64187-4800


Kansas Department of Labor
401 SW Topeka Boulevard
Topeka, KS  66603-3182
```

Kansas Department of Revenue
Kansas Withholding Tax
915 SW Harrison Street
Topeka, KS  66625-1000


Kansas Dept. of Transportaion
c/o Newman, Reynolds & Riffel
PO Box 48410
Wichita, KS  67201-8410


Kansas Employment Security Fund
PO Box 400
Topeka, KS  66601-0400


Kansas Fire Equipment Co.
123 Osage
Wichita, KS  67213


Kansas Gas
 POBox 22158
Tulsa, OK  74121-2158


Kansas Gas Service
P.O.Box 22158
Tulsa, OK  74121-2158


Kansas Payment Center
Post Office Box 758599
Topeka, KS  66675-8599


Kansas Ready Mix
P.O.Box 4204
Wichita, KS  67204

Kansas Roll Off Division
P.O.Box 4204
Wichita, KS  67204


Kansas Secretary of State
First Floor, Memorial Hall
120 SW 10th Ave
Topeka, KS  66612-1594


Kansas Truck Center
PO Box 2927
Salina, KS  67402-2927


Kansas Turnpike Authority
PO Box 780007
Wichita, KS  67278-0007


Kansas.Gov
534 South Kansas Ave., Suite 1210
Topeka, KS  66603-3434


Kar Construction
1306 W. Brooks St
Ontario, CA  91762


Kar Products
Dept CH 14117
Palatine, IL  60055-4079


Kauffman Rentals
808 S County Road 9 E
Loveland, CO  80537-8880

Kaweah Lift Inc.
PO Box 4227
Visalia, CA  93278-4227


KC Cheer Booster Club
35260 W 146th St
Gardner, KS  66030


KCI Konecranes, Inc.
P.O.Box 641807
Pittsburgh, PA  15264-1807


KD Development
4641 Ingraham St.
San Diego, CA  92109


Kearns Towing, Inc.
2881 S. 3600 W.
Salt Lake City, UT  84119


Kearny Mesa Truck Center
5624 Kearny Villa Road
San Diego, CA  92123


Keep Washington Rolling
PO Box 2505
Seattle, WA  98111


Keith Brown Building Mat
PO Box 806
Salem, OR  97308-0806

Kellan's Motorworks
1501 SO Dearborn St.
Seattle, WA  98144


Keller Fire & Safety, Inc.
1138 Kansas Ave.
Kansas City, KS  66105


Kelley Trucking Inc.
6201 McIntyre Street
Golden, CO  80403


Kelly and Michael Lyon Family, LLC
P.O. Box 110
Silt, CO  81652


Kelly Dunn Construction
2524 Berwick Cir.
Salina, KS  67401


Kelly Harrison Inc.
PO Box 1076
Sherwood, OR  97140


Kelly Services, Inc.
1212 Solutions Center
Chicago, IL  60677-1002


Kelly Silvester P.C.
PO Box 1203
North Salt Lake, UT  84054

Kelly's Excavating
PO Box 846
Broomfield, CO  80038-0846


Ken Kool Inc.
15403 E. Skelly Dr.
Tulsa, OK  74116


Ken Schrock
6305 S Herren Rd
Partridge, KS  67566-9474


Ken's Tool & Supply Corp.
1751 Marlborough Ave.
Riverside, CA  92507-2055


KenKool, Inc.
PO Box 1800
Catoosa, OK  74015


Kennametal Inc.
Dept CH10392
Palatine, IL  60055-0392


Kennedy Hydraulics of Arizona
p.o.Box 20141
Phoenix, AZ  85036-0141


Kennedy Hydraulics Of Arizona
PO Box 20141
Phoenix, AZ  85036-0141

Kennedy Machine & Mfg., Inc.
11152 Shady Trail
Dallas, TX  75229


Kenney Engineering, Inc.
PO Box 40929
Santa Barbara, CA  93140


Kenosha Suspension Specialists
8920 58th Place Suite 500
Kenosha, WI  53144-7823


Kens' Body Shop
4130 Horizon Lane
San Luis Obispo, CA  93401


Kent Floral
1401 Central Ave. S.
Kent, WA  98032


Kent Oxygen Co., Inc.
P.O.Box 510
Kent, WA  98035-0510


Kentox-Kent Oxygen
P.O.Box 510
Kent,      98035-0510


Kentucky Division Of Child Support
PO Box 14059
Lexington, KY  40512-4059

Kenworth Central California
Corporate Office
2892 E Jensen Ave
Fresno, CA  93706-5111


Kenworth Northwest Inc. / Kenworth Alask
PO Box 98967
Seattle, WA  98198-0967


Kenworth Sales Co.
2125 S. Constitution Blvd.
Salt Lake City, UT  84119


Kenz & Leslie Distributing
P.O.Box 1066
Arvada, CO  80001-1066


Kern County California
Dept of Child Support
P.O. Box 2147
Bakersfield, CA  93303


Kern County Gas & Weld Supply
5831 Rosedale Hwy
Bakersfield, CA  93308


Kevin Hanah Const.
25914 Hwy 10, Suite B
Roland, AR  72135


Key Bank National Association
1675 Broadway Ste 200
Denver, CO  80202-4629

Key Equipment Finance, Inc.
1000 S McCaslin Blvd
Superior, CO  80027-9456


Key Evidence Lock&Safe
2343 W. Whitendale Ave.
Visalia, CA  93277


KeyBanc Capital Markets
Attn: Jason K. Black
1301 5th Ave 23rd Fl
Seattle, WA  98101-2603


KeyBanc Capital Markets
Attn: Tim Lennox
1301 5th Ave 23rd Fl
Seattle, WA  98101-2603


KeyBanc Capital Markets
Mailcode:  OH-01-27-0712
127 Public Sq
Cleveland, OH  44114-1217


Keystone Automotive Ind
615 West 1600 South
Springville, UT  84663


Keystone Concrete
P.O.Box 41450
Houston, TX  77241


Keystone Equip. Co.
1241 So. Lipan St.
Denver, CO  80223

KGH Occupational Health Services
P.O.Box 7243
Kennewick, WA  99336


KH Metals & Supply
2727 Main Street
Riverside, CA  92501


Kierre & Kierre
8908 Landers Rd.
Maumelle, AR  72113


Kiewit-Bilfinger
PO Box 31096
Seattle, WA  98131


Kiewit/FCI/Manson
P.O.Box 23223
Oakland, CA  94607


Kiewitt, Bilfinger, Berger
2016 SE Water Ave.
Portland, OR  97214


Kimball Midwest
Dept L-2780
Columbus, OH  43260-2780


Kimo Von Oelhoffen
PO Box 6004
Kennewick, WA  99336-0004

Kinco, Inc.
12600 Lawson Rd.
Little Rock, AR   72210


King Construction
P.O.Box 849
Hesston, KS   67062


King Construction & Overhead Door
1205 N. Oak Street
Iowa Falls, IA   50126


King County Dept of Licensing
500 4th Ave., Suite 401
Seattle, WA   98104-2393


King County Prop. Tax
500 Fourth Ave., Rm 600
Seattle, WA   98104-2387


King County Treasury
Room 600-500 Fourth Avenue
Seattle, WA   98104-2387


King's Mobile Lock Shop
P.O.Box 2202
Bremerton, WA   98310-0292


Kiran P Shah MD PA
PO Box 503202
Saint Louis, MO   63150-3202

Kirk Welding Supply, Inc. / Praxair Dist
1608 Holmes Street
Kansas City, MO  64108


Kitsap County District Court
614 Division St.
Port Orchard, WA  98366


Kitsap County Treasurer
Post Office Box 34303
Seattle, WA  98124-1303


Kitsap Garage Door Co.
PO Box 26
Silverdale, WA  98383-0026


Kitsap Ready Mix, Inc.
P.O.Box 698
Poulsbo, WA  98370


Kitsap Towing
P.O.Box 2033
5901 NE Minder Rd
Poulsbo, WA  98370-5804


KK Office Solutions, Inc.
3910 N. Bridgeport Circle
Wichita, KS  67219


KM Certified Welding
1322 Descanso Suite B
San Marcos, CA  92069

KNB Advertising
233 Granada Dr. Suite A
San Luis Obispo, CA  93401


Knife River
32260 Old Hwy 34
Tangent, OR  97389


Knight Janitorial Services, Inc.
901 Waterfall Way, Suite 307
Richardson, TX  75080


Knights Inn Hotel
4085 I-10 S.
Beaumont, TX  77705


Knoxville Medical & Industrial Clinic
4306 Asheville HWY
Knoxville, TN  37914


KO Manufacturing
P.O. Box 3574
Springfield, MO  65808-3574


Kolde Concrete Services
28630 Hwy 24
Saint Marys, KS  66536-9708


Kolmer Concrete Flatwork, Inc.
1162 Road 210
Emporia, KS  66801

Komatsu Forklift
1617 Terre Colony Ct.
Dallas,      75212


Komatsu Forklift Retail
20434 Susana Rd.
Long Beach, CA  90810


Korenek Group
P.O.Box 308
Lorena, TX  76655


Kotz, Sangster, Wysocki and Berg, P.C.
400 Renaissance Center, Suite 3400
Detroit, MI  48243


KPL
P.O. Box 758000
Topeka, KS  66675-8000


KPT Concrete Pumping, Inc
19510 Van Buren Blvd Ste. F3290
Riverside, CA  92508


Krazan & Associates, Inc.
215 West Dakota  Ave.
Clovis, CA  93612


Kroll Laboratory Specialists, Inc.
P.O.Box 54888
New Orleans, LA  70154

Kroonco Inc.
10310 NE 13th Ave
Vancouver, WA   98686


Kryger Glass Co.
P.O.Box 414258
Kansas City, MO   64141-4258


KSR 1217 LLC
P.O. BOX 948
Grantsville, UT   84029


KSR1217
PO Box 948
Grantsville, UT   84029-0948


KTM Transport Inc.
17232 Co. Hwy D-25
Alden, IA   50006


Kwik Kar Lube & Tune
1244 West Sunset
Springdale, AR   72764


L W Sunstrom
P.O.Box 893
Ravensdale, WA   98051


L&A Dump Service
11411 Canyon Shore Dr.
Humble, TX   77396

L. T. Sweeten Co.
29659 188th S.E.
Kent, WA  98042


L.A. Belting Co.
231 E. Alessandro Blvd. A#133
Riverside, CA  92508


L.G. Bless Concrete Const.
1535 E. Acequia, Suite B
Visalia, CA  93292


L.L. Langdon, Inc.
223 Broadway South
Buhl, ID  83316


L.M. Concrete Pumping
19 Rito Guicu
Santa Fe, NM  87507


La Hacienda Custom Homes
5400 Parmer Ln. #1117
Austin, TX  78727


La Quinta Inn & Suites Belton
229 West Loop 121
Belton, TX  76513


LA Quinta Inns Littile Rock North McCain
4311 Warden Road
North Little Rock, AR  72116

La Quinta Little Rock N.
4100 E. McCain Blvd.
North Little Rock, AR   72117


La Sher Oil Co.Inc.
P.O.Box 34002
Little Rock, AR   72203


LA&Sons Concrete Pumping
360 Promise Way
Hollister, CA   95023


Lablonde Development Corp.
10025 E. Dynamite Blvd. #101
Scottsdale, AZ   85262


Labor Enforcement Fund
PO Box 27679
Albuquerque, NM   87125-7679


Lacy Welding & Machine
9834 N. 44th E. Ave.
Sperry, OK   74073


LaFarge West Inc.
22252 Network Place
Chicago, IL   60673-1222


Lake City Trucks
1406 East 3950 South
Saint George, UT   84790

Lake City Trucks
322 S. 600 West
Heyburn, ID  83336


Lake Havasu City
2330 Mcculloch Blvd N.
Lake Havasu City, AZ  86403


Lakeview Rock Products, Inc.
P.O.Box 540700
North Salt Lake, UT  84054


Lakewood Leasing
PO Box 5774
Mohave Valley, AZ  86446


Lakewood Photo Enforcement Program
PO Box 76860
Cleveland, OH  44101-6500


Lamproe Construction Inc.
14747 W. 111th St.
Sapulpa, OK  74066


Larry's Towing & Recovery
14824 Sstate Hwy 13, Ste. B
Reeds Spring, MO  65737


Larsco, Inc.
PO Box 1127
Clackamas, OR  97015

Larson Equipment Co.Inc.
1950 Holly Ave
Lake Havasu City, AZ   86403


LaRue Distributing Inc.
P.O.Box 451119
Omaha, NE   68145-6199


LaRusso Concrete Co.
6101 W 11th Ave
Denver, CO   80214


Las Colinas Medical Center
P.O.Box 406225
Atlanta, GA   30384-6225


LaSalle National Leasing Corp.
1294 Paysphere Circle
Chicago, IL   60674


Laurie B. Williams Trustee
225 N. Market STE 310
Wichita, KS   67202


Law Offices of Randell C.Lyon
2101 West Tulare Ave.
Visalia, CA   93277


Lawson Products Inc.
2689 Paysphere Circle
Chicago, IL   60674

Lazer-Trac
212 NE 50th Ave.
Portland, OR   97213


LDC Collection Systems
P.O.Box 30087
Los Angeles, CA   90030-0087


Leaf Fund III
P.O.Box 644006
Cincinnati, OH   45264-4006


Leah Carlette Croft
C/O TEXAS CSDU
PO Box 659791
San Antonio, TX   78265-9791


Leaman Building Materials, Inc.
PO Box 80
Thompsons, TX   77481


Lease Crutcher  Lewis
107 Spring St.
Seattle, WA   97104-1052


Lee Castello
PO Box 50515
Casper, WY   82605-0515


Lee's Service
1445 I Street
Reedley, CA   93654

Legacy Propane
401 Alexander Ave.
Tacoma, WA  98421


Lehrer's Flowers
3191 W. 38th Ave.
Denver, CO  80211


Lemay Mobile Shredding
2910 Hogum Bay Rd. NE
Olympia, WA  98516-3133


Lenard's Concrete Pumping, Inc
PO Box 3342
Gilbert, AZ  85299-3342


Lenny's Concrete Pumping
P.O. Box 5622
Buena Park, CA  90622-5622


Leonard Petroleum Equipment
PO Box 170219
Boise, ID  83717-0219


Les Olson Co.
PO Box 65598
Salt Lake City, UT  84165-0598


Les Olson Company
3244 S 300 W
Salt Lake City, UT  84115-3411

Les Olson Company
P.O.Box 65598
Salt Lake City, UT  84165-0598


Les Schwab Warehouse Center
Attn:  Central Billed Dept.
PO Box 7125
Bend, OR  97708-7125


Lew-Structures
1879 W. Ham Rapids St.
Meridian, ID  83646


Lewan & Associates
P.O. Box 22855
Denver, CO  80222


Lewis Brisbois Bisgaard & Smith LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA  90012


Lewis Collision Center
PO Box 8430
Springdale, AR  72764


Lewis Crane & Hoist, LP
P.O.Box 531060
Grand Prairie, TX  75053-1060


Lewis Street Glass Co. Inc
743 South Market
Wichita, KS  67211

Lewis-Goetz and Co., Inc.
P.O.Box 895
Pittsburgh, PA  15230-0895


Lewisville, City of-Ambulance Service
P.O.Box 292997
Lewisville, TX  75029-2997


LexisNexis Mathew Bender
PO Box 7247-0178
Philadelphia, PA  19170-0178


Liberty Auto Glass, Inc.
PO Box 1231
Liberty, MO  64068


Liberty Northwest Insurance Corp.
P.O.Box 8041
Wausau, WI  54402-9905


Liberty Press Springfield LLC
1721 W. College
Springfield, MO  65806


Lifestyle Home Group
1354 S. Ridge Rd.
Wichita, KS  67209


LifeWise Assurance Co.
P.O. Box 34310
Seattle, WA  98124-1310

```
Light Bulb Depot-03-047703
P.O. Box 2363
Sarasota, FL  34230-2363


Linbeck Group*
PO Box 22500
Houston, TX  77227


Linc Service
4818 S 40th St
Phoenix, AZ  85040-2940


Linc Service Co.
4818 South 40th St.
Phoenix, AZ  85040


Lincoln Builders
P.O.Box 368
Belfair, WA  98528


Lindas Flowers, Inc.
1303 E. Battlefield
Springfield, MO  65804


Lindemuth Inc
125 SW Gage Blvd
Topeka, KS  66606


Line-X Of Seattle
7110 E. Marginal Way S.
Seattle, WA  98108
```

Links Copnstruction, LLC
101 N Austin St. #1
Denton, TX   76201


Linweld Inc.
100 B East Ave. A
Salina, KS  67401


Lisle Pottorff
125 Essex Pl
Kalispell, MT  59901-6846


Lithko Contracting Inc.
P.O.Box 270
Monroe, OH  45050


Littlefield Oil Co.
3403 Cavanaugh Road
Fort Smith, AR  72908


Livingston International
P.O.Box 950
Buffalo, NY  14213


LM Construction
11308 NE 149th St. #A
Brush Prairie, WA  98606


Lockshop Safe & Vault
4528 W. Diablo Dr.
Las Vegas, NV  89118

Lone Star Bank
2700 Bee Caves Rd Ste 100
Austin, TX  78746-5678


Lonesome Dove Concrete Pumping LLC
1059 Amsterdam Rd.
Belgrade, MT  59714


Longfellow Drilling Inc.
RR 1  Box 126
Clearfield, IA  50840


Longhorn Alignment
4739 Lucky Lane
Dallas, TX  75247


Longley Diesel & Equip Service
4509 PR 6310
Lubbock, TX  79415


Longshot Enterprises, LLC
824 N. 9th Street
Salina, KS  67401


Lott Brothers
P.O. Box 203594
Austin, TX  78720


Louisiana Department of Revenue
P.O. Box 91017
Baton Rouge, LA  70821-9017

Louisiana Dept of Revenue
PO Box 201
Baton Rouge, LA   70821-0201


Louisiana Dept of Transportation
Accounting Section
PO Box 94245
Baton Rouge, LA   70804-9245


Louisiana Dept. of Labor
Office of Regulatory Services
PO Box 94050
Baton Rouge, LA   70804-9050


Louisiana Dept. of Social Services
(DSS)
PO Box 260222
Baton Rouge, LA   70826-0222


Louisiana Escort Service, Inc.
PO Box 6172
Lake Charles, LA   70606


Louisiana Secretary of State
PO Box 94125
Baton Rouge, LA   70804-9125


Love, Beal & Nixon, P.C.
Post Office Box 32738
Oklahoma City, OK   73123


Lowe's
P.O.Box 530954
Atlanta, GA   30353-0954

Lower Valley Energy
PO Box 188
Afton, WY  83110


Lower Valley Glass
P.O.Box 976
Thayne, WY  83127


Lowry Ace Hardware
975 W. Prince Road
Tucson, AZ  85705


Lowther Johnson Attorneys at Law
901 St. Louis Street, 20th Floor
Springfield, MO  65806


Lozier
1203 114th Ave.SE
Battle Ground, WA  98604


Lu's Lighthouse
9220 Norwalk Blvd.
Santa Fe Springs, CA  90670


Lubbock Bolt Bin
3608 Ave. A
Lubbock, TX  79404


Lubbock Central Appraisal Dist.
1715 26th Street
PO Box 10568
Lubbock, TX  79408-3568

Lubbock Fire Extinguisher Service
P.O.Box 16821
Lubbock, TX  79490


Lubbock Power & Light
City of Lubbock Utilities
PO Box 10541
Lubbock, TX  79408-3541


Lubbock Welding Supply Inc.
4005 Avenue  A
Lubbock, TX  79404-2899


Lubbock Wrecker Service
P.O.Box 3834
Lubbock, TX  79452


Lubrication Engineers Inc.
PO Box 16025
Wichita, KS  67216


Lubrication Equpiment & Supply Co.
3526 E Broadway Rd
Phoenix, AZ  85040


Luna's Glass Works
1806 S. St. Mary's
San Antonio, TX  78210


Lyda-Swinerton Builders
12400 Hwy 281 N., Ste. 200
PO Box 791070
San Antonio, TX  78279-1070

Lyle Salmans
21421 SE 219 Rd
Jetmore, KS  67854-5428


Lynden Transport Inc.
P.O.Box 3725
Seattle, WA  98124-3725


Lyon Family, LLC
PO Box 110
Silt, CO  81652-0110


M & A Welding Supply Co., Inc.
PO Box 759
Cartersville, GA  30120


M & D Supply Inc.
4580 College St.
Beaumont, TX  77707


M S Properties
Post Office Box 65099
Salt Lake City, UT  84165


M&I Marshall & Ilsley Bank
800 W 47th St
Kansas City, MO  64112-1251


M&I Marshall & Ilsley Bank
PO Box 3114
Milwaukee, WI  53201-3114

M&S Rentals, LLC
P.O. Box 3931
Flagstaff, AZ  86003


M&US Concrete
P.O.Box 11604
Lubbock, TX  79408


M-K Enterprises
2308 Rainbow Ave N
Lake Havasu City, AZ  86403-3838


M-K Enterprises
2308 Rainbow AVenue
Lake Havasu City, AZ  86403


M. Ortiz Trucking
3019 Sandy Point Rd.
Bryan, TX  77807


M.A. Mortenson Company
700 Meadow Ln N
Minneapolis, MN  55422-4817


M6 Concrete Accessories
1030 S. McComas St.
Wichita, KS  67213


MA Mortenson Construction
300 Plaza Dr #300
Littleton, CO  80129

```
Mac Tools - Don Johnson, Distributor
23460 130th Ave. S.E.
Kent, WA  98031
```

```
Mac Tools-Thomas Sondenaa
2105 SE Eagle Ave.
Gresham, OR  97080
```

```
Mac's Cooling & Exhaust
6147 SE Foster Rd.
Portland, OR  97206
```

```
Mach1 Air Services, Onc.
1530 W. Broadway Rd.
Tempe, AZ  85282
```

```
Machines & Methods, Inc.
P.O.Box 6217
Bellevue, WA  98008
```

```
Mack of Nashville, LLC
Dept 1265
P.O.Box 2153
Birmingham, AL  35287-1265
```

```
Mack Truck Sales of Tulsa
5301 W. 60th St South
Tulsa, OK  74107
```

```
Macnak Construction
20752 Rd. A 3 NW
Soap Lake, WA  98851
```

MacVan Productions
929 W Colorado Ave.
Colorado Springs, CO  80905


Madden Industrial Craftsmen, Inc.
Oakesdale Commerce Center, Bldg. W2
1000 SW 34th St Ste D
Renton, WA  98057-4805


Madison & Mitchell
7310 W. McNab Rd., Suite 107
Fort Lauderdale, FL  33321


Magic Valley Towing Inc.
1805 Asterloh Ave
Twin Falls, ID  83301


Mainline Concrete Pumping LLC
4676 Commercial St SE #120
Salem, OR  97302-1902


MAK Towing
6301 Oakland Ave NE
Albuquerque, NM  87113-2451


Mak Towing
6301 Oakland
Albuquerque, NM  87113


Makita U.S.A., Inc.
PO Box 60459
Los Angeles, CA  90060-0459

Mallories Dairy
PO Box 720
Silverton, OR  97381


Malone Construction
1608 S. Washington
Wichita, KS  67211


Managed Prescription Program
10860 N. Mavinee Dr.
Tucson, AZ  85737


Manhatten Construction
1601 Ivy LN.
Arlington, TX  76011


Manifest Funding Services
1450 Channel Parkway
Marshall, MN  56258


Mantek
P.O. Box 971269
Dallas, TX  75397-1269


Map Lady (The)
P.O.Box 68603
Seattle, WA  98168


Mapsco
P.O.Box 972558
Dallas, TX  75397-2558

Marc Nelson Oil Products
P.O.Box 7135
Salem, OR  97303


Marcal Lifting Products Co.
P.O. Box 477
Alton, IL  62002


Maricopa County Treasurer
PO Box 52133
Phoenix, AZ  85072-2133


Marimon Business Systems
7300 N. Gessner
Houston, TX  77040-3144


Marina Martinez Barrera
C/O TEXAS CSDU
PO Box 659791
San Antonio, TX  78265-9791


Marion County, Treasury  Dept.
PO Box 14500
Salem, OR  97309-5036


Marion District Court
PO Box 717
Flippin, AR  72634


Mark Close Roofing
399315 W 3900 Road
Ramona, OK  74061

Mark D. Perison, P.A.
PO Box 6575
Boise, ID  83707-6575


Mark Dernell Tile Inc.
6931 E. Costilla Pl.
Englewood, CO  80112


Marlow Concrete Pumping
c/o Marcia's Bookkeeping Service
17 E State St
Algona, IA  50511-2633


Marmon/Keystone Co.
P.O. Box 96657
Chicago, IL  60693-6657


Marriott Rock Products
5238 W. 2150 N.
Ogden, UT  84404


Marshall's
4110 Olympic St
Springfield, OR  97478


Maryland Child Support Services
PO Box 17396
Baltimore, MD  21297-1396


Masco Petroleum, Inc.
PO Box 43
Aberdeen, WA  98520

Mascott Equipment
435 NE Hancock
Portland, OR  97212


Masonry Group The
8188 Lincoln Ave. #100
Riverside, CA  92504


Masons Supply Co.
P.O.Box 42367
Portland, OR  97242


Master Rooter Plumbing
PO Box 208
Meridian, ID  83680


Master Shaft Inc.
2020 West Grant St.
Phoenix, AZ  85009


Masthead Hose & Supply
P.O.Box 861777
Orlando, FL  32886-1777


Masthead Industries
PO Box 861777
Orlando, FL  32886-1777


Matco Tools
1231 Weeping Willow
San Antonio, TX  78232

Matco Tools
5823 Llano Ave.
Dallas, TX  75206


Material Management
P.O.Box 7258
Woodland Park, CO  80863


Matt's Copier Service
5122 W Iris Ct.
Visalia, CA  93277


Mattax Neu Prater Eye Center Inc.
1265 East Primrose
Springfield, MO  65804


Mattson Distributing Co.
11711 Fairview Ave
Boise, ID  83713


Maumelle Family Practice Clinic
1701 Club Manor Suite 2
Maumelle, AR  72113


Maxair
11450J Huron
Denver, CO  80234


Maxim Crane Works LP
Lockbox # 774389
4389 Solutions Center
Chicago, IL  60677-4003

Maximum Electrical Services, LLC
9310 Meadow Vista Blvd.
Houston, TX  77064


Maxwell Supply of Tulsa
1719 N. Sheridan
Tulsa, OK  74115


Maxxom Communications
13442 Lindsey Rd.
Cypress, TX  77429


Mayflower Transit, LLC
One Mayflower Dr.
Fenton, MO  63026-1350


MBI Industrial Medicine
3501 West Osborn Road
Phoenix, AZ  85019


MBI Occptnl Healthcare
3501 West Osborn Road
Phoenix, AZ  85019


McAlvain Leasing, Inc.
5559 W. Gowen
Boise, ID  83709


MCAQD - Maricopa County Air Quality Depa
501 N 44th St, Ste 200
Phoenix, AZ  86008

MCC Drug & Alcohol, Inc.
1236 N. 7th St.
Grand Junction, CO  81501


McCandless Internatl Trucks
3780 Losee Road
North Las Vegas, NV  89030


McCandless of Arizona
2202 South Central Ave.
Phoenix, AZ  85004


McCann Construction
PO Box 481
Renton, WA  98057


McCarty Properties, LLC
710 McCarty Drive
Houston, TX  77029


McCollom Construction
518 State St.
Augusta, KS  67010


McCoy Freightliner
P.O. Box 17218
Portland, OR  97217-0218


McCoy Freightliner of Portland
P.O.Box 17218
Portland, OR  97217-0218

McCoy Sales Corporation
PO Box 270088
Littleton, CO  80127-0001


McDe's Concrete Pumping, Inc.
P.O.Box 4043
Orange, CA  92863


McDe's Rock Pumps, Inc.
PO Box 5974
Orange, CA  92863


McDowell Wrecker Service, Inc.
4007 E. Kearney
Springfield, MO  65803


McEvoy Oil Co.
PO Box 28400
Bellingham, WA  98228-0400


McFadden-Dale Hardware Co.
4647 S. 32nd Street
Phoenix, AZ  85040


McGraw Hill Const.
P.O. Box 2242
Carol Stream, IL  60132-2242


McGraw Hill Const.
7625 collection center dr
Chicago, IL  60693-0076

McGraw Hill Const.
7625 Collection Cntr Dr.
Chicago, IL  60693-0076


McGraw Hill Const.
7625 Collection Center Dr.
Chicago, IL  60693-0076


McGuire Bearing Co.
947 SE Market St.
Portland, OR  97214-3574


McGuire Tire, LLC
603 South First St.
Temple, TX  76504


McGuire Woods
Attn: Accounts Receivable
901 E Cary St
Richmond, VA  23219-4030


MCI
PO Box 371838
Pittsburgh, PA  15250-7838


MCI Comm Service
27732 Network Pl
Chicago, IL  60673-1277


McKinstry Co.
P.O.Box 24567
Seattle, WA  98124

McKnight's Emergency Wrecker
Service Inc
Hwy 71 N
West Fork, AR  72774-0002


McLendon Hardware
715 Lind Ave SW.
Renton, WA  98057


McLendon Hardware
23662 104th Ave. SE
Kent, WA  98031


McLeodUSA
PO Box 3243
Milwaukee, WI  53201-3243


MDT-Mobile Drug Testing Service Inc
PO Box 18232
Phoenix, AZ  85005


Medcenter South
Box 22063 Dept 0289
Tulsa, OK  74121-2063


Medical Associtaes of NWA / Mediserve Wa
PO Box 10197
Fayetteville, AR  72702


Medical Center Central (The)
1100 N. Main Street
Hutchinson, KS  67501

```
Medical Cntr S. Arkansas
P.O.Box 844205
Dallas, TX  75284-4205


Medical Ctr of Lewisville
500 W. Main
Lewisville, TX  75057


Medical Imaging of Dallas
PO Box 814129
Dallas, TX  75381-4129


MedUSA Concrete Pumping Co.
P.O.Box 590
Franklin, TN  37065


Memphis & Shelby County Port Commission
1115 Riverside Blvd
Memphis, TN  38106-2504


Memphis Business Journal
PO Box 36759
Charlotte, NC  28254-3763


Memphis Light Gas & Water
PO Box 388
Memphis, TN  38145-0388


Merced Depart. Of Child Support Services
PO Box 3199
Merced, CA  95344-1199
```

Mercycare Community Physicians
P.O.Box 1824
Cedar Rapids, IA   52406


Merit Construction
3020 S. 96th St
Lakewood, WA   98499


Merle's Automt Supply
PO Box 27126
Tucson, AZ   85726-7126


Mesa County Clerk & Recorder
544 Rood Ave
Grand Junction, CO   81501


Messerly Concrete
P.O.Box 3106
Ogden, UT   84409


Metal Supermarkets
22029 70th Ave. South
Kent, WA   98032-1911


Metal Supermarkets Dallas
1216 Dolton Dr. Suite 101
Dallas, TX   75207


Metalmart, Inc.
P.O. Box 440
Lehi, UT   84043-0440

Metaltest Inc.
1205 5th Ave South
Kent, WA  98032


Metcalf & Son Const.
16570 Lawrence #1232
Marionville, MO  65705


Metric & Multistandard
120 Old Saw Mill River Rd.
Hawthorne,      10532-1599


Metro Truck Sales, Inc.
Dept. 1265
PO Box 2153
Birmingham, AL  35287-1265


Metro Water Services
P.O.Box 305225
Nashville, TN  37230-5225


Metroplex Welding  Sup.
1970 W. Norhtwest Hwy.
Dallas, TX  75220


MFA Oil Company
PO Box 805521
Kansas City, MO  64180-5521


MHC Kenworth Dallas
PO Box 879269
Kansas City, MO  64187-9269

```
MHC Kenworth Salina
PO Box 879269
Kansas City, MO  64187-9269


MHC Kenworth/Olathe
P.O.Box 415046
Kansas City, MO  64141-5046


Michelin North America
12398 Collections Center Dr.
Chicago, IL  60693-0009


Michigan Dept. of Treasury
Lansing, MI  48922


Michigan Dept. of Treasury
Dept. 77003
Detroit, MI  48277-0003


Microtel Inn & Suites-Tulsa
16518 East Admiral Place
Tulsa, OK  74116


Mid Kansas Cooperative Association
P.O. Box D
Moundridge, KS  67107


Mid South Sales
3701 Stagecoach Rd
Jefferson, AR  72079


Mid West Truck Parts&Service
5075 Cook Street
Denver, CO  80216
```

Mid-Continent Concrete Co.
P.O.Box 3878
Tulsa, OK  74102-3878


Mid-Kansas Tool & Electric
P.O. Box 251
Salina, KS  67402-0251


Mid-South Sales, Inc.
243 CR 414
Jonesboro, AR  72404


Midco Companies
9101 W. Carpenter Frwy
Dallas, TX  75247


Midland Power Coop
P.O.Box 420
Jefferson, IA  50129-0420


Midland Power Cooperative
PO Box 420
Jefferson, IA  50129-0420


Midland Precast
P.O.Box 50287
Midland, TX  79710-0287


Midtex Oil, L.P.
PO Box 310339
New Braunfels, TX  78131-0339

Midwest Bearing & Chain Co.
P.O.Box 227
Broken Arrow, OK  74013-0227


Midwest Econo Sales
17863 Means Rd.
La Monte, MO  65337


Midwest Hose & Specially, Inc.
P.O.Box 96558
Oklahoma City, OK  73143-6558


Midwest Internal Medicine
1840 Mesquite Ave St. B
Lake Havasu City, AZ  86403


Midwest Motor Express Inc.
Box 1496
Bismarck, ND  58502


Midwest Paging
405-C West Hwy, C
Purdy, MO  65734


Midwest Wheel Companies
PO Box 1461
Des Moines, IA  50305-1461


Mike Ballard
6187 S. Riverbend Rd.
Springfield, MO  65810

Mike's Auto Parts Connection, Inc.
1144 SE Centennial Court, #B
Bend, OR   97702


Mike's Tire & Oil
P.O.Box 670
Milford, UT   84751


Mike's Wrecker Service
Hwy 13 & 54 Junc.
PO Box 16
Collins, MO   64738-0016


Mile-Hi Truck Transmissions
5300 W 56th Ave.
Arvada, CO   80002


Mileage Masters Store 17
Dept 237
PO Box 21228
Tulsa, OK   74121-1228


Miles Sand & Gravel
P.O.Box 130
Auburn, WA   98071-0130


Mill Supply Company
P.O.Box 12216
Salem, OR   97309


Miller Sanitation
PO Box 1562
Thayne, WY   83127

Millican
160 NW Beaver Rdg Ln
Poulsbo, WA  98370-9112


Milstead Automotive
29707 W. Hawthorne
Spring, TX  77386


Milty's Septic Svc., Inc.
9375 s 259TH E Ave.
Broken Arrow, OK  74014


Minnesota Child Support Payment Center
PO Box 64306
Saint Paul, MN  55164-0306


Mirage Recovery Service
8051 Rosemary St.
Commerce City, CO  80022-4910


Miranda Homes
17223 SE Royer Rd.
Damascus, OR  97089


MISDU
State of MI Family Division
PO Box 30350
Lansing, MI  48909-7850


Mishko Foundations
P.O.Box 2465
Gig Harbor, WA  98335

Missile Enterprises
PO Box 3076
Cheyenne, WY  82003-3076


Missile Enterprises LLC
PO Box 3076
Cheyenne, WY  82003


Mission Industries
1070 Gauge Ave.
Lake Havasu City, AZ  86403


Mission Linen Supply
Dba Mission Linnen & Uniform Service
1010 Avenue R
Grand Prairie, TX  75050-1505


Mississippi Dept of Transportation
Financial Mgmt Division - Permit Section
PO Box 3649
Jackson, MS  39207-3649


Mississippi Dept. of Employment Security
P.O. Box 22781
Jackson, MS  39225-2781


Mississippi Employers Withholding Tax Re
P.O. Box 23075
Jackson, MS  39225-3075


Missman Stanley & Associates, PC
1011 27th Ave.
PO Box 6040
Rock Island, IL  61204-6040

```
Missouri American Water
PO Box 94551
Palatine, IL  60094-4551


Missouri Concrete Association
MCA
PO Box 392
Jefferson City, MO  65102-0392


Missouri Department of Revenue
P.O. Box 999
Jefferson City, MO  65108-0999


Missouri Department of Revenue
PO Box 329
Jefferson City, MO  65107-0329


Missouri Dept of Revenue- Taxation Burea
PO Box 840
Jefferson City, MO  65105-0840


Missouri Dept. of Revenue
Taxation Bureau
P.O.Box 385
Jefferson City, MO  65105-0385


Missouri Director of Revenue
PO Box 555
Jefferson City, MO  65105-0555


Missouri Division of Employment Security
PO Box 888
Jefferson City, MO  65102-0888
```

Missouri Secretary of State
PO Box 778
Jefferson City, MO  65102-0778


MIT, Inc.
P.O.Box 907
Lampasas, TX  76550


MJH Builders
1750 California Ave. #202
Corona, CA  92881


MMW Fabrication Ltd.
P.O. Box 217
Hurst, TX  76053


MNIGuide to Washington Businesses
1633 Central St.
Evanston, IL  60201


Mobile Mini LLC
PO Box 79149
Phoenix, AZ  85062-9149


Mobile Modular Mgmt Corp.
PO Box 45043
San Francisco, CA  94145-0043


ModSpace
Banc of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL  60693-0126

Modular Space Corp.
12603 Collection Center Dr.
Chicago, IL  60693


Modular Space Corporation (ModSpace)
16200 Central Commerce Dr
Pflugerville, TX  78660-2032


Mohave Market Place
5480 HWY 95 South
Fort Mohave, AZ  86426


MoKan Communications
629 South Santa Fe
PO Box 375
Chanute, KS  66720-0375


Monarch Ford
132 North D St.
Exeter, CA  93221


Monarch Media Group
3665 Dove Rd.
Port Huron, MI  48060


Monarch Utilities I, LP (PMCK14)
PO Box 4149
Cedar Park, TX  78630


Monitronics
8628 Innovation Way
Chicago, IL  60682-0086

Montana Department of Revenue
PO Box 6309
Helena, MT  59604-6309


Montana Secretary of State
PO Box 202801
Helena, MT  59620-2801


Montano Development
3131 Zuni St.
Denver, CO  80211


Moody's KMV Company
PO Box 116647
Atlanta, GA  30368-6647


Morcon Inc.
3070 East Post Rd.
Las Vegas, NV  89120-2789


Morris Brothers Custom Embroidery Inc.
12101 West Farm Rd. 60
Ash Grove, MO  65604


Mortenson
700 Meadow Ln. #N
Minneapolis, MN  55422


Mortenson, M.A.
1621 18th St, Ste 400
Denver, CO  80202

Moss Bros.Ford
1900 W. Valley Blvd
Colton, CA   92324


Motel 6
PO Box 651191
Charlotte, NC   28265-1191


Motion Industries
P.O. Box 98412
Chicago, IL   60693


Motor Oil Supply
1123 4th Avenue North
Kent, WA   98032


Motor Vehicle Division
P.O. Box 5188
Santa Fe, NM   87504-5188


Motor Vehicle Division - Arizona
1801 W. Jefferson St.
Mail Drop 516m
Phoenix, AZ   85007


Motor Vehicle Division - New Mexico
PO Box 25129
Santa Fe, NM   87504


Mountain Radiology, P.C.
PO Box 2010
Glenwood Springs, CO   81602

Mountain State Employ. Council
PO Box 539
Denver, CO  80201-0539


Mountain West Radiology
PO Box 1210
Tooele, UT  84074-1210


Mountain West Truck Center
1475 W. 2100 S.
Salt Lake City, UT  84119


Mountain West Truck Center
1475 W 2100 S.
Salt Lake City, UT  84119


Mountain West Worx
P.O.Box 60000
San Francisco, CA  94160


Mountainland Supply Co.
P. O. Box 10
Orem, UT  84059


Mowana Big Game Hunting
1830 South Virgina Street
Reno, NV  89502


MPower Communications
P.O.Box 60767
Los Angeles, CA  90060-0767

MRS Fiberglass & Rubber Products, Inc.
341 E. Brooks Road
Memphis, TN  38109


MS Society
Connor Estes
5646 S Paula Ave
Springfield, MO  65810-2102


MSC Industrial Supply Co. Inc.
Dept CH 0075
Palatine, IL  60055-0075


MSO Seals & Gaskets
P.O. Box 5407
Katy, TX  77491


MSV Limited
P.O.Box G
Nederland, TX  77627


MT CSED
Wage Withholding Unit
PO Box 8001
Helena, MT  59604-8001


Mt. Hood Chemical
4444 NW Yeon Ave.
Portland, OR  97210


Mt. Hood Solutions
14546 N. Lombard St.
Portland, OR  97203-6462

Muhme
PO Box 770952
Steamboat Springs, CO  80477-0952


Multiquip Inc.
23688 Network Pl
Chicago, IL  60673-1633


Multnomah County
Division of Assessment & Taxation
PO Box 2716
Portland, OR  97208-2716


Multnomah County Tax Collector
Post Office Box 2716
Portland, OR  97208-2716


Municipal Services Bureau
CTRMA Processing
PO Box 16777
Austin, TX  78761-6777


Murphy Concrete Pump Co., Inc.
P.O. Box 109
Ravenden, AR  72459


Music Mountain Spring Water
PO  Box 2252
Birmingham, AL  35246-0051


Mustang Concrete Pumping
P.O.Box 4702
Ontario, CA  91761

MWB Business Systems
File 50897
Los Angeles, CA  90074-0897


Myers Pumping Co.
PO Box 800352
Santa Clarita, CA  91380


Nabholtz Const.
3301 N. 2rd St.
Rogers, AR  72756


NACM Business Credit Service
7410 So. Creek Road, Ste. 301
Midvale, UT  84047-0460


NACM Credit Services, Inc.
P.O.Box 12370
10670 Barkley St
Overland Park, KS  66212-1861


NAFA
PO Box 2108
Keller, TX  76244


NAME - SCH F
NAME LINE 2- SCH F
ADDRESS LINE - SCH F
CITY- SCH F,      ZIPCODE- S


Nampa & Meridian Irrigation Dist.
1503 First Street South
Nampa, ID  83651-4395

```
NAPA
2101 Hwy 224
Denver, CO  80229



Napa
P.O.Box 1867
Woodland, WA  98674



Napa
1124 W. Crawford St.
Salina, KS  67401



Napa  Auto
Los Angeles, CA  90074-6893



Napa - Black Diamond
30741 3rd Ave. SWT125
Black Diamond, WA  98010



Napa - Routt County Auto Parts
2550 Lincoln Ave.
PO Box 775709
Steamboat Springs, CO  80477-5709



NAPA - Sparks Auto Parts
1360 N. Lamar
PO Box 470
Oxford, MS  38655-0470



Napa Auto
Mogollon Auto Parts, LLC
330 W Deuce of Clubs
Show Low, AZ  85901-5817
```

Napa Auto
R.P.M. Auto Parts
265 E State Rd
American Fork, UT  84003-2434


Napa Auto
PO Box 848033
Dallas, TX  75284-8033


Napa Auto
80 W. Taylor St.
Meridian, ID  83642


Napa Auto
14 E Main St
PO Box 3157
Battle Ground, WA  98604-2942


Napa Auto
138 S Plum St
Fruita, CO  81521


Napa Auto
301 E St. George Blvd
Saint George, UT  84770


Napa Auto
Los Angeles, CA  90074-6893


Napa Auto
2250 South Hwy 97
Redmond, OR  97756

Napa Auto
2944 University Ave.
Riverside, CA   92507


Napa Auto
137 N. Valencia Blvd.
Woodlake, CA   93286


Napa Auto
Cheyenne Auto Parts, Inc.
4675 Polaris Ave Ste C
Las Vegas, NV   89103-5642


Napa Auto
PO Box 409043
Atlanta, GA   30384-9043


Napa Auto
526 S. Oak St.
Iowa Falls, IA   50126


Napa Auto
1524 Business Loop 70 East
Columbia, MO   65201


Napa Auto
124 N. Lake Havasu Ave.
Lake Havasu City, AZ   86403


Napa Auto
A&M Parts,   LLC
PO Box 445
Spearville, KS   67876-0445

```
Napa Auto / All-Star Auto Parts
PO Box 4478
Bedford, WY  83112-0478


Napa Auto dba Grand Canyon Auto Supply I
1865 E. Butler Ave.
Flagstaff, AZ  86001


Napa Auto Parts
McCoy Auto Parts
395 S Ocoee St
Cleveland, TN  37311-5950


Napa Auto Parts
Double RR and D
949 Railroad Ave
Rifle, CO  81650-3513


Napa Auto Parts
Routt County Auto Parts
PO Box 775709
Steamboat Springs, CO  80477-5709


Napa Genuine Auto Parts
311 E. Valley Blvd.
Colton, CA  92324


Napa WestBay Auto Parts
2610 SE. Mile Hill Dr.
Port Orchard, WA  98366


NAPA-Genuine Parts Co.
P.O.Box 848033
Dallas, TX  75284-8033
```

NAPA-Jayhawk Auto
1124 W. Crawford St.
Salina, KS  67401


Narum Concrete
2027 Carl St.
Walla Walla, WA  99362


Nashville Electric Service
1214 Church Street
Nashville, TN  37246-0003


National Business Listings
130 Church Street #367
New York, NY  10007


National Collections Services Co.
6560 N Scottsdale Rd., Suite E-101
Paradise Valley, AZ  85253


National Construction Rentals
PO Box 4503
Pacoima, CA  91333-4503


National Home Centers
P.O.Box 789 HWY 265 North
Springdale, AR  72765


National Home Centers
P.O.Box 789
Springdale, AR  72765

National Imaging Systems
PO Box 3395
Van Nuys, CA  91407


National Safety, Inc.
6910 South 196th St.
Kent, WA  98032


National Telecom
734 James Street
Maize, KS  67101-9643


NationSearch
11160 Huron St.#201
Denver, CO  80234


Nationsearch.com LLC
3879 E. 120th Ave. #338
Denver, CO  80233


Nationwide Flood Insurance Program
PO Box 70306
Charlotte, NC  28272-0306


Nationwide Ins.Co. of America
1100 Locust Dept. 5595
Des Moines, IA  50391-5595


Nationwide Mutual Fire Insurance Co.
Flood Insurance Processing Center
PO Box 410013
Salt Lake City, UT  84141-0013

Naylor Concrete
821 SW 66th St.
Oklahoma City, OK   73139


NC Power Systems/ NC Machinery
PO Box 58201
Seattle, WA   98138-1201


NC Sturgeon LP
PO Box 60708
Midland, TX   79711


NCT Construction
24836 SW 65th Ave.
Tualatin, OR   97062


ND State Disbursement Unit
P.O. BOX 7280
Bismarck, ND   58507


NDT International, Inc.
711 Creek Road
West Chester, PA   19382


Nebar Hose & Fittings
4778 Shilshole Ave. NW
Seattle, WA   98107


Nebraska Child Support Payment Center
PO Box 82890
Lincoln, NE   68501-2890

Nebraska Dept of Revenue
P.O.Box 98915
Lincoln, NE  68509-8915


Nebraska Secretary of State
Room 1301 State Capitol
PO Box 94608
Lincoln, NE  68509-4608


Necco Coffee
1001 East 11th Street
Kansas City, MO  64106


Neil Fisher
4878 S Delaware Dr
Apache Junction, AZ  85220-7159


Neopost
P.O.Box 45800
San Francisco, CA  94145-0800


Neopost Leasing
PO Box 45822
San Francisco, CA  94145-0822


Neopost Leasing, Inc.
3400 Bridge Pkwy Ste 201
Redwood City, CA  94065-1195


Nese Aiumu Design-LLC
10624 28th Ave SW
Seattle, WA  98146-1926

Netcom Corporation
1740 S. 135, Suite 120
Carrollton, TX  75006


Network Concrete Pumping
2162 Candlelight Cirlce
Corona, CA  92880


Network Recruiting Corporation
PO Box 970817
Dallas, TX  75397-0817


Nevada Bolt &and Hose
PO Box 531463
Henderson, NV  89053


Nevada Dept of Taxation
PO Box 52674
Phoenix, AZ  85072-2674


Nevada Dept. of Motor Vehicles
555 Wright Way
Carson City, NV  89711-0600


Nevada Dept. of Taxation
Sales/Use
PO Box 52674
Phoenix, AZ  85072-2674


Nevada Power
PO Box 30086
Reno, NV  89520-3086

Nevada Transit & Laser
5720 South Arville St., Suite #110
Las Vegas, NV  89118


Nevada Unclaimed Property
State of Nevada
555 E Washington Ave Ste 4200
Las Vegas, NV  89101-1070


Never Alone On Hold
Frank G. Pival
PO Box 76
Kingston, WA  98346-0076


New Concepts Auto Service, Inc.
P.O.Box 20123
Spokane, WA  99204


New England Bus. Serv, Inc. (NEBS)
PO Box 88042
Chicago, IL  60680-1042


New Horizons CLC of Denver, Inc.
P.O. Box 677574
Dallas, TX  75267-7574


New Legacy Corp.
P.O.Box 1917
Rancho Cucamonga, CA  91729


New Mexico
Department of Workforce Solutions
PO Box 2281
Albuquerque, NM  87103-2281

New Mexico - Taxation & Revenue Departme
PO Box 25128
Santa Fe, NM  87504-5128


New Mexico - Taxation & Revenue Dept.
Motor Vehicle Division - Commercial Vehi
PO Box 5188
Santa Fe, NM  87502-5188


New Mexico Public Regulation Commision
Corporations Bureau
PO Box 1269
Santa Fe, NM  87504-1269


New Mexico Taxation & Revenue Dept.
PO Box 2527
Santa Fe, NM  87504-2527


New Mexico Trucking Assn., Inc.
4809 Jefferson NE
Albuquerque, NM  87109


New View Windshield Repair
7805 W. 62nd Ave.
Arvada, CO  80004


Newell
3121 W Liberty Tree Ln
Tucson, AZ  85741-1542


Nexair
P.O. Box 125
Memphis, TN  38101-0125

Nextel / Sprint
PO Box 4181
Carol Stream, IL  60197-4181


Nextran Truck Center - Kennesaw
1414 Shiloh Rd.
Kennesaw, GA  30144


Nextran Truck Center-Atlanta
780 Memorial Drive S.E.
Atlanta, GA  30316


NH Dept of Health and Human Services
Regional Processing Center
PO Box 9501
Manchester, NH  03108-9501


Nichols Concrete Equip. Co., Inc.
P.O.Box 454
Saginaw, AL  35137


Nicholson Engineering Co.
680 E. 11th Street
PO Box 1006
Tacoma, WA  98401-1006


Nilco Enterprises, Inc.
Environmental Services
PO Box 540607
Dallas, TX  75354-0607


Nixa Hardware & Seed
PO Box 1560
Nixa, MO  65714

NMAPC
1501 Lee Highway Suite 202
Arlington, VA  22209


NMTA
4809 Jefferson NE
Albuquerque, NM  87109


Noble Howze Family Trust
19474 Enos Lane
Bakersfield, CA  93312


Norco, Inc.
PO Box 15299
Boise, ID  83715


Norman- Spencer Agency, Inc.
8075 Washington Village Dr.
Dayton, OH  45458


North American Plywood
12343 Hawkins St.
Santa Fe Springs, CA  90670


North Carolina Child Support
PO Box 900012
Raleigh, NC  27675-9012


North Coast Elect Co.
PO Box 34399
Seattle, WA  98124-1399

North Pacific Supply Co.
16250 S.E. Evelyn St.
Clackamas, OR   97015


North SP Family Med Walk
2619 N. Kansas Ave.
Springfield, MO   65803


North Star MDWCA
P.O.Box 1120
Aztec, NM   87410


North Texas Orthopedis
2535 Ira E Woods Ave
Grapevine, TX   76051


North Texas Tollway Authority
Customer Service Center
PO Box 260928
Plano, TX   75026-0928


North Valley Emergency Phsicians LLC
PO Box 430
Spanish Fork, UT   84660-0430


North Vue Motel
509 Poplar Street
Avon, SD   57315


North Washington
Street Water & Sanitation Dist
3172 E 78th Ave
Denver, CO   80229-6120

North West Medical
c/o Gugielmo & Associates
PO Box 41688
Tucson, AZ  85717-1688


Northern Concrete
P.O.Box 550243
Dallas, TX  75355-0243


Northern Energy - Everett
PO Box 846
Snohomish, WA  98291-0846


Northern Gillette Warehouse Condos, LLC
9226 Teddy Lane Suite 100
Littleton, CO  80124


Northwest Arkansas Home
Builders Association
PO Box 6187
Springdale, AR  72766-6187


Northwest Cascade
P.O. Box 73399
Puyallup, WA  98373


Northwest Concrete
P.O.Box 1271
Chehalis, WA  98532


Northwest Drive Train Service
11432 FM529
Houston, TX  77041

Northwest Emergency Phys., Inc.
P.O.Box 740021
Cincinnati, OH   45274-0021


Northwest Equipment Sale
PO Box 16510
Boise, ID   83715


NorthWest Handling Systems Inc
PO Box 34936
Dept 3051
Seattle,        98124-1936


Northwest Industrial Equipment
22023-70th Avenue South
Kent, WA   98032


Northwest Laborers - Employees Trust Fun
PO Box 34143
Seattle, WA   98124


Northwest Landscape Services
P.O.Box 864
Woodinville, WA   98072


Northwest Mailing, Inc.
6017 N Julia St.
Spokane, WA   99217


Northwest Oil Solutions
P.O. Box 1261
Washougal, WA   98671

Northwest Pump & Equipment
2800 NW 31st Avenue
Portland, OR  97210


Northwest Steel & Pipe, Inc.
Post Office Box 11247
Tacoma, WA  98411-0247


Nova Health Care
110 Cypress Station, Suite 280
Houston, TX  77090


Nova HealthCare Centers
110 Cypress Station Suite 280
Houston, TX  77090


Novak General Contractor
PO Box 597
Yucaipa, CA  92399


Nu Era Technologies, Inc.
P.O.Box 59223
Renton, WA  98058-2223


Nuvox Comm.of Missouri
PO Box 580010
Charlotte, NC  28258-0010


Nuvox Communications
PO Box 580010
Charlotte, NC  28258-0010

Nuway Inc.
8992 Jurupa Rd.
Riverside, CA  92509


NW Business Journal
2790 S. Thompson
Springdale, AR  72764


NW Natural
PO Box 6017
Portland, OR  97228-6017


NW Quality Construction
3103 NE Rocky Butte Rd.
Portland, OR  97220


NWB Technology, LLC
dba Bolinder Company
1830 Highway 112
Tooele, UT  84074-9846


O M Concrete
10970 Arrow Route #103
Rancho Cucamonga, CA  91730


O'Reilly Auto Parts
PO Box 790098
Saint Louis, MO  63179-0098


O'Rings and Things
14546 Hawthorne Ave
Fontana, CA  92335-1143

O'Rourke Petroleum Products & Solutions
PO Box 200910
Houston, TX   77216-0910


O'Shea Memorial Clinic
P.O. Box 310
Jetmore, KS   67854


Oak Tree Inn
Lodging Enterprises Inc
8080 E Central Ave Ste 180
Wichita, KS   67206-2371


Oak Tree Inn/Penny's Diner
1731 S. Sunridge Dr.
Yuma, AZ   85364


Oakland Lubrication Co.
POBox 679
Nixa, MO   65714


OakLeaf Enterprises, Inc dba Fas-Break G
PO Box 5279
Tucson, AZ   85703-0279


Oakleaf Glass Enterprises Inc.
DBA Oakleaf Auto Glass Co.
PO Box 5991
Tucson, AZ   85703-0279


Obayashi Corp.
2742 6th Place South
Seattle, WA   98134

Occ Health Centers  of Georgia
P.O.Box 82730
Atlanta, GA  30354-0730


Occ-Med Associates of Lubbock
25 Briercroft Office Park
Lubbock, TX  79412


Occ. Health Center of SW
P.O.Box 975287
Dallas, TX  75397-5287


OccMed Associates Medical Group, PA
#25 Briercroft Office Park
Lubbock, TX  79412


Occupational Care Team
4002 Technology Center
Longview, TX  75605


Occupational Health Care, Intl
1234 West So.Jordan Parkway, Ste.A
South Jordan, UT  84095


Occupational Health Network
1161 Deadwood Ave. Ste 9
Rapid City, SD  57702


Occupational Health Partners LLC
1101 E. Republic
Salina, KS  67401

Occupational Health Serv.
3600 Lind Ave SW Ste 170
Renton, WA  98057


Occupational Medicine Assoc of Kitsap
10513 Silverdale Way NW, Ste 101
Silverdale, WA  98383


Occupational Medicine Dept.
Mountain Medical Group
1302 NE 3rd St
Bend, OR  97701-4333


Occupational Testing, Inc.
P.O.Box 1246
Brookshire, TX  77423


OCONNOR
2200 North Loop West, Suite 200
Houston, TX  77018


Off Beach Concrete Pumping
PO Box 1580
Florence, OR  97439


Office of Recovery Services
Post Office Box 45011
Salt Lake City, UT  84145-0011


Office of the Guardian Ad Litem
P.O. Drawer 551269
Dallas, TX  75355-1269

```
Office of the Guardian/POB 452
Ad Litem
PO Box 452
McKinney, TX  75070-8138


Office Team
PO Box 60000
San Francisco, CA  94160-3484


OfficeScapes
PO Box 975066
Dallas, TX  75397-5066


OG&E Elec Srv.
PO Box 24990
Oklahoma City, OK  73124-0990


OG&E Elec Srv.
P.O. Box 24990
Oklahoma City, OK  73124-0990


Ogallala Ready Mix Co.
P.O.Box 178
Ogallala, NE  69153


Ogburn's Truck Parts of Dallas
PO Box 4630
Fort Worth, TX  76164-0630


Ogburn's Truck Parts-San Antonio
P.O.Box 4630
Fort Worth, TX  76164-0630
```

```
Ogden City Utilities
133 W 29th St.
Ogden, UT  84401-3534



Ogletree, Deakins, Nash, Smoak & Stewart
P.O. Box 89
Columbia, SC  29202



OHC of the S.W. (CO)
P.O.Box 9009
Broomfield, CO  80021



Ohio Child Support Payment Central
PO Box 182394
Columbus, OH  43218-2394



Oil Filter Service Co.
615 S.E. Market Street
Portland, OR  97214-3522



Oil Patch Petroleum, Inc.
1526 North Padre Island Dr.
Corpus Christi, TX  78408



OK Centralized Support Registry
P.O, Box 268809
Oklahoma City, OK  73126-8809



OKK Equipment II, LLC    &
ACI Concrete Placement Of Kansas, LLC
14510 Parallel Ln
Basehor, KS  66007-4000
```

Oklahoma Corp. Commission
Transportation Division
PO Box 52000
Oklahoma City, OK  73152-2000


Oklahoma Corporation Commission
Jime Thorpe Building / Attn: Room 238
PO Box 52000
Oklahoma City, OK  73152-2000


Oklahoma Employment Security Commission
PO Box 52004
Oklahoma City, OK  73152-2004


Oklahoma Fleet Services, Inc
645 W. 4 ST#1
Tulsa, OK  74107


Oklahoma Natural Gas
Acct# 211018140 1715378 82
Dept 1234
Tulsa, OK  74186-0002


Oklahoma Natural Gas
P.O.Box 268826
Oklahoma City, OK  73126-8826


Oklahoma Safety Council
4323 NW 63rd
Oklahoma City, OK  73116


Oklahoma State Treasurer
State Of Oklahoma
4545 N Lincoln Blvd Ste 106
Oklahoma City, OK  73105-3413

Oklahoma State Troopers Magazine
8801 South Olie, Bldg 2
Oklahoma City, OK  73139


Oklahoma Tax Commision
Post Office Box 26930
Oklahoma City, OK  73126-0930


Oklahoma Turnpike Authority
PO Box 960029
Oklahoma City, OK  73196-0001


Oklahoman, The
PO Box 268881
Oklahoma City, OK  73126-8881


Oli Vibrator
4070 Buford Highway, Suite 5
Duluth, GA  30096


Olin Engineering, Inc.
15592 Computer Lane
Huntington Beach, CA  92649


Olive Concrete
PO Box 1117
Olalla, WA  98359


Olson Law Office
P.O. Box 3898
Salt Lake City, UT  84110

Olympia Sand & Gravel Company
Post Office Box 1517
Olympia, WA  98507


Olympic Collections Inc.
16040 Christensen Rd STE 214
Seattle, WA  98188


Omaha Standard Distribution
P.O. Box 30025
Omaha, NE  68103-1125


Omnex
74-1833 Coast Meridian Road
Port Coquitlam,     V3C 6G5


On-Site Fuel Service
Dept AT49997
Atlanta, GA  31192-9997


One Source - Phoenix
4422 E University Dr.
Phoenix, AZ  85034


One Source Supply Center
10885 Washington Blvd
Culver City, CA  90232


Oregon Commercial Heating Inc.
P.O.Box 1080
Molalla, OR  97038

Oregon Concrete & Aggregate Producers As
737 13th St. SE
Salem, OR  97301


Oregon Department Of Justice
Child Support Accting Unit
PO Box 14506
Salem, OR  97309-0420


Oregon Department of Revenue
PO Box 14725
Salem, OR  97309-5018


Oregon Department of Transportation
Motor Carrier Transportation Branch
550 Capitol St NE
Salem, OR  97301-2529


Oregon Dept of Revenue
Post Office Box 14800
Salem, OR  97309-0920


Oregon Dept of Transportation
Motor Carrier Transportation
550 Capitol St NE
Salem, OR  97301-2530


Oregon Dept. Of Transportation
Vehicle Registration Unit
PO Box 5330
Salem, OR  97304-0330


Oregon Electric Group
1010 SE 11th Ave.
Portland, OR  97214

Oregon Employment Tax Unit-02
PO Box 4395
Portland, OR  97208-4395


Oregon Screed Services, LLC.
7355 22 Ave. N
Salem, OR  97303


Oregon Secretary of State
Corp. Division
PO Box 4353
Portland, OR  97208-4353


Oregon, Dept of Consumer & Business Serv
Revenue Services Section
PO Box 14610
Salem, OR  97309-0445


Orem Community Hospital
P.O.Box 30180
Salt Lake City, UT  84130-0180


Orena Construction
9200 Forney Ave.
Dallas, TX  75227


Orkin Exterminating
PO BOX 426
Broomfield, CO  80038


Orkin Exterminating
PO Box 426
Broomfield, CO  80038-0426

Orkin Exterminating Company, Inc.
PO Box 426
Broomfield, CO  80038-0426


Osburn Contractors
1917 Copper St.
Garland, TX  75042


Ott's Friction Supply
201 N. Columbia Blvd.
Portland, OR  97217


Otto Rosenau & Associates, Inc.
6747 Martin Luther King Jr. Way S.
Seattle, WA  98118-3216


Out of the Woods Enterprises
791 West 425 North
Lindon, UT  84042


Overhead Door Co of Colorado Springs
1205 Ford St.
Colorado Springs, CO  80915-2998


Overhead Door Co.
PO Box 580997
Tulsa, OK  74158-0997


Overhead Door Co.of Lubbock
P.O. Box 16624
Lubbock, TX  79490

Owen David
PO Box 866
Aztec, NM  87410-0866


Oxford Suites
12226 N. Jantzen Dr.
Portland, OR  97217


Ozark Crane
6619 Spurgeon Rd.
Neosho, MO  64850


Ozark Fluid Power, Inc.
10801 E. Otter Creek Blvd.
Mabelvale, AR  72103


Ozark Mountain Energy, Inc.
P.O. Box 391
Mount Vernon, MO  65712


Ozarka
PO Box 856680
Louisville, KY  40285-6680


Ozarka -Eureka Water Co
P.O.Box 26730
Oklahoma City, OK  73126


Ozarka Natural Spring Water
PO Box 856680
Louisville, KY  40285-6680


Ozarka Water & Coffee Service        (25
Oklahoma City, OK  73126-0730

Ozarko Tire Center
P.O. Box 1087
West Plains, MO  65775


P & S Truck Center
161 East Valley Blvd.
Rialto, CA  92376


P.M. Testing Laboratory, Inc.
3921 Pacific Hwy East
Tacoma, WA  98424


P.O. Machine L.L.C
1910 West Price Street
Tucson, AZ  85705


Pace Pacific
3731 E. University Dr.
Phoenix, AZ  85034


Pace Setter Excavating L.L.C.
5515 E. Huffman Dr.
PO Box 596
Kechi, KS  67067-0596


Pacheco's OTR Tire Service
2357 Spring Dr.
PO Box 692
Lakeside, AZ  85929-0692


Pacific Air Control, Inc.
11812 North Creek PKWY. N.  Ste 104
Bothell, WA  98011

Pacific Concrete Pumping
1031 14th Pl. W
Kirkland, WA  98033


Pacific Disposal
PO Box 11630
Tacoma, WA  98411-6630


Pacific Fluid Systems, LLC
12403 NE Marx Street
Portland, OR  97230


Pacific Insurance Agency
8306 N. Wall Street -  Suite A
Spokane, WA  99208


Pacific Medical, Inc.
P.O.Box 149 1326048893
Tracy, CA  95378


Pacific Northwest Collect.Inc
819 Pacific Ave
Tacoma, WA  98402


Pacific Office Automation
14747 NW Greenbrier Pkwy
Beaverton, OR  97006


Pacific Office Automation
1064 4th Ave South
Seattle, WA  98134

Pacific Power
1033 NE 6th Ave.
Portland, OR  97256-0001


Pacific Power Products
P.O.Box 640
Ridgefield, WA  98642-0640


Pacific Power Tech
P.O. Box 79421
City of Industry, CA  91716-9421


Pacific Rainier
6330 Homestead Ln.
Olympia, WA  98506-1500


Pacific Rubber Inc.
6720 East Marginal Way South
Seattle, WA  98108


Pacific Torque, Inc.
18060 Des Moines Memorial Dr. S.
Seattle, WA  98148-1950


Paco Ventures LLC
P.O.Box 3742
Seattle, WA  98124


Page & Associates, LLC
6541 E 27th Place
Tulsa, OK  74129-6113

Page Brake Warehouse
PO Box 27687
Salt Lake City, UT  84127-0687


Painters Supply
2688 Cherry Ave.
Salem, OR  97303


Pak View Storage
2702 East Yampa
Colorado Springs, CO  80909


Palomar Mtn Spring Water
1270 W. Mission Rd.
Escondido, CA  92029


Panhandle Tire & Rubber Co.
2400 SW 15th St.
Oklahoma City, OK  73108


Pape Material Handling
PO BOX 5077
Portland, OR  97208-5077


Park Place Mini Storage, Inc.
55 Evelyn Lane
Reeds Spring, MO  65737


Parkhouse Tire Inc.
PO Box 2430
Bell Gardens, CA  90202

Parman Energy Corp.
MSC 30208
P.O. Box 415000
Nashville, TN  37241-5000


Parsons
P.O.Box 1730
Sumner, WA  98390


Parsons Concrete Equip.Co.
10 Timberidge Dr.
Lake Wylie,      29710


Parts Distribution Services, Inc.
991 Governor Dr. Suite 101
El Dorado Hills, CA  95762


Parts Plus
Westside Auto Supply
56 Prado Rd
San Luis Obispo, CA  93401-7313


Parts Plus Summit
12811 Canyon Rd East Suite#4
Puyallup, WA  98373


Partsmaster
PO Box 971342
Dallas, TX  75397-1342


Party Stuff of Arizona
5311 West Glendale Ave.
Glendale, AZ  85301

Paso Robles Truck Center
PO Box 2053
Paso Robles, CA   93447


Patricia Lear-Johnson, Attorney at Law
401 W. 58 Highway
PO Box 316
Raymore, MO   64083-0316


Patriot On Site
800 Evandale Rd
Burleson, TX   76028


Paul's Tempe Hardware
2845 N Scottsdale Rd
Scottsdale, AZ   85257


Payment Processing Center
505 S. Buena Vista, STE 201
Corona, CA   92882-1901


Payne Oil Company Inc.
P.O.Box 671
Salina, KS   67402-0671


PCI - Compliance Service Dept.
2865 Metropolitan Place
Pomona, CA   91767


PCL
15405 SE 37th St, Suite 200
Bellevue, WA   98006

PDCPages
135 South Mountain Way Dr.
Orem, UT  84058


Peachtree Office Furniture
6540 Tara Blvd.
Jonesboro, GA  30236


Peak Concrete Pumping
P.O.Box 1150
Silverthorne, CO  80498


Peak Construction Material
9547 South 500 West
Sandy, UT  84070


Peak View
2702 E Yampa St
Colorado Springs, CO  80909-5041


Pedernales Electric Coop.
PO Box 1
Johnson City, TX  78636


Penco Oil Company
PO Box 659
Tyler, TX  75710


Peninsula Fire Extinquisher Sv
P.O.Box 1744
Poulsbo, WA  98370

People Bridge
1441 Eighteenth Street, Suite 200
Denver, CO  80202


People's Capital And Leasing Corp.
255 Bank St
Waterbury, CT  06702-2219


People's Capital and Leasing Corp.
255 Bank Street, 4th Floor
Waterbury, CT  06702


People's Community
Credit Union
PO Box 764
Vancouver, WA  98666-0764


PepBoys Auto
830 Military Drive S. E.
San Antonio, TX  78214


Pepsi-Cola
P.O. Box 75948
Chicago, IL  60675-5948


Performance Lubricants &
Chemicals Inc.
PO Box 95311
Oklahoma City, OK  73143-5311


Performance Repair
1404 S W 40th St.
Pendleton, OR  97801

Performance Truck -Texas
1263 U.S. Hwy 59 North
Cleveland, TX  77328


Perkins Coie
Centralized Accounting Dept.
1201 3rd Ave 40th Fl
Seattle, WA  98101-3099


Perryton Equity Exchange
P.O.Drawer 889
Perryton, TX  79070


Personnel Concepts
PO Box 3353
San Dimas, CA  91773-7353


Personnel Concepts
P.O.Box 5750
Carol Stream, IL  60197-5750


PESCO
P.O.Box 2049
Port Townsend, WA  98368


Pest Off Exterminators, LLC
PO Box 2306
Claremore, OK  74018


Pestinger Heating & Air Conditioning Inc
125 E. Avenue A
South Industrial Area
Salina, KS  67401

Pete's Towing Service
PO Box 98783
Seattle, WA  98198


Peterbilt of Las Vegas
P.O. Box 335070
North Las Vegas, NV  89033


Peterson Bros Construction/PBC
1560 W Lambert Rd
Brea, CA  92821


PeterStaats_PhotoDesign
1150 San Bernard
Austin, TX  78702


Petra Concrete, Inc.
P.O.Box 7372
Redlands, CA  92375


Petro Card
720 Central Ave S
Kent, WA  98032-6109


PetroCard
P.O.Box 34243
Seattle, WA  98124-1243


Petrol Services, Inc.
219 West 40th Street
Garden City, ID  83714

Petroleum Storage Tank Fund
PO Box 83720
Boise, ID  83720-0044


Pettit Oil
820 Myrtle St
Hoquiam, WA  98550-4236


Pettit Oil Co.
PO Box 24303
Seattle, WA  98124-0303


PG&E
Box 997300
Sacramento, CA  95899-7300


Pharaoh's Foundations
114936 HWY 89 South
Alpine, WY  83128


Phelps Tire
PO Box 24968
Seattle, WA  98124-0968


Phil's Ticket Service
2616 Gobat Ave.
San Diego, CA  92126


Philco Lawn Service
Kyle Young, Owner
515 N Lynn Lane Rd
Catoosa, OK  74015-2604

Phillips 66
PO Box 689061
Des Moines, IA  50368-9061


Phoenix Exchange Truck Parts
Dept 1265
PO Box 2153
Birmingham, AL  35287-1265


Phoenix Fuel Co.
P.O.Box 52400
Phoenix, AZ  85072-2400


Phoenix Pest & Termite Control
PO Box 11067
Phoenix, AZ  85061


Phone Book The
260 W. St. George Blvd.
Saint George, UT  84770


Phone Directories Company
PO Box 2277
Orem, UT  84059-2277


Photo Tech Inc.
P.O.Box 28798
Saint Paul, MN  55128


Photo Vision
P.O.Box 6631
Kent, WA  98031

Phylcon Inc.
PO Box 1228
Lakeside, AZ  85929-1228


Pick-Em Up Truck Store-Visalia
PO Box 1287
Visalia, CA  93292


Piedmont Natural Gas
PO Box 533500
Atlanta, GA  30353-3500


Pierce County
615 So. 9th St. # 100
Tacoma, WA  98405-4673


Pierce County
c/o Alarm Tracking & Billing
PO Box 26364
Colorado Springs, CO  80936-6364


Pierce County Assessor
PO Box 11621
Tacoma, WA  98411-6621


Pierce County District Court
1902 96th St S
Tacoma, WA  98444-2808


Pierce County District Court
930 Tacoma Ave S Rm 601
Tacoma, WA  98402-2115

Pierce County Refuse
P.O.lBox 11630
Tacoma, WA  98411-6630


Pierce Properties
630 N. Leveritt
Fayetteville, AR  72701


Pigs Unlimited, Inc.
23802 FM 2978, Suite C-1
Tomball, TX  77375


Pikepass Customer  Srv Ctr
PO Box 268803
Oklahoma City, OK  73126-8803


Pima Welding Supply
P.O.Box 7423
Pasadena, CA  91109-7423


Pinnell Motor Inn
P.O.Box 313
Paris, IL  61944


Pipe Valve & Fitting Co.
PO Box 5806
Denver, CO  80217


Pirtek
P.O. Box 92009
Southlake, TX  76092

Pirtek
80 E. 64th Ave. Suite C
Denver, CO  80221


Pirtek Kent
22018 68th Ave. South
Building A
Kent, WA  98032


Pistol Petes
707 S. Washington
Great Bend, KS  67530


Pitney Bowes
PO Box 856042
Louisville, KY  40285-6042


Pitney Bowes
P.O.Box 856390
Louisville, KY  40285-6390


Pitney Bowes
PO Box 856460
Louisville, KY  40285


Pitney Bowes
Reserve Account
PO Box 856056
Louisville, KY  40285-6056


Pitney Bowes Global Financial Services
27 Waterview Dr
Shelton, CT  06484-4301

Pitney Bowes Global Financial Services
PO Box 856460
Louisville, KY  40285-6460


Pivetta Brothers Const. Inc.
P.O.Box 370
Sumner, WA  98390


PKM Steel Service, Inc.
228 E. Avenue A
PO Box 920
Salina, KS  67402-0920


Platt Electric Supply
P.O. Box 2858
Portland, OR  97208-2858


Pleasant Grove City
Utah's City of Trees
70 S 100 E
Pleasant Grove, UT  84062-2702


Plumlee Tire
4081 Hwy. 62 S.W., Suite 2
Mountain Home, AR  72653-6570


PNC Equipment Finance
Two PNC Plaza, 13th Floor
620 Liberty Ave
Pittsburgh, PA  15222-2722


Polar Aire Heating&Cooling
400 S. Kansas Ave.
Olathe, KS  66061

Pollock Truck Accessories
1530 NE Columbia Blvd.
Portland, OR  97211


Poma
PO Box 479
Bloomington, CA  92316-0479


Poof-Slinky, Inc.
PO Box 701394
Plymouth, MI  48170-0964


Porter Oil Co., Inc.
306 S. Motel Blvd.
Las Cruces, NM  88007


Porter Seal Company
15660 Nelson Place South
Seattle, WA  98188


Portland Compressor
310 SE 12th
Portland, OR  97214


Portland Plumbing Co.
16470 S. Swan Ave.
Oregon City, OR  97045


Portside Cleaning Co.
P.O.Box 2480
Galveston, TX  77553

```
Postmaster
PO Box Fee Payment
Postmaster
Buda, TX  78610


Postmaster - U.S. Postal Service
7560 E 53rd Place Room 214
Denver, CO  80266-9651


Potter Concrete
1111 Lagoon
Dallas, TX  75207


Potter Concrete LTD
4820 Gretna
Dallas, TX  75207


Potter Webster Company
PO Box 11229
Portland, OR  97211


Powder River Office Supply
310 So. Gillette Ave.
Gillette, WY  82716


Powell Electronics
P.O.Box 8500 - (S-1500)
Philadelphia, PA  19178-1500


Power Product Tech.
PO Box 16503
Denver, CO  80216
```

```
Powerhouse Ind. Supply
1671 E. Mountain Rd.
Springdale, AR  72764


PPG Architectural Finishes
P.O.Box 676340
Dallas, TX  752676340


PPS Co
PO Box 827
Soda Springs, ID  83276


PPS CO. Inc.
PO Box 627
Soda Springs, ID  83276


PR Boys Construction LLC
P.o. Box 41
Garden Valley, ID  83622


Practical Sales & Srvc, Inc.
4411 S. Elwood
Tulsa, OK  74107


Pratt's Truck Service
5620 W 7th Street
Texarkana, TX  75501


Praxair
P.O.Box 120812 Dept 0812
Dallas, TX  75312-0812
```

Praxair
Dept  CH 10660
Palatine, IL  60055-0660


Praxair
Dept 0812
P.O.Box 120812
Dallas, TX  75312-0812


Praxair Disbribution
Dept  CH 10660
Palatine, IL  60055-0660


Praxair Distribution
P.O.Box 120812
Dept 0812
Dallas, TX  75312-0812


Praxair Distribution
Dept AT40174
Atlanta, GA  31192-0174


Praxair Distribution Inc.
Dept CH 10660
Palatine, IL  60055-0660


Precision Aquatics, Inc.
P.O.Box 20156
Fountain Hills, AZ  85269


Precision Brake & Wheel
502 N. Main St.
Porterville, CA  93257

Precision Cellular Installation
8316 N. Lombard St. PMB 411
Portland, OR  97203


Precision Homes Builders
712 NW 109th St.
Vancouver, WA  98685


Precision Landscape Serv., Inc.
PO Box 16908
Portland, OR  97292-0908


Precision Metals, Inc.
PO Box 1198
Catoosa, OK  74015


Preferred Concrete Pumping, In
3190 W. El Camino Del Cerro
Tucson, AZ  85745


Preferred Pump & Equipment
Dept. 9393
Los Angeles, CA  90084


Premera Blue Cross
Attn: Finance Department
7001 220th St SW Bldg 3
Mountlake Terrace, WA  98043-2160


Premier Pumping
4825 Grove St.
Rocklin, CA  95677

Premier Rubber & Supply
9841 N Vancouver Way
Portland, OR  97217


Premium Contractor Supply
PO Box 89580
Tucson, AZ  85752-9580


Press Electric Inc.
P.O. Box 1045
Greenbrier, AR  72058


Pressure Systems Industries
1646 E. Jefferson
Phoenix, AZ  85034


Primo Construction
970 Carlsborg Rd.
Sequim, WA  98382


Pringle Park Station
PO Box 2000
Salem, OR  97308


Printmaster
P.O.Box 49320
Wichita, KS  67201-9320


Prmary Health Medical Group
PO Box 191050
Boise, ID  83719-1050

Pro Chem
609 112th Street
Arlington, TX   76011


Pro Sales
4230 B St. N.W.
Auburn, WA   98001


Pro Steering Systems Inc.
11051 N.Vancouver Way
Portland, OR   97217


Pro Tank Supply Inc.
3921 E. University Dr.
Phoenix, AZ   85034


Pro Truck & Trailer Supply
2914 Ave A
Lubbock, TX   79404-2801


PRO Weld/Stud Welding Associates
1774 Reliable Parkway
Chicago, IL   60686-0017


Pro-Build
220 S. Oak
PO Box 783
Iowa Falls, IA   50126-0783


Pro-Communications
11014 E. Egret Point
Clovis, CA   93619

Pro-Vac
6622 112th St. E
Puyallup, WA  98373


Procon Inc.
105 S. E. 22nd. St. #1
Bentonville, AR  72712


Professional Cabling Solutions LLC
255 Moore Ave
Hindsville, AR  72738


Professional Cleaning Systems
PO Box 63
Hillsboro, KS  67063


Professional Glass Co.
10560 Aurora Avenue N.
Seattle, WA  98133


Professional Heating & Air Cond
396 South 100 East
PO Box 236
Pleasant Grove, UT  84062-0236


Professional Plastics, Inc.
P.O.Box 514015
Los Angeles, CA  90051-4015


Progressive Business Publications
370 Technology Drive
PO Box 3019
Malvern, PA  19355-0719

Progressive Diesel
5126 Huntington Rd.
Fort Mohave, AZ   86426


Propane Central LLC
P.O.Box 671
Salina, KS   67402-0671


ProTel Communication Sys.
2929 N. Eastgate
Springfield, MO   65803


Providence St. Mary Physicians
209 W. Poplar
PO Box 2277
Walla Walla, WA   99362-0363


Prudential
P.O.Box 856138
Louisville, KY   40285


Prudential Financial
P.O.Box 856138
Louisville, KY   40285


PS Trucking
PO Box 10748
Portland, OR   97296-0748


PSI Security
P.O.Box 15008
Oklahoma City, OK   73155-5008

PSU Construction Alumni Scholarship Asso
Martin K. Eby Construction Co.,Inc.
610 N Main St Ste 500
Wichita, KS  67203-3601


PTO Sales Corp.
P.O.Box 1207
La Mirada, CA  90637-1207


Public Utility District 3, Mason County
P.O.Box 2148
Shelton, WA  98584


Public Utility-Snohomish County
P.O.Box 1107
Everett, WA  98206


Puget Sound Clean Air Agency
1904 Third Ave. Suite 105
Seattle, WA  98101-3317


Puget Sound Collections
1019 Regents Blvd. Ste 101
PO Box 66995
Tacoma, WA  98464-6995


Puget Sound Energy
BOT-01H
PO Box 91269
Bellevue, WA  98009-9269


Puget Sound Pipe & Supply
7816 South 202nd Street
Kent, WA  98032

Pulaski County
Debra Buckner, Treasurer
PO Box 8101
Little Rock, AR  72203-8101


Pumpco Inc.
14025 Crabapple Rd.
Golden, CO  80401


Pumpco Parts
P.O.Box 974871
Dallas, TX  75397-4871


Pumpco Parts LLC
6562 Vine Court
Denver, CO  80229


Pumpstar Concrete Pumps
P.O.Box 3047
Enid, OK  73702-3047


Purcell Western States Tire
File 56129
Los Angeles, CA  90074-6129


Purchase Power (Pitney Bowes)
PO Box 856042
Louisville, KY  40285-6042


Pure Planet Water
1015 N McQueen Rd
Gilbert, AZ  85233-2321

Pure Planet Water
P.O.Box 3069
Woburn, MA  01888-1969


Putzmeister, Inc.
PO Box 1863
Kenosha, WI  53141-1863


Putzmeister, Inc.
1733 90th Street
Sturtevant, WI  53177


Pyramid Concrete
1505 Westlake Ave. N., Suite 320
Seattle, WA  98109


QC FINANCE
1145 Washington Blvd, Suite 2
Ogden, UT  84404


Quality Belt Service
P.O.Box 6304
Broomfield, CO  80021


Quality Chevrolet
1550 Auto Park Way North
Escondido, CA  92029


Quality Electric Inc.
12160 Pennsylvania St.
Denver, CO  80241-3116

```
Quality Fasteners
10405 I.H. 35 No.
San Antonio, TX  78233


Quality Ford
Truck Parts & Equipment LLC.
PO Box 335070
North Las Vegas, NV  89033-5070


Quality Ford Truck Parts & Equipment
P.O.Box 335070
North Las Vegas, NV  89033


Quality Inn & Suites
712 S Utah Valley Drive
American Fork, UT  84003


Quality Inn Southwest
7800 C.A. Henderson Blvd.
Oklahoma City, OK  73139


Quality Petroleum Inc.
P.O. Box 15175
Little Rock, AR  72231-5175


Quality Trailer Products
P.O.Box 201924
Dallas, TX  75320-1924


Quality Truck Repair
1936 Rodgers Road
North Little Rock, AR  72117
```

Quality Windshield Repair
P.O.Box 2806
Issaquah, WA  98027-0128


Quesco
3912 E Winslow Ave.
Phoenix, AZ  85040


Questar Gas
P.O.Box 45841
Salt Lake City, UT  84139-0001


Quick Check Financial
358 East State Road
American Fork, UT  84003


Quick Collect, Inc.
P.O. Box 55457
Portland, OR  97238


Quick Fuel Fleet Services
PO Box 88249
Milwaukee, WI  53288-0249


Quick Fuel fleet Services
P.O. Box 88249
Milwaukee, WI  53288-0249


Quickline Concrete Pumping & Equipment I
9077 Kay Jay Ln.
Lakeside, CA  92040

Quill Corp.
P.O. Box 37600
Philadelphia, PA  19101-0600


Quinn M Kofford
43 North 470 West
American Fork, UT  84003


Quip/Con, Inc.
P.O.Box 687
Murrieta, CA  92564


Qwest
P.O.Box 29039
Phoenix, AZ  85038-9039


Qwest
PO Box 91155
Seattle, WA  98111-9255


Qwest
PO Box 29040
Phoenix, AZ  85038-9040


Qwest
PO Box 173638
Denver, CO  80217-3638


Qwest
PO Box 29039
Phoenix, AZ  85038-9039

Qwest
Business Services
PO Box 856169
Louisville, KY  40285-6169


Qwest Dex
PO Box 79167
Phoenix, AZ  85062-9167


Qwest Dex
PO Box 78041
Phoenix, AZ  85062-8041


R & H Construction Co.
1530 SW Taylor St.
Portland, OR  97205


R & P Concrete Pump Service, Inc.
DBA:  PMC Concrete Pump Service
PO Box 91411
City of Industry, CA  91715-1411


R G Insulation
2505 East 74th Ave.
Denver, CO  80229-6697


R&B Supply Inc.
P.O. Box 10367
Van Nuys, CA  91410-0367


R&P Concrete / PMC Concrete Pump Service
PO Box 91411
City of Industry, CA  91715-1411

R. C. Quist Construction
2214 S. Mead
Wichita, KS  67211


R. Pete Smith
McDowell, Rice, Smith & Buchanan, P.C.
605 W 47th St Ste 350
Kansas City, MO  64112-1912


R.J. Taggart
4011 Vitae Springs Rd S
Salem, OR  97306-9777


R.K. Concrete Pumping / Ryan Robert Knol
PO Box 289
Otis, OR  97368


R.K. Protective Service
P.O.Box 32
Jonesboro, GA  30237


R.S.Construction Equip. Sales
P.O.Box 478
Catoosa, OK  74015


RAC Conctrustion
PO Box 26
Saint Jo, TX  76265


Racers Concrete Inc.
1417 SW Binkley
Oklahoma City, OK  73119

Radiator Doys Inc. The
2719 Garrity Blvd.
Nampa, ID  83687


Radiology Asoc of Tarrant Ct.
P.O.Box 99337
Fort Worth, TX  76199


Rainbow Bolt & Supply
4030 Garner Road
Riverside, CA  92501-1006


Rainier Floors Inc.
5111 85th Ave E #C-1
Puyallup, WA  98371


RainTech Seamless Guttering
10102 E. 54th St.
Tulsa, OK  74146-5732


Ralph Fuller Electric
253 West Pine
Exeter, CA  93221


Ralph's Concrete Pumping
1529 Rainier Ave S.
Seattle, WA  98144


Ram Concrete
6852 NW Cottonwood Cir
Topeka, KS  66614

Ram Products, Inc.
P.O. Box 821159
North Richland Hills, TX   76182-1159


Ram Steel Inc.
P.O.Box 5288
Salem, OR   97304


Ramada limited
912 Highway 65/82 So.
Lake Village, AR   71653


Ramada Limited-Springfield
4445 W. Chestnut Expressway
Springfield, MO   65802


Randles Sand & Gravel
19209 Canyon Road East
Puyallup, WA   98375


Randy's High Country Towing
1205 East Las Vegas St.
Colorado Springs, CO   80903


Ranger Petroleum LLC
1166A Fincherville Rd.
Jackson, GA   30233


Rapid Environmental Serv&Water
P.O.Box 687
Deer Park, TX   77536

Rapid Recovery Towing
P.O.Box 253
Satsop, WA  98583


Rapid Refill
14 West Franklin Rd.
Meridian, ID  83642


Rasmussen Spray Service
P.O. Box 13262
Salem, OR  97309


Ratliff Ready-Mix
22002 Bush Drive
Woodway, TX  76712


RBH Industrial
P.O. Box 871542
Kansas City, MO  64187-1542


RBS Asset Finance
P.O. Box 9799
Providence, RI  02940-9799


RBS Business Capital
53 State St
Boston, MA  02109-2802


RC Mobile, LLC
1099 S. Amber Street
Chandler, AZ  85286

RDS AZ-Privilege Tax
PO Box 830725
Birmingham, AL  35283-0725


Ready Mixed Concrete Co.
P.O.Box 2290
Denver, CO  80201


Rebuilder, The
722 South Central
Kent, WA  98032


Recappers Equipment Co.
2360 East Grauwyler
Irving, TX  75061


Recommended Services, Inc.
PO Box 812
McKinney, TX  75070


ReCrete Materials, Inc.
PO Box 1045
Arvada, CO  80001-1045


Recycled Materials Co.
P.O.Box 1045
Arvada, CO  80001-1045


Red Johns Portable Toilets
P.O. Box 350
Nesbit, MS  38651

Red McCombs Ford
8333 I.H. 10 West
San Antonio, TX   78230


Red River Trailer
PO Box 208
Benton, LA   71006-0208


Red River Trailer Services, Inc.
PO Box 208
Benton, LA   71006


Red Roof Inn 518
2377 N Expressway 83
Brownsville, TX   78520


Red Triangle Oil Co.
2809 S. Chestnut Ave.
PO Box 2625
Fresno, CA   93745-2625


Red-Head Steering Gears
900 N. 127th
Seattle, WA   98133


Redburn Tire Co.
PO Box 14828
Phoenix, AZ   85063-4828


REDDIROOT'R
3025 W. Weldon Ave.
Phoenix, AZ   85017

Reddy Ice
P.O. Box 730505
Dallas, TX  75373-0505


Reddy Ice Corporation
P.O.Box 730505
Dallas, TX  75373-0505


Redwood Arms Motel
P.O. Box 1390
Paonia, CO  81428


Redwood Plastics Corp.
C/O HSBC USA
PO Box 12700
Seattle, WA  98111-4700


Reed Business Information
PO Box 7247-7026
Philadelphia, PA  19170


Reed Construction Data
P.O.Box 2241
Carol Stream, IL  60132-2241


Regions Interstate Billing
Dept 1265
P.O. Box 2153
Birmingham, AL  35287-1265


Regions Interstate Billing
Dept 1265
P.O.Box 2153
Birmingham, AL  35287-1265

Regions Interstate Billing
1025 5th Avenue SE
Decatur, AL  35601


Reinhard Petro.LLC
P.O. Box 1167
Pacific, WA  98047


Reliable Tire, LLC
P.O.Box 1102
Kyle, TX  78640


Reliable Tool Service, Inc.
2360 East Grauwyler
Irving, TX  75061


Reliance Medical Group, LLC
ATTN: Accounts Receivable Dept.
3451 N Butler Ave
Farmington, NM  87401-2357


Rema Tip Top
119 Rockland Ave.
Northvale, NJ  07647-0076


Remtron, Inc.
Dept. LA 22825
Pasadena, CA  91185-2825


Rena Cristine Rhorer-Bradley
2579 Garrison Street
Denver, CO  80215

Rent A Center
2151 E. 12th St.
Casper, WY  82601


Republic Parking Northwest
2815 Second Ave. Suite 100
Seattle, WA  98121-1262


Republic Radiator Repair Inc.
1721 S. W. 13 Bypass
Springfield, MO  65807


Republic Services
PO Box 78040
Phoenix, AZ  85062-8040


Republic Services
PO Box 78829
Phoenix, AZ  85062-8829


Republic Title Company, Inc.
2626 Howell Street, 10th Floor
Dallas, TX  75204


Republic Waste Services
P.O.Box 9001813
Louisville, KY  40290-1813


Restoration Glass/Novus Auto, Inc.
P.O.Bo 1239
81 Hooker Rd.
Carlsborg, WA  98324

Resun Leasing Inc.
Bank of America Lockbox Services
12603 Collection Center Dr.
Chicago, IL  60693-0126


Rex L. Bray, Esq.
P.O. Box 321
Sandy, UT  84091-0321


Reynolds Sand & Gravel
6891 South 700 West
Midvale, UT  84047


RFD Ltd Co.
PO Box 480
Sulphur, OK  73086


RGA
3905 E. Progress St.
North Little Rock, AR  72114


RGD Perfect Cleaning
156 West 450 North
Lindon, UT  84042


RGR Redi-Mix, LP
P.O.Box 402
Aubrey, TX  76227


Rhino Linings of Wichita, LLC
7819 W. Kellogg
Wichita, KS  67209-2004

RHTC, Inc.
309 Smith Street
West Monroe, LA   71292


RIA
PO Box 6159
Carol Stream, IL   60197-6159


Rich Kramer Construction, Inc.
789 N. Miller Road
Springfield, MO   65802


Richards Equipment Co.
PO Box 1878
Waco, TX   76703


Richards Pipe & Steel, Inc.
144 Roy Road SE
Pacific, WA   98047


Richardson Plumbing Inc.
7601 Counts Massie Rd.
Maumelle, AR   72113


Rick Mooney Const.
217 Lakewood Rd.
Van Buren, AR   72956


Ricks Pumping
3025 W. Weldon
Phoenix, AZ   85017

Riebes Auto Parts
P.O. Box 690
Newcastle, CA  95658


Rifle Lock, Safe & Vacuum
121 W. 3rd Street
Rifle, CO  81650-2203


Rigging Loft Inc (The)
PO Box 17142
Wichita, KS  67217-0142


Rigging Products, Inc.
P.O.Box 11528
Portland, OR  97211


Right Angle Foundation
26 Able Rd.
Reeds Spring, MO  65737


RINEHART FETZER SIMONSEN & BOOTH P.C.
50 West Broadway, Suite 1200
Salt Lake City, UT  84101


Rinker Materials
PO Box 24725
West Palm Beach, FL  33416


Rinker Materials
P.O.Box 73261
Chicago, IL  60673-3261

```
River City Environmental
P.O.Box 30087
Portland, OR  97294


River City Petroleum, Inc.
P.O. Box 235
West Sacramento, CA  95691


River's Edge Towing
P.O.Box 396
Hood River, OR  97031


Riverside County Dept. Of Child Support
PO Box 19990
Riverside, CA  92502-1990


Riverside County Flood Control
1995 Market
Riverside, CA  92504


Riverside County Sheriff's Office
Sheriff's Civil Division-West
4095 Lemon St 4th Fl
Riverside, CA  92501-3688


RJ's Tire Towing & Auto
P.O Box 312
Salem, UT  84653


RLD Construction
10725 Lawrence 1115
Mount Vernon, MO  65712
```

Ro/Beck a joint Venture
1901 Regal Row
Dallas, TX  75235


Roadside Inn
HC 58 Box 1D
Thedford, NE  69166


Roadway Express
P.O.Box 100129
Pasadena, CA  91189-0129


Rob Green Pontiac,Buick GMC
1427 Blue Lakes Blvd.
Twin Falls, ID  83301


Robert Oliver Construction
277 Prado Road
San Luis Obispo, CA  93401


Robert's Concrete Cutting&Caring
19278 Manila St.
Bloomington, CA  92316


Roberts Truck Center
PO Box 1071
Amarillo, TX  79189


Robertson's
P.O.Box 3600
Corona, CA  92878

Robinett Copier & Mailing Solutions
PO Box 2501
Springfield, MO  65801-2501


Robinett Copiers & Printers
3322 S. Campbell Ave. Suite G
Springfield, MO  65807-2501


Robinson & Hoover
119 N. Robinson, STE 1000
Oklahoma City, OK  73102


Rock Hill Concrete
PO Box 123
Dayton, WA  99328


Rocket Transport
20435 Louetta Crossing Dr.
Spring, TX  77388


Rockford Corp.
PO Box 1430
North Plains, OR  97133


Rocky Mountain Radiologists, P.C.
1873 S Bellaire Suite 420
Denver, CO  80222


Rocky Mountain Transit & Laser
 612 W. Confluence Ave (4260 South)
Salt Lake City, UT  84123

Rocky Mountain Welding
P.O.Box 368
Wendell, ID  83355


Rocky Mountain Wire Rope &
Rigging, Inc.
2421 S 2570 W
Salt Lake City, UT  84119-1241


Rocky Mtn Transit & Laser
612 W. Confluence Ave. (4260 South)
Salt Lake City, UT  84123


Rocky Mtn. Power
1033 NE 6th Ave.
Portland, OR  97256-0001


Rod Pugliese
1761 Primrose Pl
Erie, CO  80516-4012


Rodeway Inn & Conf. Center
1401 Zenith Drive
Sioux City, IA  51103


Roger Langeliers Construction Co.
7145 NW Progress Ct
Hillsboro, OR  97124


Rogers Truck Sales & Service
4312 S. Chestnut Ave.
Fresno, CA  93725

Roll Off Service, Inc.
PO Box 1700
Lowell, AR   72745


Rollins Construction
508 Twilight Trail #100
Richardson, TX   75080


Rollins Construction & Trucking
P.O.Box 40 or 249
1842 South Highway 21
Milford, UT   84751


Romero Concrete
14795 Washington Dr.
Fontana, CA   92335


RoMix Chemical
P.O.Box 1110
Colleyville, TX   76034


Ronald Carroll Surveyors Inc
5302 South 31st St.
Temple, TX   76502


Rooks County Health Center
P.O. Box 156
Dodge City, KS   67801


Rose Villas Development
P.O.Box 6906
Beverly Hills, CA   90212

Ross & Sons
7828 S. Maple
Fresno, CA   93725


Ross Island Sand-Gravel
4315 SE McLoughlin Blvd
PO Box 82249
Portland, OR   97282-0249


Roto-Rooter Plumbers
3817 Conflans
Irving, TX   75061


Routt County Clerk & Recorder
P.O.Box 773598
Steamboat Springs, CO   80477


Royal Brass & Hose-Little Rock Wrhse.
Division of Royal Brass, Inc.
PO Box 51468
Knoxville, TN   37950-1460


RSC Equipment Rental
PO Box 840514
Dallas, TX   75284-0514


RSI Construction
939 W 4000 N
Ogden, UT   84414-1086


RSI Construction and Contracting
939 W. 4000 N.
Ogden, UT   84414

RTW Drives & Controls
1901 S Westmoreland Rd
Red Oak, TX   75154


Rubber & Technology
1645 Stroud Lane
Mesquite, TX  75150


Rubens Fleet Svc., Inc.
4730 Leopard St.
Corpus Christi, TX   78408


Rulon Chadwick
320 Corvena Way
El Paso, TX   79922-1814


Rural Water District No.9
69760 S. 321 Rd.
Wagoner, OK   74467


Rush Truck Center, Austin-106787
16870 S. IH-35
Buda, TX  78610


Rushforth Construction
6021 12th St. E. Ste. 100
Tacoma, WA  98424-1399


Ruslee Properties LLC
P.O. Box 1264
Casper, WY  82602

Russ Automotive
2323 County Rd #228
Fulton, MO  65251


Russell Lowell Catering, Inc.
4210 - 198th  St. SW, Suite 201
Lynnwood, WA  98036


Russell Matson
524 3rd Street So.
Pmb 102
Nampa, ID  83651


Ruston, Town of
5117 N. Winnifred Street
Tacoma, WA  98407-6597


RWC Exc. & Concrete
18022 115th St, Ct E
Bonney Lake, WA  98391


Ryan Rapp & Underwood
3101 N. Central Ave., Suite 1500
Phoenix, AZ  85012-2644


S & G Drive Train
2011 West 1700 South ste3
Salt Lake City, UT  84104


S & H Diesel Products
4807 N. McCarty Drive
Houston, TX  77013

S & S Concrete Pumping
PO Box 458
Rialto, CA   92377


S & W Machine Works Inc.
1580 Channel Ave.
Memphis, TN   38113


S C Fuels
2406 Port of Tacoma Road
Tacoma, WA   98421


s Radiator LLC
1645 Dixon
Des Moines, IA   50316


S2M Construction Co. Inc
P.O. Box 1578
Glenwood Springs, CO   81602


SaaviHome
595 St. Andrews Lane
Louisville, CO   80027


Sabacco
23233 N. Pima Rd. Ste 113
Scottsdale, AZ   85255


Safelite Fulfillment Inc. / Safelite Aut
PO Box 633197
Cincinnati, OH   45263-3197

SafeQuip
10201-B Mckalla Place
Austin, TX  78758


Safety & Supply
PO Box 84725
Seattle, WA  98124-6025


Safety Kleen
PO Box 650509
Dallas, TX  75265-0509


Safety Solutions
P.O.Box 816
Puyallup, WA  98371


Safety-Kleen
P.O.Box 7170
Pasadena, CA  91109-7170


Safety-Kleen
P.O. Box 650509
Dallas, TX  75265-0509


Safety-Kleen
5400 Legacy Dr.
Cluster Ii Bld. 3
Plano, TX  75024


Safeway Oil Recovery, LLC
2917 Mary Ave.
Waco, TX  76710

Saffron Supply Co.
325 Commercial St., N.E.
Salem, OR  97301


Sagar Const. Co
11431 East End Ave.
Pomona, CA  91766


Sage Software, Inc.
PO Box 60000
San Francisco, CA  94160


Saguaro Envmtal Svc
PO Box  78059
Phoenix, AZ  85062-8059


Sak Construction
PO Box 2388
Issaquah, WA  98027


Salem Electric
633 Seventh St NW
PO Box 5588
Salem, OR  97304-0055


Salem Tools
540 Lancaster Drive SE
Salem, OR  97317


Salina Iron & Metal Co.
P.O.Box 1155
Salina, KS  67402

Salinas Construction
7804 40th Ave W
Mukilteo, WA  98275-2814


Salinas Construction, Inc.
7804 40th Ave West
Mukilteo, WA  98275


Saline County Treasurer
300 West Ash, Room 214
PO Box 5040
Salina, KS  67402-5040


Salt Lake Valley Sand & Gravel
P.O.Box 2348
Sandy, UT  84091


Sam Johnson Concrete
13774 S 225th East Avenue
Broken Arrow, OK  74014


Sam's Club
P.O.Box 530970
Atlanta, GA  30353-0970


Samco Construction
P.O.Box 1382
Cabot, AR  72023


San Antonio Brake & Clutch Ser.
902 Ave B
San Antonio, TX  78215

San Antonio Water System
P.O. Box 2990
San Antonio, TX  78299-2990


San Bernardino County
Child Support Division
PO Box 19011
San Bernardino, CA  92423-9011


San Diego City Treasurer
P.O.Box 129038
San Diego, CA  92112-9038


San Diego Gas & Electric
PO Box 25111
Santa Ana, CA  92799-5111


San Luis Garbage
Waste Connection Co
PO Box 1433
Los Angeles, CA  90084-1433


San Luis Obispo County Tax Collector
Frank L. Freitas, County Tax Collector
Rm. 203, County Government Center
San Luis Obispo, CA  93408-2060


Sanders Brothers Construction
21455 S. Dog Creek Road
Claremore, OK  74017


Sanderson Parts Center
6300 N. 51st Avenue
Glendale, AZ  85301

```
Sanko Trucking
Box 128
Spearville, KS  67876


Santa Maria Contractors Assoc.
2003 N. Preisker Lane Ste. A
Santa Maria, CA  93454


Santana Concrete
18241 Slover Ave.
Bloomington, CA  92316


Sarco Hydraulics
216 Old Route 66 North
PO Box 248
Litchfield, IL  62056-0248


Sarkinen Ground Works Inc.
P.O.Box 1804
La Center, WA  98629


Sarver Construction Report
4735 Revere Lane
Vidor, TX  77662


SC Fuels
2406 Port of Tacoma Rd.
Tacoma, WA  98421


Schwing (Pump Payments)
5900 Centerville Road
Saint Paul, MN  55127
```

Schwing America Inc.
5900 Centerville Road
Saint Paul, MN  55127


Schwing Bioset, Inc.
350 SMC Drive
Somerset, WI  54025


Scott Bros. Oil Co. Inc.
9502 N.E. 76th St
Vancouver, WA  98662


Scott Galvanizing Co., Inc.
1520 N.W. Leary Way
Seattle, WA  98107-4739


Scott Hammett Wrecker Service
4600 SH 43 East
Henderson, TX  75652


Scott Heltzel
2701 Givens Ave
Amarillo, TX  79108-1904


Scottsdale Emergency Assoc LTD
P.O.Box 2710
Scottsdale, AZ  85252-2710


Screed Master Products
1473 N. Magnolia Ave
El Cajon, CA  92020

SeaBright Insurance Co.
Att:WARP Cash Management
PO Box 91100
Seattle, WA  98111-9200


Seacon Construction
1560 W. Lambert Rd.
Brea, CA  92821


Seal Capital, LLC
1560 Continental
Beaumont, TX  77706


Seattle Mariners
Attention Ticket Office
PO Box 4100
Seattle, WA  98194-0100


Seattle Radiator
PO Box 80036
Seattle, WA  98108-0036


Seattle Seahawks
P.O.Box 4769
Seattle, WA  98194


Seattle Sterling Mack
P.O.Box 13902
25619 Pacific Hwy S
Des Moines, WA  98198-9020


Seattle Tarp Co., Inc.
18449 Cascade Ave. S.
Seattle, WA  98188

```
SECOR International Inc.
PO Box 64428
Baltimore, MD  21264-4428


Securities & Exchange Commission
Bankruptcy Division
175 W Jackson Blvd # 900
Chicago, IL  60604-2615


Securities & Exchange Commission
Denver Regional Office
1801 California St Ste 1500
Denver, CO  80202-2656


Sedgwick CMS
Any & All Claims for Property Damage to
Lexington, KY  40512


Sedgwick County Treasurer
Ron Estes, Treasurer
PO Box 2961
Wichita, KS  67201-2961


Select Benefit Administrators
(Safeco)
PO Box 440
Ashland, WI  54806-0440


Select Environmental Petro Mgmt.
PO Box 200910
Houston, TX  77216-0910


Sellen
P.O.Box 9970
Seattle, WA  98109
```

Serck Services, Inc.
Operating Account
Dept 2003
Denver, CO  80291-2003


Set Environmental, Inc.
10215 Gardner Rd
Dallas, TX  75220


Seven-M Enterproses Inc.
511 N 1300 E #2-A
Saint George, UT  84770


Shade America, Inc.
P.O.Box 560168
Dallas, TX  75356-0168


Shamrock Bolt and Screw
3731 Wheeler Avenue
Fort Smith, AR  72901


Shamrock Paving Co.
P.O. Box 19263
Spokane, WA  99219-9263


Share Corp
P.O.Box 245013
Milwaukee, WI  53224-9513


Shaw Bros. Welding
1105 E. Belknap
Fort Worth, TX  76102

Shaw Constructors
3711 Hwy 355 South
Fulton, AR   71838


Sheets Construction
P.O.Box 12906
Salem, OR   97309


Shell Corp The
P.O. Box 98607
Las Vegas, NV   89193-8607


Shell Oil Products US
PO Box 7247-6190
Philadelphia, PA   19170-6190


Sheriff's Civil Divison
221 South Mooney Blvd
Room 102
Visalia, CA   93291


Sheriff's Court Services-Central
157 W. 5th Street
3rd Floor
San Bernardino, CA   92415-0001


Sheriff's Dept LA County
110 N. Grand Ave RM 525
Los Angeles, CA   90012


Sherman Bearing Inc
9009 North Loop East Ste 110
Houston, TX   77029

Sherwin Williams
450 W. 42nd. Ave.
Denver, CO  80216


Sherwin Williams Co.
16650 West Valley Hwy.
Seattle, WA  98188 5522


Shilo Inn Suites Hotel - Idaho Falls
780 Lindsay Blvd.
Idaho Falls, ID  83402-1822


Shilo Inn Suites-Boise Airport
4111 Broadway Ave.
Boise, ID  83705


Shilo Inn Suites-Twin Falls
1586 Blue Lakes Blvd North
Twin Falls, ID  83301


Shipley Motor Equip. Co.
P.O.Box 250
Lowell, AR  72745


Shipley Motors Equipment
PO Box 4
Fort Smith, AR  72902


Shipley Motors Equipment
P.O.Box 250
Lowell, AR  72745

Showshine Enterprises Inc.
DBA:Hollywoods Detailing Prod.
PO Box 2201
Vancouver, WA  98668-2201


Shred-it Denver
1707 E 58th Ave
Denver, CO  80216-1505


Shred-it USA
9755 Clifford Dr. Ste 150
Dallas, TX  75220


SI Motors
5460 N. Hwy 95
Fort Mohave, AZ  86426


Siemens Water Technologies Corp.
PO Box 757600
Philadelphia, PA  19175-7600


Sierra Concrete Pumping
18029 Deodar
Hesperia, CA  92345


Sierra Springs / Crystal Springs
PO Box 660579
Dallas, TX  75266-0579


Sign A Rama
1305 S. Glenstone Ave.
Springfield, MO  65804

Sign Tech
P.O.Box 388
Bull Shoals, AR   72619


Signature Homes
575 E. 1400 No. Ste. 100
Logan, UT   84321


SignDesign
6625 W. 19th #110
Lubbock, TX   79407


Signs & More
4401 NE St. John's Rd.
Vancouver, WA   98661


Silent Drive
PO Box 1234
Le Mars, IA   51031-1234


Silver City Construction
13281 Coho Run NW
Bremerton, WA   98312


Silver State Wire Rope & Rigging
PO Box 3046
Compton, CA   90223-3046


SilverStar Communications
PO  Box 226
Freedom, WY   83120

Simon, Craig A., P.E.
4894 Lake View Place
Garden City, ID  83714


Sinclair Oil Co.
PO Box 31826
Salt Lake City, UT  84131


Sinsheimer & Meltzer, Inc. P.S.
Attorneys at Law
1001 4th Ave Ste 2120
Seattle, WA  98154-1106


Sir Grey Concrete
18415 Blue Ridge Dr.
Lynnwood, WA  98037


Sitech Southwest, LLC
1835 S. MacDonald Ste #101
Mesa, AZ  85210


Sitler Enterprises, Inc.
6141 Racel St.
Las Vegas, NV  89131


Six Robblees' Inc.
PO Box 3703
Seattle, WA  98124


Six States Distributors
P.O.Box 26005
Salt Lake City, UT  84126

Six States Distributors
PO Box 80240
City of Industry, CA   91716-8240


SJ Welding & Industrial Supply, LLC
P.O. Box 13421
Memphis, TN   38113-3421


Skanska
1633 Littleton Rd.
Parsippany, NJ   07054


Skeeter's Wrecker Srv. Inc.
2002 Sierra Dr.
Lewisville, TX   75077


Skelton Business Equipment
901 W Main St
Tomball, TX   77375-5527


Skelton Business Equpiment
Dept #720
PO Box 3108
Houston, TX   77253-3108


SKS Inc.-(all)
PO Box 469110
Escondido, CA   92046-9110


Sky Publishing, Inc.
5535 Memorial Dr., Ste F-325
Houston, TX   77007

```
Slack Auto Parts
404 Main St. SW
PO Box 778
Gainesville, GA  30503-0778


SMART
130 Nickerson St. #307
Seattle, WA  98109


SME Solutions, LLC
2302 A Street
Tacoma, WA  98402


Smiley Concrete
1001 Champa St.
Pratt, KS  67124-1203


Smith & Liner
8141 Chemical Rd
Beaumont, TX  77705-7045


Smith Fire Systems, Inc.
1106 54th Ave. East
Tacoma, WA  98424


Smith Power Products
P.O.Box 27527
Salt Lake City, UT  84127


Smooth Move Concrete
P.O.Box 73
Lake Arrowhead, CA  92352
```

Snap on Tools - Edward Miller
20453 131st Pl. SE.
Kent, WA  98031


Snap-On Tools - James A. Hormberg
6977 Chestnut Ct.
Parker, CO  80134


Snap-On Tools- Victor Tomas
1242 Spring St.
Riverside, CA  92507


Snap-On-Tools Jessica Stenerson
19801 SW 95th Ave.
Tualatin, OR  97062


Snap-On-Tools-Brian Reynolds
8601 Hightower Dr.
North Richland Hills, TX  76180


Snider
PO Box 751135
Charlotte, NC  28275


Social Security Administration
P.O. Box 3430
Philadelphia, PA  19122-9985


SoCo Group, Inc.
5962 Priestly Dr.
Carlsbad, CA  92008-8812

Soff-Cut International, Inc.
Lockbox #2836
P.O.Box 2836
Carol Stream, IL  60132-0001


Solid Concrete
PO Box 8275
Jackson, WY  83002-8275


SOM Construction
4343 S. Loop East
Houston, TX  77051


Somero Enterprises
PO Box 845827
Boston, MA  02284-5827


Sonitrol of Eugene
PO Box 660777
Dallas, TX  75266-0777


Sonotech Inc.
774 Marine Drive
Bellingham, WA  98225-1530


SOPUS Products
PO Box 7247-6236
Philadelphia, PA  19170-6236


Sound Billing LLC
P.O.Box 620130
Middleton, WI  53562

Sound Security Inc.
dba Sonitrol Pacific
8220 N Interstate Ave
Portland, OR  97217-6635


Soundbuilt
P.O.Box 73790
Puyallup, WA  98373


SourceGas LLC
P.O.Box 660474
Dallas, TX  75266-0474


South Arkansas Emer Phys.
P.O.Box 602159
Charlotte, NC  28260


South Barnes Masonry
1256 South Barnes Ave.
Springfield, MO  65804


South Coast Contractors
23382 Madero Rd # M
Mission Viejo, CA  92691


South Corridor Construction
P.O.Box 66790
Portland, OR  97290


South Dakota Child Support Payment Ctr.
700 Governor's Drive, Suite 84
Pierre, SD  57501-2291

South Dakota Secretary of State
500 E Capitol Ave.
Pierre, SD  57501


South Plains Electric Cooperative Inc.
PO Box 600
Spur, TX  79370-0600


South Texas Terminals, Inc.
PO Box 2190
Boerne, TX  78006


Southeast Compliance, Inc.
PO Box 422
Collierville, TN  38027-0422


Southern California Edison
PO Box 600
Rosemead, CA  91771-0001


Southern California Edison
PO Box 300
Rosemead, CA  91772-0001


Southern Tire Mart, LLC
Dept. 143
P.O.Box 1000
Memphis, TN  38148-0143


Southern UT Title Co.
20 North Main #300
Saint George, UT  84770

Southern Utilities Co.
218 N. Broadway
Tyler, TX  75702


Southwest Diesel & Elec.
1830 North 27th Ave.
Phoenix, AZ  85009-2614


Southwest Filter & Supply Co.
3815 Ave. A
Lubbock, TX  79404


Southwest Gas Co.
PO Box 98890
Las Vegas, NV  89150-0101


Southwest Industrial Rigging
2802 West Palm Lane
Phoenix, AZ  85009


Southwest Missouri
Truck Center, Inc.
2527 N Eastgate Ave
Springfield, MO  65803-5710


Southwest Rubber & Supply
4007 South 20th Street
Phoenix, AZ  85040-1400


Southwest Volvo Mack Trucks
1213 N. Zaragosa Rd.
El Paso, TX  79907

Southwest Wheel Co.
8740 John  W Caroenter Freeway
Dallas, TX  75247-4626


Southwestern Welding & Machining
2751 S. Foster Rd
San Antonio, TX  78220


Sparketts
P.O.Box 660579
Dallas, TX  75266-0579


Sparkletts
PO Box 660579
Dallas, TX  75266-0579


Sparkletts
6750 Discovery Blvd
Mableton, GA  30126


Sparkman Enterprises, Inc.
D&D Towing
PO Box 736
Basalt, CO  81621-0736


Spearville Truck Stop
10396 126th Road
Spearville, KS  67876


Special Olympics Kansas
PO Box 780491
Wichita, KS  67278

Special Olympics Washington
P.O.Box 399
Seattle, WA  98111-0399


Specialty Metals Corp.
8300 S 206th St
Kent, WA  98032-1214


Specialty Sheet Metal
317 Railroad Ave S.
Kent, WA  98032


Specialty Wipers Inc.
7979 S. 180th St.
Kent, WA  98032


Spectra Southwest, Inc.
4202 E. Elwood, Suite 1
Phoenix, AZ  85040


Speedway Auto Paint
665 E. 70th Ave #3
Denver, CO  80229


Speedway Chevrolet
2301 North Aspen Ave.
Broken Arrow, OK  74012


Speedy Glass
PO Box 3877
Seattle, WA  98124

Speight Construction
5137 Davis Blvd.
North Richland Hills, TX  76180


Spencer Fluid Power
Dept 51
PO Box 34935
Seattle, WA  98124-1935


SPFD Family Medical
4049 S. Campbell
Springfield, MO  65807-5303


Spolar, Brendan
6397 W. Battlement Ct.
Boise, ID  83703


Sportex Apparel
2020 West 4th St.
Tempe, AZ  85281


Spring Mountain Water
928 Shady Lane
Lake Charles, LA  70601


Springdale Emergency Group Inc.
PO Box 2995
San Antonio, TX  78299-2995


Springdale Ford
P.O.Box 8430
Fayetteville, AR  72703

```
Springdale Water Utilities
PO Box 769
Springdale, AR  72765-0769


Springfield Brake Co.
PO Box 10343
Springfield, MO  65808


Springfield Contractors Assoc.
1313 N. Nias Ave.
Springfield, MO  65802


Springfield Paper Co.
P.O. Box 3336
Springfield, MO  65808


Sprint
PO Box 79357
City of Industry, CA  91716-9357


Sprint
P.O. Box 1769
Newark, NJ  07101-1769


Sprint
P.O.Box 4181
Carol Stream, IL  60197-4181


Sprint
PO Box 219100
Kansas City, MO  64121-9100
```

Sprint
PO Box 4181
Carol Stream, IL  60197-4181


Sprint / Nextel
PO Box 4181
Carol Stream, IL  60197-4181


Sprint Solutions, Inc.
707 17th St
Denver, CO  80202-3404


Squee-Gee Clean Window Care Inc.
PO Box 33214
Portland, OR  97292


SRP
PO Box 2950
Phoenix, AZ  85062-2950


SS&L Inc.
4524 S. 68th St.
Omaha, NE  68117


SSI Inc.
PO Box 399
Tontitown, AR  72770


St Johns Physicians & Clinic
P.O.Box 2580
Springfield, MO  65801

St. Davids Hospital
PO Box 406167
Atlanta, GA  30384-6167


ST. George Mobile
460 W. 9000 S
Sandy, UT  84070


St. Joseph Regional Health Center
PO Box 3867
Bryan, TX  77805-3867


St. Luke Magic Valley
Occupational Health
630 Addison Ave W Ste 130
Twin Falls, ID  83301-5475


St. Mary's MPP
10860 N. Mavinee Dr.
Tucson, AZ  85737


Stacy & Witbeck Inc.
211 NW 5th
Portland, OR  97209


Stadium Management Company, LLC
13655 Broncos Pkwy
Englewood, CO  80112-4150


Stafford Excavating LLC
P.O. Box 545
Enumclaw, WA  98022-0545

Staker & Parson Companies
1730 N Beck Street
Salt Lake City, UT  84116


Stan Lane Construction
7679 Hunt St.
Boise, ID  83709


Standard Batteries of Salt Lake
P.O.LBox 1242
Salt Lake City, UT  84110-1242


Standard Industries
13022 Old Hanover Rd.
Reisterstown, MD  21136


Standing Chapter 13 Trustee
Tom Powers, Chapter 13 Trustee
PO Box 1958
Memphis, TN  38101-1958


Stanley Convergent Security Solutions
Dept CH 10651
Palatine, IL  60055


Staples Business
Dept LA 1368
PO Box 83689
Chicago, IL  60696-3689


Star Bolt & Screw Co.Inc.
P.O. Box 9480
North Little Rock, AR  72119-9480

Star Concrete Pumping Co. Inc.
Dept 79
PO Box 4283
Houston, TX  77210-4283


Star Equipment Co.
4025 West Nevso Drive
Las Vegas, NV  89103


Star Fuel Centers, Inc.
Texaco Fuel Center
1550 S Hamilton Cir
Olathe, KS  66061-5377


Star International Inc.
P.O. Box 1898
Texarkana, TX  75504


Star Mechanical Supply
535 North Fremont
Springfield, MO  65802


Star Tex Propane Inc.
2009 Jack Kultgen EXPY
Waco, TX  76706


Star Valley Medical center
PO Box 579
Afton, WY  83110


State Central Collections Unit
P.O. Box 6219
Indianapolis, IN  46206-6219

State Coll & Disb Unit- SCADU
P.O. BOX 98950
Las Vegas, NV  89193-8950


State of Colorado
Department of Transportation - Permit Of
4201 E Arkansas Ave Ste 290
Denver, CO  80222-3406


State of Florida Disb. Unit
P.O. BOX 8500
Tallahassee, FL  32314-8500


State Of Georgia
Child Support Servs., Family Support Reg
PO Box 1800
Carrollton, GA  30112-1800


State of Michigan
Dept.of Labor & Economic Growth - Unempl
3024 W Grand Blvd
Detroit, MI  48202-6024


State of Missouri
Commissions
PO Box 784
Jefferson City, MO  65102-0784


State of Nevada
Employment Security Division
500 E. Third St.
Carson City, NV  89713-0030


State of Nevada -  Business License  Ren
PO Box 52614
Phoenix, AZ  85072-2614

State of New Mexico
Magistrate Court County of Dona Ana
PO Box 1259
Anthony, NM  88021-1259


State Of New Mexico
Child Support Enforcement Divison
PO Box 25109
Santa Fe, NM  87504-5109


State of Oregon
Dept of Environmental Quality
811 SW 6th Ave
Portland, OR  97204-1390


State of Texas
Comptroller of Public Accounts
111 E.17th St.
Austin, TX  78774-0100


State Of Virginia
Division Of Child Support Enforcement
PO Box 570
Richmond, VA  23218-0570


State of WA Employment Sec. Dept.
Benefit Payment Control
PO Box 24928
Seattle, WA  98124-0928


State of Washington -
Department of Licensing (MLS)
PO Box 9034
Olympia, WA  98507-9034

State of Washington Dept. of Revenue
Unclaimed Property Section
PO Box 47489
Olympia, WA  98504-7489


State Pipe & Supply
File 55618
Los Angeles, CA  90074-5618


Statewide Towing & Recovery
PO Box 3793
Riverside, CA  92519


Steamboat Springs Municipal Court
PO Box 775088
Steamboat Springs, CO  80477-5088


Steel Yard, Inc.,The
P.O. Box 4828
Portland, OR  97208


Stein Transportation Systems Inc.
P.O. Box 1270
Manchaca, TX  78652


Sterling Battery Co.
PO Box 4947
Boise, ID  83711-4947


Sterling Motor Lodge
731 N. 3rd St.
Sterling, CO  80751

Steve Regan Co.,Corp.
4215 South 500 West
PO Box 30676
Salt Lake City, UT  84130-0676


Steve's Diesel & Truck Service
P.O.Box 166
Elk City, OK  73648


Steve's Mobile A/C and Truck Repair
29213 Dandelion Way
Murrieta, CA  92563


Steven's Commercial Contracting
109 S. Charles St.
Searcy, AR  72143


Stewart & Stevenson
P.O. Box 200441
Houston, TX  77216-0441


Stewart Title Co. Escrow Accts
4700 W. Sam Houston PKWY N.
Houston, TX  77041


Stewart-Stevenson
PO Box 200441
Houston, TX  77216-0441


Stone Development
9550 SE Clackmas Rd
Clackamas, OR  97015

```
Stone Valley Landscaping Inc.
6995 S. Scott Dr.
Chandler, AZ  85249



Stonepro Slingers
191 E 600 South
Payson, UT  84651



StoneRiver-Pharmacy Solutions
PO Box 504591
Saint Louis, MO  63150-4591



Stoneway Electric Supply
P.O. Box 4037
Spokane, WA  99220-0037



Store Yr Stuff
1225 Tutvilla Rd.
Pendleton, OR  97801



Storey Wrecker Service, Inc.
10 N. Elwood
Tulsa, OK  74103



Stork Twin City Testing  Corp.
15277 Collections Center Dr.
Chicago, IL  60693



Streamline Supply, Inc.
460 North 1000 West
Centerville, UT  84014
```

Strouhal Tire Centers
PO Box 671579
Dallas, TX  75267-1579


Stuart Hose & Pipe Co.
701 Riverside Drive
Fort Worth, TX  76111


Stutzman Refuse Disposal
315 W. Blanchard
South Hutchinson, KS  67505


Subsurface Construction Inc.
110 Angelica St.
Saint Louis, MO  63147


SuddenLink
P.O.Box 660365
Dallas, TX  75266-0365


Summers
542 TM West Pkwy
West, TX  76691


Summit Healthcare Regional Med. Center
2200 E. Show Low Lake Road
Show Low, AZ  85901


Summit Water & Supply Co.
9701 50th Ave. East
Tacoma, WA  98446-5444

Sun Coast Resources, Inc.
6922 Cavalcade
Houston, TX   77028


Sun Concrete Pumping
11015 NW 51st Pl
Grimes, IA   50111


Sun Devil Fire Equipment Inc.
2929 W. Clarendon Ave.
Phoenix, AZ   85017


Sun Trust
PO Box 79194
Baltimore, MD   21279-0194


Sun Trust Equipment Finance
Mail Code VA-Richmond-HDQ 1022
919 E Main St 22nd Fl
Richmond, VA   23219-4625


Sunbelt Industrial Trucks
1617 Terre Colony Ct.
Dallas, TX   75212


Sunbelt Rentals
P.O.Box 409211
Atlanta, GA   30384-9211


Sunbelts Conveyered Aggregated Delivery,
PO Box 1540
Litchfield Park, AZ   85340

```
Sundt Construction Inc.
2620 S. 55th St.
Tempe, AZ  85282



Sundt Construction, Inc.
Accounts Receivable
PO Box 26685
Tucson, AZ  85726-6685



Sunpointe At Lakewood Estates Condo Asso
1301 Washington Ave., Suite 350
Golden, CO  80401



Sunrise Construction
1019 West 3rd St.
San Bernardino, CA  92410



Sunrise Environmental Scientific
PO Box 10207
Reno, NV  89510



Sunroc Corporation
180 North 300 East
Saint George, UT  84770



Sunstate Equipment Co.
PO Box 52581
Phoenix, AZ  85072-2581



SunTrust
Contract 443-7003297-001
PO Box 79194
Baltimore, MD  21279-0194
```

Super 8
839 South Oak St.
Iowa Falls, IA  50126


Super 8
305 London Bridge Rd.
Lake Havasu City, AZ  86403


Super 8 East
2405 S.E. 6th Ave.
Aberdeen, SD  57401


Super 8 Motel
207 South Murray Road
Rantoul, IL  61866


Super 8 Motel
505 Hoselton Drive
Chenoa, IL  61726


Super 8 Motel-Mattoon
205 McFall Rd.
(I-57 & Route 16)
Mattoon, IL  61938


Super 8- Kingman
3401 E. Andy Devine
Kingman, AZ  86401


Super Carburetors
2622 Main St.
Riverside, CA  92501

Superior Cleaning Equipment Inc.
2455 S. 7th St., Ste. 120
Phoenix, AZ  85034


Superior Concrete
8705 Gateway Terrace
Oklahoma City, OK  73149


Superior Construction Services
820 Omaha NE
Albuquerque, NM  87123


Superior Court of California
County of Orange, North Justice Center
1275 N Berkeley Ave
Fullerton, CA  92832-1206


Superior Court of California
County of Placer, Roseville Traffic Div
PO Box 619077
Roseville, CA  95661-9077


Superior Lamp Inc.
P.O.Box 566
Moorhead, MN  56561-0566


Superior Land
47903 SE Mt. SI Rd.
North Bend, WA  98045


Superior Linen Srv.
1012 Center St
Tacoma, WA  98409

Superior Screed Service
38950 U S Highway 41
PO Box 221
Chassell, MI   49916-0221


Superior Service Co.
840 East Murdock
Wichita, KS   67214


Superior Tire Service
1409 NE Columbia Blvd
Portland, OR   97211


Superior Tire Service - Longview
660 - 14th Ave
Longview, WA   98632


SuperSigns
1335 W. Unversity Drive #8
Tempe, AZ   85281-3353


Sure Clean NW
P.O.Box 902
Albany, OR   97321


Surecrete Inc.
155 NE 100th Suite 300
Seattle, WA   98125


Sussman Shank LLP, Attorneys At Law
1000 Southwest Broadway, Suite 1400
Portland, OR   97205-3089

Suttell & Associates P.S.
1450-114th Ave SE #240
Conifer Building
Bellevue, WA  98004


Swendsen Concrete
PO Box 1067
North Plains, OR  97133


Swift Concrete
1604 Ave. J.
Plano, TX  75074


Swinerton Builders
260 Townsend St.
San Francisco, CA  94107


SYN-Tech Systems
PO Box 5258
Tallahassee, FL  32314


T / A Pump
10770 Beach Blvd
Stanton, CA  90680


T&T Equipment Co.
5000 E. Broadway
North Little Rock, AR  72117


T&W Tire
PO Box 974474
Dallas, TX  75397-4474

T-Mobile
PO Box 660252
Dallas, TX  75266-0252


T.B. Penick & Sons
9747 Olson Dr.
San Diego, CA  92121


T.S. Industrial Supply
205 North Market Place
Escondido, CA  92029


Tackett Concrete
P.O.Box 518
Wylie, TX  75098


Tacoma Screw Products
2001 Center Street
Tacoma, WA  98409-7895


Talavera's Auto Body
380 N Orange St. Suite #B
Riverside, CA  92501


Talon Air Service, Inc.
PO Box 1109
Soldotna, AK  99669


Tanner's Radiator & Auto
331 South 860 East
American Fork, UT  84003

Tapani Underground, Inc.
P.O.Box 1900
Battle Ground, WA  98604


Tardiff Law Offices
Attn: Neil Tardiff
PO Box 1446
San Luis Obispo, CA  93406-1446


TAS Precision Rebuild
4000 E. Valley Rd.
Renton, WA  98057


Tax Appraisal Dist. of Bell County
P.O.Box 390
Belton, TX  76513-0390


Taxation & Revenue Dept.
P.O. Box 2527
Santa Fe, NM  87504-2527


Taxation and Revenue Dept.
P.O. Box 5188
Santa Fe, NM  87504-5188


Taylor Telephone Cooperative, Inc.
PO Box 370
Merkel, TX  79536-0370


TCI /Berlin Tire Centers
111 E. Maricopa Fwy # B
Phoenix, AZ  85004-2919

```
TCI Tire Center
11589 IH 35 North
San Antonio, TX  78233


TCI Tire Centers
2725 N. Eastgate
Springfield, MO  65803


TCI Tire Centers
9156 Brighton Rd
Henderson, CO  80640


TCI Tire Centers
P.O.Box 829
Antioch, TN  37011-0829


TCI Tire Centers
4421 Gardner
Kansas City, MO  64120


TCI Tire Centers
3428 Astrozon Blvd
Colorado Springs, CO  80910


TCI Tire Centers
9156 Brighton Road
Henderson, CO  80640


TCI Tire Ctr
2280 South Sheridian St.
Wichita, KS  67213
```

```
TCI/Berlin Tire Ctr
111 E. Maricopa Fwy # B
Phoenix, AZ  85004-2919


TDS Tire Dist.System
Dept 530
Denver, CO  80291-0530


TDS Tire Dist.System
Department 530
Denver, CO  80291-0530


TEC Equipment, Inc.
PO Box 11272
Portland, OR  97211-0272


Tec Leasing
Transco Leasing Co.
PO Box 11272
Portland, OR  97211-0272


Tec of California
PO Box 11272
Portland, OR  97211


Tec of California, Inc.
14085 Valley Blvd
Fontana, CA  92335-5288


Tech Inn - Lubbock
3107 Clovis Rd
Lubbock, TX  79415
```

Techna Glass
611 N Bluff St/
Saint George, UT  84770


Ted Baker Concrete Pumping
9737 Liberty Ct.
Rancho Cucamonga, CA  91737


Teleco Business Communication
PO Box 457
Eastlake, CO  80614


TeleData Communications
10620 Widmer
Lenexa, KS  66215


Tempe Crane
124 South Smith RD.
Tempe, AZ  85281


Temple Towing Service, Inc.
3815 Shallow Ford West Rd.
Temple, TX  76502


Temple Welding Supply
PO Box 1998
Temple, TX  76503-1998


Temtco Steel
75 Remittance Dr. Suite 3025
Chicago, IL  60675-3025

Tennessee Child Support
PO Box 305200
Nashville, TN  37229-5200


Tennessee Department of Revenue
Andrew Jackson State Office Building
500 Deaderick St
Nashville, TN  37242-0001


Tennessee Dept of Labor & Workforce Devl
Employer Accounts Operations
PO Box 101
Nashville, TN  37202-0101


Tennessee Secretary of State
312 Eighth Ave.N. 6th Floor
William R. Snodgrass Tower
Nashville, TN  37243-0001


Terracon Consultants, Inc.
P.O.Box 931277
Kansas City, MO  64193-1277


TestAmerica Analytical Testing Corp.
PO Box 4305
Philadelphia, PA  19175-4305


TestAmerica Laboratories, Inc.
Dept 2314
P.O.Box 122314
Dallas, TX  75312-2314


TestAmerica Portland #1420452
Dept 2314
P.O.Box 122314
Dallas, TX  75312-2314

Texarkana Mack Sales
P.O. Box 2058
Texarkana, TX   75504


Texas A&M University
1720 Dryden Road
Dept 180
Houston, TX   77030


Texas Building Branch - AGC
816 Congress Ave., Ste. 950
Austin, TX   78701


Texas Child Support Specialists
PO Box 721821
Houston, TX   77272-1821


Texas Comptroller - Unclaimed Property D
Holder Reporting Section
PO Box 12019
Austin, TX   78711-2019


Texas Comptroller of Public Accounts
PO Box 149348
Austin, TX   78714-9348


Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX   78711-3528


Texas Fleet Fuel
4911 East 7th St.
Austin, TX   78702

Texas Imaging Systems
2600 Longhorn Blvd #102
Austin, TX  78758


Texas MedClinic
13722 Embassy Row
San Antonio, TX  78216


Texas Rubber Supply Inc.
P. O. Box 565067
Dallas, TX  75356-5067


Texas Service Industries
PO Box 200070
San Antonio, TX  78220


Texas South
PO Box 65101
San Antonio, TX  78265


Texas State Comptroller of Public Acct
Unclaimed Property Division
PO Box 12019
Austin, TX  78711-2019


Texas Tollways CSC
12719 Burnet Rd
Austin, TX  78727-4206


Texas Tollways CSC
12719 Burnet Road
Austin, TX  78727-4206

Texas Towing
PO Box 830388
San Antonio, TX  78283-0388


Texas Workforce Commission
Cashier
PO Box 149037
Austin, TX  78714-9037


The Children's Hospital Found.
1245 E. Colfax Ave. Suite 400
Denver, CO  80218


The Gallery Collection
Prudent Publishing
PO Box 360
Ridgefield Park, NJ  07660-0360


The Guide
PO Box 99729
Seattle, WA  98139


The Local Pages
4910 W. Amelia Earhart Dr. Suite #1
Salt Lake City, UT  84116


The Longhorn Foundation
P.O.Box 7399
Austin, TX  78713


The Odom Corporation
10500 NE 8th Street, Suite 2000
Bellevue, WA  98004

The Permit Co.
Los Angeles Corporate Cntr
789 S Arroyo Pkwy
Pasadena, CA  91105-3234


The Phone Book
260 W. St. George Blvd.
Saint George, UT  84770


The Press-Enterprise
P.O.Box 12009
Riverside, CA  92502-2209


The Springfield Business Journal
PO Box 1365
Springfield, MO  65801


The Telephone Company
7101 W. Sierra St.
Peoria, AZ  85345


The Toll Roads Violation Dept.
PO Box 50310
Irvine, CA  92619-0310


The Truck Shop
 Street NE.
Auburn, WA  98002


The University of Texas at Austin-UT Foo
P.O. Box 13178
Austin, TX  78711-3178

The Werks C&C, Inc.
1301 E. Gibson Lane
Phoenix, AZ  85034


The Wheatland Inn
124 SE 1st
Buffalo, OK  73834


The Woolly Bison Inn
P.O.Box 610
4 East Turner
Buffalo, OK  73834


Thermo Fluids Inc.
9354 Treasury Center
Chicago, IL  60694-9300


Third Party Solutions
P.O.Box 1000 Dept#492
Memphis, TN  38148-0492


Third Party Solutions-RX
PO Box 504591
Saint Louis, MO  63150-4591


Thomas H. Mabie
Law Office Of Thomas Mabie
445 S Figueroa St Ste 2700
Los Angeles, CA  90071-1632


Thomas Maps, Inc.
11003 Forest Breeze
San Antonio, TX  78233

Thomas Petroleum, LLC
P.O.Box 4317
Victoria, TX  77903-4317


Thompson Diesel Inc.
5700 S.W. 5th St.
Oklahoma City, OK  73128-1230


Thomson Tax & Accounting
Research & Guidance
P.O.Box 71687
Chicago, IL  60694-1687


Thornton Baseball Association
PO Box 29585
Denver, CO  80229


Thornton Contractors
617 7th St
Sulphur Springs, TX  75482-2066


Thornton Contractors
617 7th Street
Sulphur Springs, TX  75482


Thoroughbred Collision Center
 Street Southeast
Auburn, WA  98002


Tifco Industries
PO Box 40277
Houston, TX  77240-0277

Tim Truman Chp 13 Trustee
P.O. Box 961076
Fort Worth, TX  76161-0076


Tim's Concrete Pumping
PO Box 5244
San Luis Obispo, CA  93403


Timlick Studios/Western Sign
PO Box 1203
Kent, WA  98035-1203


Tire Doctor
1354 South 39th Ave.
Phoenix, AZ  85009-6106


Tire Mart Inc.
1850 Industrial Blvd
Lake Havasu City, AZ  86403


Tires Inc., Headquarters
1283 N.W. State Ave.
Chehalis, WA  98532


Titan Freight System
P.O.Box 22005
Portland, OR  97269-2005


Titan Lien Services
PO Box 50008
Mesa, AZ  85208

TK Industries, Inc.
1505 South 93rd
Bldg. B/Unit D
Seattle, WA  98108


TKO Concrete
7150 South 400 West
Midvale, UT  84047


TL Central
315 N. Central
Kent, WA  98032


TNT Distributing, Inc.
8325 Corona Loop, N.E.
Albuquerque, NM  87113


TNT Parts, Inc.
P.O.Box 162507
Atlanta, GA  30321


TNT Wrecker Service
5385 Fannett Road
PO Box 21535
Beaumont, TX  77720-1535


Today's Office, Inc.
3157 West Sunset
PO Box 7060
Springdale, AR  72766-7060


Tom McMahon Construction
Scholarship Fund
17011 Lincoln Ave # 159
Parker, CO  80134-3144

Tom's Truck Center
PO Box 88
Santa Ana, CA  92702


Tomsic & Sons Inc.
1837 E. 6400 So.
Salt Lake City, UT  84121


Tony's Tire Service
340 Closz Dr.
Webster City, IA  50595


Tooele RV and Auto Repair
70 East 1100 North
Tooele, UT  84074


Tool Sales & Service
P.O. Box 1159
Kelso, WA  98626


Topeka Water
PO Box 3566
Topeka, KS  66601-3566


Tor Truck Corp
184 Rte 138
Cap-Sante,     GOA 1LO


Total Plumbing, Inc.
4701 N. Colorado Blvd.
Denver, CO  80216-3218

Total Site Services
dba Tri Cities Mobile Drug & Alcohol Tes
4219 Ironton Dr
West Richland, WA  99353-9395


Tow-N-Kare, Inc.
2904 Madison 7755
Huntsville, AR  72740


Tower Medical Center of Nederland
2100 HWY 365
Nederland, TX  77627


Town & Country Village
651 W. Primpose
Springfield, MO  65807


Town of Estes Park
Town Clerk's Office
PO Box 1200
Estes Park, CO  80517-1200


Town of Silt
P.O. Box 70
Silt, CO  81652


Tox Review
PO Box 1403
Ozark, MO  65721


Toxic Main/ US EPA Fees
1001 I Street, 21st Flr
Sacramento, CA  95812

Tracey L. Juran, CCR
21103 80th Avenue West, Suite A
Edmonds, WA  98026


Trade-N-Tools
61406 South Highway 97
Bend, OR  97702


Traffic Specialties, Inc.
2640 La Cadena Dr.
Colton, CA  92324


Transcat, Inc.
23698 Network Place
Chicago, IL  60673-1236


Transmission Exchange Co.
1803 N.E. MLKing Blvd.
Portland, OR  97212


Transport Diesel Service Inc.
1050 West 200 North
Logan, UT  84321


Transport Graphics, Inc.
1401 E. Trafficway
Springfield, MO  65802


Transport Permits LTD
3825 West 9th St.
Waterloo, IA  50702

```
Transwest Trucks Inc.
P.O.Box 16086
Denver, CO  80216


Travelers Inn
1616 Hwy. 95
Bullhead City, AZ  86442


Travelodge Airport/Corpus Christi
910 Corn Products Rd.
Corpus Christi, TX  78409


Travelodge-Springdale
1394 W. Sunset Ave.
Springdale, AR  72764


Travis Cnty Tax Assessor-Col
PO Box 149326
Austin, TX  78714-9326


Treasure Valley Coffee, Inc.
11875 President Dr
Boise, ID  83713


Trent Construction
P.O.Box 4620
Hailey, ID  83333


Tri City Medical
830 North 2000 West
Pleasant Grove, UT  84062
```

Tri Phase Electric Supply
2238 NE Columbia Blvd.
Portland, OR  97211


Tri-Bar Tool & Supply Inc.
P.O.Box 308
Springdale, AR  72765-0308


Tri-City Lumber Co.
8600 W. Clearwater Ave.
Kennewick, WA  99336


Tri-State Mobile Service
855 C.R. 3390
Kempner, TX  76539


Tri-State Truck Center, Inc.
P.O.Box 415000
Msc. 1062900
Nashville, TN  37241-5000


Tri-States Area
Contractors Association
PO Box 987
Joplin, MO  64802-0987


Tri-Way Concrete Pumping, Inc.
P.O.Box 689
Bedford, TX  76095


Trial Run Trust
P.O. Box 2208
Woodland, WA  98674

Triangle Blueprint Co. Inc.
1123 Calder
Beaumont, TX  77701


Tricon Contracting
PO Box 475
San Marcos, CA  92079


Tripage Data & Marketing
231 Distribution Way
Plattsburgh, NY  12901


Triple J Towing
2511 NE 65th Ave.
Vancouver, WA  98661


Triple-S Steel Supply Co.
PO Box 21119
Houston, TX  77226


Triplett Wellman, Inc.
PO Box 160
Woodburn, OR  97071


TriTel Networks
162 E. 4500 South
Salt Lake City, UT  84107


TRS Financial Corp.
James R Vaughn
5555 N 7th St Ste 134-102
Phoenix, AZ  85014-2553

```
Truck & Trailer Parts, Inc.
2702 N. Flowing Wells Rd.
Tucson, AZ   85705



Truck City
15301 South IH-35
PO Box 27
Buda, TX   78610-0027



Truck Motive LP
P.O. Box 124
Waco, TX   76703



Truck Parts & Equip Inc.
4501 W. Esthner
Wichita, KS   67209



Truck Parts & Supply Co.
4005 E. Kearney
Springfield, MO   65803



Truck Parts Spcs Dallas
720 W. Mockingbird
Dallas, TX   75247



Truck Parts Specialists
PO Box 24397
Houston, TX   77029



Truck Repair Inc.
2324 Highway 61
Fort Madison, IA   52627
```

```
Truckmotive LP
P.O.Box 124
Waco, TX  76703


TruckPro - Memphis
P.O. Box 405137
Atlanta, GA  30384-5137


Truckpro - Tyler
P.O.Box 405137
Atlanta, GA  30384-5137


TruckPro Inc -Dallas
PO Box 405137
Atlanta, GA  30384-5137


TruckPro-Little Rock
PO Box405137
Atlanta, GA  30384-5137


TruckPro-Springdale
PO Box 405137
Atlanta, GA  30384-5137


Trucks West of Nevada
3038 Losee Road
North Las Vegas, NV  89030


Trux Trailer and Tractor Repair
900 Northwest Bypass
Springfield, MO  65802
```

Tube Service Co. 46
1107 East Jackson
Phoenix, AZ  85034


Tucson Alternator Exchange
1401 E.20th St.
Tucson, AZ  85719


Tucson Driveline, Inc.
1720 N Stone Ave
Tucson, AZ  85705-6638


Tucson Electric Power
PO Box 80077
Prescott, AZ  86304-8077


Tucson Safety & Medical Supply
6 W. Grant Road
Tucson, AZ  85705


Tulalip Tribes, The
Tax & Licensing Division
6319 23rd Ave NE Bldg B
Tulalip, WA  98271-9132


Tulare County Tax Collector
P.O.Box 30329
Los Angeles, CA  90030-0329


Tulare Dept of Child Support
P.O. Box 45383
San Francisco, CA  94145-0383

Tulsa Auto Spring Co.
6545 E. 21st Pl.
Tulsa, OK  74129


Tulsa Cleaning System
6502 New Sapulpa Road
Tulsa, OK  74131-2217


Turbo Auto Diesel Co. Inc.
4859 W. Van Buren
Phoenix, AZ  85043


Turner Construction
830 4th Ave Suite 400
Seattle, WA  98134-1301


Turnpike Transit Inc.
PO Box 581750
Tulsa, OK  74158-1750


Twin Cities Ready Mix, Inc.
102 W. Ashland
McAlester, OK  74501-2006


Twin Harbor Western Star)
518 S. West Blvd
Aberdeen, WA  98520


TWSCO
5515 W. Richey Rd.
Houston, TX  77066-3328

```
TXU Electric
PO Box 650638
Dallas, TX  75265-0638
```

```
TXU Energy
P.O.Box 650638
Dallas, TX  75265-0638
```

```
TXU Energy
P.O. Box 100001
Dallas, TX  75310-0001
```

```
U. S. Postal Fees
Postmaster
1200 N Main St
Meridian, ID  83642-9998
```

```
U.S Healthworks Medical
PO Box 50031
Los Angeles, CA  90074
```

```
U.S Healthworks Medical Group TX Inc.
PO Box 404974
Atlanta, GA  30384
```

```
U.S. Cellular
PO Box 0203
Palatine, IL  60055-0203
```

```
U.S. Dept of Education
National Payment Center
PO Box 4142
Greenville, TX  75403-4142
```

U.S. Foam Corporation
2002 S. Stemmons
Suite 100
Lake Dallas, TX   75065


U.S. Treasury, Fresno IRS
1040 PC, Tax Period 12-31-97
PO Box 24017
Fresno, CA   93779-4017


U.S.Postal Service
P.O.Box Fee Payment
Postmaster
San Luis Obispo, CA   93406-9998


Uhacz Industrial Supply
P.O.Box 222
Brush Prairie, WA   98606


Uline
2200 S. Lakeside Drive
Waukegan, IL   60085


Unified Chemical, Inc.
PO Box 235
Owens Cross Roads, AL   35763


Unified Government Treasury
(Wyandotte County Personal Property Taxe
PO Box 175013
Kansas City, KS   66117-5013


UniFirst Corp.
3766 Southside Ind. Pkwy
Atlanta, GA   30354

```
UniFirst Corp.
7730 Trinity, Suite 122
Cordova, TN  38018


UniFirst Corp.
3766 Southside Ind. Pkwy.
Atlanta, GA  30354


UniFirst Corporation
68 Jonspin Rd
Wilmington, MA  01887-1090


UniFirst Corporation
9019 Railwood Dr
Houston, TX  77078-4517


UniFirst Corporation
813 Massman Drive
Nashville, TN  37210


UniFirst Corporation
'5959 Shallowford Rd. #321
Chattanooga, TN  37421


UniFirst Holdings, Inc.
240 Signal Street
Lake Charles, LA  70615


UniFirst Holdings, Inc.
9019 Railwood Drive
Houston, TX  77078
```

Unisource Manufacturing
8040 N.E. 33rd Drive
Portland, OR  97211


UNITED COLLECTION SERVICE
16040 Christensen Rd  STE 305
PO Box 88830
Tukwila, WA  98138-2830


United Engines - UE-Okla. City, OK
P.O.Box 980110
Oklahoma City, OK  73196-0110


United Finance CO.
7305 NE Fourth Plain Blvd
Vancouver, WA  98661


United Fuel & Energy
P.O.Box 972176
Dallas, TX  75397-2176


United Health Care Specialty Benefit - (
P.O. Box 2485
Carol Stream, IL  60132-2485


United HealthCare Insurance Co.
22561 Network Place
Chicago, IL  60673-1225


United Machinery &Supply
P.O.Box 5900
Springfield, MO  65801

```
United Oil
PO Box 5159
Twin Falls, ID  83303-5159


United Oil
PO Box 160
Caldwell, ID  83606-0160


United Pipe & Supply
PO Box 6326
Portland, OR  97228-6326


United Pressure, Inc.
 Street SW Suite 101
Auburn, WA  98001-6566


United Rental Gulf
File 51122
Los Angeles, CA  90074-1122


United Rentals
File 51122
Los Angeles, CA  90074-1122


United Road Towing
2801 W. Osborn Rd.
Phoenix, AZ  85017


United Site Services
168 Park 35 Cove North
Buda, TX  78610
```

United Site Services of Nevada
3408 Hillcap Avenue
San Jose, CA  95136


United States Postal Service
c/o Pringle Park Station
PO Box 2000
Salem, OR  97308


United States Treasury
1040, Tax Period 12-31-98
PO Box 145566
Cincinnati, OH  45250-5566


United States Treasury
PO Box 970006
Saint Louis, MO  63197-0006


United States Welding
PO Box 663680
Indianapolis, IN  46266


United Supply & Sales
555 South Jason Street
Denver, CO  80223


United Supply Distributors, Inc.
22647 Ventura Blvd., #528
Woodland Hills, CA  91364


Universal Glass
Box 40677
Memphis, TN  38174-0677

Universal Map Group, LLC
P.O.Box 147
Fort Washington, PA  19034


University Lock Co. Inc.
1031 W.University Dr.
Tempe, AZ  85281-3417


University of Northern Colorado
Parking Services
Gray Hall Campus Box 113
Greeley, CO  80639-0001


University Sports Publication
1720 Dryden Road
Dept 180
Houston, TX  77030


Unlimited Serv. Bldg Maintenance
2535 Camino Del Rio South, Suite 205
San Diego, CA  92108


Unlimited Services
P.O. Box 570601
Las Vegas, NV  89157


Unlimited Services Building Maint
2535 Camino Del Rio South, Suite 205
San Diego, CA  92108


UPS
P.O.Box 7247-0244
Philadelphia, PA  19170-0001

```
UPS
Lockbox 577
Carol Stream, IL  60132-0577


UPS
PO Box 894820
Los Angeles, CA  90189-4820


UPS
28013 Network Place
Chicago, IL  60673-1280


UPS
PO Box 7247-0244
Philadelphia, PA  19170-0001


UPS
LockBox 577
Carol Stream, IL  60132-0577


UPS Freight
28013 Network Place
Chicago, IL  60673-1280


UPS Freight
P.O.Box 730900
Dallas, TX  75373-0900


UPS Freight
P.O. Box 79755
Baltimore, MD  21279-0755
```

```
UPS Freight
P.O.Box 533238
Charlotte, NC  28290-3238


UPS Store (The)
602 H Street Suite 160
Bakersfield, CA  93304


UPS Store (The)
55 Lake Havasu Ave S, Suite F
Lake Havasu City, AZ  86403


UPS Supply Chain Sol
28013 Network Place
Chicago, IL  60673-1280


UPS Supply Chain Sol
Attn:Custom Brokerage Services
PO Box 34486
Louisville, KY  40232-4486


UPS-Canada
P.O.Box 2127 CRO
Halifax, NS  B3J 3B7


URS
3271 E. Battlefield Suite 201
Springfield, MO  65804


US Attorney - Colorado
District Of Colorado, Civ. Div.
1225 17th St Ste 700
Denver, CO  80202-5598
```

US Attorney General
Dept. Of Justice Tax Division
P O Box 683, Ben Franklin Station
Washington, DC  20044-0683


US Bankcorp Equip Finance, Inc
PO BOX 790413
Saint Louis, MO  63179-0413


US Crane & Hoist, Inc.
29375 SW Kinsman Road
PO Box 384
Wilsonville, OR  97070-0384


US HealthWorks
PO Box 50042
Los Angeles, CA  90074


USA Shade & Fabric
8505 Chancellor Row
Dallas, TX  75247


USbancorp Equipment Finance
PO Box 790413
Saint Louis, MO  63179-0413


USBEF EXCHANGE
88010
550 W VAN BUREN ST 14TH FL
CHICAGO, IL  60607-3827


USDSA (Deputy Sheriff Magazine
1304 Langham Creek Dr. Suite 324
Houston, TX  77084-5042

```
Utah County Assessor
100 East Center Street, Suite 1105
Provo, UT  84606


Utah County Treasurer
100 E. Center St. Rm 1200
Provo, UT  84606-3159


Utah County Treasurer
PO Box 410483
Salt Lake City, UT  84141-0483


Utah Dept of Transportation
4501 South 2700 West
Salt Lake City, UT  84114-1210


Utah Interactive, LLC
In Partnership With Utah Gov.
PO Box 410451
Salt Lake City, UT  84111


Utah State Tax Commission
210 N 1950 W
Salt Lake City, UT  84134-0180


Utah State Tax Commission
Division of Motor Vehicles
210 N 1950 W
Salt Lake City, UT  84134-8040


Utah State Tax Commission
8800 Motor Vehicle Division
Salt Lake City, UT  84134-8800
```

Utah State Treasurer
Unclaimed Property Division
341 S Main St 5th Fl
Salt Lake City, UT  84111-2707


Utah Unemployment CompensationFund
UT Dept Workforce Services UI
PO Box 45233
Salt Lake City, UT  84145-0233


Utah Valley Emergency Physicians LLC
PO Box 10
Spanish Fork, UT  84660-0010


Utah Valley HBA
1457 East 840 North
Orem, UT  84097


Utility Trailer Sales
Southeast Texas, Inc.
PO Box 21402
Houston, TX  77226-1402


Utility Trailer Sales
Company of Arizona
1402 N 22nd Ave
Phoenix, AZ  85009-3713


UZ Engineered Products
P.O. Box 74189
Cleveland, OH  44194-0268


V.C. Milne & Sons Welding
3831 S. 1600 E. Circle
Saint George, UT  84790

V1 Propane
PO Box 1817
Hayden, CO   81639-1817


Vallecitos Water District
201 Vallecitos de Oro
San Marcos, CA   92069-1453


VALLEY CONCRETE PUMPING
4520 HWY 95
Fort Mohave, AZ   86426


Valley Credit Service, Inc.
960 Broadway Street NE
PO Box 2046
Salem, OR   97308-2046


Valley Day & Night Clinic
3302 Boca Chica Blvd, Ste 109
Brownsville, TX   78521


Valley Freightliner, Inc.
277 Stewart Rd. SW.
Pacific, WA   98047


Valley GMC
3104 Auburn Way
PO Box 129
Auburn, WA   98071-0129


Valley Machine Works, Inc.
701 West Jackson St.
Phoenix, AZ   85007-3189

Valley Pacific Hose & Fittings
7835 South 212th
Kent, WA   98032


Valley Power Systems
File 56634
Los Angeles, CA   90074-6634


Valley Power Systems, Inc.
File 56634
Los Angeles, CA   90074-6634


Valley Steel Supply
P.O.Box 579
Peoria, AZ   85380


Valley Tire Service
3803 S. 306th Place
Auburn, WA   98001


Valley Truck Trailer Service
5228 N. Tom Murray
Glendale, AZ   85301


Value Place
2311 West Loop 289
Lubbock, TX   79407


Van Wyk Freight Lines, Inc.
P.O. Box 70
Grinnell, IA   50112

```
Vanguard Trk Ctr of  Houston
5216 North McCarty Dr.
Houston, TX  77013



Vanguard Truck Center
2402 S. 19th Ave.
Phoenix, AZ  85009



VehiCare Fleet Maintenance Solution
PO Box 890859
Charlotte, NC  28289-0859



Venture Placement Service, Inc.
1017 Hostetler Road
Manhattan, KS  66505-0458



Verizon
P.O.Box 9688
Mission Hills, CA  91346-9688



Verizon
P.O. Box 920041
Dallas, TX  75392-0041



Verizon
P.O.Box 9622
Mission Hills, CA  91346-9622



Verizon
P.O.Box 660108
Dallas, TX  75266-0108
```

Verlin McKeever
PO Box 1135
Cache, OK  73527-1135


Vern Lewis Welding Supply, Inc.
275 S. Black Canyon Hwy.
Phoenix, AZ  85009


Vernon Manning
Ins. Rem.
114 Grannite Dr
Mc Rae, AR  72102-9565


Vernon Publications, LLC
PO Box 970
Woodinville, WA  98072-0970


Versa Tech Metal Fab Inc.
P.O.Box 20907
Portland, OR  97294-0907


VHBC, Incorporated
6895 Ironwood Drive
Riverside, CA  92506


VIA Christi Oem NE
P.O. Box 2865
Wichita, KS  67201-2865


Vicki's Permit Co.
1840 Black Hawk Rd.
Waterloo, IA  50701

Victor Zaharchenko
827 N. Mary St. #A
Tempe, AZ  85281


VIP Office Systems
2969 E. Chestnut Expressway
Springfield, MO  65802


Visible
PO Box 93514
Chicago, IL  60673-3514


Vista Paint Corp
2020 E.Orangethorpe Ave.
Fullerton, CA  92831-5327


VOCI- Vancouver Oil Co
The Petroleum Service Co.
PO Box 528
Vancouver, WA  98666-0528


Vogel Lubrication
1008 Jefferson Ave.
Newport News, VA  23607


Volunteer Welding Supply, Inc.
815 5th Ave. South
Nashville, TN  37203


Volvo & Mack Trucks of Waco
1247 Sun Valley Rd.
Interstate 35 South @ Exit 328
Waco, TX  76706

VONO Construction, Inc.
1115 South Clodfelter Rd.
Kennewick, WA   99338


Vortex Industries Inc.
File 1095
1801 W. Olympic Blvd.
Pasadena, CA   91199-1095


W. Jefferson Co. M.W.D.
7824 Glenbrook Dr.
Beaumont, TX   77705-8845


W.W. Williams
Dept L-303
Columbus, OH   43260-9303


Wachovia Equipment Finance
301 S College St
Charlotte, NC   28288-0738


Wachovia NA Dist SVCS
1525 W Harris
Charlotte, NC   28226


Wadley Regional Medical Center
PO Box 1878 - 1000 Pine Street
Texarkana, TX   75504


Wagoner County Treasurer
Gloria Marshall
307 E Cherokee St Ste 7
Wagoner, OK   74467-4729

Waldinger Corp. (The)
1630 S. Baehr
Wichita, KS  67209


Walgreens Co
PO Box 90484
Chicago, IL  60696-0484


Wallis Lubricant, LLC
P.O. Box 66940
Saint Louis, MO  63166


Wallwork Truck Center
P.O.Box 1819
Fargo, ND  58107-1819


Walter E. Nelson Co.
5937 N. Cutter Circle
Portland, OR  97217


Walters & Johnson Attorneys at Law
PO Box 502
Iowa Falls, IA  50126


Walters Ready Mix,Inc.
P.O.Box 390
Rexburg, ID  83440


Walz's Rebuilt Auto Parts
348 Market Street NE
Salem, OR  97301

```
Warburtons
453 W. 700 South
Pleasant Grove, UT  84062


Ward, Larry W., County Assessor
P.O.Box 12004
Riverside, CA  92502-2204


Ware, Jackson, Lee & Chambers, LLP
America Tower, 42nd Fl
2929 Allen Pkwy
Houston, TX  77019


Warner Truck Center
P.O. Box 70900
Salt Lake City, UT  84120


Wasatch Steel
243 west 3300 South
Salt Lake City, UT  84115


Washington and Northern Idaho
District council of Laborers
PO Box 12917
Mill Creek, WA  98082-0917


Washington County
David A. Ruff, Tax Collector
280 N College Ave Ste 202
Fayetteville, AR  72701-4279


Washington County Treasurer
David Whitehead
197 E Tabernacle St
St George, UT  84770-3443
```

```
Washington Dept of Labor & Industries
Boiler, Pressure Vessel Section
P.O.Bo 44410
Olympia, WA  98504-4410


Washington Manufacturers Directory
1633 Central St.
Evanston, IL  60201-1569


Washington Packaging Supply
3635 Thorndyke Ave. West
Seattle, WA  98119


Washington State
Support Registry
Post Office Box 45868
Olympia, WA  98504-5868


Washington State
Dept of Revenue - Unclaimed Property Sec
PO Box 34053
Seattle, WA  98124-1053


Washington State
Employment Security Dept.
PO Box 34467
Seattle, WA  98124-1467


Washington State - Ecology Dept.
P.O.Box 34050
Seattle, WA  98124-1050


Washington State DOL
King County Licenses
500 4th Ave Rm 401
Seattle, WA  98104-2395
```

```
Washington State Ferri
PO Box 3985
Seattle, WA  98124-3985


Washington State Ferri
P.O. Box 3985
Seattle, WA  98124-3985


Washington State- Dept of Labor & Indust
P.O.Box 44410
Olympia, WA  98504-4410


Washington, State of
Dept. of Revenue, Sales & Use
PO Box 34051
Seattle, WA  98124-1051


Waste
P.O.Box 78251
Phoenix, AZ  85062-8251


Waste Connections
Vancouver District 2010
Dept. 1433
Los Angeles, CA  90084-1433


Waste Connections Inc.
PO Box 660177
Dallas, TX  75266-0177


Waste Connections of Tennessee
P.O.Box 660177
Dallas, TX  75266-0177
```

Waste Industries
P.O.Box 580495
Charlotte, NC  28258-0495


Waste Management
39885 Spruce St.
Steamboat Springs, CO  80487


Waste Management
PO Box 78251
Phoenix, AZ  85062-8251


Waste Management of Atlanta
PO Box 105453
Atlanta, GA  30348-5453


Waste Mgmt.
PO Box 660345
Dallas, TX  75266-0345


Waxene Products Co.
2023 N. Broadway
Wichita, KS  67214


Wayne Cochran Construction
19045 Portola Dr. #A
Salinas, CA  93908


Wayne Parkers Auto Electric
1535 Broadway N.E.
Salem, OR  97303

Wayne's Engine Rebuilding
1710 Main St.
Riverside, CA   92501


Wazee Electric
2020 W.Barberry Place
Denver, CO   80204-3892


WCA Waste Corp
PO Box 553166
Detroit, MI   48255-3166


Webco Industries
501 Foster Road
Mannford, OK   74044


Weber County Fair
P.O.Box 1796
Ogden, UT   84402


Weis Fire & Safety Equip. Co., Inc.
P.O.Box 3467
Salina, KS   67402-3467


Weiss & Van Scoyk, LLP
First National Bank Building
600 S Lincoln Ave Ste 202
Steamboat Springs, CO   80487-8917


Welders Supply Co.
5406 Jackwood
San Antonio, TX   78238

```
Weldon Parts
P.O.Box 2115
Oklahoma City, OK  73101-2115


Weldors Supply Inc.
PO Box 82184
Oklahoma City, OK  73148-0184


Wells Designs
PO Box 1239
El Dorado, KS  67042


Wells Fargo
633 Seventeenth Street
Denver, CO  80270


Wells Fargo Bank
1300 SW 5th Ave 14th Fl
Portland, OR  97201-5667


Wells Fargo Bank
MAC P6101-142
1300 SW 5th Ave 14th Fl
Portland, OR  97201-5667


Wells Fargo Bank
MAC P6101-142
1300 SW 5th Ave 14th Fl
Portland, OR  97201-5602


Wells Fargo Bank
PO Box 54780
Los Angeles, CA  90054
```

Wells Fargo Bank, National Association
MAC P6101-142
1300 SW 5th Ave 14th Fl
Portland, OR  97201-5667


Wells Fargo Bank, National Association
1300 SW 5th Ave., 14th Floor
Mac P6101-142
Portland, OR  97201-5667


Wells Fargo Equipment Finance (CIT)
1540 W Fountainhead Pkwy
Tempe, AZ  85282-1839


Wells Fargo Equipment Finance, Inc.
1540 W Fountainhead Pkwy
Tempe, AZ  85282-1839


Wells Fargo Lockbox Service
Wells Fargo Equipment Finance, Inc.
1350 Energy Ln Ste 200
Saint Paul, MN  55108-5254


Wellspring Software
445 Sovereign Court
Ballwin, MO  63011


Welsco Inc.
Dept 5316
P.O.Box 2153
Birmingham, AL  35287-5316


Werdco BC, Inc.
4660 Flippin St.
Las Vegas, NV  89115-4429

West Coast Adjustors
P.O. Box 569
Lynnwood, WA   98046


West Coast Life Insurance Co.
PO Box 11407
Birmingham,      35246-1441


West Coast Services
150 E. Arrow Highway
San Dimas, CA   91773


West Coast Wire Rope & Rigging
PO Box 5999
Portland, OR   97228-5999


West-ARK Steel & Fabrication
PO Box 662
Lowell, AR   72745


Westar Energy
PO Box 758500
Topeka, KS   66675-8500


WestCoast Lock & Safe
dba Ken's Lock & Key
10557 Magnolia Ave
Riverside, CA   92505-1892


Western Cascade
12065 44th Place South
Seattle, WA   98178

Western Colorado Contractors Association
2470 F Road, Sutie 14
Grand Junction, CO  81505


Western Colorado Truck Center
711 Raptor Rd.
Fruita, CO  81521


Western Concrete Pumping, Inc.
Re: Cobra payments
2181 La Mirada Dr
Vista, CA  92081-8830


Western Concrete Pumping, Inc.
2015 E. Bakerview Rd
Bellingham, WA  98226


Western First Aid & Safety
355 S. Pattie,  Suite B
Wichita, KS  67211


Western Fleet Supply C/O BFI Business Fi
PO Box 225
San Jose, CA  95152-0225


Western Fluid Component
2303 Pacific Avenue, Ste. 200
Everett, WA  98201


Western Hydrostatics, Inc.
1956 Keats Dr.
Riverside, CA  92501-1747

Western Marketing
PO Box 147
Abilene, TX   79604


Western Mixer Inc.
PO Box 21575
Denver, CO   80221


Western Mixer Sales & Service
7014 So. 220th #5
Kent, WA   98032


Western Peterbilt, Inc.
3707 Airport Way South
Seattle, WA   98124


Western Power & Equipment
6407B NE 117th Ave.
Vancouver, WA   98662-5559


Western Refining
P O Box 749400
Los Angeles, CA   90074-9400


Western Refining Wholesale, Inc.
PO Box 52400
Phoenix, AZ   85072-2400


Western Sheet Metal
2406 Hinton Dr.
Irving, TX   75061

Western Slope Detailing, LLC
2224 Sanford Drive
Grand Junction, CO  81505


Western States Equipment
PO Box 3805
Seattle, WA  98124-3805


Western States Truck Repair
14387 Slover Ave.
Fontana, CA  92337


WestFleet
3440 Girard NE
Albuquerque, NM  87107


Westgate Shopping Center
PO Box 126
Salem, OR  97308


Weston Evans Construction
41 East 400 North
Logan, UT  84321


Westpac Heavy Duty
1717 W. Roosevelt
Phoenix, AZ  85007


Westpac Heavy Duty, Inc.
DBA C.W.Carter Co.
1717 W Roosevelt St
Phoenix, AZ  85007-2038

Westring Oil, Inc.
PO Box 906
45 West Hwy Sr198
Salem, UT  84653


Westroc, Inc.
670 West 220 South
Pleasant Grove, UT  84062


Wet Concrete Pumping
13527 Hwy 8 Business
El Cajon, CA  92021


Whatcom Electric Co. Inc.
2021 Toledo
Bellingham, WA  98229


Wheel Equipment Inc.
3250 E President St.
Tucson, AZ  85714-2044


Wheeler Machinery Co.
PO Box 701047
Salt Lake City, UT  84170-1047


Whisler Bearing Co.
PO Box 7623
Colorado Springs, CO  80933


White Cap Const.
Dept 33020
P.O.Box 39000
San Francisco, CA  94139-3020

White Cap Const. Supply
Dept 33020 PO Box 39000
San Francisco, CA  94139-3020


White Cap Const. Supply
Dept 0998
Los Angeles, CA  90088-0998


White Cap Industries
Dept 0998
Los Angeles, CA  90088-0998


White Electrical Services, Inc.
P.O. Box 1078
Catoosa, OK  74015


White River Homes
PO Box 213
Kimberling City, MO  65686


White Star Machinery & Supply
P.O.Box 934345
Kansas City, MO  64193-4345


Whitehead Oil Co., Inc.
1221 Riverside Blvd
Memphis, TN  38113


Whitton Companies
49 N Mesa Dr
Mesa, AZ  85201

```
WI SCTF
BOX 74400
Milwaukee, WI  53274-0400


Wichita Business Journal
121 N. Mead Suite 100
Wichita, KS  67202


Wichita Clinic P.A.
P.O.Box 2969
Wichita, KS  67201-2969


Wichita Eagle
825 East Douglas
Wichita, KS  67201


Wichita Inn North
3741 N. Rock Rd.
Wichita, KS  67226


Wichita Kenworth, Inc.
P.O.Box 4226
Wichita, KS  67204


Wilco Farm Store
815 W. Main Street
Battle Ground, WA  98604


Wilco Supply LP
PO Box 15182
Houston, TX  77220-5182
```

Wild West Steel
644 E Southern Ave., Suite #111
Mesa, AZ  85204


Wildcat Car Wash
697 S Pine St
Fruita, CO  81521


Wildcat Fire Protection
2929 W. Clarendon Ave.
Phoenix, AZ  85017


Willamette Builders
P.O.Box 280
Carlton, OR  97111


Willamette Orthopedic Group LLC
P.O.Box 1018
Salem, OR  97308


William A. Mark Attorney for Plaintiff
P.O. Box 7811
Sandy, UT  84091


Williams Detroit Diesel
Dept L- 303
Columbus, OH  43260-9303


Williams Industrial Supply
P.O.Box 3921
Seattle, WA  98124-3921

Williams Oil Filter Srv.
P. O. Box 2155
Tacoma, WA  98401-2155


Williams Scotsman
2990 N Ih 35
Georgetown, TX  78626-3692


Williams Scotsman Inc.
PO Box 91975
Chicago, IL  60693-1975


Williams, Cupples & Chapman, L.L.P.
PO Box 58344
Houston, TX  77258-8344


Willis of Colorado, Inc.
File 50968
Los Angeles, CA  90074-0968


Wilson & Altschule
100 Willow Plaza, Suite #401
Visalia, CA  93291


Winans Oil, Inc.
2305 W. Wyatt Earp
PO Box 446
Dodge City, KS  67801-0446


Window Welder
P.O. Box 150
Hyde Park, UT  84318

Windstream
PO Box 9001908
Louisville, KY  40290-1908


Windstream
P.O. Box 9001908
Louisville, KY  40290-1908


Winfield Medical Arts, P.A.
3625 Quail Ridge Dr.
Winfield, KS  67156


Wingfoot Commercial Tire
4121 E Slaton Rd.
Lubbock, TX  79404


Winship Stake & Lath
400 Main St
Riverside, CA  92501-1030


Winship Stake & Lath, Inc.
400 North Main Street
Riverside, CA  92501


Winzer Corp
P.O.Box 671482
Dallas, TX  75267-1482


Winzer Corporation
PO Box 671482
Dallas, TX  75267-1482

Wireless Management Group
343 South 500 East
American Fork, UT  84003


Wireless Management Inc.
4130 Lind Ave. S.W.
Renton, WA  98055


Wireless Management Inc.
Auburn Service Center
1447 W Valley Hwy N
Auburn, WA  98001-4124


Wireless Management Inc. -Federal Way
34428 Pacific Highway S. Ste # A
Federal Way, WA  98003


Wolf Construction
PO Box 1002
Salado, TX  76571


Wolf Den Log Cabin Motel, LLC
P.O.Box 160
Thayne, WY  83127


Womack Machine Sup Co.
PO Box 202385
Dallas, TX  75320-2385


Woods Truck Tire Service
13700 S.E. 71st
Oklahoma City, OK  73150-8024

Woodward Brothers
86 SW Century Dr.
Bend, OR  97702


WorkCare Orem, LLC
PO Box 26692
Salt Lake City, UT  84126-0692


Workforce QA
1430 South Main, Ste. C
Salt Lake City, UT  84115


Works & Lentz, Inc. Attorneys
1437 South Boulder, Suite 900
Tulsa, OK  74119


WorkSAFE Service, Inc.
1696 Capitol St NE
Salem, OR  97301


World Wide Tires
6300 North Loop East
Houston, TX  77026


Worldwide Equipment - Chattanooga
2017 E. 23rd Street
PO Box 3327
Chattanooga, TN  37404-0327


Wright Express Financial
Services Corporation
97 Darling Ave
South Portland, ME  04106-2301

Wright Express Financial Services
33548 Treasury Center
Chicago, IL  60694-3500


WSD Truck Wash
2224 Sanford Dr.
Grand Junction, CO  81505


WW Grainger
Dept 837419126
PO Box 419267
Kansas City, MO  64141-6267


WW Grainger
Dept. 826331761
PO Box 419267
Kansas City, MO  64141-6267


WW Grainger
Dept 568-807745252
PO Box 419267
Kansas City, MO  64141-6267


Wyoming Child Support Enforcement
PO Box 1027
Cheyenne, WY  82003-1027


Wyoming Dept of Employment
Employer Services
PO Box 2659
Casper, WY  82602-2659


Wyoming Dept of Transportation
5300 Bishop Blvd.
Cheyenne, WY  82009-3340

Wyoming Dept. of Employment
Employment Tax Division
PO Box 2659
Casper, WY  82602-2659


Wyoming Dept. of Employment
Workers Safety & Compensation - Employer
PO Box 20006
Cheyenne, WY  82003-7000


Wyoming Dept. of Revenue
Herschler Bldg.
122 W. 25th St.
Cheyenne, WY  82002-0110


Wyoming Secretary of State
The Capitol Building Rm 110
200 W. 24th Street
Cheyenne, WY  82002-0020


Wyoming Workers Compensation
1510 East Pershing Blvd.
Cheyenne, WY  82002


Xcel Concrete Floor Flatness Testing Inc
20632 Elizabeth Lane
Huntington Beach, CA  92646


Xero-Fax Incorporated
5 Southside Drive STE 333
Clifton Park, NY  12065


Xerox Corporation
P.O.Box 802555
Chicago, IL  60680-2555

XM Satellite Radio
PO Box 78054
Phoenix, AZ   85062-8054


Yampa Valley Electric Association
PO Box 775267
Steamboat Springs, CO   80477-5267


Yanke Machine Shop
4414 Gekeler Lane
PO Box 5405
Boise, ID   83705-0405


Yard Mix Concrete Co.
1502 Irene Dr.
Irving, TX   75061


Yellow Book
PO Box 3162
Cedar Rapids, IA   52406-3162


Yellow Book -Pacific
PO Box 660062
Dallas, TX   75266-0062


Yellow Pages, Inc.
P.O.Box 60007
Anaheim, CA   92812-6007


Yellow Pages/Bright Pages
PO Box 3505
New York, NY   10008-3505

Yellowstone Truck Stop
6867 South 45th West
Idaho Falls, ID  83402


Yoder Heritage Days
PO Box 21
Yoder, KS  67585


Yosemite Waters
1070 S. La Cadena Dr.
Colton, CA  92324-3335


Young Oil Co.
PO Box 458
Gilmer, TX  75644


Young Oil Co.
P.O. Box 458
Gilmer, TX  75644


Youngblood Automotive & Tire
P.O.Box 2299
Pflugerville, TX  78691


Zachary Construction
19409 National Trails Hwy.
Oro Grande, CA  92368


Zachry Industrial Inc.
P.O.Box 240130
San Antonio, TX  78224-0130

Zamboni Trucking
684 West 250 North
Lindon, UT  84042


Zarco Equipment, Inc.
9345 W. 20th Ave.
Denver, CO  80215


Zee Medical Inc.
P.O.Box 781525
Indianapolis, IN  46278-8525


Zee Medical, Inc.
4175 West 5345 South
Salt Lake City, UT  84118


Zee Medical, Inc.
4175 W 5345 South
Salt Lake City, UT  84118


Zep
P.O.Box 841508
Dallas, TX  75284-1508


Zep
File 50188
Los Angeles, CA  90074-0188


Zep Sales & Service
P.O. Box 841508
Dallas, TX  75284-1508

```
Zink Commercial
2612 E 33rd St.
Vancouver, WA  98661



Zochry Industrial, Inc.
P.O.Box 240130
San Antonio, TX  78224-0130



Zollern North America, L.P.
283 Lockhaven Dr. Suite 204
Houston, TX  77073
```

B6 Summary (Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## District of Colorado

IN RE:                                                    Case No. _____

**Brundage-Bone Concrete Pumping, Inc.** _____    Chapter **11** _____
               Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | $ 26,475,000.00 | | |
| B - Personal Property | Yes | 21 | $ 299,233,060.82 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 11 | | $ 226,460,592.13 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 68 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 567 | | $ 3,816,511.09 | |
| G - Executory Contracts and Unexpired Leases | Yes | 13 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 692 | $ 325,708,060.82 | $ 230,277,103.22 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                                    _____
Debtor(s)                                                                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 101 Precision Drive<br>Buda, TX 78610<br>(Shop) | | | 1,000,000.00 | 1,024,112.00 |
| 1025 S 48th Street<br>Tempe, AZ 85281<br>(Shop / Office) | | | 1,500,000.00 | 1,494,561.00 |
| 1031 4th Avenue North<br>Kent, WA 98188<br>(Shop) | | | 2,300,000.00 | 0.00 |
| 1037/1055 4th Avenue North<br>Kent, WA 98188<br>(Shop / Office / Warehouse) | | | 3,000,000.00 | 1,915,000.00 |
| 11412 62nd Avenue E<br>Puyallup, WA 98371<br>(Shop) | | | 400,000.00 | 0.00 |
| 12200 S Sunnylane<br>Oklahoma City, OK 73160<br>(Shop) | | | 750,000.00 | 0.00 |
| 1627 NE Argyle<br>Portland, OR 97211<br>(Shop / Office) | | | 1,500,000.00 | 1,589,240.00 |
| 1893 Brown Avenue<br>Riverside, CA 92509<br>(Land) | | | 1,000,000.00 | 2,221,500.00 |
| 1930 Hinton Drive<br>Irving, TX 75061<br>(Building / Parking) | | | 200,000.00 | 0.00 |
| 19548 E 6th Street<br>Tulsa, OK 74108<br>(Shop / Office) | | | 200,000.00 | 0.00 |
| 19556 E 6th Street<br>Tulsa, OK 74108<br>(Shop / Warehouse) | | | 200,000.00 | 0.00 |
| 19564 E 6th Street<br>Tulsa, OK 74108<br>(Land) | | | 75,000.00 | 0.00 |
| 19945 W. 157th Street<br>Olathe, KS 66062 | | | 450,000.00 | 0.00 |
| | | **TOTAL** | **26,475,000.00** | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

<div align="center">

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

</div>

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| (Shop / Office) | | | | |
| **2001 Hinton Drive** **Irving, TX 75061** (Shop / Office) | | | 1,000,000.00 | 1,000,000.00 |
| **2015 Ford Avenue** **Springdale, AR 72764** (Shop) | | | 350,000.00 | 0.00 |
| **2410 E Gowan Road** **N Las Vegas, NV 89030** (Shop / Office) | | | 2,000,000.00 | 1,972,140.00 |
| **301 N Cloverdale Road** **Boise, ID 83713** (Shop) | | | 700,000.00 | 704,262.00 |
| **3131 Hillside** **Wichita, KS 67219** (Shop) | | | 750,000.00 | 0.00 |
| **350 W 700 S** **Pleasant Grove, UT 84062** (Shop / Office) | | | 1,500,000.00 | 8,662,525.00 |
| **3638 Range Road** **Temple, TX 76504** (Shop) | | | 250,000.00 | 0.00 |
| **3970 S 1540 E Circle** **St. George, UT 84790** (Shop) | | | 450,000.00 | 0.00 |
| **4707 West OST** **Houston, TX 77015** (Shop) | | | 1,000,000.00 | 670,325.00 |
| **5010 Speaker Road** **Kansas City, KS** (Land) | | | 250,000.00 | 0.00 |
| **6461 Downing Street** **Denver, CO 80229** (Office) | | | 1,000,000.00 | 866,525.00 |
| **6475 Downing Street** **Denver, CO 80229** (Shop / Office) | | | 2,000,000.00 | 1,476,003.00 |
| **786 N Miller Avenue** **Springfield, MO 65802** (Shop) | | | 1,000,000.00 | 1,000,000.00 |
| **8908 Landers Rd N** **Little Rock, AR 72116** (Shop) | | | 500,000.00 | 0.00 |
| **910 Westview Drive** **Iowa Falls, IA 50126** (Shop / Warehouse) | | | 250,000.00 | 0.00 |
| **9802 NE Vancouver Way** **Portland, OR 97211** | | | 300,000.00 | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____     Case No. _____
                                            Debtor(s)                                                        (If known)

## SCHEDULE A - REAL PROPERTY
## (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **(Land)**<br>**981 E 64th Avenue**<br>**Denver, CO 80229**<br>**(Warehouse)** | | | **600,000.00** | **0.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
    Debtor(s)                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America - main depository account for cash receipts at non-Wells Fargo branches, account #8310** | | **unknown** |
| | | **JP Morgan Chase Bank - United Health Care FSA Plan Funding, account # 5233** | | **unknown** |
| | | **JP Morgan Chase Bank - United Health Care Medical Plan funding, account #5225** | | **unknown** |
| | | **Wells Fargo - account payable controlled disbursement clearing account #4919** | | **unknown** |
| | | **Wells Fargo - collateral account #2308 (lockbox deposit account)** | | **unknown** |
| | | **Wells Fargo - corporate main operating account #6544** | | **unknown** |
| | | **Wells Fargo - Denver corporate local petty checking account #6536** | | **unknown** |
| | | **Wells Fargo - health insurance funding account #4759** | | **unknown** |
| | | **Wells Fargo - Kent corporate local petty checking account #7578** | | **unknown** |
| | | **Wells Fargo - lockbox account #1040 (Portland branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #2229 (Denver branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #2719 (Dallas branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #2721 (Dallas branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #2727 (Dallas branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #2733 (Dallas branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #2735 (Dallas branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #3047 (Salt Lake City branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #3095 (Portland branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #3599 (Phoenix branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #5272 (Atlanta branch)** | | **unknown** |
| | | **Wells Fargo - lockbox account #8760 (Los Angeles branch)** | | **unknown** |
| | | **Wells Fargo - payroll controlled disbursement clearing account #0199** | | **unknown** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Commercial insurance policies covering property, equipment, bailees' customers, employees' tools, general liability, commercial automobiles, workers compensation, and umbrella liability.**<br><br>**Life insurance policies for key employee/shareholders (aggregate face value reflected here)** | | **unknown**<br><br><br><br>**67,500,000.00** |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Accounts receivable (from 10-31-09 balance sheet)** | | **11,684,302.46** |
| 17.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                                              Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Owned vehicles and transportation equipment (from 10-31-09 balance sheet, includes accum. deprec.). | | 459,092.97 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture and fixtures (from 10-31-09 balance sheet, includes accum. deprec.) | | 237,634.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment encumbered by Bank of America Leasing (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 5,021,695.05 |
| | | Equipment encumbered by Comerica Leasing Corporation (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 7,239,784.14 |
| | | Equipment encumbered by Commerce Bank Leasing, Inc. | | 0.00 |
| | | Equipment encumbered by Key Equipment Finance, Inc. (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 9,718,316.10 |
| | | Equipment encumbered by KeyBank National Association (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 22,016,920.28 |
| | | Equipment encumbered by People's Capital and Leasing Corp. (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 3,533,598.89 |
| | | Equipment encumbered by PNC Equipment Finance (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 8,487,467.66 |
| | | Equipment encumbered by RBS Business Capital (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 8,514,249.91 |
| | | Equipment encumbered by Sun Trust Equipment Finance (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 9,539,448.44 |
| | | Equipment encumbered by Wachovia Equipment Finance (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 23,430,075.13 |
| | | Equipment encumbered by Wells Fargo Bank (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 34,256,317.04 |
| | | Equipment encumbered by Wells Fargo Equipment Finance (CIT) (See attached Exhibit SCH B Q29 for itemized owned equipment) | | 83,866,660.79 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>Brundage-Bone Concrete Pumping, Inc.</u>                    Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **Unencumbered Equipment (See attached Exhibit SCH B Q29 for itemized owned equipment)** | | 6,875.05 |
| 30.  Inventory. | | **Inventory (consisting primarily of replacement parts for concrete pumping equipment)** | | 2,644,636.36 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **Covenants not to compete (net of amortization)** | | 1,075,986.55 |
| | | **Lease Agreements for equipment (See attached Exhibit SCH B Q35 for itemized leased equipment)** | | 0.00 |
| | | **Lease Agreements for real property (Brundage pays total rent in the amount of $67,438.96 per month) (See attached Exhibit SCH B Q35 for itemized leased properties)** | | 0.00 |
| | | **Lease Agreements for vehicles and transportation equipment (See attached Exhibit SCH B Q35 for itemized leased vehicles and transportation equipment)** | | 0.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

                                                      **TOTAL** | 299,233,060.82

<u>    17</u> continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

**Brundage-Bone Concrete Pumping, Inc.**

**Exhibit SCH B Q35**

**Summary Schedule of Leased Vehicles and Transportation Equipment**

| BBCP UNIT | YEAR | MAKE | DESCRIPTION | LESSOR | LOCATION |
|---|---|---|---|---|---|
| 1620 | '04 | CHEVY | SILVERADO | ENTRPRSE LEASE | COLORADO |
| 1647 | '04 | GMC | SIERRA | ENTRPRSE LEASE | JLS |
| 1685 | '04 | CHEVY | SILVERADO | ENTRPRSE LEASE | COLORADO |
| 1695 | '04 | CHEVY | SILVERADO | ENTRPRSE LEASE | F'VLE |
| 1767 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | JLS |
| 1769 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | JLS |
| 1770 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | SALINA |
| 1792 | '05 | GMC | YUKON | ENTRPRSE LEASE | ARIZONA |
| 1804 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | SPRINGFIELD |
| 1805 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | IDAHO |
| 1806 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | LAS VEGAS |
| 1807 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | UTAH |
| 1828 | '05 | CHEVY | TAHOE | ENTRPRSE LEASE | SEATTLE |
| 1834 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | JLS-NV |
| 1835 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | ARIZONA |
| 1836 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | IDAHO |
| 1876 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | WICHITA |
| 1877 | '05 | CHEVY | TAHOE | ENTRPRSE LEASE | OREGON |
| 1936 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | ARIZONA |
| 1937 | '05 | CHEVY | SILVERADO | ENTRPRSE LEASE | LAS VEGAS |
| 1939 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | OREGON |
| 1940 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | SEATTLE |
| 1941 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | TULSA |
| 1942 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | F'VLE |
| 1943 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | DALLAS |
| 1944 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | DALLAS |
| 1945 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | DALLAS |
| 1946 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | IDAHO |
| 1947 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | UTAH |
| 1948 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | OK. CITY |
| 1949 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | JLS |
| 1950 | '06 | GMC | YUKON | ENTRPRSE LEASE | COLORADO |
| 1975 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | UTAH |
| 1980 | '06 | CHEVY | SILVERADO | ENTRPRSE LEASE | JLS |
| 2018 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | HOUSTON |
| 2022 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | DALLAS |
| 2028 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | OK. CITY |
| 2059 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | HOUSTON |
| 2071 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | OREGON |
| 2090 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | JLS |
| 2091 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | JLS |
| 2092 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | OREGON |
| 2101 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | JLS |
| 2103 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | HOUSTON |
| 2117 | '06 | GMC | 2500 | ENTRPRSE LEASE | OREGON |
| 2126 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | HOUSTON |
| 2127 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | JLS |
| 2164 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | JLS |
| 2224 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | COLORADO |
| 2225 | '06 | CHEVY | 2500 | ENTRPRSE LEASE | SAN ANTONIO |

**Brundage-Bone Concrete Pumping, Inc.**

**Exhibit SCH B Q35**

**Summary Schedule of Leased Vehicles and Transportation Equipment**

| BBCP UNIT | YEAR | MAKE | DESCRIPTION | LESSOR | LOCATION |
|---|---|---|---|---|---|
| 2259 | '07 | GMC | YUKON | ENTRPRSE LEASE | SEA-CORP |
| 2288 | '07 | CHEVY | 2500 | ENTRPRSE LEASE | JLS |
| 2294 | '07 | CHEVY | 2500 | ENTRPRSE LEASE | MEMPHIS |
| 2300 | '07 | CHEVY | 2500 | ENTRPRSE LEASE | UTAH |
| 2301 | '07 | CHEVY | 2500 | ENTRPRSE LEASE | ARIZONA |
| 2323 | '07 | CHEVY | TAHOE | ENTRPRSE LEASE | UTAH |
| 2324 | '07 | CHEVY | 2500 | ENTRPRSE LEASE | ARKANSAS-LRCK |
| 2326 | '07 | CHEVY | 2500 | ENTRPRSE LEASE | RSE-SEA |
| 2337 | '07 | CHEVY | 2500 | ENTRPRSE LEASE | SPRINGFIELD |
| 2338 | '07 | GMC | YUKON | ENTRPRSE LEASE | DALLAS |
| 2339 | '07 | GMC | YUKON | ENTRPRSE LEASE | DEN-CORP |
| 2340 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | LUBBOCK, TX |
| 2343 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | UTAH |
| 2344 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | OK. CITY |
| 2346 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | JLS |
| 2347 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | ARIZONA |
| 2348 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | JLS |
| 2350 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | AUSTIN |
| 2352 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | ARIZONA |
| 2356 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | SEATTLE |
| 2357 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | PBO |
| 2358 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | PBO |
| 2359 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | ARKANSAS-LRCK |
| 2364 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | LUBBOCK, TX |
| 2365 | '07 | GMC | YUKON | ENTRPRSE LEASE | DEN-CORP |
| 2366 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | COLORADO |
| 2419 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | OREGON |
| 2429 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | OREGON |
| 2430 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | OREGON |
| 2431 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | WICHITA |
| 2436 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | HOUSTON |
| 2437 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | DALLAS |
| 2438 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | ARIZONA |
| 2465 | '07 | GMC | ENVOY | ENTRPRSE LEASE | SEATTLE |
| 2466 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | TEMPLE, TX |
| 2481 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | TULSA |
| 2544 | '07 | GMC | CANYON | ENTRPRSE LEASE | JLS |
| 2552 | '07 | CHEVY | MALIBU | ENTRPRSE LEASE | SEA-CORP |
| 2561 | '07 | GMC | CANYON | ENTRPRSE LEASE | COLORADO |
| 2562 | '08 | CHEVY | SILVERADO | ENTRPRSE LEASE | JLS-NV |
| 2564 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | OREGON |
| 2575 | '08 | GMC | SIERRA | ENTRPRSE LEASE | UTAH |
| 2587 | '08 | CHEVY | SILVERADO | ENTRPRSE LEASE | SEATTLE |
| 2590 | '08 | CHEVY | SILVERADO | ENTRPRSE LEASE | COLORADO |
| 2595 | '07 | FORD | F650 | ENTRPRSE LEASE | COLORADO |
| 2597 | '07 | CHEVY | SILVERADO | ENTRPRSE LEASE | JLS |
| 2602 | '08 | CHEVY | SILVERADO | ENTRPRSE LEASE | OREGON |
| 2611 | '08 | CHEVY | C1500 | ENTRPRSE LEASE | COLORADO |
| 2612 | '08 | CHEVY | C1500 | ENTRPRSE LEASE | WICHITA |
| 2613 | '08 | CHEVY | C1500 | ENTRPRSE LEASE | IOWA |

**Brundage-Bone Concrete Pumping, Inc.**

**Exhibit SCH B Q35**

**Summary Schedule of Leased Vehicles and Transportation Equipment**

| BBCP UNIT | YEAR | MAKE | DESCRIPTION | LESSOR | LOCATION |
|---|---|---|---|---|---|
| 2635 | '08 | GMC | CANYON | ENTRPRSE LEASE | SEA-CORP |
| 2636 | '08 | GMC | CANYON | ENTRPRSE LEASE | COLORADO |
| 2637 | '08 | GMC | CANYON | ENTRPRSE LEASE | AUSTIN |
| 2638 | '08 | GMC | CANYON | ENTRPRSE LEASE | SPRINGFIELD |
| 2639 | '08 | CHEVY | AVALANCHE | ENTRPRSE LEASE | SPRINGFIELD |
| 2640 | '08 | GMC | C5500 | ENTRPRSE LEASE | RSE-SEA |
| 2641 | '07 | GMC | SIERRA | ENTRPRSE LEASE | PSE-SEA |
| 2645 | '08 | CHEVY | SILVERADO | ENTRPRSE LEASE | SPRINGFIELD |
| 2646 | '08 | CHEVY | MALIBU | ENTRPRSE LEASE | AUSTIN |
| 1343 | '01 | GMC | SERVICE TRUCK | GE/LEASE | OREGON |
| 1555 | '03 | CHEVY | SILVERADO | GE/LEASE | JLS |
| 1590 | '03 | CHEVY | SILVERADO | GE/LEASE | JLS |
| 1279 | '01 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | SEATTLE |
| 1280 | '01 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | UTAH |
| 1283 | '01 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | COLORADO |
| 1284 | '01 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | OREGON |
| 1286 | '01 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | ST. GEO. |
| 1544 | '03 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | RIVERSIDE |
| 1545 | '03 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | JLS |
| 1546 | '03 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | ARIZONA |
| 1547 | '03 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | TULSA |
| 1553 | '03 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | ARIZONA |
| 1554 | '03 | CHEVY | SILVERADO | GE/LEASE/BUYOUT | JLS |
| 1679 | '04 | CHEVY | SILVERADO | GMAC LEASE | NEW MEXICO |
| 1688 | '04 | CHEVY | SILVERADO | GMAC LEASE | COLORADO |
| 1689 | '04 | CHEVY | SILVERADO | GMAC LEASE | UTAH |
| 2036 | '07 | CHEVY | TAHOE | GMAC LEASE | SSE-SEA |

**Brundage-Bone Concrete Pumping, Inc.**
Exhibit SCH B Q35
Summary Schedule of Leased Property

| BBCP Branch | Leased Property Address | Leased Property City | Property State | Property ZIP | Monthly Rent | Lease Status | Landlord Name | Landlord Street Address | Landlord City | Landlord Sate | Landlord ZIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dallas | 617 7th St. | Sulphur Sprgs | TX | 75482 | $200.00 | No written lease | Thornton Contractors | 617 7th St. | Sulphur Sprgs | TX | 75482 |
| Seattle | 7804 40th Ave. W | Mukilteo | WA | 98275 | $900.00 | No written lease | Salinas Constr. | 7804 40th Ave. W | Mukilteo | WA | 98275 |
| Seattle | 180 Beaver Ridge Ln | Poulsbo | WA | 98370 | $2,750.00 | Month to Month | Millican | 160 Beaver Ridge Lane | Poulsbo | WA | 98370 |
| Seattle | 614 S West Blvd. | Aberdeen | WA | 98520 | $500.00 | Month to Month | Entus Trucking | 614 S West Blvd. | Aberdeen | WA | 98520 |
| Seattle | 1115 S. Clodfelter Rd. | Kennewick | WA | 99336 | $650.00 | No written lease | Kimo Von Oelhoffen | PO Box 6004 | Kennewick | WA | 99336 |
| Seattle | 1420 Marvin Rd NE Ste C | Lacey | WA | 98516 | $500.00 | No written lease | Gary's Bulldozing | 1420 Marvin Rd NE Ste C | Lacey | WA | 98516 |
| Seattle | 5509 E. Cataldo Ave. | Spokane | WA | 99212 | $150.00 | No written lease | Don Pratt | 5509 E. Cataldo Ave. | Spokane | WA | 99212 |
| Denver | 6050 Terminal Ave. #C | Colorado Springs | CO | 80915 | $3,500.00 | 5/31/2011 | Peak View | 2702 East Yampa | Co Sprgs | CO | 80909 |
| Denver | 3466 East County Rd 20C | Loveland | CO | 80537 | $1,710.00 | Month to Month | Kauffman Rentals | 808 S. County Rd. 9E | Loveland | CO | 80537 |
| Denver | 1808 Pacific Ave. #4 | Cheyenne | WY | 82001 | $1,950.00 | 2/28/2011 | Missile Enterprises | PO Box 3076 | Cheyenne | WY | 82003 |
| Denver | 2217 Branding Iron | Silt | CO | 81652 | $2,730.00 | Month to Month | Lyon Family, LLC | PO Box 110 | Silt | CO | 81652 |
| Denver | 38985 Spruce St. | Milner | CO | 80477 | $1,500.00 | 7/31/2009 | Muhme | PO Box 770952 | Steamboat Sprgs | CO | 80477 |
| Denver | 3747 Salt Creek Rd. | Casper | WY | 82601 | $100.00 | Month to Month | Lee Castello | PO Box 50515 | Casper | WY | 82605 |
| Denver | 2302 E. Daley St | Rawlins | WY | 82301 | $400.00 | Month to Month | Doug Dowlin | PO Box 992 | Rawlins | WY | 82301 |
| Denver | 2760 Haines Ave. | Rapid City | SD | 57701 | $175.00 | Month to Month | 4D Enterprises, LLC | 2760 Haines Ave. | Rapid City | SD | 57701 |
| Denver | 2740 Coulter Ln. | Gillette | WY | 82716 | $250.00 | Month to Month | ASI LLC | 2740 Coulter Ln. | Gillette | WY | 82716 |
| Utah | 1070 S. Century Dr. | Ogden | UT | 84404 | $2,100.00 | No written lease | RSI Constr. | 939 W. 4000 N. | Ogden | UT | 84414 |
| Utah | 146 Good Neighbor Ln. | Etna | WY | 83118 | $2,200.00 | 8/1/2009 | KSR1217 | PO Box 948 | Grantsville | UT | 84029 |
| Utah | 207 W 3700 N | Hyde Park | UT | 84318 | $2,160.00 | Month to Month | Industrial Trade | PO Box 3 | Hyde Park | UT | 84318 |
| Utah | 60 E 1100 North | Toole | UT | 84074 | $100.00 | 10/31/2009 | Charles Brown | 913 W Utah Ave. | Toole | UT | 84074 |
| Utah | 101 Conestoga Ct. | Kalispell | MT | 59901 | $800.00 | Month to Month | Lisle Pottorff | 125 Essex Pl. | Kalispell | MT | 59901 |
| Portland | 3450 Cherry Ave., NE | Salem | OR | 97306 | $4,735.00 | Month to Month | R.J. Taggart | 4011 Vitae Springs Rd S. | Salem | OR | 97306 |
| Portland | | Eugene | OR | 97401 | $300.00 | No written lease | Burnett | PO Box 7547 | Eugene | OR | 97401 |
| Portland | 2888 SE Brookwood | Hillsboro | OR | 97123 | $750.00 | No written lease | Jim Gore | 2888 SE Brookwood | Hillsboro | OR | 97123 |
| Arizona | 2281 West Wetmore | Tucson | AZ | 85705 | $3,120.52 | 2/28/2011 | Newell | 3121 Liberty Tree Ln. | Tucson | AZ | 85741 |
| Arizona | 5346 S. Desert View Dr. | Apache Junction | AZ | 85220 | $300.00 | Month to Month | Neil Fisher | 4878 S. Delware | Apahce Junction | AZ | 85220 |
| Arizona | 6301 Oakland NE | Albuquerque | NM | 87113 | $1,000.00 | Month to Month | MAK Towing | 6301 Oakland NE | Albuquerque | NM | 87113 |
| Arizona | 6624 Morrill Rd. | Canutillo | TX | 79835 | $200.00 | Month to Month | Rulon Chadwick | 320 Cornena | El Paso | TX | 79922 |
| Arizona | | Aztec | NM | 87410 | $300.00 | Month to Month | Owen David | PO Box 866 | Aztec | NM | 87410 |
| Arizona | 55 S. lake Havasu Ave. | Lake Havasu | AZ | 86403 | $350.00 | Month to Month | M-K Enterprises | 2308 Rainbow Ave. | Lake Havasu | AZ | 86403 |
| Springfield | 2105 Stephens | Joplin | MO | 64804 | $600.00 | Month to Month | Ozark Crane | 6619 Spurgeon Rd. | Neosho | MO | 64850 |
| Oklahoma City | | Cache | OK | 73527 | $250.00 | Month to Month | Verlin McKeever | PO Box 1135 | Cache | OK | 73527 |
| Oklahoma City | 7302 W. 19th St. | Lubbock | TX | 79407 | $3,500.00 | Month to Month | Gary Greenstreet | 11003 Salem Dr. | Lubbock | TX | 79424 |
| Oklahoma City | 2701 Givens St. | Amarillo | TX | 79108 | $150.00 | Month to Month | Scott Heltzel | 2701 Givens St. | Amarillo | TX | 79108 |
| Wichita | 6305 S Heron Rd. | Partridge | KS | 67566 | $500.00 | Month to Month | Ken Schrock | 6305 S Heron Rd. | Partridge | KS | 67566 |
| Wichita | 1601 E. Schilling | Salina | KS | 67401 | $750.00 | Month to Month | Gary Johnson Trucking | 1601 E. Schilling | Salina | KS | 67401 |
| Wichita | 700 NE Hwy 24 #C. | Topeka | KS | 66608 | $1,000.00 | 10/31/2010 | Heald Investments | 2705 NE Chester | Topeka | KS | 66608 |
| Wichita | 21421 SE 219 Rd. | Jetmore | KS | 67854 | $200.00 | Month to Month | Lyle Salmans | 21421 SE 219 Rd. | Jetmore | KS | 67854 |
| Riverside | 590 A Main St. | Riverside | CA | 92501 | $1,500.00 | Month to Month | Winship Stake & Lath | 400 North Main Street | Riverside | CA | 92501 |
| Riverside | 590 A Main St. | Riverside | CA | 92501 | $242.44 | Month to Month | Commercial Mobile Systems | PO Box 790 | Riverside | CA | 92502 |
| Houston | 8155 Chemical Rd. | Beaumont | TX | 77705 | $2,100.00 | 5/31/2013 | Smith & Liner | 8141 Chemical Rd. | Beaumont | TX | 77705 |
| Idaho | 1196 Addison Ave. W | Twin Falls | ID | 83301 | $1,091.00 | 6/30/2010 | JJ Investments | 1196 Addison Ave. W | Twin Falls | ID | 83301 |
| Little Rock | 312 Eastland | Texarkana | AR | 71854 | $600.00 | No written lease | Red River Trailer | PO Box 208 | Benton | LA | 71006 |
| San Antonio | 2290 1516N Lot 3 | Converse | TX | 78109 | $4,750.00 | 3/15/2011 | David Moody | 18210 Crystal Ridge | San Antonio | TX | 78259 |
| Temple | | Elm Mott | TX | 76640 | $300.00 | No written lease | Benny Shillings | PO Box 1033 | Elm Mott | TX | 76640 |
| Austin | 1819 Drillers Dr. | Bryan | TX | 77806 | $700.00 | 2/14/2010 | Highland Interest | PO Box 663 | Bryan | TX | 77806 |
| Former Pumpco locations | 2625 Locust St. | Nashville | TN | 37207 | $2,125.00 | Month to Month | Ainsworth Enterprises, Inc. | 14025 Crabapple Rd | Golden | CO | 80401 |
| Former Pumpco locations | 5643 Old Millington Rd. | Millington | TN | 38053 | $3,200.00 | 4/30/2010 | K&L Holdings | 14025 Crabapple Rd | Golden | CO | 80401 |
| Former Pumpco locations | 1821 Central Commerce Ct | Pflugerville | TX | 78660 | $1,000.00 | Month to Month | K&L Holdings | 14025 Crabapple Rd | Golden | CO | 80401 |
| Former Pumpco locations | 1009 S. Lee Highway | Chattanooga | TN | 37311 | $1,500.00 | Month to Month | Ainsworth Holdings | 14025 Crabapple Rd | Golden | CO | 80401 |
| Former Pumpco locations | 11127 County Road 490 | Tyler | TX | 75706 | $1,700.00 | 4/30/2010 | Ainsworth Holdings | 14025 Crabapple Rd | Golden | CO | 80401 |
| Former Pumpco locations | 279 Pumpco Ct. | Forest Park | GA | 30297 | $3,300.00 | 4/30/2010 | Ainsworth Holdings | 14025 Crabapple Rd | Golden | CO | 80401 |
| | | | | TOTAL | $67,438.96 | | | | | | |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q35**
**Comprehensive Data Summary of Leased Pumping Equipment**

| BBCP Unit | Lease Holder Full Bank Name | Lease Description | VehicleType | Pump Year | PumpMake | PumpSize | PumpSN | BoomSN | TBelt Year | TBelt Make | TBelt Model | TBeltSN | Truck Make | Truck Model | Truck SN/Vin Nr | Truck Year | Location Sate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1718 | GE Capital Solutions | GE Lease #4137742-007 Schedule 7 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520281 | KVM 39X | 16808281 | | | | MACK | MR688S | 1M2K197C25M025469 | 2005 | Tennessee |
| 1725 | GE Capital Solutions | GE Lease #4137742-010 Schedule 10 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520313 | KVM 39X | 16808313 | | | | MACK | MR688S | 1M2K197C65M025474 | 2005 | Washington |
| 1735 | GE Capital Solutions | GE Lease #4137742-011 Schedule 11 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520285 | KVM 39X | 16808285 | | | | MACK | MR688S | 1M2K197C75M025483 | 2005 | Utah |
| 1736 | GE Capital Solutions | GE Lease #4137742-009 Schedule 9 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520298 | KVM 39X | 16808298 | | | | MACK | MR688S | 1M2K197C45M025487 | 2005 | Utah |
| 1738 | GE Capital Solutions | GE Lease #4137742-013 Schedule 13 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520302 | KVM 39X | 16808302 | | | | MACK | MR688S | 1M2K197C65M025488 | 2005 | Oregon |
| 1742 | GE Capital Solutions | GE Lease #4137742-012 Schedule 12 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526176 | KVM 475X | 17205176 | | | | MACK | MR688S | 1M2K197C95M026666 | 2005 | Nevada |
| 1743 | GE Capital Solutions | GE Lease #4137742-014 Schedule 14 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526183 | KVM 475X | 17205183 | | | | MACK | MR688S | 1M2K197C65M026673 | 2005 | Nevada |
| 1744 | GE Capital Solutions | GE Lease #4137742-015 Schedule 15 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526182 | KVM 5475X | 17205182 | | | | MACK | MR688S | 1M2K197C85M026674 | 2005 | Oregon |
| 1745 | GE Capital Solutions | GE Lease #4137742-016 Schedule 16 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 107147 | KVM 5415X | 107147 | | | | TOR | T-63120-2 | 2T9638HC140070907 | 2004 | Oregon |
| 1930 | GE Capital Solutions | GE Lease #4137742-020 Schedule 20 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2005 | SCHWING | BPL 2525-5 | 108059 | KVM 415X | 108059 | | | | MACK | MR 688 S | 1M2K197C66M029087 | 2006 | Oregon |
| 1931 | GE Capital Solutions | GE Lease #4137742-019 Schedule 19 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2005 | SCHWING | BPL 2525-5 | 108061 | KVM 415X | 108061 | | | | MACK | MR 688 S | 1M2K197C46M029105 | 2006 | Utah |
| 1932 | GE Capital Solutions | GE Lease #4137742-021 Schedule 21 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2005 | SCHWING | BPL 2525H-6 | 170526216 | KVM 475X | 17205216 | | | | MACK | MR 688 S | 1M2K197C25M029005 | 2005 | Arizona |
| 1938 | GE Capital Solutions | GE Lease #4137742-018 Schedule 18 to GE Master Lease Agreement dated 10/23/02 | BOOM PUMP | 2005 | SCHWING | BPL 2525-5 | 108058 | KVM 5415X | 108058 | | | | MACK | MR688S | 1M2K197C66M029106 | 2006 | Missouri |
| 2021 | AIG Commercial Equipment Finance | AIG Lease #1215-003 Schedule 22 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520486 | KVM 39X | 16808486 | | | | MACK | MR688S | 1M2K197C80M030009 | 2006 | Arizona |
| 2023 | AIG Commercial Equipment Finance | AIG Lease #1215-003 Schedule 22 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108435 | KVM 4515X | 108435 | | | | MACK | MR688S | 1M2K197C86M033836 | 2006 | Colorado |
| 2037 | AIG Commercial Equipment Finance | AIG Lease #1215-003 Schedule 22 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108433 | KVM 415X | 108433 | | | | MACK | MR688S | 1M2K197C57M033844 | 2007 | Colorado |
| 2062 | GE Capital Solutions | GE Lease #4137742-023 Schedule 23 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2525H-6 | 17052631 | KVM 475X | 17205231 | | | | MACK | MR688S | 1M2K197C16M029015 | 2006 | Oregon |
| 2063 | GE Capital Solutions | GE Lease #4137742-023 Schedule 23 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520497 | KVM 39X | 16808497 | | | | MACK | MR688S | 1M2K197C00M030011 | 2006 | Arizona |
| 2102 | GE Capital Solutions | GE Lease #4137742-029 Schedule 29 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601774 | BSF 40Z | | | | | MACK | MR688S | 1M2K197C76M032628 | 2006 | Colorado |
| 2131 | People's Capital and Leasing Corp. | GE Lease #4137742-029 Schedule 29 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601849 | BSF 47Z | | | | | MACK | MR688S | 1M2K197C17M034148 | 2007 | Colorado |
| 2143 | GE Capital Solutions | GE Lease #4137742-029 Schedule 29 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | PUTZMEISTER | 20H | 210601876 | BSF 58 | | | | | TOR | T-SERIES | 2T9738HC760070188 | 2006 | Oregon |
| 2166 | Wells Fargo Equipment Finance (CIT) | WFEF Lease #001-0021877 Schedule 24 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2023-4 | 1705221055 | KVM 32XL | 170221055 | | | | MACK | MR688S | 1M2K189C67M035206 | 2007 | Texas |
| 2168 | Wells Fargo Equipment Finance (CIT) | WFEF Lease #001-0021877 Schedule 24 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2023-4 | 108488 | KVM 531EZ | 108488 | | | | MACK | MR688S | 1M2K189C67M034606 | 2007 | Oregon |
| 2213 | Wells Fargo Equipment Finance (CIT) | WFEF Lease #001-0021877 Schedule 24 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2023-5 | 1705221056 | KVM 32XL | 170221056 | | | | MACK | MR688S | 1M2K189CX7M035211 | 2007 | Washington |
| 2214 | AIG Commercial Equipment Finance | AIG Lease #1215-005 Schedule 26 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2025-5 | 1705221091 | KVM 32XL | 170221091 | | | | MACK | MR688S | 1M2K189C97M035216 | 2007 | Colorado |
| 2218 | Wells Fargo Equipment Finance (CIT) | WFEF Lease #001-0021877 Schedule 24 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | 2525-5 | 108726 | KVM 5415X | 108726 | | | | MACK | MR688S | 1M2K197CX7M035864 | 2007 | Washington |
| 2220 | Wells Fargo Equipment Finance (CIT) | WFEF Lease #001-0021877 Schedule 24 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2025-5 | 1705221082 | KVM 32XL | 170221082 | | | | MACK | MR688S | 1M2K189C27M035218 | 2007 | Utah |
| 2235 | Wells Fargo Equipment Finance (CIT) | WFEF Lease #001-0021877 Schedule 24 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | 2525H-6 | 17053021 | KVM 5615X | 17402021 | | | | MACK | MR688S | 1M2K201CX7M035766 | 2007 | Arizona |
| 2236 | AIG Commercial Equipment Finance | AIG Lease #1215-004 Schedule 25 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | 2525H-6 | 17053022 | KVM 5615X | 17402022 | | | | MACK | TRI STEER TRI DRIVE | 1M2K201C87M035766 | 2007 | Washington |
| 2247 | AIG Commercial Equipment Finance | AIG Lease #1215-007 Schedule 28 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2025-5 | 170521095 | KVM 32XL | 170221095 | | | | MACK | MR688S | 1M2K189C97M035240 | 2007 | Utah |
| 2266 | GE Capital Solutions | GE Lease #4137742-029 Schedule 29 to GE Master Lease agreement dated 10/23/02 | TELEBELT | | | | | | 2007 | PUTZMEISTER | TB 110 | 390600386 | MACK | MR688S | 1M2K197C17M032769 | 2007 | Oklahoma |
| 2268 | AIG Commercial Equipment Finance | AIG Lease #1215-005 Schedule 26 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2525-8 | 108664 | KVM 52 | 108664 | | | | MACK | MR688S | 1M2K201C97M036182 | 2007 | Oklahoma |
| 2277 | AIG Commercial Equipment Finance | AIG Lease #1215-007 Schedule 28 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | 2525H-6 | 17053024 | KVM 615X | 17402024 | | | | MACK | TRI STEER TRI DRIVE | 1M2K201C37M035769 | 2007 | Colorado |
| 2282 | AIG Commercial Equipment Finance | AIG Lease #1215-007 Schedule 28 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2025-5 | 1705221094 | KVM 32XL | 170221094 | | | | MACK | MR688S | 1M2K189C47M035236 | 2007 | Arkansas |
| 2289 | AIG Commercial Equipment Finance | AIG Lease #1215-006 Schedule 27 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2525-8 | 108668 | KVM 52 | 108668 | | | | MACK | MR688S | 1M2K201C67M036186 | 2007 | Nevada |
| 2291 | AIG Commercial Equipment Finance | AIG Lease #1215-007 Schedule 28 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2025-5 | 1705221096 | KVM 32XL | 170221096 | | | | MACK | MR688S | 1M2K189CX7M035242 | 2007 | Arizona |
| 2293 | AIG Commercial Equipment Finance | AIG Lease #1215-006 Schedule 27 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | PUTZMEISTER | 20H | 210602038 | BSF 47Z | | | | | MACK | MR688S | 1M2K197C97M034642 | 2007 | Utah |
| 2297 | AIG Commercial Equipment Finance | AIG Lease #1215-006 Schedule 27 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602046 | BSF 36Z | | | | | MACK | MR688S | 1M2K197CX7M035427 | 2007 | Utah |
| 2298 | GE Capital Solutions | GE Lease #4137742-029 Schedule 29 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602049 | BSF 47Z | 170602049 | | | | MACK | MR688S | 1M2K197C67M034646 | 2007 | Colorado |
| 2299 | GE Capital Solutions | GE Lease #4137742-029 Schedule 29 to GE Master Lease agreement dated 10/23/02 | TELEBELT | | | | | | 2007 | PUTZMEISTER | TB 110 | 390600389 | MACK | MR688S | 1M2K197C66M033765 | 2007 | Washington |
| 2302 | AIG Commercial Equipment Finance | AIG Lease #1215-007 Schedule 28 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2025-5 | 1705221097 | KVM 32XL | 170221097 | | | | MACK | MR688S | 1M2K189C87M035241 | 2007 | Washington |
| 2303 | AIG Commercial Equipment Finance | AIG Lease #1215-005 Schedule 26 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2025-5 | 1705221079 | KVM 32XL | 170221079 | | | | MACK | MR688S | 1M2K189C17M035212 | 2007 | Colorado |
| 2313 | AIG Commercial Equipment Finance | AIG Lease #1215-007 Schedule 28 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2525-8 | 108667 | KVM 52 | 108667 | | | | MACK | MR688S | 1M2K201C27M036184 | 2007 | Arizona |
| 2328 | GE Capital Solutions | GE Lease #4137742-029 Schedule 29 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 0.09 | 210602130 | BSF 20Z | | | | | GMC | | 1GDT8F4327F403283 | 2007 | Idaho |
| 2329 | AIG Commercial Equipment Finance | AIG Lease #1215-007 Schedule 28 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2006 | SCHWING | BPL2525H-6 | 170530013 | KVM 55 | 17303013 | | | | MACK | MR688S | 1M2K201C87M036190 | 2007 | Arizona |
| 2341 | GE Capital Solutions | GE Lease #4137742-029 Schedule 29 to GE Master Lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602167 | BSF 61 | | | | | TOR | T-73150 | 2T9738HC870070220 | 2007 | California |
| 2460 | AIG Commercial Equipment Finance | AIG Lease #1215-001 Schedule 31 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602375 | BSF 47Z | 170602375 | | | | MACK | MR688S | 1M2K197C97M035953 | 2007 | Colorado |
| 2471 | Bank of America Leasing | BOA Lease #1710200-079 Schedule 90001 to BOA Master Lease Agreement dated 06/13/07 | TELEBELT | | | | | | 2007 | PUTZMEISTER | TB 110 | 390600425 | MACK | MR688S | 1M2K197C07M038398 | 2007 | Oregon |
| 2473 | AIG Commercial Equipment Finance | AIG Lease #1215-001 Schedule 31 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602407 | BSF 61 | 170206497 | | | | MACK | MR688S | 1M2K201C67M036828 | 2007 | Texas |
| 2476 | AIG Commercial Equipment Finance | AIG Lease #1215-002 Schedule 33 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602409 | BSF 32Z | 670201057 | | | | MACK | MR688S | 1M2K197C97M039107 | 2007 | Utah |
| 2487 | Bank of America Leasing | BOA Lease #1710200-079 Schedule 90003 to BOA Master Lease Agreement dated 06/13/07 | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602432 | BSF 52Z | 170206691 | | | | MACK | MR688S | 1M2K201C27M039490 | 2007 | Oregon |
| 2488 | Bank of America Leasing | BOA Lease #1710200-079 Schedule 90001 to BOA Master Lease Agreement dated 06/13/07 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602436 | BSF 47Z | 170206436 | | | | MACK | MR688S | 1M2K197C77M035952 | 2007 | Oregon |
| 2489 | Bank of America Leasing | BOA Lease #1710200-079 Schedule 90001 to BOA Master Lease Agreement dated 06/13/07 | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602441 | BSF 40Z | 170206711 | | | | MACK | MR688S | 1M2K197C37M037228 | 2007 | Oregon |
| 2491 | Bank of America Leasing | BOA Lease #1710200-079 Schedule 90001 to BOA Master Lease Agreement dated 06/13/07 | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602447 | BSF 36Z | 170602401 | | | | MACK | MR688S | 1M2K197C57M037215 | 2007 | Oregon |
| 2495 | AIG Commercial Equipment Finance | AIG Lease #1215-001 Schedule 31 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602454 | BSF 47Z | 170602454 | | | | MACK | MR688S | 1M2K197C57M035957 | 2007 | Washington |
| 2496 | Bank of America Leasing | BOA Lease #1710200-079 Schedule 90001 to BOA Master Lease Agreement dated 06/13/07 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602446 | BSF 61 | 170206808 | | | | MACK | MR688S | 1M2K201C57M038804 | 2007 | Oregon |
| 2497 | Bank of America Leasing | BOA Lease #1710200-079 Schedule 90001 to BOA Master Lease Agreement dated 06/13/07 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602470 | BSF 61 | 170206806 | | | | MACK | MR688S | 1M2K201C37M038803 | 2007 | Washington |
| 2498 | Bank of America Leasing | BOA Lease #1710200-079 Schedule 90001 to BOA Master Lease Agreement dated 06/13/07 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602462 | BSF 36Z | 170207014 | | | | MACK | MR688S | 1M2K197C97M037234 | 2007 | Oregon |
| 2500 | Bank of America Leasing | BOA Lease #1710201-0079 Schedule 90003 to BOA Master Lease Agreement dated 06/13/07 | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602464 | BSF 20Z | 170206513 | | | | KENWORTH | | 2NKMLN9X28M232568 | 2008 | California |
| 2514 | Bank of America Leasing | BOA Lease #1710200-079 Schedule 90003 to BOA Master Lease Agreement dated 06/13/07 | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602472 | BSF 36 | 170602472 | | | | MACK | MR688S | 1M2K197C07M037238 | 2007 | Oregon |
| 2520 | AIG Commercial Equipment Finance | AIG Lease #1215-001 Schedule 31 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602494 | BSF 52Z | 170206904 | | | | MACK | MR688S | 1M2K201C67M039492 | 2007 | Colorado |
| 2528 | AIG Commercial Equipment Finance | AIG Lease #1215-001 Schedule 31 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602492 | BSF 47Z | 170602492 | | | | MACK | MR688S | 1M2K197C07M035962 | 2007 | Colorado |
| 2532 | AIG Commercial Equipment Finance | AIG Lease #1215-001 Schedule 31 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602531 | BSF 61 | 170207039 | | | | MACK | MR688S | 1M2K201C47M036828 | 2007 | Colorado |
| 2539 | Bank of America Leasing | BOA Lease #1710201 Schedule 90002 to BOA Master Lease agreement dated 06/13/07 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602541 | BSF 58 | 170206929 | | | | MACK | MR688S | 1M2K201C77M038805 | 2007 | California |
| 2541 | AIG Commercial Equipment Finance | AIG Lease #1215-002 Schedule 33 to GE Master lease agreement dated 10/23/02 | TELEBELT | | | | | | 2007 | PUTZMEISTER | TB 110 | 390600432 | MACK | MR688S | 1M2K197C77M038401 | 2007 | Idaho |
| 2542 | AIG Commercial Equipment Finance | AIG Lease #1215-001 Schedule 31 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602554 | BSF 32Z | 670201114 | | | | MACK | MR688S | 1M2K197C17M037218 | 2007 | Colorado |
| 2551 | AIG Commercial Equipment Finance | AIG Lease #1215-002 Schedule 33 to GE Master lease agreement dated 10/23/02 | TELEBELT | | | | | | 2007 | PUTZMEISTER | TB 110 | 390600435 | MACK | MR688S | 1M2K197C27M038404 | 2007 | Oklahoma |
| 2554 | AIG Commercial Equipment Finance | AIG Lease #1215-002 Schedule 33 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602572 | BSF 47Z | 170602572 | | | | MACK | MR688S | 1M2K197C37M035959 | 2007 | Colorado |
| 2555 | AIG Commercial Equipment Finance | AIG Lease #1215-002 Schedule 33 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602597 | BSF 58 | 170207133 | | | | MACK | MR688S | 1M2K201C27M038888 | 2007 | Utah |
| 2586 | AIG Commercial Equipment Finance | AIG Lease #1215-002 Schedule 33 to GE Master lease agreement dated 10/23/02 | BOOM PUMP | 2007 | PUTZMEISTER | 16 | 210602668 | BSF 36 | 170602668 | | | | MACK | MR688S | 1M2K197CX7M037260 | 2007 | Nevada |
| 2632 | GE Capital Solutions | GE Lease #4137742-040 Schedule 40 to GE Master lease agreement dated 10/23/02 | ROCK SLINGERS | | | | | | | | | | KENWORTH | T800 | 1NKDLU0X27J209812 | 2007 | Utah |
| 2633 | GE Capital Solutions | GE Lease #4137742-040 Schedule 40 to GE Master lease agreement dated 10/23/02 | ROCK SLINGERS | | | | | | | | | | KENWORTH | T800 | 1NKDLU0X87J209823 | 2007 | Utah |
| 2634 | GE Capital Solutions | GE Lease #4137742-040 Schedule 40 to GE Master lease agreement dated 10/23/02 | ROCK SLINGERS | | | | | | | | | | KENWORTH | T800 | 1NKDLU0X27J209823 | 2007 | Utah |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q29**
Comprehensive Data Summary of Owned Pumping Equipment

### ...ed by Bank of America Leasing

| BBCP Unit | Unrounded Book Value 10/31/2009 | Bank | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Date | MOS/Title Paperwork | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1907 | 509,677.79 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | 2525H-6 | 170526213 | KVM 547SX | 17205213 | MACK | MR688S | 1M2K197C95M029002 | 2005 | Utah | 1/11/2006 | MSO | n/a - MSO |
| 1929 | 259,673.50 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | BPL 2023-4 | 170522945 | KVM 32XL | 17022945 | MACK | MR 688 S | 1M2K189C46M027989 | 2006 | Utah | 9/22/2006 | Title | UT |
| 1954 | 260,635.25 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522955 | KVM 32XL | 17022955 | MACK | MR688S | 1M2K18C76M027999 | 2006 | Texas | 12/19/2005 | MSO | n/a - MSO |
| 1961 | 260,635.25 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522958 | KVM 32XL | 17022958 | MACK | MR688S | 1M2K189C66M030053 | 2006 | Kansas | 1/11/2006 | MSO | n/a - MSO |
| 1962 | 385,446.81 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 170520451 | KVM 39X | 16808451 | MACK | MR688S | 1M2K197C16M029109 | 2006 | Oklahoma | 10/24/2007 | MSO | n/a - MSO |
| 1974 | 270,034.44 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | BPL 2023-4 | 170522960 | KVM 32XL | 17022960 | MACK | MR 688 S | 1M2K189C26M032382 | 2006 | Washington | 7/2/2007 | Title | AZ |
| 1982 | 277,547.28 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | BPL 2023-4 | 170522963 | KVM 32XL | 17022963 | MACK | MR 688 S | 1M2K189C86M030071 | 2006 | Arkansas | 1/11/2006 | MSO | n/a - MSO |
| 1983 | 277,547.28 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | BPL 2023-4 | 170522968 | KVM 32XL | 17022968 | MACK | MR 688 S | 1M2K189C86M030068 | 2006 | Texas | 1/12/2006 | MSO | n/a - MSO |
| 1986 | 794,112.56 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | BPL2525H-8 | 170516096 | KVM 52 | 17302096 | MACK | MR688S | 1M2K201C26M031761 | 2006 | Texas | 1/11/2006 | MSO | n/a - MSO |
| 1988 | 415,620.04 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | 2525-5 | 108193 | KVM S41SX | 108193 | MACK | MR688S | 1M2K197C36M029130 | 2006 | Oklahoma | 1/12/2006 | MSO | n/a - MSO |
| 1990 | 400,758.76 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 170520464 | KVM 39X | 16808464 | MACK | MR688S | 1M2K197C56M029131 | 2006 | Washington | 1/13/2006 | Title | 1/0/1900 |
| 1991 | 533,755.95 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | 2525H-6 | 170526223 | KVM 475X | 17205223 | MACK | MR688S | 1M2K197C95M026683 | 2005 | Washington | 1/12/2006 | MSO | n/a - MSO |
| 2309 | 376,250.14 | Bank of America Leasing | BOOM PUMP | 2005 | SCHWING | BPL2525H-6 | 170520345 | KVM 39X | 16808345 | MACK | MR688S | 1M2K197C25M035855 | 2007 | Texas | 2/5/2009 | Title | CA |
| **TOTAL** | **$5,021,695.05** | | | | | | | | | | | | | | | | |

### Equipment Encumbered by RBS Business Capital

| BBCP Unit | Book Value | Bank | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Date | Paperwork | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | 391,793.79 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520483 | KVM 39X | 16808483 | MACK | MR688S | 1M2K197C66M030002 | 2006 | Texas | 4/12/2006 | MSO | n/a - MSO |
| 2020 | 391,793.79 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520482 | KVM 39X | 16808482 | MACK | MR688S | 1M2K197C56M035005 | 2006 | Kansas | 1/25/2008 | MSO | n/a - MSO |
| 2030 | 323,481.04 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL2023-4 | 107673 | KVM 31EZ | 107673 | MACK | MR688S | 1M2K189C06M032381 | 2006 | Oklahoma | 5/22/2009 | Title | OK |
| 2064 | 523,286.24 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL2525H-6 | 170526232 | KVM 475X | 17205232 | MACK | MR688S | 1M2K197C97M029019 | 2007 | Arkansas | 1/25/2008 | MSO | n/a - MSO |
| 2067 | 670,737.14 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL 2525H-8 | 170516097 | KVM 52 | 17302097 | MACK | MR688S | 1M2K201C66A031763 | 2006 | California | 3/15/2006 | MSO | n/a - MSO |
| 2109 | 394,643.21 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 170520518 | KVM 39X | 16808518 | MACK | MR688S | 1M2K197C47M030031 | 2007 | Arkansas | 1/25/2008 | MSO | n/a - MSO |
| 2110 | 673,167.35 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL2525H-6 | 108655 | KVM 52 | 108655 | MACK | MR688S | 1M2K201C66A031765 | 2006 | Oklahoma | 8/13/2008 | Title | OK |
| 2112 | 394,643.21 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520521 | KVM 39X | 16808521 | MACK | MR688S | 1M2K197C27M030030 | 2007 | Utah | 5/24/2006 | MSO | n/a - MSO |
| 2118 | 410,797.77 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 108698 | KVM S41SX | 108698 | MACK | MR 688 S | 1M2K197C27M033851 | 2007 | Texas | 5/24/2006 | MSO | n/a - MSO |
| 2119 | 527,078.18 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | 2525H-6 | 170526241 | KVM 547SX | 17205241 | MACK | MR688S | 1M2K197C97M035659 | 2007 | Georgia | 5/24/2006 | MSO | n/a - MSO |
| 2120 | 285,863.68 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL2023-4 | 170522065 | KVM 32XL | 170221065 | MACK | MR688S | 1M2K18SC57M030658 | 2007 | Colorado | 5/24/2006 | MSO | n/a - MSO |
| 2121 | 319,474.07 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 108775 | KVM 34X | 108775 | MACK | MR688S | 1M2K18RC17M030673 | 2007 | Arkansas | 5/24/2006 | MSO | n/a - MSO |
| 2128 | 410,797.77 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108713 | KVM S41SX | 108713 | MACK | MR688S | 1M2K197C27M033848 | 2007 | California | 1/17/2008 | Title | CA |
| 2130 | 396,067.92 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 170520527 | KVM 39X | 16808527 | MACK | MR688S | 1M2K197C27M035387 | 2007 | Oklahoma | 5/22/2009 | Title | OK |
| 2138 | 327,009.91 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL2023-4 | 108486 | KVM 31EZ | 108486 | MACK | MR688S | 1M2K18RC27M034604 | 2007 | Utah | 6/15/2006 | MSO | n/a - MSO |
| 2139 | 869,203.54 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL2525H-6 | 170532019 | KVM 61SX | 17402019 | MACK | TRI STEER TRI DRIVE | 1M2R201C57M034610 | 2007 | Texas | 1/25/2008 | MSO | n/a - MSO |
| 2144 | 396,067.92 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 170520520 | KVM 39X | 16808520 | MACK | MR 688S | 1M2K197C07M035775 | 2007 | Arizona | 6/15/2006 | MSO | n/a - MSO |
| 2145 | 396,067.92 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 170520529 | KVM 39X | 16808529 | MACK | MR688S | 1M2K197C77M035384 | 2007 | Utah | n/a | n/a | n/a |
| 2146 | 412,275.46 | RBS Business Capital | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 108708 | KVM 41SX | 108708 | MACK | MR 688S | 1M2K197C97M035855 | 2007 | Iowa | 5/15/2007 | MSO | n/a - MSO |
| **TOTAL** | **$8,514,249.91** | | | | | | | | | | | | | | | | |

### Equipment Encumbered by Comerica Leasing Corporation

| BBCP Unit | Book Value | Bank | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Date | Paperwork | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1761 | 358,312.20 | Comerica Leasing Corporation | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520320 | KVM 39X | 16808320 | MACK | MR688S | 1M2K197C15M025494 | 2005 | Arkansas | 7/1/2008 | MSO | n/a - MSO |
| 1830 | 392,168.60 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 107776 | KVM S41SX | 107776 | MACK | MR688S | 1M2K197C55M029029 | 2005 | Washington | 6/30/2005 | MSO | n/a - MSO |
| 1847 | 501,967.60 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2525H-6 | 170526205 | KVM 475X | 17205205 | MACK | MR688S | 1M2K197C65M028990 | 2005 | Arizona | 6/28/2005 | MSO | n/a - MSO |
| 1848 | 501,967.60 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2525H-6 | 170526207 | KVM 475X | 17205207 | MACK | MR688S | 1M2K197C55M027443 | 2005 | Oregon | 6/28/2005 | MSO | n/a - MSO |
| 1849 | 879,339.34 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2525H-6 | 107543 | KVM 61SX | 107543 | TOR | T-63120-6 | 2T9558Mc60070063 | 2005 | Arkansas | 6/16/2005 | MSO | n/a - MSO |
| 1853 | 392,168.60 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 107826 | KVM 41SX | 107826 | MACK | MR688S | 1M2K197C45M029054 | 2005 | Oregon | 6/28/2005 | MSO | n/a - MSO |
| 1854 | 392,168.60 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 107824 | KVM 41SX | 107824 | MACK | MR688S | 1M2K197C25M029052 | 2005 | Kansas | 6/16/2005 | MSO | n/a - MSO |
| 1856 | 303,821.28 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 107178 | KVM 34X | 107178 | MACK | MR688S | 1M2K18RC75M027953 | 2005 | Arizona | 6/28/2005 | MSO | n/a - MSO |
| 1857 | 392,168.60 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 107828 | KVM 41SX | 107828 | MACK | MR688S | 1M2K197C15M029058 | 2005 | Idaho | 9/8/2005 | Title | UT |
| 1858 | 839,639.84 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2525H-6 | 107545 | KVM 61SX | 107545 | MACK | MR688S | 1M2K201C25M029197 | 2005 | Texas | 6/28/2005 | MSO | n/a - MSO |
| 1864 | 836,495.12 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2525H-6 | 107544 | KVM 61SX | 107544 | MACK | MR688S | 1M2K201C75M029256 | 2005 | Nevada | 6/28/2005 | MSO | n/a - MSO |
| 1866 | 304,963.46 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 107657 | KVM 34X | 107657 | MACK | MR688S | 1M2K18RC35M027173 | 2005 | Arizona | 6/28/2005 | MSO | n/a - MSO |
| 1867 | 304,963.46 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 107658 | KVM 34X | 107658 | MACK | MR688S | 1M2K18RC85M027170 | 2005 | Texas | 6/28/2005 | MSO | n/a - MSO |
| 1871 | 839,639.84 | Comerica Leasing Corporation | BOOM PUMP | 2005 | SCHWING | 2525H-6 | 170532002 | KVM 61SX | 17402002 | MACK | MR688S | 1M2K201C45M029198 | 2005 | Oklahoma | 6/28/2005 | Title | OK |
| **TOTAL** | **$7,239,784.14** | | | | | | | | | | | | | | | | |

### Equipment Encumbered by Key Equipment Finance, Inc.

| BBCP Unit | Book Value | Bank | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Date | Paperwork | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1426 | 102,294.08 | Key Equipment Finance, Inc. | BOOM PUMP | 2002 | SCHWING | 2025H-6 | 104448 | KVM 34X | 104448 | MACK | MR688S | 1M2K189C12M020492 | 2002 | Missouri | 6/1/2007 | MSO | n/a - MSO |
| 1719 | 501,203.70 | Key Equipment Finance, Inc. | BOOM PUMP | 2004 | SCHWING | BPL2525H-6 | 170526180 | KVM 475X | 17205180 | MACK | MR688S | 1M2K197C25M026668 | 2005 | Texas | 6/1/2007 | MSO | n/a - MSO |
| 1763 | 356,934.07 | Key Equipment Finance, Inc. | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520304 | KVM 39X | 16808304 | MACK | MR688S | 1M2K197C25M025486 | 2005 | Texas | 6/1/2007 | MSO | NV |
| 1789 | 277,547.28 | Key Equipment Finance, Inc. | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522970 | KVM 32XL | 17022970 | MACK | MR688S | 1M2K18SC26M030682 | 2006 | Missouri | 6/1/2007 | MSO | n/a - MSO |
| 1994 | 393,214.63 | Key Equipment Finance, Inc. | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 108196 | KVM S41SX | 108196 | MACK | MR688S | 1M2K197C96M029133 | 2006 | Missouri | 6/1/2007 | MSO | n/a - MSO |
| 2031 | 349,971.65 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601700 | BSF 40Z | 170205099 | MACK | MR688S | 1M2K197C06M032609 | 2006 | Texas | 6/1/2007 | MSO | n/a - MSO |
| 2032 | 349,971.65 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601703 | BSF 40Z | 170204511 | MACK | MR688S | 1M2K197C16M032611 | 2006 | Texas | 6/1/2007 | MSO | n/a - MSO |
| 2033 | 349,971.65 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601704 | BSF 40Z | 170204515 | MACK | MR688S | 1M2K197C26M032614 | 2006 | Texas | 6/1/2007 | MSO | n/a - MSO |
| 2081 | 540,735.64 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601738 | BSF 47Z | 170601738 | MACK | MR688S | 1M2K197C66M033673 | 2006 | Texas | 6/1/2007 | MSO | n/a - MSO |
| 2135 | 872,330.17 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL 2525H-6 | 108842 | KVM 61SX | 108842 | MACK | TRI STEER TRI DRIVE | 1M2K201C77M034611 | 2007 | Texas | 6/1/2007 | MSO | n/a - MSO |
| 2137 | 397,492.63 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520519 | KVM 39X | 16808519 | MACK | MR688S | 1M2K197C37M035382 | 2007 | Texas | 6/1/2007 | MSO | n/a - MSO |
| 2140 | 286,891.97 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170221045 | KVM S41SX | 40221045 | MACK | MR688S | 1M2K197C67M034609 | 2007 | Texas | 6/1/2007 | Title | TX |
| 2163 | 416,268.96 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108725 | KVM 41SX | 108725 | MACK | MR688S | 1M2K197C67M035859 | 2007 | Oregon | 8/1/2007 | Title | WA |
| 2169 | 412,275.46 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108716 | KVM S41SX | 108716 | MACK | MR688S | 1M2K197C47M035861 | 2007 | Washington | 8/24/2006 | MSO | n/a - MSO |
| 2172 | 412,275.46 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | 2525-5 | 108709 | KVM S41SX | 108709 | MACK | MR688S | 1M2K197C87M035863 | 2007 | Iowa | 12/1/2006 | MSO | n/a - MSO |
| 2177 | 414,782.29 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | 2525-5 | 108704 | KVM S41SX | 108704 | MACK | MR688S | 1M2K197C47M033855 | 2007 | Washington | 11/6/2009 | Title | WA |
| 2179 | 530,870.12 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | 2525H-6 | 170526250 | KVM547SX | 17205250 | MACK | MR688S | 1M2K197C17M035669 | 2007 | Texas | 12/1/2006 | MSO | n/a - MSO |
| 2216 | 398,917.34 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520506 | KVM 39X | 16808506 | MACK | MR688S | 1M2K197C35M035780 | 2007 | Texas | 12/1/2006 | MSO | n/a - MSO |
| 2221 | 288,948.55 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170221083 | KVM 32XL | 170221083 | MACK | MR688S | 1M2K197C47M035388 | 2007 | Washington | 1/3/2007 | MSO | n/a - MSO |
| 2223 | 287,920.26 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170221084 | KVM 32XL | 170221084 | MACK | MR688S | 1M2K18SC77M035780 | 2007 | Missouri | 12/1/2006 | MSO | n/a - MSO |
| 2248 | 288,948.55 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170221080 | KVM 32XL | 170221080 | MACK | MR688S | 1M2K18SC57M035214 | 2007 | Texas | 12/1/2006 | MSO | n/a - MSO |
| 2249 | 288,948.55 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170221082 | KVM 32XL | 170221082 | MACK | MR688S | 1M2K18SC47M035219 | 2007 | Oklahoma | 12/1/2006 | MSO | n/a - MSO |
| 2250 | 398,917.34 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520533 | KVM 39X | 16808533 | MACK | MR688S | 1M2K197C77M035798 | 2007 | Kansas | 12/1/2006 | MSO | n/a - MSO |
| 2251 | 400,342.05 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520535 | KVM 39X | 16808535 | MACK | MR688S | 1M2K197C37M035799 | 2007 | Washington | 12/1/2006 | MSO | n/a - MSO |
| 2261 | 400,342.05 | Key Equipment Finance, Inc. | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520539 | KVM 39X | 16808539 | MACK | MR688S | 1M2K197C17M035803 | 2007 | Colorado | 5/15/2007 | Title | WA |
| **TOTAL** | **$9,718,316.10** | | | | | | | | | | | | | | | | |

### Equipment Encumbered by KeyBank National Association

| BBCP Unit | Book Value | Bank | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Date | Paperwork | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 605 | 0.00 | KeyBank National Association | BOOM PUMP | 1997 | SCHWING | BPL 1200 | 170512294 | KVM 42 | 17203267 | MACK | MR 688S | 1M2K197C6VM010151 | 1997 | Colorado | 5/20/2009 | Title | CO |
| 721 | 0.00 | KeyBank National Association | BOOM PUMP | 1998 | SCHWING | BPL 2023-H6 | 170520015 | KVM 45SX | 17204015 | MACK | MR 688S | 1M2K189CXWM013244 | 1998 | Texas | 5/22/2009 | Title | CO |
| 730 | 233,450.14 | KeyBank National Association | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 170527130 | KVM 34X | 6806240 | MACK | MR688S | 1M2K189C8XM012306 | 1999 | Oklahoma | 5/18/2009 | Title | CO |
| 731 | 236,397.78 | KeyBank National Association | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 170527131 | KVM 34X | 6806187 | MACK | MR688S | 1M2K189C6XM013268 | 1999 | Oklahoma | 5/22/2009 | Title | CO |
| 745 | 259,154.64 | KeyBank National Association | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 170527164 | KVM 34X | 6806193 | MACK | MR688S | 1M2K189C4XM012288 | 1999 | Texas | 5/22/2009 | Title | CO |
| 746 | 329,428.37 | KeyBank National Association | BOOM PUMP | 1999 | SCHWING | BPL 2023-6 | 170526018 | KVM 45SX | 7203018 | MACK | MR688S | 1M2K197C0XM012285 | 1999 | Texas | 5/22/2009 | Title | CO |
| 771 | 246,859.36 | KeyBank National Association | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 170527206 | KVM 34X | 6806242 | MACK | MR688S | 1M2K189C5XM013276 | 1999 | Colorado | 5/20/2009 | Title | CO |
| 1121 | 197,705.00 | KeyBank National Association | BOOM PUMP | 2001 | SCHWING | BPL 2023-4 | 170526077 | KVM 26X | 16504077 | MACK | MR688S | 1M2K18SC4YM014323 | 2000 | Colorado | 5/20/2009 | Title | CO |
| 1226 | 687,889.29 | KeyBank National Association | BOOM PUMP | 2001 | SCHWING | BPL2525H-6 | 170516077 | KVM 52 | 17302077 | TOR | T-53110 | 2T9558RC20070864 | 2002 | Colorado | 5/20/2009 | Title | CO |
| 1295 | 690,712.50 | KeyBank National Association | BOOM PUMP | 2002 | SCHWING | 2525H-6 | 105116 | KVM 55BSX | 105116 | MACK | MR688S | 1M2K189C62M023410 | 2002 | Arizona | 5/20/2009 | Title | CO |
| 1354 | 257,625.00 | KeyBank National Association | BOOM PUMP | 2003 | SCHWING | BPL2023-4 | 106916 | KVM 34X | 106916 | MACK | MR688S | 1M2K189C42M024711 | 2003 | Colorado | 5/20/2009 | Title | CO |
| 1396 | 213,306.00 | KeyBank National Association | BOOM PUMP | 2003 | SCHWING | BPL 2023-4 | 105239 | KVM 31HT | 105239 | MACK | MR688S | 1M2K42M020710 | 2003 | Texas | 5/20/2009 | Title | CO |
| 1438 | 323,171.42 | KeyBank National Association | BOOM PUMP | 2003 | SCHWING | 2525-5 | 170520166 | KVM 39X | 16808166 | MACK | MR688S | 1M2K42M022710 | 2003 | Colorado | 5/20/2009 | Title | CO |
| 1502 | 323,171.42 | KeyBank National Association | BOOM PUMP | 2003 | SCHWING | BPL2023-4 | 104406 | KVM 34X | 104406 | MACK | MR688S | 1M2K189C42M025313 | 2003 | Colorado | 5/20/2009 | Title | CO |
| 1692 | 299,370.00 | KeyBank National Association | BOOM PUMP | 2004 | SCHWING | BPL2023-4 | 106914 | KVM 34X | 106914 | MACK | MR688S | 1M2K189C02M025313 | 2003 | Colorado | 5/20/2009 | Title | CO |

Exhibit SCH B Q29
Comprehensive Data Summary of Owned Pumping Equipment

| BBCP Unit | Unrounded Book Value 10/31/2009 | Secured Lender - Bank Loan / Full Bank Name | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | TBelt Year | TBelt Make | TBelt Model | TBeltSN | Truck Make | Truck SN / Vin | Truck Year | Location Sate | Title Date | MOS / Title Paperwork | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | 417,148.06 | KeyBank National Association | BOOM PUMP | 2006 | SCHWING | 2525-5 | 108197 | KVM 5415X | 108197 | | | | | MACK MR688S | 1M2K197C06M029991 | 2006 | Arizona | 5/20/2009 | Title | AZ |
| 2399 | 571,203.14 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602325 | BSF 47Z | 170602325 | | | | | MACK MR688S | 1M2K197C17M035906 | 2007 | Kansas | 5/20/2009 | MSO | n/a - MSO |
| 2402 | 368,342.02 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602291 | BSF 40Z | 170205682 | | | | | MACK MR688S | 1M2K197C17M035509 | 2007 | Texas | 5/20/2009 | MSO | n/a - MSO |
| 2407 | 989,714.91 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602331 | BSF 61 | 170206495 | | | | | TOR | 2T9738HC670070250 | 2007 | Texas | 5/20/2009 | Title | OK |
| 2412 | 571,203.14 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602266 | BSF 47Z | 170602266 | | | | | MACK MR688S | 1M2K197C47M035544 | 2007 | Texas | 5/20/2009 | MSO | n/a - MSO |
| 2416 | 361,339.27 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602336 | BSF 36 | 170602336 | | | | | MACK MR688S | 1M2K197C47M035522 | 2007 | California | 5/20/2009 | Title | CA |
| 2418 | 337,474.05 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602310 | BSF 36Z | 170602310 | | | | | MACK MR688S | 1M2K197C47M035519 | 2007 | Missouri | 5/20/2009 | MSO | n/a - MSO |
| 2422 | 386,316.96 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602371 | BSF 40Z | 170205684 | | | | | MACK MR688S | 1M2K197C37M035527 | 2007 | Colorado | 5/20/2009 | Title | CO |
| 2423 | 186,635.94 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 0.09 | 210602337 | BSF 20Z | 170206138 | | | | | GMC | 1GDT8F437?F407720 | 2007 | California | 5/20/2009 | Title | CA |
| 2425 | 575,455.73 | KeyBank National Association | BOOM PUMP | | PUTZMEISTER | 20H | 210602338 | BSF 47Z | 170602338 | | | | | MACK MR688S | 1M2K197C57M035951 | 2007 | Kansas | 5/20/2009 | Title | UT |
| 2427 | 362,765.60 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602354 | BSF 36 | 170602354 | | | | | MACK MR688S | 1M2K197C57M035816 | 2007 | Washington | 5/20/2009 | Title | WA |
| 2428 | 782,975.56 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602352 | BSF 52Z | 170206448 | | | | | MACK MR688S | 1M2K201C27M036816 | 2007 | Arkansas | 5/20/2009 | MSO | n/a - MSO |
| 2433 | 338,806.28 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602322 | BSF 36Z | 170206663 | | | | | MACK MR688S | 1M2K197C47M035481 | 2007 | Kansas | 5/20/2009 | MSO | n/a - MSO |
| 2434 | 338,806.28 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602323 | BSF 36Z | 170206664 | | | | | MACK MR688S | 1M2K197C47M035489 | 2007 | Arkansas | 5/20/2009 | MSO | n/a - MSO |
| 2440 | 344,816.90 | KeyBank National Association | TELEBELT | | | | | | | 2007 | PUTZMEISTER | TB 110 | 390600417 | MACK MR688S | 1M2K197C57M038395 | 2007 | Iowa | 5/20/2009 | MSO | n/a - MSO |
| 2441 | 423,781.38 | KeyBank National Association | TELEBELT | | | | | | | 2007 | PUTZMEISTER | TB 130 | 390600418 | MACK MR688S | 1M2K197C67M038387 | 2007 | Kansas | 5/20/2009 | MSO | n/a - MSO |
| 2453 | 338,806.28 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602313 | BSF 36Z | 170602313 | | | | | MACK MR688S | 1M2K197C87M037225 | 2007 | Arkansas | 5/20/2009 | MSO | n/a - MSO |
| 2454 | 345,814.15 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602383 | BSF 36Z | 170206828 | | | | | MACK MR688S | 1M2K197C57M035528 | 2007 | Colorado | 5/20/2009 | Title | WA |
| 2455 | 311,603.68 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602372 | BSF 31Z | 170206629 | | | | | MACK MR688S | 1M2K197C37M035530 | 2007 | Idaho | 5/20/2009 | Title | ID |
| 2459 | 801,945.41 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602390 | BSF 52Z | 170206690 | | | | | MACK MR688Z | 1M2K201C67M039489 | 2007 | Texas | 5/20/2009 | Title | CO |
| 2461 | 989,916.53 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602357 | BSF 63 | 170205722 | | | | | MACK MR688S | 1M2K201C07M037673 | 2007 | California | 5/20/2009 | Title | CA |
| 2468 | 319,153.12 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602416 | BSF 32Z | 670201058 | | | | | MACK MR688S | 1M2K197C17M037230 | 2007 | Texas | 5/20/2009 | Title | OK |
| 2469 | 378,755.47 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602412 | BSF 40Z | 170206710 | | | | | MACK MR688S | 1M2K197C57M037229 | 2007 | California | 5/20/2009 | Title | CA |
| 2472 | 826,661.38 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602420 | BSF 58Z | 170206464 | | | | | MACK MR688S | 1M2K201C47M036821 | 2007 | Texas | 5/20/2009 | Title | UT |
| 2474 | 378,755.47 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602418 | BSF 40Z | 170203042 | | | | | MACK MR688S | 1M2K197C17M037227 | 2007 | Utah | 5/20/2009 | Title | UT |
| 2475 | 356,002.46 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602396 | BSF 36 | 170602396 | | | | | MACK MR688S | 1M2K197C27M037219 | 2007 | Utah | 5/20/2009 | Title | UT |
| 2477 | 600,527.93 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602391 | BSF 47Z | 170602391 | | | | | MACK MR688S | 1M2K197C07M035954 | 2007 | Texas | 5/20/2009 | Title | CO |
| 2490 | 380,336.39 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602439 | BSF 40Z | 170206714 | | | | | MACK MR688S | 1M2K197C37M037218 | 2007 | Iowa | 5/20/2009 | MSO | n/a - MSO |
| 2492 | 320,528.11 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602450 | BSF 32Z | 670201062 | | | | | MACK MR688S | 1M2K197C27M037236 | 2007 | Texas | 5/20/2009 | MSO | n/a - MSO |
| 2493 | 359,126.81 | KeyBank National Association | TELEBELT | | | | | | | 2007 | PUTZMEISTER | TB 110 | 390600422 | MACK MR688S | 1M2K197C97M038397 | 2007 | Utah | 5/20/2009 | MSO | n/a - MSO |
| 2499 | 357,504.65 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602456 | BSF 36 | 170602456 | | | | | MACK MR688S | 1M2K197C47M037237 | 2007 | Texas | 5/20/2009 | MSO | n/a - MSO |
| 2526 | 807,766.79 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602521 | BSF 52Z | 170206692 | | | | | MACK MR688S | 1M2K201C87M039493 | 2007 | Tennessee | 11/18/2008 | Title | AZ |
| 2527 | 432,297.35 | KeyBank National Association | TELEBELT | | | | | | | 2007 | PUTZMEISTER | TB 130 | 390600428 | MACK MR688S | 1M2K197C37M038389 | 2007 | Kansas | 5/20/2009 | Title | KS |
| 2529 | 358,737.43 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602491 | BSF 36 | 170602491 | | | | | MACK MR688S | 1M2K197C47M037240 | 2007 | California | 5/20/2009 | Title | AZ |
| 2530 | 358,738.88 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602508 | BSF 36 | 170602508 | | | | | MACK MR688S | 1M2K197C67M037241 | 2007 | Washington | 5/20/2009 | Title | WA |
| 2531 | 321,633.38 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602532 | BSF 32Z | 670201112 | | | | | MACK MR688S | 1M2K197C07M037235 | 2007 | Texas | 5/20/2009 | MSO | n/a - MSO |
| 2538 | 322,738.65 | KeyBank National Association | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602538 | BSF 31Z | 170206635 | | | | | MACK MR688S | 1M2K197C87M037242 | 2007 | Washington | 5/20/2009 | Title | WA |
| 2559 | 361,203.99 | KeyBank National Association | BOOM PUMP | 2008 | PUTZMEISTER | 16H | 210602624 | BSF 36 | 170602624 | | | | | MACK MR688S | 1M2K197C37M037245 | 2007 | Texas | 5/20/2009 | MSO | n/a - MSO |
| 2567 | 362,436.77 | KeyBank National Association | BOOM PUMP | 2008 | PUTZMEISTER | 16H | 210602652 | BSF 36 | 170602652 | | | | | MACK MR688S | 1M2K197C97M037259 | 2007 | Colorado | 5/20/2009 | Title | CO |
| **TOTAL** | **$22,016,920.28** | | | | | | | | | | | | | | | | | | | |

**Equipment Encumbered by People's Capital and Leasing Corp.**

| BBCP Unit | Book Value | Secured Lender | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | Truck Make | Truck SN / Vin | Truck Year | Location | Title Date | MOS/Title | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2074 | 280,347.00 | People's Capital and Leasing Corp. | BOOM PUMP | 2006 | PUTZMEISTER | 16.H | 210601733 | BSF 28Z | | MACK MR688S | 1M2K197C66M032623 | 2006 | California | 1/23/2007 | Title | AZ |
| 2075 | 365,734.28 | People's Capital and Leasing Corp. | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601734 | BSF 40Z | 170610939 | MACK MR688S | 1M2K197C66M032622 | 2006 | California | 1/23/2007 | Title | AZ |
| 2076 | 365,734.28 | People's Capital and Leasing Corp. | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601731 | BSF 40Z | 170204519 | MACK MR688S | 1M2K197C26M032620 | 2006 | Nevada | 1/23/2007 | Title | AZ |
| 2095 | 298,415.57 | People's Capital and Leasing Corp. | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601764 | BSF 31Z | | MACK MR688S | 1M2K197C66M032604 | 2006 | California | 1/23/2007 | Title | AZ |
| 2096 | 365,501.50 | People's Capital and Leasing Corp. | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601777 | BSF 40Z | | MACK MR688S | 1M2K197C96M032615 | 2006 | California | 1/23/2007 | Title | AZ |
| 2142 | 756,802.98 | People's Capital and Leasing Corp. | BOOM PUMP | 2006 | PUTZMEISTER | 16.H | 210601872 | BSF 52Z | | MACK MR688S | 1M2K201C47M034128 | 2007 | Texas | 5/20/2009 | Title | AZ |
| 2278 | 550,531.59 | People's Capital and Leasing Corp. | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602004 | BSF 47Z | | MACK MR688S | 1M2K197C97M034155 | 2007 | California | 1/23/2007 | Title | AZ |
| 2283 | 550,531.59 | People's Capital and Leasing Corp. | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602023 | BSF 47Z | | MACK MR688S | 1M2K197C77M034644 | 2007 | California | 6/29/2009 | Title | GA |
| **TOTAL** | **$3,533,598.89** | | | | | | | | | | | | | | | |

**Equipment Encumbered by PNC Equipment Finance**

| BBCP Unit | Book Value | Secured Lender | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | TBelt Year | TBelt Make | TBelt Model | TBeltSN | Truck Make | Truck SN / Vin | Truck Year | Location | Title Date | MOS/Title | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2369 | 357,793.63 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602207 | BSF 40Z | 170205688 | | | | | MACK MR688S | 1M2K197C27M035485 | 2007 | Washington | 3/8/2008 | MSO | n/a - MSO |
| 2370 | 334,486.66 | PNC Equipment Finance | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 110 | 390600404 | MACK MR688S | 1M2K197C76N036753 | 2007 | Oregon | 3/8/2008 | MSO | n/a - MSO |
| 2371 | 398,819.49 | PNC Equipment Finance | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 130 | 390600384 | MACK MR688S | 1M2K197C67N036753 | 2007 | Colorado | 3/8/2008 | Title | CO |
| 2372 | 1,019,098.16 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602224 | BSF63Z | 170204830 | | | | | TOR | 2T938HC170070222 | 2007 | Utah | 3/8/2008 | Title | UT |
| 2373 | 357,793.63 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602210 | BSF 40Z | 170206176 | | | | | MACK MR688S | 1M2K197C47M035486 | 2007 | Oregon | 3/8/2008 | MSO | n/a - MSO |
| 2374 | 300,608.04 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602027 | BSF 31Z | 170205573 | | | | | MACK MR688S | 1M2K197C87M035409 | 2007 | Kansas | 3/8/2008 | MSO | n/a - MSO |
| 2378 | 290,101.72 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602273 | BSF 28Z | 670201028 | | | | | MACK MR688S | 1M2K197C77M035504 | 2007 | Kansas | 3/8/2008 | MSO | n/a - MSO |
| 2380 | 367,063.05 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602251 | BSF 40Z | 170206180 | | | | | MACK MR688S | 1M2K197C27M035503 | 2007 | Texas | 3/8/2008 | MSO | n/a - MSO |
| 2382 | 357,730.31 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602271 | BSF 36 | 170602271 | | | | | MACK MR688S | 1M2K197C57M035506 | 2007 | Oregon | 3/8/2008 | MSO | n/a - MSO |
| 2383 | 336,302.26 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602269 | BSF 36Z | 170206483 | | | | | MACK MR688S | 1M2K197C47M035505 | 2007 | Georgia | 3/8/2008 | Title | CO |
| 2384 | 334,109.39 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602287 | BSF 36Z | 170206543 | | | | | MACK MR688S | 1M2K197C87M035510 | 2007 | Oklahoma | 9/17/2008 | Title | OK |
| 2389 | 585,823.45 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602283 | BSF 61 | 170206236 | | | | | TOR | 2T9738HC970070249 | 2007 | Texas | 3/5/2008 | MSO | n/a - MSO |
| 2392 | 290,988.72 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602284 | BSF 28Z | 670201014 | | | | | MACK MR688S | 1M2K197C57M035516 | 2007 | Washington | 12/15/2008 | Title | WA |
| 2393 | 292,006.16 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602302 | BSF 28Z | 670201026 | | | | | MACK MR688S | 1M2K197C27M035534 | 2007 | Utah | 3/5/2008 | Title | UT |
| 2394 | 308,223.37 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602285 | BSF 32Z | 670201051 | | | | | MACK MR688S | 1M2K197C87M035507 | 2007 | Texas | 3/5/2008 | MSO | n/a - MSO |
| 2395 | 336,302.26 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602279 | BSF 36Z | 170206529 | | | | | MACK MR688S | 1M2K197C07M035507 | 2007 | Oregon | 3/5/2008 | MSO | n/a - MSO |
| 2396 | 368,342.02 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602288 | BSF 40Z | 170205680 | | | | | MACK MR688S | 1M2K197C77M035515 | 2007 | Texas | 3/5/2008 | MSO | n/a - MSO |
| 2397 | 367,063.05 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602294 | BSF 40Z | 170205675 | | | | | MACK MR688S | 1M2K197C17M035512 | 2007 | Utah | 3/5/2008 | Title | UT |
| 2398 | 367,063.05 | PNC Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602304 | BSF 40Z | 170205678 | | | | | MACK MR688S | 1M2K197C17M035517 | 2007 | Texas | 3/5/2008 | MSO | n/a - MSO |
| 2406 | 409,519.87 | PNC Equipment Finance | TELEBELT | | | | | | | 2007 | PUTZMEISTER | TB 130 | 390600415 | MACK MR688S | 1M2K197C36T036755 | 2007 | Nevada | 3/5/2008 | Title | UT |
| **TOTAL** | **$8,487,467.66** | | | | | | | | | | | | | | | | | | | |

**Equipment Encumbered by Sun Trust Equipment Finance**

| BBCP Unit | Book Value | Secured Lender | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | Truck Make | Truck SN / Vin | Truck Year | Location | Title Date | MOS/Title | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1417 | 277,454.75 | Sun Trust Equipment Finance | BOOM PUMP | 2003 | SCHWING | 2023-4 | 105243 | KVM 31HT | 105243 | MACK MR688S | 1M2K189C33M020097 | 2003 | Missouri | 6/1/2007 | Title | MN |
| 1798 | 252,310.68 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522882 | KVM 32XL | 17022882 | MACK MR688S | 1M2K189C45N026229 | 2005 | Tennessee | 6/1/2007 | Title | 1/0/1900 |
| 1801 | 252,310.68 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522891 | KVM 32XL | 17022891 | MACK MR688S | 1M2K189C45N026333 | 2005 | Arkansas | 6/1/2007 | MSO | n/a - MSO |
| 1820 | 503,854.70 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | 2525H-6 | 170526199 | KVM 47SX | 17205199 | MACK MR688S | 1M2K197C45N026725 | 2005 | Texas | 6/1/2007 | MSO | n/a - MSO |
| 1826 | 311,042.18 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | 2023-4 | 107388 | KVM 31EZ | 107388 | MACK MR688S | 1M2K189C85N026470 | 2005 | Oklahoma | 6/1/2007 | Title | OK |
| 1879 | 393,637.40 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | 2525-5 | 107830 | KVM 5415X | 107830 | MACK MR688S | 1M2K197C75N026925 | 2005 | Iowa | 6/1/2007 | Title | AZ |
| 1885 | 503,854.70 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | BPL2525H-6 | 170526209 | KVM 5475X | 17205209 | MACK MR688S | 1M2K197C15N028993 | 2005 | Oklahoma | 6/1/2007 | Title | OK |
| 1890 | 256,133.56 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522931 | KVM 32XL | 17022931 | MACK MR688S | 1M2K189C75N027005 | 2005 | Texas | 6/1/2007 | Title | AZ |
| 1908 | 393,420.04 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | 2525-5 | 108053 | KVM 5415X | 108053 | MACK MR688S | 1M2K197C45N026943 | 2005 | Indiana | 6/1/2007 | Title | AZ |
| 1911 | 284,092.39 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | BPL2023-5 | 170522956 | KVM 32XL | 17022956 | MACK MR688S | 1M2K189C45N027040 | 2005 | Oklahoma | 6/1/2007 | Title | OK |
| 1916 | 507,628.90 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | 2525H-6 | 170526214 | KVM 5475X | 17205214 | MACK MR688S | 1M2K195C05N029004 | 2005 | Oklahoma | 8/13/2008 | Title | OK |
| 1959 | 319,657.05 | Sun Trust Equipment Finance | BOOM PUMP | 2005 | SCHWING | 2525HP-6 | 170526398 | KVM 32 XL | 17023980 | MACK MR688S | 1M2K189C85N028169 | 2005 | Oklahoma | 6/1/2007 | Title | MN |
| 2162 | 862,950.28 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | BPL2023-4 | 170531020 | KVM 61SX | 1740?020 | MACK MR688S | 1M2K201C07M035762 | 2007 | Texas | 5/1/2008 | Title | TX |
| 2165 | 287,920.26 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | BPL2023-5 | 170521057 | KVM 32XL | 17021057 | MACK MR688S | 1M2K189C48M033093 | 2007 | Texas | 6/1/2007 | Title | TX |
| 2257 | 288,948.55 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | BPL2023-5 | 170521088 | KVM 32XL | 17021092 | MACK MR688S | 1M2K189C27M023126 | 2007 | Oregon | 6/1/2007 | Title | OR |
| 2258 | 288,948.55 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | BPL2025-5 | 170521088 | KVM 32XL | 17021088 | MACK MR688S | 1M2K189C79M023133 | 2007 | Texas | 6/1/2007 | Title | TX |
| 2260 | 401,766.76 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | 2525-5 | 170520556 | KVM 5415X | 16808556 | MACK MR688S | 1M2K197C07M035797 | 2007 | Texas | 12/1/2006 | Title | TX |
| 2262 | 685,318.58 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | KVM 52 | 108665 | KVM 52 | 108665 | MACK MR688S | 1M2K197C06M035376 | 2007 | Texas | 12/1/2006 | Title | TX |
| 2263 | 415,230.84 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | 2525-5 | 108723 | KVM 5415X | 108723 | MACK MR688S | 1M2K197C46M035875 | 2007 | Texas | 12/1/2006 | Title | TX |
| 2264 | 415,230.84 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | 2525-5 | 108734 | KVM 5415X | 108734 | MACK MR688S | 1M2K197C86M035813 | 2007 | Texas | 12/1/2006 | Title | TX |
| 2265 | 416,708.53 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | 2525-5 | 108727 | KVM 5415X | 108727 | MACK MR688S | 1M2K197C46M035875 | 2007 | Texas | 12/1/2006 | MSO | n/a - MSO |

**Brundage-Bone Concrete Pumping, Inc.**
Exhibit SCH B Q29
Comprehensive Data Summary of Owned Pumping Equipment

| BBCP Unit | Unrounded Book Value 10/31/2009 | Secured Lender - Bank Loan Full Bank Name | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | TBelt Year | TBelt Make | TBelt Model | TBeltSN | PPK Year | PPK SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Year | MOS / Title Paperwork | Title State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2286 | 400,342.05 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520561 | KVM 39X | 16808561 | | | | | | | MACK | MR688S | 1M2K197C17M035803 | 2007 | Arkansas | 6/1/2007 | MSO | n/a - MSO |
| 2292 | 532,766.09 | Sun Trust Equipment Finance | BOOM PUMP | 2006 | SCHWING | 2525H-6 | 170526253 | KVM 455X | 17204253 | | | | | | | MACK | MR688S | 1M2K197C67M035666 | 2007 | Texas | 12/1/2006 | Title | not avail |
| **TOTAL** | **$9,539,448.44** | | | | | | | | | | | | | | | | | | | | | | |

**by Wachovia Equipment Finance**

| BBCP Unit | Unrounded Book Value | Secured Lender - Bank Loan | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Year | MOS / Title | Title State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 523 | 172,055.33 | Wachovia Equipment Finance | BOOM PUMP | 1996 | SCHWING | BPL 1200 | 170516030 | KVM 55 | 17302030 | TOR | T-53110 | 2T9538HC0T0070696 | 1996 | Kansas | 12/2/2003 | Title | WA |
| 550 | 274,747.18 | Wachovia Equipment Finance | BOOM PUMP | 1997 | SCHWING | BPL 1200 | 170512284 | KVM 42 | 17203257 | MACK | MR 688S | 1M2K189C69M009962 | 1997 | Oregon | 6/18/2001 | Title | OR |
| 656 | 150,733.38 | Wachovia Equipment Finance | BOOM PUMP | 1998 | SCHWING | BPL 1200 | 170522495 | KVM 32XL | 17022495 | MACK | MR 688S | 1M2K189C4WM015582 | 1998 | Washington | 5/23/2006 | Title | WA |
| 723 | 0.00 | Wachovia Equipment Finance | BOOM PUMP | 1998 | SCHWING | BPL 2023-4 | 70527132 | KVM 34X | 6806188 | MACK | MR 688S | 1M2K189C69M012468 | 1999 | Arizona | 5/13/2001 | Title | WA |
| 727 | 0.00 | Wachovia Equipment Finance | BOOM PUMP | 1998 | SCHWING | BPL 2023-4 | 70512530 | KVM 42 | 7203424 | MACK | MR 688S | 1M2K197C2XM012403 | 1999 | Oregon | 4/29/2003 | Title | OR |
| 728 | 329,440.61 | Wachovia Equipment Finance | BOOM PUMP | 1998 | SCHWING | BPL 2023-5 | 70526026 | KVM 54SSX | 72040 | MACK | MR 688S | 1M2K197C9WM012283 | 1998 | Washington | 10/28/1999 | Title | WA |
| 732 | 519,085.53 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2525-H6 | 170516066 | KVM 52 | 17302066 | TOR | T-53110 | 2T9538HC7X0070779 | 1999 | Arkansas | 4/29/2003 | Title | OR |
| 733 | 194,504.43 | Wachovia Equipment Finance | BOOM PUMP | 1998 | SCHWING | BPL 2023-4 | 70527161 | KVM 34X | 6806232 | MACK | MR 688S | 1M2K189C3XM012482 | 1999 | Idaho | 5/30/2001 | Title | UT |
| 747 | 615,345.97 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2525-H6 | 170516067 | KVM 55 | 17302067 | TOR | T-53110 | 2T9538HC7X0070782 | 1998 | Washington | 6/2/2000 | Title | WA |
| 760 | 567,387.81 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2525-H6 | 170516068 | KVM 55 | 17302068 | MACK | MR 688S | 1M2K197C3XM012490 | 1999 | California | 12/16/2003 | MSO | n/a - MSO |
| 761 | 233,573.49 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 170522535 | KVM 32XL | 17022535 | MACK | MR 688S | 1M2K189C26M012473 | 1999 | Arizona | 12/16/2003 | Title | AZ |
| 766 | 401,183.90 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2525-H6 | 170526023 | KVM 547SX | 17205023 | MACK | MR 688S | 1M2K197C1XM012506 | 1999 | Washington | 10/28/1999 | Title | WA |
| 767 | 473,703.75 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2525-H6 | 70526027 | KVM 547SX | 7204027 | MACK | MR 688S | 1M2K197C6XM012287 | 1998 | Texas | 8/26/1999 | Title | KS |
| 774 | 460,278.95 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2525-H6 | 170516069 | KVM 52 | 17302069 | TOR | T-53110 | 2T9538HC2X0070785 | 1999 | Idaho | 5/23/2001 | Title | UT |
| 780 | 412,216.43 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2525-H6 | 70526029 | KVM 455X | 7204029 | MACK | MR 688S | 1M2K197C7XM012509 | 1999 | Tennessee | 6/16/2006 | Title | OK |
| 781 | 416,581.43 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2525-H6 | 170526027 | KVM 475X | 17205027 | MACK | MR 688S | 1M2K197C4XM012502 | 1999 | Missouri | 12/16/2003 | MSO | n/a - MSO |
| 910 | 408,248.42 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2525-H6 | 170526038 | KVM 547SX | 17205038 | MACK | MR 688S | 1M2K197CXXM014254 | 1999 | Texas | 5/28/2003 | Title | CO |
| 1025 | 352,576.46 | Wachovia Equipment Finance | BOOM PUMP | 1998 | SCHWING | BPL 2023-4 | 70526023 | KVM 545SX | 7204023 | MACK | MR 688S | 1M2K189C6WM010837 | 1998 | Oklahoma | 6/23/2006 | Title | OK |
| 1026 | 414,621.91 | Wachovia Equipment Finance | BOOM PUMP | 1999 | SCHWING | BPL 2525-H6 | 170526029 | KVM 475X | 17205029 | MACK | MR 688S | 1M2K197C9XM014388 | 1999 | California | 5/2/2003 | Title | OK |
| 1192 | 454,606.31 | Wachovia Equipment Finance | BOOM PUMP | 2000 | SCHWING | BPL 2525-H6 | 70526043 | KVM 547SX | 7204043 | MACK | MR 688S | 1M2K197C0YM016953 | 2000 | Arkansas | 1/17/2007 | Title | OK |
| 1200 | 416,778.24 | Wachovia Equipment Finance | BOOM PUMP | 2000 | SCHWING | BPL 2525-H6 | 170526083 | KVM 547SX | 17205083 | MACK | MR 688S | 1M2K197C3YM016980 | 2000 | California | 5/5/2004 | MSO | n/a - MSO |
| 1201 | 602,151.22 | Wachovia Equipment Finance | BOOM PUMP | 2000 | SCHWING | BPL 2525-H6 | 170516074 | KVM 52 | 17302074 | TOR | | 2T9538HC7Y0070802 | 2000 | Arizona | 12/3/2004 | Title | AZ |
| 1231 | 316,573.94 | Wachovia Equipment Finance | BOOM PUMP | 2000 | SCHWING | BPL 2023-5 | 170520066 | KVM 39X | 16808066 | MACK | | 1M2K18RC41M017746 | 2001 | California | 5/27/2007 | Title | WA |
| 1239 | 674,434.64 | Wachovia Equipment Finance | BOOM PUMP | 2001 | SCHWING | BPL 2525H-6 | 170530004 | KVM 55 | 17303004 | TOR | T-53110 | 2T9538HC910070807 | 2001 | Oklahoma | 8/20/2007 | Title | OK |
| 1242 | 348,046.66 | Wachovia Equipment Finance | BOOM PUMP | 2000 | SCHWING | BPL 2023-5 | 170520068 | KVM 39X | 16808068 | MACK | MR 688S | 1M2K18RC01M017744 | 2001 | Colorado | 7/13/2006 | Title | CO |
| 1273 | 397,263.51 | Wachovia Equipment Finance | BOOM PUMP | 2001 | SCHWING | BPL 2023-4 | 170520084 | KVM 39X | 16808084 | MACK | MR 688S | 1M2K197C81M017936 | 2001 | California | 4/2/2003 | MSO | n/a - MSO |
| 1304 | 1,152,287.48 | Wachovia Equipment Finance | BOOM PUMP | 2001 | SCHWING | BPL 2525H-6 | 104668 | KVM 558SX | 104668 | TOR | | 2T9638HC41007080 | 2001 | Nevada | 3/31/2004 | Title | CA |
| 1327 | 761,642.77 | Wachovia Equipment Finance | BOOM PUMP | 2001 | SCHWING | BPL 2525H-6 | 105111 | KVM 558SX | 105111 | TOR | T63120 | 2T9638HC92007X1829 | 2002 | Arizona | 4/29/2003 | Title | WA |
| 1364 | 257,625.00 | Wachovia Equipment Finance | BOOM PUMP | 2002 | SCHWING | BPL 2023-4 | 104407 | KVM 34X | 104407 | MACK | MR 688S | 1M2K189C72M020500 | 2002 | Nevada | 5/11/2004 | Title | AZ |
| 1366 | 449,264.19 | Wachovia Equipment Finance | BOOM PUMP | 2002 | SCHWING | BPL 2023-5 | 170520103 | KVM 39X | 16808098 | MACK | MR 688S | 1M2K197C42M018650 | 2002 | Washington | 11/18/2008 | Title | CA |
| 1391 | 290,575.00 | Wachovia Equipment Finance | BOOM PUMP | 2002 | SCHWING | BPL 2023-4 | 105235 | KVM 31HT | 105235 | MACK | MR 688S | 1M2K189C02M020726 | 2002 | Washington | 4/16/2003 | Title | WA |
| 1395 | 279,062.50 | Wachovia Equipment Finance | BOOM PUMP | 2001 | SCHWING | BPL 2023-4 | 105238 | KVM 31HT | 105238 | MACK | MR 688S | 1M2K189C62M020729 | 2001 | Utah | 4/16/2003 | MSO | n/a - MSO |
| 1594 | 478,515.25 | Wachovia Equipment Finance | BOOM PUMP | 2003 | SCHWING | 2525H-6 | 170526143 | KVM 475X | 17205143 | MACK | MR688S | 1M2K197CX3M022803 | 2003 | Arizona | 5/6/2004 | Title | OR |
| 1628 | 164,999.90 | Wachovia Equipment Finance | BOOM PUMP | 2004 | SCHWING | BPL2023-4 | 70527163 | KVM 34X | 6806234 | MACK | MR688S | 1M2K18RC36M012529 | 1999 | Arizona | 5/6/2004 | Title | AZ |
| 1664 | 194,135.01 | Wachovia Equipment Finance | BOOM PUMP | 2004 | SCHWING | BPL2023-4 | 106867 | KVM 34X | 106867 | MACK | MR688S | 1M2K18RC14M024769 | 2004 | Kansas | 7/1/2008 | MSO | n/a - MSO |
| 1686 | 499,261.05 | Wachovia Equipment Finance | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526169 | KVM 475X | 17205169 | MACK | MR688S | 1M2K197C74M025322 | 2004 | Oregon | 11/23/2004 | Title | OR |
| 1697 | 499,261.05 | Wachovia Equipment Finance | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526173 | KVM 475X | 17205173 | MACK | MR688S | 1M2K197C74M025319 | 2004 | Utah | 4/18/2005 | Title | UT |
| 1786 | 888,690.54 | Wachovia Equipment Finance | BOOM PUMP | 2005 | SCHWING | 2525H-6 | 107315 | KVM 563SX | 107315 | TOR | T-63120-6 | 2T9638HC55007X0054 | 2005 | Georgia | 12/19/2007 | Title | AZ |
| 1956 | 297,275.00 | Wachovia Equipment Finance | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 110 | 390600320 | | | MACK | MR688S | 1M2K189C46M031508 | 2006 | Arizona | 2/8/2006 | Title | AZ |
| 2034 | 279,331.25 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601702 | BSF 28Z | | | | | | | | MACK | MR688S | 1M2K197C36M032612 | 2006 | California | 1/23/2007 | Title | AZ |
| 2094 | 365,501.50 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601806 | BSF 40Z | 170204521 | | | | | | | MACK | MR688S | 1M2K197C46M032649 | 2006 | California | 1/23/2007 | Title | AZ |
| 2115 | 560,007.33 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 20H | 210601817 | BSF 47Z | | | | | | | | MACK | MR688S | 1M2K197C87M034129 | 2007 | California | 1/23/2007 | Title | AZ |
| 2132 | 366,821.00 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601859 | BSF 40Z | | | | | | | | MACK | MR688S | 1M2K197C06M032647 | 2006 | California | 1/23/2007 | Title | AZ |
| 2153 | 299,492.98 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601895 | BSF 32Z | | | | | | | | MACK | MR688S | 1M2K197C07M034027 | 2007 | Texas | 1/23/2007 | Title | UT |
| 2154 | 299,492.98 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601892 | BSF 32Z | | | | | | | | MACK | MR688S | 1M2K197C17M034022 | 2007 | Idaho | 1/23/2007 | Title | UT |
| 2155 | 280,814.54 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601905 | BSF 28Z | 670200851 | | | | | | | MACK | MR688S | 1M2K197C37M034023 | 2007 | Kansas | 1/23/2007 | Title | WA |
| 2182 | 564,050.71 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 20H | 210601885 | BSF 47Z | | | | | | | | MACK | MR688S | 1M2K197CX7M034133 | 2007 | California | 1/23/2007 | Title | AZ |
| 2184 | 357,607.43 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601931 | BSF 40Z | 170205113 | | | | | | | MACK | MR688S | 1M2K197C97M034026 | 2007 | Texas | 1/23/2007 | Title | UT |
| 2185 | 355,062.17 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601937 | BSF 40Z | 170205114 | | | | | | | MACK | MR688S | 1M2K197C67M034033 | 2007 | Tennessee | 12/6/2006 | MSO | n/a - MSO |
| 2229 | 282,834.80 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601983 | BSF 28Z | | | | | | | | MACK | MR688S | 1M2K197C47M034410 | 2007 | California | 1/23/2007 | Title | AZ |
| 2230 | 357,607.43 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601960 | BSF 40Z | | | | | | | | MACK | MR688S | 1M2K197C27M034045 | 2007 | Kansas | 1/23/2007 | Title | UT |
| 2239 | 334,440.00 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601972 | BSF 36Z | | | | | | | | MACK | MR688S | 1M2K197C87M035393 | 2007 | Idaho | 1/23/2007 | Title | UT |
| 2241 | 902,860.00 | Wachovia Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210601952 | BSF 61 | | | | | | | | TOR | T3120 | 2T9738HC96X070189 | 2006 | California | 1/23/2007 | Title | AZ |
| 2253 | 357,607.43 | Wachovia Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210601969 | BSF 40Z | | | | | | | | MACK | MR688S | 1M2K197C47M035391 | 2007 | Tennessee | 1/23/2007 | Title | UT |
| 2254 | 764,969.91 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210601993 | BSF 52Z | | | | | | | | MACK | MR688S | 1M2K197C47M035407 | 2007 | California | 1/23/2007 | Title | UT |
| 2269 | 357,607.43 | Wachovia Equipment Finance | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 210602014 | BSF 40Z | 170205674 | | | | | | | MACK | MR688S | 1M2K197C37M035441 | 2007 | Washington | 1/3/2007 | MSO | n/a - MSO |
| 2296 | 336,849.00 | Wachovia Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602007 | BSF 36Z | 170602007 | | | | | | | MACK | MR688S | 1M2K197C57M035425 | 2007 | Nevada | 2/23/2007 | Title | WA |
| 2351 | 188,363.00 | Wachovia Equipment Finance | BOOM PUMP | 2007 | PUTZMEISTER | 9 | 210602172 | BSF 20Z | 1720205564 | | | | | | | GMC | TT8500 | 1GDT8F433F403468 | 2007 | Washington | 1/3/2007 | MSO | n/a - MSO |
| **TOTAL** | **$23,430,075.13** | | | | | | | | | | | | | | | | | | | | | |

**Leased by Wells Fargo Bank**

| BBCP Unit | Unrounded Book Value | Secured Lender - Bank Loan | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Year | MOS / Title | Title State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | $71,300.73 | Wells Fargo Bank | PLACING BOOM | | | | | KVM 31 | 1700034 | | | | | Arkansas | 3/27/2003 | Title | MO |
| 77 | $20,663.30 | Wells Fargo Bank | TRAILER PUMP | 1980 | SCHWING | BP 3000-20 | 71509003 | | | | | | | Colorado | n/a | n/a | n/a |
| 105 | $89,203.33 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 1989 | SCHWING | BPL 750-18 | 171305025 | | | UD/NISSAN | 2600 | JNAPA80H8KA955408 | 2006 | Washington | 9/17/2008 | Title | WA |
| 111 | $116,371.95 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 1989 | SCHWING | BPL 750-18 | 171305031 | | | UD/NISSAN | 2600 | JNAPA80H27AG60664 | 2007 | Washington | 9/17/2008 | Title | WA |
| 182 | $167,007.44 | Wells Fargo Bank | BOOM PUMP | 1991 | SCHWING | BPL 1200 | 170512114 | KVM 42 | 17203088 | MACK | MR 688S | 1M2K189C94M006237 | 1990 | Texas | 9/17/2008 | Title | UT |
| 195 | $59,951.97 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 1992 | SCHWING | BPL 2000-20 | 170405053 | | | HINO | DIESEL SG | JH8SG2344N1110014 | 1992 | Washington | 9/17/2008 | Title | WA |
| 209 | $15,304.31 | Wells Fargo Bank | TRAILER PUMP | 1991 | SCHWING | BP 3001-20 | 71506083 | | | | | | | Washington | n/a | n/a | n/a |
| 221 | $0.00 | Wells Fargo Bank | PLACING BOOM | | | | | KVM 28 | 1671958 | | | | | Washington | n/a | n/a | n/a |
| 264 | $76,508.89 | Wells Fargo Bank | BOOM PUMP | 1993 | SCHWING | BPL 1200 | 170522022 | KVM 32XL | 17022022 | MACK | MR 688S | 1M2K189C49M003998 | 1993 | Idaho | 10/17/2008 | Title | ID |
| 270 | $13,474.83 | Wells Fargo Bank | TRAILER PUMP | 1982 | | | | KVM 31 | 17028 | | | | | Washington | n/a | n/a | n/a |
| 280 | $92,626.51 | Wells Fargo Bank | BOOM PUMP | 1993 | SCHWING | BPL 1200 | 170512147 | KVM 42 | 17203121 | MACK | MR 688S | 1M2K189C6RM004439 | 1993 | Washington | 9/17/2008 | Title | AZ |
| 285 | $91,153.59 | Wells Fargo Bank | BOOM PUMP | 1993 | SCHWING | BPL 1200 | 170522027 | KVM 32XL | 17022027 | MACK | MR 688S | 1M2K189C9PM004502 | 1993 | Idaho | 10/17/2008 | Title | ID |
| 288 | $0.00 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 1993 | SCHWING | BPL 2000-18 | 170405058 | | | HINO | SG 3323 | JH8SG1HP3R1510425 | 1994 | Oregon | 9/17/2008 | Title | UT |
| 298 | $31,857.26 | Wells Fargo Bank | TRAILER PUMP | 1993 | SCHWING | BP 8000-18 | 71801008 | | | | | | | Utah | n/a | n/a | n/a |
| 332 | $120,718.83 | Wells Fargo Bank | BOOM PUMP | 1984 | SCHWING | BPL 1200 | 170512062 | KVM 42 | 17204055 | MACK | DM690S | 1M2AX04C6EM001385 | 1994 | Arizona | 9/17/2008 | Title | AZ |
| 339 | $59,758.42 | Wells Fargo Bank | BOOM PUMP | 1994 | SCHWING | BPL 1200 | 170522032 | KVM 32XL | 17022032 | MACK | MR 688S | 1M2K189C6RM007299 | 1994 | Oregon | 9/17/2008 | Title | WA |
| 347 | $0.00 | Wells Fargo Bank | BOOM PUMP | 1994 | SCHWING | BPL 1200 | 170512173 | KVM 42 | 17203144 | MACK | MR 688S | 1M2K189C6RM005210 | 1994 | Colorado | 6/26/2002 | Title | CO |
| 374 | $101,315.75 | Wells Fargo Bank | BOOM PUMP | 1994 | SCHWING | BPL 1200 | 170512190 | KVM 42 | 17203159 | MACK | MR 688S | 1M2K189C4RM006333 | 1994 | Oregon | 9/17/2008 | Title | WA |
| 386 | $0.00 | Wells Fargo Bank | BOOM PUMP | 1994 | SCHWING | BPL 1200 | 170512199 | KVM 42 | 17203163 | MACK | MR 688S | 1M2K189C1RM005678 | 1994 | Oregon | 6/26/2002 | Title | CA |
| 398 | $0.00 | Wells Fargo Bank | BOOM PUMP | 1994 | SCHWING | BPL 1200 | 170522044 | KVM 32XL | 17022044 | MACK | MR 688S | 1M2K189C5RM008533 | 1994 | Washington | 9/17/2008 | Title | WA |
| 422 | $0.00 | Wells Fargo Bank | BOOM PUMP | 1995 | SCHWING | 39917 | 170506603 | BSF 36 | 17930500280 | | | | | California | 9/17/2008 | Title | WA |
| 458 | $68,801.60 | Wells Fargo Bank | PLACING BOOM | 1995 | SCHWING | BPL 900 | 170213007 | KVM 24 | 1650000 | | | | | Oregon | 9/17/2008 | Title | OR |
| 460 | $0.00 | Wells Fargo Bank | BOOM PUMP | 1995 | SCHWING | BPL 1200 | 170524011 | KVM 26 | 1650001 | | | | | California | 9/17/2008 | Title | CA |
| 483 | $37,700.42 | Wells Fargo Bank | PLACING BOOM | 1995 | SCHWING | BPL 900 | 170522066 | KVM 24 | 1650017 | | | | | Oregon | 9/17/2008 | Title | OR |
| 500 | $126,305.95 | Wells Fargo Bank | BOOM PUMP | 1995 | SCHWING | BPL 1200 | 170512200 | KVM 42 | 17203170 | MACK | MR 688S | 1M2K189C9SM008765 | 1995 | Nevada | 9/17/2008 | Title | TX |
| 517 | $0.00 | Wells Fargo Bank | BOOM PUMP | 1995 | SCHWING | BPL 1200 | 170512260 | KVM 42 | 17203233 | MACK | MR 688S | 1M2K189C7SM009780 | 1996 | California | 9/17/2008 | Title | WA |
| 560 | $204,763.50 | Wells Fargo Bank | BOOM PUMP | 1996 | PUTZMEISTER | 15H | 229600517 | BSF 36 | 17950033 | MACK | MR 688S | 1M2K189C9TM013477 | 1996 | Texas | 9/17/2008 | Title | OR |
| 562 | $96,521.50 | Wells Fargo Bank | BOOM PUMP | 1996 | PUTZMEISTER | 15H | 229501863 | BSF 36 | 6795063 | MACK | MR 688S | 1M2K189C5TM013473 | 1996 | Oregon | 9/17/2008 | Title | WA |
| 563 | $239,534.93 | Wells Fargo Bank | BOOM PUMP | 1996 | PUTZMEISTER | 15H | 229600540 | BSF 36 | 6795064 | MACK | MR 688S | 1M2K189C4TM015574 | 1996 | Oregon | 9/17/2008 | Title | OR |
| 567 | $23,000.80 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 1996 | PUTZMEISTER | 15H | 229601504 | BSF 36 | 17940200564 | MACK | MIDLINER | VGMN11B79H1027221 | 1996 | Washington | 9/17/2008 | Title | WA |

Brundage-Bone Concrete Pumping, Inc.
Exhibit SCH B Q29
**Comprehensive Data Summary of Owned Pumping Equipment**

| BBCP Book Value 10/31/2009 | Secured Lender - Bank Loan Full Bank Name | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | TBelt Year | TBelt Make | TBelt Model | TBeltSN | PPK Size | PPK SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location Sate | Title Paperwork | MOS / Title TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 574 | $144,067.62 Wells Fargo Bank | BOOM PUMP | 1997 | SCHWING | BPL 1200 | 170522371 | KVM 32XL | 17022371 | | | | | | | MACK | MR 688S | 1M2K189C8VM010076 | 1997 | Arizona | 10/17/2008 | Title NM |
| 602 | $0.00 Wells Fargo Bank | TRUCK MOUNTED PUMP | 1997 | SCHWING | BPL 2000-20 | 170405066 | | | | | | | | | VOLVO | FE 42 | 4VE2AAFD3VR476736 | 1997 | Georgia | 9/17/2008 | Title WA |
| 603 | $0.00 Wells Fargo Bank | TRUCK MOUNTED PUMP | 1997 | SCHWING | BPL 2000-20 | 170405080 | | | | | | | | | VOLVO | FE 42 | 4VE2AAFD5VR476737 | 1997 | Oklahoma | 9/17/2008 | Title WA |
| 611 | $8,793.00 Wells Fargo Bank | BOOM PUMP | 1997 | SCHWING | BPL 1200 | 170516037 | KVM 55 | 17302068 | | | | | | | TOR | T-53110 | 2T9538HC9V0070733 | 1997 | Texas | 9/17/2008 | Title CO |
| 621 | $0.00 Wells Fargo Bank | BOOM PUMP | 1997 | SCHWING | BPL 1200 | 170512305 | KVM 42 | 17203278 | | | | | | | MACK | MR 688S | 1M2K197C2WM010164 | 1998 | Colorado | 9/17/2008 | Title CO |
| 629 | $29,400.19 Wells Fargo Bank | TRUCK MOUNTED PUMP | 1990 | PUTZMEISTER | THOMAATT 2065 | 478 | | | | | | | | | UD/NISSAN | 2600 | JNAPA8DH45SA150231 | 2005 | Oregon | 9/17/2008 | Title OR |
| 638 | $42,659.41 Wells Fargo Bank | BOOM PUMP | 1997 | SCHWING | BPL 2023-5 | 170522463 | KVM 32XL | 17022463 | | | | | | | MACK | MR 688S | 1M2K189C2WM010852 | 1998 | Oregon | 10/9/2009 | Title WA |
| 640 | $0.00 Wells Fargo Bank | TRUCK MOUNTED PUMP | 1998 | SCHWING | BPL 2000 | 170405082 | | | | | | | | | GMC | T-8500 | 1GDP7C1UW5500840 | 1998 | California | 9/17/2008 | Title CA |
| 643 | $0.00 Wells Fargo Bank | PLACING BOOM | | | | | KVM 32 | 17900082 | | | | | | | | | | | Washington | n/a | n/a |
| 661 | $43,269.32 Wells Fargo Bank | BOOM PUMP | 1998 | SCHWING | BPL 500-18X | 171305083 | | | | | | | | | GMC | T-SERIES | 1GDP7C1JXWJ506338 | 1998 | Oregon | 9/17/2008 | Title OR |
| 669 | $0.00 Wells Fargo Bank | BOOM PUMP | 1998 | SCHWING | BPL 2023-4 | 70527111 | KVM 34X | 6806163 | | | | | | | MACK | MR 688S | 1M2K189C2WM011919 | 1998 | Utah | 9/17/2008 | Title UT |
| 674 | $52,275.04 Wells Fargo Bank | BOOM PUMP | 1998 | SCHWING | BPL 2023-4 | 170512331 | KVM 42 | 17203304 | | | | | | | MACK | MR 688S | 1M2K197C4WM011901 | 1998 | Colorado | 9/17/2008 | Title CO |
| 684 | $31,894.37 Wells Fargo Bank | BOOM PUMP | 1998 | SCHWING | BPL 1200 | 170522547 | KVM 32XL | 17022547 | | | | | | | MACK | 1M2K189CXXM011930 | 1999 | California | 5/9/2008 | Title CA |
| 699 | $4,876.00 Wells Fargo Bank | TRAILER PUMP | 1988 | PUTZMEISTER | TTS 1200 2D | 2188061662 | | | | | | | | | | | | | Oregon | 7/5/2000 | MSO n/a - MSO |
| 703 | $101,013.81 Wells Fargo Bank | BOOM PUMP | 1996 | PUTZMEISTER | 12 | 2296060153 | BSF 36 | 6796063042 | | | | | | | MACK | MR 688S | 1M2K189C6TM007030 | 1996 | Texas | 9/17/2008 | Title OR |
| 758 | $128,125.00 Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | BPL 2023-5 | 170522594 | KVM 32XL | 17022594 | | | | | | | MACK | MR 688S | 1M2K189C0XM012486 | 1999 | Texas | 9/17/2008 | Title WA |
| 803 | $102,994.07 Wells Fargo Bank | TRUCK MOUNTED PUMP | 1998 | SCHWING | BPL 4000-20 | 171610014 | | | | | | | | | FREIGHTLINER | F-70 | 1FV6HGCA9XHA17699 | 1999 | Arizona | 9/17/2008 | Title AZ |
| 804 | $28,190.92 Wells Fargo Bank | TRUCK MOUNTED PUMP | 1985 | SCHWING | BPA 1000 | 71205002 | | | | | | | | | MACK | CS200 | VG6A4D744R8500728 | 1994 | Arizona | 9/17/2008 | Title AZ |
| 805 | $23,667.90 Wells Fargo Bank | TRUCK MOUNTED PUMP | 1998 | PUTZMEISTER | TK 50 | 2198060681 | | | | | | | | | MACK | MIDLINER | VG6M11187J8028836 | 1988 | Kansas | 9/17/2008 | Title KS |
| 806 | $164,530.65 Wells Fargo Bank | BOOM PUMP | 1998 | SCHWING | BPL 1200 | 170524009 | KVM 26 | 16504009 | | | | | | | MACK | MR 688S | 1M2K189CXWM010503 | 1998 | Arizona | 9/17/2008 | Title AZ |
| 808 | $181,512.78 Wells Fargo Bank | BOOM PUMP | 1998 | SCHWING | BPL 1200 | 170525150 | KVM 28X | 16712150 | | | | | | | MACK | MR 688S | 1M2K189C1WM011975 | 1998 | Arizona | 9/17/2008 | Title AZ |
| 809 | $120,401.33 Wells Fargo Bank | BOOM PUMP | 1992 | SCHWING | BPL 1200 | 170510310 | KVM 28 | 1671942 | | | | | | | MACK | MR 688S | 1M2K189C9NM003735 | 1992 | Arizona | 9/17/2008 | Title AZ |
| 816 | $153,963.62 Wells Fargo Bank | BOOM PUMP | 1995 | SCHWING | BPL 1200 | 170522165 | KVM 32XL | 17022165 | | | | | | | MACK | MR 688S | 1M2K189C3SM006335 | 1995 | Arizona | 9/17/2008 | Title AZ |
| 817 | $194,647.24 Wells Fargo Bank | BOOM PUMP | 1995 | SCHWING | BPL 1200 | 170522189 | KVM 32XL | 17022189 | | | | | | | MACK | MR | 1M2K189C5SM006367 | 1995 | Arizona | 9/17/2008 | Title AZ |
| 819 | $277,499.76 Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | BPL 2023-5 | 70512536 | KVM 42 | 7203430 | | | | | | | MACK | MR 688S | 1M2K197C3XM011910 | 1999 | Nevada | 11/20/2008 | Title AZ |
| 820 | $177,121.21 Wells Fargo Bank | BOOM PUMP | 1993 | SCHWING | BPL 1200 | 170522079 | KVM 32XL | 17022079 | | | | | | | MACK | MR 688S | 1M2K189C2PM004700 | 1993 | Arizona | 9/17/2008 | Title AZ |
| 822 | $320,713.47 Wells Fargo Bank | BOOM PUMP | 1994 | SCHWING | BPL 1200 | 170512161 | KVM 42 | 17203134 | | | | | | | MACK | MR | 1M2K189C5RM005097 | 1994 | Arizona | 9/17/2008 | Title AZ |
| 823 | $343,240.01 Wells Fargo Bank | BOOM PUMP | 1992 | SCHWING | BPL 1200 | 170512115 | KVM 42 | 17203089 | | | | | | | MACK | MR 688S | 1M2K189C7NM002954 | 1991 | Texas | 9/17/2008 | Title CA |
| 825 | $408,384.16 Wells Fargo Bank | BOOM PUMP | 1993 | SCHWING | BPL 1200 | 170512158 | KVM 42 | 17203132 | | | | | | | MACK | MR | 1M2K189C9RM004941 | 1994 | Georgia | 9/17/2008 | Title AZ |
| 826 | $349,984.78 Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | BPL 2023-5 | 170512340 | KVM 42 | 17203313 | | | | | | | MACK | MR 688S | 1M2K197CXXM012407 | 1999 | Arizona | 9/17/2008 | Title AZ |
| 827 | $628,559.28 Wells Fargo Bank | BOOM PUMP | 1997 | SCHWING | BPL 1200 | 170516040 | KVM 52 | 17302040 | | | | | | | TOR | T-53110 | 2T9538HC3V0070744 | 1997 | Arizona | 9/17/2008 | Title AZ |
| 828 | $600,350.58 Wells Fargo Bank | BOOM PUMP | 1998 | SCHWING | BPL 2023-4 | 170516058 | KVM 55 | 17302058 | | | | | | | TOR | T-53110 | 2T9538HC2W0070770 | 1998 | Arizona | 9/17/2008 | Title AZ |
| 855 | $207,703.51 Wells Fargo Bank | BOOM PUMP | 1995 | SCHWING | BPL 1200 | 170512202 | KVM 42 | 17203175 | | | | | | | MACK | MR 688S | 1M2K189C2SM005953 | 1995 | Colorado | 10/17/2008 | Title KS |
| 861 | $157,019.18 Wells Fargo Bank | BOOM PUMP | 1997 | SCHWING | BPL 1200 | 170522412 | KVM 32XL | 17022412 | | | | | | | MACK | MR | 1M2K189CXVM010399 | 1997 | Texas | 9/17/2008 | Title TX |
| 862 | $22,850.15 Wells Fargo Bank | PLACING BOOM | | | | | KVM 28 | 1671326 | | | | | | | | | | | Colorado | n/a | n/a |
| 874 | $167,180.11 Wells Fargo Bank | TELEBELT | | | | | KVM 28 | 1671752 | 1999 | PUTZMEISTER | TB 105 | 3999060079 | | | MACK | RD688S | 1M2P267C0XM016517 | 1999 | Oklahoma | 9/17/2008 | Title KS |
| 876 | $23,460.76 Wells Fargo Bank | PLACING BOOM | | | | | KVM 28 | 1671752 | | | | | | | | | | | Texas | n/a | n/a |
| 895 | $33,773.15 Wells Fargo Bank | TRAILER PUMP | 1983 | SCHWING | BP 3001-18R | 71506009 | | | | | | | | | MACK | MR 688S | 1M2K189C4XM013690 | 1999 | Washington | 9/17/2008 | Title CO |
| 958 | $185,885.46 Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 170523178 | KVM 36X | 16505178 | | | | | | | MACK | MR688S | 1M2K189C8XM006623 | 1999 | Oregon | 9/17/2008 | Title WA |
| 1007 | $171,111.52 Wells Fargo Bank | BOOM PUMP | 1995 | SCHWING | BPL 1200 | 170522215 | KVM 32XL | 17022215 | | | | | | | MACK | MR688S | 1M2K189C8SM006623 | 1995 | Missouri | 9/17/2008 | Title LA |
| 1010 | $133,230.26 Wells Fargo Bank | BOOM PUMP | 1993 | SCHWING | BPL 1200 | 170510324 | KVM 28 | 1671956 | | | | | | | MACK | MR | 1M2K189C8PM004328 | 1993 | Arizona | 9/17/2008 | Title AZ |
| 1014 | $15,960.00 Wells Fargo Bank | PLACING BOOM | | | | | KVM 28 | 1671239 | | | | | | | | | | | Colorado | 1/9/2001 | Title OK |
| 1047 | $3,899.75 Wells Fargo Bank | TRUCK MOUNTED PUMP | 1990 | PUTZMEISTER | TVS 2065 SQ | 481 | | | | | | | | | NISSAN | UD 1800 | JNAME9TJ4LGE55103 | 1990 | Washington | 9/17/2008 | Title WA |
| 1073 | $167,180.11 Wells Fargo Bank | TELEBELT | | | | | | | 1999 | PUTZMEISTER | TB 105 | 3999060084 | | | MACK | RD 688S | 1M2P267C2XM041658 | 1999 | Utah | 9/17/2008 | Title AZ |
| 1107 | $18,749.89 Wells Fargo Bank | TRUCK MOUNTED PUMP | 1990 | REED | 14050B | 3.96.1.1408 | | | | | | | | | GMC | TOP KICK | 1GDM7H1X0LJ605908 | 1990 | California | 9/17/2008 | Title CA |
| 1132 | $310,037.97 Wells Fargo Bank | BOOM PUMP | 1999 | PUTZMEISTER | | 2199060849 | KVM 36 | | | | | | | | MACK | | 1M2K189C6XM014455 | 1999 | Kansas | 9/17/2008 | Title KS |
| 1172 | $524,383.97 Wells Fargo Bank | BOOM PUMP | 2000 | SCHWING | BPL 2525-H6 | 170526065 | KVM 547SX | 17205065 | | | | | | | MACK | MR 688S | 1M2K197C9YM010949 | 2000 | Georgia | 9/17/2008 | Title WA |
| 1190 | $138,007.41 Wells Fargo Bank | BOOM PUMP | 1995 | SCHWING | BPL 1200 | 170522176 | KVM 32XL | 17022176 | | | | | | | MACK | MR 688S | 1M2K189C4SM006350 | 1995 | Arkansas | 9/17/2008 | Title KS |
| 1191 | $292,098.99 Wells Fargo Bank | BOOM PUMP | 2000 | SCHWING | BPL 2525-H6 | 70526042 | KVM 545SX | 7204042 | | | | | | | MACK | MR 688S | 1M2K197C9YM014070 | 2000 | Oklahoma | 4/20/2007 | Title OK |
| 1198 | $277,019.12 Wells Fargo Bank | BOOM PUMP | 2000 | SCHWING | BPL 2023-4 | 170520042 | KVM 39X | 16808042 | | | | | | | MACK | MR 688S | 1M2K189C9YM016091 | 2000 | Colorado | 9/17/2008 | MSO n/a - MSO |
| 1206 | $749,341.05 Wells Fargo Bank | BOOM PUMP | 2000 | SCHWING | BPL 2525-H6 | 170516075 | KVM 55 | 17302075 | | | | | | | TOR | T-53110 | 2T9538HC9Y0070820 | 2000 | Texas | 9/17/2008 | MSO n/a - MSO |
| 1210 | $46,601.56 Wells Fargo Bank | PLACING BOOM | 2000 | SCHWING | BPL 1210 | | KVM 31 | KVM311210 | | | | | | | | | | | Washington | n/a | n/a |
| 1219 | $290,053.30 Wells Fargo Bank | BOOM PUMP | 1995 | PUTZMEISTER | 15H | 2195060128 | KVM 36 | | | | | | | | MACK | 1M2K189CXTM006902 | 1996 | Kansas | 9/24/2009 | Title KS |
| 1220 | $276,511.36 Wells Fargo Bank | BOOM PUMP | 1995 | PUTZMEISTER | | 2195060129 | KVM 36 | | | | | | | | MACK | 1M2K189C9TM007006 | 1996 | Kansas | 9/17/2008 | Title OK |
| 1243 | $54,010.30 Wells Fargo Bank | TRAILER PUMP | 2000 | SCHWING | BP 3500 | 71607052 | | | | | | | | | | | | | Oregon | 9/17/2008 | Title CO |
| 1254 | $185,937.36 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | BPL 2023-4 | 104302 | KVM 34X | 104302 | | | | | | | MACK | MR 688S | 1M2K189C41M019352 | 2001 | Texas | 9/17/2008 | Title TX |
| 1269 | $91,800.00 Wells Fargo Bank | TRAILER PUMP | 1996 | SCHWING | BP 8000 HDR-18 | 71801034 | | | | | | | | | | | | | Washington | n/a | n/a |
| 1270 | $137,998.18 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | BPL 2023-4 | 170525215 | KVM 28X | 16712136 | | | | | | | MACK | MR 688S | 1M2K189C21M018023 | 2001 | California | 9/17/2008 | Title CA |
| 1272 | $164,553.70 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | BPL 2525H-6 | 170530006 | KVM 55 | 17303006 | | | | | | | MACK | MR 688S | 1M2K197C9YM014284 | 2000 | Texas | 10/9/2009 | Title OK |
| 1274 | $33,072.51 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | BPL 1418-2.5 | 171310218AX0 | KVM 17 | NA | | | | | | | GMC | F7804Z | 1GDP7C1C6X5151641 | 2000 | Colorado | 9/18/2008 | Title OK |
| 1282 | $27,814.80 Wells Fargo Bank | LASER SCREED | | | N/A | | | | | | | | | | SOMERO | S-240 | 0401-1738-4 | 2001 | Utah | n/a | n/a |
| 1287 | $194,505.76 Wells Fargo Bank | LASER SCREED | | | | | | | | | | | | | SOMERO | 240 | 0401-1740-1 | 2001 | Nevada | n/a | n/a |
| 1288 | $27,814.79 Wells Fargo Bank | LASER SCREED | | | | | | | | | | | | | SOMERO | S240 | 0401-1739-4 | 2001 | Arizona | n/a | n/a |
| 1298 | $181,818.83 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | BPL 2525H-6 | 170526100 | KVM 547SX | 17205100 | | | | | | | MACK | MR 688S | 1M2K197C32M018655 | 2002 | Kansas | 9/17/2008 | MSO n/a - MSO |
| 1310 | $274,602.98 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | BPL 1418-2.5 | 170303033 | KVM 17 | 16015033 | | | | | | | MACK | MR 688S | 1M2K189C9YM013749 | 2000 | Oregon | 9/17/2008 | Title OK |
| 1321 | $118,254.80 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | BPL 1418-2.5 | 170303033 | KVM 17 | 16015033 | | | | | | | FREIGHTLINER | FL80 | 1FV6B04J22HL86327 | 2002 | Oregon | 4/6/2004 | Title CA |
| 1322 | $97,532.38 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | BPL 2023-4 | 105097 | KVM 31XT | 105097 | | | | | | | MACK | MR 688S | 1M2K159C33M008843 | 2003 | Colorado | 9/17/2008 | MSO n/a - MSO |
| 1342 | $208,665.89 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | BPL 2525H-6 | 105114 | KVM 558SX | 105114 | | | | | | | TOR | T-63120 | 2T9538HC92070862 | 2002 | Colorado | 9/17/2008 | Title CO |
| 1389 | $81,661.32 Wells Fargo Bank | TRUCK MOUNTED PUMP | 2002 | SCHWING | BPA 750-18 | 17030502 | | | | | | | | | UD/NISSAN | 2600 | JNAPA8DH36A550527 | 2006 | Oregon | 9/17/2008 | Title OR |
| 1394 | $159,195.08 Wells Fargo Bank | BOOM PUMP | 2002 | SCHWING | HT 2023-4 | 105237 | KVM 31HT | 105237 | | | | | | | MACK | MR 688S | 1M2K189C22M021730 | 2002 | California | 9/17/2008 | Title CA |
| 1402 | $101,584.80 Wells Fargo Bank | BOOM PUMP | 2002 | SCHWING | BPL 2023-5 | 2002101060 | BSF 32Z | | | | | | | | MACK | | 1M2K189C3WM011808 | 1998 | Texas | 9/17/2008 | Title UT |
| 1408 | $208,247.46 Wells Fargo Bank | BOOM PUMP | 2002 | SCHWING | BPL 2525-5 | 170520162 | KVM 39X | 16808162 | | | | | | | MACK | MR 688S | 1M2K197C42M012811 | 2002 | Kansas | 9/17/2008 | Title OK |
| 1427 | $226,746.43 Wells Fargo Bank | TELEBELT | | | | | | | 2002 | PUTZMEISTER | TB 130 | 3906000202 | | | MACK | RD688S | 1M2P270C72M032246 | 2002 | Washington | 9/17/2008 | Title WA |
| 1431 | $226,746.43 Wells Fargo Bank | TELEBELT | | | | | | | 2002 | PUTZMEISTER | TB 130 | 3906000228 | | | MACK | RD688S | 1M2P267C02M029296 | 2002 | Washington | 9/17/2008 | Title WA |
| 1452 | $282,534.57 Wells Fargo Bank | TELEBELT | 2001 | PUTZMEISTER | 16H | 210600267 | BSF 36 | | 2002 | PUTZMEISTER | TB 130 | | | | MACK | MR688S | 1M2K197C22M017403 | 2001 | Kansas | 9/17/2008 | Title CA |
| 1453 | $69,050.62 Wells Fargo Bank | TRUCK MOUNTED PUMP | 2000 | PUTZMEISTER | 20F | 210600070 | BSF 36 | | 2000 | PUTZMEISTER | TB 105 | 3906000032 | | | MACK | RD688S | 1M2P267C72M043963 | 2000 | California | 9/17/2008 | Title CA |
| 1454 | $261,948.39 Wells Fargo Bank | BOOM PUMP | 2000 | PUTZMEISTER | 20H | 210600090 | BSF 36 | 3799062254 | | | | | | | MACK | RD688S | 1M2P267C7YM015082 | 2000 | Nebraska | 9/17/2008 | Title OK |
| 1457 | $78,750.00 Wells Fargo Bank | BOOM PUMP | 2004 | SCHWING | BPL500-HDR | 170530002 | | | | | | | | | MACK | MR688S | 1M2K197C72M022050 | 2002 | Texas | 9/17/2008 | Title CA |
| 1471 | $42,634.24 Wells Fargo Bank | TRUCK MOUNTED PUMP | 2003 | PUTZMEISTER | 12L | 220310075 | BSF 28Z | | | | | | | | MACK | | 1M2K197C72M022356 | 2002 | Kansas | 9/17/2008 | Title OK |
| 1473 | $84,643.96 Wells Fargo Bank | BOOM PUMP | 1997 | SCHWING | 750-18X | 82F32.5 | BSF 28Z | | | | | | | | MACK | | 1M2K189C72M022000 | 2002 | Oregon | 9/17/2008 | Title CA |
| 1512 | $178,125.00 Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 70527255 | KVM 34 | 6806363 | | | | | | | MACK | MR688S | 1M2K189C3XM013984 | 1999 | Washington | 9/17/2008 | Title WA |
| 1515 | $56,900.54 Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 70527255 | KVM 34 | 6806363 | 2003 | PUTZMEISTER | TB 130 | | | | MACK | | 1M2P267C62M016517 | 2003 | California | 9/17/2008 | Title CA |
| 1516 | $38,390.91 Wells Fargo Bank | TRAILER PUMP | 2001 | OLIN | 400HP | | | | | | | | | | | | | | Colorado | n/a | n/a |
| 1517 | $1,000.00 Wells Fargo Bank | TRAILER PUMP | 1997 | OLIN | 45 YPH D-38 | 540051 | | | | | | | | | | | | | Colorado | n/a | n/a |
| 1518 | $1,000.00 Wells Fargo Bank | TRAILER PUMP | 1997 | OLIN | 40 YPH 3-38 | 540034 | | | | | | | | | | | | | Colorado | n/a | n/a |
| 1527 | $38,390.19 Wells Fargo Bank | TRAILER PUMP | 1999 | OLIN | 45 YPH 3-38 | 540119 | | | | | | | | | | | | | Colorado | n/a | n/a |
| 1529 | $31,918.42 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | 2023-4 | 104301 | KVM 34X | 104301 | | | | | | | MACK | MR 688S | 1M2K189C71M017465 | 2001 | Utah | 9/17/2008 | Title UT |
| 1530 | $86,008.87 Wells Fargo Bank | BOOM PUMP | 2001 | SCHWING | 2525H-6 | 170520075 | KVM 39X | 16808075 | | | | | | | MACK | MR 688S | 1M2K197C22M018128 | 2002 | Colorado | 9/17/2008 | Title CO |
| 1531 | $79,415.78 Wells Fargo Bank | TRUCK MOUNTED PUMP | 2003 | PUTZMEISTER | 2080 | 220310075 | | | | | | | | | UD/NISSAN | 1800 | JNAMC50H33A050071 | 2003 | Nevada | 9/17/2008 | Title CA |
| 1532 | $70,701.33 Wells Fargo Bank | TRUCK MOUNTED PUMP | 2003 | PUTZMEISTER | 2080 | 220310075 | | | | | | | | | UD/NISSAN | 1800 | JNAMC50H43A050096 | 2003 | California | 9/17/2008 | Title CA |

**Exhibit SCH B Q29**

**Comprehensive Data Summary of Owned Pumping Equipment**

| BBCP Unit | Unrounded Book Value 10/31/2009 | Secured Lender - Bank Loan / Full Bank Name | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | TBelt Year | TBelt Make | TBelt Model | TBeltSN | PPK Size | PPK SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Date | MOS / Title Paperwork | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1533 | $95,778.15 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 1993 | TA | 650HP | 1270993 | | | | | | | | | UD/NISSAN | 1800CS | JNAMC50H87A060039 | 2007 | California | 9/17/2008 | Title | CA |
| 1534 | $65,915.35 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2002 | TA | 650HP | 2830602 | | | | | | | | | UD/NISSAN | 1400 | JNAUZJ1J54A455158 | 2004 | California | 9/17/2008 | Title | CA |
| 1535 | $73,969.01 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 1999 | TA | 650HP | 2000799 | | | | | | | | | UD/NISSAN | 1800 CS | JNAMC50H66AF55071 | 2006 | California | 9/17/2008 | Title | CA |
| 1536 | $63,833.64 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 1991 | TA | 650HP | 1100291 | | | | | | | | | UD/NISSAN | 1800CS | JNAMC50H46AD55001 | 2006 | California | 9/17/2008 | Title | CA |
| 1537 | $98,179.24 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2001 | TA | 650HP | 2480601 | | | | | | | | | UD/NISSAN | 1800 CS | JNAMC50H17A060044 | 2007 | California | 9/17/2008 | Title | CA |
| 1561 | $152,193.63 | Wells Fargo Bank | BOOM PUMP | 1993 | SCHWING | BPL1200 HDR-23 | 170522050 | KVM 32 | 17022050 | | | | | | | MACK | MR688S | 1M2K189C3PM004427 | 1993 | Idaho | 9/1/2005 | Title | IA |
| 1563 | $65,004.41 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 1990 | TA | 650HP | 980790 | | | | | | | | | UD/NISSAN | 1800CS | JNAMC50H64AF55067 | 2006 | California | 9/17/2008 | Title | CA |
| 1569 | $143,311.41 | Wells Fargo Bank | BOOM PUMP | 2003 | SCHWING | BPL2525-5 | 170520190 | KVM 39X | 16808190 | | | | | | | MACK | MR688S | 1M2K197C03M023233 | 2003 | Arizona | 9/17/2008 | Title | AZ |
| 1574 | $85,390.90 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2003 | TA | 650 | 3060603 | | | | | | | | | UD/NISSAN | 1800 CS | JNAMC50H46AD55032 | 2006 | Arizona | 9/17/2008 | Title | CA |
| 1621 | $187,890.45 | Wells Fargo Bank | BOOM PUMP | 2000 | PUMPSTAR | RF-33 | 777125 | 33 | | | | | | | | MACK | | 1M2K189C1YM017200 | 2000 | Kansas | 9/24/2009 | Title | CO |
| 1622 | $158,384.02 | Wells Fargo Bank | BOOM PUMP | 2000 | PUMPSTAR | ZF-298 | 777124 | 28 | | | | | | | | MACK | | 1M2K189C3XM014992 | 1999 | Kansas | 9/17/2008 | Title | OK |
| 1630 | $105,335.18 | Wells Fargo Bank | PLACING BOOM | 2002 | SCHWING | | 17900149 | KVM 39X | 16808149 | | | | | | | | | | | Washington | n/a | n/a | n/a |
| 1634 | $136,250.00 | Wells Fargo Bank | TRAILER PUMP | 2004 | SCHWING | BP 8000HDR-18 | 105926 | | | | | | | | | | | | | Washington | 5/6/2005 | MSO | n/a - MSO |
| 1638 | $48,883.89 | Wells Fargo Bank | PLACING BOOM | | | | | 28 SPB | KVM281638 | | | | | | | | | | | Washington | n/a | n/a | n/a |
| 1653 | $130,583.08 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2004 | SCHWING | BPL 2000 | 170405109 | | | | | | | | | FREIGHTLINER | M2 | 1FVACYAK9HK82417 | 2003 | Oregon | 9/17/2008 | Title | OR |
| 1673 | $91,595.60 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2000 | SCHWING | WP 750-18X | 171012189 | | | | | | | | | UD/NISSAN | 2600 | JNAPA33H64AE75191 | 2004 | California | 9/17/2008 | Title | CA |
| 1681 | $112,274.45 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2002 | SCHWING | BPL 4000 2023-4 | 171610030 | | | | | | | | | FREIGHTLINER | M-2 106 | 1FVACXAK03HK79805 | 2003 | Oregon | 9/17/2008 | Title | CA |
| 1690 | $352,799.68 | Wells Fargo Bank | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520276 | KVM 39X | 16808276 | | | | | | | MACK | MR688S | 1M2K197C74M025448 | 2004 | Texas | 9/17/2008 | Title | AZ |
| 1698 | $351,421.55 | Wells Fargo Bank | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520279 | KVM 39X | 16808279 | | | | | | | MACK | MR688S | 1M2K197C44M025455 | 2004 | Kansas | 11/13/2009 | Title | CO |
| 1699 | $352,799.68 | Wells Fargo Bank | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520278 | KVM 39X | 16808278 | | | | | | | MACK | MR688S | 1M2K197C04M025453 | 2004 | Texas | 9/17/2008 | Title | CA |
| 1700 | $300,544.00 | Wells Fargo Bank | BOOM PUMP | 2004 | SCHWING | BPL2023-4 | 106912 | KVM 34X | 106912 | | | | | | | MACK | MR688S | 1M2K189C34M025308 | 2004 | Oregon | 9/17/2008 | Title | OR |
| 1701 | $300,544.95 | Wells Fargo Bank | BOOM PUMP | 2004 | SCHWING | BPL2023-4 | 106913 | KVM 34X | 106913 | | | | | | | MACK | MR688S | 1M2K189C54M025312 | 2004 | Arizona | 9/17/2008 | Title | AZ |
| 1705 | $308,544.00 | Wells Fargo Bank | BOOM PUMP | 2004 | SCHWING | 2023-4 | 105922 | KVM 531EZ | 105922 | | | | | | | MACK | MR688S | 1M2K197C14M025459 | 2004 | Arizona | 10/17/2008 | Title | NM |
| 1723 | $244,750.00 | Wells Fargo Bank | BOOM PUMP | 1999 | PUTZMEISTER | 36.16H | 219906040 | KVM 36 | | | | | | | | MACK | | 1M2K189C3XM012241 | 1999 | Kansas | 9/24/2009 | Title | CO |
| 1724 | $243,263.82 | Wells Fargo Bank | BOOM PUMP | 2002 | PUTZMEISTER | 16H | 210600541 | BSF 32Z | 6798063172 | | | | | | | MACK | MR688S | 1M2K189C3XM021397 | 2003 | Texas | 10/9/2009 | Title | OK |
| 1746 | $69,168.87 | Wells Fargo Bank | PLACING BOOM | | | | KVM 31 | 1700050 | | | | | | | | | | | | Colorado | n/a | n/a | n/a |
| 1748 | $107,812.50 | Wells Fargo Bank | BOOM PUMP | 1995 | PUTZMEISTER | 15H | 8M6795063200 BRF32 | 71950610102 | | | | | | | | MACK | MR688S | 1M2K189C0RM005590 | 1994 | Kansas | 9/17/2008 | Title | MO |
| 1750 | $130,682.04 | Wells Fargo Bank | BOOM PUMP | 1995 | PUTZMEISTER | 12L | 22950108377 | 36 | 6795063002 | | | | | | | MACK | MR688S | 1M2K189C75M006158 | 1995 | Oregon | 9/17/2008 | Title | OR |
| 1775 | $85,987.53 | Wells Fargo Bank | PLACING BOOM | | | | 170504018 | KVM 31 | 1700021 | | | | | | | | | 1FDYW90W5CVA04994 | | California | 8/13/2007 | Title | MN |
| 1785 | $128,041.78 | Wells Fargo Bank | PLACING BOOM | | | | 17900356 | KVM 39 | 16808356 | | | | | | | | | | | Washington | n/a | n/a | n/a |
| 1812 | $116,187.50 | Wells Fargo Bank | BOOM PUMP | 1999 | PUTZMEISTER | 16H | 2198060569 | BSF 36 | 6798063182 | | | | | | 39X | 10248 | MACK | MR688S | 1M2K189C7XM013022 | 1999 | California | 9/17/2008 | Title | CA |
| 1815 | $152,413.88 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2003 | SCHWING | WP 750-15X | 171012342 | | | | | | | | | UD/NISSAN | 2600 | JNAPA80H67AN60869 | 2007 | Oklahoma | 9/18/2008 | MSO | n/a - MSO |
| 1831 | $219,447.54 | Wells Fargo Bank | LASER SCREED | | | | | | | | | | | | | | SOMERO | SXP | 30074-0305 | 2005 | Arizona | n/a | n/a | n/a |
| 1832 | $219,447.54 | Wells Fargo Bank | LASER SCREED | | | | | | | | | | | | | | SOMERO | SXP | 30075-0305 | 2005 | Idaho | n/a | n/a | n/a |
| 1892 | $175,643.72 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2005 | SCHWING | BPL 4000 | 171610033 | | | | | | | | | MACK | CV 712 | 1M2AG07C86AM001393 | 2006 | California | 9/17/2008 | Title | CA |
| 1905 | $23,991.96 | Wells Fargo Bank | TRAILER PUMP | 2005 | SCHWING | HBV 260 | 171015077 | | | | | | | | | | | | | California | 4/19/2006 | MSO | n/a - MSO |
| 1921 | $17,142.87 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | | GEN II 39 | 10254 | | | | | Colorado | n/a | n/a | n/a |
| 1963 | $70,538.14 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2003 | SCHWING | BPL 1418-2.5 | 171305105 | | | | | | | | | GMC | T8500 | 1GDP7C1C81J510835 | 2001 | Utah | 9/17/2008 | Title | NV |
| 1964 | $120,250.96 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2005 | SCHWING | WP 1000 | 171100220 | | | | | | | | | UD/NISSAN | 2600 | JNAPA80H47AG60665 | 2007 | Oregon | 9/17/2008 | MSO | n/a - MSO |
| 1965 | $95,367.58 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2003 | SCHWING | WP 1000 | 171100174 | | | | | | | | | UD/NISSAN | 2600 | JNAPA80H57AG60593 | 2007 | Missouri | 10/9/2009 | Title | NV |
| 1966 | $111,319.32 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2005 | SCHWING | WP 750 | 171012401 | | | | | | | | | UD/NISSAN | 2600 | JNAPA80H97AG60192 | 2007 | Nevada | 9/17/2008 | Title | NV |
| 1967 | $245,606.54 | Wells Fargo Bank | BOOM PUMP | 2005 | SCHWING | BPL 2525-H6 | 170520412 | KVM 39X | 16808412 | | | | | | | MACK | MR688S | 1M2K197CX5M029043 | 2005 | Arizona | 9/17/2008 | Title | AZ |
| 1978 | $228,656.25 | Wells Fargo Bank | TRAILER PUMP | 2005 | SCHWING | BP 8800 HDR-180/150 | 106989 | | | | | | | | | | | | | Colorado | 10/19/2005 | MSO | n/a - MSO |
| 2007 | $166,097.52 | Wells Fargo Bank | LASER SCREED | | | | | | | | | | | | | | SOMERO | SXP | 30126-1205 | 2005 | Arizona | n/a | n/a | n/a |
| 2008 | $138,802.60 | Wells Fargo Bank | LASER SCREED | | | | | | | | | | | | | | SOMERO | SXP | 30125-1205 | 2005 | Utah | n/a | n/a | n/a |
| 2027 | $15,000.00 | Wells Fargo Bank | TRAILER PUMP | 1985 | SCHWING | BP 5000 | 71515005 | | | | | | | | | | | | | Colorado | n/a | n/a | n/a |
| 2035 | $168,485.75 | Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | BPL1200 | 170522584 | KVM 32XL | 17022584 | | | | | | | MACK | MR688S | 1M2K189CXXM012480 | 1999 | Utah | 9/17/2008 | Title | UT |
| 2042 | $60,714.16 | Wells Fargo Bank | BOOM PUMP | 1993 | PUTZMEISTER | 4.14 | 71930612749 | TVS 32 | 17910440342 | | | | | | | MACK | MR688S | 1M2K189C5PM004710 | 1993 | Texas | 9/17/2008 | Title | IL |
| 2083 | $25,009.00 | Wells Fargo Bank | TRAILER PUMP | 2006 | SCHWING | HBV 160 | 171015105 | | | | | | | | | | | | | California | 1/4/2008 | MSO | n/a - MSO |
| 2098 | $90,123.50 | Wells Fargo Bank | PLACING BOOM | | | | KVM 32XL | 170221059 | | | | | | | | | | | | | Washington | n/a | n/a | n/a |
| 2106 | $143,108.44 | Wells Fargo Bank | PLACING BOOM | | | | 39X | 17900470 | | | | | | | KVM39X | 10283 | | | | | Washington | n/a | n/a | n/a |
| 2151 | $90,774.22 | Wells Fargo Bank | PLACING BOOM | | | | KVM 32XL | 179001061 | | | | | | | | | | | | | Washington | n/a | n/a | n/a |
| 2175 | $180,048.32 | Wells Fargo Bank | LASER SCREED | | | | | | | | | | | | | | SOMERO | SXP | 30162-0506 | 2006 | Arizona | n/a | n/a | n/a |
| 2176 | $180,048.32 | Wells Fargo Bank | LASER SCREED | | | | | | | | | | | | | | SOMERO | SXP | 30163-0506 | 2006 | California | n/a | n/a | n/a |
| 2178 | $146,253.33 | Wells Fargo Bank | PLACING BOOM | | | | KVM 39X | 17900540/16808540 | | | | | | | GEN II 39 | 10313 | | | | | Washington | 8/3/2006 | MSO | n/a - MSO |
| 2186 | $132,600.80 | Wells Fargo Bank | PLACING BOOM | | | | MX 36SPB | 170601924 | | | | | | | MX32/36Z | 680610003 | | | | | California | n/a | n/a | n/a |
| 2193 | $131,250.00 | Wells Fargo Bank | BOOM PUMP | 1996 | SCHWING | | 170522287 | KVM 32XL | 17022287 | | | | | | | MACK | MR-688S | 1M2K189C8TM007921 | 1996 | Oklahoma | 9/17/2008 | Title | TX |
| 2194 | $141,346.00 | Wells Fargo Bank | BOOM PUMP | 1999 | PUTZMEISTER | | 2198060577 | BSF 28 | 1798063930 | | | | | | | MACK | MR688S | 1M2K189C0XM013024 | 1999 | Texas | 9/17/2008 | Title | TX |
| 2197 | $251,168.65 | Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | | 170525185 | KVM 28 | 16712185 | | | | | | | MACK | | 1M2K189C3XM012448 | 1999 | Texas | 9/17/2008 | Title | TX |
| 2198 | $361,461.60 | Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | 2525-6 | 170526046 | KVM 39X | 16808046 | | | | | | | MACK | MR688S | 1M2K197C8XM014057 | 1999 | Texas | 9/17/2008 | Title | TX |
| 2199 | $169,615.20 | Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | | 170522626 | KVM 32XL | 17022626 | | | | | | | MACK | MR688S | 1M2K189C9XM013916 | 1999 | Texas | 9/17/2008 | Title | TX |
| 2200 | $177,692.40 | Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | | 170522593 | KVM 32XL | 17022593 | | | | | | | MACK | MR688S | 1M2K189C7XM013151 | 1999 | Texas | 9/17/2008 | Title | TX |
| 2215 | $288,948.55 | Wells Fargo Bank | BOOM PUMP | 2006 | SCHWING | BPL2025-5 | 170521089 | KVM 32XL | 17021089 | | | | | | | MACK | MR688S | 1M2K189C57M035228 | 2007 | Missouri | 1/8/2007 | MSO | n/a - MSO |
| 2226 | $159,998.80 | Wells Fargo Bank | PLACING BOOM | | | | MX 36/40 | 170601939 | | | | | | | MX36/40Z | 680610018 | | | | | California | n/a | n/a | n/a |
| 2243 | $192,642.26 | Wells Fargo Bank | LASER SCREED | | | | | | | | | | | | | | SOMERO | SXP | 30192-0806 | 2006 | California | n/a | n/a | n/a |
| 2244 | $158,004.00 | Wells Fargo Bank | PLACING BOOM | | | | BSF 40Z | 170601947 | | | | | | | 40SPB | 680610023 | | | | | Utah | n/a | n/a | n/a |
| 2271 | $147,301.75 | Wells Fargo Bank | PLACING BOOM | | | | KVM 39X | 17900541 | | | | | | | KVM39X | 10314 | | | | | Washington | n/a | n/a | n/a |
| 2272 | $64,757.03 | Wells Fargo Bank | PLACING BOOM | | | | KVM 39X | 17900542 | | | | | | | 39X | 10320 | | | | | Washington | n/a | n/a | n/a |
| 2275 | $137,320.48 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2006 | SCHWING | BPL 1418-2.5 | 171305120 | | | | | | | | | KENWORTH | T300 | 2NKMHD7X46M128868 | 2006 | Arizona | 9/17/2008 | Title | AZ |
| 2276 | $137,320.48 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2006 | SCHWING | BPL 1418-2.5 | 171305121 | | | | | | | | | KENWORTH | T300 | 2NKMHD7X26M128870 | 2006 | Washington | 9/17/2008 | Title | CA |
| 2279 | $28,476.10 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | | GEN II 39X SPB | 10335 | | | | | Washington | n/a | n/a | n/a |
| 2308 | $171,634.44 | Wells Fargo Bank | BOOM PUMP | 1999 | SCHWING | BPL2023-4 | 70527245 | KVM 34X | 6806353 | | | | | | | MACK | MR688S | 1M2K189C6XM013934 | 1999 | Texas | 9/17/2008 | Title | TX |
| 2310 | $196,022.90 | Wells Fargo Bank | BOOM PUMP | 1997 | SCHWING | BPL1200 | 170512293 | KVM 42 | 17203266 | | | | | | | MACK | MR688S | 1M2K197C2VM010147 | 1997 | Texas | 9/17/2008 | Title | TX |
| 2311 | $498,442.83 | Wells Fargo Bank | BOOM PUMP | 2006 | SCHWING | BPL2525-H-6 | 170526089 | KVM 47SX | 17204089 | | | | | | | MACK | MR688S | 1M2K197C97J007220 | 2007 | Texas | 9/17/2008 | Title | TX |
| 2312 | $36,685.30 | Wells Fargo Bank | TRAILER PUMP | 1985 | SCHWING | 3001 | 71507059 | | | | | | | | | | | | | Washington | n/a | n/a | n/a |
| 2317 | $137,809.13 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2007 | SCHWING | BPL 1418-2.5 | 171305122 | | | | | | | | | KENWORTH | T-300 | 2NKMHD7X17M196554 | 2007 | Arizona | 10/17/2008 | Title | TX |
| 2319 | $260,340.69 | Wells Fargo Bank | BOOM PUMP | 2004 | SCHWING | BPL2023-4 | 170522852 | KVM 32XL | 17022852 | | | | | | | KENWORTH | T-300 | 2NKMHD7XX5M193469 | 2005 | Texas | 9/17/2008 | Title | NV |
| 2377 | $377,960.98 | Wells Fargo Bank | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602267 | BSF 40Z | 7702106184 | | | | | | | MACK | MR688S | 1M2K197C97N001762 | 2007 | Texas | 9/17/2008 | MSO | n/a |
| 2385 | $15,624.89 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 1999 | SCHWING | BPL 1000 | 171305008 | | | | | | | | | FREIGHTLINER | | 1FV6HLAC8VHA61874 | 1999 | Utah | 9/17/2008 | Title | NV |
| 2403 | $30,823.46 | Wells Fargo Bank | POWERPACK | | | | KVM 39X | 17900621 | | | | | | | MXR | 680610043 | | | | | Washington | n/a | n/a | n/a |
| 2410 | $160,160.48 | Wells Fargo Bank | PLACING BOOM | | | | KVM 39X | 17900651 | | | | | | | GEN II | 10359 | | | | | Washington | n/a | n/a | n/a |
| 2413 | $159,604.37 | Wells Fargo Bank | PLACING BOOM | | | | KVM 39X | 17900613 | | | | | | | GEN II | 10353 | | | | | California | n/a | n/a | n/a |
| 2439 | $35,054.12 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | | | 680610075 | | | | | Washington | n/a | n/a | n/a |
| 2457 | $29,937.30 | Wells Fargo Bank | PLACING BOOM | | | | 40Z | 170602364 | | | | | | | GEN II | 10359 | | | | | California | n/a | n/a | n/a |
| 2479 | $29,937.30 | Wells Fargo Bank | PLACING BOOM | | | | 40Z | 170602384 | | | | | | | MXR | 680610057 | | | | | California | n/a | n/a | n/a |
| 2481 | $29,576.88 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | | | 680610056 | | | | | Washington | n/a | n/a | n/a |
| 2482 | $27,860.23 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | | MXR | 680610055 | | | | | Utah | n/a | n/a | n/a |
| 2483 | $27,860.23 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | | MXR | 680610056 | | | | | Utah | n/a | n/a | n/a |
| 2494 | $219,065.43 | Wells Fargo Bank | BOOM PUMP | 2007 | PUTZMEISTER | 9 | 210602288 | BSF 40Z | 170602512 | | | | | | | KENWORTH | T300 | 2NKMHN7X16M232569 | 2006 | Utah | 10/9/2009 | Title | UT |
| 2524 | $103,683.10 | Wells Fargo Bank | PLACING BOOM | | | | KVM 32XL | 179001052 | | | | | | | | | | | | | Texas | n/a | n/a | n/a |
| 2525 | $103,683.10 | Wells Fargo Bank | PLACING BOOM | | | | KVM 32XL | 179001132 | | | | | | | | | | | | | Texas | n/a | n/a | n/a |
| 2534 | $128,511.11 | Wells Fargo Bank | PLACING BOOM | | | | MX 36/40Z | 170602528 | | | | | | | MXR | 680610069 | | | | | Texas | n/a | n/a | n/a |
| 2535 | $127,236.04 | Wells Fargo Bank | PLACING BOOM | | | | MS 36/40Z | 170602510 | | | | | | | | | | | | | Utah | n/a | n/a | n/a |
| 2544 | $29,437.24 | Wells Fargo Bank | PLACING BOOM | | | | MX 36/40Z | 170602610 | | | | | | | MXR | 680610066 | | | | | California | n/a | n/a | n/a |
| 2545 | $128,165.58 | Wells Fargo Bank | PLACING BOOM | | | | MRX 36/40 | 170602614 | | | | | | | MXR | 680610068 | | | | | Texas | n/a | n/a | n/a |
| 2546 | $29,437.24 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | | MRX | 680610071 | | | | | Washington | n/a | n/a | n/a |

Exhibit SCH B Q29
Comprehensive Data Summary of Owned Pumping Equipment

| BBCP Unit | Unrealized Book Value 10/31/2009 | Secured Lender - Bank Loan Full Bank Name | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | TBelt Year | TBelt Make | TBelt Model | TBeltSN | PPK Year | PPK SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Date | MOS / Title Paperwork | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2547 | $357,423.76 | Wells Fargo Bank | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 210602537 | BSF 36Z | 170207161 | | | | | | | MACK | MR688S | 1M2AV04C08M001062 | 2008 | Colorado | 10/17/2008 | Title | PA |
| 2549 | $132,141.60 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2007 | PUTZMEISTER | TK 70 | 210071665 | | | | | | | | | UD/NISSAN | 2600 | JNAPA80H37AS60979 | 2007 | Oregon | 9/17/2008 | MSO | n/a - MSO |
| 2566 | $283,700.04 | Wells Fargo Bank | TRAILER PUMP | 2007 | PUTZMEISTER | BSA 14000 | 210602542 | | | | | | | | | | | | | Utah | 9/17/2007 | MSO | n/a - MSO |
| 2569 | $35,050.12 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | | 680610080 | | | | | Texas | n/a | n/a | n/a |
| 2570 | $31,015.25 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | MX36/40Z | 680610075 | | | | | California | n/a | n/a | n/a |
| 2571 | $128,986.00 | Wells Fargo Bank | PLACING BOOM | | | | | MS 36/40Z | 170602626 | | | | | | | | | | | California | n/a | n/a | n/a |
| 2572 | $31,015.25 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | MX36/40Z | 680610073 | | | | | Nevada | n/a | n/a | n/a |
| 2573 | $35,659.50 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | | 680610076 | | | | | Utah | n/a | n/a | n/a |
| 2574 | $35,659.50 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | | 680610082 | | | | | Utah | n/a | n/a | n/a |
| 2588 | $128,986.00 | Wells Fargo Bank | PLACING BOOM | | | | | MS R36/40Z | 170602686 | | | | | | | | | | | Utah | n/a | n/a | n/a |
| 2592 | $129,423.24 | Wells Fargo Bank | PLACING BOOM | | | | | MX 36/40Z | 170602750 | | | | | | | | | | | California | n/a | n/a | n/a |
| 2593 | $31,538.88 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | MRX | 680610085 | | | | | California | n/a | n/a | n/a |
| 2594 | $36,263.88 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | MRX | 680610087 | | | | | Utah | n/a | n/a | n/a |
| 2599 | $129,423.24 | Wells Fargo Bank | PLACING BOOM | | | | | MX 36/40Z | 170602771 | | | | | | | | | | | Colorado | n/a | n/a | n/a |
| 2600 | $31,540.92 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | MX36/40Z | 680610094 | | | | | Colorado | n/a | n/a | n/a |
| 2601 | $36,868.26 | Wells Fargo Bank | POWERPACK | | | | | | | | | | | MXK | 680610093 | | | | | Oregon | n/a | n/a | n/a |
| 2604 | $287,559.88 | Wells Fargo Bank | TRAILER PUMP | 2007 | PUTZMEISTER | BSA 14000 | 210602809 | | | | | | | | | | | | | California | 1/31/2008 | MSO | n/a - MSO |
| 2606 | $1,075,741.86 | Wells Fargo Bank | BOOM PUMP | 2007 | PUTZMEISTER | 20H | 210602764 | BSF 63 | 170207698 | | | | | | | MACK | MR688S | 1M2K201C47M038812 | 2007 | Georgia | 10/17/2008 | MSO | n/a - MSO |
| 2608 | $414,604.80 | Wells Fargo Bank | BOOM PUMP | 2008 | PUTZMEISTER | 16H | 210602783 | BSF 40Z | 170204795 | | | | | | | MACK | MR688S | 1M2K197C17M037261 | 2007 | Washington | 9/17/2008 | Title | WA |
| 2610 | $42,518.04 | Wells Fargo Bank | BOOM PUMP | 2007 | OLIN | 5.85T | 10398494 | | | | | | | | | | | | | California | 9/17/2008 | MSO | n/a - MSO |
| 2617 | $74,118.60 | Wells Fargo Bank | TRAILER PUMP | 2005 | SCHWING | BPA 2000 | 171405135 | | | | | | | | | | | | | Nevada | 5/5/2009 | MSO | n/a - MSO |
| 2618 | $41,692.20 | Wells Fargo Bank | TRAILER PUMP | 2005 | SCHWING | 750-18X | 171012447 | | | | | | | | | | | | | Nevada | 5/5/2009 | MSO | n/a - MSO |
| 2620 | $49,104.00 | Wells Fargo Bank | TRAILER PUMP | 2005 | SCHWING | 1000X | 171100236 | | | | | | | | | | | | | Nevada | 5/5/2009 | MSO | n/a - MSO |
| 2622 | $51,181.60 | Wells Fargo Bank | TRAILER PUMP | 2006 | SCHWING | 1000X | 171100309 | | | | | | | | | | | | | Nevada | 6/1/2009 | MSO | n/a - MSO |
| 2625 | $45,834.40 | Wells Fargo Bank | TRUCK MOUNTED PUMP | 2003 | SCHWING | WP 500X | 171500366 | | | | | | | | | INT'L | | 1HTSCAAM52H621577 | 1999 | Nevada | 9/17/2008 | Title | NV |
| TOTAL | $34,256,317.04 | | | | | | | | | | | | | | | | | | | | | | |

**Equipment Encumbered by Wells Fargo Equipment Finance (CIT)**

| BBCP Unit | Unrealized Book Value 10/31/2009 | Secured Lender - Bank Loan Full Bank Name | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | TBelt Year | TBelt Make | TBelt Model | TBeltSN | PPK Year | PPK SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Date | MOS / Title Paperwork | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | $129,122.86 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1990 | SCHWING | BPL 1200 | 170512098 | KVM 42 | 17203072 | | | | | | | MACK | MR 688S | 1M2K189C2LM002438 | 1990 | California | 4/29/2003 | Title | OK |
| 325 | $52,641.74 | Wells Fargo Equipment Finance (CIT) | TRUCK MOUNTED PUMP | 1994 | SCHWING | BPL 2000-18 | 170405059 | | | | | | | | | HINO | SG3323 | JHBSG1H72R1S10027 | 1994 | Oregon | 4/29/2003 | Title | OR |
| 394 | $18,987.67 | Wells Fargo Equipment Finance (CIT) | PLACING BOOM | | | 39' MAST & FLOOR FRAME | | DVM 32 | 16101003 | | | | | | | | | | 1995 | Oregon | n/a | n/a | n/a |
| 430 | $143,677.69 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1995 | SCHWING | BPL 1200 | 170522221 | KVM 32XL | 17022221 | | | | | | | MACK | MR 688S | 1M2K189C55M006630 | 1995 | Oregon | 6/18/2001 | Title | OR |
| 467 | $253,232.43 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1996 | SCHWING | BPL 1200 | 170512237 | KVM 42 | 17203210 | | | | | | | MACK | MR 688S | 1M2K189C67M007111 | 1996 | Oregon | 6/18/2001 | Title | OR |
| 503 | $154,918.34 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1996 | SCHWING | BPL 1200 | 170522301 | KVM 32XL | 17022301 | | | | | | | MACK | MR 688S | 1M2K189C07M007936 | 1996 | Oregon | 6/18/2001 | Title | OR |
| 516 | $154,918.34 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1996 | SCHWING | BPL 1200 | 170522312 | KVM 32XL | 17022312 | | | | | | | MACK | MR 688S | 1M2K189C0TM007957 | 1996 | Arizona | 3/31/2004 | Title | OR |
| 522 | $58,434.39 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1996 | SCHWING | BPL 1200 | 170522315 | KVM 32XL | 17022315 | | | | | | | MACK | MR 688S | 1M2K189C87M003456 | 1996 | Oregon | 4/16/2003 | Title | WA |
| 695 | $207,107.81 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1994 | SCHWING | BPL 1200 | 170522130 | KVM 32XL | 17022130 | | | | | | | MACK | MR 688S | 1M2K189C9RM005295 | 1994 | Arizona | 4/29/2003 | Title | OR |
| 701 | $220,642.34 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1998 | SCHWING | BPL 1200 | 170522436 | KVM 32XL | 17022436 | | | | | | | MACK | MR 688S | 1M2K189C7WM010622 | 1998 | Nevada | 2/15/2001 | Title | AZ |
| 715 | $83,594.91 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1998 | SCHWING | BPL 2023-5 | 170522556 | KVM 32XL | 17022556 | | | | | | | MACK | MR 688S | 1M2K189C9WM023501 | 2004 | California | 2/5/2009 | Title | CA |
| 734 | $348,454.83 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1998 | SCHWING | BPL 2023-4 | 70512508 | KVM 42 | 7203391 | | | | | | | MACK | MR 688S | 1M2K197C0XM011914 | 1999 | Georgia | 6/29/2009 | Title | GA |
| 750 | $145,897.96 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | KVM 32XL | 17022288 | 1999 | PUTZMEISTER | TB 105 | 3998060074 | | | MACK | RD 6905 | 1M2P267C60M043347 | 1999 | Kansas | 8/25/2005 | Title | UT |
| 755 | $0.00 | Wells Fargo Equipment Finance (CIT) | PLACING BOOM | | | | | KVM 32XL | 17022288 | | | | | | | | | | | Washington | n/a | n/a | n/a |
| 756 | $0.00 | Wells Fargo Equipment Finance (CIT) | PLACING BOOM | | | | | KVM 32XL | 17022646 | | | | | | | | | | | Colorado | n/a | n/a | n/a |
| 779 | $249,059.92 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 70527199 | KVM 34X | 6806304 | | | | | | | MACK | MR 688S | 1M2K189C6XM012475 | 1999 | Arizona | 5/14/1999 | Title | AZ |
| 785 | $109,294.15 | Wells Fargo Equipment Finance (CIT) | TRUCK MOUNTED PUMP | 1999 | SCHWING | BPL 4000 2023-4 | 171610013 | | | | | | | | | GMC | T-8500 | 1GDP7C1C6XJ505741 | 1999 | Oregon | 9/18/2007 | Title | TX |
| 807 | $167,071.18 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1994 | SCHWING | BPL 1200 | 170525125 | KVM 28X | 16712125 | | | | | | | MACK | MR 688S | 1M2K189C0WM010509 | 1998 | Arizona | 4/29/2003 | Title | AZ |
| 812 | $136,234.14 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1994 | SCHWING | BPL 1200 | 170522149 | KVM 32XL | 17022149 | | | | | | | MACK | MR 688S | 1M2K189C9RM005605 | 1994 | Arizona | 5/16/2003 | Title | AZ |
| 814 | $240,066.29 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 1200 | 170522475 | KVM 32XL | 17022475 | | | | | | | MACK | MR 688S | 1M2K189C7WM010863 | 1993 | Tennessee | 7/16/2009 | Title | TN |
| 818 | $181,512.78 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1994 | SCHWING | BPL 1200 | 170522123 | KVM 32XL | 17022123 | | | | | | | MACK | MR 688S | 1M2K189C3RM005194 | 1994 | Arizona | 4/29/2003 | Title | AZ |
| 824 | $216,644.17 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1996 | SCHWING | BPL 1200 | 170512267 | KVM 42 | 17203240 | | | | | | | MACK | MR | 1M2K189C0TM006478 | 1996 | Arizona | 4/29/2003 | Title | AZ |
| 830 | $247,865.35 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 70527227 | KVM 34X | 6806335 | | | | | | | MACK | MR 688S | 1M2K189C9XM014379 | 1999 | Arkansas | 4/29/2003 | Title | AR |
| 846 | $216,138.62 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 70527232 | KVM 34X | 6806340 | | | | | | | MACK | MR 688S | 1M2K189C2XM013932 | 1999 | Idaho | 10/16/2008 | Title | ID |
| 849 | $218,366.85 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 70527226 | KVM 34X | 6806334 | | | | | | | MACK | MR 688S | 1M2K189C0XM013928 | 1999 | Texas | 3/31/2004 | MSO | n/a - MSO |
| 850 | $218,366.85 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 70527233 | KVM 34X | 6806341 | | | | | | | MACK | MR 688S | 1M2K189C7XM013926 | 1999 | Idaho | 4/29/2003 | Title | UT |
| 856 | $134,110.42 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 1200 | 170525068 | KVM 28X | 16712068 | | | | | | | MACK | MR 688S | 1M2K189C6TM007125 | 1996 | Colorado | 9/24/2008 | Title | KS |
| 859 | $150,785.95 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1996 | SCHWING | BPL 900 | 170224005 | KVM 26 | 16504005 | | | | | | | MACK | MR 690S | 1M2K193C4TM006439 | 1996 | Kansas | 8/26/1999 | Title | AR |
| 872 | $260,084.33 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 70527115 | KVM 34X | 6806167 | | | | | | | MACK | MR 688S | 1M2K189C8WM011925 | 1998 | Arizona | 11/9/2005 | Title | AZ |
| 891 | $214,593.91 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 1200 | 170523039 | KVM 36X | 16505039 | | | | | | | MACK | MR688S | 1M2K189C5WM015943 | 1999 | Oregon | 12/17/2002 | Title | OR |
| 959 | $249,580.15 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 70527247 | KVM 34X | 6806355 | | | | | | | MACK | MR 688S | 1M2K189C2XM013946 | 1999 | Oklahoma | 4/16/2003 | Title | OK |
| 961 | $262,505.55 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 70527229 | KVM 34X | 6806337 | | | | | | | MACK | MR 688S | 1M2K189C5XM013925 | 1999 | Arizona | 8/26/1999 | Title | OK |
| 965 | $118,041.09 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1995 | SCHWING | BPL 900 | 170210132 | KVM 28 | 16711953 | | | | | | | MACK | MR 688S | 1M2K193C4VM005278 | 1993 | Arizona | 3/28/2001 | Title | AZ |
| 968 | $197,614.81 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1998 | SCHWING | BPL 1200 | 170522496 | KVM 32XL | 17022496 | | | | | | | MACK | MR 688S | 1M2K189C3WM011587 | 1998 | Arizona | 9/20/2002 | Title | OK |
| 970 | $324,966.85 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1997 | SCHWING | BPL 1200 | 170512285 | KVM 42 | 17203258 | | | | | | | MACK | MR 688S | 1M2K189C5TM008802 | 1996 | Arkansas | 4/29/2003 | Title | KS |
| 975 | $0.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 1999 | PUTZMEISTER | TB 105 | 3999060113 | | | MACK | RD 688S | 1M2P267C30M048411 | 1999 | Kansas | 11/29/2005 | Title | CA |
| 986 | $109,463.24 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1995 | SCHWING | BPL 1200 | 170525044 | KVM 28X | 16712044 | | | | | | | MACK | MR688S | 1M2K189C75M006600 | 1995 | Oklahoma | 9/24/2008 | Title | KS |
| 988 | $165,936.96 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1997 | SCHWING | BPL 1200 | 170525118 | KVM 28X | 16712118 | | | | | | | MACK | MR 688S | 1M2K189C4VM013999 | 1997 | Oklahoma | 8/26/1999 | Title | KS |
| 990 | $256,051.26 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1998 | SCHWING | BPL 2023-4 | 70527114 | KVM 34X | 6806166 | | | | | | | MACK | MR 688S | 1M2K189C6WM011927 | 1998 | Arizona | 4/16/2003 | MSO | n/a - MSO |
| 997 | $165,936.97 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 900 | 170224010 | KVM 26 | 16504010 | | | | | | | MACK | MR 690S | 1M2K193C6VM010157 | 1997 | Oklahoma | 8/26/1999 | Title | OK |
| 999 | $283,394.17 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL 2023-4 | 170523133 | KVM 36X | 16505133 | | | | | | | MACK | MR 688S | 1M2K189C3WM011963 | 1999 | Oklahoma | 12/17/2002 | Title | OK |
| 1020 | $398,081.49 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1998 | SCHWING | BPL 1200 | 170522534 | KVM 32XL | 17022534 | | | | | | | MACK | MR 688S | 1M2K189C6WM015999 | 1998 | Colorado | 3/31/2002 | Title | OK |
| 1024 | $245,545.22 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1997 | SCHWING | BPL 1200 | 170512303 | KVM 42 | 17203276 | | | | | | | MACK | MR 688S | 1M2K197C4VM010165 | 1998 | Arkansas | 3/11/2002 | Title | OK |
| 1037 | $136,828.24 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1996 | SCHWING | BPL 900 | 170210794 | KVM 28 | 16714005 | | | | | | | MACK | MR 690S | 1M2K193C6VM010221 | 1996 | Washington | 4/29/2003 | Title | WA |
| 1045 | $105,661.60 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1996 | SCHWING | BPL 1200 | 2296060216 | BSF 36 | 6796063168 | | | | | | | MACK | MR 688S | 1M2K189C2TM037994 | 1996 | Washington | n/a | n/a | n/a |

Exhibit SCH B Q29

Comprehensive Data Summary of Owned Pumping Equipment

| BBCP Unit | Book Value 10/31/2009 (Unrounded) | Secured Lender - Bank Loan Full Bank Name | Vehicle Type | Pump Year | Pump Make | Pump Type | PumpSN | Boom Size | Boom SN | TBelt Year | TBelt Make | TBelt Model | TBeltSN | PPK Year | PPK SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Date | MOS / Title Paperwork | TitleState |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1419 | $152,999.96 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2003 | SCHWING | BPL2525-5/6 | 170520161 | KVM 39X | 16808161 | | | | | | | MACK | MR688S | 1M2K197C63M021809 | 2003 | California | 2/12/2008 | Title | CA |
| 1421 | $440,816.53 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2003 | SCHWING | 2525H-6 | 105801 | KVM 561SX | 105801 | | | | | | | TOR | T-63120 | 2T9638HC230070878 | 2002 | Texas | 10/15/2008 | Title | CA |
| 1424 | $476,264.64 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2003 | SCHWING | 2525H-6 | 105802 | KVM 61SX | 105802 | | | | | | | TOR | T-63120 | 2T9638HC230070879 | 2003 | Washington | 10/15/2008 | Title | CA |
| 1429 | $122,817.58 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2002 | SCHWING | BPL1418-2.5 | 170303044 | KVM 17 | 16015044 | | | | | | | KENWORTH | T-300B | 2NKMHD8X23M594111 | 2003 | California | 4/16/2003 | Title | OR |
| 1430 | $124,195.51 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2002 | SCHWING | BPL1418-2.5 | 170303043 | KVM 17 | 16015043 | | | | | | | KENWORTH | T-300B | 2NKMHD8X03M594110 | 2003 | California | 10/4/2005 | Title | OR |
| 1489 | $538,168.02 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2003 | SCHWING | 2525H-6/5 | 170526133 | KVM 47SX | 17205133 | | | | | | | MACK | MR688S | 1M2K197CX3M021442 | 2003 | California | 2/12/2008 | Title | CA |
| 1498 | $85,351.05 | Wells Fargo Equipment Finance (CIT) | TRUCK MOUNTED PUMP | 2001 | PUTZMEISTER | TK 50 | 210670154 | | | | | | | | | UD/NISSAN | 2600 | JNAPA33H14AE75189 | 2004 | Washington | 10/15/2008 | Title | WA |
| 1503 | $271,414.09 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2002 | SCHWING | P2023-130 | 105236 | KVM 31HT | 105236 | | | | | | | MACK | MR688S | 1M2K18SC73M032099 | 2003 | Arizona | 4/16/2003 | Title | AZ |
| 1507 | $419,994.24 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2003 | SCHWING | BPL 2525-5 | 170520171 | KVM 39X | 16808171 | | | | | | | MACK | MR688S | 1M2K197C23M022794 | 2003 | Arkansas | 3/28/2003 | MSO | n/a - MSO |
| 1562 | $206,797.83 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2003 | PUTZMEISTER | TB 130 | 390600183 | | | MACK | MR688S | 1M2K37CD3M022020 | 2003 | Kansas | 3/12/2008 | 1/0/1900 | n/a - MSO |
| 1572 | $435,220.76 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2003 | SCHWING | BPL2525-5 | 170520189 | KVM 39X | 16808189 | | | | | | | MACK | MR688S | 1M2K197C93M023232 | 2003 | California | 5/6/2004 | Title | WA |
| 1588 | $201,504.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | SCHWING | BPL1200 | 170522597 | KVM 32XL | 17022597 | | | | | | | MACK | MR688S | 1M2K18RC5XM012497 | 1999 | Texas | 5/6/2004 | Title | TX |
| 1595 | $535,207.46 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2003 | SCHWING | 2525H-6 | 105834 | KVM 61SX | 105834 | | | | | | | MACK | MR201CX3M021572 | 2003 | Texas | 3/12/2008 | 1/0/1900 | n/a - MSO |
| 1600 | $348,287.75 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2003 | SCHWING | BPL2525-5 | 170520203 | KVM 39X | 16808203 | | | | | | | MACK | MR688S | 1M2K197C44M023922 | 2004 | California | 5/6/2004 | Title | WA |
| 1603 | $297,171.51 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2003 | SCHWING | BPL2023-4 | 106199 | KVM 34X | 106199 | | | | | | | MACK | MR 688S | 1M2K18RC64M023505 | 2004 | Georgia | 6/29/2009 | Title | GA |
| 1613 | $334,220.24 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2003 | SCHWING | BPL2525-5 | 170520215 | KVM 39X | 16808215 | | | | | | | MACK | MR688S | 1M2K197C84M023921 | 2004 | Oklahoma | 10/15/2008 | Title | OK |
| 1635 | $590,883.94 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 106227 | KVM 561SX | 106227 | | | | | | | TOR | T-63120 | 2T9638HC440070884 | 2004 | Utah | 10/15/2008 | Title | WA |
| 1648 | $364,218.90 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520236 | KVM 39X | 16808236 | | | | | | | MACK | MR688S | 1M2K197C94M024558 | 2004 | California | 10/25/2004 | Title | CA |
| 1658 | $273,625.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2004 | PUTZMEISTER | TB 130 | 390600217 | | | MACK | MR688S | 1M2K197C24M023722 | 2004 | Texas | 5/9/2006 | Title | NV |
| 1661 | $493,433.10 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526159 | KVM 47SX | 17205159 | | | | | | | MACK | MR688S | 1M2K197C14M024795 | 2004 | California | 8/31/2005 | Title | CA |
| 1662 | $304,928.25 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2023-4 | 105603 | KVM 31EZ | 105603 | | | | | | | MACK | MR688S | 1M2K18RC8M024538 | 2004 | Oregon | 8/31/2005 | Title | OR |
| 1663 | $306,133.50 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2023-4 | 105602 | KVM 31EZ | 105602 | | | | | | | MACK | MR688S | 1M2K18RC34M024143 | 2004 | Idaho | 8/31/2005 | Title | UT |
| 1665 | $350,043.42 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520257 | KVM 39X | 16808257 | | | | | | | MACK | MR688S | 1M2K197C54M025105 | 2004 | Washington | 8/31/2005 | Title | CA |
| 1666 | $502,149.35 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526164 | KVM 47SX | 17205164 | | | | | | | MACK | MR688S | 1M2K197C34M024802 | 2004 | Oklahoma | 4/1/2009 | Title | CO |
| 1670 | $350,043.42 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520253 | KVM 39X | 16808253 | | | | | | | MACK | MR688S | 1M2K197C64M024783 | 2004 | Oregon | 8/31/2005 | Title | OR |
| 1674 | $350,043.42 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520254 | KVM 39X | 16808254 | | | | | | | MACK | MR688S | 1M2K197C24M024787 | 2004 | Oklahoma | 8/20/2007 | Title | OK |
| 1675 | $493,433.10 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526170 | KVM 47SX | 17205170 | | | | | | | MACK | MR688S | 1M2K197C14M024801 | 2004 | Washington | 8/31/2005 | Title | AZ |
| 1677 | $282,173.60 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2023-4 | 170522830 | KVM 32XL | 17022830 | | | | | | | MACK | MR688S | 1M2K18RC8M025230 | 2004 | Nevada | 7/31/2007 | Title | AZ |
| 1680 | $349,062.80 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520260 | KVM 39X | 16808260 | | | | | | | MACK | MR688S | 1M2K197C44M024788 | 2004 | Nevada | 8/1/2007 | Title | AZ |
| 1687 | $307,338.75 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2023-4 | 105841 | KVM 31EZ | 105841 | | | | | | | MACK | MR688S | 1M2K18RC14M025145 | 2004 | Colorado | 2/3/2009 | Title | CO |
| 1691 | $499,261.05 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526171 | KVM 47SX | 17205171 | | | | | | | MACK | MR688S | 1M2K197C54M025321 | 2004 | Tennessee | 11/23/2004 | Title | WA |
| 1693 | $849,600.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 106576 | KVM 561SX | 106576 | | | | | | | TOR | T-63120 | 2T9638HC940070895 | 2004 | Nevada | 2/12/2008 | Title | CA |
| 1704 | $499,261.05 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526179 | KVM 47SX | 17205179 | | | | | | | MACK | MR688S | 1M2K197C54M025462 | 2004 | Arkansas | 7/7/2004 | MSO | n/a - MSO |
| 1710 | $354,177.81 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520288 | KVM 39X | 16808288 | | | | | | | MACK | MR688S | 1M2K197C84M025457 | 2004 | Utah | 9/18/2007 | Title | UT |
| 1711 | $849,600.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 106899 | KVM 561SX | 106899 | | | | | | | TOR | T-63120 | 2T9638HC340070908 | 2004 | Texas | 12/11/2007 | Title | WA |
| 1716 | $355,555.94 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520291 | KVM 39X | 16808291 | | | | | | | MACK | MR688S | 1M2K197C05M025468 | 2005 | Washington | 10/25/2004 | Title | WA |
| 1717 | $355,555.94 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520293 | KVM 39X | 16808293 | | | | | | | MACK | MR688S | 1M2K197C75M025466 | 2005 | Oregon | 5/9/2006 | Title | NV |
| 1720 | $501,203.70 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525H-6 | 170526181 | KVM 47SX | 17205181 | | | | | | | MACK | MR688S | 1M2K197C05M026670 | 2005 | Washington | 11/24/2004 | Title | WA |
| 1721 | $856,237.50 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 107048 | KVM 61SX | 107048 | | | | | | | TOR | T-63120 | 2T9638HC540070909 | 2004 | Texas | 11/24/2004 | Title | AZ |
| 1722 | $354,177.81 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520284 | KVM 39X | 16808284 | | | | | | | MACK | MR688S | 1M2K197C35M025464 | 2005 | Colorado | 7/20/2006 | Title | AZ |
| 1734 | $367,033.48 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520282 | KVM 39X | 16808282 | | | | | | | MACK | MR688S | 1M2K197C55M025482 | 2005 | Colorado | 2/13/2007 | Title | AZ |
| 1737 | $356,934.07 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520294 | KVM 39X | 16808294 | | | | | | | MACK | MR688S | 1M2K197C45M025490 | 2005 | Utah | 3/21/2005 | Title | UT |
| 1741 | $255,877.87 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2023-4 | 107119 | KVM 34X | 107119 | | | | | | | MACK | MR688S | 1M2K18RC25M025599 | 2005 | Texas | 1/11/2005 | Title | AZ |
| 1756 | $343,406.25 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2005 | PUTZMEISTER | TB 130 | 390600248 | | | MACK | MR688S | 1M2K197C25M026329 | 2005 | Texas | 7/11/2005 | Title | AZ |
| 1758 | $505,089.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526184 | KVM 47SX | 17205184 | | | | | | | MACK | MR688S | 1M2K197C35M026677 | 2005 | Idaho | 3/21/2005 | Title | UT |
| 1759 | $503,146.35 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526185 | KVM 47SX | 17205185 | | | | | | | MACK | MR688S | 1M2K197C15M026676 | 2005 | Colorado | 3/21/2005 | Title | CO |
| 1760 | $516,508.30 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | 2525H-6 | 170526186 | KVM 547SX | 17205186 | | | | | | | MACK | MR688S | 1M2K197C65M026678 | 2005 | Missouri | 12/13/2007 | MSO | n/a - MSO |
| 1762 | $358,312.20 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520342 | KVM 39X | 16808342 | | | | | | | MACK | MR688S | 1M2K197C85M025500 | 2005 | Idaho | 3/21/2005 | Title | UT |
| 1765 | $358,312.20 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520309 | KVM 39X | 16808309 | | | | | | | MACK | MR688S | 1M2K197C45M025493 | 2005 | Arizona | 11/24/2004 | MSO | n/a - MSO |
| 1777 | $359,690.33 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520333 | KVM 39X | 16808333 | | | | | | | MACK | MR688S | 1M2K197C85M026786 | 2005 | Nevada | 9/24/2009 | Title | not avail |
| 1778 | $359,690.33 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520327 | KVM 39X | 16808327 | | | | | | | MACK | MR688S | 1M2K197C75M025507 | 2005 | Utah | 7/2/2009 | Title | OK |
| 1779 | $358,312.20 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BP2525-5 | 170520329 | KVM 39X | 16808329 | | | | | | | MACK | MR688S | 1M2K197C05M026509 | 2005 | Oklahoma | 12/20/2004 | MSO | n/a - MSO |
| 1779 | $358,312.20 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520325 | KVM 39X | 16808325 | | | | | | | MACK | MR688S | 1M2K197C75M025502 | 2005 | Nevada | 9/24/2009 | Title | AZ |
| 1780 | $358,312.20 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2004 | SCHWING | BPL2525-5 | 170520325 | KVM 39X | 16808325 | | | | | | | MACK | MR688S | 1M2K197C45M025506 | 2005 | Washington | 12/21/2004 | MSO | n/a - MSO |
| 1787 | $359,690.33 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 170520335 | KVM 39X | 16808335 | | | | | | | MACK | MR688S | 1M2K197C25M025505 | 2005 | Oklahoma | 6/16/2005 | Title | 1/0/1900 |
| 1788 | $510,294.15 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2525H-6 | 170526191 | KVM 47SX | 17205191 | | | | | | | MACK | MR688S | 1M2K197C95M026795 | 2005 | Idaho | 2/3/2005 | MSO | n/a - MSO |
| 1791 | $364,343.46 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 170520353 | KVM 39X | 16808353 | | | | | | | MACK | MR688S | 1M2K197C75M027023 | 2005 | Utah | 3/21/2005 | Title | UT |
| 1791 | $364,343.46 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 170520350 | KVM 39X | 16808355 | | | | | | | MACK | MR688S | 1M2K197C15M027024 | 2005 | Texas | 2/3/2005 | MSO | n/a - MSO |
| 1794 | $372,424.58 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 170520362 | KVM 39X | 16808362 | | | | | | | MACK | MR688S | 1M2K197C65M027032 | 2005 | Nevada | 9/24/2009 | Title | AZ |
| 1795 | $385,528.27 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | 2525-5 | 170577 | KVM 41SX | 107577 | | | | | | | MACK | MR688S | 1M2K197C25M027026 | 2005 | Oklahoma | 6/16/2005 | Title | AZ |
| 1796 | $498,193.40 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | 2525H-6 | 170526196 | KVM 47SX | 17205196 | | | | | | | MACK | MR688S | 1M2K197C65M027041 | 2005 | California | 6/16/2005 | Title | AZ |
| 1797 | $308,703.52 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 107218 | KVM 31EZ | 107218 | | | | | | | MACK | MR688S | 1M2K18RC95M027038 | 2005 | California | 3/21/2005 | Title | AZ |
| 1799 | $308,703.52 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 107219 | KVM 31EZ | 107219 | | | | | | | MACK | MR688S | 1M2K18RC45M027040 | 2005 | Arizona | 6/16/2005 | Title | AZ |
| 1801 | $308,703.52 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 107387 | KVM 31EZ | 107387 | | | | | | | MACK | MR688S | 1M2K18RC05M027042 | 2005 | Utah | 1/17/2007 | Title | UT |
| 1802 | $307,498.28 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2525H-6 | 170526197 | KVM 47SX | 17205197 | | | | | | | MACK | MR688S | 1M2K197C25M027044 | 2005 | California | 12/13/2007 | Title | AZ |
| 1822 | $874,727.76 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2525-5 | 170526193 | KVM 547SX | 17205193 | | | | | | | TOR | T-63120-6 12X6 | 2T9638HC050070057 | 2005 | Texas | 10/15/2008 | Title | AZ |
| 1823 | $303,821.28 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 107304 | KVM 41SX | 107304 | | | | | | | MACK | MR688S | 1M2K18RC45M026960 | 2005 | Arizona | 6/16/2005 | Title | AZ |
| 1824 | $390,699.80 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | 2525-5 | 107778 | KVM 41SX | 107778 | | | | | | | MACK | MR688S | 1M2K197C05M026948 | 2005 | California | 3/20/2007 | Title | AZ |
| 1825 | $303,821.28 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 107174 | KVM 34X | 107174 | | | | | | | MACK | MR688S | 1M2K18RC65M026941 | 2005 | California | 8/15/2005 | Title | CA |
| 1838 | $429,758.03 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-5 | 170522960 | KVM 32XL | 17022960 | | | | | | | MACK | MR688S | 1M2K197C05M029030 | 2005 | Washington | 8/15/2005 | Title | WA |
| 1841 | $254,222.12 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522901 | KVM 32XL | 17022901 | | | | | | | MACK | MR688S | 1M2K18RC65M028952 | 2005 | Arizona | 8/15/2005 | Title | AZ |
| 1842 | $254,222.12 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522904 | KVM 32XL | 17022904 | | | | | | | MACK | MR688S | 1M2K18RC95M028953 | 2005 | Arizona | 8/15/2005 | Title | AZ |
| 1844 | $323,125.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2005 | PUTZMEISTER | TB 110 | 370700271 | | | MACK | MR688S | 1M2K197C45M028987 | 2005 | Utah | 3/20/2007 | Title | UT |
| 1845 | $390,168.60 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | 2525-5 | 107822 | KVM 41SX | 107822 | | | | | | | MACK | MR688S | 1M2K197C65M028989 | 2005 | California | 8/19/2005 | Title | CA |
| 1846 | $303,821.28 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 107178 | KVM 34X | 107178 | | | | | | | MACK | MR688S | 1M2K18RC85M027442 | 2005 | California | 3/20/2007 | Title | CA |
| 1850 | $303,854.70 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170526203 | KVM 47SX | 17205203 | | | | | | | MACK | MR688S | 1M2K197C75M027442 | 2005 | Arizona | 3/20/2007 | Title | AZ |
| 1852 | $254,222.12 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522909 | KVM 32XL | 17022909 | | | | | | | MACK | MR688S | 1M2K18RC45M027429 | 2005 | Texas | 8/19/2005 | Title | TX |
| 1860 | $255,177.84 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522918 | KVM 32XL | 17022918 | | | | | | | MACK | MR688S | 1M2K18RC45M029064 | 2005 | Texas | 3/20/2007 | Title | TX |
| 1881 | $311,375.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2005 | PUTZMEISTER | TB 110 | 370700283 | | | MACK | MR688S | 1M2K197C05M029234 | 2005 | Tennessee | 2/3/2005 | Title | GA |
| 1882 | $283,125.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2005 | PUTZMEISTER | TB 110 | 370700285 | | | MACK | MR688S | 1M2K197C45M029236 | 2005 | Nevada | 3/20/2007 | Title | AZ |
| 1884 | $255,177.84 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522911 | KVM 32XL | 17022911 | | | | | | | MACK | MR688S | 1M2K18RC65M029240 | 2005 | Arizona | 8/19/2005 | Title | AZ |
| 1887 | $303,854.70 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522915 | KVM 32XL | 17022915 | | | | | | | MACK | MR688S | 1M2K18RC35M029245 | 2005 | Utah | 3/20/2007 | Title | UT |
| 1894 | $255,177.84 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522916 | KVM 32XL | 17022916 | | | | | | | MACK | MR688S | 1M2K18RC15M029244 | 2005 | Arizona | 10/10/2005 | Title | AZ |
| 1895 | $258,151.55 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522921 | KVM 32XL | 17022921 | | | | | | | MACK | MR688S | 1M2K18RC95M029247 | 2005 | Oregon | 10/10/2005 | Title | OR |
| 1897 | $258,151.55 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522913 | KVM 32XL | 17022913 | | | | | | | MACK | MR688S | 1M2K18RC85M029248 | 2005 | Utah | 3/20/2007 | Title | UT |
| 1898 | $319,637.30 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | 2525-5 | 107832 | KVM 41SX | 107832 | | | | | | | MACK | MR688S | 1M2K197C85M029231 | 2005 | California | 2/3/2005 | Title | CA |
| 1899 | $286,700.01 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | 2525-5 | 105320003 | KVM 61SX | 17204033 | 2005 | PUTZMEISTER | TB 130 | 390600290 | | | TOR | 2T9638HC950070052 | 2005 | Texas | 2/3/2005 | Title | AZ |
| 1902 | $885,950.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | 2525-5 | 170532001 | KVM 61SX | 174020001 | | | | | | | TOR | T-63120 | 2T9638HC950070057 | 2005 | Oklahoma | 2/3/2005 | Title | AZ |
| 1903 | $335,500.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2005 | PUTZMEISTER | TB 130 | 390600289 | | | MACK | MR688S | 1M2K197C05M029239 | 2005 | California | 2/3/2005 | MSO | n/a - MSO |
| 1906 | $283,569.59 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522428 | KVM 39X | 16808428 | | | | | | | MACK | MR688S | 1M2K197C05M029267 | 2005 | California | 1/16/2008 | Title | UT |
| 1909 | $323,240.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522428 | KVM 39X | 16808430 | | | | | | | MACK | MR688S | 1M2K197C05M029268 | 2005 | Utah | 1/16/2008 | Title | UT |
| 1910 | $284,092.39 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-5 | 170522957 | KVM 32XL | 17022957 | | | | | | | MACK | MR688S | 1M2K197C55M029973 | 2005 | Oklahoma | 2/3/2005 | Title | OR |
| 1911 | $258,711.75 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522934 | KVM 32XL | 17022934 | | | | | | | MACK | MR 688S | 1M2K18RC15M029978 | 2006 | Idaho | 11/17/2005 | Title | UT |

Brundage-Bone Concrete Pumping, Inc.

Exhibit SCH B Q29

Comprehensive Data Summary of Owned Pumping Equipment

| BBCP Unit | Unrounded Book Value 10/31/2009 | Secured Lender - Bank Loan Full Bank Name | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | Boom Size | Boom SN | TBelt Year | TBelt Make | TBelt Model | TBeltSN | PPK Year | PPK SN | Truck Make | Truck Model | Truck SN / Vin | Truck Year | Location State | Title Date | MOS / Title Paperwork | Title State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1912 | $432,027.33 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-5 | 170520386 | KVM 39X | 116808386 | | | | | | | MACK | MR688S | 1M2K197C26M029085 | 2006 | Arizona | 11/17/2005 | Title | UT |
| 1913 | $258,711.75 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL 2023-4 | 170522939 | KVM 32XL | 17022939 | | | | | | | MACK | MR688S | 1M2K189C86M027980 | 2006 | Texas | 10/25/2005 | Title | AZ |
| 1914 | $258,711.75 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL 2023-4 | 170522941 | KVM 32XL | 17022941 | | | | | | | MACK | MR688S | 1M2K189C66M027976 | 2006 | Colorado | 1/20/2006 | Title | CO |
| 1915 | $258,711.75 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL 2023-4 | 170522942 | KVM 32XL | 17022942 | | | | | | | MACK | MR688S | 1M2K189C86M027977 | 2006 | Georgia | 6/29/2009 | Title | GA |
| 1917 | $396,729.67 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | 2525-5 | 108056 | KVM 541SX | 108056 | | | | | | | MACK | MR 688S | 1M2K197C46M029286 | 2006 | California | 12/19/2007 | Title | AZ |
| 1922 | $290,225.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 110 | 390600297 | | | MACK | MR688S | 1M2K189C46M031279 | 2006 | Tennessee | 1/7/2008 | Title | OK |
| 1923 | $290,225.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 110 | 390600303 | | | MACK | MR688S | 1M2K189C86M031284 | 2006 | California | 4/3/2008 | Title | AZ |
| 1924 | $396,729.67 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL 2525-5 | 108057 | KVM 541SX | 108057 | | | | | | | MACK | MR688S | 1M2K197C26M029104 | 2006 | Utah | 12/24/2007 | Title | UT |
| 1926 | $396,729.67 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | 2525-5 | 108052 | KVM 541SX | 108052 | | | | | | | MACK | MR 688 S | 1M2K197C86M029088 | 2006 | Oregon | 1/20/2006 | Title | OR |
| 1927 | $258,711.75 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL 2023-4 | 170522943 | KVM 32XL | 17022943 | | | | | | | MACK | MR688S | 1M2K189C76M027985 | 2006 | Arkansas | 10/25/2005 | Title | AZ |
| 1928 | $258,711.75 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL 2023-4 | 170522944 | KVM 32XL | 17022944 | | | | | | | MACK | MR688S | 1M2K189C46M027992 | 2006 | California | 10/19/2006 | Title | AZ |
| 1934 | $293,750.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 110 | 390600307 | | | MACK | MR688S | 1M2K189C76M031499 | 2006 | Texas | 10/25/2005 | Title | WA |
| 1935 | $293,750.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 110 | 390600305 | | | MACK | MR688S | 1M2K189C66M031285 | 2006 | Utah | 1/20/2006 | Title | KS |
| 1951 | $260,635.25 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 170522951 | KVM 32XL | 17022951 | | | | | | | MACK | MR 688 S | 1M2K189C36M027997 | 2005 | Nevada | 12/18/2006 | Title | AZ |
| 1952 | $399,737.55 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL 2525-5 | 108185 | KVM 41SX | 108185 | | | | | | | MACK | MR 688 S | 1M2K197C40A029111 | 2005 | California | 11/30/2005 | Title | AZ |
| 1953 | $399,679.33 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL 2525-5 | 108186 | KVM 41SX | 108186 | | | | | | | MACK | MR 688 S | 1M2K197C00A029117 | 2006 | Washington | 1/7/2008 | Title | WA |
| 1960 | $319,657.05 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-5 | 170522989 | KVM 32XL | 17022989 | | | | | | | MACK | MR688S | 1M2K189C86M030078 | 2006 | Washington | 1/7/2008 | Title | WA |
| 1993 | $314,176.08 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2005 | SCHWING | BPL2023-4 | 107539 | KVM 531EZ | 107539 | | | | | | | MACK | MR688S | 1M2K189C36M031757 | 2006 | Tennessee | 6/9/2006 | Title | UT |
| 1996 | $891,942.07 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | 2525H-6 | 170532009 | KVM 561SX | 17402009 | | | | | | | MACK | MR688S | 1M2K201C60A032754 | 2006 | Georgia | 6/29/2009 | Title | GA |
| 1999 | $417,148.06 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | 2525-5 | 108194 | KVM 541SX | 108194 | | | | | | | MACK | MR688S | 1M2K197C86M030001 | 2006 | Utah | 12/5/2006 | Title | AZ |
| 2000 | $417,148.06 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | 2525-5 | 108195 | KVM 541SX | 108195 | | | | | | | MACK | MR688S | 1M2K197C66M030000 | 2006 | Utah | 12/13/2007 | Title | UT |
| 2003 | $394,654.98 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108198 | KVM 41SX | 108198 | | | | | | | MACK | MR688S | 1M2K197C16M029997 | 2006 | Idaho | 10/16/2008 | Title | ID |
| 2004 | $891,942.07 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525H-6 | 170532011 | KVM 61SX | 17402011 | | | | | | | MACK | MR688S | 1M2K201C16A032755 | 2006 | Arizona | 2/10/2006 | Title | AZ |
| 2010 | $281,686.15 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL 2023-4 | 170521003 | KVM 32XL | 170221003 | | | | | | | MACK | MR688S | 1M2K189C66M030098 | 2006 | Idaho | 5/17/2006 | Title | UT |
| 2011 | $281,686.15 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL 2023-4 | 170521004 | KVM 32XL | 170221981 | | | | | | | MACK | MR688S | 1M2K189C26M030096 | 2006 | Washington | 10/15/2008 | Title | WA |
| 2012 | $391,793.79 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520485 | KVM 39X | 16808485 | | | | | | | MACK | MR688S | 1M2K197C96M030007 | 2006 | Nevada | 5/17/2006 | Title | AZ |
| 2013 | $404,887.01 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108430 | KVM 41SX | 108430 | | | | | | | MACK | MR688S | 1M2K197C76M033830 | 2006 | Utah | 10/15/2008 | Title | UT |
| 2014 | $404,887.01 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108431 | KVM 541SX | 108431 | | | | | | | MACK | MR688S | 1M2K197C96M033831 | 2006 | Tennessee | 10/15/2008 | Title | UT |
| 2015 | $380,875.00 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 130 | 390600344 | | | MACK | MR688S | 1M2K197C66M031523 | 2006 | Nevada | 4/3/2008 | Title | AZ |
| 2040 | $108,750.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1996 | PUTZMEISTER | 15H | 21960600141 | BSF 36 | 67960633037 | | | | | | | MACK | MR688S | 1M2183RC07M007017 | 1996 | Texas | n/a | n/a | n/a |
| 2044 | $115,625.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1998 | PUTZMEISTER | 12L | 21980600393 | BSF 28Z | 67980631954 | | | | | | | MACK | MR688S | 1M2K189C24W010558 | 1998 | Texas | n/a | n/a | n/a |
| 2045 | $242,624.92 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1997 | PUTZMEISTER | 15H | 21970105336 | BSF 42 | 67970621667 | | | | | | | MACK | MR688S | 1M2K197C4WM010K012 | 1997 | Texas | n/a | n/a | n/a |
| 2047 | $94,250.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1996 | PUTZMEISTER | 16H | 21980600488 | BSF 36 | 67980633151 | | | | | | | MACK | MR688S | 1M2K189C9WM016017 | 1996 | Texas | n/a | n/a | n/a |
| 2048 | $42,395.76 | Wells Fargo Equipment Finance (CIT) | TRUCK MOUNTED PUMP | 1998 | PUTZMEISTER | VS 1408 | 21980600509 | | | | | | | | | MACK | VG6M118C2WB302823 | 1998 | Texas | n/a | n/a | n/a |
| 2050 | $270,836.64 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1999 | PUTZMEISTER | 15H | 21990600744 | BSF 42 | 1799060505 | | | | | | | MACK | MR688S | 1M2K197C1XM014336 | 1999 | Texas | n/a | n/a | n/a |
| 2052 | $120,000.04 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 1997 | PUTZMEISTER | 15H | 21970600347 | BSF 32 | 67970632085 | | | | | | | MACK | MR688S | 1M2K189C8VW009851 | 1997 | Texas | n/a | n/a | n/a |
| 2061 | $312,741.22 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 110 | 390600355 | | | MACK | MR688S | 1M2K197C96M032694 | 2006 | Iowa | 6/2/2008 | Title | ID |
| 2073 | $311,241.80 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 110 | 390600359 | | | MACK | MR688S | 1M2K197C06M032695 | 2006 | Oklahoma | 1/19/2007 | Title | OK |
| 2077 | $393,218.50 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520492 | KVM 39X | 16808492 | | | | | | | MACK | MR688S | 1M2K197C56M030019 | 2006 | Utah | 7/5/2006 | Title | UT |
| 2079 | $394,643.21 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 170520509 | KVM 39X | 16808509 | | | | | | | MACK | MR688S | 1M2K197C07M030026 | 2006 | Washington | 7/5/2006 | Title | WA |
| 2080 | $393,218.50 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 170520508 | KVM 39X | 16808508 | | | | | | | MACK | MR688S | 1M2K197C16M030020 | 2006 | Utah | 7/5/2006 | Title | UT |
| 2084 | $407,842.39 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108470 | KVM 41SX | 108470 | | | | | | | MACK | MR688S | 1M2K197C37M033843 | 2007 | Oregon | 7/5/2006 | Title | AZ |
| 2085 | $409,320.08 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108695 | KVM 41SX | 108695 | | | | | | | MACK | MR688S | 1M2K197C97M033846 | 2007 | Oregon | 6/9/2006 | MSO | n/a - MSO |
| 2086 | $525,182.21 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525H-6 | 170526235 | KVM 47SX | 17205235 | | | | | | | MACK | MR688S | 1M2K197C87M029965 | 2007 | Washington | 7/11/2006 | Title | WA |
| 2099 | $284,770.30 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2023-4 | 170522985 | KVM 32XL | 17022985 | | | | | | | MACK | MR688S | 1M2K189C87M030668 | 2007 | Tennessee | 7/11/2006 | Title | CO |
| 2114 | $410,797.77 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108700 | KVM 541SX | 108700 | | | | | | | MACK | MR688S | 1M2K197C87M033854 | 2007 | Washington | 7/11/2006 | Title | WA |
| 2122 | $329,369.55 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 110 | 390600365 | | | MACK | MR688S | 1M2K197C46M032722 | 2006 | California | 12/4/2006 | Title | AZ |
| 2124 | $190,801.79 | Wells Fargo Equipment Finance (CIT) | TRUCK MOUNTED PUMP | 2006 | SCHWING | BPL 4000 | 171610040 | | | | | | | | | MACK | GRANITE CV713 | 1M2AG07C57M001636 | 2007 | Texas | 9/5/2006 | Title | TX |
| 2129 | $446,840.27 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL 2023-5 | 170520513 | KVM 39X | 16808513 | | | | | | | MACK | MR688S | 1M2K197C67M030033 | 2007 | Washington | 8/15/2006 | Title | WA |
| 2133 | $321,142.20 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL 2023-5 | 170521068 | KVM 32XL | 170221068 | | | | | | | MACK | MR688S | 1M2K189C17M035193 | 2007 | Washington | 8/15/2006 | Title | WA |
| 2136 | $396,067.92 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 170520530 | KVM 39X | 16808530 | | | | | | | MACK | MR688S | 1M2K197C07M035386 | 2007 | Arizona | 7/18/2006 | Title | AZ |
| 2141 | $402,631.68 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 108707 | KVM 41SX | 108707 | | | | | | | MACK | MR688S | 1M2K197C17M033856 | 2007 | Iowa | 11/27/2007 | MSO | n/a - MSO |
| 2147 | $379,517.40 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 130 | 390600369 | | | MACK | MR688S | 1M2K197C97M034196 | 2007 | Utah | 12/4/2006 | Title | AZ |
| 2148 | $322,109.45 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 110 | 390600372 | | | MACK | MR688S | 1M2K197C06M032762 | 2006 | Oklahoma | 2/6/2009 | Title | OK |
| 2150 | $191,488.13 | Wells Fargo Equipment Finance (CIT) | TRUCK MOUNTED PUMP | 2006 | SCHWING | BPL 4000 | 171610043 | | | | | | | | | MACK | GRANITE CV712 | 1M2AG07C87M001637 | 2007 | Texas | 6/1/2007 | Title | AZ |
| 2157 | $191,488.13 | Wells Fargo Equipment Finance (CIT) | TRUCK MOUNTED PUMP | 2006 | SCHWING | BPL 4000 | 171610047 | | | | | | | | | MACK | GRANITE CV713 | 1M2AG07C97M001637 | 2007 | Arizona | 12/4/2006 | Title | AZ |
| 2159 | $384,088.20 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2006 | PUTZMEISTER | TB 130 | 390600375 | | | MACK | MR688S | 1M2K197C17M034179 | 2007 | California | 12/14/2007 | Title | AZ |
| 2161 | $397,492.63 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520528 | KVM 39X | 16808528 | | | | | | | MACK | MR688S | 1M2K197C47M035783 | 2007 | Arizona | 10/25/2006 | Title | AZ |
| 2167 | $287,920.26 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2023-4 | 170521053 | KVM 32XL | 170221053 | | | | | | | MACK | MR688S | 1M2K189C77M035201 | 2007 | Iowa | 10/4/2006 | MSO | n/a - MSO |
| 2170 | $397,492.63 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL 2525-5 | 170520529 | KVM 39X | 16808534 | | | | | | | MACK | MR688S | 1M2K197C77M035787 | 2007 | California | 10/4/2006 | Title | CA |
| 2180 | $320,623.26 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2025-5 | 108785 | KVM 34X | 108785 | | | | | | | MACK | MR688S | 1M2K189C87M035200 | 2007 | Arizona | 8/15/2006 | Title | AZ |
| 2219 | $288,948.11 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | 2525-5 | 170521069 | KVM 32XL | 170221069 | | | | | | | MACK | MR688S | 1M2K189C17M035209 | 2007 | Arizona | 10/4/2006 | MSO | n/a - MSO |
| 2234 | $680,457.98 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL 2525H-8 | 108656 | KVM 52 | 108656 | | | | | | | MACK | MR 688S | 1M2K201C77M036181 | 2007 | Nevada | 4/3/2008 | Title | AZ |
| 2255 | $283,844.93 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | PUTZMEISTER | 16H | 21060051980 | BSF 28Z | | | | | | | | MACK | MR688S | 1M2K197C47M034104 | 2007 | Texas | 1/8/2007 | MSO | n/a - MSO |
| 2284 | $382,888.15 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-8 | 108666 | KVM 52 | 108666 | | | | | | | MACK | MR688S | 1M2K201C47M036187 | 2007 | Texas | 12/8/2006 | Title | GA |
| 2287 | $403,191.47 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525-5 | 170520562 | KVM 39X | 16808562 | | | | | | | MACK | MR688S | 1M2K197C37M035800 | 2007 | Tennessee | 12/8/2006 | MSO | n/a - MSO |
| 2318 | $687,748.61 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2006 | SCHWING | BPL2525H-8 | 170530012 | KVM 55 | 17302012 | | | | | | | MACK | MR688S | 1M2K201C86M036185 | 2007 | Arizona | 10/15/2008 | Title | GA |
| 2379 | $588,161.70 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | PUTZMEISTER | 32Z | 21060002209 | BSF 42Z | 170602209 | | | | | | | MACK | MR688S | 1M2K197C45M035996 | 2007 | Texas | 3/14/2007 | MSO | n/a - MSO |
| 2380 | $588,161.70 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | PUTZMEISTER | 20M | 21060002194 | BSF 47Z | 170602194 | | | | | | | MACK | MR688S | 1M2K197C85M035998 | 2007 | Nevada | 3/8/2007 | MSO | n/a - MSO |
| 2386 | $299,627.90 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 21060002204 | BSF 28Z | 170602204 | | | | | | | MACK | MR688S | 1M2K197C65M035780 | 2007 | Texas | 3/8/2007 | MSO | n/a - MSO |
| 2405 | $384,088.20 | Wells Fargo Equipment Finance (CIT) | TELEBELT | | | | | | | 2007 | PUTZMEISTER | TB 110 | 390600416 | | | MACK | MR688S | 1M2K197C25M035994 | 2007 | Georgia | 6/29/2007 | Title | GA |
| 2426 | $301,723.20 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 21060002349 | BSF 28Z | 170602349 | | | | | | | MACK | MR688S | 1M2K197C78M037217 | 2007 | Texas | 10/25/2008 | MSO | n/a - MSO |
| 2424 | $394,851.68 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | PUTZMEISTER | 36M | 21060002358 | BSF 40Z | 170602358 | | | | | | | MACK | MR688S | 1M2K197C79M037216 | 2007 | Texas | 3/8/2007 | MSO | n/a - MSO |
| 2426 | $301,723.20 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 21060002338 | BSF 28Z | 170602338 | | | | | | | MACK | MR688S | 1M2K197C55M035795 | 2007 | Texas | 4/5/2007 | MSO | n/a - MSO |
| 2430 | $301,723.20 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 21060002337 | BSF 28Z | 170602337 | | | | | | | MACK | MR688S | 1M2K197C3BM037550 | 2007 | Texas | 10/25/2008 | MSO | n/a - MSO |
| 2432 | $301,723.20 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | PUTZMEISTER | 16H | 21060002348 | BSF 28Z | 170602348 | | | | | | | MACK | MR688S | 1M2K197C78M037553 | 2007 | Texas | 10/25/2008 | MSO | n/a - MSO |
| 2434 | $204,205.04 | Wells Fargo Equipment Finance (CIT) | TRUCK MOUNTED PUMP | 2007 | PUTZMEISTER | VS 2114 | 21060023333 | | | | | | | | | MACK | GRANITE | 1M2AG07C57M001756 | 2007 | Texas | 10/25/2008 | MSO | n/a - MSO |
| 2442 | $268,421.15 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | CONCORD | | 38XB | 38X | | | | | | | | MACK | MR688S | 1M2K197C48M033866 | 2008 | Utah | 10/25/2007 | Title | UT |
| 2446 | $245,231.15 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | CONCORD | | 33XB | 33X | | | | | | | | MACK | MR688S | 1M2K197C58M034288 | 2008 | Utah | 10/25/2007 | Title | UT |
| 2452 | $243,000.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | CONCORD | | 30X | 30X | | | | | | | | MACK | GU813 | 1M2AX13C48M005017 | 2008 | Oregon | 10/25/2007 | Title | OR |
| 2463 | $243,000.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2007 | CONCORD | | 30X | 30X | | | | | | | | MACK | GU813 | 1M2AX13C28M005016 | 2008 | Oregon | 10/25/2007 | Title | OR |
| 2502 | $147,200.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2008 | PUTZMEISTER | VS 2114 | 2190600325 | BSF 47Z | 6798063187 | | | | | | | MACK | GRANITE | 1M2AG11C38M007032 | 2008 | Utah | 10/25/2008 | Title | UT |
| 2504 | $147,200.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2008 | PUTZMEISTER | 36M | 2190600325 | | | | | | | | | MACK | GRANITE | 1M2AG11C28M008004 | 2008 | Nevada | 10/25/2008 | Title | UT |
| 2505 | $183,750.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2008 | PUTZMEISTER | 36M | 21060002349 | BSF 40Z | 170602349 | | | | | | | MACK | GRANITE | 1M2AG11C48M008055 | 2008 | Utah | 10/25/2008 | Title | OR |
| 2506 | $183,750.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2008 | PUTZMEISTER | 36M | 21060002358 | BSF 40Z | 170602358 | | | | | | | MACK | GRANITE | 1M2AG11C48M008056 | 2008 | Oregon | 10/25/2008 | Title | OR |
| 2507 | $147,200.00 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2008 | PUTZMEISTER | 36M | 2190600323 | BSF 42Z | 179060362 | | | | | | | MACK | GRANITE | 1M2AG11C28M008057 | 2008 | Oregon | 10/25/2008 | Title | OR |
| 2532 | $253,289.55 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2008 | PUTZMEISTER | 9 | 21060002598 | BSF 20Z | 170207695 | | | | | | | KENWORTH | | 1NKDX4EX98J205809 | 2008 | Washington | 10/25/2008 | Title | WA |
| 2533 | $263,289.55 | Wells Fargo Equipment Finance (CIT) | BOOM PUMP | 2008 | PUTZMEISTER | 9 | 21060002598 | BSF 20Z | 170200985 | | | | | | | KENWORTH | | 1NKDX4EX98J205810 | 2008 | Colorado | 10/25/2008 | Title | CO |

**TOTAL: $83,866,660.79**

Unencumbered Equipment

| BBCP Unit | Unrounded Book Value 10/31/2009 | Secured Lender | Vehicle Type | Pump Year | Pump Make | Pump Size | PumpSN | | | | | | | | | Truck Make | | Truck SN / Vin | | Location State | Title Date | MOS / Title | Title State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 476 | $6,875.05 | n/a (free & clear) | TRAILER PUMP | 1985 | SCHWING | BPA 750-15 | 71004043 | | | | | | | | | | | | | Oklahoma | 7/30/2008 | Title | WA |

**TOTAL: $6,875.05**

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q25**
**Summary Schedule of Owned Vehicles and Transportation Equipment**

| BBCP UNIT | YEAR | MAKE | DESCRIPTION | BRANCH LOCATION |
|---|---|---|---|---|
| 351 | '94 | DODGE | 3500LT | OREGON |
| 354 | '94 | CHEVY | K10 | LK. HAVASU |
| 490 | '96 | CHEVY | K10 | ARIZONA |
| 496 | '95 | INTERNATIONAL | 4900 6X4 | ARIZONA |
| 499 | '96 | FORD | SERVICE TRUCK | DALLAS |
| 506 | '95 | INTERNATIONAL | 4900 6X4 | IDAHO |
| 542 | '96 | MACK | RD688S | UTAH |
| 543 | '96 | MACK | RD688S | SEATTLE |
| 544 | '96 | MACK | RD688S | UTAH |
| 545 | '96 | MACK | RD688S | JLS |
| 549 | '97 | TRAIL EZE | 48' TRAILER | JLS |
| 555 | '96 | GMC | SERVICE TRUCK | COLORADO |
| 556 | '95 | GMC | SERVICE TRUCK | SEATTLE |
| 571 | '95 | FORD | F150 | RSE-SEA |
| 573 | '96 | GMC | TRUCK | IDAHO |
| 576 | '97 | CHEVY | K10 | WYOMING/90 |
| 577 | '97 | FORD | F150 | UTAH |
| 592 | '97 | TRAIL EZE | TRAILER | UTAH |
| 593 | '97 | TRAIL EZE | TRAILER | SEATTLE |
| 639 | '97 | GMC | FLATBED | SEATTLE |
| 651 | '98 | DODGE | RAM | OREGON |
| 652 | '98 | DODGE | RAM | COLORADO |
| 677 | '98 | DODGE | RAM | JLS |
| 707 | '99 | FORD | F350 | WICHITA |
| 713 | '97 | GMC | FLATBED | UTAH |
| 794 | '99 | GMC | PICKUP | NEW MEXICO |
| 795 | '98 | GMC | C25 | ARIZONA |
| 798 | '97 | GMC | PICKUP | ARIZONA |
| 799 | '89 | CHEVY | PICKUP | ARIZONA |
| 800 | '95 | FORD | MECHANICS TRUCK | ARIZONA |
| 998 | '99 | FORD | PICKUP | OK. CITY |
| 1027 | '94 | CHEVY | 1500 | TULSA |
| 1029 | '92 | CHEVY | SERVICE TRUCK | TULSA |
| 1048 | '77 | FORD | F350 | PBO |
| 1049 | '97 | GMC | SIERRA | SEATTLE |
| 1104 | '00 | DODGE | PICKUP | IOWA |
| 1127 | '00 | DODGE | RAM | SEATTLE |
| 1141 | '98 | CHEVY | 3/4 TON | SALINA |
| 1173 | '79 | CHEVY | FLATBED | RSE-SEA |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q25**
**Summary Schedule of Owned Vehicles and Transportation Equipment**

| BBCP UNIT | YEAR | MAKE | DESCRIPTION | BRANCH LOCATION |
|---|---|---|---|---|
| 1185 | '93 | CHEVY | PICKUP | SALEM |
| 1203 | ?? | TRAIL EZE | SEMI TRAILER | ARIZONA |
| 1207 | '99 | MACK | TRUCK | ARIZONA |
| 1208 | '99 | GMC | SERVICE TRUCK | AUSTIN |
| 1209 | '99 | GMC | SERVICE TRUCK | DALLAS |
| 1222 | ?? | SPECTRE | 8x12 Deckover Trlr. | SEATTLE |
| 1229 | '01 | CHEVY | TAHOE | SEA-CORP |
| 1317 | '75 | PETERBUILT | TANK TRUCK | SEATTLE |
| 1333 | '02 | CHEVY | SILVERADO | OREGON |
| 1335 | '02 | CHEVY | SILVERADO | DALLAS |
| 1346 | | | FLATBED TRAILER | ARIZONA |
| 1349 | '99 | CHEVY | K1 | ARIZONA |
| 1393 | '99 | FORD | F450 | JLS |
| 1403 | '03 | CHEVY | SILVERADO | SEATTLE |
| 1405 | '03 | CHEVY | SILVERADO | DALLAS |
| 1406 | '03 | CHEVY | SILVERADO | IDAHO |
| 1409 | '03 | CHEVY | SILVERADO | JLS |
| 1413 | '02 | CHEVY | SILVERADO | ARIZONA |
| 1433 | '93 | INTERNATIONAL | FLATBED | JLS |
| 1435 | '89 | FORD | FLATBED | JLS |
| 1436 | '87 | FORD | UTILITY W/ CRANE | JLS-NV |
| 1442 | '01 | FORD | F350 | JLS-NV |
| 1446 | '95 | FORD | RANGER | ARIZONA |
| 1448 | '97 | FORD | RANGER | JLS |
| 1483 | '03 | CHEVY | SILVERADO | SEATTLE |
| 1484 | '99 | FORD | SERVICE TRUCK | JLS |
| 1485 | '99 | FORD | SERVICE TRUCK | JLS |
| 1508 | '90 | GMC | P.U. | ARIZONA |
| 1540 | '96 | FORD | F-350 | OK. CITY |
| 1543 | '01 | | TRAILER | LAS VEGAS |
| 1573 | '03 | | TRAILER | SPRINGFIELD |
| 1589 | '03 | CHEVY | SILVERADO | JLS |
| 1591 | '03 | CHEVY | SILVERADO | JLS |
| 1592 | '03 | CHEVY | SILVERADO | JLS |
| 1601 | '04 | GMC | YUKON | DEN-CORP |
| 1645 | '00 | GMC | SIERRA | WICHITA |
| 1755 | '98 | CHEVY | P.U. | JLS |
| 1793 | '05 | CHEVY | SILVERADO | JLS |
| 1816 | '00 | FORD | RANGER | UTAH |

# Brundage-Bone Concrete Pumping, Inc.
## Exhibit SCH B Q25
**Summary Schedule of Owned Vehicles and Transportation Equipment**

| BBCP UNIT | YEAR | MAKE | DESCRIPTION | BRANCH LOCATION |
|---|---|---|---|---|
| 1851 | '99 | FTLNR | FLD120 | OREGON |
| 1868 | '05 | LB | Util. Trlr. | DALLAS |
| 1872 | '05 | CHEVY | FLATBED | RIVERSIDE |
| 1873 | '05 | CHEVY | FLATBED | AUSTIN |
| 1874 | '03 | FORD | SERVICE TRUCK | ARIZONA |
| 1875 | '01 | FORD | SERVICE TRUCK | SAN ANTONIO |
| 1918 | '05 | FORD | SERVICE TRUCK | LAS VEGAS |
| 1933 | '05 | FORD | SERVICE TRUCK | JLS |
| 1968 | '05 | CHEVY | 5500 FLATBED | LAS VEGAS |
| 1969 | '05 | CHEVY | 4500 FLATBED | JLS |
| 1970 | '04 | CHEVY | 4500 FLATBED | ARIZONA |
| 1971 | '05 | CHEVY | 3500 | LAS VEGAS |
| 1979 | '04 | CHEVY | 4500 FLATBED | JLS |
| 1998 | '99 | INTERNATIONAL | | LAS VEGAS |
| 2017 | '06 | FORD | SERVICE TRUCK | UTAH |
| 2019 | '06 | FORD | SERVICE TRUCK | SPRINGFIELD |
| 2024 | '06 | CHEVY | 3500 | ARIZONA |
| 2026 | '06 | BIGTEX | Util. Trlr. | UTAH |
| 2125 | '06 | HALLMARK | Util. Trlr. | ARIZONA |
| 2149 | '06 | FORD | SERVICE TRUCK | JLS |
| 2202 | '99 | WILEY | TRAILER | TEMPLE, TX |
| 2203 | '99 | WILEY | TRAILER | AUSTIN |
| 2204 | '95 | | TRAILER | SAN ANTONIO |
| 2207 | '96 | CHEVY | 3500 | TEMPLE, TX |
| 2210 | '04 | CHEVY | 3500 | SAN ANTONIO |
| 2238 | '06 | CHEVY | 2500 | JLS |
| 2240 | '04 | FORD | F150 | F'VLE |
| 2242 | '06 | LOAD TRL. | Util. Trlr. | DALLAS |
| 2246 | '06 | PJ | Trlr. | ARIZONA |
| 2295 | '04 | FORD | F250 | AUSTIN |
| 2304 | '06 | MACK | TRACTOR | JLS |
| 2314 | '05 | CHEVY | SILVERADO | SAN ANTONIO |
| 2315 | '05 | FORD | F250 | DALLAS |
| 2320 | '06 | TRAIL EZE | TRAILER | JLS |
| 2321 | '06 | CHEVY | SILVERADO | JLS |
| 2322 | '06 | BIGTEX | TRAILER | COLORADO |
| 2325 | '07 | CHEVY | SILVERADO | JLS |
| 2330 | '07 | CHEVY | SILVERADO | JLS |
| 2409 | '02 | PROWLER | TRVL. TRL. | OREGON |

**Brundage-Bone Concrete Pumping, Inc.**
**Exhibit SCH B Q25**
**Summary Schedule of Owned Vehicles and Transportation Equipment**

| BBCP UNIT | YEAR | MAKE | DESCRIPTION | BRANCH LOCATION |
|---|---|---|---|---|
| 2414 | '94 | CHEVY | 3500 | SEATTLE |
| 2415 | '07 | NISSAN | US FLATBED | COLORADO |
| 2448 | '97 | DODGE | P.U. | ST. GEO. |
| 2449 | '01 | DODGE | P.U. | UTAH |
| 2467 | '07 | NISSAN | US FLATBED | DALLAS |
| 2501 | '07 | GMC | 3500 | IOWA |
| 2513 | '04 | DODGE | RAM | SEATTLE |
| 2543 | '07 | BIGTEX | TRAILER | LAS VEGAS |
| 2556 | '94 | CHEVY | SERVICE TRUCK | SALEM |
| 2565 | '07 | BIGTEX | TRAILER | ARIZONA |
| 2577 | '05 | NISSAN | TITAN | ARKANSAS-LRCK |
| 2578 | '00 | TOYOTA | SR5 | ARKANSAS-LRCK |
| 2609 | '07 | CHEVY | C1500 | UTAH |
| 2616 | '01 | GMC | T6500 | LAS VEGAS |
| 2619 | '01 | GMC | T5500 | LAS VEGAS |
| 2621 | '03 | GMC | T5500 | LAS VEGAS |
| 2623 | '04 | GMC | TW5 | LAS VEGAS |
| 2627 | '05 | FORD | F150 | LAS VEGAS |
| 2660 | '99 | ISUZU | FLATBED | ATLANTA |
| N/A | N/A | N/A | PICKUP | PBO |
| N/A | N/A | MACK | CHASSIS | PBO |
| 186/187 | '80 | MACK/LOWBOY | TRACTOR/TRLR | IDAHO |

B6C (Official Form 6C) (12/07)

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____     Case No. _____
                                            Debtor(s)                                        (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07)**

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                                    Debtor(s)                                                        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6400**<br><br>**Bank Of America Leasing**<br>**231 S Lasalle St**<br>**Chicago, IL  60604-1426** | X | | **Loan secured by equipment - multiple pumps**<br><br><br>VALUE $ **5,021,695.05** | | | | 4,440,239.41 | |
| ACCOUNT NO. **1003**<br><br>**Comerica Leasing Corporation**<br>**500 Woodward Ave**<br>**Detroit, MI  48226-3416** | X | | **Loan secured by equipment - multiple pumps**<br><br><br>VALUE $ **7,239,784.14** | | | | 6,232,034.86 | |
| ACCOUNT NO. **2001**<br><br>**Commerce Bank Leasing, Inc.**<br>**8000 Forsyth Blvd**<br>**Saint Louis, MO  63105-1797** | X | | **Loan secured by equipment - multiple pumps**<br><br><br>VALUE $ | | | | 2,321,716.51 | 2,321,716.51 |
| ACCOUNT NO. **1001**<br><br>**GE Commercial Finance**<br>**Aka GE Capital Solutions**<br>**519 Virginia Dr**<br>**Fort Washington, PA  19034** | X | | **Loan for 6461 Downing Street, Denver, CO 80229**<br><br><br>VALUE $ **1,000,000.00** | | | | 866,525.00 | |

_____**10**_____ continuation sheets attached

Subtotal
(Total of this page)    $  **13,860,515.78**    $  **2,321,716.51**

Total
(Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
       Debtor(s)                                                          (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1001**<br>**GE Commercial Finance<br>Aka GE Capital Solutions<br>519 Virginia Dr<br>Fort Washington, PA  19034** | X | | **Loan for 6475 Downing Street, Denver, CO 80229**<br><br>VALUE $ **2,000,000.00** | | | | 1,476,003.00 | |
| ACCOUNT NO.<br>**GE Commercial Finance<br>Aka GE Capital Solutions<br>519 Virginia Dr<br>Fort Washington, PA  19034** | X | | **Loan for 350 W 700 S Pleasant Grove, UT 84062**<br><br>VALUE $ **1,500,000.00** | | | | 8,662,525.00 | 7,162,525.00 |
| ACCOUNT NO. **2698**<br>**General Motors Acceptance Corp.<br>PO Box 9001948<br>Louisville, KY  40290-1948** | X | | **Loan secured by vehicle #2501**<br><br>VALUE $ | | | | 14,123.80 | 14,123.80 |
| ACCOUNT NO. **0236**<br>**GMAC<br>PO Box 78234<br>Phoenix, AZ  85062-8234** | | | **Note payable for vehicle #2501.**<br><br>VALUE $ **459,092.97** | | | | 0.00 | |
| ACCOUNT NO. **1001**<br>**Key Bank National Association<br>1675 Broadway Ste 200<br>Denver, CO  80202-4629** | X | | **Loan secured by equipment - multiple pumps**<br><br>VALUE $ **22,016,920.28** | | | | 23,903,961.50 | 1,887,041.22 |
| ACCOUNT NO. **1002**<br>**Key Bank National Association<br>1675 Broadway Ste 200<br>Denver, CO  80202-4629** | X | | **Loan secured by equipment - multiple pumps (The same collateral secures all four takedowns under the line of credit with Key Bank)**<br>VALUE $ **22,016,920.28** | | | | 0.00 | |

Sheet no. ____**1**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | $ **34,056,613.30** | $ **9,063,690.02** |
|---|---|---|---|
| | Total<br>(Use only on last page) | $ | $ |

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1003**<br><br>**Key Bank National Association**<br>**1675 Broadway Ste 200**<br>**Denver, CO  80202-4629** | X | | **Loan secured by equipment - multiple pumps (The same collateral secures all four takedowns under the line of credit with Key Bank)**<br><br>VALUE $ **22,016,920.28** | | | | **0.00** | |
| ACCOUNT NO. **1004**<br><br>**Key Bank National Association**<br>**1675 Broadway Ste 200**<br>**Denver, CO  80202-4629** | X | | **Loan secured by equipment - multiple pumps (The same collateral secures all four takedowns under the line of credit with Key Bank)**<br><br>VALUE $ **22,016,920.28** | | | | **0.00** | |
| ACCOUNT NO. **3245**<br><br>**Key Equipment Finance, Inc.**<br>**1000 S McCaslin Blvd**<br>**Superior, CO  80027-9456** | X | | **Loan secured by equipment - multiple pumps**<br><br>VALUE $ **9,718,316.10** | | | | **5,287,087.61** | **164,839.29** |
| ACCOUNT NO. **9138**<br><br>**Key Equipment Finance, Inc.**<br>**1000 S McCaslin Blvd**<br>**Superior, CO  80027-9456** | X | | **Loan secured by equipment - multiple pumps**<br><br>VALUE $ **9,718,316.10** | | | | **4,596,067.78** | |
| ACCOUNT NO. **8502**<br><br>**Lone Star Bank**<br>**2700 Bee Caves Rd Ste 100**<br>**Austin, TX  78746-5678** | X | | **Loan for 4707 West OST, Houston, TX 77015**<br><br>VALUE $ **1,000,000.00** | | | | **670,325.00** | |
| ACCOUNT NO. **7822**<br><br>**Lone Star Bank**<br>**2700 Bee Caves Rd Ste 100**<br>**Austin, TX  78746-5678** | X | | **Loan for 101 Precision Drive, Buda, TX 78610**<br><br>VALUE $ **1,000,000.00** | | | | **1,024,112.00** | **24,112.00** |

Sheet no. _____**2**__ of __**10**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  $ **11,577,592.39**  $ **188,951.29**

Total
(Use only on last page)  $_____  $_____

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                       Debtor(s)                                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **410C**<br><br>**M&I Marshall & Ilsley Bank**<br>**800 W 47th St**<br>**Kansas City, MO  64112-1251** | X | | Loan for 1025 S 48th Street, Tempe, AZ 85281<br><br>VALUE $ **1,500,000.00** | | | | 335,650.00 | |
| ACCOUNT NO. **6001**<br><br>**People's Capital And Leasing Corp.**<br>**255 Bank St**<br>**Waterbury, CT  06702-2219** | X | | Loan secured by equipment - multiple pumps<br><br>VALUE $ **3,533,598.89** | | | | 3,824,977.08 | 291,378.19 |
| ACCOUNT NO. **1001**<br><br>**PNC Equipment Finance**<br>**Two PNC Plaza, 13th Floor**<br>**620 Liberty Ave**<br>**Pittsburgh, PA  15222-2722** | X | | Loan secured by equipment - multiple pumps<br><br>VALUE $ **8,487,467.66** | | | | 4,509,970.22 | |
| ACCOUNT NO. **1002**<br><br>**PNC Equipment Finance**<br>**Two PNC Plaza, 13th Floor**<br>**620 Liberty Ave**<br>**Pittsburgh, PA  15222-2722** | X | | Loan secured by equipment - multiple pumps<br><br>VALUE $ **8,487,467.66** | | | | 4,662,727.38 | 685,229.94 |
| ACCOUNT NO. **0101**<br><br>**RBS Business Capital**<br>**53 State St**<br>**Boston, MA  02109-2802** | X | | Loan secured by equipment - multiple pumps<br><br>VALUE $ **8,514,249.91** | | | | 8,506,865.02 | |
| ACCOUNT NO. **7001**<br><br>**Sun Trust Equipment Finance**<br>**Mail Code VA-Richmond-HDQ 1022**<br>**919 E Main St 22nd Fl**<br>**Richmond, VA  23219-4625** | X | | Loan secured by equipment - multiple pumps<br><br>VALUE $ **9,539,448.44** | | | | 4,312,057.21 | |

Sheet no. _____**3**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **26,152,246.91**   $ **976,608.13**

Total (Use only on last page) $ _____   $ _____

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                        Debtor(s)                                (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001** <br><br> **Sun Trust Equipment Finance** <br> **Mail Code VA-Richmond-HDQ 1022** <br> **919 E Main St 22nd Fl** <br> **Richmond, VA  23219-4625** | X | | **Loan secured by equipment - multiple pumps** <br><br><br> VALUE $ **9,539,448.44** | | | | 4,790,885.54 | |
| ACCOUNT NO. **2001** <br><br> **Wachovia Equipment Finance** <br> **301 S College St** <br> **Charlotte, NC  28288-0738** | X | | **Loan secured by equipment - multiple pumps** <br><br><br> VALUE $ **23,430,075.13** | | | | 2,952,030.07 | |
| ACCOUNT NO. **0001** <br><br> **Wachovia Equipment Finance** <br> **301 S College St** <br> **Charlotte, NC  28288-0738** | X | | **Loan secured by equipment - multiple pumps** <br><br><br> VALUE $ **23,430,075.13** | | | | 6,675,723.07 | |
| ACCOUNT NO. **1500** <br><br> **Wachovia Equipment Finance** <br> **301 S College St** <br> **Charlotte, NC  28288-0738** | X | | **Loan secured by equipment - multiple pumps** <br><br><br> VALUE $ **23,430,075.13** | | | | 3,834,299.11 | |
| ACCOUNT NO. <br><br> **Wells Fargo Bank** <br> **1300 SW 5th Ave 14th Fl** <br> **Portland, OR  97201-5667** | X | | **Loan for 1037/1055 4th Avenue North, Kent, WA 98188** <br><br><br> VALUE $ **3,000,000.00** | | | | 1,546,250.00 | |
| ACCOUNT NO. <br><br> **Wells Fargo Bank** <br> **1300 SW 5th Ave 14th Fl** <br> **Portland, OR  97201-5667** | X | | **Loan for 2001 Hinton Drive, Irving, TX 75061** <br><br><br> VALUE $ **1,000,000.00** | | | | 1,000,000.00 | |

Sheet no. _____ **4** of _____ **10** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br> (Total of this page) | $ 20,799,187.79 | $ |
|---|---|---|---|
|  | Total <br> (Use only on last page) | $ | $ |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                   Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | X | | 2nd Loan for 1025 S 48th Street, Tempe, AZ 85281<br><br>VALUE $ **1,500,000.00** | | | | 1,158,911.00 | |
| ACCOUNT NO. **1099**<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | X | | Loan for 1627 NE Argyle, Portland, OR 97211<br><br>VALUE $ **1,500,000.00** | | | | 1,589,240.00 | 89,240.00 |
| ACCOUNT NO.<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | X | | 2nd Loan for 786 N Miller Avenue, Springfield, MO 65802<br><br>VALUE $ **1,000,000.00** | | | | 1,000,000.00 | |
| ACCOUNT NO. **745**<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | X | | Loan for 2410 E Gowan Road, N Las Vegas, NV 89030<br><br>VALUE $ **2,000,000.00** | | | | 1,972,140.00 | |
| ACCOUNT NO. **1008**<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | X | | Loan for 301 N. Cloverdale Road, Boise, ID 83713<br><br>VALUE $ **700,000.00** | | | | 704,262.00 | 4,262.00 |
| ACCOUNT NO. **0885**<br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | X | | Loan for 1983 Brown Avenue, Riverdale, CA 92509<br><br>VALUE $ **1,000,000.00** | | | | 1,044,000.00 | 44,000.00 |

Sheet no. _____**5**___ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            $ **7,468,553.00** | $ **137,502.00**

Total
(Use only on last page)       $              | $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                     Case No. _____
_____
                              Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0414**<br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5602** | X | | **Loan secured by accounts receivable and inventory.**<br><br>VALUE $ **14,328,938.82** | | | | **4,592,496.03** | |
| ACCOUNT NO. **6536**<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | | | VALUE $ | | | | **unknown** | |
| ACCOUNT NO. **6544**<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | | | VALUE $ | | | | **unknown** | |
| ACCOUNT NO. **2308**<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | | | VALUE $ | | | | **unknown** | |
| ACCOUNT NO. **0199**<br>**Wells Fargo Bank**<br>**PO Box 54780**<br>**Los Angeles, CA  90054** | | | VALUE $ | | | | **unknown** | |
| ACCOUNT NO. **4919**<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | | | VALUE $ | | | | **unknown** | |

Sheet no. _____**6**_____ of _____**10**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **4,592,496.03** | $ |
|---|---|---|---|
|  | Total (Use only on last page) | $ | $ |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7578**<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | | | <br><br>VALUE $ | | | | **unknown** | |
| ACCOUNT NO. **4759**<br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | | | <br><br>VALUE $ | | | | **unknown** | |
| ACCOUNT NO. **0513**<br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | X | | **Loan secured by equipment - multiple pumps**<br><br>VALUE $ **34,256,317.04** | | | | 23,494,750.00 | |
| ACCOUNT NO. **0547**<br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | X | | **Loan secured by equipment - multiple pumps**<br><br>VALUE $ **34,256,317.04** | | | | 3,977,864.00 | |
| ACCOUNT NO. **0588**<br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | X | | **Loan secured by equipment - multiple pumps**<br><br>VALUE $ **34,256,317.04** | | | | 7,802,733.00 | 1,019,029.96 |
| ACCOUNT NO. **0851**<br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | X | | **Loan for 1893 Brown Avenue, Riverside, CA 92509**<br><br>VALUE $ **1,000,000.00** | | | | 1,177,500.00 | 1,177,500.00 |

Sheet no. _____**7**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $ **36,452,847.00**  $ **2,196,529.96**

Total
(Use only on last page)   $                    $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **26**<br><br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR 97201-5667** | X | | **Loan for 1055 4th Avenue North, Kent, WA**<br><br>VALUE $ **3,000,000.00** | | | | 368,750.00 | |
| ACCOUNT NO. **un01**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - multiple pumps**<br><br>VALUE $ **83,866,660.79** | | | | 66,957,352.71 | |
| ACCOUNT NO. **7701**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - pump #1661**<br><br>VALUE $ **83,866,660.79** | | | | 282,133.76 | |
| ACCOUNT NO. **7702**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - pump #1662**<br><br>VALUE $ **83,866,660.79** | | | | 175,039.60 | |
| ACCOUNT NO. **7703**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - pump #1663**<br><br>VALUE $ **83,866,660.79** | | | | 175,039.60 | |
| ACCOUNT NO. **7704**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - pump #1665**<br><br>VALUE $ **83,866,660.79** | | | | 200,148.40 | |

Sheet no. _____ **8** of _____ **10** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | $ **68,158,464.07** | $ |
|---|---|---|---|
| | Total (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7705**<br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - pump #1666**<br><br>VALUE $ **83,866,660.79** | | | | **285,991.68** | |
| ACCOUNT NO. **7706**<br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - pump #1670**<br><br>VALUE $ **83,866,660.79** | | | | **200,148.40** | |
| ACCOUNT NO. **7708**<br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - pump #1674**<br><br>VALUE $ **83,866,660.79** | | | | **0.00** | |
| ACCOUNT NO. **7709**<br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - pump #1675**<br><br>VALUE $ **83,866,660.79** | | | | **282,133.76** | |
| ACCOUNT NO. **7710**<br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - pump #1677**<br><br>VALUE $ **83,866,660.79** | | | | **160,707.44** | |
| ACCOUNT NO. **7711**<br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ 85282-1839** | X | | **Loan secured by equipment - pump #1680**<br><br>VALUE $ **83,866,660.79** | | | | **198,804.08** | |

Sheet no. _____ **9** of _____ **10** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **1,127,785.36**  $

Total (Use only on last page) $          $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07) - Cont.**

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                           (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7712** <br><br>**Wells Fargo Equipment Finance (CIT)** <br>**1540 W Fountainhead Pkwy** <br>**Tempe, AZ  85282-1839** | X | | **Loan secured by equipment - multiple pumps** <br><br><br>VALUE $ **83,866,660.79** | | | | 2,214,290.50 | |
| ACCOUNT NO. <br><br><br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br>VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br><br> | | | <br>VALUE $ | | | | | |

Sheet no. _____**10**_____ of _____**10**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal <br>(Total of this page) | $ **2,214,290.50** | $ |
|---|---|---|---|
|  | Total <br>(Use only on last page) | $ **226,460,592.13** | $ **14,884,997.91** |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____

Debtor(s)                                                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ **67** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                                Debtor(s)                                 (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Contributions to employee benefit plans

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **F&M Bank & Trust, Depository** <br> **IUOE, Local Union Local #627** <br> **PO Box 21228** <br> **Tulsa, OK  74121-1228** | | | | | | | 0.00 | | |
| **ACCOUNT NO.** <br> **Int'l Union Of Operating Engineers** <br> **Local Union No. 302 & 612** <br> **PO Box 34205** <br> **Seattle, WA  98124-1205** | | | | | | | 0.00 | | |
| **ACCOUNT NO.** <br> **Int'l Union Of Operating Engineers** <br> **Local Union No. 101** <br> **6601 Winchester Ave Ste 280** <br> **Kansas City, MO  64133-4678** | | | | | | | 0.00 | | |
| **ACCOUNT NO.** <br> **Int'l Union Of Operating Engineers** <br> **Local Union No. 370** <br> **PO Box 3386** <br> **Spokane, WA  99220-3386** | | | | | | | 0.00 | | |
| **ACCOUNT NO.** <br> **Int'l Union Of Operating Engineers** <br> **Local Union No. 370** <br> **Southern Idaho Ofc** <br> **Pocatello, ID  83204-1284** | | | | | | | 0.00 | | |
| **ACCOUNT NO.** <br> **Int'l Union Of Operating Engineers** <br> **Local Union No. 400** <br> **PO Box 5929** <br> **Helena, MT  59604-5929** | | | | | | | 0.00 | | |

Sheet no. \_\_\_**1**\_\_\_ of \_\_\_**67**\_\_\_ continuation sheets attached to          Subtotal
Schedule of Creditors Holding Unsecured Priority Claims      (Totals of this page)   $          $          $

                                                               Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

                                                               Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)            $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                        Debtor(s)                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Contributions to employee benefit plans
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Int'l Union Of Operating Engineers Local Union No. 324**<br>**22260 Haggerty Rd Ste 350**<br>**Northville, MI  48167-8984** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br><br>**Int'l Union Of Operating Engineers Local Union No. 701**<br>**555 1st St**<br>**Gladstone, OR  97027-2501** | | | **Unit A and Unit B collective bargaining labor union Agreements dated November 1, 2006.** | | | | 0.00 | | |
| ACCOUNT NO.<br><br>**Int'l Union Of Operating Engineers Local Union No. 101**<br>**PO Box 870860**<br>**Kansas City, MO  64187-0860** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br><br>**Washington and Northern Idaho District council of Laborers**<br>**PO Box 12917**<br>**Mill Creek, WA  98082-0917** | | | **Collective bargaining labor union Agreement dated March 10, 2008.** | | | | 0.00 | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**2**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $            | $            | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)        | $            | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ADA County Assessor**<br>**9115 Chinden, Ste 103**<br>**Garden City, ID  83714** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**Ada County Sheriff**<br>**Civil Section**<br>**7200 W Barrister Dr**<br>**Boise, ID  83704-9217** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**ADA County Treasurer**<br>**P.O. Box 2868**<br>**Boise, ID  83701** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**Adams County Clerk/Recorder**<br>**PO Box 5011**<br>**Brighton, CO  80601** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**Adams County Clerk/Recorder**<br>**450 S. 4th Ave. Suite 101**<br>**Brighton, CO  80601-3198** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**Adams County Combined Court**<br>**1100 Judicial Center Drive**<br>**Brighton, CO  80601** | | | | | | | **0.00** | | |

Sheet no. __3__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ _____  $ _____  $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ _____  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                                      
                          Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Adams County Treasurer** <br> **450 South 4th Avenue, Suite 303** <br> **Brighton, CO  80601-3194** | | | | | | | 0.00 | | |
| ACCOUNT NO. **2141** <br> **Alabama Department of Revenue** <br> **Business Privilege Tax Section** <br> **PO Box 327320** <br> **Montgomery, AL  36132-7320** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Alabama Dept of Industrial Relations** <br> **649 Monroe Street** <br> **Montgomery, AL  36131** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Alma City Court** <br> **804 Fayettville Ave** <br> **Alma, AR  72921** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Arapahoe County Clerk & Recorder** <br> **Recording Division** <br> **5334 S. Prince St.** <br> **Littleton, CO  80166-0060** | | | | | | | 0.00 | | |
| ACCOUNT NO. **5525** <br> **Arizona Dept of Economic Security** <br> **P.O.Box 6028** <br> **Phoenix, AZ  85005-6028** | | | | | | | 0.00 | | |

Sheet no. **4** of **67** continuation sheets attached to        Subtotal
Schedule of Creditors Holding Unsecured Priority Claims        (Totals of this page) $ _____    $ _____    $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ _____    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc.__ _____   Case No. _____
                                Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

*© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Arizona Dept of Revenue**<br>**P.O. Box 29070**<br>**Phoenix, AZ  85038-9070** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9009**<br>**Arizona Dept of Revenue**<br>**Post Office Box 29009**<br>**Phoenix, AZ  85038-9009** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Arizona Dept of Revenue**<br>**Severance Tax Return**<br>**PO Box 29010**<br>**Phoenix, AZ  85038-9010** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Arizona Dept of Revenue**<br>**Attn: Collections**<br>**1600 W Monroe St**<br>**Phoenix, AZ  85007-2612** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Arizona Unemployment**<br>**DES - Unemployment Tax, Emp 2669552-5**<br>**PO Box 6028**<br>**Phoenix, AZ  85005-6028** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9663**<br>**Arkansas Department of Workforce Service**<br>**Post Office Box 8007**<br>**Little Rock, AR  72203-8007** | | | | | | | 0.00 | | |

Sheet no. _____**5**_____ of _____**67**_____ continuation sheets attached to            Subtotal
Schedule of Creditors Holding Unsecured Priority Claims      (Totals of this page)    $            $           $

                                                     Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

                                                       Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)           $           $

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                              _____
                    Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Arkansas Dept of Finance and Admin** Office of Motor Vehicle PO Box 1272 Little Rock, AR  72203-1272 | | | | | | | 0.00 | | |
| ACCOUNT NO. **9663** **Arkansas Dept. of Workforce Services** P.O. Box 8007 Little Rock, AR  72203-8007 | | | | | | | 0.00 | | |
| ACCOUNT NO. **Arkansas Secretary of State** **Business & Commercial Services** PO Box 8014 Little Rock, AR  72203-8014 | | | Franchise Tax | | | | 0.00 | | |
| ACCOUNT NO. **Arkansas State Highway & Transportation** Fiscal Services Division PO Box 2261 Little Rock, AR  72203-2261 | | | | | | | 0.00 | | |
| ACCOUNT NO. **Arkansas Withholding Finance & Administr** PO Box 9941 Little Rock, AR  72203-9941 | | | | | | | 0.00 | | |
| ACCOUNT NO. **Bell County Tax Assessor** **411 E. Central** **PO Box 669** **Belton, TX  76513-0669** | | | | | | | 0.00 | | |

Sheet no. __**6**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____  $ _____  $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ _____  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                          Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bexar Cnty Tax Assessor-Col** **233 N. Pecos LA Trinidad** **PO Box 839950** **San Antonio, TX 78283-3950** | | | | | | | 0.00 | | |
| ACCOUNT NO. **Bexar County Taxes** **P.O.Box 839950** **San Antonio, TX 78283-3950** | | | | | | | 0.00 | | |
| ACCOUNT NO. **Boone County Collector - Patricia S. Len** **801 E. Walnut, Room 118** **Columbia, MO 65201-4890** | | | | | | | 0.00 | | |
| ACCOUNT NO. **Boulder County Clerk & Recorder** **1750 33rd St.** **Boulder, CO 80301** | | | | | | | 0.00 | | |
| ACCOUNT NO. **Broomfield Combined Court** **17 Descombes Drive** **Broomfield, CO 80020** | | | | | | | 0.00 | | |
| ACCOUNT NO. **Butte County Magistrate Court** **P.O. Box 171** **Arco, ID 83213** | | | | | | | 0.00 | | |

Sheet no. **7** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____  $ _____  $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ _____  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc.                                 Case No. _____
_____
                    Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Butte Justice Court**<br>**155 W. Granite St.**<br>**Butte, MT  59701** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**CA Franchise Tax**<br>**P.O. BOX 942867**<br>**Sacramento, CA  94267-0011** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**CA Franchise Tax Board**<br>**PO Box 1468**<br>**Sacramento, CA  95812-1468** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**CA Franchise Tax Board**<br>**Vehicle Registration Collections**<br>**P.O. Box 419001**<br>**Rancho Cordova, CA  95741-9001** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**CA State Disbursement Unit**<br>**P.O. Box 989067**<br>**West Sacramento, CA  95798** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**California Department of Motor Vehicle**<br>**PO Box 51061**<br>**Los Angeles, CA  90051-5361** | | | | | | | **0.00** | | |

Sheet no. ___8___ of ___67___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)          $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**California Dept of Motor Vehicle**<br>PO Box 942869<br>Sacramento, CA 94269 | | | | | | | 0.00 | | |
| ACCOUNT NO. **5020**<br>California Employment Development Dept.<br>P.O.Box 826288<br>Sacramento, CA 94230-6288 | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**California Highway Patrol**<br>**Rainbow Inspection Facility**<br>**736 Rainbow Valley Blvd. West**<br>**Fallbrook, CA 92028** | | | | | | | 0.00 | | |
| ACCOUNT NO. **1391**<br>**California Secretary of State**<br>**Statement of Information Unit**<br>PO Box 944230<br>Sacramento, CA 94244-2300 | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**California State Controller**<br>**Unclaimed Property Division**<br>PO Box 942850<br>Sacramento, CA 94250-0001 | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**California Superior Court**<br>**County of Riverside**<br>**505 S Buena Vista Ave**<br>**Corona, CA 92882-1901** | | | | | | | 0.00 | | |

Sheet no. ___**9**___ of ___**67**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ | $ | $ |
|---|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total<br>(Use only on last page of the completed Schedule E. If applicable,<br>report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Canyon County Assesor Motor Vehicle Div. 1115 Albany Caldwell, ID 83605-3542** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Cascade District Court 415 E. Burke Arlington, WA 98223** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City and County of Denver Parking Violations Bureau PO Box 46500 Denver, CO 80201-6500** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City and County of Denver Manager of Revenue 144 W Colfax Ave Denver, CO 80202-5391** | | | | | | | 0.00 | | |
| ACCOUNT NO. **6935** <br> **Clty and County of Denver Treasury Division PO Box 17430 Denver, CO 80217-0430** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City of Aberdeen, Finance Dept. 200 E. Market St. Aberdeen, WA 98520-5207** | | | | | | | 0.00 | | |

Sheet no. __10__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ | $ | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                             Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Anaheim**<br>**P.O. Box 61042**<br>**Anaheim, CA  92803-6142** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Apache Junction**<br>**Tax & Licensing Division**<br>**300 E Superstition Blvd**<br>**Apache Junction, AZ  85219-2825** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Arcadia**<br>**Cashier's Office**<br>**PO Box 60021**<br>**Arcadia, CA  91066-6021** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Auburn**<br>**Permit Center**<br>**25 W Main St**<br>**Auburn, WA  98001-4998** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Aurora**<br>**15151 East Alameda Dr. 3rd Floor**<br>**Aurora, CO  80012** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Austin**<br>**700 East 7th Street**<br>**PO Box 2135**<br>**Austin, TX  78768-2135** | | | | | | | 0.00 | | |

Sheet no. __11__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $           $           $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)           $           $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Bainbridge Island**<br>**280 Madison Avenue North**<br>**Bainbridge Island, WA  98110-1812** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Battle Ground**<br>**109 SW 1st Street Ste 217**<br>**Battle Ground, WA  98604-2818** | | | | | | | 0.00 | | |
| ACCOUNT NO. **6148**<br>**City of Beaumont**<br>**PO Box 521**<br>**Beaumont, TX  77704** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Bellevue**<br>**PO Box 34372**<br>**Seattle, WA  98124-1372** | | | | | | | 0.00 | | |
| ACCOUNT NO. **2802**<br>**City of Boise Utility Billing**<br>**PO Box 2760**<br>**Boise, ID  83701** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Brea**<br>**Business License Tax Div.**<br>**1 Civic Center Cir**<br>**Brea, CA  92821-5732** | | | | | | | 0.00 | | |

Sheet no. __12__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____ | $ _____ | $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ _____ | $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **City of Bremerton** <br> **Tax & License Division** <br> **345 6th St Ste 600** <br> **Bremerton, WA  98337-1873** | | | | | | | 0.00 | | |
| ACCOUNT NO. **1481** <br> **City of Buda** <br> **PO  Box 1218** <br> **Buda, TX  78610** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City of Bullhead City** <br> **Finance Department / BL** <br> **PO Box 23189** <br> **Bullhead City, AZ  86439-3189** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City of Burien** <br> **PO Box 314** <br> **Seahurst, WA  98062** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City of Centralia** <br> **Office of the City Clerk** <br> **PO Box 609** <br> **Centralia, WA  98531-0609** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City of Cerritos** <br> **18125 Bloomfield Ave.** <br> **Cerritos, CA  90703-3130** | | | | | | | 0.00 | | |

Sheet no. __13__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc.__ _____     Case No. _____
                           Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4300**<br>**City of Colorado Springs**<br>**Sales Tax Division**<br>**Dept 2408**<br>**Denver, CO 80256-0001** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Denton**<br>**215 E. McKinney**<br>**Denton, TX 76201-4229** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Des Moines**<br>**21630 11th Avenue South**<br>**Seattle, WA 98198** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Des Moines**<br>**P.O.Box 314**<br>**Seahurst, WA 98062** | | | | | | | 0.00 | | |
| ACCOUNT NO. **0201**<br>**City of Downey**<br>**11111 Brookshire Ave.**<br>**Downey, CA 90241** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of DuPont**<br>**1700 Civic Dr.**<br>**Dupont, WA 98327** | | | | | | | 0.00 | | |

Sheet no. __14__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal<br>(Totals of this page) | $ | $ | $ |
|---|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
|  | Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                             (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **City of Everett, Business Tax Division** 2930 Wetmore Ave. Everett, WA 98201 | | | | | | | 0.00 | | |
| ACCOUNT NO. **0001** **City of Everman** 212 North Race Fort Worth, TX 76140 | | | | | | | 0.00 | | |
| ACCOUNT NO. **3074** **City of Gillette** Utilities Dept. Customer Serv. Division PO Box 3003 Gillette, WY 82717-3003 | | | | | | | 0.00 | | |
| ACCOUNT NO. **City of Hemet** 445 East Florida Ave Hemet, CA 92543-4209 | | | | | | | 0.00 | | |
| ACCOUNT NO. **1207** **City of Hesperia** Water District 9700 7th Ave Hesperia, CA 92345-3493 | | | | | | | 0.00 | | |
| ACCOUNT NO. **City of Hoquiam** 609 8th St Hoquiam, WA 98550 | | | | | | | 0.00 | | |

Sheet no. **15** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $          $          $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc.                                    Case No. _____
                        Debtor(s)                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **City of Houston** <br> **Solid Waste Management Dept.** <br> **PO Box 1562** <br> **Houston, TX 77251-1562** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City of Houston** <br> **Fire Department Permits** <br> **PO Box 3625** <br> **Houston, TX 77253-3625** | | | | | | | 0.00 | | |
| ACCOUNT NO. **5023** <br> **City of Houston** <br> **Dept of Public Works and Engineering** <br> **PO Box 1560** <br> **Houston, TX 77251-1560** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City of Houston, Permit Office - Fire** <br> **P.O. Box 61167** <br> **Houston, TX 77201-1167** | | | | | | | 0.00 | | |
| ACCOUNT NO. **5800** <br> **City of Iowa Falls** <br> **315 Stevens Street** <br> **PO Box 698** <br> **Iowa Falls, IA 50126-0698** | | | | | | | 0.00 | | |
| ACCOUNT NO. **6800** <br> **City of Iowa Falls** <br> **PO Box 698** <br> **Iowa Falls, IA 50126-0698** | | | | | | | 0.00 | | |

Sheet no. __16__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $_____   $_____   $_____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $_____

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $_____   $_____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
                              Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Irving**<br>**Revenue Collections**<br>**PO Box 152288**<br>**Irving, TX  75015-2288** | | | | | | | 0.00 | | |
| ACCOUNT NO. **0895**<br>**City of Irving**<br>**P.O.Box 840534**<br>**Dallas, TX  75284-0534** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9701**<br>**City of Irving**<br>**PO Box 152288**<br>**Irving, TX  75015-2288** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Issaquah,  Finance Dept**<br>**PO Box 1307**<br>**Issaquah, WA  98027-1307** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Kennewick**<br>**210 W. 6th Avenue**<br>**PO Box 6108**<br>**Kennewick, WA  99336-0108** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Kent**<br>**220 4th Ave. South**<br>**Kent, WA  98032-5895** | | | | | | | 0.00 | | |

Sheet no. __**17**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $               $               $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)                    $               $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                          Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0792** <br> **City of Kent** <br> **P.O Box 84665** <br> **Seattle,    98124-5965** | | | | | | | **0.00** | | |
| ACCOUNT NO. **1530** <br> **City of Kent** <br> **Attn: Customer Services** <br> **220 4th Ave S** <br> **Kent, WA  98032-5895** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **City of Kent - Fire Prevention** <br> **220 4th Ave South** <br> **Kent,,    98032-5895** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **City of Kimberling** <br> **PO Box 370** <br> **Kimberling City, MO  65686** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **City of Kirkland** <br> **123 Fifth Avenue** <br> **Kirkland, WA  98033-6189** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **City of Lacey** <br> **P.O.Box 3400** <br> **Lacey, WA  98509-3400** | | | | | | | **0.00** | | |

Sheet no. __**18**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)        $ ____        $ ____        $ ____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)        $ ____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)        $ ____        $ ____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                       Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Lacey**<br>**PO Box 5000**<br>**Lacey, WA  98509-5000** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9284**<br>**City of Lacey**<br>**P.O. Box 5000**<br>**420 College St SE**<br>**Lacey, WA  98503-1238** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Lakewood**<br>**6000  Main St SW**<br>**Lakewood, WA  98499** | | | | | | | 0.00 | | |
| ACCOUNT NO. **4243**<br>**City of Longmont**<br>**Dept of Finance / Civic Center Complex**<br>**350 Kimbark St**<br>**Longmont, CO  80501-5937** | | | Sales/Use Tax | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Los Angeles**<br>**Parking Enforcement Detail**<br>**P.O.Box 30629**<br>**Los Angeles, CA  90030-0629** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Los Angeles**<br>**Parking Violations Bureau**<br>**PO Box 30420**<br>**Los Angeles, CA  90030** | | | | | | | 0.00 | | |

Sheet no. __**19**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $_____  $_____  $_____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $_____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)  $_____  $_____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                        Case No. _____
_____
                    Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **City of Los Angeles** <br> **Office of Finance** <br> **PO Box 55806** <br> **Los Angeles, CA  90074-5806** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **City of Marysville** <br> **P.O.Box 94380** <br> **Seattle, WA  98124-6680** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **City of Mercer Island** <br> **9611 SE 36th St.** <br> **Mercer Island, WA  98040-3732** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **City of Mesquite** <br> **10 E. Mesquite Blvd.** <br> **Mesquite, NV  89027** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **City of Monterey Park** <br> **Attn: Bus License Dept.** <br> **320 W Newmark Ave** <br> **Monterey Park, CA  91754-2818** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **City of Montery Park** <br> **Attn: Bus License Dept.** <br> **320 West Newmark Ave.** <br> **Monterey Park, CA  91754** | | | | | | | **0.00** | | |

Sheet no. __20__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $ _____    $ _____    $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                        Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Norman**<br>**Municipal Criminal Court**<br>**201 W Gray St Bldg B**<br>**Norman, OK  73069-7108** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Norman**<br>**P.O.Box 370**<br>**Norman, OK  73070** | | | | | | | 0.00 | | |
| ACCOUNT NO. **3602**<br>**City of North Las Vegas**<br>**Utilities Department**<br>**PO Box 360118**<br>**North Las Vegas, NV  89036-0118** | | | | | | | 0.00 | | |
| ACCOUNT NO. **2302**<br>**City of North Las Vegas**<br>**Utilities Department**<br>**PO Box 360118**<br>**North Las Vegas, NV  89036-0118** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of North Las Vegas**<br>**Civic Center Drive, District #54**<br>**PO Box 60559**<br>**Los Angeles, CA  90060-0559** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of North Las Vegas**<br>**Business License Division**<br>**2200 Civic Center Dr**<br>**North Las Vegas, NV  89030-6307** | | | | | | | 0.00 | | |

Sheet no. __21__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)            $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Oklahoma City**<br>**Permit & ID Division**<br>**PO Box 268837**<br>**Oklahoma City, OK  73126-8837** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Pasco**<br>**City Clerk's Office**<br>**525 N 3rd Ave**<br>**Pasco, WA  99301-5320** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Port Orchard**<br>**216 Prospect St**<br>**Port Orchard, WA  98366** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Port Townsend**<br>**250 Madison St., Suite 1**<br>**Port Townsend, WA  98368** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Portland**<br>**Revenue Bureau**<br>**111 SW Columbia St Ste 600**<br>**Portland, OR  97201-5840** | | | | | | | 0.00 | | |
| ACCOUNT NO. **2300**<br>**City of Portland**<br>**Water Bureau**<br>**PO Box 4216**<br>**Portland, OR  97208-4216** | | | | | | | 0.00 | | |

Sheet no. __**22**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $          |   $          |   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)                  $          |   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2300**<br>**City of Portland**<br>**Revenue Bureau**<br>**PO Box 4216**<br>**Portland, OR  97208-4216** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Poulsbo**<br>**City Clerk's Office**<br>**PO Box 98**<br>**Poulsbo, WA  98370-0098** | | | | | | | 0.00 | | |
| ACCOUNT NO. **4882**<br>**City of Pueblo, Sales Tax Division**<br>**PO Box 1427**<br>**Pueblo, CO  81002** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Rancho Mirage**<br>**69825 Highway 111**<br>**Rancho Mirage, CA  92270-2898** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Raymond**<br>**City Treasurer**<br>**230 2nd St**<br>**Raymond, WA  98577-2406** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Redmond**<br>**Business Licenses**<br>**PO Box 3745**<br>**Seattle, WA  98124-3745** | | | | | | | 0.00 | | |

Sheet no. __23__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $              $              $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)                    $              $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Brundage-Bone Concrete Pumping, Inc._____  Case No. _____
                       Debtor(s)                                       (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Renton**<br>**Business Licenses**<br>**1055 S Grady Way**<br>**Renton, WA 98057-3232** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**City of Richland**<br>**Dept of Licensing**<br>**PO Box 9034**<br>**Olympia, WA 98507-9034** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**City of Riverside**<br>**Finance Dept.**<br>**3900 Main St.**<br>**Riverside, CA 92522-0001** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**City of Roy**<br>**P.O.Box 700**<br>**Roy, WA 98580** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**City of Salem**<br>**PO Box 3256**<br>**Portland, OR 97208-3256** | | | | | | | **0.00** | | |
| ACCOUNT NO. **7682**<br>**City of San Bernardino**<br>**City Clerk**<br>**P.O.Box 1318**<br>**San Bernardino, CA 92402-1318** | | | | | | | **0.00** | | |

Sheet no. __24__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $                $              $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $           $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
       Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of San Dimas**<br>**245 E. Bonita Ave.**<br>**San Dimas, CA 91773** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of San Dimas**<br>**Parking Administration**<br>**PO Box 25120**<br>**Santa Ana, CA 92799-5120** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Santa Maria**<br>**110 E. Cook Street, Rm 5**<br>**Santa Maria, CA 93454-5190** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Seatac**<br>**Finance Department**<br>**4800 S. 188th Street**<br>**Sea Tac, 98188-8605** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Seattle**<br>**Seattle City Treasurer**<br>**600 4th Ave**<br>**Seattle, WA 98104-1850** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Seattle**<br>**Parking Administration**<br>**PO Box C-34109**<br>**Seattle, WA 98124-1109** | | | | | | | 0.00 | | |

Sheet no. __25__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____  $ _____  $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ _____  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                        Case No. _____
_____
           Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**City of Seattle**<br>**Revenue & Consumer Affairs**<br>**PO Box 34907**<br>**Seattle, WA  98124-1907** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Seattle**<br>**Revenue & Consumer Affairs**<br>**P.O.Box 34904**<br>**Seattle, WA  98124-1904** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Seattle/Seattle City Light**<br>**P.O. Box 34017**<br>**Seattle, WA  98124-1017** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Shelton**<br>**City Treasurer**<br>**525 W Cota St**<br>**Shelton, WA  98584-2239** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Snoqualmie**<br>**PO Box 987**<br>**Snoqualmie, WA  98065** | | | | | | | 0.00 | | |
| ACCOUNT NO. **0202**<br>**City of South  Salt Lake**<br>**220 E. Morris Ave. 2430 S.**<br>**Salt Lake City, UT  84115** | | | | | | | 0.00 | | |

Sheet no. __26__ of __67__ continuation sheets attached to                        Subtotal
Schedule of Creditors Holding Unsecured Priority Claims               (Totals of this page)  $              $              $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)          $              $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc.__     Case No. _____
                    Debtor(s)                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5061** <br><br>**City of Springdale**<br>**City Clerk**<br>**201 Spring St**<br>**Springdale, AR  72764-4554** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br>**City of Springfield Missouri**<br>**Department of Finance - License Division**<br>**PO Box 8368**<br>**Springfield, MO  65801-8368** | | | | | | | 0.00 | | |
| ACCOUNT NO. **6801** <br><br>**City of St. George**<br>**P.O.Box 1750**<br>**Saint George, UT  84771-1750** | | | Utilities | | | | 0.00 | | |
| ACCOUNT NO. <br><br>**City of Tacoma, Dept of Finance**<br>**Tax and License Division**<br>**PO Box 11640**<br>**Tacoma, WA  98411-6640** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br>**City of Tempe**<br>**P.O. Box 5002**<br>**660 S Mill Ave Ste 105**<br>**Tempe, AZ  85281-3667** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9859** <br><br>**City of Tempe**<br>**PO Box 29617**<br>**Phoenix, AZ  85038-9617** | | | | | | | 0.00 | | |

Sheet no. __27__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $         $         $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)     $         $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                         Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **City of Tempe** <br> **Attn:Alarm Coordinator** <br> **PO Box 29615** <br> **Phoenix, AZ 85038-9615** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9865** <br> **City of Tempe Tax & Liens** <br> **PO Box 29618** <br> **Phoenix, AZ 85038-9618** | | | Sales Tax | | | | 0.00 | | |
| ACCOUNT NO. **5520** <br> **City of Temple** <br> **PO Box 878** <br> **Temple, TX 76503-0878** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City of Tucson** <br> **Permit Application Information** <br> **1310 W Miracle Mile** <br> **Tucson, AZ 85705-3772** | | | | | | | 0.00 | | |
| ACCOUNT NO. **0042** <br> **City of Tulsa** <br> **Utilities Services** <br> **Tulsa, OK 74187-0002** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **City of Tumwater** <br> **Business and Occupation Tax Return** <br> **555 Israel Rd SW** <br> **Tumwater, WA 98501-6515** | | | | | | | 0.00 | | |

Sheet no. **28** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $           $           $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $           $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____                                    (If known)
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1084** **City of Tyler** **Tyler Water Utilities** **PO Box 336** **Tyler, TX 75710-0336** | | | | | | | 0.00 | | |
| ACCOUNT NO. **1046** **City of Vancouver** **Financial Services** **PO Box 8995** **Vancouver, WA 98668-8995** | | | | | | | 0.00 | | |
| ACCOUNT NO. **City of West Covina** **Parking Citations** **P.O. Box 1142** **West Covina, CA 91793** | | | | | | | 0.00 | | |
| ACCOUNT NO. **City of West Richland** **3801 W. Van Giesen** **West Richland, WA 99353** | | | | | | | 0.00 | | |
| ACCOUNT NO. **3101** **City of Westminster** **PO Box 17107** **Denver, CO 80217-7107** | | | Sales-Use Tax | | | | 0.00 | | |
| ACCOUNT NO. **City of Westport** **City Treasurer - City Hall** **PO Box 505** **Westport, WA 98595-0505** | | | | | | | 0.00 | | |

Sheet no. __29__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $         $         $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $         $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                   Debtor(s)                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2663**<br>**City of Wichita**<br>**Water & Sewer Dept - 8th Floor**<br>**455 N Main St**<br>**Wichita, KS  67202-1600** | | | | | | | 0.00 | | |
| ACCOUNT NO. **3298**<br>**City of Wichita**<br>**Water & Sewer Dept - 8th Floor**<br>**455 N Main St**<br>**Wichita, KS  67202-1600** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**City of Woodland**<br>**Office of Clerk-Tresurer**<br>**PO Box 9**<br>**Woodland, WA  98674-0100** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Clark County Business License**<br>**P.O. Box 551810**<br>**Las Vegas, NV 89155-1810** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Clark County District Court**<br>**1200 Franklin St.**<br>**Vancouver, WA  98666** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Clark County Treasurer**<br>**500 S. Grand Central Pkwy  1st Floor**<br>**P.O.Box 551220**<br>**Las Vegas, NV  89155-1220** | | | | | | | 0.00 | | |

Sheet no. **30** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $        $        $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $        $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Clayton County Community Development**<br>**Business License Division**<br>**121 S McDonough St Stop 2**<br>**Jonesboro, GA  30236-3651** | | | | | | | 0.00 | | |
| ACCOUNT NO. **8803**<br>**Clayton County Water Authority**<br>**526 Forest Parkway, Ste A**<br>**Forest Park, GA  30297** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Clerk of the Combined Court**<br>**Attn: Bookkeeping**<br>**100 Jefferson County Pkwy**<br>**Golden, CO  80401-6000** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Clerk of the Court**<br>**135 N. Alessandro Rd.**<br>**Banning, CA  92220** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Clerk of the Court**<br>**Information Payment Center**<br>**PO Box 5400**<br>**Fullerton, CA  92838-0400** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Clerk of the Court**<br>**Payment Processing Center**<br>**505 S Buena Vista Ave Ste 201**<br>**Corona, CA  92882-1901** | | | | | | | 0.00 | | |

Sheet no. __31__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $　　　　　$　　　　　$

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) 　　　$　　　　　$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____     Case No. _____
                           Debtor(s)                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Clerk of the Gunnison County Court**<br>**200 East Virginia Ave.**<br>**Gunnison, CO  81230** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Cleveland County Treasurer**<br>**201 South Jones, Suite 100**<br>**Norman, OK  73069-6076** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Colorado Attorney General**<br>**1525 Sherman St**<br>**Denver, CO  80203-1714** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Colorado Department Of Revenue**<br>**Tax Audit And Compliance Division**<br>**1375 Sherman St Rm 504**<br>**Denver, CO  80203-2246** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Colorado Department of Revenue**<br>**State Withholding Tax**<br>**1375 Sherman Street**<br>**Denver, CO  80261-0001** | | | | | | | 0.00 | | |
| ACCOUNT NO. **0000**<br>**Colorado Department of Revenue**<br>**Sales & Use Tax**<br>**1375 Sherman Street**<br>**Denver, CO  80261-0013** | | | Sales & Use Tax | | | | 0.00 | | |

Sheet no. __**32**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

                                                        Subtotal
(Totals of this page) $        $        $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)            $       $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                    Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Colorado Department of Revenue<br>Auto Industry Division<br>Denver, CO  80261-0016** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Colorado Department of Treasury<br>1580 Logan St Suite 500<br>Denver, CO  80203** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Colorado Dept of Labor & Employment<br>Unemployment Insurance Tax<br>P.O.Box 956<br>Denver,    80201-0956** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Colorado Secretary of State<br>1700 Broadway, Suite 300<br>Denver, CO  80290** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Colorado Springs Municipal Court<br>224 E. Kiowa St.<br>Colorado Springs, CO  80903** | | | | | | | 0.00 | | |
| ACCOUNT NO. **2003**<br>**Colorado Unemployment Tax<br>Colorado State Treasurer<br>PO Box 46541<br>Denver, CO  80201-6541** | | | | | | | 0.00 | | |

Sheet no. __33__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ _____    $ _____    $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____    $ _____

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                              Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**County Treasurer Office**<br>**PO Box 2930**<br>**Wichita, KS  67201** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Dallas County Tax Assessor-Collector**<br>**Records Bldg, 500 Elm St.**<br>**PO Box 139033**<br>**Dallas, TX  75313-9033** | | | | | | | 0.00 | | |
| ACCOUNT NO. **6935**<br>**Denver Occupational Privilege Tax**<br>**Manager of Revenue / Treasury Division**<br>**PO Box 17440**<br>**Denver,    80217-0440** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Denver Parking Violations Bureau**<br>**PO Box 46500**<br>**Denver, CO  80201-6500** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Denver Police Department**<br>**1331 Cherokee St.**<br>**Records Room #420**<br>**Denver, CO  80204** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Department of Environmetal Quality**<br>**Attn: Business Office**<br>**811 SW 6th Ave**<br>**Portland, OR  97204-1390** | | | | | | | 0.00 | | |

Sheet no. __34__ of __67__ continuation sheets attached to                     Subtotal
Schedule of Creditors Holding Unsecured Priority Claims          (Totals of this page) $              $              $

                                                                          Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

                                                                          Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)               $              $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Department of Licensing**<br>**Master License Service**<br>**PO Box 9034**<br>**Olympia, WA 98507-9034** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Department of Motor Vehicles**<br>**Motor Carrier Permit Branch     Ms: G87**<br>**PO Box 932370**<br>**Sacramento, CA 94232-3700** | | | | | | | 0.00 | | |
| ACCOUNT NO. **8905**<br>**Dept of Motor Vehicles**<br>**P.O.Box 825339**<br>**Sacramento, CA 94232-5339** | | | | | | | 0.00 | | |
| ACCOUNT NO. **4108**<br>**Dept. of Labor & Industries**<br>**PO Box 34974**<br>**Seattle, WA 98124-1974** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Division of Employment Security**<br>**804398-2-043-1771**<br>**PO Box 888**<br>**Jefferson City, MO 65102-0888** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Division of IRS**<br>**1999 Broadway, Suite 1722**<br>**Denver, CO 80202-3008** | | | | | | | 0.00 | | |

Sheet no. ___**35**___ of ___**67**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $          $          $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Division of Oil and Public Safety**<br>**PO Box 628**<br>**Denver, CO  80201-0628** | | | | | | | 0.00 | | |
| ACCOUNT NO. **5020**<br>**Employment Develvopment Dept.**<br>**State of California**<br>**PO Box 826276**<br>**Sacramento, CA  94230-6276** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Employment Security Department**<br>**Washington State Unemp. Ins.**<br>**PO Box 34467**<br>**Seattle, WA  98124-1467** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Freemont County Clerk**<br>**615 Macon Ave. Rm# 102**<br>**Canon City, CO  81212** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**General Sessions Court Clerk Court House**<br>**1 N Washington**<br>**Brownsville, TN  38012** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Geogia Secretary Of State Corp. Division**<br>**315 West Tower**<br>**#2 Martin Luther King, Jr. Drive**<br>**Atlanta, GA  30334-1530** | | | | | | | 0.00 | | |

Sheet no. __**36**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____ | $ _____ | $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ _____ | $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_____
### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6906**<br>**Georgia Department of Labor**<br>**PO Box 740235**<br>**Atlanta, GA  30374-0235** | | | | | | | 0.00 | | |
| ACCOUNT NO. **78ON**<br>**Georgia Department Of Revenue**<br>**Processing Center**<br>**PO Box 740387**<br>**Atlanta, GA  30374-0387** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>Georgia Department of Revenue<br>Compliance Division, 1401 Dean St. Suite<br>PO Box 1777<br>Rome, GA  30162-1777 | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Greene County Real Estate**<br>**Collector of Revenue**<br>**940 N Boonville Ave**<br>**Springfield, MO  65802-3802** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Greene County Sheriff**<br>**1010 Boonville Ave**<br>**Springfield, MO  65802** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Hardin County Treasurer**<br>**P.O.Box 391**<br>**Eldora, IA  50627** | | | | | | | 0.00 | | |

Sheet no. __37__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                        Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Harris County Tax Assessor**<br>**PO Box 4089**<br>**Houston, TX  77210-4089** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Hays County Tax Office**<br>**Luanne Caraway, Tax Assessor/Collector**<br>**Courthouse Annex, 102 Lbj Drive**<br>**San Marcos, TX  78666-5620** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Hempstead County Sheriffs Dept.**<br>**P.O. Box 416**<br>**Hope, AR  71802** | | | | | | | 0.00 | | |
| ACCOUNT NO. **7634**<br>**Idaho Department of Labor**<br>**Cashier**<br>**317 West Main Street**<br>**Boise, ID  83735-0610** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9694**<br>**Idaho State Tax Commision / Withholding**<br>**PO Box 76**<br>**Boise, ID  83707-0076** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Idaho State Tax Commission**<br>**1038 Blue Lakes Blvd. N Suite C**<br>**Twin Falls, ID  83301** | | | | | | | 0.00 | | |

Sheet no. __38__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____  $ _____  $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ _____  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
        Debtor(s)                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Idaho State Tax Commission Revenue Operation Division P.O. Box 36 Boise, ID 83722-0410** | | | | | | | 0.00 | | |
| ACCOUNT NO. **2847**<br>**Idaho Transp. Dept. PO Box 34 Boise, ID 83731-0034** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Internal Revenue Service ACS Support PO Box 24017 Fresno, CA 93779-4017** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Internal Revenue Service Cincinnati, OH 45999-0039** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Internal Revenue Service Austin, TX 73301** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Internal Revenue Service PO Box 1236 Charlotte, NC 28201-1236** | | | | | | | 0.00 | | |

Sheet no. __39__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **Ogden, UT  84201-0039** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **ACS Support, STOP 813G** <br> **PO Box 145566** <br> **Cincinnati, OH  45250-5566** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **Atlanta, GA  39901** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **Internal Revenue Service Center** <br> **Ogden, UT  84201-0013** | | | | | | | **0.00** | | |
| ACCOUNT NO. <br> **Internal Revenue Service, District SPS** <br> **1999 Broadway** <br> **MS 5012 DEN** <br> **Denver, CO  80202-3025** | | | | | | | **0.00** | | |
| ACCOUNT NO. **1001** <br> **Iowa Dept. of Revenue** <br> **Withholding Tax Processing** <br> **PO Box 10411** <br> **Des Moines, IA  50306-0411** | | | | | | | **0.00** | | |

Sheet no. ___**40**___ of ___**67**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____ | $ _____ | $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ _____ | $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Iowa Dept. of Transportation**<br>**Office of Motor Carrier Services**<br>**PO Box 10382**<br>**Des Moines, IA  50306-0382** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Iowa Division of Labor**<br>**1000 East Grand Ave.**<br>**Des Moines, IA  50319-0209** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Iowa Secretary of State**<br>**Business Services Division**<br>**Lucas Building, 1st Floor**<br>**Des Moines, IA  50319** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Iowa Workers Compensation Commission**<br>**Treasurer of the State of Iowa**<br>**1000 E Grand Ave**<br>**Des Moines, IA  50319-1020** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9394**<br>**Iowa Workforce Development**<br>**Attn: Tax Bureau**<br>**PO Box 4846**<br>**Des Moines, IA  50306-4846** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**IRS - District Counsel**<br>**1244 Speer Blvd Ste 500**<br>**Denver, CO  80204-3583** | | | | | | | 0.00 | | |

Sheet no. __41__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $              $              $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $              $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                          Debtor(s)                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Irvine Police Dept.**<br>**P.O.Box 19575**<br>**Irvine, CA  92623-9575** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Irving I.S.D. Tax Office**<br>**2621 W. Airport Fwy**<br>**PO Box 152021**<br>**Irving, TX  75015-2021** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Jefferson County Clerk & Recorder**<br>**100 Jefferson County Pkwy, Room 2530**<br>**Golden, CO  80419** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Johnson County Treasurer**<br>**111 South Cherry St. Ste.#1500**<br>**Olathe, KS  66061** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Johnson County Treasurer**<br>**PO Box 2902**<br>**Mission, KS  66201-1302** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Kansas City, Missouri**<br>**City Treasurer-Revenue Division**<br>**PO Box 15623**<br>**Kansas City, MO  64106-0623** | | | | | | | 0.00 | | |

Sheet no. __42__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $          |  $          |  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)      |  $          |  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc._____   Case No. _____
                    Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ment** <br><br>**Kansas Department of Labor<br>401 SW Topeka Boulevard<br>Topeka, KS  66603-3182** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br>**Kansas Department of Revenue<br>Kansas Withholding Tax<br>915 SW Harrison Street<br>Topeka, KS  66625-1000** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br>**Kansas Dept. of Transportaion<br>c/o Newman, Reynolds & Riffel<br>PO Box 48410<br>Wichita, KS  67201-8410** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br>**Kansas Secretary of State<br>First Floor, Memorial Hall<br>120 SW 10th Ave<br>Topeka, KS  66612-1594** | | | **Corporate annual reports.** | | | | 0.00 | | |
| ACCOUNT NO. <br><br>**King County Dept of Licensing<br>500 4th Ave., Suite 401<br>Seattle, WA  98104-2393** | | | | | | | 0.00 | | |
| ACCOUNT NO. **3284** <br><br>**King County Prop. Tax<br>500 Fourth Ave., Rm 600<br>Seattle, WA  98104-2387** | | | | | | | 0.00 | | |

Sheet no. __43__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ | $ | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                    Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0963** <br><br>**King County Treasury** <br>**Room 600-500 Fourth Avenue** <br>**Seattle, WA  98104-2387** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br>**Kitsap County District Court** <br>**614 Division St.** <br>**Port Orchard, WA  98366** | | | | | | | 0.00 | | |
| ACCOUNT NO. **5387** <br><br>**Kitsap County Treasurer** <br>**Post Office Box 34303** <br>**Seattle, WA  98124-1303** | | | | | | | 0.00 | | |
| ACCOUNT NO. **2865** <br><br>**Lake Havasu City** <br>**2330 Mcculloch Blvd N.** <br>**Lake Havasu City, AZ  86403** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br>**Louisiana Department of Revenue** <br>**P.O. Box 91017** <br>**Baton Rouge, LA  70821-9017** | | | | | | | 0.00 | | |
| ACCOUNT NO. **8001** <br><br>**Louisiana Dept of Revenue** <br>**PO Box 201** <br>**Baton Rouge, LA  70821-0201** | | | | | | | 0.00 | | |

Sheet no. **44** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____ | $ _____ | $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $ _____ | $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Louisiana Dept of Transportation Accounting Section<br>PO Box 94245<br>Baton Rouge, LA 70804-9245** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Louisiana Dept. of Labor<br>Office of Regulatory Services<br>PO Box 94050<br>Baton Rouge, LA 70804-9050** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Louisiana Dept. of Social Services (DSS)<br>PO Box 260222<br>Baton Rouge, LA 70826-0222** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Louisiana Secretary of State<br>PO Box 94125<br>Baton Rouge, LA 70804-9125** | | | | | | | 0.00 | | |
| ACCOUNT NO. **40B5**<br>**Maricopa County Treasurer<br>PO Box 52133<br>Phoenix, AZ 85072-2133** | | | | | | | 0.00 | | |
| ACCOUNT NO. **4632**<br>**Marion County, Treasury Dept.<br>PO Box 14500<br>Salem, OR 97309-5036** | | | | | | | 0.00 | | |

Sheet no. __45__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ ____  $ ____  $ ____

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ ____

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ ____  $ ____

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                                   Debtor(s)                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Marion District Court**<br>**PO Box 717**<br>**Flippin, AR  72634** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Memphis & Shelby County Port Commission**<br>**1115 Riverside Blvd**<br>**Memphis, TN  38106-2504** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Mesa County Clerk & Recorder**<br>**544 Rood Ave**<br>**Grand Junction, CO  81501** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Michigan Dept. of Treasury**<br>**Lansing, MI  48922** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Michigan Dept. of Treasury**<br>**Dept. 77003**<br>**Detroit, MI  48277-0003** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Mississippi Dept of Transportation**<br>**Financial Mgmt Division - Permit Section**<br>**PO Box 3649**<br>**Jackson, MS  39207-3649** | | | | | | | 0.00 | | |

Sheet no. __46__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $          $          $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4000** <br> **Mississippi Dept. of Employment Security** <br> **P.O. Box 22781** <br> **Jackson, MS  39225-2781** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Mississippi Employers Withholding Tax Re** <br> **P.O. Box 23075** <br> **Jackson, MS  39225-3075** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Missouri Department of Revenue** <br> **P.O. Box 999** <br> **Jefferson City, MO  65108-0999** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Missouri Department of Revenue** <br> **PO Box 329** <br> **Jefferson City, MO  65107-0329** | | | | | | | 0.00 | | |
| ACCOUNT NO. **4152** <br> **Missouri Dept of Revenue- Taxation Burea** <br> **PO Box 840** <br> **Jefferson City, MO  65105-0840** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Missouri Dept. of Revenue** <br> **Taxation Bureau** <br> **P.O.Box 385** <br> **Jefferson City, MO  65105-0385** | | | | | | | 0.00 | | |

Sheet no. **47** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $          $          $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                               Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Missouri Director of Revenue**<br>**PO Box 555**<br>**Jefferson City, MO  65105-0555** | | | | | | | 0.00 | | |
| ACCOUNT NO. **1771**<br>**Missouri Division of Employment Security**<br>**PO Box 888**<br>**Jefferson City, MO  65102-0888** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Missouri Secretary of State**<br>**PO Box 778**<br>**Jefferson City, MO  65102-0778** | | | | | | | 0.00 | | |
| ACCOUNT NO. **2WTH**<br>**Montana Department of Revenue**<br>**PO Box 6309**<br>**Helena, MT  59604-6309** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Montana Secretary of State**<br>**PO Box 202801**<br>**Helena, MT  59620-2801** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Motor Vehicle Division**<br>**P.O. Box 5188**<br>**Santa Fe, NM  87504-5188** | | | | | | | 0.00 | | |

Sheet no. __**48**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                              Debtor(s)                                             (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Motor Vehicle Division - Arizona**<br>**1801 W. Jefferson St.**<br>**Mail Drop 516m**<br>**Phoenix, AZ  85007** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**Motor Vehicle Division - New Mexico**<br>**PO Box 25129**<br>**Santa Fe, NM  87504** | | | | | | | **0.00** | | |
| ACCOUNT NO. **5077**<br>**Multnomah County**<br>**Division of Assessment & Taxation**<br>**PO Box 2716**<br>**Portland, OR  97208-2716** | | | | | | | **0.00** | | |
| ACCOUNT NO. **9831**<br>**Multnomah County Tax Collector**<br>**Post Office Box 2716**<br>**Portland, OR  97208-2716** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**Municipal Services Bureau**<br>**CTRMA Processing**<br>**PO Box 16777**<br>**Austin, TX  78761-6777** | | | | | | | **0.00** | | |
| ACCOUNT NO.<br>**Nebraska Dept of Revenue**<br>**P.O.Box 98915**<br>**Lincoln, NE  68509-8915** | | | | | | | **0.00** | | |

Sheet no. **49** of **67** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ | $ | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                          Debtor(s)                                            (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Nebraska Secretary of State** <br> **Room 1301 State Capitol** <br> **PO Box 94608** <br> **Lincoln, NE  68509-4608** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9170** <br> **Nevada Dept of Taxation** <br> **PO Box 52674** <br> **Phoenix, AZ  85072-2674** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Nevada Dept. of Motor Vehicles** <br> **555 Wright Way** <br> **Carson City, NV  89711-0600** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Nevada Dept. of Taxation** <br> **Sales/Use** <br> **PO Box 52674** <br> **Phoenix, AZ  85072-2674** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9561** <br> **New Mexico** <br> **Department of Workforce Solutions** <br> **PO Box 2281** <br> **Albuquerque, NM  87103-2281** | | | | | | | 0.00 | | |
| ACCOUNT NO. **8000** <br> **New Mexico - Taxation & Revenue Departme** <br> **PO Box 25128** <br> **Santa Fe, NM  87504-5128** | | | | | | | 0.00 | | |

Sheet no. __**50**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $              $              $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $              $

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                              Debtor(s)                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **New Mexico - Taxation & Revenue Dept.** <br> **Motor Vehicle Division - Commercial Vehi** <br> **PO Box 5188** <br> **Santa Fe, NM 87502-5188** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **New Mexico Public Regulation Commision** <br> **Corporations Bureau** <br> **PO Box 1269** <br> **Santa Fe, NM 87504-1269** | | | | | | | 0.00 | | |
| ACCOUNT NO. **8000** <br> **New Mexico Taxation & Revenue Dept.** <br> **PO Box 2527** <br> **Santa Fe, NM 87504-2527** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Oklahoma Corp. Commission** <br> **Transportation Division** <br> **PO Box 52000** <br> **Oklahoma City, OK 73152-2000** | | | | | | | 0.00 | | |
| ACCOUNT NO. **4534** <br> **Oklahoma Corporation Commission** <br> **Jime Thorpe Building / Attn: Room 238** <br> **PO Box 52000** <br> **Oklahoma City, OK 73152-2000** | | | | | | | 0.00 | | |
| ACCOUNT NO. **7873** <br> **Oklahoma Employment Security Commission** <br> **PO Box 52004** <br> **Oklahoma City, OK 73152-2004** | | | | | | | 0.00 | | |

Sheet no. __**51**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)  $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)              $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                   Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Oklahoma State Treasurer**<br>**State Of Oklahoma**<br>**4545 N Lincoln Blvd Ste 106**<br>**Oklahoma City, OK  73105-3413** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Oklahoma Tax Commision**<br>**Post Office Box 26930**<br>**Oklahoma City, OK  73126-0930** | | | | | | | 0.00 | | |
| ACCOUNT NO. **9194**<br>**Oregon Department of Revenue**<br>**PO Box 14725**<br>**Salem, OR  97309-5018** | | | | | | | 0.00 | | |
| ACCOUNT NO. **4800**<br>**Oregon Dept of Revenue**<br>**Post Office Box 14800**<br>**Salem, OR  97309-0920** | | | | | | | 0.00 | | |
| ACCOUNT NO. **6723**<br>**Oregon Dept of Transportation**<br>**Motor Carrier Transportation**<br>**550 Capitol St NE**<br>**Salem, OR  97301-2530** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Oregon Dept. Of Transportation**<br>**Vehicle Registration Unit**<br>**PO Box 5330**<br>**Salem, OR  97304-0330** | | | | | | | 0.00 | | |

Sheet no. __52__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ | $ | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9194** <br><br> **Oregon Employment Tax Unit-02 <br> PO Box 4395 <br> Portland, OR  97208-4395** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br> **Oregon Secretary of State <br> Corp. Division <br> PO Box 4353 <br> Portland, OR  97208-4353** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br> **Oregon, Dept of Consumer & Business Serv <br> Revenue Services Section <br> PO Box 14610 <br> Salem, OR  97309-0445** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br> **Pierce County <br> c/o Alarm Tracking & Billing <br> PO Box 26364 <br> Colorado Springs, CO  80936-6364** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br><br> **Pierce County <br> 615 So. 9th St. # 100 <br> Tacoma, WA  98405-4673** | | | | | | | 0.00 | | |
| ACCOUNT NO. **6005** <br><br> **Pierce County Assessor <br> PO Box 11621 <br> Tacoma, WA  98411-6621** | | | | | | | 0.00 | | |

Sheet no. __**53**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____  $ _____  $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ _____  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pierce County District Court**<br>**930 Tacoma Ave S Rm 601**<br>**Tacoma, WA  98402-2115** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Pierce County District Court**<br>**1902 96th St S**<br>**Tacoma, WA  98444-2808** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Public Utility District 3, Mason County**<br>**P.O.Box 2148**<br>**Shelton, WA  98584** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Public Utility-Snohomish County**<br>**P.O.Box 1107**<br>**Everett, WA  98206** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Pulaski County**<br>**Debra Buckner, Treasurer**<br>**PO Box 8101**<br>**Little Rock, AR  72203-8101** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**RDS AZ-Privilege Tax**<br>**PO Box 830725**<br>**Birmingham, AL  35283-0725** | | | | | | | 0.00 | | |

Sheet no. __54__ of __67__ continuation sheets attached to                          Subtotal
Schedule of Creditors Holding Unsecured Priority Claims          (Totals of this page)   $          $          $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Riverside County Sheriff's Office Sheriff's Civil Division-West 4095 Lemon St 4th Fl Riverside, CA  92501-3688** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Routt County Clerk & Recorder P.O.Box 773598 Steamboat Springs, CO  80477** | | | | | | | 0.00 | | |
| ACCOUNT NO. **0057** <br> **Saline County Treasurer 300 West Ash, Room 214 PO Box 5040 Salina, KS  67402-5040** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **San Diego City Treasurer P.O.Box 129038 San Diego, CA  92112-9038** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **San Luis Obispo County Tax Collector Frank L. Freitas, County Tax Collector Rm. 203, County Government Center San Luis Obispo, CA  93408-2060** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Securities & Exchange Commission Denver Regional Office 1801 California St Ste 1500 Denver, CO  80202-2656** | | | | | | | 0.00 | | |

Sheet no. __55__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____

_____ Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Securities & Exchange Commission Bankruptcy Division 175 W Jackson Blvd # 900 Chicago, IL 60604-2615** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Sedgwick County Treasurer Ron Estes, Treasurer PO Box 2961 Wichita, KS 67201-2961** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Sheriff's Civil Divison 221 South Mooney Blvd Room 102 Visalia, CA 93291** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Sheriff's Court Services-Central 157 W. 5th Street 3rd Floor San Bernardino, CA 92415-0001** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Sheriff's Dept LA County 110 N. Grand Ave RM 525 Los Angeles, CA 90012** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Social Security Administration P.O. Box 3430 Philadelphia, PA 19122-9985** | | | | | | | 0.00 | | |

Sheet no. __56__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $　　　　　　$　　　　　　$

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $　　　　　　$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                                       Debtor(s)                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**South Dakota Secretary of State**<br>**500 E Capitol Ave.**<br>**Pierre, SD  57501** | | | | | | | 0.00 | | |
| **ACCOUNT NO.**<br>**Standing Chapter 13 Trustee**<br>**Tom Powers, Chapter 13 Trustee**<br>**PO Box 1958**<br>**Memphis, TN  38101-1958** | | | | | | | 0.00 | | |
| **ACCOUNT NO.**<br>**State of Colorado**<br>**Department of Transportation - Permit Of**<br>**4201 E Arkansas Ave Ste 290**<br>**Denver, CO  80222-3406** | | | | | | | 0.00 | | |
| **ACCOUNT NO.**<br>**State of Florida Disb. Unit**<br>**P.O. BOX 8500**<br>**Tallahassee, FL  32314-8500** | | | | | | | 0.00 | | |
| **ACCOUNT NO.**<br>**State of Michigan**<br>**Dept.of Labor & Economic Growth - Unempl**<br>**3024 W Grand Blvd**<br>**Detroit, MI  48202-6024** | | | | | | | 0.00 | | |
| **ACCOUNT NO.**<br>**State of Missouri**<br>**Commissions**<br>**PO Box 784**<br>**Jefferson City, MO  65102-0784** | | | | | | | 0.00 | | |

Sheet no. __57__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $       $       $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $       $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                    Debtor(s)                                             (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1800**<br>**State of Nevada**<br>**Employment Security Division**<br>**500 E. Third St.**<br>**Carson City, NV  89713-0030** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**State of New Mexico**<br>**Magistrate Court County of Dona Ana**<br>**PO Box 1259**<br>**Anthony, NM  88021-1259** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**State of Oregon**<br>**Dept of Environmental Quality**<br>**811 SW 6th Ave**<br>**Portland, OR  97204-1390** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**State of Texas**<br>**Comptroller of Public Accounts**<br>**111 E.17th St.**<br>**Austin, TX  78774-0100** | | | Sales & Use Tax | | | | 0.00 | | |
| ACCOUNT NO.<br>**State of WA Employment Sec. Dept.**<br>**Benefit Payment Control**<br>**PO Box 24928**<br>**Seattle, WA  98124-0928** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**State of Washington Dept. of Revenue**<br>**Unclaimed Property Section**<br>**PO Box 47489**<br>**Olympia, WA  98504-7489** | | | | | | | 0.00 | | |

Sheet no. __**58**__ of __**67**__ continuation sheets attached to                        Subtotal
Schedule of Creditors Holding Unsecured Priority Claims        (Totals of this page)   $            $            $

                                                             Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

                                                             Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)           $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                        Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Steamboat Springs Municipal Court**<br>**PO Box 775088**<br>**Steamboat Springs, CO 80477-5088** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Superior Court of California**<br>**County of Placer, Roseville Traffic Div**<br>**PO Box 619077**<br>**Roseville, CA 95661-9077** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Superior Court of California**<br>**County of Orange, North Justice Center**<br>**1275 N Berkeley Ave**<br>**Fullerton, CA 92832-1206** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Tax Appraisal Dist. of Bell County**<br>**P.O.Box 390**<br>**Belton, TX 76513-0390** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Taxation & Revenue Dept.**<br>**P.O. Box 2527**<br>**Santa Fe, NM 87504-2527** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Taxation and Revenue Dept.**<br>**P.O. Box 5188**<br>**Santa Fe, NM 87504-5188** | | | | | | | 0.00 | | |

Sheet no. __59__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $          $          $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                      Case No. _____
_____
　　　　　　　　Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tennessee Department of Revenue**<br>**Andrew Jackson State Office Building**<br>**500 Deaderick St**<br>**Nashville, TN  37242-0001** | | | | | | | 0.00 | | |
| ACCOUNT NO. **5522**<br>**Tennessee Dept of Labor & Workforce Devl**<br>**Employer Accounts Operations**<br>**PO Box 101**<br>**Nashville, TN  37202-0101** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Tennessee Secretary of State**<br>**312 Eighth Ave.N. 6th Floor**<br>**William R. Snodgrass Tower**<br>**Nashville, TN  37243-0001** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Texas Comptroller - Unclaimed Property D**<br>**Holder Reporting Section**<br>**PO Box 12019**<br>**Austin, TX  78711-2019** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Texas Comptroller of Public Accounts**<br>**P.O. Box 13528, Capitol Station**<br>**Austin, TX  78711-3528** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Texas Comptroller of Public Accounts**<br>**PO Box 149348**<br>**Austin, TX  78714-9348** | | | | | | | 0.00 | | |

Sheet no. __60__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                         Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Texas State Comptroller of Public Acct**<br>**Unclaimed Property Division**<br>**PO Box 12019**<br>**Austin, TX  78711-2019** | | | | | | | 0.00 | | |
| ACCOUNT NO. **8150**<br>**Texas Workforce Commission**<br>**Cashier**<br>**PO Box 149037**<br>**Austin, TX  78714-9037** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Town of Estes Park**<br>**Town Clerk's Office**<br>**PO Box 1200**<br>**Estes Park, CO  80517-1200** | | | | | | | 0.00 | | |
| ACCOUNT NO. **5901**<br>**Town of Silt**<br>**P.O. Box 70**<br>**Silt, CO  81652** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Travis Cnty Tax Assessor-Col**<br>**PO Box 149326**<br>**Austin, TX  78714-9326** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Tulalip Tribes, The**<br>**Tax & Licensing Division**<br>**6319 23rd Ave NE Bldg B**<br>**Tulalip, WA  98271-9132** | | | | | | | 0.00 | | |

Sheet no. __**61**__ of __**67**__ continuation sheets attached to                             Subtotal
Schedule of Creditors Holding Unsecured Priority Claims          (Totals of this page) $              $             $

                                                Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

                                                Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.) $              $             $

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
_____
                    Debtor(s)                                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tulare County Tax Collector**<br>**P.O.Box 30329**<br>**Los Angeles, CA  90030-0329** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**U.S. Dept of Education**<br>**National Payment Center**<br>**PO Box 4142**<br>**Greenville, TX  75403-4142** | | | | | | | 0.00 | | |
| ACCOUNT NO. **0097**<br>**U.S. Treasury, Fresno IRS**<br>**1040 PC, Tax Period 12-31-97**<br>**PO Box 24017**<br>**Fresno, CA  93779-4017** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Unified Government Treasury**<br>**(Wyandotte County Personal Property Taxe**<br>**PO Box 175013**<br>**Kansas City, KS  66117-5013** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**United States Treasury**<br>**PO Box 970006**<br>**Saint Louis, MO  63197-0006** | | | | | | | 0.00 | | |
| ACCOUNT NO. **6049**<br>**United States Treasury**<br>**1040, Tax Period 12-31-98**<br>**PO Box 145566**<br>**Cincinnati, OH  45250-5566** | | | | | | | 0.00 | | |

Sheet no. __**62**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $ _____   $ _____   $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                       Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**US Attorney - Colorado District Of Colorado, Civ. Div. 1225 17th St Ste 700 Denver, CO  80202-5598** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**US Attorney General Dept. Of Justice Tax Division P O Box 683, Ben Franklin Station Washington, DC  20044-0683** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Utah County Assessor 100 East Center Street, Suite 1105 Provo, UT  84606** | | | | | | | 0.00 | | |
| ACCOUNT NO. **5944**<br>**Utah County Treasurer 100 E. Center St. Rm 1200 Provo, UT  84606-3159** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Utah County Treasurer PO Box 410483 Salt Lake City, UT  84141-0483** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Utah Dept of Transportation 4501 South 2700 West Salt Lake City, UT  84114-1210** | | | | | | | 0.00 | | |

Sheet no. __63__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $         $         $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $         $

B6E (Official Form 6E) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Utah State Tax Commission** <br> **210 N 1950 W** <br> **Salt Lake City, UT  84134-0180** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Utah State Tax Commission** <br> **Division of Motor Vehicles** <br> **210 N 1950 W** <br> **Salt Lake City, UT  84134-8040** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Utah State Tax Commission** <br> **8800 Motor Vehicle Division** <br> **Salt Lake City, UT  84134-8800** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Utah State Treasurer** <br> **Unclaimed Property Division** <br> **341 S Main St 5th Fl** <br> **Salt Lake City, UT  84111-2707** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Wagoner County Treasurer** <br> **Gloria Marshall** <br> **307 E Cherokee St Ste 7** <br> **Wagoner, OK  74467-4729** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Ward, Larry W., County Assessor** <br> **P.O.Box 12004** <br> **Riverside, CA  92502-2204** | | | | | | | 0.00 | | |

Sheet no. __64__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ | $ | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Washington County** <br> **David A. Ruff, Tax Collector** <br> **280 N College Ave Ste 202** <br> **Fayetteville, AR  72701-4279** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Washington County Treasurer** <br> **David Whitehead** <br> **197 E Tabernacle St** <br> **St George, UT  84770-3443** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Washington Dept of Labor & Industries** <br> **Boiler, Pressure Vessel Section** <br> **P.O.Bo 44410** <br> **Olympia, WA  98504-4410** | | | | | | | 0.00 | | |
| ACCOUNT NO. **6000** <br> **Washington State** <br> **Employment Security Dept.** <br> **PO Box 34467** <br> **Seattle, WA  98124-1467** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Washington State** <br> **Dept of Revenue - Unclaimed Property Sec** <br> **PO Box 34053** <br> **Seattle, WA  98124-1053** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Washington State** <br> **Support Registry** <br> **Post Office Box 45868** <br> **Olympia, WA  98504-5868** | | | | | | | 0.00 | | |

Sheet no. __65__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)    $            $            $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                        Debtor(s)                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Washington State - Ecology Dept.** <br> **P.O.Box 34050** <br> **Seattle, WA  98124-1050** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Washington State DOL** <br> **King County Licenses** <br> **500 4th Ave Rm 401** <br> **Seattle, WA  98104-2395** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Washington State- Dept of Labor & Indust** <br> **P.O.Box 44410** <br> **Olympia, WA  98504-4410** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Washington, State of** <br> **Dept. of Revenue, Sales & Use** <br> **PO Box 34051** <br> **Seattle, WA  98124-1051** | | | | | | | 0.00 | | |
| ACCOUNT NO. **5026** <br> **Wyoming Dept of Employment** <br> **Employer Services** <br> **PO Box 2659** <br> **Casper, WY  82602-2659** | | | | | | | 0.00 | | |
| ACCOUNT NO. <br> **Wyoming Dept of Transportation** <br> **5300 Bishop Blvd.** <br> **Cheyenne, WY  82009-3340** | | | | | | | 0.00 | | |

Sheet no. __66__ of __67__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ _____   $ _____   $ _____

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ _____

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ _____   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                                    Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Other Certain Debts Owed to Governmental Units**

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5026**<br>**Wyoming Dept. of Employment**<br>**Employment Tax Division**<br>**PO Box 2659**<br>**Casper, WY  82602-2659** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Wyoming Dept. of Employment**<br>**Workers Safety & Compensation - Employer**<br>**PO Box 20006**<br>**Cheyenne, WY  82003-7000** | | | | | | | 0.00 | | |
| ACCOUNT NO.<br>**Wyoming Dept. of Revenue**<br>**Herschler Bldg.**<br>**122 W. 25th St.**<br>**Cheyenne, WY  82002-0110** | | | **Consumer Use Tax** | | | | 0.00 | | |
| ACCOUNT NO.<br>**Wyoming Secretary of State**<br>**The Capitol Building Rm 110**<br>**200 W. 24th Street**<br>**Cheyenne, WY  82002-0020** | | | | | | | 0.00 | | |
| ACCOUNT NO. **4104**<br>**Wyoming Workers Compensation**<br>**1510 East Pershing Blvd.**<br>**Cheyenne, WY  82002** | | | | | | | 0.00 | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**67**__ of __**67**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page) $               | $               | $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $               | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Pumping Inc.**<br>**3255 E. District St.**<br>**Tucson, AZ  85714** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**085 Waste Industries**<br>**P.O. Box 580027**<br>**Charlotte, NC  28258-0027** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**1-800-Flowers.com**<br>**PO Box 29901**<br>**New York, NY  10087-9901** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**1st Alarm of Lubbock**<br>**5720 40th Street**<br>**Lubbock, TX  79407** | | | | | | | **0.00** |

_____ **566** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                  Case No. _____
        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **2301 South 5th St. LP** <br> **511 W. 41st St.** <br> **Austin, TX  78751** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **4-D Fire Protection Inc.** <br> **PO Box 170868** <br> **Dallas, TX  75217** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **91 Express Lanes** <br> **Violation Processing Center, P.O.Box 680** <br> **Anaheim, CA  92817** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **911 ICE L.L.C.** <br> **9105 Sovereighn Row** <br> **Dallas, TX  75247** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **A & E Signs and Graphics** <br> **100 Houston St.** <br> **Buda, TX  78610** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **A & M Parts, LLC** <br> **410 N. Main** <br> **Spearville, KS  67876** | | | | | | | 0.00 |
| ACCOUNT NO. **3170** <br> **A & W Bearings & Supply** <br> **P. O. Box 561069** <br> **Dallas, TX  75356** | | | | | | | 0.00 |

Sheet no. _____**1**____ of _____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                              Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **A Bulb & Lamp Supply Inc.** <br> **800 S.E. 83rd St.** <br> **Oklahoma City, OK  73149** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **A Clark Company** <br> **10002 Aurora Ave. N #1156** <br> **Seattle, WA  98133** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **A Pro Tool Inc.** <br> **1950 West 13th Ave. Unit 2** <br> **Denver, CO  80204** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **A Streeter** <br> **1001 Cooper Pt Rd. SW** <br> **Olympia, WA  98502** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **A TO Z Equipment** <br> **Rentals & Sales, P.O. Box 80406** <br> **Phoenix, AZ  85060-0406** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **A&A Equipment** <br> **P.O. Box 326** <br> **Siloam Springs, AR  72761** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **A&B Associates, Inc.** <br> **5100 Wood Mont St.** <br> **Salt Lake City, UT  84117** | | | | | | | 0.00 |

Sheet no. ____**2**__ of ___**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                                              Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**A&B Concrete Pumping**<br>**21520 Yorba Linda Bl., Suite G**<br>**Orange, CA  92867-3762** | | | | | | | **0.00** |
| ACCOUNT NO. **2079**<br>**A&B Supply**<br>**1081 N. Lake Havasu Ave.Unit #102**<br>**Lake Havasu City, AZ  86403** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A&D Quality**<br>**220 SW Sunset Blvd #E202**<br>**Renton, WA  98055** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A&M Hydraulic Hose, LLC**<br>**8806 Canyon Rd E**<br>**Puyallup, WA  98371** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A&P Landscaping**<br>**1709 Oswego St.**<br>**Aurora, CO  80010** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A-1 Coupling & Hose**<br>**P.O.Box 2295**<br>**Eugene, OR  97402** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A-1 Disposal**<br>**624 North 300 West**<br>**Salt Lake City, UT  84103** | | | | | | | **112.50** |

Sheet no. _____**3**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
                 (Total of this page)  $      **112.50**

                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**A-1 Fire Equipment Co.**<br>**PO Box 41027**<br>**Houston, TX  77241-1027** | | | | | | | **157.50** |
| ACCOUNT NO.<br>**A-1 Locksmith / A-1 Security Center**<br>**2685 Walnut Hill Ln**<br>**Dallas, TX  75229** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A-1 Recovery & Towing**<br>**14514 MacArthur Dr.**<br>**North Little Rock, AR  72118** | | | | | | | **400.00** |
| ACCOUNT NO.<br>**A-1 Supply Co.**<br>**638 Person St.**<br>**Fayetteville, NC  28302-0189** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A-1 Tire Service**<br>**3440 N. Magma Rd.**<br>**Golden Valley, AZ  86413** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A-1 Tire Service**<br>**P.O.Box 1347**<br>**Bullhead City, AZ  86430** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A-J's Concrete Pumping**<br>**P.O.Box 442**<br>**Newman Lake, WA  99025-0442** | | | | | | | **0.00** |

Sheet no. _____ **4** of _____ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **557.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____

_____                                    _____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**A-Line Auto Parts**<br>**PO Box 6337**<br>**Austin, TX  78762** | | | | | | | **77.84** |
| ACCOUNT NO.<br>**A.C. Boston**<br>**12435 FM 2305**<br>**Belton, TX  76513** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A.G.E.C.**<br>**P.O.Box 1280**<br>**Richland, WA  99352** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A.M. Landscape & Maint.**<br>**6915 Wagon Wheel Ln.**<br>**Houston, TX  77088** | | | | | | | **300.00** |
| ACCOUNT NO.<br>**A/1 Base**<br>**4980 Niagara St.**<br>**Commerce City, CO  80022** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**A1 Septic Tank**<br>**7005 West 9600 North**<br>**American Fork, UT  84003** | | | | | | | **0.00** |
| ACCOUNT NO. **C500**<br>**AA Wheel & Truck Supply**<br>**2810 North Eastgate**<br>**Springfield, MO  65803** | | | | | | | **0.00** |

Sheet no. _____**5**___ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $        **377.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
　　　　　　Debtor(s)                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **AAA Cooper Transportation** <br> P.O. Box 102442 <br> Atlanta, GA  30368-2442 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **AAA Metric Supply, Inc.** <br> 60 Lipan Street <br> Denver, CO  80223-1526 | | | | | | | 111.16 |
| ACCOUNT NO. <br><br> **AAPAK** <br> 1845 NW Grand Ave. <br> Phoenix, AZ  85007 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **AArrowhead Security Inc., DBA Veterans S** <br> PO Box 44254 <br> Phoenix, AZ  85064 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Aaxion, Inc.** <br> P.O.Box 4322 <br> Tyler, TX  75712 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **ABC Pest, Pool & Lawn Sevices** <br> 8448 N Sam Houston Pkwy W <br> Houston, TX  77064 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Abernathy Company** <br> 3820 East 19th Street <br> Texarkana, AR  71854 | | | | | | | 0.00 |

Sheet no. _____**6**____ of _____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 　　111.16

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                  Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0031** <br><br> **ABF Freight Sys** <br> **PO Box 9815** <br> **Tulsa, OK  74157-0815** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **ABI** <br> **6029 238th St., Suite 130** <br> **Woodinville, WA  98072** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Above All Glass & Glass, Inc.** <br> **P.O.Box 618** <br> **Locust Grove, GA  30248** | | | | | | | 0.00 |
| ACCOUNT NO. **5180** <br><br> **Abrasives Northwest** <br> **18441 Cascade Ave. S.** <br> **Seattle, WA  98188** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Absher Construction** <br> **P.O.Box 280** <br> **Puyallup, WA  98371** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Absolute Fuel** <br> **5817 73rd St.** <br> **Lubbock, TX  79424** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Absolute Shred of OK, LLC** <br> **PO Box 5445** <br> **Edmond, OK  73083-5445** | | | | | | | 0.00 |

Sheet no. _____**7**____ of _____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal
                       (Total of this page)   $

                                       Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AC Electrical System Inc.**<br>**636-A N. Miller**<br>**Springfield, MO  65802** | | | | | | | 0.00 |
| ACCOUNT NO. **N001**<br>**AC/Data Systems of Idaho, Inc.**<br>**806 W. Clearwater Loop, Suite C**<br>**Post Falls, ID  83854** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Accent Construction**<br>**7798 E 24th St.**<br>**Tulsa, OK  74129** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Access Control Systems, Burgess Locksmit**<br>**P.O.Box 2875**<br>**201 E Elm St**<br>**Salina, KS  67401-2313** | | | | | | | 0.00 |
| ACCOUNT NO. **263c**<br>**Access Fire Protection Services**<br>**P.O.Box 604**<br>**Maple Valley, WA  98038** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Access Telephone Solutions, Inc.**<br>**1475 - 130th Ave NE**<br>**Bellevue, WA  98005** | | | | | | | 1,623.65 |
| ACCOUNT NO.<br>**Account Recovery Services**<br>**P.O. BOX 1691**<br>**Oxnard, CA  93032** | | | | | | | 0.00 |

Sheet no. _____**8** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,623.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Accounting Office (OSH)**<br>**Department of Industrial Relations**<br>**PO Box 420603**<br>**San Francisco, CA  94142-0603** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Accurate Fire Equipment Co., I**<br>**10528 East 12th St.**<br>**Tulsa, OK  74128** | | | | | | | 0.00 |
| ACCOUNT NO. **5700**<br>**Accurint**<br>**P.O. Box 7247-6157**<br>**Philadelphia, PA  19170-6157** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ace Digital Security**<br>**8730 S. 700 E.**<br>**Sandy, UT  84070** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ace Disposal Inc.**<br>**PO Box 2608**<br>**Salt Lake City, UT  84110** | | | | | | | 74.00 |
| ACCOUNT NO.<br>**Ace Galvanizing, Inc.**<br>**429 South 96th Street**<br>**Seattle, WA  98108** | | | | | | | 0.00 |
| ACCOUNT NO. **512**<br>**Ace Hardware**<br>**PO Box 1006**<br>**Commerce City, CO  80022** | | | | | | | 0.00 |

Sheet no. _____**9**_ of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **74.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ace Locksmith** <br> **3232 Irving Blvd.** <br> **Dallas, TX 75247** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ace Rental - Orem** <br> **1745 S. State St.** <br> **Orem, UT 84097** | | | | | | | 0.00 |
| ACCOUNT NO. **5411** <br> **Ace Rents Inc.** <br> **70 S State St.** <br> **Lindon, UT 84042** | | | | | | | 78.67 |
| ACCOUNT NO. <br> **Ace Roadside Service** <br> **409 W. Live Oak St.** <br> **Austin, TX 78704** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ace Spray Equipment** <br> **1802 Erskine St.** <br> **Lubbock, TX 79415** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **ACI Certification** <br> **2600 McHale Ct. #125** <br> **Austin, TX 78758** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **ACI Concrete Placement** <br> **Worksource #150** <br> **PO Box 219241** <br> **Kansas City, MO 64121-9241** | | | | | | | 0.00 |

Sheet no. ____**10**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 78.67

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ackley, James** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**ACS Unlimited Inc.**<br>P.O. Box 2875<br>Salina, KS 67401 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Action Cleaning Equipment CO., Inc.**<br>802 Detering St.<br>Houston, TX 77007-5156 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Action Comm. Inc.**<br>12414 Highway 99 #14<br>Everett, WA 98204 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Action First Aid&Safety / Action Workpla**<br>3001 S. 35th St. Suite 1<br>Phoenix, AZ 85034-7232 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Action Hose Inc.**<br>P.O.Box 30534<br>3315 Stanford Dr NE<br>Albuquerque, NM 87107-2017 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Action Tire Co.**<br>410 Lee's Mill Road<br>Forest Park, GA 30297 | | | | | | | 0.00 |

Sheet no. **11** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Adamson, Josh**<br>**512 W. Virginia Street**<br>**West, TX  76691** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Adobe Equipment**<br>**P.O.Box 90689**<br>**San Antonio, TX  78209-9092** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**ADP Screening & Selection Srvc**<br>**36307 Treasury Center**<br>**Chicago, IL  60694** | | | | | | | 933.34 |
| ACCOUNT NO. **3889**<br>**ADT**<br>**PO Box 371956**<br>**Pittsburgh, PA  15250-7956** | | | | | | | 0.00 |
| ACCOUNT NO. **5384**<br>**ADT**<br>**PO Box 650485**<br>**Dallas, TX  75265-0485** | | | | | | | 0.00 |
| ACCOUNT NO. **4768**<br>**ADT**<br>**PO Box 371956**<br>**Pittsburgh, PA  15250-7956** | | | | | | | 230.20 |
| ACCOUNT NO. **8742**<br>**Advance Auto Parts**<br>**PO Box 5219**<br>**Carol Stream, IL  60197-5219** | | | | | | | 0.00 |

Sheet no. _____**12**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,163.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                       Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Advanced Construction**<br>**2314 Glenda Ln.**<br>**Dallas, TX 75229** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Advanced Electric Rebuilders of Okla.**<br>**1927 N. Hwy. 97**<br>**Sapulpa, OK 74066** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Advanced Mailing Solutions**<br>**841 E. Fairview Ave, Suite 100**<br>**Meridian, ID 83642** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Advanced Metal Fabricators Inc**<br>**1050 E. Lynn**<br>**Springfield, MO 65802** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Advanced Mobile Winshield Repair**<br>**PO Box 6631**<br>**Kent, WA 98064** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Advanced Pumping Concepts**<br>**P.O.Box 10423**<br>**Corpus Christi, TX 78460** | | | | | | | <br><br>**0.00** |
| ACCOUNT NO. <br><br>**Advanced Ready Mix Inc.**<br>**5720 Observation Ct.**<br>**Colorado Springs, CO 80916** | | | | | | | <br><br>**0.00** |

Sheet no. ____**13**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                  Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Advanced Rentals and Sales<br>20157 Viking Ave. N.W.<br>Poulsbo, WA  98370** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Advanced Technology<br>1150 Raymond Ave, SW<br>Renton, WA  98057** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Advantage Business Solutions<br>12160 N. Abrams Rd. Suite 610<br>Dallas, TX  75243** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Advantage Glass & Polish<br>PO Box 414<br>Port Orchard, WA  98366** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Advantage Windshield & Glass<br>PO Box 3694<br>Lake Havasu City, AZ  86405** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Advantia Law Group<br>9035 South 1300 East, Suite 200<br>Sandy, UT  84094** | | | | | | | 0.00 |
| ACCOUNT NO. **1118**<br>**AEP / Public Serv. Co. of Oklahoma<br>PO Box 24421<br>Canton, OH  44701-4421** | | | | | | | 0.00 |

Sheet no. _____**14** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                  Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **AEP American Electric Power** <br> **PO Box 24404** <br> **Canton, OH  44701-4404** | | | | | | | 0.00 |
| ACCOUNT NO. **0518** <br> **AEP/Southwestern Electric Power** <br> **PO Box 24422** <br> **Canton, OH  44701-4422** | | | | | | | 0.00 |
| ACCOUNT NO. **1130** <br> **AEP/Southwestern Electric Power** <br> **PO Box 24422** <br> **Canton, OH  44701-4422** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Aero Hardware & Supply Inc.** <br> **dba/Hydraulic Supply Co.** <br> **300 International Pkwy** <br> **Sunrise, FL  33325-6240** | | | | | | | 66.22 |
| ACCOUNT NO. <br> **Aerotek Commercial Staffing** <br> **P.O. Box 198531** <br> **Atlanta, GA  30384-8531** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **AFC Locksmith** <br> **P.O.Box 265** <br> **Broken Arrow, OK  74013** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Affordable Equipment** <br> **PO Box 1304** <br> **Georgetown, TX  78627** | | | | | | | 0.00 |

Sheet no. _____**15**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **66.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AGC Comp & Safety Group of OK**<br>**Full & Final Pymt for Subrogation Claim** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**AGC Of Jefferson County, Inc.**<br>**5458 Avenue A**<br>**Beaumont, TX  77705** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**AGC Of Southeast of Texas**<br>**5458 Avenue A**<br>**Beaumont, TX  77705** | | | | | | | 600.00 |
| ACCOUNT NO.<br>**AGCO Inc.**<br>**P.O.Box 668**<br>**Russell, KS  67665** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ahal Contracting Co.**<br>**3746 Pennridge Dr.**<br>**Bridgeton, MO  63044** | | | | | | | 0.00 |
| ACCOUNT NO. **3279**<br>**Ahern Rentals**<br>**4241 S. Arville St.**<br>**Las Vegas, NV  89103-3713** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Aiken, St. Louis & Siljeg, PS**<br>**801 Second Ave. Suite 1200**<br>**Seattle, WA  98104** | | | | | | | 609.50 |

Sheet no. _____ **16** of _____ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,209.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **EK86** <br> **Airgas** <br> PO Box 676015 <br> Dallas, TX  75267-6015 | | | | | | | 211.62 |
| ACCOUNT NO. **8K15** <br> **Airgas** <br> P.O.Box 7430 <br> Pasadena, CA  91109-7430 | | | | | | | 0.00 |
| ACCOUNT NO. **EL87** <br> **Airgas** <br> PO Box 7423 <br> Pasadena, CA  91109-7423 | | | | | | | 0.00 |
| ACCOUNT NO. **Q990** <br> **Airgas** <br> P.O.Box 7430 <br> Pasadena, CA  91109-7430 | | | | | | | 35.18 |
| ACCOUNT NO. **8V68** <br> **Airgas** <br> PO Box 676031 <br> Dallas, TX  75267-6031 | | | | | | | 0.00 |
| ACCOUNT NO. **AGG1** <br> **Airgas Mid South Inc.** <br> PO Box 676015 <br> Dallas, TX  75267-6015 | | | | | | | 130.27 |
| ACCOUNT NO. **DPZF** <br> **Airgas South** <br> PO Box 9249 <br> Marietta, GA  30065-2249 | | | | | | | 249.87 |

Sheet no. ____**17**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **626.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.     Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1X06** <br><br> **Airgas-Nor Pac** <br> **P.O.Box 7427** <br> **Pasadena, CA  91109-7427** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Airlink Companies** <br> **PO Box 1773** <br> **Eagle, CO  81631** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Airtool Equipment Rental, Inc.** <br> **P.O. Box 266597** <br> **Houston, TX  77207** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Airvac Services Inc.** <br> **383 W. 56th Ave.** <br> **Denver, CO  80216** | | | | | | | 300.00 |
| ACCOUNT NO. <br><br> **Akins Gas Co., LLC** <br> **P.O.Box 3240** <br> **3501 Waterlevel Hwy** <br> **Cleveland, TN  37323-6654** | | | | | | | 345.65 |
| ACCOUNT NO. <br><br> **Alabama Child Support Payment Center** <br> **PO Box 244015** <br> **Montgomery, AL  36124-4015** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Alamo Crane Service, Inc.** <br> **PO Box 47077** <br> **San Antonio, TX  78265** | | | | | | | 0.00 |

Sheet no. _____**18**____ of _____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **645.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                              Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Alamo Iron Works, Inc.** PO Box 231 San Antonio, TX 78291-0231 | | | | | | | 0.00 |
| ACCOUNT NO. **Alamo Specialized Trucking** P.O.Box 47077 San Antonio, TX 78265 | | | | | | | 0.00 |
| ACCOUNT NO. **Alamo Turbocharger Services Inc.** Kent, WA 98032 | | | | | | | 0.00 |
| ACCOUNT NO. **Alamo Welding Supply Co.** P.O. Box 6356 Austin, TX 78762 | | | | | | | 0.00 |
| ACCOUNT NO. **Alaskan Copper & Brass Co.** PO Box 516 Seattle, WA 98111-0516 | | | | | | | 0.00 |
| ACCOUNT NO. **5752** **Albina Fuel Co.** PO Box 12246 Portland, OR 97212 | | | | | | | 0.00 |
| ACCOUNT NO. **Albina Pipe Bending Co., Inc.** 12080 SW Myslony St. Tualatin, OR 97062-8041 | | | | | | | 0.00 |

Sheet no. _____**19**___ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Albuquerque Brake & Align., Inc. Albuquerque Spring & Parts 5701 Wilshire Ave NE Albuquerque, NM  87113-1929 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Alden Diesel & Tractor Repair 14356 Highway D 20 Alden, IA  50006-9107 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Alewelt, Inc 3216 Brickler Rd. Suite B Springfield, IL  62707 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Alexis Environmental Co. 219 Glider Circle Corona, CA  92880-2534 | | | | | | | 0.00 |
| ACCOUNT NO. 3344 | | | | | | | |
| Alexis Oil Co. 219 Glider Circle Corona, CA  92880-2534 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALG Admiral, Inc. PO Box 66725 Chicago, IL  60666 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| ALG Worldwide Logistics PO Box 66725 Chicago, IL  60666-0725 | | | | | | | 0.00 |

Sheet no. _____20_____ of _____566_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                                   Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Alignment Express** <br> PO Box 22157 <br> San Diego, CA  92192 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **All American Sandbagging** <br> 10205 Hole Ave  #C <br> Riverside, CA  92503 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **All Comm. Technologies** <br> PO Box 3101 <br> Springfield, MO  65808 | | | | | | | 0.00 |
| ACCOUNT NO. **3171** <br> **All Hose Inc.** <br> 4300 North Pecos Rd. #2 <br> Las Vegas, NV  89115-0140 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **All Metro Door & Dock Srvs.** <br> 6445 Downing St. <br> Denver, CO  80229 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **All Service Cleaning, Inc.** <br> P.O.Box 9076 <br> Rancho Cucamonga, CA  91701 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **All Star Glass, LLC** <br> P.O.Box 771 <br> Wagoner, OK  74477 | | | | | | | 0.00 |

Sheet no. _____**21**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
<table>
<tr><td align="center">Debtor(s)</td><td align="center">(If known)</td></tr>
</table>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<table>
<tr>
<td rowspan="2">CREDITOR'S NAME, MAILING ADDRESS<br>INCLUDING ZIP CODE, AND ACCOUNT NUMBER.<br><i>(See Instructions Above.)</i></td>
<td>CODEBTOR</td>
<td>HUSBAND, WIFE, JOINT,<br>OR COMMUNITY</td>
<td rowspan="2">DATE CLAIM WAS INCURRED AND<br>CONSIDERATION FOR CLAIM. IF CLAIM IS<br>SUBJECT TO SETOFF, SO STATE</td>
<td>CONTINGENT</td>
<td>UNLIQUIDATED</td>
<td>DISPUTED</td>
<td rowspan="2">AMOUNT<br>OF<br>CLAIM</td>
</tr>
<tr><td></td><td></td><td></td><td></td><td></td></tr>
<tr>
<td>ACCOUNT NO.<br><br><b>All Truck &amp; Trailer Parts</b><br><b>PO Box 16086</b><br><b>Denver,    80216</b></td>
<td></td><td></td><td></td><td></td><td></td><td></td><td align="right"><b>0.00</b></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>All Tulsa Plumbing Inc.</b><br><b>19416 E. 91st  St.</b><br><b>Broken Arrow, OK  74014</b></td>
<td></td><td></td><td></td><td></td><td></td><td></td><td align="right"><b>0.00</b></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>All Valley Concrete Pumping</b><br><b>620 Nth Milan Street</b><br><b>Henderson, NV  89015</b></td>
<td></td><td></td><td></td><td></td><td></td><td></td><td align="right"><b>0.00</b></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>All-Around Fence Co.</b><br><b>PO Box 1029</b><br><b>Ravensdale, WA  98051-8101</b></td>
<td></td><td></td><td></td><td></td><td></td><td></td><td align="right"><b>0.00</b></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>All-State Fence Co.</b><br><b>12116 Slide Rd.</b><br><b>Lubbock, TX  79424</b></td>
<td></td><td></td><td></td><td></td><td></td><td></td><td align="right"><b>0.00</b></td>
</tr>
<tr>
<td>ACCOUNT NO. <b>UN11</b><br><br><b>All-Ways Trucking Inc.</b><br><b>3639.Aviation Way</b><br><b>Medford, OR  97504-9758</b></td>
<td></td><td></td><td></td><td></td><td></td><td></td><td align="right"><b>0.00</b></td>
</tr>
<tr>
<td>ACCOUNT NO.<br><br><b>Allan VanDerWaal</b><br><b>P.O.Box 434</b><br><b>Port Angeles, WA  98362</b></td>
<td></td><td></td><td></td><td></td><td></td><td></td><td align="right"><b>0.00</b></td>
</tr>
</table>

Sheet no. _____**22** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                              Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9496** <br> **Allegis Corp.** <br> **PO Box 70187** <br> **Reno, NV  89570** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Allen County Hospital** <br> **PO Box 540** <br> **Iola, KS  66749-0540** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Allen Instruments & Supplies** <br> **7114 E Earll Dr.** <br> **Scottsdale, AZ  85251** | | | | | | | 0.00 |
| ACCOUNT NO. **0259** <br> **Allen Samuels Chevrolet** <br> **2118 S. Padre Island Dr.** <br> **Corpus Christi, TX  78416-1100** | | | | | | | 0.00 |
| ACCOUNT NO. **0105** <br> **Allen's Camera** <br> **626 N. State St.** <br> **Orem, UT  84057** | | | | | | | 0.00 |
| ACCOUNT NO. **9250** <br> **Allen-Jensen Inc.** <br> **P.O. Box 116** <br> **Waco, TX  76703** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Allentown Shotcrete Co.** <br> **P.O.Box 8500-2021** <br> **Philadelphia, PA  19178-2021** | | | | | | | 0.00 |

Sheet no. _____**23**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Alliance One** <br> P. O. Box 2449 <br> Gig Harbor, WA  98335 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Alliance Title & Escrow** <br> 250 5th Street STE 101 <br> Boise, ID  83702 | | | | | | | 0.00 |
| ACCOUNT NO. **4001** <br> **Alliant Energy** <br> P.O.Box 3066 <br> Cedar Rapids, IA  52406-3066 | | | | | | | 0.00 |
| ACCOUNT NO. **2727** <br> **Allied Battery Supply Co.** <br> P.O.Box 17392 <br> Wichita, KS  67217 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Allied Energy & Battery, Inc.** <br> P.O. Box 17156 <br> Wichita, KS  67217 | | | | | | | 0.00 |
| ACCOUNT NO. **5315** <br> **Allied Fence Co.** <br> 10730 E. 51st St. SO. <br> Tulsa, OK  74146 | | | | | | | 0.00 |
| ACCOUNT NO. **0386** <br> **Allied Oil & Supply** <br> **Allied Tire Co. -MS0655** <br> P.O. Box 3366 <br> Omaha, NE  68176-0655 | | | | | | | 5.95 |

Sheet no. ____**24**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $              **5.95**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Brundage-Bone Concrete Pumping, Inc.        Case No. _____

              Debtor(s)                                   (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Allied Rubber & Supply Corp. 5005 Bragg Circle Beaumont, TX 77705 | | | | | | | 0.00 |
| ACCOUNT NO. 4798 | | | | | | | |
| Allied Sales Co. P.O. Box 6116 Austin, TX 78762 | | | | | | | 0.00 |
| ACCOUNT NO. 233 | | | | | | | |
| Allied Waste Services P.O.Box 78829 Phoenix, AZ 85062-8829 | | | | | | | 0.00 |
| ACCOUNT NO. 837 | | | | | | | |
| Allied Waste Services PO Box 9001099 Louisville, KY 40290-1099 | | | | | | | 228.66 |
| ACCOUNT NO. 7314 | | | | | | | |
| Allied Waste Services PO Box 9001099 Louisville, KY 40290-1099 | | | | | | | 0.00 |
| ACCOUNT NO. 852 | | | | | | | |
| Allied Waste Services PO Box 9001099 Louisville, KY 40290-1099 | | | | | | | 276.29 |
| ACCOUNT NO. | | | | | | | |
| Allison Concrete 7400 Hidden Valley Dr. Boise, ID 83709 | | | | | | | 0.00 |

Sheet no. __25__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

            Subtotal
        (Total of this page)   $     **504.95**

                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                               Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Allred, Timothy**<br>**105 Fairway Ave.**<br>**Thayne, WY  83127** | | | | | | | **1,417.00** |
| ACCOUNT NO.<br>**Allstar Auto Glass, LLC**<br>**POBox 771**<br>**Wagoner, OK  74477** | | | | | | | **0.00** |
| ACCOUNT NO. **5710**<br>**Alltel**<br>**P.O. Box 9001905**<br>**Louisville, KY  40290-1905** | | | | | | | **0.00** |
| ACCOUNT NO. **9396**<br>**Alltel**<br>**P.O.Box 79033**<br>**Phoenix, AZ  85062-9033** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Aloha Mechanical Service**<br>**9304 Empire Rock St.**<br>**Las Vegas, NV  89143** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Aloha Pools and Spas Inc**<br>**4721 Hillard Rd.**<br>**North Little Rock, AR  72118** | | | | | | | **0.00** |
| ACCOUNT NO. **8968**<br>**Alphapage, LLC**<br>**4201 E. Yale Ave Suite 140**<br>**Denver, CO  80222** | | | | | | | **0.00** |

Sheet no. _____**26**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                               Subtotal
(Total of this page) $    **1,417.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                        Debtor(s)                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Alpine SOS, LLC<br>3409 N. 15 E.<br>Idaho Falls, ID 83403** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Alta Muffler and Brakes<br>601 N. Main<br>Logan, UT 84321** | | | | | | | 0.00 |
| ACCOUNT NO. **HCPI**<br>**Alternative Hose Inc.<br>3141 North 35th Avenue<br>Phoenix, AZ 85017** | | | | | | | 0.00 |
| ACCOUNT NO. **DAGE**<br>**Alternative Hose Inc.<br>P.O. Box 335220<br>North Las Vegas, NV 89033** | | | | | | | 0.00 |
| ACCOUNT NO. **4619**<br>**Alternative Office Inc.<br>3102 NW Cache Rd Ste. #102<br>Lawton, OK 73505** | | | | | | | 239.25 |
| ACCOUNT NO.<br>**Alternator Service, Inc.<br>2350 West Commerce<br>Dallas, TX 75212** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Alzheimer's Association** | | | | | | | 0.00 |

Sheet no. _____**27**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 239.25

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
<div align="center">Debtor(s)                                        (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1890** <br> **AMB Tools & Equipment** <br> **608 West Nob Hill Blvd** <br> **Yakima, WA 98902** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ambulance Service of Tooele** <br> **2055 N. Main St.** <br> **Tooele, UT 84074** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **America's Best Inn** <br> **429 W. Diamond Dr,** <br> **Salina, KS 67401** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **America's Best Value Inn.-Riviera** <br> **6232 HWY 77** <br> **Riviera, TX 78379** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **American Asphalt & Gravel** <br> **2690 N. Decatur Blvd.** <br> **Las Vegas, NV 89108** | | | | | | | 0.00 |
| ACCOUNT NO. **3333** <br> **American Business Comm.** <br> **11 Skagit Key** <br> **Bellevue, WA 98006** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **American Concrete Institute** <br> **Washington Chapter** <br> **22223 7th Ave S** <br> **Des Moines, WA 98198-6221** | | | | | | | 0.00 |

Sheet no. ____**28**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc.                              Case No. _____
_____
            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>American Concrete Pumping Asc<br>606 Enterprise Dr<br>Lewis Center, OH  43035 | | | | | | | 0.00 |
| ACCOUNT NO.<br>American Const. Supply & Rental<br>3500 Garrity Blvd.<br>Nampa, ID  83687 | | | | | | | 0.00 |
| ACCOUNT NO.<br>American Detection Specialists, Inc.<br>440-A S. Cavalier<br>Springfield, MO  65802-6227 | | | | | | | 0.00 |
| ACCOUNT NO.<br>American Equip. Co.<br>89 N.E.Columbia Blvd<br>Portland, OR  97211 | | | | | | | 0.00 |
| ACCOUNT NO.<br>American Equipment - West<br>P.O.Box 1350<br>Cockeysville, MD  21030-1350 | | | | | | | 0.00 |
| ACCOUNT NO.<br>American Fire & Safety Inc.<br>3310 E. Adams<br>Temple, TX  76501 | | | | | | | 0.00 |
| ACCOUNT NO.<br>American Fork Hospital<br>170 North 110 East<br>American Fork, UT  84003 | | | | | | | 0.00 |

Sheet no. __29__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
　　　　　　　　　　　　　　　Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **American Frame & Alignment Co.** <br> **911 W. James Street** <br> **Kent, WA  98032** | | | | | | | **0.00** |
| ACCOUNT NO. **0356** <br> **American Hose & Fitting** <br> **PO Box 688** <br> **Kent, WA  98035** | | | | | | | **0.00** |
| ACCOUNT NO. **8775** <br> **American Hose & Rubber Co.** <br> **3645 E.44th Street** <br> **Tucson, AZ  85713** | | | | | | | **0.00** |
| ACCOUNT NO. **398** <br> **American Hose & Supply** <br> **PO Box 9494** <br> **Tulsa, OK  74157** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **American Integrated Service** <br> **1502 E. Op St.** <br> **Wilmington, CA  90744** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **American International Recovery** <br> **PO Box 105795** <br> **Atlanta, GA  30348-9867** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **American Lawn Pro** <br> **7649 Silver Star Rd.** <br> **Sour Lake, TX  77659** | | | | | | | **0.00** |

Sheet no. _____**30**___ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　$

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)　$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**American Locksmith** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**American Overhead Door**<br>**PO Box 8149**<br>**Colorado Springs, CO  80933** | | | | | | | 216.00 |
| ACCOUNT NO.<br>**American Powder Coating Inc.**<br>**3802 B St. NW**<br>**Auburn, WA  98001** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**American Power Tool & Repair**<br>**4108 B Place NW, Sutie D**<br>**Auburn, WA  98001** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**American Radiator**<br>**130 Sondrol Ave.**<br>**Ames, IA  50010** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**American Rock Products, Inc.**<br>**2090 Robertson Drive**<br>**Richland, WA  99354** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**American Sales & Services, Inc.**<br>**PO Box 61610**<br>**San Angelo, TX  76906** | | | | | | | 0.00 |

Sheet no. ___**31**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **216.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **American Sanitation, Inc.** **1801 S. Santa Fe** **Oklahoma City, OK  73109** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **American Sling Company** **Dept 5334** **PO Box 4228** **Houston, TX  77210-4228** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **American Truck & trailer Ser.** **PO Box 2451** **Auburn, WA  98071** | | | | | | | **0.00** |
| ACCOUNT NO. **3685** | | | | | | | |
| **American Welding Society** **550 N.W. LeJeune Rd.** **Miami, FL  33126** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **American Wind Energy Assoc.** **AWEA Member Directory** **1501 M St NW Ste 1000** **Washington, DC  20005-1769** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Ameriflex Hose & Accessories** **PO Box 690595** **Tulsa, OK  74169-0595** | | | | | | | **192.89** |
| ACCOUNT NO. | | | | | | | |
| **Ameripath Dallas AP** **DFW 5.01 (A) Corp.** **PO Box 844810** **Dallas, TX  75284-4810** | | | | | | | **0.00** |

Sheet no. ____**32**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **192.89**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ 

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **150**<br>**AmeriSuites Topeka**<br>**6021 S.W. 6th Ave.**<br>**Topeka, KS 66615** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Amick Metal Fabricators**<br>**2727 Sixth Ave South**<br>**PO Box 24664**<br>**Seattle, WA 98124-0664** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Amigo Truck, LTD**<br>**710 McCarty Dr.**<br>**Houston, TX 77029** | | | | | | | **0.00** |
| ACCOUNT NO. **0000**<br>**Ammeraal Beltech Inc.**<br>**P.O. Box 90351**<br>**Chicago, IL 60696-0351** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Ammons, Les**<br>**P.O.Box 121**<br>**Hallett, OK 74034** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**AMPCO** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**AMS Law P.C.**<br>**975 Carpenter Road NE #201**<br>**Olympia, WA 98516** | | | | | | | **0.00** |

Sheet no. _____**33**__ of _____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                  Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Analysts, Inc. <br> P.O.Box 2955 <br> Torrance, CA  90509-2955 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Anderson Bros., Inc. <br> 9111 N. Vancouver Ave. <br> Portland, OR  97217-7521 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Anderson Electric & Plumbing Supply <br> 1116 Bulldog Ave., Ste 3 <br> Springdale, AR  72764 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Andre Landscape <br> PO Box 1333 <br> Azusa, CA  91702 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Andrew's Transmission Serv.&Repair <br> 530 E. Main St. <br> Visalia, CA  93292 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Andrews Electric Inc. <br> 800 S.E. 83rd <br> Oklahoma City, OK  73149 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Angel's Trailer Repair <br> P.O. Box 3249 <br> Fontana, CA  92334 | | | | | | | 0.00 |

Sheet no. _____ 34 _____ of _____ 566 _____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Angela Hospice Development Office 14100 Newburgh Rd Livonia, MI 48154-5010** | | | | | | | 0.00 |
| ACCOUNT NO. **RUN1**<br>**Ankem of Phoenix P.O. Box 2947 Coppell, TX 75019** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ankem of Texas Inc. P.O.Box 1887 Mabank, TX 75147** | | | | | | | 0.00 |
| ACCOUNT NO. **B340**<br>**ANS Distributing Inc. 3970 S.Evans Blvd Tucson, AZ 85714** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Anthony Truck Repair Any & All Claims for Accident on 6/17/09** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Any Radiator Service LLC 1546 Countryshire Ave. Lake Havasu City, AZ 86403** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**AP Concrete Pumping PO Box 964 Corona, CA 92878-0964** | | | | | | | 0.00 |

Sheet no. ____**35**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                       Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0000**<br>**Apache Junction Water Co.**<br>**112 East 2nd Ave.**<br>**Apache Junction, AZ  85278-4768** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Apex Transporting, Inc.**<br>**9800 Alton Way**<br>**Henderson, CO  80640** | | | | | | | 0.00 |
| ACCOUNT NO. **1579**<br>**Apple Glass (DFW) LTD**<br>**2801 W. Euless Blvd.**<br>**Euless, TX  76040** | | | | | | | 0.00 |
| ACCOUNT NO. **UNDA**<br>**Application Specialties**<br>**Street NW**<br>**Auburn, WA  98001** | | | | | | | 0.00 |
| ACCOUNT NO. **R112**<br>**Applied Energy Co.**<br>**PO Box 671425**<br>**Dallas, TX  75267-1425** | | | | | | | 0.00 |
| ACCOUNT NO. **1947**<br>**Applied Ind. Tech**<br>**P.O. Box 100538**<br>**Pasadena, CA  91189-0538** | | | | | | | 6,456.46 |
| ACCOUNT NO. **0595**<br>**Applied Industrial Tech.**<br>**22510 Network Place**<br>**Chicago, IL  60673-1225** | | | | | | | 40.65 |

Sheet no. ____**36**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                          (Total of this page)  $  **6,497.11**

                                            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                           Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Aqua Chill, Inc.** <br> PO Box 24719 <br> Tempe, AZ  85285-4719 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Aqua Clean Jet-N-Vac, Inc.** <br> P.O.Box 2055 <br> Renton, WA  98056 | | | | | | | 0.00 |
| ACCOUNT NO. **9221** <br> **Aqua Perfect** <br> P.O.Box 13604 <br> Philadelphia, PA  19101-3604 | | | | | | | 0.00 |
| ACCOUNT NO. **6079** <br> **Aqua Perfect of Arizona** <br> P.O.Box 605 <br> Moberly, MO  65270-0605 | | | | | | | 0.00 |
| ACCOUNT NO. **3295** <br> **Aramark** <br> P.O. Box 2474 <br> Fort Worth, TX  76113-2474 | | | | | | | 0.00 |
| ACCOUNT NO. **4001** <br> **Aramark Uniform Serv.** <br> PO Box 71520 <br> Eugene, OR  97401 | | | | | | | 720.20 |
| ACCOUNT NO. <br> **Arapahoe Heating Service Inc.** <br> 10722 E. Chinook Trail <br> Parker, CO  80138 | | | | | | | 0.00 |

Sheet no. _____**37**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    720.20

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Brundage-Bone Concrete Pumping, Inc.                     Case No. _____

_____

Debtor(s)                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **ARB/PERP** Air Resources Board PO Box 2038 Sacramento, CA 95812-2038 | | | | | | | 0.00 |
| ACCOUNT NO. **Archer Western** 929 W. Adams St. Chicago, IL 60607 | | | | | | | 0.00 |
| ACCOUNT NO. **5803** **ARCO** P.O.Box 70887 Charlotte, NC 28272-0887 | | | | | | | 2.00 |
| ACCOUNT NO. **Ares Corp. Portland Security Services** 205 SE Spokane St, Ste 330 Portland, OR 97202 | | | | | | | 0.00 |
| ACCOUNT NO. **ARH & Associates, Inc.** 8811 South 218th St. Kent, WA 98031-1945 | | | | | | | 0.00 |
| ACCOUNT NO. **3165** **Arizona Brake & Clutch Supply** P.O. Box 6369 Phoenix, AZ 85005 | | | | | | | 678.15 |
| ACCOUNT NO. **Arizona Builders Alliance** 1661 N. Swan, Suite 144 Tucson, AZ 85712 | | | | | | | 0.00 |

Sheet no. ____**38**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 676.15

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
                         Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Arizona Builders' Alliance**<br>**1825 W. Adams**<br>**Phoenix, AZ  85007** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Arizona Child Support Network, Inc.**<br>**PO Box 40320**<br>**Phoenix, AZ  85067-0320** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Arizona Concrete Contrator's Assoc.**<br>**P.O.Box 42237**<br>**Phoenix, AZ  85080-2237** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Arizona Corporation Commission**<br>**c/o Annual Reports/Corp. Div.**<br>**1300 W Washington St**<br>**Phoenix, AZ  85007-2929** | | | | | | | 0.00 |
| ACCOUNT NO. **0800**<br>**Arizona Exterminating**<br>**P.O.Box 5156**<br>**Mesa, AZ  85211** | | | | | | | 183.00 |
| ACCOUNT NO.<br>**Arizona Hose & Rubber Co.**<br>**2945 N. Flowing Wells Rd.**<br>**Tucson, AZ  85705** | | | | | | | 0.00 |
| ACCOUNT NO. **C514**<br>**Arizona Office Tech**<br>**P.O. Box 29623**<br>**Phoenix, AZ  85038** | | | | | | | 0.00 |

Sheet no. _____**39** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 183.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Arizona Spring Co** **249 East Grant Road** **Tucson, AZ  85705** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Arizona Trucking Assn.** **2111 W. McDowell Rd.** **Phoenix, AZ  85009** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Arizona Wire Rope & Rigging** **2339 N. 34th Drive** **Phoenix, AZ  85009** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **ARK Sunshine Enterprises** **111 Perkins Road** **Aubrey, TX  76227** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Arkansas Child Support Enforcement** **PO Box 8125** **Little Rock, AR  72203-8125** | | | | | | | 0.00 |
| ACCOUNT NO. **8377** | | | | | | | |
| **Arkansas Western Gas Co.** **PO Box 660559** **Dallas, TX  75266-0559** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Arlington Emergency Med Associate** **PO Box 960160** **Oklahoma City, OK  73196-0160** | | | | | | | 0.00 |

Sheet no. _____**40**____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____    Case No. _____
                                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Arlington Memorial Hospital** **800 W. Randol Mill Road** **Arlington, TX  76012** | | | | | | | 0.00 |
| ACCOUNT NO. **Armada Corp** **P.O. Box 1397** **Olympia, WA  98507-1397** | | | | | | | 0.00 |
| ACCOUNT NO. **Armstrong Chemical Ent Inc.** **P.O. Box 26776** **Fort Lauderdale, FL  33320** | | | | | | | 0.00 |
| ACCOUNT NO. **Arnold Machinery Co.** **P.O.Box 30020** **Salt Lake City, UT  84130** | | | | | | | 0.00 |
| ACCOUNT NO. **Arnold, Bleuel, Larochelle, Mathews & Zi** **300 Esplanade Dr., Suite 2100** **Oxnard, CA  93036** | | | | | | | 0.00 |
| ACCOUNT NO. **Arras Industries Welding & Machine Work** **3963 Alamo St.** **Riverside, CA  92501** | | | | | | | 0.00 |
| ACCOUNT NO. **Arrow Magnolia International, Inc** **P.O. Box 59089** **Dallas, TX  75229** | | | | | | | 0.00 |

Sheet no. _____**41**___ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____  Case No. _____
              Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Arrow Wrecker Service, Inc. 531 E. MacArthur Rd. Wichita, KS 67216 | | | | | | | 0.00 |
| ACCOUNT NO.  Arrowhead Radiator Service 621 North Main St. Las Vegas, NV 89101 | | | | | | | 0.00 |
| ACCOUNT NO.  Arrowhead Roofing 5810 S. 118th E. Ave. Tulsa, OK 74146 | | | | | | | 0.00 |
| ACCOUNT NO.  Art City Medical 5 E 400 N Springville, UT 84663 | | | | | | | 0.00 |
| ACCOUNT NO.  Artex Overhead Door Co. PO Box 182783 Arlington, TX 76096 | | | | | | | 0.00 |
| ACCOUNT NO.  Artist Stone 11004 28th Ave. SW Seattle, WA 98146 | | | | | | | 0.00 |
| ACCOUNT NO.  Ascentis Corporation 150 120th Ave. NE Suite 400 Bellevue, WA 98005 | | | | | | | 0.00 |

Sheet no. ____42____ of ____566____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1710** <br><br> **ASCO Equipment** <br> **P.O. Box 3888** <br> **Lubbock, TX  79452** | | | | | | | 0.00 |
| ACCOUNT NO. **8081** <br><br> **Ash Auto Safety House** <br> **P.O. Box 31001-1339** <br> **Pasadena, CA  91110-1339** | | | | | | | 310.23 |
| ACCOUNT NO. **8082** <br><br> **Ash Auto Safety House** <br> **P.O Box 31001-1339** <br> **Pasadena, CA  91110-1339** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Aspen Communications** <br> **6351 Hinson St. Suite G** <br> **Las Vegas, NV  89118** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Aspire Custom Homes** <br> **1225 NW Murray Rd. #215** <br> **Portland, OR  97229** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Associated Builders & Contractors** <br> **789 Sherman Street Ste. 370** <br> **Denver, CO  80203** | | | | | | | 0.00 |
| ACCOUNT NO. **BRU** <br><br> **Associated Builders & Contractors, Inc.** <br> **10408 Gulfdale** <br> **San Antonio, TX  78216** | | | | | | | 0.00 |

Sheet no. _____**43** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 310.23

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
 Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Associated General Contractors**<br>**1114 W. 7th Ave., Suite 200**<br>**Denver, CO  80204-4432** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Associated General Contractors**<br>**1135 South West Temple**<br>**Salt Lake City, UT  84101** | | | | | | | **0.00** |
| ACCOUNT NO. **1511**<br>**Associated Office Prod**<br>**PO Box 712**<br>**Westminster, CO  80036** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Associated Publishing Co.**<br>**P.O.Box 1008**<br>**Buffalo, NY  14240-1008** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Assurance**<br>**PO Box 66944**<br>**Chicago, IL  60666-0944** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Assurance Lien Services**<br>**P.O. Box 1203**<br>**Bountiful, UT  84010** | | | | | | | **92.00** |
| ACCOUNT NO.<br>**Assurant Employee Benefits**<br>**P.O. BOX 807009**<br>**Kansas City, MO  64184-7009** | | | | | | | **0.00** |

Sheet no. _____**44**_ of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $       **92.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Assurant Employee Benefits** **P.O. BOX 806644-1** **Kansas City, MO  64180-6644** | | | | | | | **0.00** |
| ACCOUNT NO. **6453** | | | | | | | |
| **AT Road Inc./ Trimble Navigation Ltd.** **47071 Bayside Parkway** **Fremont, CA  94538** | | | | | | | **0.00** |
| ACCOUNT NO. **9486** | | | | | | | |
| **AT&T** **P.O.Box 105414** **Atlanta, GA  30348-5414** | | | | | | | **0.00** |
| ACCOUNT NO. **7001** | | | | | | | |
| **AT&T** **PO Box 78225** **Phoenix, AZ  85062-8225** | | | | | | | **0.00** |
| ACCOUNT NO. **1861** | | | | | | | |
| **AT&T** **P.O.Box 105262** **Atlanta, GA  30348-5262** | | | | | | | **0.00** |
| ACCOUNT NO. **5128** | | | | | | | |
| **AT&T** **PO Box 105414** **Atlanta, GA  30348-5414** | | | | | | | **0.00** |
| ACCOUNT NO. **0192** | | | | | | | |
| **AT&T** **PO Box 13148** **Newark, NJ  07101-5648** | | | | | | | **0.00** |

Sheet no. _____**45**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                              Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6944**<br>AT&T<br>PO Box 13134<br>Newark, NJ  07101-5634 | | | | | | | 0.00 |
| ACCOUNT NO. **0477**<br>AT&T<br>PO Box 105262<br>Atlanta, GA  30348-5262 | | | | | | | 0.00 |
| ACCOUNT NO. **7266**<br>AT&T<br>PO Box 5019<br>Carol Stream, IL  60197-5019 | | | | | | | 0.00 |
| ACCOUNT NO. **1874**<br>AT&T<br>P.O. Box 105262<br>Atlanta, GA  30348-5262 | | | | | | | 0.00 |
| ACCOUNT NO. **8540**<br>AT&T<br>PO Box 5001<br>Carol Stream, IL  60197-5001 | | | | | | | 0.00 |
| ACCOUNT NO. **1001**<br>AT&T<br>P.O. Box 78522<br>Phoenix, AZ  85062-8522 | | | | | | | 0.00 |
| ACCOUNT NO. **9518**<br>AT&T<br>PO Box 630047<br>Dallas, TX  75263-0047 | | | | | | | 0.00 |

Sheet no. _____**46**_ of _____**566**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                              Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7849** <br><br>AT&T <br>PO Box 650661 <br>Dallas, TX  75265-0661 | | | | | | | 0.00 |
| ACCOUNT NO. **6554** <br><br>AT&T <br>PO Box  5001 <br>Carol Stream, IL  60197-5001 | | | | | | | 283.34 |
| ACCOUNT NO. **1232** <br><br>AT&T <br>PO Box  5001 <br>Carol Stream, IL  60197-5001 | | | | | | | 63.07 |
| ACCOUNT NO. **0001** <br><br>AT&T Advertising & Publishing <br>PO Box 5010 <br>Carol Stream, IL  60197-5010 | | | | | | | 0.00 |
| ACCOUNT NO. **0491** <br><br>AT&T Mobility <br>PO Box 6463 <br>Carol Stream, IL  60197-6463 | | | | | | | 0.00 |
| ACCOUNT NO. **0606** <br><br>AT&T Mobility <br>PO Box 9004 <br>Carol Stream, IL  60197-9004 | | | | | | | 0.00 |
| ACCOUNT NO. **1141** <br><br>AT&T Mobility <br>PO Box 650553 <br>Dallas, TX  75265-0553 | | | | | | | 0.00 |

Sheet no. ____**47**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     346.41

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                                    Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0001** <br><br> **AT&T TeleConference Services** <br> **PO Box 2840** <br> **Omaha, NE  68103-2840** | | | | | | | **0.00** |
| ACCOUNT NO. **9762** <br><br> **AT&T Wireless** <br> **PO Box 8212** <br> **Aurora, IL  60572-8212** | | | | | | | **0.00** |
| ACCOUNT NO. **4858** <br><br> **AT&T Yellow Pages** <br> **2024 Woodlawn St.** <br> **Wichita, KS  67208** | | | | | | | **0.00** |
| ACCOUNT NO. **0099** <br><br> **AT&T- Universal Biller** <br> **P.O. Box 79112** <br> **Phoenix, AZ  85062-9112** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **ATC Associates Inc.** <br> **Dept. CH17565** <br> **Palentine, IL** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Atlas Security Service, Inc.** <br> **1309 E. Republic Rd. Ste B** <br> **Springfield, MO  65804** | | | | | | | **0.00** |
| ACCOUNT NO. **3505** <br><br> **ATMOS Energy** <br> **PO Box 78108** <br> **Phoenix, AZ  85062-8108** | | | | | | | **0.00** |

Sheet no. _____ **48** of _____ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2952** <br><br> **ATMOS Energy** <br> **PO Box 79073** <br> **Phoenix, AZ  85062-9073** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Attorney General of Texas** <br> **TX Child Support SDU** <br> **PO Box 659791** <br> **San Antonio, TX  78265-9791** | | | | | | | 0.00 |
| ACCOUNT NO. **U001** <br><br> **Auerbach Waste LLC** <br> **12001 W. Peoria Ave.** <br> **El Mirage, AZ  85335** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Aus-Tex Towing & Recovery, LLC** <br> **201 E. Braker Ln.** <br> **Austin, TX  78753** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Austin Commercial LP** <br> **2538 E. University Dr.#200** <br> **Phoenix, AZ  85034** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Austin Commercial, Inc.** <br> **P.O. Box 2879** <br> **Dallas, TX  75221** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Austin Distributing** <br> **PO Box 7890** <br> **Amarillo, TX  79114-7890** | | | | | | | 0.00 |

Sheet no. ____**49**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                        Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8994** <br><br> **Austin Diversified Products, Inc.** <br> **16615 S. Halsted St.** <br> **Harvey, IL  60426** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Austin Drive Train, Inc.** <br> **201 East Anderson Lane** <br> **Austin, TX  78752** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Austin Multi-Line** <br> **8711 Burnet Road, Ste. E55** <br> **Austin, TX  78758** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Austin Radiological Assoc.** <br> **PO Box 4099** <br> **Austin, TX  78765** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Auto Battery & Electric** <br> **1026 East 4th Street** <br> **Tulsa, OK  74120-3229** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Auto Glass Specialist** <br> **5906 91st** <br> **Lubbock, TX  79424** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Auto House Inc, Towing & Recovery** <br> **PO Box 498** <br> **McPherson, KS  67460** | | | | | | | 0.00 |

Sheet no. _____**50**___ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                               Case No. _____
                          Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Auto House, Inc.**<br>**565 Wesport Blvd.**<br>**Salina, KS  67401** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Auto King**<br>**1131 Interstate Place**<br>**Bullhead City, AZ  86442** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Auto Tech Inc.**<br>**274 S. Kings HWY**<br>**Texarkana, TX  75501** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Auto-Lube Services, Inc.**<br>**P.O.Box 1257**<br>**Oxford, GA  30054** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Auto-Owners Insurance**<br>**P.O. Box 387**<br>**Broomfield, CO  80038-0387** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Automotive Electronic Serv**<br>**3769 1/2 McCormick**<br>**Wichita, KS  67213** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Avaya Silver Business Partner** | | | | | | | 0.00 |

Sheet no. _____**51**___ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                      Case No. _____
_____                                              (If known)
                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Avelar, William**<br>**(Expenses)** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Avondale Homes**<br>**15209 286th Ave NE**<br>**Duvall, WA  98019** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Axle Surgeons**<br>**8006 Carter Mtn. Rd.**<br>**Ozark, AR  72949** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Axle Surgeons of Southeast Texas**<br>**P.O.Box 41502**<br>**Houston, TX  77241-1502** | | | | | | | 0.00 |
| ACCOUNT NO. **0720**<br>**Axle Transmission**<br>**PO Box 20926**<br>**Phoenix, AZ  85036-0926** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ayers Front Range Lock-Key**<br>**5665 West 109th Circle**<br>**Broomfield, CO  80020** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**AZ Cleaning Equipment**<br>**2625 E University Dr., Suite A**<br>**Phoenix, AZ  85034** | | | | | | | 0.00 |

Sheet no. ____**52**____ of ____**566**____ continuation sheets attached to                                    Subtotal      $
Schedule of Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

                                                                                                                                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)      $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____    Case No. _____
                          Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Azteca Concrete** <br> **Laughlin, NV  89028** | | | | | | | 0.00 |
| ACCOUNT NO. **0145** <br> **B & K Supply, Inc.** <br> **13301 W. 43rd Dr, #4** <br> **Golden, CO  80403** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **B & R Private Security Services** <br> **5499 E. Hedges Ave.** <br> **Fresno, CA  93727** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **B&K Distributing Co.** <br> **401 Westfall Trail** <br> **Liberty Hill, TX  78642** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **B&M General Contractors** <br> **10813 50th Ave. E** <br> **Tacoma, WA  98446** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **B&T Mobile Tire** <br> **937 Pearl Street** <br> **Bremerton, WA  98310** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **B. C. Towing** <br> **P.O.Box 2866** <br> **Salem, OR  97308** | | | | | | | 0.00 |

Sheet no. ____**53**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                        Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**B.C.C. Concrete Pumping, Inc.**<br>**3-A Bisbee Lane**<br>**Santa Fe, NM 87508** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**B.W. Baucum, Justice of the Peace**<br>**P.O. Box 755**<br>**Seagraves, TX 79359** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Bab Steering Hydraulics**<br>**14554 Whittram Ave**<br>**Fontana, CA 92335** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Backflow Prevention**<br>**9506 Teton Diablo Ave.**<br>**Las Vegas, NV 89117** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Bainbridge Construction**<br>**P.O.Box 293**<br>**Kingsley, IA 51028-0293** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Baker & Hostetler LLP**<br>**P.O. Box 70189**<br>**Cleveland, OH 44190-0189** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Baker Concrete**<br>**900 N. Garver**<br>**Grand Prairie, TX 75050-1277** | | | | | | | **0.00** |

Sheet no. _____**54**___ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                            Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Baker Rock**<br>**21880 SW Farmington Road**<br>**Beaverton, OR  97007** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Balderas, Victor Jr.,& Balderas, Victor** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Baldoni Properties, Inc.**<br>**9998 Hillview Rd.**<br>**Newcastle, CA  95658** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Balfour Beatty Construction**<br>**3100 Mckinnon St. 6th Floor**<br>**Dallas, TX  75201** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Balmore, Inc.**<br>**P.O.Box 883**<br>**Renton, WA  98057** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Banner Churchill Comm Hospital**<br>**P.O.Box 2978**<br>**Phoenix, AZ  85062-2978** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Banner Enterprises**<br>**10265 Banner Rd SE**<br>**Olalla, WA  98359** | | | | | | | 0.00 |

Sheet no. _____**55**_____ of _____**566**_____ continuation sheets attached to                           Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)   $

                                                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
<div align="center">Debtor(s)                                                    (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1010** <br> Banner Life Ins. Co. <br> PO Box 740526 <br> Atlanta, GA  30374-0526 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Baptist Memorial Health Care Corp. <br> Attn: Corporate Counsel <br> 350 N Humphreys Blvd <br> Memphis, TN  38120-2177 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Barco <br> 601 S. 19th St. <br> Phoenix, AZ  85009 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Barnes Distribution <br> Dept CH 14079 <br> Palatine, IL  60055-4079 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Barstow Superior <br> 235 E. Mtn. View <br> Barstow, CA  92311 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Bart Industries <br> 4899 Montrose Blvd #811 <br> Houston, TX  77006 | | | | | | | 0.00 |
| ACCOUNT NO. <br> BASF Admixtures, Inc. <br> 24503 Network Place <br> Chicago, IL  60673-1245 | | | | | | | 0.00 |

Sheet no. _____**56**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **BAT Communications**<br>**4505 W Eagle Pass St.**<br>**Broken Arrow, OK  74011** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Batteries Plus**<br>**3014 N. Dobson Rd.**<br>**Chandler, AZ  85224-1238** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Battery Outfitters**<br>**PO Box 215**<br>**Golden, MO  65658** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Battery Systems**<br>**Dept. 1121**<br>**Los Angeles, CA  90084-1121** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Battle Ground Glass**<br>**Massie Glass & Mirror Inc.**<br>**PO Box 3096**<br>**Battle Ground, WA  98604-2935** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Bauer Built**<br>**628 58th Ave Court S.W.**<br>**Cedar Rapids, IA  52404** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Bay Area Answering Service**<br>**1219 Bay Area Blvd.**<br>**Houston, TX  77058** | | | | | | | **0.00** |

Sheet no. _____**57**___ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                              Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Baylor Medical Cntr at Waxahachie**<br>P.O.Box 844597<br>Dallas, TX  75284-4597 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Baymont Inn & Suites**<br>2445 N. Airport Plaza Ave.<br>Springfield, MO  65803 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**BC Wire Rope & Rigging**<br>2720 E. Regal Park Drive<br>Anaheim, CA  92806-2417 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**BCS**<br>6757 Arapaho Rd. #711-347<br>Dallas, TX  75248 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Beach Construction**<br>45138 E. Florida Ave.<br>Hemet, CA  92544 | | | | | | | 48.27 |
| ACCOUNT NO.<br>**Beacon Fire & Safety**<br>521 W. Briardale Ave.<br>Orange, CA  92865 | | | | | | | 0.00 |
| ACCOUNT NO. **0090**<br>**Beall Trailers of WA**<br>PO Box 1047<br>Kent, WA  98035-1047 | | | | | | | 0.00 |

Sheet no. _____**58** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **48.27**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____    Case No. _____
                                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0050**<br>**Bear Tire, Inc.**<br>**P.O.Box 438**<br>**Haysville, KS  67060** | | | | | | | 0.00 |
| ACCOUNT NO. **1598**<br>**Bearing-Belt&Chain**<br>**P.O.Box 20427**<br>**Phoenix, AZ  85036** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Beaumont Locksmith Co.**<br>**P.O.Box 20452**<br>**Beaumont, TX  77720** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Beaver Express Service**<br>**P.O.Box 1168**<br>**Woodward, OK  73802-1168** | | | | | | | 0.00 |
| ACCOUNT NO. **1296**<br>**Beck Industrial**<br>**401 N. Loop 289**<br>**Lubbock, TX  79403** | | | | | | | 0.00 |
| ACCOUNT NO. **177**<br>**Becker Tire of Wichita**<br>**P.O.Box 268**<br>**904 Washington St**<br>**Great Bend, KS  67530-4939** | | | | | | | 78.19 |
| ACCOUNT NO.<br>**Bedrock Concrete Const.**<br>**429 Cr. 1600**<br>**Clifton, TX  76634** | | | | | | | 0.00 |

Sheet no. ____**59** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    78.19

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                          Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Bee CLean Cleaning Service Inc. PO Box 581362 Tulsa, OK  74112 | | | | | | | 0.00 |
| ACCOUNT NO. | | | Management and Administrative Services Agreement | | | | |
| Beecher Carlson Insurance Services, LLC 1001 Bishop Street Asb Tower, Suite 2788 Honolulu, HI  96813 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Belcrete P.O.Box 1505 Belton, TX  76513 | | | | | | | 0.00 |
| ACCOUNT NO. **UBON** | | | | | | | |
| Bell Supply Co. P.O. Box 201644 Dallas, TX  75320-1644 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Bella Vista Stucco 2970 29th St. #14 Greeley, CO  80631 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Belmontes, Manual (Expenses) | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Ben's Ice Co. 7246 S. 41st Street Phoenix, AZ  85042 | | | | | | | 0.00 |

Sheet no. ____**60**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Bend Construction Supply, Inc.** **280 SE Bridgeford** **Bend, OR  97702** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Benefactor Funding Corp.** **For Interstate Express Messenger Service** **PO Box 6241** **Denver, CO  80206-0241** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Beneficial UT** **8619 S. Sandy Pkwy Bld A STE 111** **Sandy, UT  84070** | | | | | | | 0.00 |
| ACCOUNT NO. **1881** | | | | | | | |
| **Benson Security System** **2065 W. Obispo Ave. Suite 101.** **Gilbert, AZ  85233** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Beran Concrete** **8401 E. Oak Knoll** **Wichita, KS  67207** | | | | | | | 0.00 |
| ACCOUNT NO. **3000** | | | | | | | |
| **Berendsen Fluid Power** **Dept #236** **Tulsa, OK  74182** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Bernell Hydraulics Inc.** **P.O.Box 417** **Rancho Cucamonga, CA  91739** | | | | | | | 0.00 |

Sheet no. _____**61**___ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6655**<br>**Best Bilt Parts**<br>**2527 East Kearney**<br>**Springfield, MO  65803** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Best Deal Spring**<br>**444 East 100 North**<br>**Payson, UT  84651** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Best Drilling & Pump**<br>**2950 Oleta Ln.**<br>**Highland, CA  92346** | | | | | | | 0.00 |
| ACCOUNT NO. **KEWA**<br>**Best Ways Brokerage Inc.**<br>**P.O. Box 10**<br>**Spanaway, WA  98387** | | | | | | | 0.00 |
| ACCOUNT NO. **PLUT**<br>**Best Ways Brokerage Inc.**<br>**P.O. Box 10**<br>**Spanaway, WA  98387** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Best Western**<br>**White Bear Country Inn**<br>**4940 Highway 61 N**<br>**White Bear Lake, MN  55110-2658** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Best Western Eagle Pass**<br>**1923 N. Veterans Blvd.**<br>**Eagle Pass, TX  78852** | | | | | | | 0.00 |

Sheet no. _____**62** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                          Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Best Western Heritage Inn - Chattanooga**<br>**7641 Lee Hwy.**<br>**Chattanooga, TN  37421** | | | | | | | 58.61 |
| ACCOUNT NO.<br>**Best Western Hospitality Lane**<br>**294 E. Hospitality Lane**<br>**San Bernardino, CA  92408** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Best Western Pony Soldier Inns**<br>**9901 NE Sandy Blvd.**<br>**Portland, OR  97220** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Best Western Rama Inn**<br>**Attn:Debbie Moore**<br>**1711 21st St**<br>**La Grande, OR  97850-3919** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Best Western San Antonio East Inn**<br>**8669 I-10E**<br>**Converse, TX  78109** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Best Western Southgate Inn**<br>**18658 IH-35 South**<br>**Buda, TX  78610** | | | | | | | 0.00 |
| ACCOUNT NO. **7859**<br>**Bestway Concrete Co.**<br>**PO Box 309**<br>**Milliken, CO  80543** | | | | | | | 0.00 |

Sheet no. _____**63**_ of _____**566**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **58.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Bethel Towing 6716 Bethel Rd. S.E. Port Orchard, WA  98367 | | | | | | | 0.00 |
| ACCOUNT NO. 0392 | | | | | | | |
| Betts Truck Parts File 50413 Los Angeles, CA  90074-0413 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Bexar Alliance 5045 List Dr. Colorado Springs, CO  80919 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| BIAC/PPC 3141 Serendipity Circle Colorado Springs, CO  80917 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Bidclerk 28 N. Clark St., Suite 450 Chicago, IL  60602 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Big 4 Filtration 3511 S. Sheridan Rd. Tulsa, OK  74145 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Big D Construction Corp. 404 West 400 South Salt Lake City, UT  84101 | | | | | | | 0.00 |

Sheet no. ____64____ of ____566____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                    Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3964** <br><br> **Big D Oil Co.** <br> **PO Box 1378** <br> **Rapid City, SD  57709** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Big D Tool Center** <br> **PO Box 565566** <br> **Dallas, TX  75356** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Big D Tool Center** <br> **2535 Irving Blvd.** <br> **Dallas, TX 75207** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Big Lot Reliable Chevrolet** <br> **3655 S. Campbell** <br> **Springfield, MO  65807** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Big Sky Oil Co., Inc.** <br> **P.O.Box 937** <br> **1050 Sunset Strip** <br> **Mountain Home, ID  83647** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Big Tool Store** <br> **4640 E. 63rd St. S.** <br> **Derby, KS  67037-9162** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Big'uns Towing & Recovery** <br> **5959 S. Belvedere** <br> **Tucson, AZ  85706** | | | | | | | **0.00** |

Sheet no. _____**65**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____     Case No. _____
                            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Bigfoot Construction Equipment, Inc.**<br>**5119 Briarwood**<br>**Woodstock, IL  60098** | | | | | | | **0.00** |
| ACCOUNT NO. **0526**<br>**Bill Breck Dodge, Inc.**<br>**Bill Breck Dodge, Inc.- #40526** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Bill Heard Chevrolet**<br>**Department 1265**<br>**PO Box 2153**<br>**Birmingham, AL  35287-1265** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Bill Spitzer & Associates**<br>**11530 Britmoore Park Dr.**<br>**Houston, TX  77041-6915** | | | | | | | **0.00** |
| ACCOUNT NO. **0657**<br>**Bill Williams Tire Center**<br>**P.O. Box 1772**<br>**Midland, TX  79702** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Bill's Auto & Truck Repair**<br>**1820  Acoma Blvd.**<br>**Lake Havasu City, AZ  86403** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Bill's Locksmith Service**<br>**530 South Central**<br>**Kent, WA  98032** | | | | | | | **0.00** |

Sheet no. ____**66**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal    | $
               (Total of this page)

                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____    Case No. _____
                            Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bill's Mobile RV Service** <br> **PO Box 420** <br> **The Dalles, OR  97058** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Binggeli Rock Products, Inc.** <br> **PO Box 98** <br> **Heber City, UT  84032** | | | | | | | 0.00 |
| ACCOUNT NO. **D003** <br> **Bingham Equipment Co.** <br> **1655 S. Country Club Dr.** <br> **Mesa, AZ  85210-6098** | | | | | | | 174.85 |
| ACCOUNT NO. <br> **Bio-Med Testing Service Inc.** <br> **1952 McGilchrist St SE** <br> **Salem, OR  97302** | | | | | | | 0.00 |
| ACCOUNT NO. **5450** <br> **Black & Decker** <br> **P.O. Box 98692** <br> **Chicago, IL  60693** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Black Diamond Auto Glass II, LLC** <br> **1590 S. White Mountain Rd., Suite #102** <br> **Show Low, AZ  85901** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Blackwell Consolidated** <br> **P.O.Box 505** <br> **Lipscomb, TX  79056** | | | | | | | 0.00 |

Sheet no. ____**67**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $      **174.85**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Brundage-Bone Concrete Pumping, Inc._____     Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Blake Construction** <br> **11618 Washington Blvd. #F** <br> **Whittier, CA 90606** | | | | | | | 0.00 |
| ACCOUNT NO. **2993** <br> **Blanchard Auto Electric** <br> **P. O. Box 24626** <br> **Seattle, WA 98124** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Blaster Concrete Pumping** <br> **950 Lafayette Pl** <br> **Chula Vista, CA 91913** | | | | | | | 0.00 |
| ACCOUNT NO. **484N** <br> **Bldg. Material Dealers Assn.** <br> **12540 S.W.Main St., Suite 200** <br> **Portland, OR 97223-6112** | | | | | | | 0.00 |
| ACCOUNT NO. **2267** <br> **Bldg. Material Dealers Assn.** <br> **12540 SW Main St. Suite200** <br> **Portland, OR 97223-6112** | | | | | | | 198.10 |
| ACCOUNT NO. <br> **Blews Construction** <br> **12929 E. Sprage #6** <br> **Spokane, WA 99216** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Blixt Landfill, Inc.** <br> **2646 Sage Rd.** <br> **Chapman, KS 67431** | | | | | | | 0.00 |

Sheet no. ____**68**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $    198.10

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Brundage-Bone Concrete Pumping, Inc.__ _____   Case No. _____
                       Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Blossman Propane Gas**<br>**8905 Highway 5**<br>**Douglasville, GA 30134** | | | | | | | 0.00 |
| ACCOUNT NO. **0795**<br>**Blue Book of Building and Construction,**<br>**P.O.Box 500**<br>**Jefferson Valley, NY 10535-0500** | | | | | | | 0.00 |
| ACCOUNT NO. **1942**<br>**Blue Book of Building and Construction,**<br>**PO Box 500**<br>**Jefferson Valley, NY 10535** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Blue Custom Homes**<br>**106 Breezy Point**<br>**Wichita, KS 67235** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Blue Sky Printing**<br>**PO Box 242**<br>**Poulsbo, WA 98370** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Bluestem Builders**<br>**16889 NW Boyer Rd.**<br>**Burns, KS 66840** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**BN Builders**<br>**2601 4th Ave #350**<br>**Seattle, WA 98121** | | | | | | | 0.00 |

Sheet no. ____**69**____ of ____**566**____ continuation sheets attached to                                Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)    $

                                                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3035** <br> **BNK** <br> **325 S. Washington Ave. #84** <br> **Kent, WA  98032** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Boal, Dennis M., Attorney at Law** <br> **P.O.Box 370** <br> **822 Main St** <br> **Evanston, WY  82930-3439** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Board Of Equalization** <br> **Environmental Fees Division** <br> **PO Box 942879** <br> **Sacramento, CA  94279-6001** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Bob Pitts Concrete** <br> **6510 Gateway Drive** <br> **Joplin, MO  64804** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Bob's Electric Motors** <br> **2030 Holly Ave Ste #3** <br> **Lake Havasu City, AZ  86403** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Bob's Lift Truck Sale & Equipment** <br> **PO Box 1357** <br> **Kent, WA  98035** | | | | | | | **0.00** |
| ACCOUNT NO. **1670** <br> **Bobcat of the Rockies** <br> **P.O.Box 934944** <br> **Kansas City, MO  64193-4944** | | | | | | | **0.00** |

Sheet no. ____**70**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Bogh Construction** 401 Fourth St. Beaumont, CA 92223 | | | | | | | 0.00 |
| ACCOUNT NO. 2145 **Boise Peterbilt** 6633 Federal Way Boise, ID 83716 | | | | | | | 0.00 |
| ACCOUNT NO. RUBO **Boise Rigging Supply** PO Box 16627 Boise, ID 83715-6627 | | | | | | | 0.00 |
| ACCOUNT NO. **Bolger Vision Beyond Print** 3464 Momentum Place Chicago, IL 60689-5324 | | | | | | | 0.00 |
| ACCOUNT NO. U200 **Bolt & Screw Supply, Inc.** 816 Randall Wobbe Lane Springdale, AR 72764 | | | | | | | 0.00 |
| ACCOUNT NO. **Bonita Steel Builders, Inc.** P.O.Box 77777 Tucson, AZ 85703-7777 | | | | | | | 0.00 |
| ACCOUNT NO. **Bonneville Billing & Collections, Inc.** P.O. Box 150612 Ogden, UT 84415 | | | | | | | 0.00 |

Sheet no. _____**71**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                     Case No. _____
                            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6500** <br><br> **Bonneville Blueprint Supply** <br> **1802 Curtis Ave** <br> **Idaho Falls, ID  83402-4499** | | | | | | | 0.00 |
| ACCOUNT NO. **2430** <br><br> **Bonneville Industrial** <br> **45 South 1500 West** <br> **Orem, UT  84058** | | | | | | | 81.78 |
| ACCOUNT NO. **5055** <br><br> **Bonneville Industrial Supply Co.** <br> **PO Box 51328** <br> **Idaho Falls, ID  83405-1328** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Boone Convenient Care** <br> **PO Box 2567** <br> **Maryland Heights, MO  63043-8567** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Booneslick Lodge** <br> **21140 US HWY 71** <br> **Pineville, MO  64856** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Borden Ladner Gervais LLP** <br> **1000 Canterra Tower** <br> **400 Third Ave S.W.** <br> **Calgary,    T2P 4H2** | | | | | | | 0.00 |
| ACCOUNT NO. **7847** <br><br> **Border Construction Specialties** <br> **PO Box 5836** <br> **Phoenix, AZ  85010-5836** | | | | | | | 0.00 |

Sheet no. _____**72**_ of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $        **81.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**        Case No. _____
               Debtor(s)                                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Boss Construction**<br>**4945 Guide Meridian**<br>**Bellingham, WA  98226** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Boyd Euipment Center Inc.**<br>**3625 S. Country Club Rd.**<br>**Tucson, AZ  85713-6207** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Boyer,Schrantz,Rhoads & Teague**<br>**221 North 3rd St.**<br>**Rogers, AR  72756** | | | | | | | 248.50 |
| ACCOUNT NO.<br>**Boys & Girls Clubs**<br>**Administrative Service Center**<br>**1501 Pacific Ave Ste 301**<br>**Tacoma, WA  98402-3313** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Brake & Clutch Supply, Inc.**<br>**2930 6th /ave. South**<br>**Seattle, WA  98134** | | | | | | | 0.00 |
| ACCOUNT NO. **1929**<br>**Brake Systems Inc.**<br>**2221 N.E. Hoyt**<br>**Portland, OR  97232** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Brasfield & Gorrie**<br>**3021 7th Avenue South**<br>**Birmingham, AL  35233** | | | | | | | 0.00 |

Sheet no. _____**73**___ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal                                                                                                 
(Total of this page)    $    **248.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                      Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Brasher's Autobody<br>Pymt of Collision Deductible<br>DOL 03/25/09 Unit 1939 | | | | | | | 0.00 |
| ACCOUNT NO. **1250**<br>Brattain International Trucks<br>PO Box 11287<br>Portland, OR  97211 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Braum's Inc.<br>P.O.Box 25429<br>Oklahoma City, OK  73125 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Brenton's Outdoor Adventures Inc.<br>13700 NE 195th Ave.<br>Brush Prairie, WA  98606 | | | | | | | 0.00 |
| ACCOUNT NO. **0380**<br>Bret Chevrolet<br>P. O. Box 807<br>Kent, WA  98035-0339 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Brett Eklund Zizza Foundation | | | | | | | 0.00 |
| ACCOUNT NO.<br>Brian's Auto Glass<br>P.O. Box 2013<br>Provo, UT  84603 | | | | | | | 0.00 |

Sheet no. __**74**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Brian's Crane Service**<br>**346 Paisano**<br>**New Braunfels, TX  78130** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Bridgetown Communication Inc.**<br>**4950 Plainfield Ave. STE G**<br>**Grand Rapids, MI  49525** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Bridgetown Concrete Pumping**<br>**943 Onruh Ave #A**<br>**La Puente, CA  91744** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Bridgman Oil Co**<br>**20 Compound Drive**<br>**PO Box 1907**<br>**Hutchinson, KS  67504-1907** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Briggs and Morgan, P.A.**<br>**PO Box 64591**<br>**Saint Paul, MN  55164-0591** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Brigham Young University**<br>**Cashier's Office**<br>**PO Box 21128**<br>**Provo, UT  84602-1128** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Brightside Window Cleaning, Inc.**<br>**aka Bain Window Cleaning**<br>**PO Box 1393**<br>**Auburn, WA  98071-1393** | | | | | | | 0.00 |

Sheet no. ___**75**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                        Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Brimhall Industrial, Inc.** <br> **PO Box 548** <br> **Monte Vista, CO  81144** | | | | | | | **281.91** |
| ACCOUNT NO. | | | | | | | |
| **Britten & Son Construction** <br> **117 Hackberry** <br> **Amarillo, TX  79118** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Brittney Incorporated** <br> **2237 East Kearney** <br> **Springfield, MO  65803** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Brock Lock & Key** <br> **8014 Elkhart Ave.** <br> **Lubbock, TX  79424** | | | | | | | **0.00** |
| ACCOUNT NO. **dBoC** | | | | | | | |
| **Brody Chemical** <br> **6125 W. Double Eagle Circle** <br> **Salt Lake City, UT  84118** | | | | | | | **239.11** |
| ACCOUNT NO. **7556** | | | | | | | |
| **Brown Evans Dist.** <br> **PO Box 5840** <br> **Mesa, AZ  85211-5840** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Brown's Super Service, Inc.** <br> **3812 SW South Park Ave.** <br> **Topeka, KS  66609-1422** | | | | | | | **0.00** |

Sheet no. ____**76**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **521.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Brown, Charles Architect** <br> **4049 Almond St. Suite 201** <br> **Riverside, CA  92501** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Brown-Strauss Steel** <br> **Dept. #0564** <br> **Denver, CO  80291-0564** | | | | | | | **0.00** |
| ACCOUNT NO. **0615** <br> **Bruckner's** <br> **Regions Interstate Billing, Dept 1265** <br> **P.O. Box 2153** <br> **Birmingham, AL  35287-1265** | | | | | | | **0.00** |
| ACCOUNT NO. **2893** <br> **Bruckners Truck Sales** <br> **Regions Interstate Billing Service, Inc,** <br> **P.O. Box 2153** <br> **Birmingham, AL  35287-1265** | | | | | | | **1,843.74** |
| ACCOUNT NO. **0695** <br> **Bruckners Truck Sales** <br> **Regions Interstate Billing Service, Inc** <br> **Dept 1265-P.O. Box 2153** <br> **Birmingham, AL  35287-1265** | | | | | | | **41.29** |
| ACCOUNT NO. **1928** <br> **Bruckners Truck Sales** <br> **Regions Interstate Billing Service, Inc** <br> **Dept 1265-P.O. Box 2153** <br> **Birmingham, AL  35287-1265** | | | | | | | **117.95** |
| ACCOUNT NO. **0615** <br> **Bruckners Truck Sales** <br> **Regions Interstate Billing Service, Inc** <br> **Dept 1265-P.O. Box 2153** <br> **Birmingham, AL  35287-1265** | | | | | | | **3,233.92** |

Sheet no. ___**77**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,236.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
<div align="center">Debtor(s)                                                    (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bryson Lawn Service, Inc. <br> 9219 S 27th Ave. <br> Laveen, AZ  85339-1710 | | | | | | | <br><br> 0.00 |
| ACCOUNT NO. <br><br> BTM Manufacturing <br> 15403 Andrews Road <br> Kansas City, MO  64147 | | | | | | | <br><br> 0.00 |
| ACCOUNT NO. <br><br> BTU - Bryan Texas Utilities <br> P.O. Box 8000 <br> Bryan, TX  77805 | | | | | | | <br><br> 0.00 |
| ACCOUNT NO. <br><br> Budget Host Inn <br> Bullhead City <br> 1616 Hwy 95 <br> Bullhead City, AZ  86442-7906 | | | | | | | <br><br> 0.00 |
| ACCOUNT NO. <br><br> Buena Vista Custom Homes <br> 5665 SW Meadows Rd. Ste.150 <br> Lake Oswego, OR  97035 | | | | | | | <br><br> 0.00 |
| ACCOUNT NO. <br><br> Bugle Builders <br> 233 E Beloit <br> Salina, KS  67401 | | | | | | | <br><br> 0.00 |
| ACCOUNT NO. **1396** <br><br> Builders Overhead Door <br> 1009 West Main St. <br> Blue Springs, MO  64015-3609 | | | | | | | <br><br> 0.00 |

Sheet no. ____**78**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                          Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Bulldog Concrete Pumping**<br>**16910 Hazelwood Dr.**<br>**Riverside, CA 92503** | | | | | | | 0.00 |
| ACCOUNT NO. **TH00** | | | | | | | |
| **Bullet Freight Syst.**<br>**P.O. Box 25449**<br>**Anaheim, CA 92825-5449** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Bullivant/Houser/Bailey PC**<br>**805 Broadway St STE 400**<br>**Vancouver, WA 98660-2962** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Bunkhouse Lodge**<br>**3155 South Lincoln Ave.**<br>**Steamboat Springs, CO 80487** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Burks Excavation, LLC**<br>**P.O. Box 188**<br>**Hailey, ID 83333** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Burnett LLC**<br>**PO Box 7547**<br>**Eugene, OR 97401** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Burns Concrete, Inc.**<br>**P.O.Box 1864**<br>**Idaho Falls, ID 83403-1864** | | | | | | | 0.00 |

Sheet no. ____**79**____ of ____**566**____ continuation sheets attached to                          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)    $

                                                                                        Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bursey & Associates, PC** <br> **6740 N Oracle RD, STE 151** <br> **Tucson, AZ  85740** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Bush & Gudgell, Inc.** <br> **205 E Tabernacle #4** <br> **Saint George, UT  84770** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Business Radio Licensing** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Business Telephone Solutions** <br> **13504 NE 84th St. Ste. 103-300** <br> **Vancouver, WA  98682** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **BusinessWeek** <br> **P.O.Box 8419** <br> **Red Oak, IA  51591-5419** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Butler Plumbing Inc.** <br> **524 SE 29th** <br> **Oklahoma City, OK  73129** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Butler, Snow, O'Mara, Stevens & Canada,** <br> **6075 Poplar Ave. Suite 500** <br> **Memphis, TN  38119** | | | | | | | 0.00 |

Sheet no. _____80___ of _____566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **NBUR** <br><br> **Butte Fence Inc.** <br> **21391 Hwy 30 W** <br> **Twin Falls, ID 83301** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **BW Plaza By The Green** <br> **24415 Russell Road** <br> **Kent, WA 98032** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Byrd's Fire Protection Co.** <br> **P.O.Box 57551** <br> **Salt Lake City, UT 84157-0551** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **C & H Bolt & Supply** <br> **PO Box 582566** <br> **Tulsa, OK 74158** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **C Industries** <br> **P.O.Box 50985** | | | | | | | 1,750.00 |
| ACCOUNT NO. <br><br> **C&H Welding Service** <br> **5962 Moody Rd.** <br> **Moody, TX 76557** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **C&K Petroleum Equip. Co.** <br> **1501 W. 2nd Ave.** <br> **PO Box 2545** <br> **Eugene, OR 97402-0153** | | | | | | | 0.00 |

Sheet no. ____**81**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **1,750.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                           Case No. _____
              Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**C-B Contractors Inc.**<br>**2926 S. Jupiter Ave.**<br>**Boise, ID  83709** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**C-P Integrated**<br>**3007 NW 63rd #205**<br>**Oklahoma City, OK  73116** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**C.A.Grover, Attorney-at-Law**<br>**210 Michell Ln NE**<br>**Orting, WA  98360** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**C.M.C**<br>**2308 Holland Rd.**<br>**Belton, TX  76513** | | | | | | | 0.00 |
| ACCOUNT NO. **8000**<br>**C.W. Grove & Son**<br>**6915 South 196th**<br>**Kent, WA  98032** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**C.W. Grove & Son**<br>**6915 South 196th**<br>**Kent, WA  98032** | | | | | | | 813.38 |
| ACCOUNT NO.<br>**Cadman, Inc.**<br>**PO Box 97038**<br>**Redmond, WA  98073-9738** | | | | | | | 0.00 |

Sheet no. _____**82**__ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **813.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                    Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Cadvisor**<br>**10920 Duffy Lane**<br>**Franktown, CO  80116** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Caffall Construction**<br>**8555 SW Sagert Rd.**<br>**Tualatin, OR  97062** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Cal Hitch Inc. DBA Riverside Hitch & Tra**<br>**7304  Indiana Ave. #4**<br>**Riverside, CA  92504** | | | | | | | 0.00 |
| ACCOUNT NO. **0182**<br><br>**Cal-Pacific Products**<br>**Santa Fe Freight**<br>**20725 Prairie St**<br>**Chatsworth, CA  91311-6011** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Calabama Hydraulics, Inc.**<br>**4105 Old Florence Rd.**<br>**Killeen, TX  76542** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Caldwell Trucking, Inc.**<br>**45454 Adams Road**<br>**Pendleton, OR  97801** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**California Apprenticehip Council**<br>**PO Box 420603**<br>**San Francisco, CA  94142** | | | | | | | 0.00 |

Sheet no. _____**83** of _____**566** continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)    $

                                                                                                            Total
                        (Use only on last page of the completed Schedule F. Report also on
                        the Summary of Schedules, and if applicable, on the Statistical
                        Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **California Casualty Ins.** <br> **All Claims for Subrogation of dmgs to Ro** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **California Corporate Services - Business** <br> **3308 El Camino Ave., #300-609** <br> **Sacramento, CA  95821** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **California Skatepark** <br> **273 N. Bensen Ave.** <br> **Upland, CA  91786** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **California Storage Systems** <br> **432 Franklin Lane** <br> **Livermore, CA  94551** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **California Tool & Welding Supply** <br> **PO Box 60668** <br> **Los Angeles, CA  90060-0668** | | | | | | | 13.54 |
| ACCOUNT NO. <br><br> **Camcal Inc.** <br> **1970 Milwaukee Way** <br> **Tacoma, WA  98421** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Camel Towing** <br> **3410 Poppy Trail Dr.** <br> **Lake Havasu City, AZ  86406** | | | | | | | 0.00 |

Sheet no. ___**84**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $                13.54

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cameron Parish**<br>**P.O.Box 1250**<br>**Cameron, LA  70631** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cameron Parish Amb. District 2**<br>**PO Box 310**<br>**Hackberry, LA  70645** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Campbell Supply Co.**<br>**710 S. Oak Street**<br>**PO Box 608**<br>**Iowa Falls, IA  50126-0608** | | | | | | | 0.00 |
| ACCOUNT NO. **RV12**<br>**Can American Stone**<br>**156 Berryman Ave.**<br>**St. Catharines, ON  L2R 3X1** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Can-American Stone Spreader Sales Limite**<br>**156 Berryman Avenue**<br>**St Catharines,    L2R 3X1** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cancer Research Fundraiser**<br>**P.O. Box 272269**<br>**Fort Collins, CO  80527** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cannery Casino & Hotel**<br>**2121 East Craig Rd.**<br>**North Las Vegas, NV  89030** | | | | | | | 0.00 |

Sheet no. _____**85** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cannon & Wendt Electric Co.**<br>**4020 North 16th St.**<br>**Phoenix, AZ  85016** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cantera Concrete**<br>**5601 S. 122nd E. Ave.**<br>**Tulsa, OK  74146** | | | | | | | 0.00 |
| ACCOUNT NO. **1358**<br>**Canyon State Oil Co.**<br>**P.O.Box 31001-1224**<br>**Pasadena, CA  91110-1224** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**CAPCORP**<br>**P.O.Box 540757**<br>**Dallas, TX  75354-0757** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Capital Fire Extinguisher Co., Inc.**<br>**PO Box 6245**<br>**North Little Rock, AR  72124** | | | | | | | 0.00 |
| ACCOUNT NO. **U350**<br>**Capital Lighting Co.**<br>**287 SW 41st**<br>**Renton, WA  98057** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Capitol Bearing Service**<br>**P.O. Box 190**<br>**Round Rock, TX  78680-0190** | | | | | | | 174.73 |

Sheet no. _____**86**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $        **174.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**_____ Case No. _____
                                          Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6185** <br><br> **Capitol Chevrolet Cadilliac Subaru** <br> P.O. Box 12456 <br> Salem, OR  97309 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Capitol Concrete Pumping, LLC** <br> 2017 N. Road 72 <br> Pasco, WA  99301 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Capitol Emergency Assoc. PA** <br> PO Box 96118 <br> Oklahoma City, OK  73143-6118 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Caprock Welding & Supply** <br> 4503 PR 6310 <br> Lubbock, TX  79416 | | | | | | | 0.00 |
| ACCOUNT NO. **7501** <br><br> **Car Quest of Meridian** <br> 303 E. Franklin Rd. <br> Meridian, ID  83642 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Cardwell Distributing, Inc.** <br> P.O.Box 27954 <br> Salt Lake City, UT  84127-0954 | | | | | | | 160.07 |
| ACCOUNT NO. <br><br> **Cargill Meat Solutions** <br> 4340 18TH Ave SW <br> Fargo, ND  58103 | | | | | | | 0.00 |

Sheet no. _____**87**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **160.07**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
<div align="center">Debtor(s)            (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Carlos Auto Trim**<br>**111 E. 6th Street**<br>**Irving, TX  75060** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Carnell Concrete Pumping** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**CarQuest**<br>**795 Columbia Ave.**<br>**Riverside, CA  92507** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**CarQuest**<br>**2302 E. Main Street**<br>**Springfield, OR  97477** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Carquest - Twin Falls**<br>**1806 Kimberly Rd.**<br>**Twin Falls, ID 83301** | | | | | | | 0.00 |
| ACCOUNT NO. **5920**<br>**CarQuest of Salem**<br>**1012 Commercial St. NE**<br>**Salem, OR  97308** | | | | | | | 0.00 |
| ACCOUNT NO. **0057**<br>**CarQuest of Tempe**<br>**37 West Southern Ave**<br>**Tempe, AZ  85282** | | | | | | | 83.25 |

Sheet no. **88** of **566** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 83.25

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____     Case No. _____
                                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Carr-Redwine Inc. <br> 7101 Long Dr. <br> Houston, TX 77087 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Carrasco Kube Cabral <br> 2020 S. Bannock St. <br> Denver, CO 80223 | | | | | | | 0.00 |
| ACCOUNT NO. **6015** <br> Carson Oil <br> PO Box 6030 <br> Portland, OR 97228-6030 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Carson Oil, Inc. <br> PO Box 6030 <br> Portland, OR 97228-6030 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Carters Auto Repair <br> 681 West State Road <br> Pleasant Grove, UT 84062 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Casazza Concrete Pumping <br> PO Box 2797 <br> Columbia Falls, MT 59912 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Cascade Building Maintenance, Inc. <br> PO Box 1151 <br> Gresham, OR 97030 | | | | | | | 0.00 |

Sheet no. ____ **89** of ____ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4100** <br><br> **Cascade Controls** <br> **P.O.Box 31001-0465** <br> **Pasadena, CA  91110 0465** | | | | | | | 0.00 |
| ACCOUNT NO. **2418** <br><br> **Cascade Controls Corp.** <br> **PO Box 34960** <br> **Seattle, WA  98124-1960** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Cascade Friction Materials Inc.** <br> **314 East Puyallup Avenue** <br> **Tacoma, WA  98421-1387** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Cascade Little League** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Cascade Mach & Electric** <br> **P.O. Box 34936 - Dept 1063** <br> **Seattle, WA  98124-1936** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Cascade Medical Associates** <br> **Doctors Emergency Room Corp PC** <br> **PO Box 825** <br> **Springfield, OR  97477-0141** | | | | | | | 0.00 |
| ACCOUNT NO. **1930** <br><br> **Cascade Natural Gas** <br> **PO Box 34344** <br> **Seattle, WA  98124-1344** | | | | | | | 0.00 |

Sheet no. _____**90** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                              Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Cashman's Lodging PO Box 3143 Soldotna,   99669 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Cass City Oil & Gas 6407 Main Street Cass City, MI  48726 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Caster Excavating P.O.Box 10 Kechi, KS  67067 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| CB Concrete PO Box 2433 Parker, CO  80134 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| CBIC 901 N. Monroe St., Suite 340 Spokane, WA  99201 | | | | | | | 0.00 |
| ACCOUNT NO. 3081 | | | | | | | |
| CBIC P.O.Box 9271 Seattle, WA  98109 | | | | | | | 0.00 |
| ACCOUNT NO. 7886 | | | | | | | |
| CCP Industries P.O.Box 73627 Cleveland, OH  44193 | | | | | | | 0.00 |

Sheet no. _____91_____ of _____566_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                   Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7850**<br>**CCP Industries Inc.**<br>**PO Box 641250**<br>**Cincinnati, OH 45264-1250** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**CDC LLC**<br>**136 E. 8th St.**<br>**Port Angeles, WA 98362** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**CDL Truck School, Inc.**<br>**1313 N. 25th Ave.**<br>**Phoenix, AZ 85009** | | | | | | | 0.00 |
| ACCOUNT NO. **4031**<br>**CDW Direct, LLC**<br>**PO Box 75723**<br>**Chicago, IL 60675-5723** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cedar Creek Concrete**<br>**8510 NE 433rd Circle**<br>**Woodland, WA 98674** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cell Phone Place The**<br>**8103 Portland Ave. E**<br>**Tacoma, WA 98404-3333** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cemex**<br>**P.O.Box 73261**<br>**Chicago, IL 60673-3261** | | | | | | | 0.00 |

Sheet no. _____ **92** of _____ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal     $
                                     (Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Center Chevrolet**<br>**1355 South E St.**<br>**PO Box 5128**<br>**San Bernardino, CA  92412-5128** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Center Electric, Inc**<br>**P.O. Box 111300**<br>**Tacoma, WA  98411-1300** | | | | | | | **0.00** |
| ACCOUNT NO. **3281** | | | | | | | |
| **CenterPoint Energy**<br>**PO Box 4981**<br>**Houston, TX  77210-4981** | | | | | | | **0.00** |
| ACCOUNT NO. **3492** | | | | | | | |
| **CenterPoint Energy**<br>**P.O.Box 4583**<br>**Houston, TX  77210-4583** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Centex Homes**<br>**1603 LBJ Freeway # 700**<br>**Dallas, TX  75234** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Centex Homes**<br>**P.O.Box 199000**<br>**Dallas, TX  75219** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Centex Homes**<br>**2320 130th Ave NE Ste 200**<br>**Bellevue, WA  98005** | | | | | | | **0.00** |

Sheet no. _____**93**___ of _____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7300** <br><br> **Central Arkansas Water Utility Billing** <br> **P.O.Box 8100** <br> **Little Rock, AR  72203-8100** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Central Fasteners & Supply Co.** <br> **10517A SO. I-20** <br> **Sweetwater, TX  79556** | | | | | | | 0.00 |
| ACCOUNT NO. **dage** <br><br> **Central Iowa Fab** <br> **12398 Co HWY S25** <br> **Alden, IA  50006** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Central Machine Works** <br> **4824 East Cesar Chavez** <br> **Austin, TX  78702** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Central Mass Concrete** <br> **18 Oxford St. N.** <br> **Auburn, MA  01501** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Central Pension Fund** <br> **Dept. 76** <br> **Washington, DC  20055-0076** | | | | | | | 0.00 |
| ACCOUNT NO. **3601** <br><br> **Central Petroleum Services, Inc.** <br> **PO Box 5684** <br> **Bend, OR  97708-5684** | | | | | | | 0.00 |

Sheet no. _____**94**_ of _____**566**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____                                         (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4902**<br><br>**Central Power Systems & Services**<br>**PO Box 877625**<br>**Kansas City, MO 64187-7625** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Central Violations Bureau**<br>**P.O.Box 70939**<br>**Charlotte, NC 28272-0939** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Central Welding & Machine Co., Inc.**<br>**218 N. Whiteside St.**<br>**Hutchinson, KS 67501** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Centralized Collection Processing Center**<br>**PO Box 22032**<br>**Santa Ana, CA 92702-2032** | | | | | | | **0.00** |
| ACCOUNT NO. **5843**<br><br>**Centurytel**<br>**PO Box 4300**<br>**Carol Stream, IL 60197-4300** | | | | | | | **0.00** |
| ACCOUNT NO. **5299**<br><br>**Centurytel**<br>**PO Box 4300**<br>**Carol Stream, IL 60197-4300** | | | | | | | **0.00** |
| ACCOUNT NO. **1013**<br><br>**CEPI-AZ Inc.**<br>**P.O.Box 540306**<br>**Dallas, TX 75354-0306** | | | | | | | **0.00** |

Sheet no. _____**95** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
<div align="center">Debtor(s)                                           (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Ceridian Benefits Services (Cobra Admin Invoicing) P.O. Box 10989 Newark, NJ 07193-0989** | | | | | | | **0.00** |
| ACCOUNT NO. **5980** | | | | | | | |
| **Certex PO Box 201553 Dallas, TX 75320-1553** | | | | | | | **407.26** |
| ACCOUNT NO. | | | | | | | |
| **Certified Laboratories 23261 Network Pl. Chicago, IL 60673-1232** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Certified Laboratories PO Box 971269 Dallas, TX 75397-1269** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Certified Laboratories-S0128783 P.O.Box 971269 Dallas, TX 75397-1269** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **CFI 1560 W. Lambert Rd. Brea, CA 92821** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **CH Custom Homes 11910 Meridien E #C303 Puyallup, WA 98373** | | | | | | | **0.00** |

Sheet no. _____ **96** of _____ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal     $    <b>407.26</b><br>(Total of this page)</div>

<div align="right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)    $</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
    Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3048** <br> **Champion Waste Serv.** <br> **PO Box 701689** <br> **Dallas, TX  75370** | | | | | | | 0.00 |
| ACCOUNT NO. **1777** <br> **Champion Waste Services** <br> **PO Box 701689** <br> **Dallas, TX  75370** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Championship Fire Systems** <br> **12170 Santa Margarita Ct.** <br> **Rancho Cucamonga, CA  91730** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Chapman Chevrolet** <br> **1717 E. Baseline Rd.** <br> **Tempe, AZ  85283-1408** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Chapter 13 Trustee** <br> **P.O. BOX 2139** <br> **Memphis, TN  38101-2139** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Chapter 13 Trustee** <br> **P.O. Box 1958** <br> **Memphis, TN  38101-1958** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Char Hamilton Campbell & Yoshida** <br> **Attorney at Law** <br> **737 Bishop St Ste 2100** <br> **Honolulu, HI  96813-3280** | | | | | | | 0.00 |

Sheet no. ____**97**__ of ___**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                           Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Charlie Beaulieu Construction**<br>**P.O.Box 1350**<br>**Indianola, WA  98342-1350** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Charlie Brandt Tire Co.**<br>**502 N Main St.**<br>**Taylor, AZ  85939** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Charter Construction**<br>**980 S. Harney St.**<br>**Seattle, WA  98108** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Chase Concrete**<br>**900 Meridian E. Ste. 19-433**<br>**Milton, WA  98354** | | | | | | | **0.00** |
| ACCOUNT NO. **5465**<br>**Chattanooga Gas**<br>**PO Box 4569**<br>**Location 6250**<br>**Atlanta, GA  30302** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**CHEM Industries, Inc.**<br>**10970 E. Raintree Dr.**<br>**Scottsdale, AZ  85255** | | | | | | | **0.00** |
| ACCOUNT NO. **6638**<br>**Chemsearch**<br>**23261 Network Place**<br>**Chicago, IL  60673-1232** | | | | | | | **0.00** |

Sheet no. ____**98** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.
_____    Case No. _____
Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5410** <br><br>**Cherokee Metropolitan District**<br>**6250 Palmer Park Blvd.**<br>**Colorado Springs, CO  80915** | | | | | | | 0.00 |
| ACCOUNT NO. **2846** <br><br>**Chevron U.S.A.**<br>**P.O. Box 70887**<br>**Charlotte, NC  28272-0887** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Cheyenne Board of Public Utilities**<br>**2100 Pioneer Ave.**<br>**PO Box 1469**<br>**Cheyenne, WY  82003-1469** | | | | | | | 0.00 |
| ACCOUNT NO. **8103** <br><br>**Cheyenne Light,Fuel & Power Co.**<br>**PO Box 6100**<br>**Rapid City, SD  57709-6100** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Chico Towing**<br>**130 Tweed Ln., Suite 2**<br>**Bremerton, WA  98312** | | | | | | | 0.00 |
| ACCOUNT NO. **B370** <br><br>**Chief Petroleum**<br>**P. O. Box 6239**<br>**Colorado Springs, CO  80934-6239** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Child & Family Guidance Center**<br>**6424 North 9th St.**<br>**Tacoma, WA  98406** | | | | | | | 0.00 |

Sheet no. _____**99** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                   Case No. _____
                    Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Children's Hospital Blood Donor Center** 13123 E. 16th Avenue, Box 605 Aurora, CO  80045 | | | | | | | 0.00 |
| ACCOUNT NO. **5060** | | | | | | | |
| **Choicepoint Services** P.O.Box 105186 Atlanta, GA  30348 | | | | | | | 0.00 |
| ACCOUNT NO. **2062** | | | | | | | |
| **Christophers Dodge World** 16655 West Colfax Ave. Golden, CO  80401 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **CHS Inc.- Poulsbo** PO Box 618 Auburn, WA  98071 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Chuck Montgomery Const. Inc.** PO Box 443 Duncan, OK  73533 | | | | | | | 0.00 |
| ACCOUNT NO. **4F70** | | | | | | | |
| **Cintas  Fire & First Aid** 211 N Ingram Mill Rd Springfield, MO  65802 | | | | | | | 0.00 |
| ACCOUNT NO. **0359** | | | | | | | |
| **Cintas Corp.** P.O.Box 5860 Bossier City, LA  71171 | | | | | | | 0.00 |

Sheet no. ____**100** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
 _____                              _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0701**<br>**Cintas Corp.**<br>**801 SE 2ND**<br>**Amarillo, TX  79101** | | | | | | | **416.06** |
| ACCOUNT NO. **0727**<br>**Cintas Corp.**<br>**3030 Milam**<br>**Beaumont, TX  77701** | | | | | | | **0.00** |
| ACCOUNT NO. **0750**<br>**Cintas Corp.**<br>**P.O.Box 5860**<br>**Bossier City, LA  71171** | | | | | | | **262.59** |
| ACCOUNT NO. **1000**<br>**Cintas Corp.**<br>**9333 E. 35th St. North**<br>**Wichita, KS  67226-2021** | | | | | | | **49.44** |
| ACCOUNT NO. **1022**<br>**Cintas Corp.**<br>**9045 N. Ramsey Blvd.**<br>**Portland, OR  97203-6478** | | | | | | | **0.00** |
| ACCOUNT NO. **1025**<br>**Cintas Corp.**<br>**2425 N. Nevada Street**<br>**Chandler, AZ  85225** | | | | | | | **595.82** |
| ACCOUNT NO. **1029**<br>**Cintas Corp.**<br>**9333 E. 35th St. North**<br>**Wichita, KS  67226** | | | | | | | **0.00** |

Sheet no. ___**101**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,323.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1131** | | | | | | | |
| **Cintas Corp.** **P.O.Box 709** **Searcy, AR  72145** | | | | | | | **259.80** |
| ACCOUNT NO. **1216** | | | | | | | |
| **Cintas Corp.** **P.O.Box 149** **Springdale, AR  72765-0149** | | | | | | | **0.00** |
| ACCOUNT NO. **1278** | | | | | | | |
| **Cintas Corp.** **4600 E. Mustard Way** **Springfield, MO  65803** | | | | | | | **150.00** |
| ACCOUNT NO. **1320** | | | | | | | |
| **Cintas Corp.** **523 10th Street** **PO Box 1119** **Greeley, CO  80632-1119** | | | | | | | **0.00** |
| ACCOUNT NO. **1577** | | | | | | | |
| **Cintas Corp.** **3450 Northern Cross Blvd** **Fort Worth, TX  76137** | | | | | | | **2,040.51** |
| ACCOUNT NO. **1847** | | | | | | | |
| **Cintas Corp.** **4157 Sinton Rd.** **Colorado Springs, CO  80907** | | | | | | | **0.00** |
| ACCOUNT NO. **2075** | | | | | | | |
| **Cintas Corp.** **4650 S. Coach Dr. #150** **Tucson, AZ  85714** | | | | | | | **593.09** |

Sheet no. ____**102**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,043.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                           Case No. _____
_____
　　　　　　　　　　　　Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2325** <br><br> **Cintas Corp.** <br> **1586 South 5350 West** <br> **Salt Lake City, UT  84104** | | | | | | | 0.00 |
| ACCOUNT NO. **2439** <br><br> **Cintas Corp.** <br> **PO Box 1266** <br> **Joplin, MO  64802** | | | | | | | 0.00 |
| ACCOUNT NO. **4137** <br><br> **Cintas Corp.** <br> **6400 Merrill Creek Pkwy.** <br> **Everett, WA  98203** | | | | | | | 0.00 |
| ACCOUNT NO. **4885** <br><br> **Cintas Corp.** <br> **1586 South 5350 West** <br> **Salt Lake City, UT  84104** | | | | | | | 0.00 |
| ACCOUNT NO. **5311** <br><br> **Cintas Corp.** <br> **1586 South 5350 West** <br> **Salt Lake City, UT  84104** | | | | | | | 0.00 |
| ACCOUNT NO. **5910** <br><br> **Cintas Corp.** <br> **460 W. California Ave.** <br> **Vista, CA  92083** | | | | | | | 0.00 |
| ACCOUNT NO. **6072** <br><br> **Cintas Corp.** <br> **631 Valley Ave. NW** <br> **Puyallup, WA  98371** | | | | | | | 0.00 |

Sheet no. ____**103**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**  Case No. _____
_____
 Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6103** <br> **Cintas Corp.** <br> **5501 W. Hadley St.** <br> **Phoenix, AZ  85043-4600** | | | | | | | 0.00 |
| ACCOUNT NO. **6432** <br> **Cintas Corp.** <br> **5425 Mineral Wells Rd.** <br> **Memphis, TN  38141** | | | | | | | 0.00 |
| ACCOUNT NO. **9621** <br> **Cintas Corp.** <br> **2050 Kansas City Road** <br> **Olathe, KS  66061-5859** | | | | | | | 26.72 |
| ACCOUNT NO. **9938** <br> **Cintas Corp.** <br> **45 NE 42nd** <br> **Oklahoma City, OK  73105** | | | | | | | 428.73 |
| ACCOUNT NO. **104** <br> **Cintas Corp.** <br> **1586 South 5350 West** <br> **Salt Lake City, UT  84104** | | | | | | | 88.04 |
| ACCOUNT NO. **1212** <br> **Cintas Corp.** <br> **631 Valley Ave NW** <br> **Puyallup, WA  98371** | | | | | | | 163.95 |
| ACCOUNT NO. **1656** <br> **Cintas Corp.** <br> **2460 Kiel Way** <br> **North Las Vegas, NV  89030** | | | | | | | 0.00 |

Sheet no. ____**104**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **707.44**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1657** <br> **Cintas Corp.** <br> **2302 East Railroad St.** <br> **Nampa, ID  83687** | | | | | | | **0.00** |
| ACCOUNT NO. **7471** <br> **Cintas Corp.** <br> **PO Box 691260** <br> **Tulsa, OK  74169-1260** | | | | | | | **155.00** |
| ACCOUNT NO. **2158** <br> **Cintas Corp.** <br> **1586 South 5350 West** <br> **Salt Lake City, UT  84104** | | | | | | | **0.00** |
| ACCOUNT NO. **2272** <br> **Cintas Corp.** <br> **P.O. Box 149** <br> **Springdale, AR  72765-0149** | | | | | | | **0.00** |
| ACCOUNT NO. **2510** <br> **Cintas Corp.** <br> **P.O. Box 1296** <br> **Conroe, TX  77305** | | | | | | | **0.00** |
| ACCOUNT NO. **2971** <br> **Cintas Corp.** <br> **2460 Kiel Way** <br> **North Las Vegas, NV  89030** | | | | | | | **0.00** |
| ACCOUNT NO. **3294** <br> **Cintas Corp.** <br> **PO Box 691260** <br> **Tulsa, OK  74169-1260** | | | | | | | **471.90** |

Sheet no. ___**105**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **626.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3613** <br><br>**Cintas Corp.**<br>**PO Box 15126**<br>**Houston, TX  77220** | | | | | | | **0.00** |
| ACCOUNT NO.  **402** <br><br>**Cintas Corp.**<br>**9045 N. Ramsey Blvd.**<br>**Portland, OR  97203-6478** | | | | | | | **811.40** |
| ACCOUNT NO.  **484** <br><br>**Cintas Corp.**<br>**821 SW Grand Ave**<br>**Lawton, OK  73501** | | | | | | | **0.00** |
| ACCOUNT NO. **4911** <br><br>**Cintas Corp.**<br>**9333 E. 35th St. North**<br>**Wichita, KS  67226** | | | | | | | **145.10** |
| ACCOUNT NO. **7130** <br><br>**Cintas Corp.**<br>**P.O. Box 390365**<br>**Denver, CO  80239-1365** | | | | | | | **845.53** |
| ACCOUNT NO. **8947** <br><br>**Cintas Corp.**<br>**3349 SE Loopp 410**<br>**San Antonio, TX  78222** | | | | | | | **567.22** |
| ACCOUNT NO. **7638** <br><br>**Cintas Corp.**<br>**6400 Merrill Creek Pkwy**<br>**Everett, WA  98203** | | | | | | | **0.00** |

Sheet no. ___**106**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **2,369.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                    Debtor(s)                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7280** <br><br> **Cintas Corp.** <br>**25 Cypress Blvd.** <br>**Round Rock, TX 78665-9999** | | | | | | | 0.00 |
| ACCOUNT NO. **1379** <br><br> **Cintas Corp.** <br>**631 Valley Ave NW** | | | | | | | 599.00 |
| ACCOUNT NO. **7241** <br><br> **Cintas Corp.** <br>**P.O. Box 390365** | | | | | | | 561.52 |
| ACCOUNT NO. **1248** <br><br> **Cintas Fire Protection** <br>**PO Box 17789** <br>**Denver, CO 80217-0789** | | | | | | | 0.00 |
| ACCOUNT NO. **8713** <br><br> **Cintas Fire Protection** <br>**LOC #D74** <br>**2835 E Division St** <br>**Springfield, MO 65803-5214** | | | | | | | 0.00 |
| ACCOUNT NO. **0513** <br><br> **Cintas First Aid & Safety** <br>**PO Box 17789** | | | | | | | 213.80 |
| ACCOUNT NO. **1771** <br><br> **Cintas First Aid & Safety** <br>**P.O.Box 201196** <br>**San Antonio, TX 78220** | | | | | | | 0.00 |

Sheet no. ___**107**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,374.32**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                      Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. 1632**<br>**Cintas First Aid & Safety**<br>**1586 South 5350 West Suite A**<br>**Salt Lake City, UT  84104** | | | | | | | **0.00** |
| **ACCOUNT NO. 0747**<br>**Cintas First Aid & Safety**<br>**7885 SW Cirrus Dr.**<br>**Beaverton, OR  97008** | | | | | | | **0.00** |
| **ACCOUNT NO. 1601**<br>**Cintas First Aid & Safety**<br>**PO Box 1472**<br>**Lake Charles, LA  70602** | | | | | | | **0.00** |
| **ACCOUNT NO. 5519**<br>**Cintas First Aid & Saftey**<br>**6440 Lusk Blvd Suite D108**<br>**San Diego, CA  92121** | | | | | | | **0.00** |
| **ACCOUNT NO. 1919**<br>**Cintas First Aid&Safety**<br>**730 Valle Verde Dr.**<br>**Henderson, NV  89014** | | | | | | | **0.00** |
| **ACCOUNT NO. 1168**<br>**Cintax Corp.**<br>**25 Cypress Blvd.** | | | | | | | **156.52** |
| **ACCOUNT NO. 5425**<br>**City Utilities**<br>**301 E. Central**<br>**PO Box 551**<br>**Springfield, MO  65801-0551** | | | | | | | **0.00** |

Sheet no. ___**108**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
              (Total of this page)  $  **156.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
             Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Civil Air Patrol Magazine Washington Wings 1502 Tacoma Ave S 1ST Fl Tacoma, WA 98402-1806** | | | | | | | 0.00 |
| ACCOUNT NO. **CKY Incorporated 302 West Fifth Street Suite 310 San Pedro, CA 90731** | | | | | | | 0.00 |
| ACCOUNT NO. **Clare Geneator Service Inc. P.O. Box 543 Salina, KS 67402-0543** | | | | | | | 0.00 |
| ACCOUNT NO. **Clark & Son Pools 12661 Boxwood Point Poplar Bluff, MO 63901** | | | | | | | 0.00 |
| ACCOUNT NO. **Cleanline Concrete, Inc. 476 C Ave. Coronado, CA 92118-1823** | | | | | | | 0.00 |
| ACCOUNT NO. **Clear Span Construction 6558 SE Wrenfield Hillsboro, OR 97123** | | | | | | | 0.00 |
| ACCOUNT NO. **Clear-Vu Auto Glass 7415-82nd St. Lubbock, TX 79424** | | | | | | | 0.00 |

Sheet no. ___**109**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                     Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Cleveland Fasteners & Supply, Inc.<br>P.O.Box 5149<br>Cleveland, TN  37320-5149 | | | | | | | 113.97 |
| ACCOUNT NO. | | | | | | | |
| Cleveland Utilities<br>P.O.Box 2730<br>Cleveland, TN  37320-2730 | | | | | | | 0.00 |
| ACCOUNT NO. 1158 | | | | | | | |
| Climatic Air Sales<br>800 W. Erwin<br>Tyler, TX  75702 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Clinton A. Winslow, M.D.<br>4300 South Shields LBlvd.<br>Oklahoma City, OK  73129-2864 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Clutch Masters Industries, Inc.<br>267 E. Valley Blvd<br>Rialto, CA  92376-7722 | | | | | | | 0.00 |
| ACCOUNT NO. 5170 | | | | | | | |
| CMC Construction Service<br>Dept. 1133<br>P.O. Box 121133<br>Dallas, TX  75312-1133 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| CMC Rock<br>71E Wadsworth Park Dr.<br>Draper, UT  84020 | | | | | | | 0.00 |

Sheet no. __110__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 113.97

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
            Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **CME Masonry** <br> **8413 63rd Ave.** <br> **Riverside, CA  92509** | | | | | | | 0.00 |
| ACCOUNT NO. **2393** <br><br> **CNA of Georgia** <br> **P.O.Box 82730** <br> **Atlanta, GA  30354-0730** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **CNA Surety** <br> **8137 Innovation Way** <br> **Chicago, IL  60682-0081** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **CNC Machine Services, Inc.** <br> **7808 184th St. S.E.** <br> **Snohomish, WA  98296** | | | | | | | 0.00 |
| ACCOUNT NO. **1693** <br><br> **CNH Capital / CRA Payment Center** <br> **PO Box 3900** <br> **Lancaster, PA  17604-3900** | | | | | | | 5,922.61 |
| ACCOUNT NO. **BO01** <br><br> **Cochise Petroleum Equip. Co.** <br> **333 N. Black Canyon HWY** <br> **Phoenix, AZ  85009** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **COD Contractor** <br> **8227 Blakeland Drive** <br> **Littleton, CO  80125** | | | | | | | 0.00 |

Sheet no. ___**111**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,922.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
          Debtor(s)                                                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Codale Electric Supply, Inc.** <br> **P.O.Box 25777** <br> **Salt Lake City, UT  84125-0777** | | | | | | | 54.83 |
| ACCOUNT NO. <br><br> **CODCO** <br> **PO Box 6163** <br> **Apache Junction, AZ  85278** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Code 3 Concrete Pumping, Inc.** <br> **19510 Van Buren Blvd. #282** <br> **Riverside, CA  92508** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Coface Collections North America, Inc.** <br> **PO Box 8510** <br> **Metairie, LA  70011** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Coiro, David** <br> **(Expenses)** | | | | | | | 88.26 |
| ACCOUNT NO. <br><br> **Coldren's Cleaning Crew** <br> **PO Box 8181** <br> **Redlands, CA  92375** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Cole Enterprises** <br> **P. O. Box 560072** <br> **Dallas, TX  75356** | | | | | | | 0.00 |

Sheet no. __**112**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  143.09

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Colledge Machine** <br> **445 North 1030 West** <br> **Lindon, UT  84042** | | | | | | | **0.00** |
| ACCOUNT NO. **9201** <br> **Colliflower** <br> **9320 Pulaski HWY** <br> **Middle River, MD  21220-2418** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Collins Oil Company, Inc.** <br> **PO Box 2456** <br> **Cleveland, TN  37320-2456** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Colographic, Inc.** <br> **8025 Pontiac Street** <br> **Commerce City, CO  80022** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Color Station, LLC-Irving Texas** <br> **1226 E. Irving Blvd.** <br> **Irving, TX  75060** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Colorado Constructors & Assoc., Inc.** <br> **& Cushman Concrete** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Colorado Contractors Association** <br> **6880 S. Yoseimte Ct., Suite 200** <br> **Centennial, CO** | | | | | | | **0.00** |

Sheet no. ___**113**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                    (If known)
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1975** <br><br> **Colorado Mack Sale & Srv.** <br> **4850 Vasquez Blvd.** <br> **PO Box 16364** <br> **Denver, CO  80216-0364** | | | | | | | **30.47** |
| ACCOUNT NO. <br><br> **Colorado Motor Carriers Assoc.** <br> **4060 Elati St.** <br> **Denver, CO  80216** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Colorado Moving and Storage** <br> **4240 Clayton Street** <br> **Denver, CO  80221** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Colorado Psyclones, Inc** | | | | | | | **0.00** |
| ACCOUNT NO. **3212** <br><br> **Colorado Rockies Baseball Club** <br> **CRBC-Season Tickets** <br> **2001 Blake St** <br> **Denver, CO  80205-2060** | | | | | | | **0.00** |
| ACCOUNT NO. **7600** <br><br> **Colton Disposal** <br> **P.O.Box 79036** <br> **Phoenix, AZ  85062-9036** | | | | | | | **0.00** |
| ACCOUNT NO. **5106** <br><br> **Colton Radiator & Air Conditioning** <br> **455 East Valley Blvd** <br> **Colton, CA  92324** | | | | | | | **0.00** |

Sheet no. ___**114**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **30.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
           Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Colton Truck Supply / Fleet Services, In**<br>**PO Box 568**<br>**Atwood, CA  92811** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Colwich Baseball Club** | | | | | | | **0.00** |
| ACCOUNT NO. **4740**<br>**Comdata Permits**<br>**PO Box 548**<br>**Brentwood, TN  37024** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Comfort Air**<br>**2419 E. Loop 820, North**<br>**Fort Worth, TX  76118** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Comfort Inn  & Suites**<br>**4375 E. Craig Road**<br>**Las Vegas, NV  89115** | | | | | | | **0.00** |
| ACCOUNT NO. **0921**<br>**Comfort Inn & Suites**<br>**4375 E. Craig Road**<br>**Las Vegas, NV  89115** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Comfort Inn & Suites**<br>**3915 McCain Park Dr.**<br>**North Little Rock, AR  72116** | | | | | | | **0.00** |

Sheet no. ___**115**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                          Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **108**<br>**Comfort Inn Kent**<br>**22311 84th Ave South**<br>**Kent, WA  98032** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Commerce Bank**<br>**KS** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Commercial Building SVS LLC**<br>**9433 East 51st Street Suite I**<br>**Tulsa, OK  74145** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Commercial Fleet Service**<br>**2847 E. Jones Ave.**<br>**Phoenix, AZ  85040** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Commercial Lighting**<br>**PO Box 270651**<br>**Tampa, FL  33688** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Commercial Mobile Systems**<br>**P.O. Box 790**<br>**Riverside, CA  92502** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Commercial Tire - Pasco**<br>**P.O.Box 970**<br>**Meridian, ID  83680** | | | | | | | 0.00 |

Sheet no. ___**116**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                              Case No. _____
_____                                                        (If known)
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Commercial Tire Service** P.O.Box 3268 Grand Junction, CO  81502 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Communication Solution-Denver** P.O.Box 2089 Littleton, CO  80161-2089 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Community Care-Channing Idaho** 2725 Channing Way Idaho Falls, ID  83404 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Community Supervision and Corrections De** 1901 Trojan Dr. Corpus Christi, TX  78416 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **COMOSO - Controlled Motion Solutions** 911 N. Poinsetta Street Santa Ana, CA  92701 | | | | | | | 496.49 |
| ACCOUNT NO. | | | | | | | |
| **COMPASS BANK** Loan Payments 701 32nd St S Birmingham, AL  35233-3515 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Complete Auto Body & Paint** 2855 W. 64th Ave. Denver, CO  80221 | | | | | | | 0.00 |

Sheet no. __**117**__ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                $        **496.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Complete Compliance Services**<br>**4809 Jefferson NE**<br>**Albuquerque, NM  87109** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Complete Gear Services, Inc.**<br>**PO Box 200982**<br>**San Antonio, TX  78220** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Complete Wireless Solutions**<br>**1245 Washington St.SW**<br>**Albany, OR  97321** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Compliance Documents, LLC**<br>**1 Mechanic St.**<br>**Norwalk, CT  06850-3431** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Composite Printing**<br>**1826 N.E. Everett**<br>**Portland, OR  97232** | | | | | | | 196.00 |
| ACCOUNT NO.<br>**Compressed Gas & Supply, Inc.**<br>**1301 W. Reno**<br>**Oklahoma City, OK  73106** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Con-Way Freight Inc.**<br>**PO Box 5160**<br>**Portland, OR  97208-5160** | | | | | | | 0.00 |

Sheet no. __**118**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    196.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                       Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Conatser Construction** **Any and All Claims for Damages date of I** **PO Box 15448** **Fort Worth, TX  76119-0448** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Concentra / OHC of the SW** **PO Box 9005** **Addison, TX  75001-9005** | | | | | | | 45.50 |
| ACCOUNT NO. | | | | | | | |
| **Concentra Occupational Health** **Center of the Southwest P.A.** **PO Box 18735** **Memphis, TN  38181-0735** | | | | | | | 36.00 |
| ACCOUNT NO. | | | | | | | |
| **Concentra OHC of Oklahoma** **238 S. Quadrum Dr.** **Oklahoma City, OK  73108-1101** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Concentra- OHC** **PO Box 5950** **Sparks, NV  89432-5950** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Concentra- OHC** **PO Box 3700** **Rancho Cucamonga, CA  91729-3700** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Concentra- OHC** **PO Box 18135** **Memphis, TN  38181-0135** | | | | | | | 0.00 |

Sheet no. ___119___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 81.50

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                        Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Concentra- OHC**<br>**PO Box 75410**<br>**Oklahoma City, OK  73147-0410** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Concentra- OHC of the S.W.**<br>**PO Box 9008**<br>**Broomfield, CO  80021-9008** | | | | | | | **280.50** |
| ACCOUNT NO.<br>**Concentra- OHC of the SW, P.A.**<br>**1818 E Sky Harbor Cir N # 150**<br>**Phoenix, AZ  85034-3407** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Concentra-OHC of Southwest**<br>**P.O.Box 9009**<br>**Broomfield, CO  80021-9009** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Conco  Pumping**<br>**5141 Commercial Cir.**<br>**Concord, CA  94520** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Concord Concrete Pumps Inc.**<br>**1608 Broadway St.**<br>**Port Coquitlam,    V3C-2M8** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Concrete Concepts**<br>**PO Box 1015**<br>**Kingston, WA  98346** | | | | | | | **0.00** |

Sheet no. ___**120**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
(Total of this page) $  **280.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                                    Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Concrete Design** **7610 4th Street SE** **Everett, WA  98205** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Concrete Enterprises** **200 NE 46th St.** **Oklahoma City, OK  73105** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Concrete Equipment & Supply** **145 W. Main** **PO Box 109** **Silt, CO  81652-0109** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Concrete Landscape** **41655 Reagan Way #I** **Murrieta, CA  92562** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Concrete Materials Co.** **P.O.Box 16204** **Wichita, KS  67216** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Concrete Placement, Inc.** **6527 W. Northview** **Glendale, AZ  85301** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Concrete Promotion Council of the Ozarks** **PO Box 2113** **Springfield, MO  65801** | | | | | | | 0.00 |

Sheet no. ___**121**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
　　　　　　　　　　　　　Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Concrete Pump Broker**<br>**17405 NE Home Rd**<br>**Brush Prairie, WA  98606** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Concrete Pump Inspections, Inc.**<br>**20320 Deerhorn Valley Rd.**<br>**Jamul, CA  91935** | | | | | | | 0.00 |
| ACCOUNT NO. **0002**<br>**Concrete Pump Repair**<br>**39347 Flink Ave.**<br>**North Branch, MN  55056** | | | | | | | 332.15 |
| ACCOUNT NO.<br>**ConcreteIron, Inc.**<br>**1008 Douglas Dr.**<br>**Roanoke, TX  76262** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Conner Transport, Inc.**<br>**3800 Sandshell Dr. # 190**<br>**Fort Worth, TX  76137** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Connor Industries, Inc.**<br>**PO Box 200298**<br>**Dallas, TX  75320-0298** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Const. Equipment Parts, Inc.**<br>**PO Box 671026**<br>**Dallas, TX  75267-1026** | | | | | | | 0.00 |

Sheet no. ___**122**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 332.15

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____     Case No. _____
                                                      Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Construction Administration** | | | | | | | 0.00 |
| ACCOUNT NO. **4887**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL 60674** | | | | | | | 919.20 |
| ACCOUNT NO. **88**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL 60674** | | | | | | | 7,477.92 |
| ACCOUNT NO. **89**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL 60674** | | | | | | | 7,404.92 |
| ACCOUNT NO. **91**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL 60674** | | | | | | | 8,067.18 |
| ACCOUNT NO. **2561**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL 60674** | | | | | | | 14,002.09 |
| ACCOUNT NO. **2932**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL 60674** | | | | | | | 1,442.62 |

Sheet no. __**123**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 39,313.93

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                        Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2522**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL  60674** | | | | | | | 3,156.48 |
| ACCOUNT NO. **3684**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL  60674** | | | | | | | 155.94 |
| ACCOUNT NO. **4399**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL  60674** | | | | | | | 14,858.87 |
| ACCOUNT NO. **4524**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL  60674** | | | | | | | 197.52 |
| ACCOUNT NO. **4717**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL  60674** | | | | | | | 258.52 |
| ACCOUNT NO. **4750**<br>**Construction Forms**<br>**3292 Paysphere Circle**<br>**Chicago, IL  60674** | | | | | | | 702.74 |
| ACCOUNT NO.<br>**Construction Monitor**<br>**PO Box 2202**<br>**Cedar City, UT  84721** | | | | | | | 0.00 |

Sheet no. ____**124**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   **19,330.07**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                  Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Construction Rental Salina**<br>515 N. Broadway Blvd.<br>Salina, KS  67401 | | | | | | | 0.00 |
| ACCOUNT NO. **1201**<br>**Construction Tool & Supl**<br>5213 South 30th St. #C300<br>Phoenix, AZ  85040 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Continental Collection Agency**<br>P.O. Box 24022<br>Denver, CO  80224-0022 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Continental Hydraulics & Equipment. Inc**<br>P.O. Box 1501<br>Salina, KS  67402-1501 | | | | | | | 0.00 |
| ACCOUNT NO. **0294**<br>**Continental Tire NA**<br>P.O.Box 60049<br>Charlotte, NC  28260-0049 | | | | | | | 383.78 |
| ACCOUNT NO.<br>**Contract Bonding & Insurance** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Contractors Choice The**<br>8908 Landers Road<br>North Little Rock, AR  72117 | | | | | | | 0.00 |

Sheet no. ___**125**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 383.78

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                              Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Contractors State Licence Board** | | | | | | | 0.00 |
| ACCOUNT NO. **8405**<br>**Controlled Power Co.**<br>**Dept. 149301**<br>**P.O.Box 67000**<br>**Detroit, MI  48267-1493** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Convergent**<br>**5276 Eastgate Mall**<br>**San Diego, CA  92121** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cooper Tire Service Inc.**<br>**129 W. Sherman**<br>**Hutchinson, KS  67501** | | | | | | | 0.00 |
| ACCOUNT NO. **U082**<br>**Copper State Bolt & Nut**<br>**3622 N 34th Ave**<br>**Phoenix, AZ  85017** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Copperstate Tire Co.**<br>**123 E. Durango St.**<br>**Phoenix, AZ  85004** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Corban Group LLC dba Dixie Soap**<br>**P.O.Box 801**<br>**Hurricane, UT  84737** | | | | | | | 0.00 |

Sheet no. ___**126**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                   Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Corbett Concrete Pumping, Inc.**<br>**3245 Auburn Way SOuth**<br>**Auburn, WA  98092** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Core Industrial Resources**<br>**5815 82nd St. #45**<br>**Lubbock, TX  79424-5908** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Corporate Billing, Inc.**<br>**P.O.Box 2257**<br>**Decatur, AL  35609-2257** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Corporate Building Maintenance, Inc.**<br>**PO Box 25401**<br>**Portland, OR  97298-0401** | | | | | | | 0.00 |
| ACCOUNT NO. **6195**<br><br>**Corporate Express**<br>**PO Box 95708**<br>**Chicago, IL  60694-5708** | | | | | | | 0.00 |
| ACCOUNT NO. **8015**<br><br>**Corporate Payment SVCS/GECFI**<br>**PO Box 410406**<br>**Salt Lake City, UT  84141-0406** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Corporation Service Company** | | | | | | | 0.00 |

Sheet no. ___**127**___ of ___**566**___ continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                   (Total of this page)   $

                                                                                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
                                 Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Costal Carolina Pumping**<br>PO Box 241185<br>Charlotte, NC  28224 | | | | | | | 0.00 |
| ACCOUNT NO. **6160**<br>**Costco**<br>PO Box 34783<br>Seattle, WA  98124-1783 | | | | | | | 0.00 |
| ACCOUNT NO. **1210**<br>**Costco Membership**<br>PO Box 34783<br>Seattle, WA  98124-1783 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cougar Cleaning Equipment**<br>PO Box 13985<br>Odessa, TX  79768 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Cougar Industries Inc.**<br>PO Box 1822<br>Rockford, IL  61110-0322 | | | | | | | 530.92 |
| ACCOUNT NO.<br>**Country Inn & Suites By Carlson**<br>6020 S.W. 10th Street<br>Topeka, KS  66604 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Courtesy Building Services Inc.**<br>2154 W. Northwest HWY #214<br>Dallas, TX  75220 | | | | | | | 216.50 |

Sheet no. ___**128**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal
(Total of this page) $ **747.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc.                                    Case No. _____
_____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Coverall North America, Inc.** <br> **PO Box 802825** <br> **Chicago, IL  60680-2825** | | | | | | | **162.38** |
| ACCOUNT NO. <br> **Coverall Of Oregon, Inc.** <br> **9900 SW Greensburg Rd Ste. 100** <br> **Portland, OR  97223** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Covina Police Dept.** <br> **Records Division** <br> **444 N Citrus Ave** <br> **Covina, CA  91723-2065** | | | | | | | **0.00** |
| ACCOUNT NO. **1084** <br> **Cowan's Ace Hardware** <br> **3310 W. College** <br> **Springfield, MO  65802** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Cowles & Thompson, P.C.** <br> **Attorneys at Law** <br> **901 Main St Ste 4000** <br> **Dallas, TX  75202-3746** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Cowley's Car Care   / Cowley, Lee** <br> **1530 W. 1st Street** <br> **Prosper, TX  75078** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Cowpoke Detection Service** <br> **PO Box 671** <br> **Afton, WY  83110-0671** | | | | | | | **0.00** |

Sheet no. ____**129**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **162.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3601** <br><br> **Cox Communications** <br> **P.O.Box 22142** <br> **Tulsa, OK  74121-2142** | | | | | | | 0.00 |
| ACCOUNT NO. **9201** <br><br> **Cox Communications Inc.** <br> **PO Box 53262** <br> **Phoenix, AZ  85072-3262** | | | | | | | 0.00 |
| ACCOUNT NO. **9687** <br><br> **CPS Energy** <br> **P.O.Box 2678** <br> **San Antonio, TX  78289-0001** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **CR Concrete** <br> **515 W. 7th** <br> **Shoshone, ID  83352** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Craig Sharp Homes** <br> **430 Walnut** <br> **Augusta, KS  67010** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Crane America Services** <br> **88048 Expedite Way** <br> **Chicago, IL  60695-0001** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Crane Repair Service** <br> **702 10th St. SE** <br> **Puyallup, WA  98372** | | | | | | | 0.00 |

Sheet no. ____**130**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Creagan Ballard Concrete**<br>5419-G NE 88th St.<br>Vancouver, WA  98665 | | | | | | | 0.00 |
| ACCOUNT NO. **7103**<br>**Creative Communications**<br>3332 E Broadway Rd.<br>Phoenix, AZ  85040-2830 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Creative Packaging, Inc.**<br>P.O.Box 27126<br>Tulsa, OK  74149-0126 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Crescent Line Inc.**<br>535 Regal Row<br>Dallas, TX  75247 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Crescent Oil**<br>dba Oak Tree Mart<br>2211 Oak Ridge Dr<br>Neosho, MO  64850-9092 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Crest Chevrolet**<br>P.O.Box 501<br>San Bernardino, CA  92402-0501 | | | | | | | 0.00 |
| ACCOUNT NO. **2216**<br>**Crocker Crane, L.P.**<br>P.O.Box 141539<br>Irving, TX  75014 | | | | | | | 0.00 |

Sheet no. ___**131**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
_____
Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9894** <br><br> **Crosby County Fuel Association** <br> **PO Box 1170** <br> **Ralls, TX 79357** | | | | | | | 0.00 |
| ACCOUNT NO. **5407** <br><br> **Cross-Midwest Tire** <br> **401 S. 42nd St.** <br> **Kansas City, KS 66106** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Crossconnect Central LLC** <br> **18627 Brookhurst St.** <br> **Suite 343** <br> **Fountain Valley, CA 92708** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Crossland Construction** <br> **PO Box 45** <br> **Columbus, KS 66725** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Crossland Heavy** <br> **P.O.Box 350** <br> **Columbus, KS 66725** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Crossroads Repair** <br> **17232 Co. Hwy D25** <br> **Alden, IA 50006** | | | | | | | 0.00 |
| ACCOUNT NO. **RUND** <br><br> **Crouch Sales Co., Inc.** <br> **2636 Irving Blvd.** <br> **Dallas, TX 75207** | | | | | | | 24.23 |

Sheet no. ___**132**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $        24.23

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                    Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Crowder Industrial Radiator Svc., Inc.**<br>**c/o Accounts Receivable Funding Corp.**<br>**PO Box 1389**<br>**Houston, TX  77251-1389** | | | | | | | **0.00** |
| ACCOUNT NO. **dage**<br>**Crowder Supply Co., Inc.**<br>**8495 Roslyn St.**<br>**Commerce City, CO  80022** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Crown Ace Hardware - NLHC**<br>**1799 Kiowa Ave.**<br>**Provo, UT  84603** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Crum Electric Supply Co.**<br>**1165 English Ave**<br>**Casper, WY  82601** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Crump Truck & Trailer Works**<br>**P.O. Box 943**<br>**Springfield, MO  65801** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Crystal Inn - St. George**<br>**1450 S. Hilton Drive**<br>**Saint George, UT  84770** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Crystal Inn Hotel-Suites**<br>**1575 West 200 North**<br>**Cedar City, UT  84720** | | | | | | | **0.00** |

Sheet no. ___**133**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9989** <br><br>CSK Auto, Inc. <br>P.O.Box 94393 <br>Seattle, WA  98124-6693 | | | | | | | 0.00 |
| ACCOUNT NO. **5732** <br><br>CSK Proshop <br>1002 W University Dr. <br>Tempe, AZ  85281 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>CSR-Nationwide <br>821 SW 66th St. <br>Oklahoma City, OK  73139 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>CT Corporation <br>PO Box 4349 <br>Carol Stream, IL  60197-4349 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>CT Towing <br>6301-A Oakland Ave. NE | | | | | | | 413.25 |
| ACCOUNT NO. <br><br>CTS Supplies <br>2491-A Rubidoux Blvd. <br>Riverside, CA  92509 | | | | | | | 0.00 |
| ACCOUNT NO. **4021** <br><br>Culligan Water Conditioning <br>PO Box 1987 <br>Albany, OR  97321 | | | | | | | 0.00 |

Sheet no. ___**134**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **413.25**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
             Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Cummins Cal Pacific, LLC** **PO Box 513017** **Los Angeles, CA  90051-1017** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Cummins N.W. LLC** | | | | | | | 0.00 |
| ACCOUNT NO. **9913** | | | | | | | |
| **Cummins Rocky Mountain LLC** **Dept. 2138** **Denver, CO  80291-2138** | | | | | | | 0.00 |
| ACCOUNT NO. **9515** | | | | | | | |
| **Cummins-Southern Plains** **P.O. Box 910509** **Dallas, TX  75391-0509** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Cunningham Mfg Co.** **318 S. Webster St.** **Seattle, WA  98108** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Curt Warner Chevrolet, Inc.** **10811 SE Mill Plain Blvd** **Vancouver, WA  98687-1060** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Custom Auto Decor & Sign** **592 North 100 West** **Orem, UT  84057** | | | | | | | 0.00 |

Sheet no. ____**135**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
<div style="text-align:center">Debtor(s)</div>                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6034** <br> **Custom Coffee Plan** <br> **P.O.Box 79705** <br> **City of Industry, CA  91716-9705** | | | | | | | **134.91** |
| ACCOUNT NO. **0927** <br> **Custom Color** <br> **P.O.Box 771294** <br> **Steamboat Springs, CO  80477** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Custom Hydraulic & Machine, Inc.** <br> **PO Box 630** <br> **Somerset, PA  15501** | | | | | | | **0.00** |
| ACCOUNT NO. **5630** <br> **Custom Truck Sales** <br> **1200 NW Hwy 24** <br> **Topeka, KS  66608** | | | | | | | **0.00** |
| ACCOUNT NO. **3217** <br> **Custom Truck Sales, LLC** <br> **7701 E 24 Highway** <br> **Kansas City, MO  64125** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Cuthers Construction** <br> **P.O.Box 3766** <br> **Orange, CA  92857** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **CY-Ment Construction** <br> **30585 H Ave.** <br> **Hubbard, IA  50122** | | | | | | | **0.00** |

Sheet no. ____**136** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **134.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **D & M Wire Rope, Inc.** <br>**722 Scarlet Street** <br>**Grand Junction, CO  81505-9429** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **D & R Excavation, Inc.** <br>**P.O.Box 571946** <br>**Salt Lake City, UT  84157-1946** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **D Clayton Construction** <br>**30277 Centro Vista** <br>**Highland, CA  92346** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **D R Horton** <br>**301 Commerce St #500** <br>**Fort Worth, TX  76102** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **D&A Wire Rope Inc** <br>**4909 E. Cesar Chavez St., Suite A** <br>**Austin, TX  78702** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **D&B Real Estate Investments LLC** <br>**222 Main St.** <br>**PO Box 724** <br>**Iowa Falls, IA  50126-0724** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **D&B Truck Wash-2036** <br>**PO Box 724** <br>**Iowa Falls, IA  50126** | | | | | | | 0.00 |

Sheet no. ___**137**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                        Case No. _____
            Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**D-A Lubricant Company, Inc.**<br>**P.O. Box 712319**<br>**Cincinnati, OH  45271-2319** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**D.G.P., Inc.**<br>**PO Box 1159**<br>**Broken Arrow, OK  74013-1159** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**D.L Forester (Labco)**<br>**231 E. Alessandro Blvd. A#133**<br>**Riverside, CA  92508** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**D.L. Sinjem Company, Inc.**<br>**1555 W. Lambert Rd.**<br>**La Habra, CA  90631** | | | | | | | 7,960.00 |
| ACCOUNT NO.<br>**D.Messner Ent.**<br>**4410 S. 296th Pl.**<br>**Auburn, WA  98001** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Dailey Construction** | | | | | | | 0.00 |
| ACCOUNT NO. **1042**<br>**Daily Journal of Commerce**<br>**PO Box 11050**<br>**Seattle, WA  98111** | | | | | | | 0.00 |

Sheet no. ___**138**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 7,960.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**  _____    Case No. _____
                              Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Dalco, Inc.** <br> **2816 170th St. S.W.** <br> **Lynnwood, WA 98037** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dale Riley Concrete Pumping** <br> **1728 N. Shelly Ct.** <br> **Brea, CA 92821** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dallas Foam Inc.** <br> **5901 Park Vista Circle** <br> **Keller, TX 76248** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dallas Mack Sales** <br> **PO Box 569040** <br> **Dallas, TX 75356-9040** | | | | | | | 0.00 |
| ACCOUNT NO. **1267** <br> **Dallas Peterbilt Inc.** <br> **P.O.Box 560228** <br> **Dallas, TX 75356-0228** | | | | | | | 1,903.23 |
| ACCOUNT NO. <br> **Danahay Construction** <br> **33501 W. 6th St. South** <br> **Garden Plain, KS 67050** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **DANIEL GROUP** <br> **REM 8-24-07** | | | | | | | 0.00 |

Sheet no. ___**139**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ 1,903.23 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Danny's Auto Body<br>3429 North Propect St.<br>Colorado Springs, CO  80907 | | | | | | | 0.00 |
| ACCOUNT NO. **6005**<br>Danone Waters<br>Crystal Springs<br>PO Box 515326<br>Los Angeles, CA  90051-6626 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Darin D. Sawyer<br>Catherine R. Sawyer<br>19725 Avenue 256<br>Exeter, CA  93221 | | | | | | X | 140,695.00 |
| ACCOUNT NO.<br>Darrell Beam Const.<br>149 Shyrina Ct. N<br>Salem, OR  97303 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Data Source Solutions<br>4001 Kennett Pike Suite # 647<br>Wilmington, DE  19807-2000 | | | | | | | 0.00 |
| ACCOUNT NO. **5772**<br>DataQuick<br>File 50261<br>Los Angeles, CA  90074-0261 | | | | | | | 0.00 |
| ACCOUNT NO. **3499**<br>Dave S Auto Supply<br>1222 Babcock Rd.<br>San Antonio, TX  78201 | | | | | | | 0.00 |

Sheet no. ____**140**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **140,695.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
  Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dave's Lock & Safe**<br>**2316 N Lincoln**<br>**Loveland, CO  80538** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**David Groover & Associates, Inc.**<br>**627 South Seventh St.**<br>**Las Vegas, NV  89101** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**David Tinkle**<br>**18235 Hanna St**<br>**Melvindale, MI  48122-1424** | | | | | | X | 549,803.12 |
| ACCOUNT NO.<br>**David Villarreal Construction**<br>**402 Senisa**<br>**San Antonio, TX  78228** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**David-Key Trucking**<br>**3372 W. Dudley**<br>**Fresno, CA  93722** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Davis Grimm Payne & Marra**<br>**701 Fifth Ave.Suite 4040**<br>**Seattle, WA  98104** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Davis Motor Crane Service, Inc.**<br>**1222 N Loop 12**<br>**Irving, TX  75061** | | | | | | | 0.00 |

Sheet no. **141** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $  **549,803.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                      Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Davis Salvage Co. 3345 E Washington St. Phoenix, AZ 85034 | | | | | | | 0.00 |
| ACCOUNT NO.  DAWG 25 Lassy Court Terryville, CT 06786 | | | | | | | 0.00 |
| ACCOUNT NO.  Day's Inn 480 W. Deuce Of Clubs Show Low, AZ 85901 | | | | | | | 0.00 |
| ACCOUNT NO.  Day's Inn KAS Lenexa 9630 Rose Hill Road Lenexa, KS 66215 | | | | | | | 0.00 |
| ACCOUNT NO.  Day's Inn Morro Bay 1095 Main St. Morro Bay, CA 93442 | | | | | | | 0.00 |
| ACCOUNT NO.  Days Inn - Clinton 1200 S. Tenth St. Clinton, OK 73601 | | | | | | | 0.00 |
| ACCOUNT NO. 246  Days Inn - Enid 2901 S. Van Buren Enid, OK 73703 | | | | | | | 0.00 |

Sheet no. __142__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                               Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Days Inn - Topeka**<br>**1510 SW Wanamaker Rd.**<br>**Topeka, KS  66604** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Days Inn Salina**<br>**407 Diamond Dr.**<br>**Salina, KS  67401** | | | | | | | 388.05 |
| ACCOUNT NO.<br>**Days Inn South**<br>**6025 Avenue A**<br>**Lubbock, TX  79404** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Days Inn Sweetwater**<br>**701 S.W. Georgia**<br>**Sweetwater, TX  79556** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Days Inn Woodward**<br>**1212 NW Highway 270**<br>**Woodward, OK  73801** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Days Inn- Hobbs**<br>**211 N. Marland Blvd.**<br>**Hobbs, NM  88240** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Days Inn-Texas**<br>**2701 S. Gregg Street**<br>**Big Spring, TX  79720** | | | | | | | 0.00 |

Sheet no. ___**143**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **388.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Days Inn-Texas Stadium** <br> **2200 E. Airport Freeway** <br> **Irving, TX  75062** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dayspring Custom Homes** <br> **7786 South Guthrie Ave.** <br> **Tulsa, OK  74132** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **DBS-Public Works Contractors** <br> **1090 East WaterTower St.** <br> **Meridian, ID  83642** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **DC Transport & Excavating, Inc.** <br> **3650 Wet Hwy 248** <br> **Kamas, UT  84036** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **DeaMor** <br> **14010-A NE 3rd Ct., Suite 102** <br> **Vancouver, WA  98685** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dean Douglas Homes** <br> **3210 S. Gilbert Rd. Ste. 1** <br> **Chandler, AZ  85286** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Deano's Concrete Pumping** <br> **1658 South Hill Dr.** <br> **Santa Clara, UT  84765** | | | | | | | 0.00 |

Sheet no. ___**144**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                         Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Debellind & Homes Construction <br> 42618 4th St. East <br> Lancaster, CA 93535 | | | | | | | 0.00 |
| ACCOUNT NO. <br> DeBeque, Town of <br> 381 Minter Ave. <br> PO Box 60 <br> De Beque, CO 81630-0060 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Debilling & Holmes Construction <br> 42618 4th St. East <br> Lancaster, CA 93535 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Deeco Rubber Co., Inc. <br> PO Box 3337 <br> Lubbock, TX 79452-3337 | | | | | | | 0.00 |
| ACCOUNT NO. 7875 <br> Deep Rock Water <br> Dept. 2146 <br> Denver, CO 80271-2146 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Deep Rock Water Co. <br> PO Box 173898 <br> Denver, CO 80217-3898 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Deer Park Auto Freight <br> P.O.Box 865 <br> Deer Park, WA 99006 | | | | | | | 0.00 |

Sheet no. __145__ of __566__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
<div align="center">Debtor(s)                                                   (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Definitive Solutions & Technologies, Inc** <br>P.O. Box 1210 <br>Kent, WA  98035-1210 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Degan Construction** <br>PO Box 936 <br>Queen Creek, AZ  85242 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Del'Alt. & Str. Inc.** <br>Del's Marine <br>901 N 8th St <br>Salina, KS  67401-2910 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Delgado, Joseph** <br>4301 Balcones Woods Dr. <br>Austin, TX  78759 | | | | | | | 0.00 |
| ACCOUNT NO. **2568** <br><br>**Delray Tire & Retreading Inc.** <br>2544 S. Cherry Ave. <br>Fresno, CA  93706 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Delta Rigging & Tools, Inc.** <br>Dept 5334 <br>PO Box 4228 <br>Houston, TX  77210-4228 | | | | | | | 0.00 |
| ACCOUNT NO. **0472** <br><br>**Deluxe for Business** <br>P.O. Box 88042 <br>Chicago, IL  60680-1042 | | | | | | | 0.00 |

Sheet no. ___**146**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**
_____                Case No. _____
              Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1900** <br> **DenCol Supply Co.** <br> **4630 N. Washington Street** <br> **Denver, CO  80216-2744** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dennis Oil Co., Inc.** <br> **545 N. National** <br> **Springfield, MO  65802** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Denver Bumper Works, Inc.** <br> **830 Wyandot Street** <br> **Denver, CO  80204** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Denver Glass Interiors, Inc.** <br> **8651 N Grant St #2B** <br> **Denver, CO  80229** | | | | | | | 0.00 |
| ACCOUNT NO. **0514** <br> **Denver Newspaper** <br> **P.O. Box 17930** <br> **Denver, CO  80217** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Denver Parts Depot** <br> **4255 S. Buckley Rd** <br> **PO Box 126** <br> **Aurora, CO  80040-0126** | | | | | | | 207.45 |
| ACCOUNT NO. **UBON** <br> **Denver Rubber Company** <br> **2340 W. 2nd Ave.** <br> **Denver, CO  80223-1610** | | | | | | | 0.00 |

Sheet no. ___**147**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **207.45**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                              Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0299**<br>**Denver Wire Rope & Supply**<br>**4100 Dahlia St.**<br>**Denver, CO  80216** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Desert Cedars HOA**<br>**Carpenter Hazlewood PLC**<br>**1400 E Southern Ave Ste 400**<br>**Tempe, AZ  85282-5693** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Desert Springs Masonry**<br>**3642 Meade Ave.**<br>**Las Vegas, NV  89102** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Desert Valley Landscaping, Inc.**<br>**PO Box 516**<br>**Sahuarita, AZ  85629** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Destination Wireless**<br>**P.O.Box 64634**<br>**Tacoma, WA  98464** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Detco Industries, Inc.**<br>**P. O. Box 430**<br>**Conway, AR  72033** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Deupree Trucking Corporation & Loader Se**<br>**401 C Deer Springs Rd**<br>**San Marcos, CA  92069** | | | | | | | 0.00 |

Sheet no. ___**148**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **DeWitt & Associates Inc.** <br> PO Box 3378 <br> Springfield, MO  65808 | | | | | | | 0.00 |
| ACCOUNT NO. **6574** <br> **DEX** <br> 8400 Innovation Way <br> Chicago, IL  60682-0084 | | | | | | | 0.00 |
| ACCOUNT NO. **3659** <br> **Dex** <br> 8400 Innovation Way <br> Chicago, IL  60682-0084 | | | | | | | 0.00 |
| ACCOUNT NO. **5458** <br> **Dex Media West** <br> P.O.Box 79167 <br> Phoenix, AZ  85062-9167 | | | | | | | 0.00 |
| ACCOUNT NO. **2375** <br> **DFW Heavy Duty Parts** <br> Regions Interstate Billing Service, Dept <br> P.O.Box 2153 <br> Birmingham, AL  35287-1265 | | | | | | | 304.23 |
| ACCOUNT NO. <br> **DG Auto Glass** <br> 2301 N 27th Ave. <br> Phoenix, AZ  85009 | | | | | | | 0.00 |
| ACCOUNT NO. **4591** <br> **Dial Long Distance** <br> 762 W. Ventura Blvd. <br> Camarillo, CA  93010 | | | | | | | 0.00 |

Sheet no. ___**149**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **304.23**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE __Brundage-Bone Concrete Pumping, Inc._____ Case No. _____
                      Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Dial Lubricants, Inc.** P.O. Box 540607 Dallas, TX  75354-0607 | | | | | | | **3,232.98** |
| ACCOUNT NO. | | | | | | | |
| **Diamond Duster** | | | | | | | **0.00** |
| ACCOUNT NO. **2226** | | | | | | | |
| **Diamond Environmental Services** 807 E. Mission Rd. San Marcos, CA  92069 | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Diamond Triumph Auto Glass** P.O. Box  1647 Kingston, PA  18704 | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Dickson Tool & Equipment** 130 S. Nursery Irving, TX  75060 | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Diego Lopez Construction** 4618 Pennyroyal Corona, CA  92880 | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Digital Insight Software Co. LLC** 7763 Barstow St. Ventura, CA  93004 | | | | | | | **0.00** |

Sheet no. ___**150**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,232.98**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                    Debtor(s)                                          (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Dimension 3:18 LLC**<br>**9281 N. Sea Otter Place**<br>**Tucson, AZ  85742** | | | | | | | 0.00 |
| ACCOUNT NO. **7313**<br>**Directv**<br>**P.O.Box 54000**<br>**Los Angeles, CA  90054-1000** | | | | | | | 0.00 |
| ACCOUNT NO. **3117**<br>**Directv**<br>**P.O.Box 60036**<br>**Los Angeles, CA  90060-0036** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Dirks Truck Repair Inc.**<br>**2421 110th Street South**<br>**Lakewood, WA  98499** | | | | | | | 0.00 |
| ACCOUNT NO. **4374**<br>**Disa Inc.**<br>**Dept. 890314**<br>**PO Box 120314**<br>**Dallas, TX  75312-0314** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Discount Auto Glass**<br>**4119 Richards Rd. #111**<br>**North Little Rock, AR  72117** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Discount Tire Co/America's Tire Co.**<br>**P.O.Box 29851**<br>**Phoenix, AZ  85038-9851** | | | | | | | 0.00 |

Sheet no. ___**151**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
<div style="text-align:center">Debtor(s)                                    (If known)</div>

<div style="text-align:center">

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Discount Toner & Ink - Springfield**<br>3318 S National Ave.<br>Springfield, MO  65807-7305 | | | | | | | 231.86 |
| ACCOUNT NO. **7983**<br>**Dish Network**<br>Dept 0063<br>Palatine, IL  60055-0063 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Dispatch This**<br>2003-A Opportunity Drive Suite 5<br>Roseville, CA  95678 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Diversified Credit Services, Inc.**<br>P.O. BOX 1887<br>Fayetteville, AR  72702 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Dixie Concrete Pumping**<br>1719 S. 1430 E. Circle<br>Saint George, UT  84790 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Dixie Construction Co.Inc.**<br>327 South Denver St.<br>Salt Lake City, UT  84111 | | | | | | | 0.00 |
| ACCOUNT NO. **8260**<br>**Dixie Escalante Electric**<br>71 E. HWY 56<br>Beryl, UT  84714 | | | | | | | 76.07 |

Sheet no. ___**152**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal
(Total of this page) $   **307.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Dixie Regional Medical Center PO Box30180 Salt Lake City, UT  84130** | | | | | | | **0.00** |
| ACCOUNT NO. **Dixie Safe & Lock Service Inc. 7920 Gulf Freeway Houston, TX  77017** | | | | | | | **0.00** |
| ACCOUNT NO. **Dixie Technologies LLC 3715 N.Business Dr., Suite 201 Fayetteville, AR  72703** | | | | | | | **0.00** |
| ACCOUNT NO. **DLS Equipment Co. 25901 State Highway 51 Broken Arrow, OK  74014** | | | | | | | **0.00** |
| ACCOUNT NO. **DM Electric 296 S. Sierra Way San Bernardino, CA  92408** | | | | | | | **0.00** |
| ACCOUNT NO. **DMI Drilling 14211 16th St. East # 8 Sumner, WA  98390** | | | | | | | **0.00** |
| ACCOUNT NO. **DMV Renewal P.O. Box 942894 Sacramento, CA  94294-0895** | | | | | | | **548.00** |

Sheet no. __153__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　$　**548.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)　$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Document Imaging Solutions**<br>**PO Box 470646**<br>**Tulsa, OK  74147-0646** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Don Anderson Construction, Inc.**<br>**P.O.Box 2293**<br>**1135 Kimberly Rd**<br>**Twin Falls, ID  83301-7839** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Don Hattan Chevrolet Inc.**<br>**6000 Hattan Dr.**<br>**Wichita, KS  67219** | | | | | | | **236.66** |
| ACCOUNT NO. | | | | | | | |
| **Don Kimmel Development**<br>**71 Keystone Drive**<br>**Ladera Ranch, CA  82694** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Don Klausmeyer Construction**<br>**10008 W. York St.**<br>**Wichita, KS  67215-8945** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Don L. Harris Appraisal**<br>**2201 University Avenue**<br>**Lubbock, TX  79410** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Don Olson Construction Inc.**<br>**P.O.Box 930**<br>**Sumner, WA  98390** | | | | | | | **0.00** |

Sheet no. ___**154**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **236.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $  _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                     Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Don Thomas Petroleum, Inc**<br>**P.O.Box 10223**<br>**Portland, OR 97296** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Donald Rogers Wrecker Service**<br>**PO Box 455**<br>**Tontitown, AR 72770** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Donnie Baldridge Trucking**<br>**formerly RAR Transportation**<br>**4605 County Road 6300**<br>**Lubbock, TX 79415-4572** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Dora Bostic Hauling & Excavating**<br>**516 W. 35th St.**<br>**North Little Rock, AR 72118** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Dorman Construction**<br>**3555 Gateway St. #200**<br>**Springfield, OR 97477** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Dot's Rentals & Sales**<br>**814 N. Robison Road**<br>**Texarkana, TX 75501** | | | | | | | 0.00 |
| ACCOUNT NO. **1312**<br>**Double Check Company**<br>**P.O. Box 87-9200**<br>**Kansas City, MO 64187-9200** | | | | | | | 0.00 |

Sheet no. ___**155**___ of ___**566**___ continuation sheets attached to                           Subtotal

Schedule of Creditors Holding Unsecured Nonpriority Claims                       (Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                        Case No. _____
_____                                        _____
                              Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Double G Concrete Pumping**<br>**1402 Groveland Ave.**<br>**Longview, TX 75601** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Doug Dwyer Construction, Inc.**<br>**13111 W Hayden Circle**<br>**Wichita, KS 67235** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Doug Lee Construction**<br>**PO Box 782234**<br>**Wichita, KS 67278** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Doug Smith Chrysler**<br>**501 West Main**<br>**American Fork, UT 84003** | | | | | | | 0.00 |
| ACCOUNT NO. **1404**<br>**Doug's Filter Serv., Inc.**<br>**1920 West Mission Rd.**<br>**Escondido, CA 92029** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Douglas Brothers Towing Service**<br>**5802 I.H. 10 East**<br>**San Antonio, TX 78219** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Downey Contracting**<br>**6217 NE 63rd St.**<br>**Oklahoma City, OK 73121** | | | | | | | 0.00 |

Sheet no. ___**156**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Downtown Barbeque** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **DPR Construction** <br> **9606 Mopac #300** <br> **Austin, TX  78759** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **DPR Contractors,Inc.** <br> **1050 Samsome St.** <br> **San Francisco, CA  94111** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Drahota Development Co.** <br> **PO Box 272269** <br> **Fort Collins, CO  80527** | | | | | | | 0.00 |
| ACCOUNT NO. **bon2** <br> **DRC Companies** <br> **2340 W. 2nd Ave.** <br> **Denver, CO  80223** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dreyfuss Construction** <br> **5855 Green Valley Cir. #300** <br> **Culver City, CA  90230** | | | | | | | 0.00 |
| ACCOUNT NO. **9803** <br> **DRH Security** <br> **931 Alexa Way** <br> **Fort Collins, CO  80526** | | | | | | | 69.00 |

Sheet no. __157__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **69.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
           Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Driftwood RV Park**<br>**800 W. Kunze**<br>**Boardman, OR  97818** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Drive Line Service of Boise**<br>**7577 W. Lemhi St.**<br>**Boise, ID  83709** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Drive Line Service of Denver**<br>**5362 Dahlia Street**<br>**Commerce City, CO  80022** | | | | | | | 0.00 |
| ACCOUNT NO. **1096**<br>**Drive Shafts Unlimited**<br>**PO Box 4727**<br>**Corpus Christi, TX  78469** | | | | | | | 0.00 |
| ACCOUNT NO. **0040**<br>**Drive Train Industries**<br>**PO Box 5845**<br>**Denver, CO  80217** | | | | | | | 1,185.49 |
| ACCOUNT NO. **1490**<br>**Drive Train Specialist**<br>**1905 S. Nicklas**<br>**Oklahoma City, OK  73128-3052** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Driveline Express**<br>**1615 Buddy Holly Ave.**<br>**Lubbock, TX  79401** | | | | | | | 0.00 |

Sheet no. ___**158**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    1,185.49

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                   Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Driveline Specialists LLC** <br> **9100 US HWY 85** <br> **Henderson, CO  80640** | | | | | | | 0.00 |
| **ACCOUNT NO. 1092** <br> **Drivelines NW Inc.** <br> **3116 Hill Ave.** <br> **Everett, WA  98201** | | | | | | | 0.00 |
| **ACCOUNT NO.** <br> **Drivelines NW Inc.** <br> **3116 Hill Ave.** <br> **Everett, WA  98201** | | | | | | | 0.00 |
| **ACCOUNT NO.** <br> **DRT Fluid Power** <br> **4491 S. 134th Pl.** <br> **Seattle, WA  98168** | | | | | | | 1,376.23 |
| **ACCOUNT NO.** <br> **Drug & Alcohol Testing Associates** <br> **570 Turner Dr., Unit A** <br> **Durango, CO  81303** | | | | | | | 0.00 |
| **ACCOUNT NO.** <br> **Drussa Plumbing & Mechanical** <br> **P.O.Box 2972** <br> **Springfield, MO  65801** | | | | | | | 0.00 |
| **ACCOUNT NO. 4479** <br> **DSU Peterbilt & GMC** <br> **P.O.Box 3486** <br> **5555 N Lagoon Ave** <br> **Portland, OR  97217-7639** | | | | | | | 0.00 |

Sheet no. __**159**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                            (Total of this page) $     1,376.23

                                            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                              Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Duke City Fueling** <br> **3615 NMSR 528, Suite 200-b** <br> **Albuquerque, NM  87114** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Duke Realty** <br> **600 E. 96th St. #100** <br> **Indianapolis, IN  46240** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dultmeier Concrete** <br> **5542 SE 69th St.** <br> **Berryton, KS  66409** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Duncan Bolt Co.** <br> **8535 Dice Rd.** <br> **Santa Fe Springs, CA  90670** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Durham Automotive** <br> **112 W Nashville** <br> **Pembroke, KY  42266** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Durobilt** <br> **215 1St Ave** <br> **Nampa, ID  83653-0904** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dusty Wagon Car Wash** <br> **P.O.Box 110** <br> **Silt, CO  81652** | | | | | | | 0.00 |

Sheet no. ___**160**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Dyad** <br> **P.O.Box 2057** <br> **Shelton, WA  98584** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dynamex Inc.** <br> **P.O.Box 15161** <br> **Lenexa, KS  66285** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Dynamic Collections Inc.** <br> **790 South Market Blvd.** <br> **Chehalis, WA  98532** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **E & C Spring** <br> **518 Venture St.** <br> **Escondido, CA  92029-1212** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **E & J Rentals** <br> **617 Pampa** <br> **Sulphur Springs, TX  75482** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **E M Construction** <br> **9772 Elk Road** <br> **Axtell, TX  76624** | | | | | | | 0.00 |
| ACCOUNT NO. **3761** <br> **E-470 Express Toll** <br> **22470 E. 6th Pkwy., Suite 110** <br> **Aurora, CO  80018** | | | | | | | 0.00 |

Sheet no. ___**161**___ of ___**566**___ continuation sheets attached to                        Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims            (Total of this page)  $

                                                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                          Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **E-470 Public Highway Authority** <br> **Dept. 1363** <br> **Denver, CO  80256** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **E-Builders** <br> **3305 W. Mayflower Ave. #1** <br> **Lehi, UT  84043** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **E.H. Henry Co. Inc.** <br> **127 N Sycamore** <br> **Wichita, KS  67203** | | | | | | | 0.00 |
| ACCOUNT NO. **5455** <br> **E.H.Burrell** <br> **P.O.Box 629** <br> **Salem, OR  97308** | | | | | | | 0.00 |
| ACCOUNT NO. **0064** <br> **E.M.Tharp, Inc.** <br> **15243 Road 192** <br> **Porterville, CA  93257** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **E.S.P. Excavation, Inc.** <br> **P.O.Box 1090** <br> **American Fork, UT  84003-1090** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **e2 Wireless** <br> **2601 West Dunlap Ave. Ste. 4** <br> **Phoenix, AZ  85021** | | | | | | | 0.00 |

Sheet no. ___**162**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.        Case No. _____

<div align="center">Debtor(s)             (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Eagle Auto Glass**<br>**201 E. Front St.**<br>**Tyler, TX  75702** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Eagle Crane Service**<br>**435 Canfor Avenue**<br>**New Westminster,,    V3L 5H5** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Eagle Crest Construction**<br>**5551 Perdemco Ave SE**<br>**Port Orchard, WA  98367** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Eagle Homes Inc.**<br>**7624 Ray Nash Drive NW**<br>**Gig Harbor, WA  98335** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Eagle Road Serice & Tire, Inc.**<br>**3011 E. La Cadena**<br>**Riverside, CA  92507-2630** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**EAP-Everson Aslphalt Paving**<br>**PO Box 3084**<br>**Lacey, WA  98509** | | | | | | | **0.00** |
| ACCOUNT NO. **6081**<br><br>**Earle M. Jorgensen Co.**<br>**PO Box 79012**<br>**City of Industry, CA  91716-9012** | | | | | | | **0.00** |

Sheet no. ___**163**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
           (Total of this page) $ _____

           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case:10-10758-ABC   Doc#:1   Filed:01/18/10   Entered:01/18/10 14:08:58   Page873 of 1297

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Earthtec Engineering, Inc.** <br>**133 North 1330 West** <br>**Orem, UT  84057** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Earthworks Landscape Services** <br>**12516 Evergreen Dr.** <br>**Mukilteo, WA  98275** | | | | | | | 0.00 |
| ACCOUNT NO. **4133** <br><br>**East Bay Tire Co.** <br>**2200 Huntington Dr. Unit C** <br>**Fairfield, CA  94533** | | | | | | | 0.00 |
| ACCOUNT NO. **4961** <br><br>**East Central Special Utility District** <br>**P.O.Box 570** <br>**Adkins, TX  78101** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**East Texas Mack Sales, L.P.** <br>**2934 highway 31 North** <br>**PO Box 2867** <br>**Longview, TX  75606-2867** | | | | | | | 184.98 |
| ACCOUNT NO. <br><br>**East West Urban Management, LLC** <br>**1610 Little Raven Street, 125** <br>**Denver, CO  80202** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Easter & Easter Builders** <br>**P.O.Box 23123** <br>**Waco, TX  76702** | | | | | | | 0.00 |

Sheet no. __**164**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 184.98

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Eastex Pressure Washers** **8483 Wingfield Dr.** **Lumberton, TX  77657** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Eatough PA-C, Jason D.** **P.O.Box 27128** **Salt Lake City, UT  84127-0128** | | | | | | | 0.00 |
| ACCOUNT NO. **3539** | | | | | | | |
| **EBE** **PO Box 872978** **Kansas City, MO  64187-2978** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Eby Construction** **P.O.Box 1679** **Wichita, KS  67201-1679** | | | | | | | 0.00 |
| ACCOUNT NO. **7210** | | | | | | | |
| **EC Power Systems of Oregon** **P.O.Box 10286** **Portland, OR  97296-0286** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Echo Storage Options** **PO Box 6487** **Kingman, AZ  86402-6487** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Eclipse Security Professionals** **15610 SE Thornbridge Dr.** **Clackamas,     97015** | | | | | | | 422.00 |

Sheet no. ___**165**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **422.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**  _____  Case No. _____
                        Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Eco Pan, LLC** <br> **P.O. Box 1728** <br> **Kent, WA  98035-1728** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Econo Lodge - Lucky Lane** <br> **2480 E. Lucky Lane** <br> **Flagstaff, AZ  86004** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Economy Auto Supply, Inc.** <br> **316 W. Tyler Street** <br> **PO Box 430** <br> **Gilmer, TX  75644-0430** | | | | | | | 0.00 |
| ACCOUNT NO. **6905** <br> **Ecowater** <br> **241 North Hydraulic** <br> **Wichita, KS  67214** | | | | | | | 0.00 |
| ACCOUNT NO. **4243** <br> **Edco Waste & Recycling** <br> **PO Box 5488** <br> **Buena Park, CA  90622-5488** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Eddie's Truck Center - Rapid City** <br> **1002 E. Omaha** <br> **Rapid City, SD  57701** | | | | | | | 0.00 |
| ACCOUNT NO. **7404** <br> **Edge Wireless** <br> **PO Box 5207** <br> **Portland, OR  97208-5207** | | | | | | | 0.00 |

Sheet no. ____**166**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
                        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Edgen Murray Corp.**<br>**P.O.Box 203321**<br>**Houston, TX  77216-3321** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Edna Answering Service**<br>**1706 Strawberry #400**<br>**Pasadena, TX  77502** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Eduction Assistance Corp.**<br>**115 1st AVE SW**<br>**Aberdeen, SD  57401** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Edward Canter**<br>**4951 N. Island Drive**<br>**Bonney Lake, WA  98391** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Edwards, Mark S.**<br>**4901 S.E. 118th**<br>**Oklahoma City, OK  73165** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Edwards, Mike**<br>**(Expenses)** | | | | | | | 0.00 |
| ACCOUNT NO. **5051**<br>**EFI Global Inc.**<br>**P.O. Box 7247-7273**<br>**Philadelphia, PA  19170-7273** | | | | | | | 0.00 |

Sheet no. ____**167**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| EG Concrete Pumping 1215 W. Marshall Blvd San Bernardino, CA 92405 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Egland Trucking, Inc. PO Box 230 Brush Prairie, WA 98606 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| EID Passport, Inc. 10450 SW Nimbus Ave., Bldg., R-A Portland, OR 97223 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| El CID Promotions 4795 S. Sandhill Rd #4 Las Vegas, NV 89121 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| El Dorado Building Systems Inc. 1216 W 6th Ave El Dorado, KS 67042 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| El Paso County Contr. Assoc. Mr Jerry Schmitz PO Box 94 Colorado Springs, CO 80901-0094 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| El Paso Towing 432 N. Frederick El Paso, TX 79905 | | | | | | | 0.00 |

Sheet no. __168__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Electro Tec**<br>**P.O.Box 1866**<br>**Corona, CA 92878** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Electronic Tech Enterprises**<br>**P.O. Box 15046**<br>**Salem, 97309** | | | | | | | 0.00 |
| ACCOUNT NO. **1517**<br>**Electronics Warehouse**<br>**2691 Main St.**<br>**Riverside, CA 92501-2244** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Eleven Western Builders**<br>**2862 Executive Pl**<br>**Escondido, CA 92029** | | | | | | | 0.00 |
| ACCOUNT NO. **0678**<br>**Elite Auto Glass-/GlasPro**<br>**12000 E 47th Ave., Suite 200**<br>**Denver, CO 80239** | | | | | | | 0.00 |
| ACCOUNT NO. **0395**<br>**Elite Auto Glass/GlasPro**<br>**P.O.Box 633197**<br>**Cincinnati, OH 45263-3197** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**EM PHYS Intergrated Care**<br>**PO Box 96398**<br>**Oklahoma City, OK 73143-6398** | | | | | | | 0.00 |

Sheet no. ___**169**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5580** <br><br>**Embarq**<br>**PO Box 660068**<br>**Dallas, TX  75266-0068** | | | | | | | 0.00 |
| ACCOUNT NO. **5580** <br><br>**Embarq**<br>**P.O.Box 660068**<br>**Dallas, TX  75266-0068** | | | | | | | 0.00 |
| ACCOUNT NO. **5253** <br><br>**Embarq**<br>**PO Box 660068**<br>**Dallas, TX  75266-0068** | | | | | | | 0.00 |
| ACCOUNT NO. **2180** <br><br>**Embarq**<br>**PO Box 21900**<br>**Kansas City, MO  64121-9100** | | | | | | | 0.00 |
| ACCOUNT NO. **5931** <br><br>**Embarq - DEX**<br>**8400 Innovation Way**<br>**Chicago, IL  60682-0084** | | | | | | | 0.00 |
| ACCOUNT NO. **7341** <br><br>**Embarq Communications**<br>**PO Box 219008**<br>**Kansas City, MO  64121-9008** | | | | | | | 0.00 |
| ACCOUNT NO. **2500** <br><br>**Emerald Recycling**<br>**7343 East Marginal Way South, Suite 200**<br>**Seattle, WA  98108** | | | | | | | 0.00 |

Sheet no. **170** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                                  Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1700** <br> **Emerald Recycling Serv** <br> **9010 E. Marginal Way South, Suite 200** <br> **Seattle, WA  98108** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Emeregency Drug Testing, LLC** <br> **2708-2nd Ave, Sutie A** <br> **Lake Charles, LA  70601** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Emergency Plumbing** <br> **16825 W. Baseline Rd.** <br> **Little Rock, AR  72210** | | | | | | | 0.00 |
| ACCOUNT NO. **4582** <br> **eMeritus Communication** <br> **P.O.Box 78228** <br> **Phoenix, AZ  85062-8228** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Empire Concrete Pumping, Inc.** | | | | | | | 0.00 |
| ACCOUNT NO. **4795** <br> **Empire District Electric** <br> **PO Box 219239** <br> **Kansas City, MO  64121-9239** | | | | | | | 0.00 |
| ACCOUNT NO. **6463** <br> **Empire Oil** <br> **2758 S. Riverside Ave.** <br> **Bloomington, CA  92316-3248** | | | | | | | 0.00 |

Sheet no. ____**171**____ of ____**566**____ continuation sheets attached to                              Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims              (Total of this page)  $

                                                         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
 Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5360** <br><br> **Empire Oil** <br> **2756 So. Riverside Ave.** <br> **Bloomington, CA  92316-3248** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Empire Rubber & Supply** <br> **PO Box 14950** <br> **Portland, OR  97293-0950** | | | | | | | 0.00 |
| ACCOUNT NO. **1008** <br><br> **Empire Southwest** <br> **PO Box 29879** <br> **Phoenix, AZ  85038-9879** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Employee Screening Services** <br> **2055 S. Stewart Ave. STE A** <br> **Springfield, MO  65804** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Employers Compensation Ins. Co.** <br> **P.O. Box 70015** <br> **Boise, ID  83707** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **EMS Construction** <br> **3160 Scott St.** <br> **Vista, CA  92081** | | | | | | | 0.00 |
| ACCOUNT NO. **UB01** <br><br> **Encore Metals (USA), Inc.** <br> **File 57357** <br> **Los Angeles, CA  90074-7357** | | | | | | | 0.00 |

Sheet no. ___**172**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
_____                                              
            Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **B010** <br><br>**Engineered Products** <br>**18271 Andover Park West** <br>**Seattle, WA  98188** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Englewood Wrestling** | | | | | | | 0.00 |
| ACCOUNT NO. **0900** <br><br>**Enid Mack Sales Inc.** <br>**P.O.Box 5009** <br>**Enid, OK  73702** | | | | | | | 470.55 |
| ACCOUNT NO. **7163** <br><br>**Entergy** <br>**PO Box 8104** <br>**Baton Rouge, LA  70891-8104** | | | | | | | 0.00 |
| ACCOUNT NO. **3820** <br><br>**Entergy** <br>**PO Box 8104** <br>**Baton Rouge, LA  70891-8104** | | | | | | | 0.00 |
| ACCOUNT NO. **6391** <br><br>**Entergy Arkansas, Inc.** <br>**PO Box 8101** <br>**Baton Rouge, LA  70891-8101** | | | | | | | 0.00 |
| ACCOUNT NO. **4726** <br><br>**Enterprise Fleet Mgmt** <br>**P.O.Box 4838** <br>**Englewood, CO  80155** | | | | | | | 0.00 |

Sheet no. ___**173**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **470.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $    _____

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                     Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Enterprise Rent-A-Car**<br>**4210 S. Congress Ave.**<br>**Austin, TX  78745** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Enterprise Vehicle Exchange**<br>**7201 South Fulton Street**<br>**Englewood, CO  80112** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Enumclaw Radiologists, PLLC**<br>**C/O River Oaks Billing Service**<br>**8642 Amber Oaks Ct**<br>**Fair Oaks, CA  95628-2978** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Enumclaw Regional Hospital**<br>**Dept #1042**<br>**PO Box 34936**<br>**Seattle, WA  98124-1936** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Enviro-Systems**<br>**1869 South Cobb Industrial Blvd Ste 30**<br>**Smyrna, GA  30082** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Envirograghics**<br>**21825 88th Place South**<br>**Kent, WA  98031** | | | | | | | 0.00 |
| ACCOUNT NO. **1140** <br><br>**Enviromet**<br>**P.O.Box 907**<br>**Vancouver, WA  98666** | | | | | | | 0.00 |

Sheet no. ___**174**___ of ___**566**___ continuation sheets attached to                           Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims            (Total of this page)    $

                                                              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                              Debtor(s)                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5160** <br><br> **Enviromet** <br> **P.O.Box 907** <br> **Vancouver, WA  98666** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Environmental Plus** <br> **Pressure Washing** <br> **1050 E Ray Rd Ste A5-117** <br> **Chandler, AZ  85225-1774** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Environmental Washout Systems** <br> **P.O.Box 2340** <br> **Sun City, CA  92586** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Epic Industrial Services Inc** <br> **17719 Pacific Ave. South** <br> **Spanaway, WA  98387** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Eppler Towing** <br> **5748 Avenue 7 1/2** <br> **Firebaugh, CA  93622** | | | | | | | 0.00 |
| ACCOUNT NO. **5909** <br><br> **Equipment Data Assc.** <br> **1509 Orchard Lake Dr., Suite E** <br> **Charlotte, NC  28270-1496** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Equipment SouthWest,Inc** <br> **P.O.Box 170565** <br> **Irving, TX  75017-0565** | | | | | | | 0.00 |

Sheet no. ___**175**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                                      Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Equipment Unlimited Supply, Inc.**<br>**18108 45th Street East**<br>**Bonney Lake, WA  98391** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Erickson Maintenance & Washing Serv., LL**<br>**7662 S. Brentwood Ct.**<br>**Littleton, CO  80128** | | | | | | | **0.00** |
| ACCOUNT NO. **1223**<br>**Ernie's Cardlock, LLC**<br>**28727 Pacific Hwy So.**<br>**Federal Way, WA  98003** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Escondido Metal Supply**<br>**1630 West Mission Rd.**<br>**Escondido, CA  92029** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Escondido Sand&Gravel**<br>**500 N. Tulip St.**<br>**Escondido, CA  92025** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Escrow.com**<br>**wire** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Espinosa Building Partnership**<br>**PO Box 173**<br>**Lander, WY  82520** | | | | | | | **0.00** |

Sheet no. ___**176**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal
                 (Total of this page)  $

                                       Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                       Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1178** | | | | | | | |
| **Essential Safety Product** **939 East 62nd Avenue** **Denver, CO 80216** | | | | | | | **301.22** |
| ACCOUNT NO. | | | | | | | |
| **Esser Twin Pipes** **1733 90th Street** **Sturtevant, WI 53177** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **eTaylor Wireless** **13351d Riverside Dr. #327** **Sherman Oaks, CA 91423** | | | | | | | **0.00** |
| ACCOUNT NO. **9691** | | | | | | | |
| **Etex Telephone** **PO Box 130** **Gilmer, TX 75644-0130** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Etivista Concrete** **8657 Pecan Ave #110** **Rancho Cucamonga, CA 91739** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Etna,Wyoming Water** **Sewer District** **PO Box 5031** **Etna, WY 83118-0031** | | | | | | | **32.00** |
| ACCOUNT NO. **1022** | | | | | | | |
| **Etowah Chemical** **P.O. Box 4416** **Gadsden, AL 35904** | | | | | | | **0.00** |

Sheet no. ____**177**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     **333.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1687** <br><br> **Eugene Water & Electric Board** <br> **500 East 4th Avenue** <br> **PO Box 10148** <br> **Eugene, OR  97440-2148** | | | | | | | 0.00 |
| ACCOUNT NO. **8949** <br><br> **Eureka Water Co-Ozarka Water & Coffee** <br> **P.O.  Box 26730** <br> **Oklahoma City, OK  73126-0730** | | | | | | | 0.00 |
| ACCOUNT NO. **0064** <br><br> **Evans Enterprises Inc.- Tulsa** <br> **2002 Southwest Blvd.** <br> **Tulsa, OK  74107** | | | | | | | 0.00 |
| ACCOUNT NO. **dage** <br><br> **Evans Equipment & Environmental, Inc.** <br> **P.O. Box 130** <br> **Broussard, LA  70518** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Evco House of Hose** <br> **PO Box 65468** <br> **Salt Lake City, UT  84165** | | | | | | | 46.49 |
| ACCOUNT NO. **C015** <br><br> **Evergreen Oil Inc.** <br> **P.O. Box 30517** <br> **Los Angeles, CA  90030-0517** | | | | | | | 0.00 |
| ACCOUNT NO. **PU03** <br><br> **Evergreen Oil Inc.** <br> **PO Box 30517** <br> **Los Angeles, CA  90030-0517** | | | | | | | 0.00 |

Sheet no. ___**178**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        $        46.49

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Everson's Econo-Vac, Inc.**<br>P.O.Box 428<br>Sumner, WA  98390 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ewing Bros**<br>1200 N. A Street<br>Las Vegas, NV | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Excel Landscaping & Lawns, Inc.**<br>1100 Broadmoor Dr.<br>Bryan, TX  77802 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Exclusive Paint & Body**<br>819 E. Curry Rd.<br>Tempe, AZ  85281 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Executive Suites/Workplace Logic LLC**<br>615 Baker St.<br>Tacoma, WA  98402 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Exempla Healthcare**<br>Lutheran Medical Center<br>Dept 9107<br>Denver, CO  80281-9107 | | | | | | | 0.00 |
| ACCOUNT NO. **6825**<br>**Exeter Mercantile Co.**<br>258 East Pine<br>PO Box 67<br>Exeter, CA  93221-0067 | | | | | | | 0.00 |

Sheet no. ___**179**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____

<div align="center">Debtor(s)               (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Exeter Truck & Auto Glass**<br>**20596 Ave 260**<br>**Exeter, CA 93221** | | | | | | | **0.00** |
| ACCOUNT NO. **0091**<br>**Exide Technologies**<br>**PO Box 933479**<br>**Atlanta, GA 31193-3479** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Express Companies Inc.**<br>**PO Box 26423**<br>**Eugene, OR 97402** | | | | | | | **0.00** |
| ACCOUNT NO. **8010**<br>**Express Construction**<br>**7141 Dexter Rd.**<br>**Downers Grove, IL 60516-3710** | | | | | | | **0.00** |
| ACCOUNT NO. **8010**<br>**Express Hose & Fittings**<br>**3843 E LaSalle St.**<br>**Phoenix, AZ 85040** | | | | | | | **0.00** |
| ACCOUNT NO. **2177**<br>**Express Mail - EMCA Deposits**<br>**Expedited Services of**<br>**PO Box 81420**<br>**Seattle, WA 98108-1320** | | | | | | | **0.00** |
| ACCOUNT NO. **5017**<br>**Express One-Seattle-**<br>**P.O. Box 900070**<br>**Sandy, UT 84090** | | | | | | | **0.00** |

Sheet no. ___**180**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                        Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Exterior Walls Systems, Inc.** <br> **16043 11th Ave. NE** <br> **Seattle, WA  98155** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Extreme Concrete Pumping** <br> **3701 Newton St.** <br> **Corona, CA  92881-4837** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Extreme Concrete Pumping** <br> **20475 E. Rancho Los Cerritos Rd.** <br> **Covina, CA  91724** | | | | | | | 0.00 |
| ACCOUNT NO. **5460** <br> **ExxonMobil Fleet/GECC** <br> **PO Box 530988** <br> **Atlanta, GA  30353-0988** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ezra Project The** <br> **1399 S. Havana Street Ste 201-E** <br> **Aurora, CO  80012** | | | | | | | 0.00 |
| ACCOUNT NO. **7202** <br> **F.W.Dodge/McGraw** <br> **7625 Collection Center Dr.** <br> **Chicago, IL  60693-0076** | | | | | | | 0.00 |
| ACCOUNT NO. **1943** <br> **Fabco Automotive Corp.** <br> **1714 Momentum Pl.** <br> **Chicago, IL  60689-5311** | | | | | | | 0.00 |

Sheet no. ___**181**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____

_____Debtor(s)_____                     _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4666** <br><br> **Fabick Southwest Co.** <br> **2222 E. Kearney St.** <br> **Springfield, MO  65803-4944** | | | | | | | 0.00 |
| ACCOUNT NO. **1239** <br><br> **Factory Motor Parts Co.** <br> **PO Box 1450** <br> **Minneapolis, MN  55485-5544** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Fair Harbor Capital LLC** <br> **1841 Broadway Suite 1007** <br> **New York, NY  10023** | | | | | | | 0.00 |
| ACCOUNT NO. **0863** <br><br> **Fairbanks Scales Inc.** <br> **P.O. Box 802796** <br> **Kansas City, MO  64180-2796** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Fairview Electric** <br> **P.O.Box 10170** <br> **San Antonio, TX  78210** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Falcon Steel** <br> **PO Box 4351** <br> **Springfield, MO  65808** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Family Care & Urgent Medical Clinic** <br> **Billing Office** <br> **4421 NE St Johns Rd Ste F** <br> **Vancouver, WA  98661-2573** | | | | | | | 0.00 |

Sheet no. ___**182**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                  Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Family Medicine Center**<br>**P.O.Box 843216**<br>**Boston, MA  02284-3216** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Family Support Payment Center**<br>**Missouri DCSE Office**<br>**PO Box 109001**<br>**Jefferson City, MO  65110-9001** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Family Support Registry - CO**<br>**Post Office Box 2171**<br>**Denver, CO  80201-2171** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Farley's Imports**<br>**1351 East Yellowstone**<br>**Casper, WY  82601** | | | | | | | 0.00 |
| ACCOUNT NO. **1799**<br><br>**Farm Plan**<br>**P.O. Box 4450**<br>**Carol Stream, IL  60197-4450** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Farmers Co-Op Assoc**<br>**PO Box 390**<br>**Forest City, IA  50436** | | | | | | | 0.00 |
| ACCOUNT NO. **5949**<br><br>**Farmers Co-Operative Assoc.**<br>**PO Box 868**<br>**Talmage, KS  67482** | | | | | | | 0.00 |

Sheet no. ___**183**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                   Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Farmers Coop Elevator Co.** **PO Box 6** **1 S Nickerson St** **Nickerson, KS  67561-9329** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Farney's Distributing** **280 Cain Drive** **Haysville, KS  67060** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Farrington Truck Towing & Recovery** **1001 S.W. 3rd St.** **Oklahoma City, OK  73109** | | | | | | | 583.20 |
| ACCOUNT NO. | | | | | | | |
| **Farwest Corrosion Control Co.** **1480 W. Artesia Blvd** **Gardena, CA  90248-3215** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Farwest Freight** **P.O. Box 24403** **Seattle, WA  98124-0403** | | | | | | | 0.00 |
| ACCOUNT NO. **1234** | | | | | | | |
| **Farwest Steel** **PO Box 1026** **Eugene, OR  97440** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Fast Gas** **PO Box 906** **Salem, UT  84653** | | | | | | | 0.00 |

Sheet no. __184__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 583.20

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **BR06** <br> **Fast Glass** <br> **P.O. Box 3989** <br> **Sparks, NV  89432** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Fastenal Co.** <br> **PO Box 1286** <br> **Winona, MN  55987-1286** | | | | | | | 455.57 |
| ACCOUNT NO. <br> **Fastenal Co.** <br> **PO Box 978** <br> **Winona, MN  55987-0978** | | | | | | | 538.78 |
| ACCOUNT NO. <br> **Fasteners Inc. - Las Vegas** <br> **PO Box 978** <br> **Winona, MN  55987-0978** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Fasteners Southern Supply-Las Vegas** <br> **PO Box 80536** <br> **Las Vegas, NV  89180-0536** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Fastline Concrete Pumping** <br> **803 Valley Rd.** <br> **Arroyo Grande, CA  93420** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **FC Background** <br> **12750 Merit Dr.Suite 1215** <br> **Dallas, TX  75251** | | | | | | | 0.00 |

Sheet no. ___**185**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    994.35

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                           Case No. _____
_____
           Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **FCC Equipment Financing** **Cont No. 0007340-001** **P.O. Box 905010** **Charlotte, NC  28290-5010** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **FCI Multi-Family Builders** **9821 Katy Fwy #900** **Houston, TX  77024-1212** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Fed-Excavation** **P.O.Box 551** **Mercer Island, WA  98040** | | | | | | | **0.00** |
| ACCOUNT NO. **4706** | | | | | | | |
| **Federal Express** **PO Box 94515** **Dept A** **Palatine, IL  60094-4515** | | | | | | | **0.00** |
| ACCOUNT NO. **3279** | | | | | | | |
| **FedEx Freight** **Dept LA** **PO Box 21415** **Pasadena, CA  91185-1415** | | | | | | | **0.00** |
| ACCOUNT NO. **1539** | | | | | | | |
| **FEI - Seattle WW** **P.O.Box 802806** **Chicago, IL  60680-2806** | | | | | | | **0.00** |
| ACCOUNT NO. **3007** | | | | | | | |
| **FEI Seattle** **P.O.Box 802806** **Chicago, IL  60680-2806** | | | | | | | **0.00** |

Sheet no. ____**186**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1667**<br>**Feist Yellow Book**<br>**316 Main St.**<br>**Spearville, KS  67876** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Fencing Specialists Inc.**<br>**4500 Walnut Road, Sutie A**<br>**North Las Vegas, NV  89081** | | | | | | | **0.00** |
| ACCOUNT NO. **6438**<br>**Ferguson Enterprises**<br>**PO Box 802806**<br>**Chicago, IL  60680-2806** | | | | | | | **0.00** |
| ACCOUNT NO. **6993**<br>**Ferguson Enterprises**<br>**FEI-Everett #3023**<br>**PO Box 802806**<br>**Chicago, IL  60680-2806** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Ferguson, Jeff**<br>**(Expenses)** | | | | | | | **0.00** |
| ACCOUNT NO. **7553**<br>**Ferrell-Duncan Clinic**<br>**P.O. Box 9007**<br>**Springfield, MO  65808-9007** | | | | | | | **0.00** |
| ACCOUNT NO. **6264**<br>**Ferrellgas**<br>**P.O.Box 173940**<br>**Denver,    80217-3940** | | | | | | | **0.00** |

Sheet no. __**187**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                        Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6186** <br> **Ferrellgas** <br> **P.O. Box 173940** <br> **Denver, CO  80217-3940** | | | | | | | 0.00 |
| ACCOUNT NO. **0286** <br> **Ferrellgas** <br> **P.O. Box 173940** <br> **Denver, CO  80217-3940** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ferris Communications** <br> **1295 Linda Vista Drive** <br> **San Marcos, CA  92078-3831** | | | | | | | 0.00 |
| ACCOUNT NO. **6018** <br> **Fifth Third Bank** <br> **P.O. Box 630756** <br> **Cincinnati, OH  45263-0756** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Filter Products Corp.** <br> **2155 N. Forbes Blvd.** <br> **Suite 101** <br> **Tucson, AZ  85745** | | | | | | | 129.06 |
| ACCOUNT NO. **6821** <br> **Filterfresh** <br> **9243 10th Ave. South** <br> **Seattle, WA  98108** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Fine Line Concrete** <br> **P.O.Box 7951** <br> **Riverside, CA  92513** | | | | | | | 0.00 |

Sheet no. ___**188**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **129.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                    Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Finesse Personnel / WC Barlow**<br>**PO Box 54083**<br>**Irvine, CA  92619-4083** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Finishmaster Automotive &**<br>**Industrial Paint**<br>**2332 N Stone Ave**<br>**Tucson, AZ  85705-5651** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Finn Madden LLC**<br>**1000 SW 34th St. Ste D**<br>**Renton, WA  98055** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Finnestad, Ross**<br>**(Petty Cash)** | | | | | | | 410.73 |
| ACCOUNT NO. | | | | | | | |
| **Fire & Safety Pro**<br>**5841 E.Charleston #230-268**<br>**Las Vegas, NV  89142** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Fire Extinguisher Co.Inc.**<br>**P.O. Box 1165**<br>**Meridian, ID  83680** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Fire Extinguisher Service Center**<br>**P.O.Box 1391**<br>**Beaverton, OR  97075-1391** | | | | | | | 0.00 |

Sheet no. __189__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 410.73

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
         Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7691**<br>**Firebird Fuel**<br>**PO Box 52400**<br>**Phoenix, AZ 85072-2400** | | | | | | | 0.00 |
| ACCOUNT NO. **7923**<br>**Firebird Fuel**<br>**PO Box 52400**<br>**Phoenix, AZ 85072-2400** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Fireman's Fund Insurance**<br>**Dept. CH 10284**<br>**Palatine, IL 60055** | | | | | | | 40,450.50 |
| ACCOUNT NO.<br>**Firestone Complete Auto Care**<br>**221 S. Rangeline Rd.**<br>**Joplin, MO 64801** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Aid Express**<br>**P.O.Box 6560**<br>**Oklahoma City, OK 73153** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First American Title Company**<br>**Las Vegas, NV** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**First Colony Life Ins**<br>**P.O. Box 79314**<br>**Baltimore, MD 21279-0314** | | | | | | | 0.00 |

Sheet no. __**190**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 40,450.50

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **First Publications Inc.** <br> P.O. Box 151 <br> Albertson, NY  11507-0151 | | | | | | | 0.00 |
| ACCOUNT NO. **7720** <br> **Fisheries Supply** <br> 1900 N. Northlake Way <br> Seattle, WA  98103 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Five Rivers** <br> 1331 Baltimore St. <br> Longview, WA  98632 | | | | | | | 0.00 |
| ACCOUNT NO. **1800** <br> **Five Star Gas & Gear** <br> PO Box 2069 <br> Whittier, CA  90610-2069 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Fix-It-Shop (The)** <br> 500 SW Court <br> Pendleton, OR  97801 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Flamespray Northwest** <br> 250 South Chicago <br> Seattle, WA  98108 | | | | | | | 0.00 |
| ACCOUNT NO. **UN01** <br> **Fleenor'sTire Service** <br> 14318 E Marshal <br> Tulsa, OK  74116 | | | | | | | 0.00 |

Sheet no. ___**191**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Fleet Auto Electric, Inc.<br>624 Cordell Dr.<br>Atlanta, GA  30349 | | | | | | | 0.00 |
| ACCOUNT NO. 8384 | | | | | | | |
| Fleet Card Fuels<br>PO Box 81685<br>Bakersfield, CA  93380-1685 | | | | | | | 0.00 |
| ACCOUNT NO. 3304 | | | | | | | |
| Fleet Express<br>PO Box 1287<br>2002 Scott Blvd<br>Temple, TX  76504-6900 | | | | | | | 0.00 |
| ACCOUNT NO. U001 | | | | | | | |
| Fleet Fueling Management<br>227 McCarty Dr.<br>Houston, TX  77029 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Fleet Glass<br>PO Box 3868<br>Rancho Cucamonga, CA  91729 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Fleet Metal Box Corp .<br>2101 W. Key Street<br>Colton, CA  92324-6523 | | | | | | | 0.00 |
| ACCOUNT NO. 1556 | | | | | | | |
| Fleet Services<br>PO Box 6293<br>Carol Stream, IL  60197-6293 | | | | | | | 0.00 |

Sheet no. ___192___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                          Debtor(s)                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1575** <br> **Fleetmaster Fleet Fueling** <br> **P.O.Box 6293** <br> **Carol Stream, IL  60197-6293** | | | | | | | **0.00** |
| ACCOUNT NO. **1904** <br> **FleetPride** <br> **P.O.Box 847118** <br> **Dallas, TX  75284-7118** | | | | | | | **689.50** |
| ACCOUNT NO. **90T** <br> **Fleetwash, Inc.** <br> **PO Box 36014** <br> **Newark, NJ  07188-6014** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Fleming Building** <br> **P.O.Box 470468** <br> **Tulsa, OK  74147-0468** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Fleming Concrete Pumping Inc.** <br> **PO Box 10221** <br> **Santa Ana, CA  92711** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Flintco** <br> **P.O.Box 490** <br> **Tulsa, OK  74101-0490** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Flores Construction** <br> **4312 Thom Blvd.** <br> **Las Vegas, NV  89130** | | | | | | | **0.00** |

Sheet no. ___**193**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **689.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0546** <br> **Flowing Wells Irrig.** <br> **3901 N. Fairview Avenue** <br> **Tucson, AZ 85705-2699** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Fluid Air** <br> **2372 Chiswood** <br> **Memphis, TN 38134** | | | | | | | 0.00 |
| ACCOUNT NO. **1695** <br> **Fluid Connector Products** <br> **P.O.Box 10308** <br> **Portland, OR 97296-0308** | | | | | | | 78.09 |
| ACCOUNT NO. <br> **FluidTech LLC** <br> **PO Box 951259** <br> **Dallas, TX 75395-1259** | | | | | | | 0.00 |
| ACCOUNT NO. **0086** <br> **Flying J** <br> **P.O. Box 25244** <br> **Salt Lake City, UT 84125-0244** | | | | | | | 0.00 |
| ACCOUNT NO. **782** <br> **FMI Truck Sales & Service** <br> **8305 NE Martn Lthr Kng Jr Blvd** <br> **Portland, OR 97211** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Foam Products of San Antonio, Inc.** <br> **1119 N Mesquite** <br> **San Antonio, TX 78202** | | | | | | | 0.00 |

Sheet no. ___**194** of ___**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 78.09

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
 _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2397** <br><br> **Foley Equipment Co.** <br> **1550 S. West Street** <br> **Wichita, KS  67213-1638** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Fontaine Truck Equipment Co.** <br> **P.O.Box 30025** <br> **Omaha, NE  68103-1125** | | | | | | | 0.00 |
| ACCOUNT NO.  **116** <br><br> **Food-Gas-Go** <br> **13430 East Highway 20** <br> **Clearlake Oaks, CA  95423** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Foote Homes** <br> **P.O.Box 542** <br> **American Fork, UT  84003** | | | | | | | 0.00 |
| ACCOUNT NO. **9104** <br><br> **Ford Credit** <br> **PO Box 7172** <br> **Pasadena, CA  91109-7172** | | | | | | | 0.00 |
| ACCOUNT NO. **6320** <br><br> **Ford Credit** <br> **PO Box 790119** <br> **Saint Louis, MO  63179-0119** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Forepoint** <br> **12360 Lake City Way NE Suite 460** <br> **Seattle, WA  98125** | | | | | | | 1,600.00 |

Sheet no. ___**195**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 1,600.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Forest Park Sheet Metal Works, Inc.**<br>**P.O. Box 652**<br>**Forest Park, GA  30298** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Forrest Paint Co.**<br>**PO Box 22110**<br>**Eugene, OR  97402** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Foss & Son**<br>**PO Box 1500**<br>**Ocean Shores, WA  98569** | | | | | | | **0.00** |
| ACCOUNT NO. **6707**<br>**Foster & Company, Inc.**<br>**15 Wing Drive**<br>**Cedar Knolls, NJ  07927** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Foth Infrastructure and Environment, LLC**<br>**PO Box 3090**<br>**Dept. #5219**<br>**Milwaukee, WI  53201-3090** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Foundation Specialist**<br>**3922 112th St. E.**<br>**Tacoma, WA  98446** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Fountain Head** | | | | | | | **0.00** |

Sheet no. ____**196**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                    Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Four Seasons Services <br> 4160 Ingalls Ct. <br> Wheat Ridge, CO  80033 | | | | | | | <br><br><br>0.00 |
| ACCOUNT NO. <br><br> Four States Emergency Physician <br> PO Box 13587 <br> Philadelphia, PA  19101-3587 | | | | | | | <br><br><br>0.00 |
| ACCOUNT NO. **6187** <br><br> Fox Rental <br> P.O.Box 1956 <br> Grapevine, TX  76099-1956 | | | | | | | <br><br><br>0.00 |
| ACCOUNT NO. <br><br> Foxx Pest Control <br> PO Box 141 <br> Lees Summit, MO  64063 | | | | | | | <br><br><br>0.00 |
| ACCOUNT NO. <br><br> Franciscan Health Systems <br> Dept 217 <br> PO Box 34935 <br> Seattle, WA  98124-1935 | | | | | | | <br><br><br>0.00 |
| ACCOUNT NO. <br><br> Frank Fletcher Chevrolet <br> 1159 N 45th St <br> Springdale, AR  72762-0878 | | | | | | | <br><br><br>0.00 |
| ACCOUNT NO. **0170** <br><br> Frank Parra Chevrolet <br> 1000 East Airport Freeway <br> Irving, TX  75062 | | | | | | | <br><br><br>429.07 |

Sheet no. __197__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **429.07**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
<div style="text-align:center">Debtor(s)                                                                              (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Franklin County Engineer**<br>**1341 Olive Avenue**<br>**PO Box 118**<br>**Hampton, IA  50441-0118** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Franklin Pacific**<br>**2621 Thorndike Ave. W**<br>**Seattle, WA  98109** | | | | | | | 0.00 |
| ACCOUNT NO. **9921**<br>**Franklin Truck Parts Inc.**<br>**6925 Bandini Blvd.**<br>**Los Angeles, CA  90040-3329** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Fred Arbanas Inc.**<br>**PO Box 880**<br>**Grandview, MO  64030** | | | | | | | 0.00 |
| ACCOUNT NO. **2528**<br>**Fred Hill Materials**<br>**PO Box 6**<br>**Poulsbo, WA  98370** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Fred L. Ramey P.A.**<br>**300 No. 6th St. Suite 102**<br>**Boise, ID  83702** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Free Lance Investigations & Process Serv**<br>**P.O.Box 1948**<br>**Hillsboro, OR  97123** | | | | | | | 0.00 |

Sheet no. ___**198**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page) $ _____</div>

<div style="text-align:right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $ _____</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Freedom Chevrolet** **13483 IH 10W** **San Antonio, TX  78249** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Freeman Health System** **1102 West 32nd St.** **Joplin, MO  64804** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Freeman Neosho Hospital** **113 West Hickory** **Neosho, MO  64850** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Frehner Bearing Supply Inc.** **389 N. Industrial Rd.#10** **Saint George, UT  84770** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Freight Systems Inc.** **330 Midstate Plaza** **North Little Rock, AR  72117** | | | | | | | **0.00** |
| ACCOUNT NO. **0708** | | | | | | | |
| **Freightliner of San Antonio** **8700 IH 10 East Bldg. #1** **Converse, TX  78109** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Freightliner-Sterling/Western Star** **9600 W. Roosevelt St.** **Tolleson, AZ  85353** | | | | | | | **0.00** |

Sheet no. ___**199**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                  Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Fresno AG Hardware** <br> **4590 N. First Street** <br> **Fresno, CA  93726-2327** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Fresno Oxygen & Welding SP** <br> **PO Box 1666** <br> **Fresno, CA  93717** | | | | | | | 0.00 |
| ACCOUNT NO. **6629** <br> **Fresno Wire Rope Inc.** <br> **2360 S. East Ave.** <br> **Fresno, CA  93721-3424** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Friction Products Brake Rebuil** <br> **7605 E. 11th St.** <br> **Tulsa, OK  74112-5719** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Friendly Chevrolet** <br> **2754 N. Stemmons Fwy.** <br> **Dallas, TX  75207-2213** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Friendly National Parts Center** <br> **PO Box 7066** <br> **Dallas, TX  75207** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Fritz-Pak Corp-Buda** <br> **4821 Eastover Circle** <br> **Mesquite, TX  75149** | | | | | | | 460.87 |

Sheet no. ___**200**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **460.87**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                          Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Fritz-Pak Corp.**<br>**4821 Eastover Circle**<br>**Mesquite, TX  75149** | | | | | | | **2,000.71** |
| ACCOUNT NO. **8075**<br>**Frontier**<br>**P.O.Box 20550**<br>**Rochester, NY  14602-0550** | | | | | | | **0.00** |
| ACCOUNT NO. **5015**<br>**Frontier**<br>**PO Box 79146**<br>**Phoenix, AZ  85062-9146** | | | | | | | **0.00** |
| ACCOUNT NO. **1075**<br>**Frontier**<br>**PO Box 20550**<br>**Rochester, NY  14602-0550** | | | | | | | **0.00** |
| ACCOUNT NO. **7520**<br>**Frontier Business Prod.**<br>**700 W. 48th Avenue Unit A**<br>**Denver, CO  80216-0519** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Frontier Construction Supply**<br>**Concrete Pumping LLC**<br>**4706 112th St E**<br>**Tacoma, WA  98446-5108** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Frontier Septic Service, Inc.**<br>**27304 151st Street, Court E**<br>**Buckley, WA  98321** | | | | | | | **0.00** |

Sheet no. ___**201**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **2,000.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                  Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6471** <br><br> **Frosty's Water Service** <br> **1650 F.M. 981** <br> **Leonard, TX  75452** | | | | | | | **27.15** |
| ACCOUNT NO. **1270** <br><br> **Fuel Masters LLC** <br> **PO Box 90** <br> **Abilene, TX  79604-0090** | | | | | | | **0.00** |
| ACCOUNT NO. **1697** <br><br> **Fuelman** <br> **PO Box 105080** <br> **Atlanta, GA  30348-5080** | | | | | | | **0.00** |
| ACCOUNT NO. **5096** <br><br> **Fullers White Mountain Motors** <br> **P.O. Box 1780** <br> **Show Low, AZ  85902** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Fullmer Concrete** <br> **1725 South Grove Ave.** <br> **Ontario, CA  91764** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Fusion 90 / Midwest City Soccer Club** <br> **PO Box 30586** <br> **Oklahoma City, OK  73140** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Future Foam Inc.** <br> **P.O.Box 1017** <br> **Omaha, NE  68101-1017** | | | | | | | **2,109.24** |

Sheet no. ____**202**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ | **2,136.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **UPUM** <br><br> **Fuzzell's Bus Equip.** <br> **Fuzzell's Business Equipment** <br> **PO Box 22837** <br> **Warr Acres, OK 73123-1837** | | | | | | | 0.00 |
| ACCOUNT NO. **0149** <br><br> **FVMCO Truck Parts** <br> **P.O.Box 247** <br> **Independence, OR 97351** | | | | | | | 0.00 |
| ACCOUNT NO. **3000** <br><br> **G & H and Joplin Redi Mix** <br> **PO Box 971** <br> **Joplin, MO 64802-0971** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **G E Capital** <br> **Acct# 4137742-013** <br> **PO Box 640387** <br> **Pittsburgh, PA 15264-0387** | | | | | | | 0.00 |
| ACCOUNT NO. **5956** <br><br> **G Finance Holding Corp.** <br> **P.O.Box 828169** <br> **Philadelphia, PA 19812-8169** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **G&B Redi-Mix** <br> **6701 E. Flamingo Ave.** <br> **Nampa, ID 83687** | | | | | | | 0.00 |
| ACCOUNT NO. **2701** <br><br> **G&K Service** <br> **4804 West Roosevelt** <br> **Phoenix, AZ 85043-0000** | | | | | | | 0.00 |

Sheet no. ____**203** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7797** <br><br> **G&K Service** <br> **5100 Race Court** <br> **Denver, CO  80216-2135** | | | | | | | 0.00 |
| ACCOUNT NO. **7969** <br><br> **G&K Service** <br> **P.O. Box  2131** <br> **Coppell,    75019-8131** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **G&S Machine Inc.** <br> **3708 Cherry Ave. NE** <br> **Salem, OR  97303** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **G-Town Concrete & Pumping Services Ltd.** <br> **7501 Spring Meadow Lane** <br> **Garland, TX  75044** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **G. D.'s Specialties LLC** <br> **General Contractor** <br> **5900 Signal Ave NE** <br> **Albuquerque, NM  87113-1905** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **G. H. Moen, LLC** <br> **516 S. 5th Avenue** <br> **Yakima, WA  98902** | | | | | | | 0.00 |
| ACCOUNT NO. **0004** <br><br> **G.I. Trucking Co.** <br> **P.O. Box 609** <br> **La Mirada, CA  90637-069** | | | | | | | 0.00 |

Sheet no. _____**204** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **G.P. Construction Services** <br> **1335 E Smiley Lane** <br> **Columbia, MO  65202** | | | | | | | 0.00 |
| ACCOUNT NO. **1355** <br> **G.P. Resources Inc.** <br> **PO Box 31001-1235** <br> **Pasadena, CA  91110-1235** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **G.R. Construction Co.** <br> **3560 Stagecoach Rd. N. Unit A** <br> **Longmont, CO  80504** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Gabel, Cook & Associates, Inc.** <br> **125 West La Cadena Dr., Suite A** <br> **Riverside, CA  92501** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Galaxy Foam & Upholstery Supplies** <br> **10 E. Charleston Bl.** <br> **Las Vegas, NV  89104** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Galetti Concrete Pumping** <br> **55 Howe Road** <br> **Martinez, CA  94553** | | | | | | | 0.00 |
| ACCOUNT NO. **5824** <br> **Gallegos Sanitation Inc.** <br> **PO Box 1986** <br> **Fort Collins, CO  80522** | | | | | | | 0.00 |

Sheet no. _____**205**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
         Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Galvan & Brown** **2995 Van Buren** **A-13 Pmb 433** **Riverside, CA  92503** | | | | | | | 0.00 |
| ACCOUNT NO. **Galvanizers Company** **2406 N.W. 30th Ave.** **Portland, OR  97210** | | | | | | | 0.00 |
| ACCOUNT NO. **Gana Steel** **1568 E. Grand Ave.** **Pomona, CA  91766** | | | | | | | 0.00 |
| ACCOUNT NO. **Gar Laboratories** **1844 Massachusetts Ave.** **Riverside, CA  92507** | | | | | | | 0.00 |
| ACCOUNT NO. **GARD Specialists Co., Inc.** **P.O.Box 157** **621 State Highway 17 S** **Eagle River, WI  54521-9353** | | | | | | | 0.00 |
| ACCOUNT NO. **Garney Holding Co.** **1333 NW Vivion Rd.** **Kansas City, MO  64118** | | | | | | | 0.00 |
| ACCOUNT NO. **Garrett Thiessen Const.** **545 Andrea Circle** **Paso Robles, CA  93446** | | | | | | | 0.00 |

Sheet no. ___**206**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Garrison Law Office LLC<br>8015 Shawnee Mission Parkway, Suite 200<br>Mission, KS  66201 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Gartons Ready Mix<br>Box 286<br>Booker, TX  79005 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Gary Merlino Construction Co., Inc.<br>9125 10th Avenue South<br>Seattle, WA  98108 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Gary Stevens & Queen City Auto Rebuild<br>7502 159th Pl. NE<br>Redmond, WA  98052 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Gary's Bulldozing, LLC<br>PMB 337<br>1420 Marvin Rd NE Ste C<br>Lacey, WA  98516-3878 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Gary's Concrete Pumping<br>PO Box 756<br>Rancho Cucamonga, CA  91701 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Gary's Crane Service<br>P.O. Box 1603<br>Pueblo, CO  81002 | | | | | | | 0.00 |

Sheet no. ___**207**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc.                    Case No. _____
_____
                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gary's Service Station, Inc.**<br>**1091 North State**<br>**Orem, UT  84057** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Garza, Jon PE**<br>**8715 Woodland Ave. E**<br>**Puyallup, WA  98371** | | | | | | | 0.00 |
| ACCOUNT NO. **6979**<br>**GasPro Plus (ARCO)**<br>**P.O.Box 11407**<br>**Birmingham, AL  35246-0924** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Gators Motel**<br>**PO Box 490**<br>**Pine Bluffs, WY  82082** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Gaylon Pugh's Drivelines**<br>**PO Box 275**<br>**Lehi, UT  84043** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**GBS Motorsports**<br>**4665 West Ave M-12**<br>**Lancaster, CA  93536** | | | | | | | 0.00 |
| ACCOUNT NO. **4250**<br>**GCR Fort Worth Tire**<br>**3100 N. Freeway**<br>**Fort Worth, TX  76111** | | | | | | | 0.00 |

Sheet no. ___**208**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7650**<br>**GCR Irving Truck Tire**<br>**3034 E. Grauwyler**<br>**Irving, TX  75061** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**GCR Phoenix Truck**<br>**2815 N. 32nd Avenue**<br>**Phoenix, AZ  85009-1514** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**GCR Schertz Truck Tire Center**<br>**17051 IH 35 North**<br>**Schertz, TX  78154** | | | | | | | **0.00** |
| ACCOUNT NO. **4750**<br>**GCR Tulsa Truck Tire Center**<br>**1103 North 161st East Ave.**<br>**Tulsa, OK  74116** | | | | | | | **0.00** |
| ACCOUNT NO. **6001**<br>**GE Capital**<br>**P.O. Box 31001 0802**<br>**Pasadena, CA  91110-0802** | | | | | | | **0.00** |
| ACCOUNT NO. **4051**<br>**GE Capital Fleet Srv.**<br>**P.O. Box 100363**<br>**Atlanta, GA  30384-0363** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Gene Chambers, CCVS**<br>**P.O.Box 3272**<br>**Cordova, TN  38088** | | | | | | | **0.00** |

Sheet no. ____**209**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gene Darco Painting**<br>**10016 N. Calhoun**<br>**Portland, OR  97203** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Gene Harvey Chevrolet**<br>**221 S. 500 East**<br>**American Fork, UT  84003-2523** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Gene Hensley CO., Inc.**<br>**2212 E. 47th St South**<br>**Wichita, KS  67216** | | | | | | | 0.00 |
| ACCOUNT NO. **2001**<br>**General Electric Capital Corp**<br>**P.O. Box 640387**<br>**Pittsburgh, PA  15264-0387** | | | | | | | 0.00 |
| ACCOUNT NO. **2017**<br>**General Electric Capital Corporations**<br>**PO Box 642142**<br>**Pittsburgh, PA  15264-2142** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**General Industries**<br>**P.O.Box 13454**<br>**Spokane, WA  99213** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**General Mechanical**<br>**St.**<br>**Tacoma, WA  98409** | | | | | | | 0.00 |

Sheet no. ___**210**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**General Revenue Corp.** <br>**P.O. Box 429525** <br>**Cincinnati, OH  45242-9525** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**General Service Administration** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**General Steel Warehouse** <br>**P.O. Box 2037** <br>**Lubbock, TX  79408** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Generation Construction** <br>**202 Frontage Rd. N.** <br>**Pacific, WA  98047** | | | | | | | 0.00 |
| ACCOUNT NO. **990** <br><br>**Geneva Rock Products** <br>**P. O. Box 538** <br>**Orem, UT  84059-0538** | | | | | | | 2,028.32 |
| ACCOUNT NO. <br><br>**Genworth Life & Annuity Ins. Co.** <br>**P.O. Box 79314** <br>**Baltimore, MD  21279-0314** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Genworth Life & Annuity Insurance Co.** <br>**P.O.Box 10720** <br>**Lynchburg, VA  24506-0720** | | | | | | | 0.00 |

Sheet no. ___**211**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **2,028.32**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Geo. Heiser Body Co Inc.**<br>**11210 Tukwila International Bv**<br>**Seattle, WA  98168-1945** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**George Lay Signs Inc.**<br>**1016 N. Waco**<br>**Wichita, KS  67203-3999** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**George M. Medek Inc.**<br>**216  W. 36th Street**<br>**Garden City, ID  83714** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**George Shaw Const.**<br>**1601 Bellefontaine**<br>**Kansas City, MO** | | | | | | | 0.00 |
| ACCOUNT NO. **4019**<br>**Georgia Power**<br>**241 Ralph McGill Blvd.**<br>**Atlanta, GA  30308-3374** | | | | | | | 56.06 |
| ACCOUNT NO. **1417**<br>**Georgia Power Company**<br>**241 Ralph McGill Blvd.**<br>**Atlanta, GA  30308-3374** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Gerber Concrete Pumping, Inc.**<br>**2789 N. Galley St.**<br>**Orange, CA  92865** | | | | | | | 0.00 |

Sheet no. ___**212**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $        **56.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Gerlock Towing**<br>**7821 NE 33rd Dr.**<br>**Portland, OR  97211** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**German Perez & Holmes Tuttle**<br>**660 W. Auto Mall Dr.**<br>**Tucson, AZ  85705** | | | | | | | 0.00 |
| ACCOUNT NO. **ucon**<br><br>**Gerrish Bearing Co.**<br>**P.O.Box 2173**<br>**Tacoma, WA  98401** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Get it Done Trucking, Inc.**<br>**P.O. Box 2199**<br>**Chino Hills, CA  91709** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Giant Chevrolet-Cadillac**<br>**P.O. Box 2576**<br>**Visalia, CA  93279-2576** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Gibson Roofing**<br>**P.O.Box 1684**<br>**Clackamas, OR  97015** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Gila River Indian Community** | | | | | | | 0.00 |

Sheet no. ___**213**___ of ___**566**___ continuation sheets attached to                                     Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)  $

                                                                                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1834** <br><br> **Gilchrist Parts Center** <br> **P.O. Box 9616** <br> **Tacoma, WA  98409** | | | | | | | 0.00 |
| ACCOUNT NO. **6161** <br><br> **Ginder Hydraulic LC** <br> **1218 N. 9th** <br> **Salina, KS  67401** | | | | | | | 0.00 |
| ACCOUNT NO. **2000** <br><br> **Gitt's Spring Co.** <br> **P.O.Box 1497** <br> **Auburn, WA  98071-1497** | | | | | | | 0.00 |
| ACCOUNT NO. **8407** <br><br> **Glacier Northwest** <br> **PO Box 3601** <br> **Seattle, WA  98124-3601** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Gladwin Paint Co. - Austin Whs** <br> **8305 Springdale** <br> **Austin, TX  78724** | | | | | | | 0.00 |
| ACCOUNT NO. **0678** <br><br> **GlasPro Inc.** <br> **6395 E 56th Ave.** <br> **Commerce City, CO  80022** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Glass Magnum of Salem** <br> **PO Box 13432** <br> **Salem, OR  97309** | | | | | | | 0.00 |

Sheet no. ___**214**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Glenn Brothers Const., Inc. 3325 Echo Rd. Nyssa, OR  97913 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Glenwood Medical Assoc., P.C. P.O.Box 268897 Oklahoma City, OK  73126-8897 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Glidden Construction 17224 Silverchase Norman, OK  73026 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Global Chem Source, LLC 5874 Flairstone Ct SE Salem, OR  97306 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Global Equipment Corporation PO Box 2099 Joplin, MO  64803 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Global Fleet Innovations LLC 107 NE 11th Street Oklahoma City, OK  73160 | | | | | | | 165.00 |
| ACCOUNT NO. | | | | | | | |
| Global Media Direct One Greentree Centre, Suite 201 Marlton, NJ  08053-1536 | | | | | | | 0.00 |

Sheet no. ___**215**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **165.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                         Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Globe X-Ray Services, Inc.** <br> P.O.Box 1408 <br> Sapulpa, OK  74067 | | | | | | | 0.00 |
| ACCOUNT NO. **2098** <br> **Gold Crest Electric Co.** <br> 1655 South 23rd St. <br> Beaumont, TX  77707-4397 | | | | | | | 0.00 |
| ACCOUNT NO. **6484** <br> **Gold Mechanical, Inc.** <br> Service Dept. <br> 4735 W Division St <br> Springfield, MO  65802-1006 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Golden State Phone & Wireless** <br> 1308 Broad St. <br> San Luis Obispo, CA  93401 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Golden Telecom, Inc.** <br> 5751-F Palmer Way <br> Carlsbad, CA  92010 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Golder Associates Inc.** <br> Lockbox 934544 <br> Atlanta, GA  31193-4544 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Goleta Concrete Pumping** <br> 7566 Rothbury Place <br> Goleta, CA  93117-1922 | | | | | | | 0.00 |

Sheet no. ___**216**___ of ___**566**___ continuation sheets attached to                          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Golf Events LLC** <br> **2906 NE 55th Street** <br> **Seattle, WA  98105** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Gonzales Concrete** <br> **420 S. 16th St.** <br> **Waco, TX  76706** | | | | | | | 0.00 |
| ACCOUNT NO.  **BRU** <br> **Good Earth Tools Inc.** <br> **PO Box 840136** <br> **Kansas City, MO  64184-0134** | | | | | | | 0.00 |
| ACCOUNT NO. **4520** <br> **Goodall Rubber Co.** <br> **PO Box 100283** <br> **Pasadena, CA  91189-0283** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Goode Towing & Recovery** <br> **5209 S. Fort Hood St.** <br> **Killeen, TX  76542** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Gordon Woods Industrial Welding** <br> **7254 Coldwater Canyon Ave** <br> **North Hollywood, CA  91605** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Gordon-Darby Arizona Testing, Inc.** <br> **3001 S. 35th St. Ste #4** <br> **Phoenix, AZ  85034-7233** | | | | | | | 0.00 |

Sheet no. ___**217**___ of ___**566**___ continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                            Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Goserco, Inc**<br>**4566 E. Inverness Ave. #201**<br>**Mesa, AZ  85206** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Gould Welding & Repair**<br>**211 North Sedgwick**<br>**PO Box 31**<br>**Haven, KS  67543-0031** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Gourmet Coffee Systems, Inc.**<br>**728 SE 11th Avenue**<br>**Portland, OR  97214** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**GPS of Texas**<br>**21439 Pearl Spring**<br>**San Antonio, TX  78258** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Grace Technologies, Inc.**<br>**16613 West Hardy Rd.**<br>**Houston, TX  77060** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Graham Ironworks LLC**<br>**PO Box 50226**<br>**Provo, UT  84605-0226** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Graham Smith Construction**<br>**P.O.Box 242146**<br>**Little Rock, AR  72223** | | | | | | | 0.00 |

Sheet no. __**218**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
              Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RUND** <br><br> **Gran-Del Petroleum Prod.** <br> **P.O.Box 5627** <br> **Boise, ID  83705** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Granberry Supply Corp.DBA HosePaower** <br> **P.O. Box 90550** <br> **Phoenix, AZ  85066-0550** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Grand Jct. Truck&Car Wash** <br> **2495 H Road 241-7255** <br> **Grand Junction, CO  81505** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Grand Junction Peterbilt** <br> **309 Raptor Road** <br> **Fruita, CO  81521** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Grand Prairie Fire Dep** <br> **201 NW 2nd Street, #200** <br> **PO Box 534045** <br> **Grand Prairie, TX  75053-4045** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Grand River Hospital District** <br> **P.O. Box 912** <br> **Rifle, CO  81650** | | | | | | | 0.00 |
| ACCOUNT NO. **0045** <br><br> **Grande Mack Sales & Service** <br> **11215 Weidner Rd. at IH 35** <br> **San Antonio, TX  78233** | | | | | | | 0.00 |

Sheet no. ____**219** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                    Debtor(s)                                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Grandmother's**<br>**3706 Stone Bridge Ct**<br>**Topeka, KS  66610** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Granite Construction Co.**<br>**File 73535**<br>**P.O.Box 60000**<br>**San Francisco, CA  94160-3535** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Granite Rock Company**<br>**PO Box 50001**<br>**Watsonville, CA  95077-5001** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Grant & Company**<br>**177 Crescent Dr.**<br>**Collierville, TN  38017** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Grant's Towing & Automotive**<br>**PO Box 215**<br>**Chehalis, WA  98532** | | | | | | | 0.00 |
| ACCOUNT NO. **0012**<br>**Graphics Plus-OH!zone Inc.**<br>**201 South Main Street**<br>**Iowa Falls, IA  50126** | | | | | | | 0.00 |
| ACCOUNT NO. **1220**<br>**GrassRoots**<br>**P.O.Box 471830**<br>**Tulsa, OK  74147-1830** | | | | | | | 0.00 |

Sheet no. ___**220**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                   Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RUND** <br><br> **Grating Pacific LLC** <br> **2775 N. Front St.** <br> **Woodburn, OR  97071** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Gray's Concrete Pumping** <br> **10920 Pluma CT.** <br> **Rancho Cordova, CA  95670** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Graybar Elec.** <br> **PO Box 7231** <br> **Saint Louis, MO  63177** | | | | | | | 0.00 |
| ACCOUNT NO. **0448** <br><br> **Grays Harbor PUD** <br> **P.O. Box 510** <br> **Aberdeen, WA  98520-0115** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Great American Insurance Co.** <br> **Acct #C28952642** <br> **PO Box 741877** <br> **Cincinnati, OH  45274-1877** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Great Plains Contractors Supply, LLC** <br> **P.O.Box 14946** <br> **Lenexa, KS  66285-4946** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Great White Transportation** <br> **PO Box 531060** <br> **Grand Prairie, TX  75053-1060** | | | | | | | 0.00 |

Sheet no. ___**221**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
              Debtor(s)                                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Green Country ER Physicians- Tulsa**<br>**PO Box 268938**<br>**Oklahoma City, OK  73126** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Green Power**<br>**13708 240th Ave. SE**<br>**Issaquah, WA  98027** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Green Service / Green Tire**<br>**1526 North Second St.**<br>**Fredonia, KS  66736** | | | | | | | 0.00 |
| ACCOUNT NO. **5258**<br>**Greenberg, Grant&Richards, Inc.**<br>**5858 Westheimer, Suite 500**<br>**Houston, TX  77057** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Greenough Wrecker Service**<br>**P.O. Box 262**<br>**Abilene, KS  67410** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Greenwood Sports Assoc.**<br>**C/O Intel Const.** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Greer Properties**<br>**66 Parkview Dr.**<br>**Cabot, AR  72023** | | | | | | | 0.00 |

Sheet no. ___**222**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Brundage-Bone Concrete Pumping, Inc.                                    Case No.
_____                                    _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gresham Well Drilling<br>PO Box 1600<br>Poulsbo, WA  98370 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Grigsby's Telephone, Inc.<br>1006 S.W. 66<br>Oklahoma City, OK  73139 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Grimm Collections<br>1677 S. 2nd Ave SW<br>Olympia, WA  98512 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Grimm Construction<br>1333 NW Vivion Rd.<br>Kansas City, MO  64118 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Grinell Water Systems, Inc.<br>2413 E. Chestnut Expressway<br>Springfield, MO  65802 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Gross & Stevens Inc.<br>1121 E. Acequia Ave<br>Visalia, CA  93292 | | | | | | | 0.00 |
| ACCOUNT NO.<br>GTM - Gleason-Tait Marketing, Inc.<br>1771 Siesta Dr.<br>Sandy, UT  84093 | | | | | | | 0.00 |

Sheet no. __223__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                              Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Guaranty Abstract Company** **320 S. Boulder** **PO Box 3048** **Tulsa, OK 74101-3048** | | | | | | | **0.00** |
| ACCOUNT NO. **7536** | | | | | | | |
| **Guardian Packaging** **Inc. of Texas** **3615 Security St** **Garland, TX 75042-7629** | | | | | | | **0.00** |
| ACCOUNT NO. **8690** | | | | | | | |
| **Guardian Security** **1743 1st Ave S.** **Seattle, WA 98134** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Gulf Coast Electric Co.Inc.** **2005 Pecos Blvd.** **Beaumont, TX 77701** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Gustin Hydraulics, Inc.** **151 W. Commonwealth Ave.** **Salt Lake City, UT 84115** | | | | | | | **81.48** |
| ACCOUNT NO. | | | | | | | |
| **H & D Distributors, Inc.** **3236 Irving Blvd.** **Dallas, TX 75247** | | | | | | | **0.00** |
| ACCOUNT NO. **2670** | | | | | | | |
| **H & D Distributors, Inc.** **3236 Irving Blvd.** **Dallas, TX 75247** | | | | | | | **0.00** |

Sheet no. __224__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **81.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
　　　　　　　　Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **H & S Hose & Supply, Inc.** <br> PO Box 40308 <br> Bakersfield, CA 93384 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **H And H Diesel, Inc.** <br> PO Box 3549 <br> Idaho Falls, ID 83403 | | | | | | | 0.00 |
| ACCOUNT NO. **0329** <br> **H&B Communication** <br> PO Box 108 <br> Holyrood, KS 67450 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **H&H Concrete Co.** <br> PO Box 148 <br> Texarkana, TX 75504-0148 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **H&H Concrete Construction** <br> 3165 W. Farm Road 146 <br> Springfield, MO 65807 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **H&S Machine Shop** <br> 2417 W 350 N. STE 1 <br> Hurricane, UT 84737 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **H&W Petroleum Co, Inc.** <br> PO Box 951803 <br> Dallas, TX 75395-1803 | | | | | | | 0.00 |

Sheet no. __**225**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                   Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **H.E.R.S Inc.** <br> **1203 South Parker** <br> **Olathe, KS  66061-4291** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **H2O Power Equipment, Inc.** <br> **6057 E 49th Dr.** <br> **Commerce City, CO  80022-4510** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Haag Oil Co. LLC** <br> **dba Decker Oil** <br> **326 SE 15th St** <br> **Topeka, KS  66607-1204** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Hacienda Mobil** <br> **501-1 South Reindo Rd #354** <br> **Newbury Park, CA  91320** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Hacienda Mobil** <br> **1626 Highway 95** <br> **Bullhead City, AZ  86442** | | | | | | | 0.00 |
| ACCOUNT NO. **2101** <br><br> **Hagemeyer NA Inc.** <br> **dba Keller Fire&Safety** <br> **P.O.Box 951567** <br> **Dallas, TX  75395-1567** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Haines Auto Electric, Inc.** <br> **1861 Kimberly Rd.** <br> **Twin Falls, ID  83301** | | | | | | | 0.00 |

Sheet no. ___**226** of ___**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hakanson Construction**<br>**2965 E. Coronado St.**<br>**Anaheim, CA 92806** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hall Distributing Co.**<br>**2645 S. Cherry Ave.**<br>**Fresno, CA 93706** | | | | | | | 0.00 |
| ACCOUNT NO. **2263**<br>**Hall's Culligan Water**<br>**10821 E 26th St North**<br>**Wichita, KS 67226** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Haller Harlan & Taylor**<br>**5085 W Park Blvd Suite 150**<br>**Plano, TX 75093** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hallmark Builders**<br>**520 Dilli Drive**<br>**PO Box 1251**<br>**Fort Morgan, CO 80701-1251** | | | | | | | 0.00 |
| ACCOUNT NO. **0416**<br>**Halton Co.**<br>**P.O.Box 3377**<br>**Portland, OR 97208** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hameroff/Lavinsky Law Firm, P.C.**<br>**3443 East Ft. Lowell RD STE 101**<br>**Tucson, AZ 85716-1617** | | | | | | | 0.00 |

Sheet no. _____**227** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hamilton Construction**<br>**P.O.Box 659**<br>**Springfield, OR 97477** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hamilton Engine Sales, Inc.**<br>**Po Box 13100**<br>**Portland, OR 97213-0100** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hamon Contractors, Inc.**<br>**5670 Franklin**<br>**Denver, CO 80216** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hampel Oil Distributor**<br>**PO Box 875477**<br>**Kansas City, MO 64187-5477** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hampton Auto Glass, Inc.**<br>**600 NE 78th St.**<br>**Vancouver, WA 98665** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hank Storbeck's Garage, Inc.**<br>**15699 Tradesman, Suite 101**<br>**San Antonio, TX 78249** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hansen Oil Company**<br>**PO Box 119**<br>**Afton, WY 83110** | | | | | | | 0.00 |

Sheet no. __228__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Brundage-Bone Concrete Pumping, Inc.      Case No. _____
<br>                                Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Harbert Casting Repair Srvc.** <br> 1380 S. Jason Street <br> Denver, CO 80223 | | | | | | | 0.00 |
| **ACCOUNT NO.** <br> **Harbor Battery Co. LLC** <br> P.O. Box 766 <br> Aberdeen, WA 98520 | | | | | | | 0.00 |
| **ACCOUNT NO. D852** <br> **Harbor Freight Tools** <br> PO Box 6010 <br> Camarillo, CA 93012 | | | | | | | 0.00 |
| **ACCOUNT NO.** <br> **Harbor Water Falls** <br> PO Box 23585 <br> Gig Harbor, WA 98335 | | | | | | | 0.00 |
| **ACCOUNT NO.** <br> **Hardin County Tire & Service** <br> PO Box 428 <br> Iowa Falls, IA 50126 | | | | | | | 0.00 |
| **ACCOUNT NO. 9394** <br> **Harding Glass 009** <br> P.O. Box 17321 <br> Memphis, TN 38187-0321 | | | | | | | 0.00 |
| **ACCOUNT NO.** <br> **Hardrock Placement Co. Inc** | | | | | | | 0.00 |

Sheet no. __**229**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                           Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Hardy's Alaskan Adventures** <br>PO Box 3391 <br>Soldotna, AK 99669 | | | | | | | 0.00 |
| ACCOUNT NO. **4043** <br>**Hardy's Truck & Auto Part** <br>3616 West Chestnut Exov <br>Springfield, MO 65802 | | | | | | | 36.55 |
| ACCOUNT NO. **4479** <br>**Harlow Filter Supply** <br>4843 Almond <br>Dallas, TX 75247 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Harman Commercial Svcs, LLC** <br>9405 Buxhill Dr. <br>Dallas, TX 75238 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Harmony Fire Protection Inc.** <br>3805 Rockbottom St. <br>North Las Vegas, NV 89030 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Harper Brush Distributors Inc.** <br>PO Box 2185 <br>Renton, WA 98056-0185 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Harper Construction Co.** <br>2241 Ketner Blvd. #300 <br>San Diego, CA 92101-1769 | | | | | | | 0.00 |

Sheet no. **230** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 36.55

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
                                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Harper Sand & Gravel, Inc.**<br>**P.O.Box 18400**<br>**Salt Lake City, UT  84118** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Harr Family Homes**<br>**11509 Steele St. S.**<br>**Tacoma, WA  98444** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Harris Concrete Pumping** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Harris County Texas Child Support**<br>**PO Box 4367**<br>**Houston, TX  77210-4367** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Harris Industrial Gases**<br>**8475 Auburn Blvd**<br>**Citrus Heights, CA  95610** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Harris Used Truck Parts**<br>**325 E. Las Vegas**<br>**Colorado Springs, CO  80903** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hart Health & Safety**<br>**PO Box 94044**<br>**Seattle, WA  98124** | | | | | | | 0.00 |

Sheet no. ___**231**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                              Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Harvard Corporation**<br>**505 Union Street**<br>**PO Box 108**<br>**Evansville, WI 53536-0108** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Harvard Management Update**<br>**Subscriber Service Center**<br>**PO Box 257**<br>**Shrub Oak, NY 10588-0257** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hatcher Consultants, Inc.**<br>**2955 SW Wanamaker Dr.**<br>**Topeka, KS 66614-5318** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hatlevig Homes**<br>**703 S. Oak St.**<br>**Iowa Falls, IA 50126** | | | | | | | 0.00 |
| ACCOUNT NO. **UBON**<br>**Havasu Iron & Metal**<br>**1909 Commander Dr.**<br>**Lake Havasu City, AZ 86403** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Haven Auto**<br>**P.O. Box G**<br>**Haven, KS 67543** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Havilah, Inc.**<br>**dba Vantage Riverstone Resort**<br>**PO Box 1201**<br>**Vantage, WA 98950-1201** | | | | | | | 0.00 |

Sheet no. ___**232**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0836** <br> **Haycock Petroleum Transport Alliance Bank PO Box 150566 Ogden, UT 84415-0566** | | | | | | | **70.91** |
| ACCOUNT NO. <br> **Hayes Construction P.O. Box 368 Timpson, TX 75975** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Hayles Towing & Recovery 1101 Hwy. 80 West Jackson, MS 39204** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Hays Mack Sales & Service 1595 Chetolah Gold Rd. Hays, KS 67601** | | | | | | | **0.00** |
| ACCOUNT NO. **0215** <br> **Hayward 800W. Betteravia Rd. Santa Maria, CA 93454** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **HBC-Radiomatic P.O.Box 634334 Cincinnati, OH 45263-4334** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **HCH Constructors - Managers** | | | | | | | **0.00** |

Sheet no. ___**233**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $　　**70.91**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____    Case No. _____
                                           Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HCM - Kansas City**<br>**8725 Rosehill, Ste 300**<br>**Lenexa, KS  66215** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Heald Investments Inc.**<br>**2705 NE Chester**<br>**Topeka, KS  66608** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Healey, Mark**<br>**Expenses** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Health Force OccMed Billing**<br>**11805 North Creek Parkway S., Suite 113**<br>**Bothell, WA  98011** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Health Tech Sports Apparel**<br>**11625 Bellaire Way**<br>**Denver, CO  80233** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Healthcare Express**<br>**3515 Richmond Road**<br>**Texarkana, TX  75503** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**HealthTexas Provider Networ**<br>**505 North Hwy 77 Suite 200**<br>**Waxahachie, TX  75165-1129** | | | | | | | 0.00 |

Sheet no. ___**234**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
          (Total of this page)  $

                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
      Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hearn, Jerrold** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Heartland Construction**<br>**PO Box 1121**<br>**Joplin, MO  64802** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Heartland Soulutions, Inc.**<br>**PO Box 543**<br>**Grain Valley, MO  64029** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Heath Sales and Service, Inc.**<br>**518 East 16th St.**<br>**Kansas City, MO  64108** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Heavy Contractors Association**<br>**3101 Broadway Suite 780**<br>**Kansas City, MO  64111** | | | | | | | 0.00 |
| ACCOUNT NO. **1561**<br>**Heavy Truck and Trailer**<br>**206 S.E. Park**<br>**Lawton, OK  73501** | | | | | | | 0.00 |
| ACCOUNT NO. **0689**<br>**Heber Valley Med.Center**<br>**PO Box 410400**<br>**Salt Lake City, UT  84141-0400** | | | | | | | 0.00 |

Sheet no. ____**235**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                           Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1261** <br><br>**Heintschel Truck Tire Center** <br>**P.O. Box 5967** <br>**Texarkana, TX  75505** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Helmsman Insurance Agency** <br>**PO Box 3848** <br>**Boston, MA  02241-3848** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Henderson Concrete, LLC** | | | | | | | 0.00 |
| ACCOUNT NO. **0797** <br><br>**Henderson Parts Pros** <br>**333 North State Street** <br>**Orem, UT  84057-4747** | | | | | | | 0.00 |
| ACCOUNT NO. **3560** <br><br>**Henderson Wheel & Supply** <br>**112 West 34th St.** <br>**Garden City, ID  83714-6507** | | | | | | | 0.00 |
| ACCOUNT NO. **0797** <br><br>**Henderson Wheel & Warehouse Supply** <br>**1825 South 300 West** <br>**Salt Lake City, UT  84115-1804** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Hendrickson Construction** <br>**5114 76th Ave Ct. W.** <br>**University Place, WA  98467** | | | | | | | 0.00 |

Sheet no. ___**236**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Henry's Wrecker Serv. <br> 2806 S. Farm Rd. 115 <br> Brookline, MO  65619 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Hensel Phelps Const. Co. <br> 1391 Delaware Street <br> Denver, CO  80204 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Hensel Phelps/Denver Police <br> Family Christmas Fund <br> 1391 Elati St <br> Denver, CO  80204 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Henseler, David <br> Non Compete <br> 2317 Clearspring Dr S <br> Irving, TX  75063-3360 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Henshaw Muals | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Heritage Crystal Clean, LLC <br> 13621 Collection Center Drive <br> Chicago, IL  60693-0136 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Heritage Homes <br> P.O.Box 167 <br> Cabot, AR  72023 | | | | | | | 0.00 |

Sheet no. __237__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                                      Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Heritage Plumbing** <br> **P.O. Box 2106** <br> **Broken Arrow, OK  74013** | | | | | | | **0.00** |
| ACCOUNT NO. **0304** <br> **Heritage Propane 2724** <br> **500 Meijer Dr. Suite # 200-24** <br> **Florence, KY  41042-4881** | | | | | | | **79.44** |
| ACCOUNT NO. **4233** <br> **Heritage-Crystal Clean** <br> **13621 Collection Center Dr.** <br> **Chicago, IL  60693-0136** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Hermanson Co., LLP** <br> **1221 2nd Avenue North** <br> **Kent, WA  98032** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Hernandez and Medina** <br> **Any & All Claims for Damage at Legacy Su** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Hernandez, Pedro** <br> **(Expenses)** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Herschend Family Entertainment** <br> **100 Corporate Place** <br> **Branson, MO  65616** | | | | | | | **0.00** |

Sheet no. ___**238**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal    $    **79.44**
                              (Total of this page)

                                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5331** <br><br> **Hertz Equipment** <br> **P.O. Box 650280** <br> **Dallas, TX 75265-0280** | | | | | | | 0.00 |
| ACCOUNT NO. **0162** <br><br> **Hertz Equipment** <br> **PO Box 650280** <br> **Dallas, TX 75265-0280** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **HESCO Services Inc.** <br> **P.O.Box 271123** <br> **Salt Lake City, UT 84127-1123** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Hesscor, Inc.** <br> **1548 E. Main St.** <br> **Mesa, AZ 85203** | | | | | | | 0.00 |
| ACCOUNT NO. **RUBO** <br><br> **Hi Strength Bolt Co.** <br> **6051 Washington St. Ste. B** <br> **Denver, CO 80216** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Hi-Line** <br> **P.O. Box 972081** <br> **Dallas, TX 75397-2081** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Hi-Strength Bolt** <br> **21257 84th Avenue South** <br> **Kent, WA 98032** | | | | | | | 0.00 |

Sheet no. ___**239**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.**                      Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **KENT**<br>**Hi-Strength Bolt Co.**<br>**21257 84th Ave. S.**<br>**Kent, WA  98032** | | | | | | | 0.00 |
| ACCOUNT NO. **RUBO**<br>**Hi-Strength Bolt Co.**<br>**6051 Washington Street Suite B**<br>**Denver, CO  80216** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hi-Tech Colors Inc.** | | | | | | | 0.00 |
| ACCOUNT NO. **9986**<br>**Hiab, Inc.**<br>**12233 Williams Rd**<br>**Perrysburg, OH  43551** | | | | | | | 0.00 |
| ACCOUNT NO. **7022**<br>**Hiatt Pontiac-GMC**<br>**9415 Pacific Ave.**<br>**Tacoma, WA  98444** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hideaway Enterprises LLC**<br>**657 Echo Retreat**<br>**Bigfork, MT  59911** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**High Country Concrete Inc.**<br>**1233 E. Wheatland Dr.**<br>**Eagle Mountain, UT  84005** | | | | | | | 0.00 |

Sheet no. ___**240**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                           Case No. _____
         _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5859** <br><br> **High Desert Automotive Supply** <br> **62057 NE 27th St** <br> **Bend, OR  97701** | | | | | | | 0.00 |
| ACCOUNT NO. **RU01** <br><br> **High Desert Supply** <br> **46 North 900 East** <br> **Saint George, UT  84770** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **High Tech Security Systems** <br> **PO Box 2866** <br> **San Bernardino, CA  92406** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Higher Education Student Assist.** <br> **P.O. Box 529** <br> **Newark, NJ  07101-0529** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Highland Interest, Inc.** <br> **PO Box 663** <br> **Bryan, TX  77806** | | | | | | | 0.00 |
| ACCOUNT NO. **3706** <br><br> **Highline Physical** <br> **Therapy & Sports Clinic** <br> **31919 1st Ave S Ste 101** <br> **Federal Way, WA  98003-5258** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Highline Therapy Services** <br> **31919 1st Ave S Ste 101** <br> **Federal Way, WA  98003-5258** | | | | | | | 0.00 |

Sheet no. _____**241**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Highmark Landscape & Maintenance** <br> **235 E. 200 N.** <br> **Heber City, UT  84032** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hiline Homes** <br> **11302 62nd Avenue East** <br> **Puyallup, WA  98373** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hill Electric Co.** <br> **PO Box 471** <br> **Gilmer, TX  75644** | | | | | | | 0.00 |
| ACCOUNT NO. **0069** <br> **Hill Petroleum** <br> **Sunwest Distributing** <br> **6301 Ralston Rd** <br> **Arvada, CO  80002-2745** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hillcrest Medical Center** <br> **PO Box 572** <br> **Tulsa, OK  74182** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hilltop Group Inc.** <br> **807 East Mission Road** <br> **San Marcos, CA  92069** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hilyard Con** <br> **696 Clarion Ct.** <br> **San Luis Obispo, CA  93401** | | | | | | | 0.00 |

Sheet no. __242__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Himmelman Construction** <br> **12560 W. Cedar Drive** <br> **Denver, CO  80229** | | | | | | | 0.00 |
| ACCOUNT NO. **8723** <br> **Hinckley Springs** <br> **PO Box 660579** <br> **Dallas, TX  75266-0579** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hispania News** <br> **P.O.Box 15116** <br> **Colorado Springs, CO  80935** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hite Concrete** <br> **1392 Barnett Rd.** <br> **Neapolis, OH  43547** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hitek Electronic Security Inc.** <br> **1388 West 130 South** <br> **Orem, UT  84058** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hodgeman County Health C** <br> **P.O. Box 310** <br> **Jetmore, KS  67854** | | | | | | | 0.00 |
| ACCOUNT NO. **2900** <br> **Hodges Heavy Duty Truck** <br> **PO Box 668** <br> **Russellville, AR  72801** | | | | | | | 0.00 |

Sheet no. ___**243**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
           Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Hoelscher Ag Dist., Inc.** <br> **1003 Grand Ave.** <br> **Alden, IA 50006** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hoff's Machine & Welding** <br> **925 E. North** <br> **Salina, KS 67401** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hoffman** <br> **12130 NE Ainsworth Cir #225** <br> **Portland, OR 97220** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hoffman Structures** <br> **12130 NE Ainsworth Cir #225** <br> **Portland, OR 97220** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hogan Land Title** <br> **1525 E Republic Rd** <br> **Building #A Ste. #110** <br> **Springfield, MO 65804** | | | | | | | 0.00 |
| ACCOUNT NO. **9200** <br> **Hoidale Co., Inc.** <br> **P.O.Box 12104** <br> **Wichita, KS 67277** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Holcom Construction** <br> **4252 N. Shilo Rd.** <br> **Salina, KS 67401** | | | | | | | 0.00 |

Sheet no. **244** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Holiday Inn Denver North**<br>**4849 Bannock St.**<br>**Denver, CO  80216** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Holiday Inn Express**<br>**2287 W#. Northwest Highway**<br>**Dallas, TX  75220** | | | | | | | 0.00 |
| ACCOUNT NO. **7318**<br>**Holiday Inn Olathe**<br>**101 West 151st St.**<br>**Olathe, KS  66061** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Holiday Inn Temple TX-Brundage Bone**<br>**5247 S. General Bruce Drive**<br>**Temple, TX  76502** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Holland Custom Fabricator, Inc.**<br>**10691 Main St. NE**<br>**Donald, OR  97020** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Holleman Construction Co.**<br>**123 Julian Street**<br>**Dallas, TX  75203-1095** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Holloway Firm, Inc. The**<br>**200 Casey Drive**<br>**Maumelle, AR  72113** | | | | | | | 0.00 |

Sheet no. ___**245**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
_____Debtor(s)_____    _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Holly Material Handling & Equipment dba Holly Equipment Sales PO Box 472245 Tulsa, OK 74147-2245** | | | | | | | 0.00 |
| ACCOUNT NO. **4016** <br> **Holme Roberts &Owen LLP 1700 Lincoln St. Suite 4100 Denver, CO 80203** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Holowchuk Wood Services P.O.Box 68574 Seattle, WA 98168-0574** | | | | | | | 0.00 |
| ACCOUNT NO. **6840** <br> **Holt Company P.O.Box 911975 Dallas, TX 75391-1975** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Holt Door Systems, Inc. Dba Co. of Austin-Commercial 3600 Silver Dollar Cir Ste 200 Austin, TX 78744-2329** | | | | | | | 0.00 |
| ACCOUNT NO. **1901** <br> **Holy Cross Energy PO Box 2150 Glenwood Springs, CO 81602-2150** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Holzer Electric Inc. 2066 El Rodeo Rd.#5 Fort Mohave, AZ 86426** | | | | | | | 0.00 |

Sheet no. ___**246**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Homax Oil Sales Inc.**<br>**605 South Poplar**<br>**Casper, WY 82601** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Home Builders Assn. of Marion & Polk Cou**<br>**385 Taylor St NE**<br>**Salem, OR 97303** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Home Builders Assoc of Greater Little Ro**<br>**PO Box 755**<br>**North Little Rock, AR 72115** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Home Builders Assoc/S.E.Texas**<br>**7770 Gladys, #B**<br>**Beaumont, TX 77706** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Home Builders Association**<br>**Greater Springfield**<br>**636 W Republic Rd Ste D108**<br>**Springfield, MO 65807-5807** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Home Builders Association - Memphis Area**<br>**776 N. Germantown Pkwy.**<br>**Cordova, TN 38018** | | | | | | | 0.00 |
| ACCOUNT NO. **0487**<br>**Home Depot**<br>**PO Box 4536 Dept 24**<br>**Carol Stream, IL 60197-4536** | | | | | | | 0.00 |

Sheet no. ___**247**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2290**<br>**Home Depot**<br>**Dept 32 - 2002312290**<br>**PO Box 6029**<br>**The Lakes, NV  88901-6029** | | | | | | | **0.00** |
| ACCOUNT NO. **2630**<br>**Home Depot**<br>**P.O.Box 6029**<br>**The Lakes, NV  88901-6029** | | | | | | | **0.00** |
| ACCOUNT NO. **2017**<br>**Home Depot**<br>**Home Depot Credit Services, Dept 32-2501**<br>**P.O. Box 6031**<br>**The Lakes, NV  88901-6031** | | | | | | | **0.00** |
| ACCOUNT NO. **3338**<br>**Home Depot**<br>**P.O.Box 6029**<br>**The Lakes, NV  88901-6029** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Home Depot Credit Services**<br>**P.O.Box 653001**<br>**Dallas, TX  75265** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Homebuilders Assoc of Greater Tulsa**<br>**11545 E. 43rd Street**<br>**Tulsa, OK  74146** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Homes Northwest**<br>**PO Box 13965**<br>**Salem, OR  97309** | | | | | | | **0.00** |

Sheet no. ____**248** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
          _____
                          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HomeStead Studio Suites Hotel**<br>**2165 W 15th**<br>**Tempe, AZ  85281** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Honas Construction**<br>**1474 South 975 Road**<br>**Council Grove, KS  66846** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Honest Auto Sound Cellular Sec**<br>**820 South 73rd St.**<br>**Tacoma, WA  98408** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hood River Sand,Gravel,&**<br>**Ready Mix Inc.**<br>**2630 Old Columbia River Dr**<br>**Hood River, OR  97031-9523** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Horizon Construction**<br>**143 Lover's Lane**<br>**Reeds Spring, MO  65737** | | | | | | | 0.00 |
| ACCOUNT NO. **un35**<br>**Horizon Data**<br>**116 West Service Road**<br>**Champlain, NY  12919** | | | | | | | 0.00 |
| ACCOUNT NO. **7382**<br>**Horizon Ford**<br>**11000 Tukwila Intl. Blvd**<br>**Seattle, WA  98168** | | | | | | | 118.57 |

Sheet no. ___**249**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 118.57

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.                     Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Horizon Underpinning** <br> **25602 Alicia Pky #421** <br> **Laguna Hills, CA 92653** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Horton Fluid Power, Inc.** <br> **6776 W. Victory Road** <br> **Boise, ID 83715** | | | | | | | 0.00 |
| ACCOUNT NO. **7350** <br> **Hose-Man Inc.** <br> **5397 North Irwindale Ave.** <br> **Baldwin Park, CA 91706-2025** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hose-Mart, Inc.** <br> **24756 Redlands Blvd** <br> **Loma Linda, CA 92354** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hose-O International LLC** <br> **216 Diamond Oaks Rd.** <br> **Roseville, CA 95678** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Hose-Tech** <br> **P.O. Box 92009** <br> **Southlake, TX 76092** | | | | | | | 2,368.81 |
| ACCOUNT NO. <br> **Hotsy** <br> **7031 John Carpenter Frwy** <br> **Dallas, TX 75247** | | | | | | | 0.00 |

Sheet no. ___**250**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,368.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5012**<br>**Hotsy Equipment**<br>**5342 Winner Rd**<br>**Kansas City, MO  64127** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hotsy Southwest (Southwest Cleaning Syst**<br>**2910 S. Highland Unit L**<br>**Las Vegas, NV  89109** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hotsy/Carlson Equipment Co.**<br>**P.O. Box 18643**<br>**Austin, TX  78760** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Houghton Construction**<br>**3289 CR 306**<br>**Gainesville, TX  76240** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Houle Inc. dba B&B Truck Parts**<br>**PO Box 449**<br>**Riverside, CA  92502** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Housby**<br>**4747 NE 14th St.**<br>**Des Moines, IA  50313** | | | | | | | 428.28 |
| ACCOUNT NO.<br>**Houston Area Safety Council**<br>**PO Box 41027**<br>**Houston, TX  77241-1027** | | | | | | | 0.00 |

Sheet no. ___**251**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **428.28**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
_____
       Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1300**<br>**Houston Drive Train**<br>**7959 N. Loop East**<br>**Houston, TX  77028** | | | | | | | 0.00 |
| ACCOUNT NO. **UBON**<br>**Houston Hose & Specialty Co.**<br>**P.O. Box 262343**<br>**Houston, TX  77207** | | | | | | | 0.00 |
| ACCOUNT NO. **1728**<br>**Houston Mack Sales & Service**<br>**5216 North McCarty Dr.**<br>**Houston, TX  77013** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Houston Raceway Park**<br>**PO Box 1345**<br>**Baytown, TX  77522** | | | | | | | 0.00 |
| ACCOUNT NO. **5023**<br>**Houston, City of, Dept. Public Works**<br>**PO Box 1560**<br>**Houston, TX  77251** | | | | | | | 56.33 |
| ACCOUNT NO.<br>**Howard S. Wright Constructors**<br>**PO Box 24449**<br>**Seattle, WA  98124** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Howard's Hydraulic**<br>**3150 E. Lincoln**<br>**Tucson, AZ  85714-2016** | | | | | | | 0.00 |

Sheet no. ___**252**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $          **56.33**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Howell Construction Group** 584 Sixth St. Norco, CA  92860 | | | | | | | 0.00 |
| ACCOUNT NO. **HP Forming International** 9606 Tierra Grande St. San Diego, CA  92126 | | | | | | | 0.00 |
| ACCOUNT NO. **1388** **HPC/Eagle Energy** PO Box 825 Santa Margarita, CA  93453 | | | | | | | 0.00 |
| ACCOUNT NO. **HRH of Colorado** File 50968 Los Angeles, CA  90074-0968 | | | | | | | 0.00 |
| ACCOUNT NO. **HRH of Colorado** 720 S. Colorado Blvd., Suite 600N Denver, CO  80246 | | | | | | | 0.00 |
| ACCOUNT NO. **1616** **HSBC Business Solutions** PO Box 5219 Carol Stream, IL  60197-5219 | | | | | | | 0.00 |
| ACCOUNT NO. **0628** **HSBC Business Solutions** P.O.Box 5239 Carol Stream, IL  60197-5239 | | | | | | | 0.00 |

Sheet no. ___**253**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
                                                Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HUB Construction Supplies**<br>**PO Box 1269**<br>**San Bernardino, CA 92402-1269** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Hugg&Hall Equipment Co.**<br>**P.O.Box 194110**<br>**Little Rock, AR 72219-4110** | | | | | | | **0.00** |
| ACCOUNT NO. **8614**<br>**Hughes Network Systems**<br>**PO Box 96874**<br>**Chicago, IL 60693-6874** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Hunt Construction Group**<br>**2101 Cedar Springs**<br>**Dallas, TX 75201** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Hunter Concrete Pumping Inc.**<br>**304 Iron Horse Dr.**<br>**Hutto, TX 78634** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Hunter Contracting Co.**<br>**PO Box 900**<br>**Gilbert, AZ 85299-0900** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Hurlen Construction**<br>**P.O.Box 80945**<br>**Seattle, WA 98108** | | | | | | | **0.00** |

Sheet no. ____**254**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2510**<br><br>**Husky Truck Center**<br>**PO Box 58188**<br>**Seattle, WA  98138** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Hutchinson Clinic, P.A.**<br>**2101 North Waldron**<br>**Hutchinson, KS  67502** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Hutchinson Oil Co., Inc.**<br>**PO Box 767**<br>**Elk City, OK  73648** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Hy Tech Welding & Fabricating**<br>**100 Forrest Wind Court**<br>**Montgomery, TX  77316** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Hydra-Gear, Inc.**<br>**4611 Mitchell St**<br>**North Las Vegas, NV  89081-2728** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Hydraulic Controls**<br>**PO Box 8157**<br>**Emeryville, CA  94662** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Hydraulic Energy Products, Inc.**<br>**6800 Stapleton Dr. South**<br>**Denver, CO  80216** | | | | | | | 0.00 |

Sheet no. ___**255**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____    Case No. _____
                             Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Hydraulic Equipment Service** <br>328 Buddy Holly Ave. <br>Lubbock, TX  79401 | | | | | | | 0.00 |
| ACCOUNT NO. **RB02** <br>**Hydraulic Repair & Design** <br>701 N. Levee Rd. <br>Puyallup, WA  98371 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Hydraulic Repair Services, LLC** <br>6511 Independance Dr. <br>Springfield, MO  65802 | | | | | | | 0.00 |
| ACCOUNT NO. **3399** <br>**Hydraulic Supply Service Co.** <br>P.O. Box 33517 <br>San Antonio, TX  78265 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Hydraulics, Inc.** <br>713 West 11th St. <br>Vancouver, WA  98660 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Hydro Engineering** <br>865 West 2600 South <br>Salt Lake City, UT  84119 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Hydro-Spec, Inc.** <br>PO Box 1207 <br>Springdale, AR  72765 | | | | | | | 0.00 |

Sheet no. ___**256**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Hydrocarbon Recovery Services, Inc**<br>P.O. Box 757600<br>Philadelphia, PA  19175-7600 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Hydrotek**<br>1951 S 299th Pl.<br>Federal Way, WA  98003 | | | | | | | 0.00 |
| ACCOUNT NO. **9045**<br>**Hyphen Solution ltd.**<br>PO Box 849936<br>Dallas, TX  75284-9936 | | | | | | | 0.00 |
| ACCOUNT NO. **2026**<br>**Hyspeco Inc.**<br>1959 East Phelps<br>Springfield, MO  65802 | | | | | | | 0.00 |
| ACCOUNT NO. **2027**<br>**Hyspeco, Inc.**<br>1729 South Sabin<br>Wichita, KS  67209 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**I-10 International Trucks**<br>2202 South Central Ave.<br>Phoenix, AZ  85004 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**IA Collection Services Center**<br>P.O. Box 9125<br>Des Moines, IA  50306-9125 | | | | | | | 0.00 |

Sheet no. ___**257** of ___**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **IBA Dairy Supplies, Inc.** <br> **PO Box 606** <br> **Maricopa, AZ  85239** | | | | | | | 0.00 |
| ACCOUNT NO. **9450** <br> **IBT Inc.** <br> **P.O.Box 411238** <br> **Kansas City, MO  64141-1238** | | | | | | | 0.00 |
| ACCOUNT NO. **5486** <br> **IBT Inc.** <br> **PO Box 411238** <br> **Kansas City, MO  64141-1238** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **ICC** <br> **PO Box 4457** <br> **Riverside, CA  92514** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ice Softball** <br> **14404 W 95th Terr.** <br> **Lenexa, KS  66215** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **ICF Builders** <br> **PO Box 440** <br> **Chilton, TX  76632** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Icicle/Victor Seafoods** <br> **4019 21st Ave. W.** <br> **Seattle, WA  98199** | | | | | | | 0.00 |

Sheet no. ___**258**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
          Debtor(s)                                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Icon Materials** <br> P.O.Box 88050 <br> Seattle, WA  98138 | | | | | | | 0.00 |
| ACCOUNT NO. **2069** <br> **IDA, Inc.** <br> **Independent Dealer Accessories** <br> 1213 4th Ave N <br> Kent, WA  98032-2939 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Idaho Child Support Receipting** <br> PO Box 70008 <br> Boise, ID  83707-0108 | | | | | | | 0.00 |
| ACCOUNT NO. **5480** <br> **Idaho Concrete Co.** <br> PO Box 1310 <br> Nampa, ID  83653-1310 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Idaho Construction Co.** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Idaho Petroleum Equipment Inc.** <br> P.O. Box 8141 <br> Boise, ID  83707 | | | | | | | 0.00 |
| ACCOUNT NO. **9771** <br> **Idaho Power** <br> **Processing Center** <br> PO Box 34966 <br> Seattle, WA  98124-1666 | | | | | | | 0.00 |

Sheet no. ___**259**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                                               Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **UBON**<br>**Idaho Tool & Equipment<br>452 Caldwell Blvd<br>Nampa, ID  83651** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Idaho, Public Works Contractor Licensing<br>1090 E. Watertower St.<br>Meridian, ID  83642** | | | | | | | 0.00 |
| ACCOUNT NO. **1606**<br>**Idea! Print & Graphics<br>1921 E Main St<br>Visalia,     93292** | | | | | | | 0.00 |
| ACCOUNT NO. **1586**<br>**Idea! Printing&Graphics<br>1921 E. Main St.<br>Visalia, CA  93292** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Idearc Media Corp.<br>Attn: Acct Receivable Dept.<br>PO Box 619009<br>Dfw Airport, TX  75261-9009** | | | | | | | 0.00 |
| ACCOUNT NO. **0730**<br>**IESI - Haltom City<br>P.O.Box 650470<br>Dallas, TX  75265** | | | | | | | 0.00 |
| ACCOUNT NO. **6715**<br>**IESI- North Austin<br>Dept. 12<br>PO Box 4343<br>Houston, TX  77210-3012** | | | | | | | 0.00 |

Sheet no. _____ **260** of _____ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **IFI, Inc. (Industrial Fasteners)** <br> **1510 McGilchrist St., SE** <br> **Salem, OR  97302** | | | | | | | **0.00** |
| ACCOUNT NO. **9253** <br> **Ikon Office Solutions** <br> **P.O.Box 660342** <br> **Dallas, TX  75266-0342** | | | | | | | **0.00** |
| ACCOUNT NO. **7328** <br> **Ikon Office Solutions** <br> **PO Box 660342** <br> **Dallas, TX  75266-0342** | | | | | | | **0.00** |
| ACCOUNT NO. **6135** <br> **Ikon Office Solutions** <br> **Western District** <br> **P.O.Box 7420** <br> **Pasadena,    91109-7420** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **IL STATE DISB UNIT** <br> **P.O. BOX 5400** <br> **Carol Stream, IL  60197-5400** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Imagine Technologies, Inc.** <br> **PO Box 4993** <br> **Englewood, CO  80155** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Impact Wireless** <br> **3340 N. Eagle Rd. Ste 101** <br> **Meridian, ID  83642** | | | | | | | **0.00** |

Sheet no. ___**261**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Imperial Muffler Welding Spec.<br>P.O.Box 1487<br>San Luis Obispo, CA  93406 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Imperial Supplies LLC<br>P.O.Box 23910<br>Green Bay, WI  54305-3910 | | | | | | | 72.45 |
| ACCOUNT NO. 9125<br>Imperial Welding Supply<br>1530 Grand Avenue<br>San Marcos, CA  92069-2408 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Independence Title Company<br>9442 N. Capital of Texas Highway<br>Building #2 Suite #100<br>Austin, TX  78759 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Independent Dealer Accessories<br>1213 4th Ave. N.<br>Kent, WA  98032-2939 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Independent Pipe&Steel<br>5303 Rosedale Hwy.<br>Bakersfield, CA  93308 | | | | | | | 0.00 |
| ACCOUNT NO. 0385<br>Indoor Billboard<br>PO Box 17555<br>Portland, OR  97217-0555 | | | | | | | 0.00 |

Sheet no. ___262___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     72.45

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                          Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Industrial Control & Automation, Inc** 1416 Highway DD Defiance, MO 63341 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Industrial Information Resources, Inc.** PO Box 42442 Houston, TX 77242-2442 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Industrial Motors & Machining** 3610 Brighton Blvd. Denver, CO 80216 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Industrial Radiator Service, Inc.** 1625-A East Donovan Rd. Santa Maria, CA 93454 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Industrial Rebuild, Inc.** 1714 First Ave. South Seattle, WA 98134 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Industrial Repair Srvc** 7016 S. 196th St. Kent, WA 98032 | | | | | | | 3,605.00 |
| ACCOUNT NO. 1182 | | | | | | | |
| **Industrial Rubber** PO Box 94166 Seattle, WA 98124-6466 | | | | | | | 0.00 |

Sheet no. ___263___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 3,605.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                           Case No. _____
                              Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2962**<br><br>**Industrial Rubber & Supp.**<br>**PO Box 2276**<br>**Tacoma, WA  98401** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Industrial Safety Training Council**<br>**324 Highway 69**<br>**Nederland, TX  77627** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Industrial Splicing & Sling**<br>**1842 N. 109th East Ave.**<br>**Tulsa, OK  74116** | | | | | | | 0.00 |
| ACCOUNT NO. **U170**<br><br>**Industrial Supply**<br>**P.O. Box 30600**<br>**Salt Lake City, UT  84115** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Industrial Supply Co of Salem**<br>**1270 Commercial NE**<br>**Salem, OR  97303** | | | | | | | 0.00 |
| ACCOUNT NO. **ROBO**<br><br>**Industrial Tool & Supply**<br>**Unit 43**<br>**PO Box 4800**<br>**Portland, OR  97208-4800** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Industrial Trade Center Inc.**<br>**207 W. 3700 N. St.**<br>**PO Box 3**<br>**Hyde Park, UT  84318-0003** | | | | | | | 0.00 |

Sheet no. _____ **264** of _____ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
<div align="center">Debtor(s)                                                        (If known)</div>

<div align="center">

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6945** <br><br>**Industrial Waste & Salvage** <br>**P.O.Box 446** <br>**Fresno, CA  93709** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Industrial Welding Supply, Inc.** <br>**PO Box 20340** <br>**Keizer, OR  97307-0340** | | | | | | | 129.41 |
| ACCOUNT NO. <br><br>**Industry Graphics/Auburn Sign Company In** <br>**4208 Auburn Way North  #1** <br>**Auburn, WA  98002** | | | | | | | 0.00 |
| ACCOUNT NO. **9550** <br><br>**Infinite Energy, Inc.** <br>**Payment Center** <br>**P.O.Box 791263** <br>**Baltimore, MD  21279-1263** | | | | | | | 356.71 |
| ACCOUNT NO. <br><br>**Infinity Business Media Ltd.** <br>**100 Cummings Center Ste.243-C** <br>**Beverly, MA  01915** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**InfoChase** <br>**116 West Service Rd, Sutie 335** <br>**Champlain, NY  12919** | | | | | | | 0.00 |
| ACCOUNT NO. **5866** <br><br>**Infolink Publications** <br>**131 McCormick Dr.** <br>**Port Barre, LA  70577-5353** | | | | | | | 0.00 |

Sheet no. ____**265**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page)  $      **486.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                      Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| InfoRad, Inc 635 East 185th St. Cleveland, OH 44119 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Ingersoll-rand Co. Air Solution Group PO Box 951358 Dallas, TX 75395-1358 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Inland Concrete Construction 6869 Airport Dr. #400 Riverside, CA 92504 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Inland Copy Systems 2386 W. Calle Celeste Dr. Rialto, CA 92377 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Inland Empire Builders, Inc. Any & All Claims Reimb.Supplies & Labor | | | | | | | 0.00 |
| ACCOUNT NO. **4025** | | | | | | | |
| Inland Kenworth 3737 N. I-10 E.B. Frontage Road Tucson, AZ 85705 | | | | | | | 0.00 |
| ACCOUNT NO. **3802** | | | | | | | |
| Inland Truck Parts 1021 North 59th Ave. Phoenix, AZ 85043 | | | | | | | 0.00 |

Sheet no. ____**266**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
<br>Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3158**<br>**Inland Truck Parts**<br>**5454 South 108 East Ave**<br>**Tulsa, OK  74146** | | | | | | | 0.00 |
| ACCOUNT NO. **3921**<br>**Inland Truck Parts**<br>**1370 S. Hamilton Circle**<br>**Olathe, KS  66061** | | | | | | | 0.00 |
| ACCOUNT NO. **2034**<br>**Inland Truck Parts**<br>**PO Box 170767**<br>**Irving, TX  75017** | | | | | | | 7,655.82 |
| ACCOUNT NO. **2522**<br>**Inland Truck Parts**<br>**3609 Paris Road**<br>**Columbia, MO  65202** | | | | | | | 0.00 |
| ACCOUNT NO. **0269**<br>**Inland Truck Parts**<br>**2300 North 9th St.**<br>**Salina, KS  67401** | | | | | | | 37.16 |
| ACCOUNT NO. **0413**<br>**Inland Truck Parts & Service**<br>**201 E. Anderson Lane**<br>**Austin, TX  78752** | | | | | | | 0.00 |
| ACCOUNT NO. **0305**<br>**Innotek Engineered Prod**<br>**Department 7003**<br>**Carol Stream, IL  60122-7003** | | | | | | | 0.00 |

Sheet no. ___**267**___ of ___**566**___ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page)   $  **7,692.98**

Total
<br>(Use only on last page of the completed Schedule F. Report also on
<br>the Summary of Schedules, and if applicable, on the Statistical
<br>Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Innovative Home Technology, Inc.**<br>PO Box 24656<br>Federal Way, WA  98093 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Inocom De Mexico** | | | | | | | 0.00 |
| ACCOUNT NO. **6789**<br>**Insight**<br>6820 South Harl Ave.<br>Tempe, AZ  85283-4318 | | | | | | | 3,902.35 |
| ACCOUNT NO.<br>**Instant Fire Protection Co.**<br>P.O.Box 7103<br>Salem, OR  97303-0036 | | | | | | | 0.00 |
| ACCOUNT NO. **4722**<br>**Instrument Sales & Service, Inc.**<br>16427 N.E Airport Way<br>Portland, OR  97230 | | | | | | | 0.00 |
| ACCOUNT NO. **1462**<br>**Integra Telecom**<br>PO Box 3034<br>Portland, OR  97208-3034 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Integrity Structures LLC**<br>P.O. Box 435<br>Battle Ground, WA  98604 | | | | | | | 0.00 |

Sheet no. ___**268**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **3,902.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                               Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **InterCity** <br> **P.O.Box 82405** <br> **Kenmore, WA  98028** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Intercontinental Terminals** <br> **PO Box 698** <br> **Deer Park, TX  77536** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Intermountain C.N.S.,LLC** <br> **1314 South 500 East,STE 21** <br> **PO Box 526065** <br> **Salt Lake City, UT  84152-6065** | | | | | | | 0.00 |
| ACCOUNT NO. **3200** <br> **Intermountain Concrete Spec.** <br> **PO Box 27364** <br> **Salt Lake City, UT  84127-0364** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Intermountain Contractor** <br> **P.O.Box 75242** <br> **Chicago, IL  60675-5242** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Intermountain Electric** <br> **1125 South 300 West** <br> **Salt Lake City, UT  84101** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Intermountain Fuse Supply Inc.** <br> **2220 S. Main St.** <br> **Salt Lake City, UT  84115** | | | | | | | 0.00 |

Sheet no. ___**269**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2038** <br><br> **Intermountain Gas Co.** <br> **PO Box 64** <br> **Boise, ID 83732** | | | | | | | 0.00 |
| ACCOUNT NO. **7391** <br><br> **Intermountain Gas Company** <br> **PO Box 64** <br> **Boise, ID 83732** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Intermountain Medical Group** <br> **PO Box 79052** <br> **Phoenix, AZ 85062-9052** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Intermountain Physical Therapy** <br> **554 N. Steelhead Way #162** <br> **Boise, ID 83704** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Intermountain Toxicology Collections** <br> **3161 Baron Lane Unit E** <br> **Rifle, CO 81650** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Intermountain WorkMed- Salt Lake** <br> **P.O.Box 30180** <br> **Salt Lake City, UT 84130-0180** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Intermountain WorkMed-Cedar City** <br> **962 South Sage Dr.** <br> **Cedar City, UT 84720** | | | | | | | 0.00 |

Sheet no. ___**270**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Intermountain WorkMed-Layton** <br> **1992 W 2000 N Suite 2B** <br> **Layton, UT  84041** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Intermountain WorkMed-Murray** <br> **P.O.Box 30180** <br> **Salt Lake City, UT  84130-0180** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Intermountain WorkMed-Ogden** <br> **1355 W 3400 S.** <br> **Ogden, UT  84401** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Intermountain WorkMed-Orem** <br> **P.O.Box 30180** <br> **Salt Lake City, UT  84130-0180** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Intermountain WorkMed-St. George** <br> **385 N. 3050 E.** <br> **Saint George, UT  84790** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **International Belt & Rubber Supply** <br> **4132 B Place NW** <br> **Auburn, WA  98001-2446** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **International Parking -Violations Dept.** <br> **505 5th Ave. S Ste P1** <br> **Seattle, WA  98104** | | | | | | | **0.00** |

Sheet no. __271__ of __566__ continuation sheets attached to                                  Subtotal            $
Schedule of Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

                                                                                                          Total
                        (Use only on last page of the completed Schedule F. Report also on
                        the Summary of Schedules, and if applicable, on the Statistical
                        Summary of Certain Liabilities and Related Data.)              $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                             Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**InternetYellowPages.com**<br>**6737 S. 85th East Ave.**<br>**Tulsa, OK  74133** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Interstate (Roofing- Siding- Windows- Gu**<br>**15065 SW 74th Ave**<br>**Portland, OR  97224** | | | | | | | 0.00 |
| ACCOUNT NO. **1994**<br>**Interstate Battery**<br>**System of Utah**<br>**786 S 950 W**<br>**Woods Cross, UT  84087-2078** | | | | | | | 536.95 |
| ACCOUNT NO.<br>**Interstate Battery of Boise**<br>**P.O.Box 1348**<br>**Meridian, ID  83680** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Interstate Battery System of Idaho**<br>**412 Eastland Drive South**<br>**Twin Falls, ID  83301** | | | | | | | 0.00 |
| ACCOUNT NO. **0708**<br>**Interstate Billing Service**<br>**Dept 1265**<br>**P.O.Box 2153**<br>**Birmingham, AL  35287-1265** | | | | | | | 0.00 |
| ACCOUNT NO. **0149**<br>**Interstate Billing Service**<br>**Dept 1265**<br>**PO Box 2153**<br>**Birmingham, AL  35287-1265** | | | | | | | 4,811.17 |

Sheet no. ___**272**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,348.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                                      Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2882**<br>**Interstate Billing Service**<br>**Dept. 1265 P.O. Box 2153**<br>**Birmingham, AL  35287-1265** | | | | | | | 34.33 |
| ACCOUNT NO. **Bone**<br>**Interstate Concrete Pumping, Inc.**<br>**11180 Vallejo Ct.**<br>**French Camp, CA  95231** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Interstate Energy, Inc.**<br>**7000 E.58th Ave Unit J**<br>**Commerce City, CO  80022** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Interstate Energy, Inc.**<br>**685 S. Main St.**<br>**Brighton, CO  80601** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Interstate Express**<br>**Ineterstate Express Messenger is now paya**<br>**Benefactor Funding Corp.** | | | | | | | 0.00 |
| ACCOUNT NO. **2022**<br>**Interstate Hydraulcs Inc.**<br>**4272 West Nike Drive**<br>**West Jordan, UT  84088** | | | | | | | 415.54 |
| ACCOUNT NO. **2022**<br>**Interstate Hydraulics Inc.**<br>**P.O.Box 202384**<br>**Dallas, TX  75320-2384** | | | | | | | 0.00 |

Sheet no. ___**273**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $      449.87

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**
_____    Case No. _____
                    Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2023** <br><br> **Interstate Hydraulics Inc.** <br> **4272 West Nike Drive** <br> **West Jordan, UT  84088** | | | | | | | **202.25** |
| ACCOUNT NO. **5652** <br><br> **Interstate Hydraulics Inc.** <br> **8227 South 4300 West** <br> **West Jordan, UT  84088** | | | | | | | **0.00** |
| ACCOUNT NO. **7669** <br><br> **Interstate Hydraulics Inc.** <br> **P.O.Box 202384** <br> **Dallas, TX  75320-2384** | | | | | | | **0.00** |
| ACCOUNT NO. **8117** <br><br> **Interstate Hydraulics Inc.** <br> **P.O. Box 909** <br> **West Jordan, UT  84084** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Interstate Special Events** <br> **1518 NE Lombard Place** <br> **Portland, OR  97211** | | | | | | | **0.00** |
| ACCOUNT NO. **RUBO** <br><br> **Interstate Steel & Supply, Inc.** <br> **2725 East Red Cliffs Dr.** <br> **Saint George, UT  84790** | | | | | | | **41.21** |
| ACCOUNT NO. **P101** <br><br> **Interstate Towing** <br> **P.O. Box 20486** <br> **Phoenix, AZ  85036** | | | | | | | **0.00** |

Sheet no. ___**274**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **243.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                      Case No. _____
                                    Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Interstate Truck Repair, Inc.** <br> **4190 HWY 21** <br> **Brooklyn, IA  52211** | | | | | | | 0.00 |
| ACCOUNT NO. **6455** <br> **Interstate Turbo** <br> **P.O. Box 359** <br> **Commerce City, CO  80037** | | | | | | | 0.00 |
| ACCOUNT NO. **0500** <br> **Intertech Fluid Power Inc.** <br> **PO Box 3018** <br> **Grapevine, TX  76099-3018** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Intralinks** <br> **PO Box 414476** <br> **Boston, MA  02241-4476** | | | | | | | 0.00 |
| ACCOUNT NO. **7946** <br> **IOS Capital** <br> **P.O. Box 650016** <br> **Dallas, TX  75265-0016** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Iowa Falls Area Development Corp.** <br> **222 Oak Street** <br> **Iowa Falls, IA  50126** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Iowa Falls Auto Body** <br> **822 Washington Ave** <br> **Iowa Falls, IA  50126** | | | | | | | 0.00 |

Sheet no. ____**275**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE __Brundage-Bone Concrete Pumping, Inc._____    Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Iowa Falls Fire Extinguisher& Equip. Sal**<br>**P.O.Box 68**<br>**361 Sarah Ave**<br>**Iowa Falls, IA  50126-1922** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Iowa Methodist Occupational Med.**<br>**Attn: AR**<br>**6000 University Ave**<br>**West Des Moines, IA  50266-8203** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**IPC**<br>**P.O. Box 668307**<br>**Pompano Beach, FL  33066-8307** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**IR Specialty Foam, LLC**<br>**P.O.Box 2276**<br>**Tacoma, WA  98401** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ironhorse Concrete, L.P.**<br>**300 Ironhouse Dr.**<br>**Hutto, TX  78634** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Irving Rental Center Inc.**<br>**735 W. Shady Grove**<br>**Irving, TX  75060** | | | | | | | 0.00 |
| ACCOUNT NO. **1003**<br>**Irving, City of - Water Utilities**<br>**P.O.Box 152288**<br>**Irving, TX  75015-2288** | | | | | | | 1,062.23 |

Sheet no. ___276___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $    1,062.23

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                    Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Island Concrete** 7738 Yeomalt Pr Dr NE Bainbridge Island, WA  98110 | | | | | | | 0.00 |
| ACCOUNT NO. **It's Just Concrete** 515 East Carefree Hwy. #910 Phoenix, AZ  85085 | | | | | | | 0.00 |
| ACCOUNT NO. **0159** **ITS - Intergrated Telemanagement Service** PO Box 188 Simi Valley, CA  93062-0188 | | | | | | | 0.00 |
| ACCOUNT NO. **Ivey League Properties** 4100 NW 45th St. Oklahoma City, OK  73112 | | | | | | | 0.00 |
| ACCOUNT NO. **J & H General Maintenance, Inc.** P.O.Box 188 Mountain Home, AR  72654 | | | | | | | 0.00 |
| ACCOUNT NO. **j & L Industrial Supply** P.O.Box 382070 Pittsburgh, PA  15250-8070 | | | | | | | 0.00 |
| ACCOUNT NO. **J E Partnership** P O Box 23040 Overland Park, KS  66283 | | | | | | | 0.00 |

Sheet no. __**277**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
_____Debtor(s)_____ _____(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **J G Concrete, Inc.** <br> P.O.Box 8521 <br> Midland, TX  79708-8521 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **J H Priddy** <br> 1455 S. Broadmour West <br> West Covina, CA  91790 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **J&A Industies, Inc.** <br> 14 South Ewing St <br> Kansas City, KS  66118 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **J&D Engineering** <br> 7440 Downing Ave <br> Bakersfield, CA  93308 | | | | | | | 0.00 |
| ACCOUNT NO. **4952** <br> **J&E Supply & Fastener** <br> PO Box 19466 <br> Oklahoma City, OK  73129 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **J&W Homes** <br> 6115 Black Lake Belmore <br> Olympia, WA  98512 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **J's Communications, Inc.** <br> 1725 West Hwy. 140 <br> Merced, CA  95340 | | | | | | | 0.00 |

Sheet no. ___278___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
       Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **J-2 Contracting Co.** PO Box 129 Greeley, CO  80632 | | | | | | | 0.00 |
| ACCOUNT NO. **6371** | | | | | | | |
| **J-8 Equipment Co.of Texas, Inc.** P.O.Box 224647 Dallas, TX  75222-4647 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **J. Romero Trucking** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **J.A.T.F.** | | | | | | | 0.00 |
| ACCOUNT NO. **9659** | | | | | | | |
| **J.J. Keller & Assoc.** P. O. Box 548 Neenah, WI  54957-0548 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **J.R. Portable Sanitation** P.O. Box 1020 Lincoln, CA  95648 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **J.W. Magness Oil Co.LLC** P.O.Box 1113 Harrison, AR  72602-1113 | | | | | | | 0.00 |

Sheet no. ____**279**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4470** <br><br> **JA Riggs Tractor Co.** <br> **P.O. Box 1399** <br> **Little Rock, AR  72203-1399** | | | | | | | 0.00 |
| ACCOUNT NO. **0781** <br><br> **Jack Griggs, Inc.** <br> **P.O.Box 547** <br> **Exeter, CA  93221** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Jack Pots Portables, Inc.** <br> **PO Box 1444** <br> **Lake Havasu City, AZ  86405** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Jack Wilson Safety Consulant** <br> **668 White Clover Rd.** <br> **Strafford, MO  65757** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Jack's Overhead Door, Inc.** <br> **P.O.Box 230368** <br> **Portland, OR  97281** | | | | | | | 0.00 |
| ACCOUNT NO. **UBOR** <br><br> **Jack's Tire & Oil Inc.** <br> **PO Box 6337** <br> **Logan, UT  84341** | | | | | | | 235.00 |
| ACCOUNT NO. <br><br> **Jack's Welding** <br> **3507 N CR 2000** <br> **Lubbock, TX  79415** | | | | | | | 0.00 |

Sheet no. ___**280**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ 235.00 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
               Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3687** <br><br>**Jackson EMC** <br>**P.O. Box 100** <br>**Jefferson, GA  30549-0100** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Jackson National Life** <br>**Insurance Co.** <br>**PO Box 24008** <br>**Lansing, MI  48909-4008** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Jacksons Motors** <br>**Heavy Duty Towing** <br>**2047 Rigsby Ave** <br>**San Antonio, TX  78210-4464** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Jacobus Energy Inc.** <br>**11815 W. Bradley Rd.** <br>**Milwaukee, WI  53224** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Jafco Concrete** <br>**P.O.Bo 546** <br>**Newberg, OR  97132** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Jag Construction** <br>**P.O.Box 1493** <br>**Dodge City, KS  67801** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**James E. Coons** <br>**4388 W 150th Pl** <br>**Leawood, KS  66224-9500** | | | **Promissory Note dated October 1, 2008.** | | | X | 1,292,917.52 |

Sheet no. ___**281**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,292,917.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **James Lumber & Ace Hardware** <br> **19801 Viking Avenue NW** <br> **Poulsbo, WA  98370-8339** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **James Voegeli Construction Inc.** <br> **PO Box 520** <br> **Maize, KS  67101** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **JAN-PRO Cleaning Systems of Colorado** <br> **215 Union Blvd. Suite 210** <br> **Denver, CO  80228** | | | | | | | 0.00 |
| ACCOUNT NO. **0836** <br> **Jardine Petroleum** <br> **P.O.Box 540730** <br> **North Salt Lake, UT  84054-0730** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Jay's Shop Inc.** <br> **PO Box 1123** <br> **Temple, TX  76503** | | | | | | | 0.00 |
| ACCOUNT NO. **9714** <br> **JB Dewar** <br> **PO Box 3059** <br> **San Luis Obispo, CA  93403-3059** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **JBR Environmental Consultant Inc** <br> **8160 South Highland Dr.** <br> **Sandy, UT  94093** | | | | | | | 0.00 |

Sheet no. ___**282**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                                          Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JC Auto Electric**<br>**5100 W. 44th Avenue**<br>**Denver, CO  80212** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**JC Construction**<br>**67-325 Mission Court**<br>**Cathedral City, CA  92234** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**JD Campbell Construction**<br>**5434 Bluff St**<br>**Norco, CA  92860** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**JE Dunn Construction**<br>**3500 S. Gessner 200**<br>**Houston, TX  77063** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jean A. Keller, Ph. D.**<br>**1042 N El Camino Real Suite B-244**<br>**Encinitas, CA  92024** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jeff Mickelson Diesel Inc.**<br>**150 South 1200 West**<br>**Lindon, UT  84042** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jefferson Fine Home**<br>**9613 NE Evergreen Ave.**<br>**Bainbridge Island, WA  98110** | | | | | | | 0.00 |

Sheet no. ___**283**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
                          Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RU01**<br>**Jenkins Concrete Pumpng**<br>**5410 N Barcus Ave.**<br>**Fresno, CA  93722-5067** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jenkins Sterling-Western Star**<br>**1845 E. Blaine**<br>**Springfield, MO  65803** | | | | | | | 0.00 |
| ACCOUNT NO. **7881**<br>**Jennifer's Flowers**<br>**3127 W. Maple St.**<br>**Wichita, KS  67213-2423** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jeppson's Floral & Gift**<br>**205 West 400 N.**<br>**Provo, UT  84601** | | | | | | | 0.00 |
| ACCOUNT NO. **1485**<br>**Jerry & Keith's**<br>**4517 Standard St.**<br>**Bakersfield, CA  93308** | | | | | | | 0.00 |
| ACCOUNT NO. **C586**<br>**Jerry's Water Systems**<br>**PO Box 19136**<br>**Oklahoma City, OK  73144-0136** | | | | | | | 0.00 |
| ACCOUNT NO. **BRUB**<br>**Jesse P. Taylor Oil Co.**<br>**3701 No. Sylvania at Long**<br>**Fort Worth, TX  76137** | | | | | | | 0.00 |

Sheet no. ___**284**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                              Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jet Digital Printing & Signs**<br>**8821 W 21st North**<br>**Wichita, KS  67205** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jetstream Equipment Co.**<br>**437 NW Independence**<br>**Topeka, KS  66608** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**JG & Co.**<br>**PO Box 2457**<br>**Vancouver, WA  98668** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**JH Kelly**<br>**PO Box 2038**<br>**Longview, WA  98632** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**JH Medical Imaging PC**<br>**PO Box 9230**<br>**Jackson, WY  83002-9230** | | | | | | | 0.00 |
| ACCOUNT NO. **3306**<br>**Jiffy Lube**<br>**Allied Lube Group**<br>**13803 Nacogdoches Rd**<br>**San Antonio, TX  78217-1281** | | | | | | | 0.00 |
| ACCOUNT NO. **0869**<br>**Jiffy Lube / Sound Billing LLC**<br>**PO Box 620130**<br>**Middleton, WI  53562** | | | | | | | 0.00 |

Sheet no. ___**285**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                      Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jim Dunworthm Inc.** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jim Most Inc.**<br>**448 S. 127th Ave.**<br>**Tulsa, OK  74128** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jim Polk Safety Consulting**<br>**17546 N Thornwood Rd**<br>**Maricopa, AZ  85239** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jim's Crane Rental Service, Inc.**<br>**4401 West 65th Street**<br>**Little Rock, AR  72209** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jim's Lock & Safe Service**<br>**2005 N. 77th Street**<br>**Kansas City, KS  66104** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jim's Pacific Garages, Inc.**<br>**2708 N. Commercial Ave.**<br>**Pasco, WA  99301-9507** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Jim's Towing Service**<br>**300 Terrace Way**<br>**Bakersfield, CA  93304** | | | | | | | 0.00 |

Sheet no. ___**286**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____     Case No. _____
                                 Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Jimmy's Janitorial Service** <br> **1122 Irwin Avenue** <br> **Fresno, CA  93706** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **JJ Investments, LLC** <br> **1196 Addison Ave. W.** <br> **Twin Falls, ID  83301** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **JL Construction** <br> **PO Box 549** <br> **Agua Dulce, TX  78330** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **JLS Concrete Pumping, Inc.** <br> **PO Box 667** <br> **Oak View, CA  93022** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **JMC Bobcat Services** <br> **1782 Lotus Rd.** <br> **Placerville, CA  95667** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Job Concrete** <br> **7250 W. 118th Place** <br> **Broomfield, CO  80020** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Jobing.com** <br> **4747 North 22nd St.  Suite 100** <br> **Phoenix, AZ  85016** | | | | | | | 0.00 |

Sheet no. __**287**__ of __**566**__ continuation sheets attached to                     Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims      (Total of this page)   $

                                                     Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F** (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                         Case No. _____
_____
                     Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Joe Bland Construction**<br>**13111 Desson Rd.**<br>**Austin, TX  78754** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Joe Conroy COntractors, Inc.**<br>**PO Box 19326**<br>**Topeka, KS  66619-0326** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Joe Jackson Transmission**<br>**9603 Avenue P**<br>**Lubbock, TX  79423** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Joe Pat Enterprises, LLC**<br>**2049 E. Joyce Blvd. Ste 400**<br>**Fayetteville, AR  72703** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Joe Shaw, LTD dba Medsafe**<br>**PO Box 1929**<br>**Marshall, TX  75671-1929** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Joe Vasquez Mobile Tire Service**<br>**P.O.Box 31233**<br>**El Paso, TX  79931** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Joe's Sports**<br>**9805 Boeckman Rd**<br>**Wilsonville, OR  97070** | | | | | | | 0.00 |

Sheet no. ___**288**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| John A. Curtas, Attorney at Law 3275 S. Jones Blvd, Suite 105 Las Vegas, NV 89146 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| John Elway South | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| John W. Whistler 26 Oak Ave Colorado Springs, CO 80906-3261 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| John's Plumbing Co. 1518 Washington Ave. Deer Park, TX 77536 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| John's Upholstry | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Johnson County Environmental Sanitaion Division 11811 S Sunset Dr Ste 2700 Olathe, KS 66061-7062 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Johnson Oil Company P.O. Drawer 1959 Gonzales, TX 78629 | | | | | | | 0.00 |

Sheet no. __289__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
             Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Johnson Power Systems** <br> **PO Box 351** <br> **Riverside, CA 92502-0351** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Johnson Truck&Trailer of Lowel** <br> **124 W. Apple Blossom Ave.** <br> **Lowell, AR 72745** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Johnson's Corner** <br> **2842 SE Frontage Rd** <br> **Johnstown, CO 80534-8739** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Jones Concrete Pumping Service** <br> **5616 Pleasant View** <br> **Memphis, TN 38134** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Jones Excavating & Hauling LLC** <br> **1150 Sanks** <br> **Cabool, MO 65689** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Jones Paint & Glass-Counter** <br> **65 South 500 East** <br> **American Fork, UT 84003** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Joplin Tri-State Business** <br> **PO Box 1472** <br> **Joplin, MO 64802** | | | | | | | 0.00 |

Sheet no. __**290**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** Case No. _____
_____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RUBO** Jorgensen & Co. 2691 So. East Ave. Fresno, CA 93706 | | | | | | | 0.00 |
| ACCOUNT NO. Jorja Trading Inc. C/O COURT OF BENTON CO AR - ROGERS DIVIS 1901 S Dixieland Rd Rogers, AR 72758-6201 | | | | | | | 0.00 |
| ACCOUNT NO. **BUPR** Josco Products P.O. Box 936 San Antonio, TX 78294-0936 | | | | | | | 0.00 |
| ACCOUNT NO. Joseph & Hollander, P.A. 500 N Market Street Wichita, KS 67214 | | | | | | | 0.00 |
| ACCOUNT NO. JP #3 | | | | | | | 0.00 |
| ACCOUNT NO. JP #4 | | | | | | | 0.00 |
| ACCOUNT NO. JP PCT #1 | | | | | | | 0.00 |

Sheet no. __291__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ _____

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____     Case No. _____
                                      Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**JRK Portable Welding**<br>**302 S. 7th**<br>**Mound City, KS  66056** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**JTB Construction**<br>**36503 Westech Road**<br>**Shawnee, OK  74804** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**JTL Group Inc.**<br>**Misscoula Division**<br>**PO Box 3028**<br>**Billings, MT  59103** | | | | | | | **0.00** |
| ACCOUNT NO. **1974**<br>**Jubitz Fleet Services**<br>**PO Box 6989**<br>**Portland, OR  97228-6989** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Jubitz Fleet Services**<br>**PO Box 6989**<br>**Portland, OR  97228-6989** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Junior Achievement** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Juson Dental**<br>**9013 Mhwy 99**<br>**Vancouver, WA  98665** | | | | | | | **0.00** |

Sheet no. ___**292**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Just Investments 370 Claiborne St. Vidor, TX 77662 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Just One More Song, LLC 513 E. Miller Road Republic, MO 65738 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Just Pumping Concrete Services 10181 North Umpqua Hwy Roseburg, OR 97470 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Just-Us Printers, Inc P.O. Box 41 Springdale, AR 72765-0041 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Justin's Collision Repair, Towing & Recovery PO Box 1491 Clinton, AR 72031-1491 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Justis Automotive 1805 East Main St. Visalia, CA 93291 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| JW & T PO Box 211 Seminole, TX 79360 | | | | | | | 0.00 |

Sheet no. __293__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                              Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **K & K Concrete P.O.Box 578 Ridgway, CO  81432** | | | | | | | 0.00 |
| ACCOUNT NO. **K&C Concrete 1202 Ardinal Pocasset, OK  73079** | | | | | | | 0.00 |
| ACCOUNT NO. **K&L Holdings 14025 Crabapple Road Golden, CO  80401** | | | | | | | 0.00 |
| ACCOUNT NO. **K&N Mobile Distribution System 4909 Rondo Drive Fort Worth, TX  76106** | | | | | | | 0.00 |
| ACCOUNT NO. **K.C.D.S.G. P.O.Box 552 Tracyton, WA  98393** | | | | | | | 0.00 |
| ACCOUNT NO. **KA-Comm. Inc. 326 South Clark St. Salina, KS  67401** | | | | | | | 0.00 |
| ACCOUNT NO. **Kadel's Auto Body & Bill Adams Any & All Claims for Property Dmgs to 20 Owned by Bill & Virginia Adams** | | | | | | | 0.00 |

Sheet no. ___**294**___ of ___**566**___ continuation sheets attached to                              Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)  $

                                                                                                            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                            Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**KAM Homebuilders, Ltd.**<br>P.O.Box 1344<br>Temple, TX  76504 | | | | | | | 0.00 |
| ACCOUNT NO. **5967**<br>**Kaman Industrial Tech.**<br>File 25356<br>Los Angeles, CA  90074-5356 | | | | | | | 113.06 |
| ACCOUNT NO. **4580**<br>**Kanox**<br>P.O.Box 7430<br>Pasadena, CA  91109-7430 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kansas City Chiefs**<br>PO Box 219432<br>Kansas City, MO  64121-9432 | | | | | | | 0.00 |
| ACCOUNT NO. **0746**<br>**Kansas City Mack**<br>Sales & Service, Inc.<br>PO Box 4920<br>Kansas City, MO  64120-0020 | | | | | | | 0.00 |
| ACCOUNT NO. **5290**<br>**Kansas City Peterbilt**<br>8915 Woodend<br>Kansas City, KS  66111 | | | | | | | 0.00 |
| ACCOUNT NO. **5215**<br>**Kansas City Rubber Co.**<br>1815 Prospect Avenue<br>Kansas City, MO  64127 | | | | | | | 0.00 |

Sheet no. ___**295**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **113.06**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0865** <br><br> **Kansas City Star** <br> **P.O.Box 808876** <br> **Kansas City, MO  64180-8876** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Kansas Concrete Cutting-Salina** <br> **P.O.Box 87-4800** <br> **Kansas City, MO  64187-4800** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Kansas Corporation Commission** | | | | | | | 0.00 |
| ACCOUNT NO. **4160** <br><br> **Kansas Employment Security Fund** <br> **PO Box 400** <br> **Topeka, KS  66601-0400** | | | | | | | 0.00 |
| ACCOUNT NO. **7007** <br><br> **Kansas Fire Equipment Co.** <br> **123 Osage** <br> **Wichita, KS  67213** | | | | | | | 0.00 |
| ACCOUNT NO. **8773** <br><br> **Kansas Gas** <br> **  POBox 22158** <br> **Tulsa, OK  74121-2158** | | | | | | | 0.00 |
| ACCOUNT NO. **0427** <br><br> **Kansas Gas Service** <br> **P.O.Box 22158** <br> **Tulsa, OK  74121-2158** | | | | | | | 0.00 |

Sheet no. ___**296**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kansas Payment Center**<br>**Post Office Box 758599**<br>**Topeka, KS  66675-8599** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kansas Ready Mix**<br>**P.O.Box 4204**<br>**Wichita, KS  67204** | | | | | | | 0.00 |
| ACCOUNT NO. **0BRU**<br>**Kansas Roll Off Division**<br>**P.O.Box 4204**<br>**Wichita, KS  67204** | | | | | | | 0.00 |
| ACCOUNT NO. **1142**<br>**Kansas Truck Center**<br>**PO Box 2927**<br>**Salina, KS  67402-2927** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kansas Trucking Connection (KTC)** | | | | | | | 0.00 |
| ACCOUNT NO. **3383**<br>**Kansas Turnpike Authority**<br>**PO Box 780007**<br>**Wichita, KS  67278-0007** | | | | | | | 202.63 |
| ACCOUNT NO.<br>**Kansas.Gov**<br>**534 South Kansas Ave., Suite 1210**<br>**Topeka, KS  66603-3434** | | | | | | | 0.00 |

Sheet no. ____**297**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 202.63

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc.                                      Case No. _____
                                      Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kar Construction**<br>1306 W. Brooks St<br>Ontario, CA  91762 | | | | | | | 0.00 |
| ACCOUNT NO. **4084**<br>**Kar Products**<br>Dept CH 14117<br>Palatine, IL  60055-4079 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kaweah Lift Inc.**<br>PO Box 4227<br>Visalia, CA  93278-4227 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KC Cheer Booster Club**<br>35260 W 146th St<br>Gardner, KS  66030 | | | | | | | 0.00 |
| ACCOUNT NO. **1454**<br>**KCI Konecranes, Inc.**<br>P.O.Box 641807<br>Pittsburgh, PA  15264-1807 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KD Development**<br>4641 Ingraham St.<br>San Diego, CA  92109 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kearns Towing, Inc.**<br>2881 S. 3600 W.<br>Salt Lake City, UT  84119 | | | | | | | 0.00 |

Sheet no. ___**298**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **B13K**<br><br>**Kearny Mesa Truck Center**<br>**5624 Kearny Villa Road**<br>**San Diego, CA  92123** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Keep Washington Rolling**<br>**PO Box 2505**<br>**Seattle, WA  98111** | | | | | | | 0.00 |
| ACCOUNT NO. **3715**<br><br>**Keith Brown Building Mat**<br>**PO Box 806**<br>**Salem, OR  97308-0806** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Kellan's Motorworks**<br>**1501 SO Dearborn St.**<br>**Seattle, WA  98144** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Keller Fire & Safety, Inc.**<br>**1138 Kansas Ave.**<br>**Kansas City, KS  66105** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Kelley Trucking Inc.**<br>**6201 McIntyre Street**<br>**Golden, CO  80403** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Kelly and Michael Lyon Family, LLC**<br>**P.O. Box 110**<br>**Silt, CO  81652** | | | | | | | 0.00 |

Sheet no. ___**299**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.                                    Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Kelly Dunn Construction**<br>**2524 Berwick Cir.**<br>**Salina, KS  67401** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Kelly Harrison Inc.**<br>**PO Box 1076**<br>**Sherwood, OR  97140** | | | | | | | 0.00 |
| ACCOUNT NO. **9801**<br><br>**Kelly Services, Inc.**<br>**1212 Solutions Center**<br>**Chicago, IL  60677-1002** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Kelly Silvester P.C.**<br>**PO Box 1203**<br>**North Salt Lake, UT  84054** | | | | | | | 0.00 |
| ACCOUNT NO. **dage**<br><br>**Kelly's Excavating**<br>**PO Box 846**<br>**Broomfield, CO  80038-0846** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Ken Kool Inc.**<br>**15403 E. Skelly Dr.**<br>**Tulsa, OK  74116** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Ken's Tool & Supply Corp.**<br>**1751 Marlborough Ave.**<br>**Riverside, CA  92507-2055** | | | | | | | 0.00 |

Sheet no. ___**300**___ of ___**566**___ continuation sheets attached to                                    Subtotal ▸  $
Schedule of Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

Total ▸
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ken, Greg** <br> **Expenses** | | | | | | | **169.13** |
| ACCOUNT NO. <br> **KenKool, Inc.** <br> **PO Box 1800** <br> **Catoosa, OK  74015** | | | | | | | **0.00** |
| ACCOUNT NO. **0236** <br> **Kennametal Inc.** <br> **Dept CH10392** <br> **Palatine, IL  60055-0392** | | | | | | | **2,021.35** |
| ACCOUNT NO. **UBNE** <br> **Kennedy Hydraulics of Arizona** <br> **p.o.Box 20141** <br> **Phoenix, AZ  85036-0141** | | | | | | | **0.00** |
| ACCOUNT NO. **HCPI** <br> **Kennedy Hydraulics Of Arizona** <br> **PO Box 20141** <br> **Phoenix, AZ  85036-0141** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Kennedy Machine & Mfg., Inc.** <br> **11152 Shady Trail** <br> **Dallas, TX  75229** | | | | | | | **676.56** |
| ACCOUNT NO. <br> **Kenney Engineering, Inc.** <br> **PO Box 40929** <br> **Santa Barbara, CA  93140** | | | | | | | **0.00** |

Sheet no. ___**301**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,867.04**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Kenosha Suspension Specialists** **8920 58th Place Suite 500** **Kenosha, WI  53144-7823** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Kens' Body Shop** **4130 Horizon Lane** **San Luis Obispo, CA  93401** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Kent Floral** **1401 Central Ave. S.** **Kent, WA  98032** | | | | | | | 125.35 |
| ACCOUNT NO. **eton** | | | | | | | |
| **Kent Oxygen Co., Inc.** **P.O.Box 510** **Kent, WA  98035-0510** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Kent Redford** | | | | | | | 0.00 |
| ACCOUNT NO. **UBET** | | | | | | | |
| **Kentox-Kent Oxygen** **P.O.Box 510** **Kent,    98035-0510** | | | | | | | 0.00 |
| ACCOUNT NO. **UNDA** | | | | | | | |
| **Kentox-Kent Oxygen** **P.O.Box 510** **Kent,    98035-0510** | | | | | | | 280.79 |

Sheet no. ___**302**___ of ___**566**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 406.14

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kentucky Division Of Child Support**<br>PO Box 14059<br>Lexington, KY  40512-4059 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kenworth Central California**<br>Corporate Office<br>2892 E Jensen Ave<br>Fresno, CA  93706-5111 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kenworth Northwest Inc. / Kenworth Alask**<br>PO Box 98967<br>Seattle, WA  98198-0967 | | | | | | | 0.00 |
| ACCOUNT NO. **4239**<br>**Kenworth Sales Co.**<br>2125 S. Constitution Blvd.<br>Salt Lake City, UT  84119 | | | | | | | 0.00 |
| ACCOUNT NO. **1806**<br>**Kenz & Leslie Distributing**<br>P.O.Box 1066<br>Arvada, CO  80001-1066 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kern County California**<br>Dept of Child Support<br>P.O. Box 2147<br>Bakersfield, CA  93303 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kern County Gas & Weld Supply**<br>5831 Rosedale Hwy<br>Bakersfield, CA  93308 | | | | | | | 0.00 |

Sheet no. ____**303**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kevin Hanah Const. <br> 25914 Hwy 10, Suite B <br> Roland, AR 72135 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Key Evidence Lock&Safe <br> 2343 W. Whitendale Ave. <br> Visalia, CA 93277 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> KeyBanc Capital Markets <br> Mailcode: OH-01-27-0712 <br> 127 Public Sq <br> Cleveland, OH 44114-1217 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Keystone Automotive Ind <br> 615 West 1600 South <br> Springville, UT 84663 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Keystone Concrete <br> P.O.Box 41450 <br> Houston, TX 77241 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Keystone Equip. Co. <br> 1241 So. Lipan St. <br> Denver, CO 80223 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> KGH Occupational Health Services <br> P.O.Box 7243 <br> Kennewick, WA 99336 | | | | | | | 0.00 |

Sheet no. __304__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4260**<br>**KH Metals & Supply**<br>**2727 Main Street**<br>**Riverside, CA  92501** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kierre & Kierre**<br>**8908 Landers Rd.**<br>**Maumelle, AR  72113** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kiewit-Bilfinger**<br>**PO Box 31096**<br>**Seattle, WA  98131** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kiewit/FCI/Manson**<br>**P.O.Box 23223**<br>**Oakland, CA  94607** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kiewitt, Bilfinger, Berger**<br>**2016 SE Water Ave.**<br>**Portland, OR  97214** | | | | | | | 0.00 |
| ACCOUNT NO. **1072**<br>**Kimball Midwest**<br>**Dept L-2780**<br>**Columbus, OH  43260-2780** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KINCO Constructors** | | | | | | | 0.00 |

Sheet no. ___**305**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Kinco, Inc.** <br> **12600 Lawson Rd.** <br> **Little Rock, AR  72210** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **King Construction** <br> **P.O.Box 849** <br> **Hesston, KS  67062** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **King Construction & Overhead Door** <br> **1205 N. Oak Street** <br> **Iowa Falls, IA  50126** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **King's Mobile Lock Shop** <br> **P.O.Box 2202** <br> **Bremerton, WA  98310-0292** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Kiran P Shah MD PA** <br> **PO Box 503202** <br> **Saint Louis, MO  63150-3202** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Kirk Welding Supply, Inc. / Praxair Dist** <br> **1608 Holmes Street** <br> **Kansas City, MO  64108** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Kitchell Contractors** | | | | | | | 0.00 |

Sheet no. ___**306**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Kitsap Garage Door Co.**<br>PO Box 26<br>Silverdale, WA  98383-0026 | | | | | | | 0.00 |
| ACCOUNT NO. **1998**<br>**Kitsap Ready Mix, Inc.**<br>P.O.Box 698<br>Poulsbo, WA  98370 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kitsap Towing**<br>P.O.Box 2033<br>5901 NE Minder Rd<br>Poulsbo, WA  98370-5804 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KK Office Solutions, Inc.**<br>3910 N. Bridgeport Circle<br>Wichita, KS  67219 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KM Certified Welding**<br>1322 Descanso Suite B<br>San Marcos, CA  92069 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KNB Advertising**<br>233 Granada Dr. Suite A<br>San Luis Obispo, CA  93401 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Knife River**<br>32260 Old Hwy 34<br>Tangent, OR  97389 | | | | | | | 0.00 |

Sheet no. ___**307**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) S Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
          Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Knight Janitorial Services, Inc.**<br>901 Waterfall Way, Suite 307<br>Richardson, TX 75080 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Knights Inn Hotel**<br>4085 I-10 S.<br>Beaumont, TX 77705 | | | | | | | 0.00 |
| ACCOUNT NO. **0001**<br>**Knoxville Medical & Industrial Clinic**<br>4306 Asheville HWY<br>Knoxville, TN 37914 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KO Manufacturing**<br>P.O. Box 3574<br>Springfield, MO 65808-3574 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kolde Concrete Services**<br>28630 Hwy 24<br>Saint Marys, KS 66536-9708 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kolmer Concrete Flatwork, Inc.**<br>1162 Road 210<br>Emporia, KS 66801 | | | | | | | 0.00 |
| ACCOUNT NO. **1600**<br>**Komatsu Forklift**<br>1617 Terre Colony Ct.<br>Dallas,    75212 | | | | | | | 0.00 |

Sheet no. ___**308**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
<div style="text-align:center">Debtor(s)              (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RU05** <br><br> **Komatsu Forklift Retail** <br> **20434 Susana Rd.** <br> **Long Beach, CA 90810** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Kone Racing** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Korenek Group** <br> **P.O.Box 308** <br> **Lorena, TX 76655** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Kotz, Sangster, Wysocki and Berg, P.C.** <br> **400 Renaissance Center, Suite 3400** <br> **Detroit, MI 48243** | | | | | | | 0.00 |
| ACCOUNT NO. **4207** <br><br> **KPL** <br> **P.O. Box 758000** <br> **Topeka, KS 66675-8000** | | | | | | | 0.00 |
| ACCOUNT NO. **0646** <br><br> **KPL** <br> **P.O. Box 758000** <br> **Topeka, KS 66675-8000** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **KPT Concrete Pumping, Inc** <br> **19510 Van Buren Blvd Ste. F3290** <br> **Riverside, CA 92508** | | | | | | | **1,095.00** |

Sheet no. ___**309**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">Subtotal<br>(Total of this page) $    <b>1,095.00</b></div>

<div style="text-align:right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.) $</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc.                                     Case No. _____
                     Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Krazan & Associates, Inc.**<br>**215 West Dakota  Ave.**<br>**Clovis, CA  93612** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kroll Laboratory Specialists, Inc.**<br>**P.O.Box 54888**<br>**New Orleans, LA  70154** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kroonco Inc.**<br>**10310 NE 13th Ave**<br>**Vancouver, WA  98686** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kryger Glass Co.**<br>**P.O.Box 414258**<br>**Kansas City, MO  64141-4258** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KSR 1217 LLC**<br>**P.O. BOX 948**<br>**Grantsville, UT  84029** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**KTM Transport Inc.**<br>**17232 Co. Hwy D-25**<br>**Alden, IA  50006** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Kwik Kar Lube & Tune**<br>**1244 West Sunset**<br>**Springdale, AR  72764** | | | | | | | 0.00 |

Sheet no. ____**310**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc.__    Case No. _____
                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**L & S Building**<br>**2141 Centennial Rd.**<br>**Salina, KS** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**L W Sunstrom**<br>**P.O.Box 893**<br>**Ravensdale, WA  98051** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**L&A Dump Service**<br>**11411 Canyon Shore Dr.**<br>**Humble, TX  77396** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**L. T. Sweeten Co.**<br>**29659 188th S.E.**<br>**Kent, WA  98042** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**L.A. Belting Co.**<br>**231 E. Alessandro Blvd. A#133**<br>**Riverside, CA  92508** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**L.G. Bless Concrete Const.**<br>**1535 E. Acequia, Suite B**<br>**Visalia, CA  93292** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**L.L. Langdon, Inc.**<br>**223 Broadway South**<br>**Buhl, ID  83316** | | | | | | | 0.00 |

Sheet no. ___311___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**L.M. Concrete Pumping**<br>**19 Rito Guicu**<br>**Santa Fe, NM  87507** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**La Hacienda Custom Homes**<br>**5400 Parmer Ln. #1117**<br>**Austin, TX  78727** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**La Quinta Inn & Suites Belton**<br>**229 West Loop 121**<br>**Belton, TX  76513** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**LA Quinta Inns Littile Rock North McCain**<br>**4311 Warden Road**<br>**North Little Rock, AR  72116** | | | | | | | 201.72 |
| ACCOUNT NO.<br>**La Quinta Little Rock N.**<br>**4100 E. McCain Blvd.**<br>**North Little Rock, AR  72117** | | | | | | | 0.00 |
| ACCOUNT NO.  **276**<br>**La Sher Oil Co.Inc.**<br>**P.O.Box 34002**<br>**Little Rock, AR  72203** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**LA&Sons Concrete Pumping**<br>**360 Promise Way**<br>**Hollister, CA  95023** | | | | | | | 0.00 |

Sheet no. ___**312**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **201.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
            Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Lablonde Development Corp. 10025 E. Dynamite Blvd. #101 Scottsdale, AZ 85262 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Labor Enforcement Fund PO Box 27679 Albuquerque, NM 87125-7679 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Lacy Welding & Machine 9834 N. 44th E. Ave. Sperry, OK 74073 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| LaFarge West Inc. 22252 Network Place Chicago, IL 60673-1222 | | | | | | | 0.00 |
| ACCOUNT NO. 9628 | | | | | | | |
| Lake City Trucks 1406 East 3950 South Saint George, UT 84790 | | | | | | | 0.00 |
| ACCOUNT NO. 3447 | | | | | | | |
| Lake City Trucks 322 S. 600 West Heyburn, ID 83336 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Lakeview Rock Products, Inc. P.O.Box 540700 North Salt Lake, UT 84054 | | | | | | | 318.58 |

Sheet no. **313** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **318.58**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lakewood Leasing** <br> **PO Box 5774** <br> **Mohave Valley, AZ  86446** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Lakewood Photo Enforcement Program** <br> **PO Box 76860** <br> **Cleveland, OH  44101-6500** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Lamproe Construction Inc.** <br> **14747 W. 111th St.** <br> **Sapulpa, OK  74066** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Larry's Towing & Recovery** <br> **14824 Sstate Hwy 13, Ste. B** <br> **Reeds Spring, MO  65737** | | | | | | | 0.00 |
| ACCOUNT NO. **UBON** <br> **Larsco, Inc.** <br> **PO Box 1127** <br> **Clackamas, OR  97015** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Larson Equipment Co.Inc.** <br> **1950 Holly Ave** <br> **Lake Havasu City, AZ  86403** | | | | | | | 0.00 |
| ACCOUNT NO. **3916** <br> **LaRue Distributing Inc.** <br> **P.O.Box 451119** <br> **Omaha, NE  68145-6199** | | | | | | | 0.00 |

Sheet no. ___**314**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
  <sub>Debtor(s)</sub>  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **LaRusso Concrete Co.** <br> 6101 W 11th Ave <br> Denver, CO  80214 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Las Colinas Medical Center** <br> P.O.Box 406225 <br> Atlanta, GA  30384-6225 | | | | | | | 0.00 |
| ACCOUNT NO. **0001** <br> **LaSalle National Leasing Corp.** <br> 1294 Paysphere Circle <br> Chicago, IL  60674 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Laurie B. Williams Trustee** <br> 225 N. Market STE 310 <br> Wichita, KS  67202 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Law Offices of Randell C.Lyon** <br> 2101 West Tulare Ave. <br> Visalia, CA  93277 | | | | | | | 0.00 |
| ACCOUNT NO. **7985** <br> **Lawson Products Inc.** <br> 2689 Paysphere Circle <br> Chicago, IL  60674 | | | | | | | 0.00 |
| ACCOUNT NO. **2564** <br> **Lawson Products Inc.** <br> 2689 Paysphere Circle <br> Chicago, IL  60674 | | | | | | | 0.00 |

Sheet no. ___**315**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                           Case No. _____
_____
Debtor(s)                                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lazer-Trac**<br>**212 NE 50th Ave.**<br>**Portland, OR  97213** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lazos, Joseph** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**LDC Collection Systems**<br>**P.O.Box 30087**<br>**Los Angeles, CA  90030-0087** | | | | | | | 0.00 |
| ACCOUNT NO. **8001**<br>**Leaf Fund III**<br>**P.O.Box 644006**<br>**Cincinnati, OH  45264-4006** | | | | | | | 0.00 |
| ACCOUNT NO. **376V**<br>**Leah Carlette Croft**<br>**C/O TEXAS CSDU**<br>**PO Box 659791**<br>**San Antonio, TX  78265-9791** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Leaman Building Materials, Inc.**<br>**PO Box 80**<br>**Thompsons, TX  77481** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lease Crutcher  Lewis**<br>**107 Spring St.**<br>**Seattle, WA  97104-1052** | | | | | | | 0.00 |

Sheet no. ___**316**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                          Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lee's Service**<br>**1445 I Street**<br>**Reedley, CA  93654** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Legacy Propane**<br>**401 Alexander Ave.**<br>**Tacoma, WA  98421** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lehrer's Flowers**<br>**3191 W. 38th Ave.**<br>**Denver, CO  80211** | | | | | | | 0.00 |
| ACCOUNT NO. **2030**<br>**Lemay Mobile Shredding**<br>**2910 Hogum Bay Rd. NE**<br>**Olympia, WA  98516-3133** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lenard's Concrete Pumping, Inc**<br>**PO Box 3342**<br>**Gilbert, AZ  85299-3342** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lenny's Concrete Pumping**<br>**P.O. Box 5622**<br>**Buena Park, CA  90622-5622** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Leonard Petroleum Equipment**<br>**PO Box 170219**<br>**Boise, ID  83717-0219** | | | | | | | 0.00 |

Sheet no. ___**317**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
                     Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **RUBO** <br><br> **Les Olson Co.** <br> **PO Box 65598** <br> **Salt Lake City, UT  84165-0598** | | | | | | | 0.00 |
| ACCOUNT NO. **RUBO** <br><br> **Les Olson Company** <br> **P.O.Box 65598** <br> **Salt Lake City, UT  84165-0598** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Les Schwab Warehouse Center** <br> **Attn:  Central Billed Dept.** <br> **PO Box 7125** <br> **Bend, OR  97708-7125** | | | | | | | 1,597.76 |
| ACCOUNT NO. <br><br> **Levake Concrete, Inc.** <br> **Any & All Claims for Property Dmg @ Ande** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Lew-Structures** <br> **1879 W. Ham Rapids St.** <br> **Meridian, ID  83646** | | | | | | | 0.00 |
| ACCOUNT NO. **EM93** <br><br> **Lewan & Associates** <br> **P.O. Box 22855** <br> **Denver, CO  80222** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Lewis Brisbois Bisgaard & Smith LLP** <br> **221 North Figueroa Street, Suite 1200** <br> **Los Angeles, CA  90012** | | | | | | | 0.00 |

Sheet no. ___**318**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,597.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lewis Collision Center**<br>**PO Box 8430**<br>**Springdale, AR  72764** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lewis Crane & Hoist, LP**<br>**P.O.Box 531060**<br>**Grand Prairie, TX  75053-1060** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lewis Street Glass Co. Inc**<br>**743 South Market**<br>**Wichita, KS  67211** | | | | | | | 291.26 |
| ACCOUNT NO.<br>**Lewis-Goetz and Co., Inc.**<br>**P.O.Box 895**<br>**Pittsburgh, PA  15230-0895** | | | | | | | 212.16 |
| ACCOUNT NO.<br>**Lewisville, City of-Ambulance Service**<br>**P.O.Box 292997**<br>**Lewisville, TX  75029-2997** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**LexisNexis Mathew Bender**<br>**PO Box 7247-0178**<br>**Philadelphia, PA  19170-0178** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Liberty Auto Glass, Inc.**<br>**PO Box 1231**<br>**Liberty, MO  64068** | | | | | | | 0.00 |

Sheet no. ___**319**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **503.42**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $  _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Liberty Northwest Insurance Corp.**<br>**P.O.Box 8041**<br>**Wausau, WI  54402-9905** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Liberty Press Springfield LLC**<br>**1721 W. College**<br>**Springfield, MO  65806** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lifestyle Home Group**<br>**1354 S. Ridge Rd.**<br>**Wichita, KS  67209** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**LifeWise Assurance Co.**<br>**P.O. Box 34310**<br>**Seattle, WA  98124-1310** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Light Bulb Depot-03-047703**<br>**P.O. Box 2363**<br>**Sarasota, FL  34230-2363** | | | | | | | 66.07 |
| ACCOUNT NO.<br>**Linbeck Group***<br>**PO Box 22500**<br>**Houston, TX  77227** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Linc Service Co.**<br>**4818 South 40th St.**<br>**Phoenix, AZ  85040** | | | | | | | 0.00 |

Sheet no. ___**320**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   66.07

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Lincoln Builders <br> P.O.Box 368 <br> Belfair, WA  98528 | | | | | | | 0.00 |
| ACCOUNT NO. **4857** <br> Lindas Flowers, Inc. <br> 1303 E. Battlefield <br> Springfield, MO  65804 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Lindemuth Inc <br> 125 SW Gage Blvd <br> Topeka, KS  66606 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Line-X Of Seattle <br> 7110 E. Marginal Way S. <br> Seattle, WA  98108 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Links Copnstruction, LLC <br> 101 N Austin St. #1 <br> Denton, TX  76201 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Linweld Inc. <br> 100 B East Ave. A <br> Salina, KS  67401 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Lithko Contracting Inc. <br> P.O.Box 270 <br> Monroe, OH  45050 | | | | | | | 0.00 |

Sheet no. __321__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Littlefield Oil Co.**<br>**3403 Cavanaugh Road**<br>**Fort Smith, AR  72908** | | | | | | | 18,771.12 |
| ACCOUNT NO. **6328**<br>**Livingston International**<br>**P.O.Box 950**<br>**Buffalo, NY  14213** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**LM Construction**<br>**11308 NE 149th St. #A**<br>**Brush Prairie, WA  98606** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lockshop Safe & Vault**<br>**4528 W. Diablo Dr.**<br>**Las Vegas, NV  89118** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lonesome Dove Concrete Pumping LLC**<br>**1059 Amsterdam Rd.**<br>**Belgrade, MT  59714** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Longfellow Drilling Inc.**<br>**RR 1  Box 126**<br>**Clearfield, IA  50840** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Longhorn Alignment**<br>**4739 Lucky Lane**<br>**Dallas, TX  75247** | | | | | | | 0.00 |

Sheet no. ___**322**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **18,771.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Longley Diesel & Equip Service** 4509 PR 6310 Lubbock, TX  79415 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Longshot Enterprises, LLC** 824 N. 9th Street Salina, KS  67401 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Lott Brothers** P.O. Box 203594 Austin, TX  78720 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Louisiana Escort Service, Inc.** PO Box 6172 Lake Charles, LA  70606 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Love, Beal & Nixon, P.C.** Post Office Box 32738 Oklahoma City, OK  73123 | | | | | | | 0.00 |
| ACCOUNT NO. **8896** | | | | | | | |
| **Lowe's** P.O.Box 530954 Atlanta, GA  30353-0954 | | | | | | | 0.00 |
| ACCOUNT NO. **9001** | | | | | | | |
| **Lower Valley Energy** PO Box 188 Afton, WY  83110 | | | | | | | 0.00 |

Sheet no. ___**323**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
_____                                                 (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Lower Valley Glass**<br>P.O.Box 976<br>Thayne, WY  83127 | | | | | | | 0.00 |
| ACCOUNT NO. **0713**<br>**Lowry Ace Hardware**<br>975 W. Prince Road<br>Tucson, AZ  85705 | | | | | | | 24.36 |
| ACCOUNT NO.<br>**Lowther Johnson Attorneys at Law**<br>901 St. Louis Street, 20th Floor<br>Springfield, MO  65806 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lozier**<br>1203 114th Ave.SE<br>Battle Ground, WA  98604 | | | | | | | 0.00 |
| ACCOUNT NO. **5000**<br>**Lu's Lighthouse**<br>9220 Norwalk Blvd.<br>Santa Fe Springs, CA  90670 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lubbock Bolt Bin**<br>3608 Ave. A<br>Lubbock, TX  79404 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Lubbock Central Appraisal Dist.**<br>1715 26th Street<br>PO Box 10568<br>Lubbock, TX  79408-3568 | | | | | | | 0.00 |

Sheet no. ___**324**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **24.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                              Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lubbock Fire Extinguisher Service** <br> P.O.Box 16821 <br> Lubbock, TX  79490 | | | | | | | 0.00 |
| ACCOUNT NO. **9280** <br> **Lubbock Power & Light** <br> City of Lubbock Utilities <br> PO Box 10541 <br> Lubbock, TX  79408-3541 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Lubbock Welding Supply Inc.** <br> 4005 Avenue  A <br> Lubbock, TX  79404-2899 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Lubbock Wrecker Service** <br> P.O.Box 3834 <br> Lubbock, TX  79452 | | | | | | | 0.00 |
| ACCOUNT NO. **2501** <br> **Lubrication Engineers Inc.** <br> PO Box 16025 <br> Wichita, KS  67216 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Lubrication Equpiment & Supply Co.** <br> 3526 E Broadway Rd <br> Phoenix, AZ  85040 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Luna's Glass Works** <br> 1806 S. St. Mary's <br> San Antonio, TX  78210 | | | | | | | 0.00 |

Sheet no. ___**325**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                                   Case No. _____
                                  Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Lyda-Swinerton Builders** <br> **12400 Hwy 281 N., Ste. 200** <br> **PO Box 791070** <br> **San Antonio, TX  78279-1070** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Lynden Transport Inc.** <br> **P.O.Box 3725** <br> **Seattle, WA  98124-3725** | | | | | | | 0.00 |
| ACCOUNT NO. **1240** <br> **M & A Welding Supply Co., Inc.** <br> **PO Box 759** <br> **Cartersville, GA  30120** | | | | | | | 26.54 |
| ACCOUNT NO. **6196** <br> **M & D Supply Inc.** <br> **4580 College St.** <br> **Beaumont, TX  77707** | | | | | | | 109.17 |
| ACCOUNT NO. <br> **M S Properties** <br> **Post Office Box 65099** <br> **Salt Lake City, UT  84165** | | | | | | | 0.00 |
| ACCOUNT NO. **410C** <br> **M&I Marshall & Ilsley Bank** <br> **PO Box 3114** <br> **Milwaukee, WI  53201-3114** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **M&S Rentals, LLC** <br> **P.O. Box 3931** <br> **Flagstaff, AZ  86003** | | | | | | | 0.00 |

Sheet no. ___**326**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal <br> (Total of this page)    $    **135.71**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**M&US Concrete**<br>P.O.Box 11604<br>Lubbock, TX  79408 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**M-K Enterprises**<br>2308 Rainbow AVenue<br>Lake Havasu City, AZ  86403 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**M. Ortiz Trucking**<br>3019 Sandy Point Rd.<br>Bryan, TX  77807 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**M6 Concrete Accessories**<br>1030 S. McComas St.<br>Wichita, KS  67213 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**MA Mortenson Construction**<br>300 Plaza Dr #300<br>Littleton, CO  80129 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Mac Tools - Don Johnson, Distributor**<br>23460 130th Ave. S.E.<br>Kent, WA  98031 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Mac Tools-Thomas Sondenaa**<br>2105 SE Eagle Ave.<br>Gresham, OR  97080 | | | | | | | 0.00 |

Sheet no. ___**327**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Mac's Cooling & Exhaust** 6147 SE Foster Rd. Portland, OR 97206 | | | | | | | 0.00 |
| ACCOUNT NO. **Mach1 Air Services, Onc.** 1530 W. Broadway Rd. Tempe, AZ 85282 | | | | | | | 0.00 |
| ACCOUNT NO. **Machines & Methods, Inc.** P.O.Box 6217 Bellevue, WA 98008 | | | | | | | 0.00 |
| ACCOUNT NO. **Mack of Nashville, LLC** Dept 1265 P.O.Box 2153 Birmingham, AL 35287-1265 | | | | | | | 0.00 |
| ACCOUNT NO. **Mack Truck Sales of Tulsa** 5301 W. 60th St South Tulsa, OK 74107 | | | | | | | 2,386.97 |
| ACCOUNT NO. **Macnak Construction** 20752 Rd. A 3 NW Soap Lake, WA 98851 | | | | | | | 0.00 |
| ACCOUNT NO. **MacVan Productions** 929 W Colorado Ave. Colorado Springs, CO 80905 | | | | | | | 0.00 |

Sheet no. __**328**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 2,386.97

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Madden Industrial Craftsmen, Inc. Oakesdale Commerce Center, Bldg. W2 1000 SW 34th St Ste D Renton, WA  98057-4805 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Madison & Mitchell 7310 W. McNab Rd., Suite 107 Fort Lauderdale, FL  33321 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Magic Valley Towing Inc. 1805 Asterloh Ave Twin Falls, ID  83301 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Mainline Concrete Pumping LLC 4676 Commercial St SE #120 Salem, OR  97302-1902 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Mak Towing 6301 Oakland Albuquerque, NM  87113 | | | | | | | 0.00 |
| ACCOUNT NO. 7928 | | | | | | | |
| Makita U.S.A., Inc. PO Box 60459 Los Angeles, CA  90060-0459 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Mallories Dairy PO Box 720 Silverton, OR  97381 | | | | | | | 0.00 |

Sheet no. ___329___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)      $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                      Case No. _____
                                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Malone Construction** <br>**1608 S. Washington** <br>**Wichita, KS  67211** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Managed Prescription Program** <br>**10860 N. Mavinee Dr.** <br>**Tucson, AZ  85737** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Manhatten Construction** <br>**1601 Ivy LN.** <br>**Arlington, TX  76011** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Manifest Funding Services** <br>**1450 Channel Parkway** <br>**Marshall, MN  56258** | | | | | | | 0.00 |
| ACCOUNT NO. **5891** <br><br>**Mantek** <br>**P.O. Box 971269** <br>**Dallas, TX  75397-1269** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Map Lady (The)** <br>**P.O.Box 68603** <br>**Seattle, WA  98168** | | | | | | | 0.00 |
| ACCOUNT NO. **2596** <br><br>**Mapsco** <br>**P.O.Box 972558** <br>**Dallas, TX  75397-2558** | | | | | | | 0.00 |

Sheet no. ____**330** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____

<div align="center">Debtor(s)                                                    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2003** <br><br>**Marc Nelson Oil Products** <br>**P.O.Box 7135** <br>**Salem, OR  97303** | | | | | | | 0.00 |
| ACCOUNT NO. **UBON** <br><br>**Marcal Lifting Products Co.** <br>**P.O. Box 477** <br>**Alton, IL  62002** | | | | | | | 0.00 |
| ACCOUNT NO. **4636** <br><br>**Marimon Business Systems** <br>**7300 N. Gessner** <br>**Houston, TX  77040-3144** | | | | | | | 0.00 |
| ACCOUNT NO. **676S** <br><br>**Marina Martinez Barrera** <br>**C/O TEXAS CSDU** <br>**PO Box 659791** <br>**San Antonio, TX  78265-9791** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Mark Close Roofing** <br>**399315 W 3900 Road** <br>**Ramona, OK  74061** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Mark D. Perison, P.A.** <br>**PO Box 6575** <br>**Boise, ID  83707-6575** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Mark Dernell Tile Inc.** <br>**6931 E. Costilla Pl.** <br>**Englewood, CO  80112** | | | | | | | 0.00 |

Sheet no. ___**331**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
                                                    Debtor(s)                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Marlow Concrete Pumping** **c/o Marcia's Bookkeeping Service** **17 E State St** **Algona, IA  50511-2633** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Marmon/Keystone Co.** **P.O. Box 96657** **Chicago, IL  60693-6657** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Marriott Rock Products** **5238 W. 2150 N.** **Ogden, UT  84404** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Marshall's** **4110 Olympic St** **Springfield, OR  97478** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Maryland Child Support Services** **PO Box 17396** **Baltimore, MD  21297-1396** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Masco Petroleum, Inc.** **PO Box 43** **Aberdeen, WA  98520** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Mascott Equipment** **435 NE Hancock** **Portland, OR  97212** | | | | | | | 0.00 |

Sheet no. ____**332**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                        Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Masonry Group The**<br>**8188 Lincoln Ave. #100**<br>**Riverside, CA 92504** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Masons Supply Co.**<br>**P.O.Box 42367**<br>**Portland, OR 97242** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Master Rooter Plumbing**<br>**PO Box 208**<br>**Meridian, ID 83680** | | | | | | | **0.00** |
| ACCOUNT NO. **0177**<br>**Master Shaft Inc.**<br>**2020 West Grant St.**<br>**Phoenix, AZ 85009** | | | | | | | **0.00** |
| ACCOUNT NO. **unbo**<br>**Masthead Hose & Supply**<br>**P.O.Box 861777**<br>**Orlando, FL 32886-1777** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Masthead Industries**<br>**PO Box 861777**<br>**Orlando, FL 32886-1777** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Matco Tools**<br>**1231 Weeping Willow**<br>**San Antonio, TX 78232** | | | | | | | **0.00** |

Sheet no. ___**333**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                          Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Matco Tools** <br> **5823 Llano Ave.** <br> **Dallas, TX  75206** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Material Management** <br> **P.O.Box 7258** <br> **Woodland Park, CO  80863** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Matt's Copier Service** <br> **5122 W Iris Ct.** <br> **Visalia, CA  93277** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Mattax Neu Prater Eye Center Inc.** <br> **1265 East Primrose** <br> **Springfield, MO  65804** | | | | | | | 0.00 |
| ACCOUNT NO. **BRUN** <br> **Mattson Distributing Co.** <br> **11711 Fairview Ave** <br> **Boise, ID  83713** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Maumelle Family Practice Clinic** <br> **1701 Club Manor Suite 2** <br> **Maumelle, AR  72113** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Maxair** <br> **11450J Huron** <br> **Denver, CO  80234** | | | | | | | 0.00 |

Sheet no. ___334___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9868** <br> **Maxim Crane Works LP** <br> **Lockbox # 774389** <br> **4389 Solutions Center** <br> **Chicago, IL  60677-4003** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Maximum Electrical Services, LLC** <br> **9310 Meadow Vista Blvd.** <br> **Houston, TX  77064** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Maxwell Supply of Tulsa** <br> **1719 N. Sheridan** <br> **Tulsa, OK  74115** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Maxxom Communications** <br> **13442 Lindsey Rd.** <br> **Cypress, TX  77429** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Mayflower Transit, LLC** <br> **One Mayflower Dr.** <br> **Fenton, MO  63026-1350** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **MBI Industrial Medicine** <br> **3501 West Osborn Road** <br> **Phoenix, AZ  85019** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **MBI Occptnl Healthcare** <br> **3501 West Osborn Road** <br> **Phoenix, AZ  85019** | | | | | | | 0.00 |

Sheet no. ___**335**___ of ___**566**___ continuation sheets attached to                                          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                         Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**McAlvain Leasing, Inc.**<br>**5559 W. Gowen**<br>**Boise, ID  83709** | | | | | | | **497.50** |
| ACCOUNT NO.<br>**MCAQD - Maricopa County Air Quality Depa**<br>**501 N 44th St, Ste 200**<br>**Phoenix, AZ  86008** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**MCC Drug & Alcohol, Inc.**<br>**1236 N. 7th St.**<br>**Grand Junction, CO  81501** | | | | | | | **0.00** |
| ACCOUNT NO. **9300**<br>**McCandless Internatl Trucks**<br>**3780 Losee Road**<br>**North Las Vegas, NV  89030** | | | | | | | **0.00** |
| ACCOUNT NO. **946P**<br>**McCandless of Arizona**<br>**2202 South Central Ave.**<br>**Phoenix, AZ  85004** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**McCann Construction**<br>**PO Box 481**<br>**Renton, WA  98057** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**McCarty Properties, LLC**<br>**710 McCarty Drive**<br>**Houston, TX  77029** | | | | | | | **0.00** |

Sheet no. ___**336**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
           (Total of this page) $ **497.50**

                  Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                            Case No. _____
_____
                        Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**McCollom Construction** <br>518 State St. <br>Augusta, KS 67010 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**McCoy Freightliner** <br>P.O. Box 17218 <br>Portland, OR 97217-0218 | | | | | | | 1,480.84 |
| ACCOUNT NO. <br><br>**McCoy Freightliner of Portland** <br>P.O.Box 17218 <br>Portland, OR 97217-0218 | | | | | | | 0.00 |
| ACCOUNT NO. **0250** <br><br>**McCoy Sales Corporation** <br>PO Box 270088 <br>Littleton, CO 80127-0001 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**McDe's Concrete Pumping, Inc.** <br>P.O.Box 4043 <br>Orange, CA 92863 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**McDe's Rock Pumps, Inc.** <br>PO Box 5974 <br>Orange, CA 92863 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**McDowell Wrecker Service, Inc.** <br>4007 E. Kearney <br>Springfield, MO 65803 | | | | | | | 0.00 |

Sheet no. ___**337**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   1,480.84

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| McEvoy Oil Co. PO Box 28400 Bellingham, WA 98228-0400 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| McFadden-Dale Hardware Co. 4647 S. 32nd Street Phoenix, AZ 85040 | | | | | | | 0.00 |
| ACCOUNT NO. 3688 | | | | | | | |
| McGraw Hill Const. P.O. Box 2242 Carol Stream, IL 60132-2242 | | | | | | | 219.00 |
| ACCOUNT NO. 0848 | | | | | | | |
| McGraw Hill Const. 7625 collection center dr Chicago, IL 60693-0076 | | | | | | | 2,144.52 |
| ACCOUNT NO. 3945 | | | | | | | |
| McGraw Hill Const. 7625 Collection Cntr Dr. Chicago, IL 60693-0076 | | | | | | | 0.00 |
| ACCOUNT NO. 4087 | | | | | | | |
| McGraw Hill Const. 7625 Collection Center Dr. Chicago, IL 60693-0076 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| McGuire Bearing Co. 947 SE Market St. Portland, OR 97214-3574 | | | | | | | 0.00 |

Sheet no. __338__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,363.52**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____  Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **McGuire Tire, LLC** <br> **603 South First St.** <br> **Temple, TX  76504** | | | | | | | **688.47** |
| ACCOUNT NO. <br> **McGuire Woods** <br> **Attn: Accounts Receivable** <br> **901 E Cary St** <br> **Richmond, VA  23219-4030** | | | | | | | **0.00** |
| ACCOUNT NO. **1155** <br> **MCI** <br> **PO Box 371838** <br> **Pittsburgh, PA  15250-7838** | | | | | | | **0.00** |
| ACCOUNT NO. **0187** <br> **MCI** <br> **PO Box 371838** <br> **Pittsburgh, PA  15250-7838** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **MCI Comm Service** <br> **27732 Network Pl** <br> **Chicago, IL  60673-1277** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **McKinstry Co.** <br> **P.O.Box 24567** <br> **Seattle, WA  98124** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **McKnight's Emergency Wrecker Service Inc** <br> **Hwy 71 N** <br> **West Fork, AR  72774-0002** | | | | | | | **0.00** |

Sheet no. ____**339**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **688.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
              Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3650** <br><br> **McLendon Hardware** <br> **715 Lind Ave SW.** <br> **Renton, WA 98057** | | | | | | | 152.59 |
| ACCOUNT NO. <br><br> **McLendon Hardware** <br> **23662 104th Ave. SE** <br> **Kent, WA 98031** | | | | | | | 0.00 |
| ACCOUNT NO. **5547** <br><br> **McLeodUSA** <br> **PO Box 3243** <br> **Milwaukee, WI 53201-3243** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **MDT-Mobile Drug Testing Service Inc** <br> **PO Box 18232** <br> **Phoenix, AZ 85005** | | | | | | | 0.00 |
| ACCOUNT NO. **Bone** <br><br> **Medcenter South** <br> **Box 22063 Dept 0289** <br> **Tulsa, OK 74121-2063** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Medeiros, Joe** <br> **(Expenses)** | | | | | | | 45.80 |
| ACCOUNT NO. **1494** <br><br> **Medical Associtaes of NWA / Mediserve Wa** <br> **PO Box 10197** <br> **Fayetteville, AR 72702** | | | | | | | 0.00 |

Sheet no. ___**340**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
           (Total of this page)   $    **198.39**

                                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                                    Case No. _____
                                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Medical Center Central (The)**<br>**1100 N. Main Street**<br>**Hutchinson, KS  67501** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Medical Cntr S. Arkansas**<br>**P.O.Box 844205**<br>**Dallas, TX  75284-4205** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Medical Ctr of Lewisville**<br>**500 W. Main**<br>**Lewisville, TX  75057** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Medical Imaging of Dallas**<br>**PO Box 814129**<br>**Dallas, TX  75381-4129** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**MedUSA Concrete Pumping Co.**<br>**P.O.Box 590**<br>**Franklin, TN  37065** | | | | | | | 470.00 |
| ACCOUNT NO. **2052**<br>**Memphis Business Journal**<br>**PO Box 36759**<br>**Charlotte, NC  28254-3763** | | | | | | | 0.00 |
| ACCOUNT NO. **3053**<br>**Memphis Light Gas & Water**<br>**PO Box 388**<br>**Memphis, TN  38145-0388** | | | | | | | 0.00 |

Sheet no. ___**341**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **470.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.
_____     Case No. _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Merced Depart. Of Child Support Services**<br>PO Box 3199<br>Merced, CA  95344-1199 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Mercycare Community Physicians**<br>P.O.Box 1824<br>Cedar Rapids, IA  52406 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Merit Construction**<br>3020 S. 96th St<br>Lakewood, WA  98499 | | | | | | | 0.00 |
| ACCOUNT NO. **3849**<br>**Merle's Automt Supply**<br>PO Box 27126<br>Tucson, AZ  85726-7126 | | | | | | | 1,101.76 |
| ACCOUNT NO.<br>**Messerly Concrete**<br>P.O.Box 3106<br>Ogden, UT  84409 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Metal Supermarkets**<br>22029 70th Ave. South<br>Kent, WA  98032-1911 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Metal Supermarkets Dallas**<br>1216 Dolton Dr. Suite 101<br>Dallas, TX  75207 | | | | | | | 0.00 |

Sheet no. ___**342**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     **1,101.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                                    
                        Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Metalmart, Inc.**<br>**P.O. Box 440**<br>**Lehi, UT  84043-0440** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Metaltest Inc.**<br>**1205 5th Ave South**<br>**Kent, WA  98032** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Metcalf & Son Const.**<br>**16570 Lawrence #1232**<br>**Marionville, MO  65705** | | | | | | | **0.00** |
| ACCOUNT NO. **940M**<br><br>**Metric & Multistandard**<br>**120 Old Saw Mill River Rd.**<br>**Hawthorne,    10532-1599** | | | | | | | **0.00** |
| ACCOUNT NO. **1980**<br><br>**Metro Truck Sales, Inc.**<br>**Dept. 1265**<br>**PO Box 2153**<br>**Birmingham, AL  35287-1265** | | | | | | | **0.00** |
| ACCOUNT NO. **0268**<br><br>**Metro Water Services**<br>**P.O.Box 305225**<br>**Nashville, TN  37230-5225** | | | | | | | **0.00** |
| ACCOUNT NO. **8650**<br><br>**Metroplex Welding  Sup.**<br>**1970 W. Norhtwest Hwy.**<br>**Dallas, TX  75220** | | | | | | | **331.47** |

Sheet no. ____**343**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $   **331.47**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
                              Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0703** <br> **MFA Oil Company** <br> **PO Box 805521** <br> **Kansas City, MO  64180-5521** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **MHC Kenworth Dallas** <br> **PO Box 879269** <br> **Kansas City, MO  64187-9269** | | | | | | | 252.40 |
| ACCOUNT NO. **6203** <br> **MHC Kenworth Salina** <br> **PO Box 879269** <br> **Kansas City, MO  64187-9269** | | | | | | | 0.00 |
| ACCOUNT NO. **0820** <br> **MHC Kenworth/Olathe** <br> **P.O.Box 415046** <br> **Kansas City, MO  64141-5046** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Michael T. Rocheleau & Adams and Rochele** | | | | | | | 0.00 |
| ACCOUNT NO. **2823** <br> **Michelin North America** <br> **12398 Collections Center Dr.** <br> **Chicago, IL  60693-0009** | | | | | | | 22,459.89 |
| ACCOUNT NO. <br> **Microtel Inn & Suites-Tulsa** <br> **16518 East Admiral Place** <br> **Tulsa, OK  74116** | | | | | | | 397.00 |

Sheet no. ___**344**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **23,109.29**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Mid Kansas Cooperative Association**<br>P.O. Box D<br>Moundridge, KS  67107 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Mid South Sales**<br>3701 Stagecoach Rd<br>Jefferson, AR  72079 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Mid West Truck Parts&Service**<br>5075 Cook Street<br>Denver, CO  80216 | | | | | | | 0.00 |
| ACCOUNT NO. **8893**<br>**Mid-Continent Concrete Co.**<br>P.O.Box 3878<br>Tulsa, OK  74102-3878 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Mid-Kansas Tool & Electric**<br>P.O. Box 251<br>Salina, KS  67402-0251 | | | | | | | 0.00 |
| ACCOUNT NO. **0365**<br>**Mid-South Sales, Inc.**<br>243 CR 414<br>Jonesboro, AR  72404 | | | | | | | 4,466.62 |
| ACCOUNT NO.<br>**Midco Companies**<br>9101 W. Carpenter Frwy<br>Dallas, TX  75247 | | | | | | | 85.04 |

Sheet no. ___**345**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,551.66**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4000** <br> **Midland Power Coop** <br> P.O.Box 420 <br> Jefferson, IA  50129-0420 | | | | | | | 0.00 |
| ACCOUNT NO. **2203** <br> **Midland Power Cooperative** <br> PO Box 420 <br> Jefferson, IA  50129-0420 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Midland Precast** <br> P.O.Box 50287 <br> Midland, TX  79710-0287 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Midtex Oil, L.P.** <br> PO Box 310339 <br> New Braunfels, TX  78131-0339 | | | | | | | 0.00 |
| ACCOUNT NO. **389** <br> **Midwest Bearing & Chain Co.** <br> P.O.Box 227 <br> Broken Arrow, OK  74013-0227 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Midwest Econo Sales** <br> 17863 Means Rd. <br> La Monte, MO  65337 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Midwest Hose & Specially, Inc.** <br> P.O.Box 96558 <br> Oklahoma City, OK  73143-6558 | | | | | | | 0.00 |

Sheet no. ___**346**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Midwest Internal Medicine** **1840 Mesquite Ave St. B** **Lake Havasu City, AZ  86403** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Midwest Motor Express Inc.** **Box 1496** **Bismarck, ND  58502** | | | | | | | 0.00 |
| ACCOUNT NO. **0228** | | | | | | | |
| **Midwest Paging** **405-C West Hwy, C** **Purdy, MO  65734** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Midwest Wheel Companies** **PO Box 1461** **Des Moines, IA  50305-1461** | | | | | | | 427.95 |
| ACCOUNT NO. | | | | | | | |
| **Mike Ballard** **6187 S. Riverbend Rd.** **Springfield, MO  65810** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Mike's Auto Parts Connection, Inc.** **1144 SE Centennial Court, #B** **Bend, OR  97702** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Mike's Tire & Oil** **P.O.Box 670** **Milford, UT  84751** | | | | | | | 0.00 |

Sheet no. ___**347**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $        **427.95**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                    _____
        Debtor(s)                                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Mike's Wrecker Service** <br>**Hwy 13 & 54 Junc.** <br>**PO Box 16** <br>**Collins, MO  64738-0016** | | | | | | | 0.00 |
| ACCOUNT NO. **1158** <br><br>**Mile-Hi Truck Transmissions** <br>**5300 W 56th Ave.** <br>**Arvada, CO  80002** | | | | | | | 0.00 |
| ACCOUNT NO. **5510** <br><br>**Mileage Masters Store 17** <br>**Dept 237** <br>**PO Box 21228** <br>**Tulsa, OK  74121-1228** | | | | | | | 0.00 |
| ACCOUNT NO. **5465** <br><br>**Miles Sand & Gravel** <br>**P.O.Box 130** <br>**Auburn, WA  98071-0130** | | | | | | | 0.00 |
| ACCOUNT NO. **3150** <br><br>**Mill Supply Company** <br>**P.O.Box 12216** <br>**Salem, OR  97309** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Miller Sanitation** <br>**PO Box 1562** <br>**Thayne, WY  83127** | | | | | | | 108.00 |
| ACCOUNT NO. <br><br>**Milstead Automotive** <br>**29707 W. Hawthorne** <br>**Spring, TX  77386** | | | | | | | 720.00 |

Sheet no. ____**348** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | $ | 828.00 |
|---|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____

   Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Milty's Septic Svc., Inc.** 9375 s 259TH E Ave. Broken Arrow, OK  74014 | | | | | | | 0.00 |
| ACCOUNT NO. **Minnesota Child Support Payment Center** PO Box 64306 Saint Paul, MN  55164-0306 | | | | | | | 0.00 |
| ACCOUNT NO. **Mirage Recovery Service** 8051 Rosemary St. Commerce City, CO  80022-4910 | | | | | | | 0.00 |
| ACCOUNT NO. **Miranda Homes** 17223 SE Royer Rd. Damascus, OR  97089 | | | | | | | 0.00 |
| ACCOUNT NO. **MISDU** State of MI Family Division PO Box 30350 Lansing, MI  48909-7850 | | | | | | | 0.00 |
| ACCOUNT NO. **Mishko Foundations** P.O.Box 2465 Gig Harbor, WA  98335 | | | | | | | 0.00 |
| ACCOUNT NO. **Missile Enterprises LLC** PO Box 3076 Cheyenne, WY  82003 | | | | | | | 0.00 |

Sheet no. __**349**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0230** <br><br>**Mission Industries** <br>**1070 Gauge Ave.** <br>**Lake Havasu City, AZ  86403** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Missman Stanley & Associates, PC** <br>**1011 27th Ave.** <br>**PO Box 6040** <br>**Rock Island, IL  61204-6040** | | | | | | | 0.00 |
| ACCOUNT NO. **5404** <br><br>**Missouri American Water** <br>**PO Box 94551** <br>**Palatine, IL  60094-4551** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Missouri Concrete Association** <br>**MCA** <br>**PO Box 392** <br>**Jefferson City, MO  65102-0392** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**MIT, Inc.** <br>**P.O.Box 907** <br>**Lampasas, TX  76550** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**MJH Builders** <br>**1750 California Ave. #202** <br>**Corona, CA  92881** | | | | | | | 0.00 |
| ACCOUNT NO. **UNO1** <br><br>**MMW Fabrication Ltd.** <br>**P.O. Box 217** <br>**Hurst, TX  76053** | | | | | | | 0.00 |

Sheet no. ____**350**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MNIGuide to Washington Businesses** <br> **1633 Central St.** <br> **Evanston, IL  60201** | | | | | | | 0.00 |
| ACCOUNT NO. **6397** <br> **Mobile Mini LLC** <br> **PO Box 79149** <br> **Phoenix, AZ  85062-9149** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Mobile Modular Mgmt Corp.** <br> **PO Box 45043** <br> **San Francisco, CA  94145-0043** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **ModSpace** <br> **Banc of America Lockbox Services** <br> **12603 Collection Center Dr.** <br> **Chicago, IL  60693-0126** | | | | | | | 0.00 |
| ACCOUNT NO. **1128** <br> **Modular Space Corp.** <br> **12603 Collection Center Dr.** <br> **Chicago, IL  60693** | | | | | | | 0.00 |
| ACCOUNT NO. **7010** <br> **Mohave Market Place** <br> **5480 HWY 95 South** <br> **Fort Mohave, AZ  86426** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **MoKan Communications** <br> **629 South Santa Fe** <br> **PO Box 375** <br> **Chanute, KS  66720-0375** | | | | | | | 0.00 |

Sheet no. ____**351**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Monarch Ford** **132 North D St.** **Exeter, CA  93221** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Monarch Media Group** **3665 Dove Rd.** **Port Huron, MI  48060** | | | | | | | 0.00 |
| ACCOUNT NO. **1725** | | | | | | | |
| **Monarch Utilities I, LP (PMCK14)** **PO Box 4149** **Cedar Park, TX  78630** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Monitronics** **8628 Innovation Way** **Chicago, IL  60682-0086** | | | | | | | 0.00 |
| ACCOUNT NO. **0937** | | | | | | | |
| **Monitronics Funding LP** **Dept. CH 8628** **Palentine, IL** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Montano Development** **3131 Zuni St.** **Denver, CO  80211** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Moody's KMV Company** **PO Box 116647** **Atlanta, GA  30368-6647** | | | | | | | 0.00 |

Sheet no. ___**352**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                           Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Morcon Inc.**<br>**3070 East Post Rd.**<br>**Las Vegas, NV  89120-2789** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Morris Brothers Custom Embroidery Inc.**<br>**12101 West Farm Rd. 60**<br>**Ash Grove, MO  65604** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Mortenson**<br>**700 Meadow Ln. #N**<br>**Minneapolis, MN  55422** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Mortenson, M.A.**<br>**1621 18th St, Ste 400**<br>**Denver, CO  80202** | | | | | | | **0.00** |
| ACCOUNT NO. **0404**<br>**Moss Bros.Ford**<br>**1900 W. Valley Blvd**<br>**Colton, CA  92324** | | | | | | | **0.00** |
| ACCOUNT NO. **6500**<br>**Motel 6**<br>**PO Box 651191**<br>**Charlotte, NC  28265-1191** | | | | | | | **0.00** |
| ACCOUNT NO. **4001**<br>**Motion Industries**<br>**P.O. Box 98412**<br>**Chicago, IL  60693** | | | | | | | **0.00** |

Sheet no. ___**353**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**　　　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **144** <br> **Motor Oil Supply** <br> **1123 4th Avenue North** <br> **Kent, WA  98032** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Mountain Radiology, P.C.** <br> **PO Box 2010** <br> **Glenwood Springs, CO  81602** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Mountain State Employ. Council** <br> **PO Box 539** <br> **Denver, CO  80201-0539** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Mountain West Radiology** <br> **PO Box 1210** <br> **Tooele, UT  84074-1210** | | | | | | | 0.00 |
| ACCOUNT NO. **5764** <br> **Mountain West Truck Center** <br> **1475 W. 2100 S.** <br> **Salt Lake City, UT  84119** | | | | | | | 0.00 |
| ACCOUNT NO. **5332** <br> **Mountain West Truck Center** <br> **1475 W 2100 S.** <br> **Salt Lake City, UT  84119** | | | | | | | 6,082.50 |
| ACCOUNT NO. **3619** <br> **Mountain West Worx** <br> **P.O.Box 60000** <br> **San Francisco, CA  94160** | | | | | | | 0.00 |

Sheet no. __**354**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,082.50**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
                          Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **lsta** <br><br> **Mountainland Supply Co.** <br> **P. O. Box 10** <br> **Orem, UT  84059** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Mowana Big Game Hunting** <br> **1830 South Virgina Street** <br> **Reno, NV  89502** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **MPower Communications** <br> **P.O.Box 60767** <br> **Los Angeles, CA  90060-0767** | | | | | | | 0.00 |
| ACCOUNT NO. **1034** <br><br> **MPower Communications** <br> **P.O.Box 60767** <br> **Los Angeles, CA  90060-0767** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **MRS Fiberglass & Rubber Products, Inc.** <br> **341 E. Brooks Road** <br> **Memphis, TN  38109** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **MS 150** <br> **MS 150** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **MS Society** <br> **Connor Estes** <br> **5646 S Paula Ave** <br> **Springfield, MO  65810-2102** | | | | | | | 0.00 |

Sheet no. ___**355**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____

_____
Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MSC Industrial Supply Co. Inc.**<br>**Dept CH 0075**<br>**Palatine, IL  60055-0075** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**MSO Seals & Gaskets**<br>**P.O. Box 5407**<br>**Katy, TX  77491** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**MSV Limited**<br>**P.O.Box G**<br>**Nederland, TX  77627** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**MT CSED**<br>**Wage Withholding Unit**<br>**PO Box 8001**<br>**Helena, MT  59604-8001** | | | | | | | 0.00 |
| ACCOUNT NO. **0129**<br>**Mt. Hood Chemical**<br>**4444 NW Yeon Ave.**<br>**Portland, OR  97210** | | | | | | | 0.00 |
| ACCOUNT NO. **0129**<br>**Mt. Hood Solutions**<br>**14546 N. Lombard St.**<br>**Portland, OR  97203-6462** | | | | | | | 0.00 |
| ACCOUNT NO. **4322**<br>**Multiquip Inc.**<br>**23688 Network Pl**<br>**Chicago, IL  60673-1633** | | | | | | | 0.00 |

Sheet no. ___**356**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
 Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Murphy Concrete Pump Co., Inc.** <br> P.O. Box 109 <br> Ravenden, AR  72459 | | | | | | | 0.00 |
| ACCOUNT NO. **9201** <br> **Music Mountain Spring Water** <br> PO  Box 2252 <br> Birmingham, AL  35246-0051 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Mustang Concrete Pumping** <br> P.O.Box 4702 <br> Ontario, CA  91761 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **MWB Business Systems** <br> File 50897 <br> Los Angeles, CA  90074-0897 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Myers Pumping Co.** <br> PO Box 800352 <br> Santa Clarita, CA  91380 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Nabholtz Const.** <br> 3301 N. 2rd St. <br> Rogers, AR  72756 | | | | | | | 0.00 |
| ACCOUNT NO. **5706** <br> **NACM Business Credit Service** <br> 7410 So. Creek Road, Ste. 301 <br> Midvale, UT  84047-0460 | | | | | | | 110.00 |

Sheet no. ___**357**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **110.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **NACM Credit Services, Inc.** <br> **P.O.Box 12370** <br> **10670 Barkley St** <br> **Overland Park, KS 66212-1861** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **NAFA** <br> **PO Box 2108** <br> **Keller, TX 76244** | | | | | | | **0.00** |
| ACCOUNT NO. **SCHF** <br> **NAME - SCH F** <br> **NAME LINE 2- SCH F** <br> **ADDRESS LINE - SCH F** <br> **CITY- SCH F,   ZIPCODE- S** | | | **DESCRIPTION - SCH F** | | | | **0.00** |
| ACCOUNT NO. <br> **Nampa & Meridian Irrigation Dist.** <br> **1503 First Street South** <br> **Nampa, ID 83651-4395** | | | | | | | **0.00** |
| ACCOUNT NO. **3633** <br> **NAPA** <br> **2101 Hwy 224** <br> **Denver, CO 80229** | | | | | | | **500.01** |
| ACCOUNT NO. **2025** <br> **Napa** <br> **P.O.Box 1867** <br> **Woodland, WA 98674** | | | | | | | **0.00** |
| ACCOUNT NO. **4102** <br> **Napa** <br> **1124 W. Crawford St.** <br> **Salina, KS 67401** | | | | | | | **0.00** |

Sheet no. ___**358**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **500.01**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                      Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3174** <br><br> **Napa  Auto** <br> **Los Angeles, CA  90074-6893** | | | | | | | 0.00 |
| ACCOUNT NO. **3502** <br><br> **Napa - Black Diamond** <br> **30741 3rd Ave. SWT125** <br> **Black Diamond, WA  98010** | | | | | | | 0.00 |
| ACCOUNT NO.  **410** <br><br> **Napa - Routt County Auto Parts** <br> **2550 Lincoln Ave.** <br> **PO Box 775709** <br> **Steamboat Springs, CO  80477-5709** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **NAPA - Sparks Auto Parts** <br> **1360 N. Lamar** <br> **PO Box 470** <br> **Oxford, MS  38655-0470** | | | | | | | 82.49 |
| ACCOUNT NO. **1200** <br><br> **Napa Auto** <br> **Mogollon Auto Parts, LLC** <br> **330 W Deuce of Clubs** <br> **Show Low, AZ  85901-5817** | | | | | | | 125.33 |
| ACCOUNT NO. **0RPM** <br><br> **Napa Auto** <br> **R.P.M. Auto Parts** <br> **265 E State Rd** <br> **American Fork, UT  84003-2434** | | | | | | | 165.71 |
| ACCOUNT NO. **1384** <br><br> **Napa Auto** <br> **PO Box 848033** <br> **Dallas, TX  75284-8033** | | | | | | | 0.00 |

Sheet no. ___**359**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **373.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1470** <br> **Napa Auto** <br> **80 W. Taylor St.** <br> **Meridian, ID 83642** | | | | | | | 0.00 |
| ACCOUNT NO. **1482** <br> **Napa Auto** <br> **14 E Main St** <br> **PO Box 3157** <br> **Battle Ground, WA 98604-2942** | | | | | | | 0.00 |
| ACCOUNT NO. **1490** <br> **Napa Auto** <br> **138 S Plum St** <br> **Fruita, CO 81521** | | | | | | | 0.00 |
| ACCOUNT NO. **1615** <br> **Napa Auto** <br> **PO Box 848033** <br> **Dallas, TX 75284-8033** | | | | | | | 0.00 |
| ACCOUNT NO. **1801** <br> **Napa Auto** <br> **L.A., CA** | | | | | | | 0.00 |
| ACCOUNT NO. **4450** <br> **Napa Auto** <br> **301 E St. George Blvd** <br> **Saint George, UT 84770** | | | | | | | 0.00 |
| ACCOUNT NO. **5189** <br> **Napa Auto** <br> **Los Angeles, CA 90074-6893** | | | | | | | 0.00 |

Sheet no. ___**360**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5859** <br><br> **Napa Auto** <br> **2250 South Hwy 97** <br> **Redmond, OR  97756** | | | | | | | **0.00** |
| ACCOUNT NO. **6982** <br><br> **Napa Auto** <br> **Los Angeles, CA  90074-6893** | | | | | | | **0.00** |
| ACCOUNT NO. **1310** <br><br> **Napa Auto** <br> **2944 University Ave.** <br> **Riverside, CA  92507** | | | | | | | **0.00** |
| ACCOUNT NO. **2680** <br><br> **Napa Auto** <br> **PO Box 848033** <br> **Dallas, TX  75284-8033** | | | | | | | **0.00** |
| ACCOUNT NO. **0935** <br><br> **Napa Auto** <br> **137 N. Valencia Blvd.** <br> **Woodlake, CA  93286** | | | | | | | **0.00** |
| ACCOUNT NO. **2723** <br><br> **Napa Auto** <br> **Cheyenne Auto Parts, Inc.** <br> **4675 Polaris Ave Ste C** <br> **Las Vegas, NV  89103-5642** | | | | | | | **0.00** |
| ACCOUNT NO. **2916** <br><br> **Napa Auto** <br> **PO Box 409043** <br> **Atlanta, GA  30384-9043** | | | | | | | **27.26** |

Sheet no. ___**361**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     **27.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0830** <br><br> **Napa Auto** <br> **526 S. Oak St.** <br> **Iowa Falls, IA  50126** | | | | | | | 1.85 |
| ACCOUNT NO. **8294** <br><br> **Napa Auto** <br> **1524 Business Loop 70 East** <br> **Columbia, MO  65201** | | | | | | | 0.00 |
| ACCOUNT NO. **8305** <br><br> **Napa Auto** <br> **124 N. Lake Havasu Ave.** <br> **Lake Havasu City, AZ  86403** | | | | | | | 0.00 |
| ACCOUNT NO. **8440** <br><br> **Napa Auto** <br> **PO Box 409043** <br> **Atlanta, GA  30384-9043** | | | | | | | 352.88 |
| ACCOUNT NO. **5244** <br><br> **Napa Auto** <br> **PO Box 848033** <br> **Dallas, TX  75284-8033** | | | | | | | 0.00 |
| ACCOUNT NO. **1315** <br><br> **Napa Auto** <br> **A&M Parts,  LLC** <br> **PO Box 445** <br> **Spearville, KS  67876-0445** | | | | | | | 0.00 |
| ACCOUNT NO. **2100** <br><br> **Napa Auto / All-Star Auto Parts** <br> **PO Box 4478** <br> **Bedford, WY  83112-0478** | | | | | | | 158.17 |

Sheet no. ___**362**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   512.90

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
<div align="center">Debtor(s)                                                    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1475**<br>**Napa Auto dba Grand Canyon Auto Supply I**<br>**1865 E. Butler Ave.**<br>**Flagstaff, AZ  86001** | | | | | | | 0.00 |
| ACCOUNT NO. **1195**<br>**Napa Auto Parts**<br>**McCoy Auto Parts**<br>**395 S Ocoee St**<br>**Cleveland, TN  37311-5950** | | | | | | | 312.52 |
| ACCOUNT NO. **2031**<br>**Napa Auto Parts**<br>**Double RR and D**<br>**949 Railroad Ave**<br>**Rifle, CO  81650-3513** | | | | | | | 0.00 |
| ACCOUNT NO. **410**<br>**Napa Auto Parts**<br>**Routt County Auto Parts**<br>**PO Box 775709**<br>**Steamboat Springs, CO  80477-5709** | | | | | | | 0.00 |
| ACCOUNT NO. **415**<br>**Napa Genuine Auto Parts**<br>**311 E. Valley Blvd.**<br>**Colton, CA  92324** | | | | | | | 0.00 |
| ACCOUNT NO. **3745**<br>**Napa WestBay Auto Parts**<br>**2610 SE. Mile Hill Dr.**<br>**Port Orchard, WA  98366** | | | | | | | 0.00 |
| ACCOUNT NO. **2814**<br>**NAPA-Genuine Parts Co.**<br>**P.O.Box 848033**<br>**Dallas, TX  75284-8033** | | | | | | | 0.00 |

Sheet no. ___**363**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal<br>(Total of this page) $   312.52</div>

<div align="right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)  $</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                            Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  327  **NAPA-Jayhawk Auto** **1124 W. Crawford St.** **Salina, KS  67401** | | | | | | | 53.17 |
| ACCOUNT NO.  **Narum Concrete** **2027 Carl St.** **Walla Walla, WA  99362** | | | | | | | 0.00 |
| ACCOUNT NO. 0097  **Nashville Electric Service** **1214 Church Street** **Nashville, TN  37246-0003** | | | | | | | 0.00 |
| ACCOUNT NO. 07BB  **National Business Listings** **130 Church Street #367** **New York, NY  10007** | | | | | | | 0.00 |
| ACCOUNT NO.  **National Collections Services Co.** **6560 N Scottsdale Rd., Suite E-101** **Paradise Valley, AZ  85253** | | | | | | | 0.00 |
| ACCOUNT NO.  **National Construction Rentals** **PO Box 4503** **Pacoima, CA  91333-4503** | | | | | | | 0.00 |
| ACCOUNT NO. O043  **National Home Centers** **P.O.Box 789 HWY 265 North** **Springdale, AR  72765** | | | | | | | 0.00 |

Sheet no. ___**364**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     53.17

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0743** <br><br> **National Home Centers** <br> **P.O.Box 789** <br> **Springdale, AR 72765** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **National Imaging Systems** <br> **PO Box 3395** <br> **Van Nuys, CA 91407** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **National Safety, Inc.** <br> **6910 South 196th St.** <br> **Kent, WA 98032** | | | | | | | 699.53 |
| ACCOUNT NO. <br><br> **National Telecom** <br> **734 James Street** <br> **Maize, KS 67101-9643** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **NationSearch** <br> **11160 Huron St.#201** <br> **Denver, CO 80234** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Nationsearch.com LLC** <br> **3879 E. 120th Ave. #338** <br> **Denver, CO 80233** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Nationwide Flood Insurance Program** <br> **PO Box 70306** <br> **Charlotte, NC 28272-0306** | | | | | | | 0.00 |

Sheet no. ___**365**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **699.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.                         Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nationwide Ins.Co. of America**<br>**1100 Locust Dept. 5595**<br>**Des Moines, IA  50391-5595** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Nationwide Mutual Fire Insurance Co.**<br>**Flood Insurance Processing Center**<br>**PO Box 410013**<br>**Salt Lake City, UT  84141-0013** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Naylor Concrete**<br>**821 SW 66th St.**<br>**Oklahoma City, OK  73139** | | | | | | | **0.00** |
| ACCOUNT NO. **8800**<br>**NC Power Systems/ NC Machinery**<br>**PO Box 58201**<br>**Seattle, WA  98138-1201** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**NC Sturgeon LP**<br>**PO Box 60708**<br>**Midland, TX  79711** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**NCT Construction**<br>**24836 SW 65th Ave.**<br>**Tualatin, OR  97062** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**ND State Disbursement Unit**<br>**P.O. BOX 7280**<br>**Bismarck, ND  58507** | | | | | | | **0.00** |

Sheet no. ____**366** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NDT International, Inc.<br>711 Creek Road<br>West Chester, PA  19382 | | | | | | | 0.00 |
| ACCOUNT NO. 2900<br>Nebar Hose & Fittings<br>4778 Shilshole Ave. NW<br>Seattle, WA  98107 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Nebraska Child Support Payment Center<br>PO Box 82890<br>Lincoln, NE  68501-2890 | | | | | | | 0.00 |
| ACCOUNT NO. 5792<br>Necco Coffee<br>1001 East 11th Street<br>Kansas City, MO  64106 | | | | | | | 0.00 |
| ACCOUNT NO. 3565<br>Neopost<br>P.O.Box 45800<br>San Francisco, CA  94145-0800 | | | | | | | 0.00 |
| ACCOUNT NO. 8108<br>Neopost Leasing<br>PO Box 45822<br>San Francisco, CA  94145-0822 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Neopost/Postage on Call | | | | | | | 0.00 |

Sheet no. ___367___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                          Case No. _____
_____
Debtor(s)                                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Nese Aiumu Design-LLC** 10624 28th Ave SW Seattle, WA  98146-1926 | | | | | | | 0.00 |
| ACCOUNT NO. **Netcom Corporation** 1740 S. 135, Suite 120 Carrollton, TX  75006 | | | | | | | 0.00 |
| ACCOUNT NO. **Network Concrete Pumping** 2162 Candlelight Cirlce Corona, CA  92880 | | | | | | | 0.00 |
| ACCOUNT NO. **Network Recruiting Corporation** PO Box 970817 Dallas, TX  75397-0817 | | | | | | | 0.00 |
| ACCOUNT NO. **UN06** **Nevada Bolt &and Hose** PO Box 531463 Henderson, NV  89053 | | | | | | | 0.00 |
| ACCOUNT NO. **8462** **Nevada Power** PO Box 30086 Reno, NV  89520-3086 | | | | | | | 0.00 |
| ACCOUNT NO. **Nevada Transit & Laser** 5720 South Arville St., Suite #110 Las Vegas, NV  89118 | | | | | | | 0.00 |

Sheet no. ____**368**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                        Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Nevada Unclaimed Property** State of Nevada 555 E Washington Ave Ste 4200 Las Vegas, NV 89101-1070 | | | | | | | 0.00 |
| ACCOUNT NO. **Never Alone On Hold** Frank G. Pival PO Box 76 Kingston, WA 98346-0076 | | | | | | | 0.00 |
| ACCOUNT NO. **New Concepts Auto Service, Inc.** P.O.Box 20123 Spokane, WA 99204 | | | | | | | 0.00 |
| ACCOUNT NO. **New England Bus. Serv, Inc. (NEBS)** PO Box 88042 Chicago, IL 60680-1042 | | | | | | | 0.00 |
| ACCOUNT NO. **6664** **New Horizons CLC of Denver, Inc.** P.O. Box 677574 Dallas, TX 75267-7574 | | | | | | | 0.00 |
| ACCOUNT NO. **New Legacy Corp.** P.O.Box 1917 Rancho Cucamonga, CA 91729 | | | | | | | 0.00 |
| ACCOUNT NO. **New Mexico Trucking Assn., Inc.** 4809 Jefferson NE Albuquerque, NM 87109 | | | | | | | 0.00 |

Sheet no. _____**369**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                                      _____
                    Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**New View Windshield Repair**<br>7805 W. 62nd Ave.<br>Arvada, CO 80004 | | | | | | | 0.00 |
| ACCOUNT NO. **7541**<br>**Nexair**<br>P.O. Box 125<br>Memphis, TN 38101-0125 | | | | | | | 0.00 |
| ACCOUNT NO. **2312**<br>**Nextel / Sprint**<br>PO Box 4181<br>Carol Stream, IL 60197-4181 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Nextran Truck Center - Kennesaw**<br>1414 Shiloh Rd.<br>Kennesaw, GA 30144 | | | | | | | 34.12 |
| ACCOUNT NO.<br>**Nextran Truck Center-Atlanta**<br>780 Memorial Drive S.E.<br>Atlanta, GA 30316 | | | | | | | 95.64 |
| ACCOUNT NO.<br>**NH Dept of Health and Human Services**<br>Regional Processing Center<br>PO Box 9501<br>Manchester, NH 03108-9501 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Nichols Concrete Equip. Co., Inc.**<br>P.O.Box 454<br>Saginaw, AL 35137 | | | | | | | 0.00 |

Sheet no. ___**370**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 129.76

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
_____
Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nicholson Engineering Co.**<br>**680 E. 11th Street**<br>**PO Box 1006**<br>**Tacoma, WA 98401-1006** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Nilco Enterprises, Inc.**<br>**Environmental Services**<br>**PO Box 540607**<br>**Dallas, TX 75354-0607** | | | | | | | 0.00 |
| ACCOUNT NO. **9790**<br>**Nixa Hardware & Seed**<br>**PO Box 1560**<br>**Nixa, MO 65714** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**NMAPC**<br>**1501 Lee Highway Suite 202**<br>**Arlington, VA 22209** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**NMTA**<br>**4809 Jefferson NE**<br>**Albuquerque, NM 87109** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Noble Howze Family Trust**<br>**19474 Enos Lane**<br>**Bakersfield, CA 93312** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Norco, Inc.**<br>**PO Box 15299**<br>**Boise, ID 83715** | | | | | | | 0.00 |

Sheet no. ____**371**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
_____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Norman- Spencer Agency, Inc.**<br>**8075 Washington Village Dr.**<br>**Dayton, OH  45458** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**North American Plywood**<br>**12343 Hawkins St.**<br>**Santa Fe Springs, CA  90670** | | | | | | | 0.00 |
| ACCOUNT NO. **3283**<br>**North American Plywood**<br>**12343 Hawkins St.**<br>**Santa Fe Springs, CA  90670** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**North American Transaction Services**<br>**DO NOT USE!  See Bruckners account.** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**North Carolina Child Support**<br>**PO Box 900012**<br>**Raleigh, NC  27675-9012** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**North Coast Elect Co.**<br>**PO Box 34399**<br>**Seattle, WA  98124-1399** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**North Pacific Supply Co.**<br>**16250 S.E. Evelyn St.**<br>**Clackamas, OR  97015** | | | | | | | 0.00 |

Sheet no. ____**372**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **North SP Family Med Walk** <br> **2619 N. Kansas Ave.** <br> **Springfield, MO  65803** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **North Star MDWCA** <br> **P.O.Box 1120** <br> **Aztec, NM  87410** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **North Texas Orthopedis** <br> **2535 Ira E Woods Ave** <br> **Grapevine, TX  76051** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **North Texas Tollway Authority** <br> **Customer Service Center** <br> **PO Box 260928** <br> **Plano, TX  75026-0928** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **North Valley Emergency Phsicians LLC** <br> **PO Box 430** <br> **Spanish Fork, UT  84660-0430** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **North Vue Motel** <br> **509 Poplar Street** <br> **Avon, SD  57315** | | | | | | | 0.00 |
| ACCOUNT NO. **3501** <br> **North Washington** <br> **Street Water & Sanitation Dist** <br> **3172 E 78th Ave** <br> **Denver, CO  80229-6120** | | | | | | | 0.00 |

Sheet no. **373** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **North West Medical** <br> **c/o Gugielmo & Associates** <br> **PO Box 41688** <br> **Tucson, AZ  85717-1688** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Northern Concrete** <br> **P.O.Box 550243** <br> **Dallas, TX  75355-0243** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Northern Energy - Everett** <br> **PO Box 846** <br> **Snohomish, WA  98291-0846** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Northern Gillette Warehouse Condos, LLC** <br> **9226 Teddy Lane Suite 100** <br> **Littleton, CO  80124** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Northwest Arkansas Home** <br> **Builders Association** <br> **PO Box 6187** <br> **Springdale, AR  72766-6187** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Northwest Cascade** <br> **P.O. Box 73399** <br> **Puyallup, WA  98373** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Northwest Concrete** <br> **P.O.Box 1271** <br> **Chehalis, WA  98532** | | | | | | | 0.00 |

Sheet no. ___**374**___ of ___**566**___ continuation sheets attached to                                    Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)    $

                                                                                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                                        Debtor(s)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2038** <br><br> **Northwest Drive Train Service** <br> **11432 FM529** <br> **Houston, TX 77041** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Northwest Emergency Phys., Inc.** <br> **P.O.Box 740021** <br> **Cincinnati, OH 45274-0021** | | | | | | | 0.00 |
| ACCOUNT NO. **0659** <br><br> **Northwest Equipment Sale** <br> **PO Box 16510** <br> **Boise, ID 83715** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **NorthWest Handling Systems Inc** <br> **PO Box 34936** <br> **Dept 3051** <br> **Seattle,    98124-1936** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Northwest Industrial Equipment** <br> **22023-70th Avenue South** <br> **Kent, WA 98032** | | | | | | | 492.06 |
| ACCOUNT NO. <br><br> **Northwest Laborers - Employees Trust Fun** <br> **PO Box 34143** <br> **Seattle, WA 98124** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Northwest Landscape Services** <br> **P.O.Box 864** <br> **Woodinville, WA 98072** | | | | | | | 0.00 |

Sheet no. ___**375**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
           (Total of this page) $     **492.06**

                 Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                                  Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Northwest Mailing, Inc.**<br>6017 N Julia St.<br>Spokane, WA  99217 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Northwest Oil Solutions**<br>P.O. Box 1261<br>Washougal, WA  98671 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Northwest Pump & Equipment**<br>2800 NW 31st Avenue<br>Portland, OR  97210 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Northwest Steel & Pipe, Inc.**<br>Post Office Box 11247<br>Tacoma, WA  98411-0247 | | | | | | | 0.00 |
| ACCOUNT NO. **0001**<br>**Nova Health Care**<br>110 Cypress Station, Suite 280<br>Houston, TX  77090 | | | | | | | 0.00 |
| ACCOUNT NO. **0002**<br>**Nova HealthCare Centers**<br>110 Cypress Station Suite 280<br>Houston, TX  77090 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Novak General Contractor**<br>PO Box 597<br>Yucaipa, CA  92399 | | | | | | | 0.00 |

Sheet no. ___**376**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                     Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nu Era Technologies, Inc.**<br>P.O.Box 59223<br>Renton, WA  98058-2223 | | | | | | | 0.00 |
| ACCOUNT NO. **7008**<br>**Nuvox Comm.of Missouri**<br>PO Box 580010<br>Charlotte, NC  28258-0010 | | | | | | | 0.00 |
| ACCOUNT NO. **8565**<br>**Nuvox Communications**<br>PO Box 580010<br>Charlotte, NC  28258-0010 | | | | | | | 0.00 |
| ACCOUNT NO. **6990**<br>**Nuvox Communications**<br>PO Box 580010<br>Charlotte, NC  28258-0010 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Nuway Inc.**<br>8992 Jurupa Rd.<br>Riverside, CA  92509 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**NW Business Journal**<br>2790 S. Thompson<br>Springdale, AR  72764 | | | | | | | 0.00 |
| ACCOUNT NO. **0131**<br>**NW Natural**<br>PO Box 6017<br>Portland, OR  97228-6017 | | | | | | | 0.00 |

Sheet no. ___**377**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.      Case No. _____
                  Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **NW Quality Construction** <br> 3103 NE Rocky Butte Rd. <br> Portland, OR  97220 | | | | | | | 0.00 |
| ACCOUNT NO. **BO02** <br> **NWB Technology, LLC** <br> dba Bolinder Company <br> 1830 Highway 112 <br> Tooele, UT  84074-9846 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **O M Concrete** <br> 10970 Arrow Route #103 <br> Rancho Cucamonga, CA  91730 | | | | | | | 0.00 |
| ACCOUNT NO. **7609** <br> **O'Reilly Auto Parts** <br> PO Box 790098 <br> Saint Louis, MO  63179-0098 | | | | | | | 295.58 |
| ACCOUNT NO. **9558** <br> **O'Reilly Auto Parts** <br> PO Box 790098 <br> Saint Louis, MO  63179-0098 | | | | | | | 84.13 |
| ACCOUNT NO. **5186** <br> **O'Reilly Auto Parts** <br> PO Box 790098 <br> Saint Louis, MO  63179-0098 | | | | | | | 1,242.63 |
| ACCOUNT NO. **8042** <br> **O'Reilly Auto Parts** <br> PO Box 790098 <br> Saint Louis, MO  63179-0098 | | | | | | | 24.10 |

Sheet no. ___**378**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,646.44

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____          Case No. _____
　　　　　　　　　　　　Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2822** <br><br> **O'Reilly Auto Parts** <br> **PO Box 790098** <br> **Saint Louis, MO  63179-0098** | | | | | | | 258.45 |
| ACCOUNT NO. **0653** <br><br> **O'Reilly Auto Parts** <br> **PO Box 790098** <br> **Saint Louis, MO  63179-0098** | | | | | | | 28.76 |
| ACCOUNT NO. **5528** <br><br> **O'Reilly Auto Parts** <br> **PO Box 790098** <br> **Saint Louis, MO  63179-0098** | | | | | | | 35.88 |
| ACCOUNT NO. **0159** <br><br> **O'Rings and Things** <br> **14546 Hawthorne Ave** <br> **Fontana, CA  92335-1143** | | | | | | | 0.00 |
| ACCOUNT NO. **U002** <br><br> **O'Rourke Petroleum Products & Solutions** <br> **PO Box 200910** <br> **Houston, TX  77216-0910** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **O'Shea Memorial Clinic** <br> **P.O. Box 310** <br> **Jetmore, KS  67854** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Oak Tree Inn** <br> **Lodging Enterprises Inc** <br> **8080 E Central Ave Ste 180** <br> **Wichita, KS  67206-2371** | | | | | | | 0.00 |

Sheet no. ___**379**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 323.09

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                   Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Oak Tree Inn/Penny's Diner** 1731 S. Sunridge Dr. Yuma, AZ 85364 | | | | | | | 0.00 |
| ACCOUNT NO. **4269** **Oakland Lubrication Co.** POBox 679 Nixa, MO 65714 | | | | | | | 0.00 |
| ACCOUNT NO. **OakLeaf Enterprises, Inc dba Fas-Break G** PO Box 5279 Tucson, AZ 85703-0279 | | | | | | | 0.00 |
| ACCOUNT NO. **Oakleaf Glass Enterprises Inc.** **DBA Oakleaf Auto Glass Co.** PO Box 5991 Tucson, AZ 85703-0279 | | | | | | | 0.00 |
| ACCOUNT NO. **Obayashi Corp.** 2742 6th Place South Seattle, WA 98134 | | | | | | | 0.00 |
| ACCOUNT NO. **Occ Health Centers of Georgia** P.O.Box 82730 Atlanta, GA 30354-0730 | | | | | | | 0.00 |
| ACCOUNT NO. **Occ-Med Associates of Lubbock** 25 Briercroft Office Park Lubbock, TX 79412 | | | | | | | 0.00 |

Sheet no. **380** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Occ. Health Center of SW**<br>P.O.Box 975287<br>Dallas, TX  75397-5287 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**OccMed Associates Medical Group, PA**<br>#25 Briercroft Office Park<br>Lubbock, TX  79412 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Occupational Care Team**<br>4002 Technology Center<br>Longview, TX  75605 | | | | | | | 0.00 |
| ACCOUNT NO. **BONE**<br>**Occupational Health Care, Intl**<br>1234 West So.Jordan Parkway, Ste.A<br>South Jordan, UT  84095 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Occupational Health Network**<br>1161 Deadwood Ave. Ste 9<br>Rapid City, SD  57702 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Occupational Health Partners LLC**<br>1101 E. Republic<br>Salina, KS  67401 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Occupational Health Serv.**<br>3600 Lind Ave SW Ste 170<br>Renton, WA  98057 | | | | | | | 0.00 |

Sheet no. ___**381**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Occupational Medicine Assoc of Kitsap 10513 Silverdale Way NW, Ste 101 Silverdale, WA 98383 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Occupational Medicine Dept. Mountain Medical Group 1302 NE 3rd St Bend, OR 97701-4333 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Occupational Testing, Inc. P.O.Box 1246 Brookshire, TX 77423 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| OCONNOR 2200 North Loop West, Suite 200 Houston, TX 77018 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Off Beach Concrete Pumping PO Box 1580 Florence, OR 97439 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Office of Recovery Services Post Office Box 45011 Salt Lake City, UT 84145-0011 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Office of the Guardian Ad Litem P.O. Drawer 551269 Dallas, TX 75355-1269 | | | | | | | 0.00 |

Sheet no. ___**382**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Office of the Guardian/POB 452**<br>**Ad Litem**<br>**PO Box 452**<br>**McKinney, TX  75070-8138** | | | | | | | 0.00 |
| ACCOUNT NO. **3484**<br>**Office Team**<br>**PO Box 60000**<br>**San Francisco, CA  94160-3484** | | | | | | | 0.00 |
| ACCOUNT NO. **U001**<br>**OfficeScapes**<br>**PO Box 975066**<br>**Dallas, TX  75397-5066** | | | | | | | 0.00 |
| ACCOUNT NO. **6020**<br>**OG&E Elec Srv.**<br>**PO Box 24990**<br>**Oklahoma City, OK  73124-0990** | | | | | | | 0.00 |
| ACCOUNT NO. **8555**<br>**OG&E Elec Srv.**<br>**P.O. Box 24990**<br>**Oklahoma City, OK  73124-0990** | | | | | | | 0.00 |
| ACCOUNT NO. **0862**<br>**OG&E Elec Srv.**<br>**PO Box 24990**<br>**Oklahoma City, OK  73124-0990** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ogallala Ready Mix Co.**<br>**P.O.Box 178**<br>**Ogallala, NE  69153** | | | | | | | 0.00 |

Sheet no. ___**383**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7281** <br><br> **Ogburn's Truck Parts of Dallas** <br> **PO Box 4630** <br> **Fort Worth, TX  76164-0630** | | | | | | | **444.05** |
| ACCOUNT NO. <br><br> **Ogburn's Truck Parts-San Antonio** <br> **P.O.Box 4630** <br> **Fort Worth, TX  76164-0630** | | | | | | | **0.00** |
| ACCOUNT NO. **1802** <br><br> **Ogden City Utilities** <br> **133 W 29th St.** <br> **Ogden, UT  84401-3534** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Ogletree, Deakins, Nash, Smoak & Stewart** <br> **P.O. Box 89** <br> **Columbia, SC  29202** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **OHC of the S.W. (CO)** <br> **P.O.Box 9009** <br> **Broomfield, CO  80021** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Ohio Child Support Payment Central** <br> **PO Box 182394** <br> **Columbus, OH  43218-2394** | | | | | | | **0.00** |
| ACCOUNT NO. **0615** <br><br> **Oil Filter Service Co.** <br> **615 S.E. Market Street** <br> **Portland, OR  97214-3522** | | | | | | | **0.00** |

Sheet no. ___**384**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   **444.05**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                      Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4379**<br>**Oil Patch Petroleum, Inc.**<br>**1526 North Padre Island Dr.**<br>**Corpus Christi, TX 78408** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**OK Centralized Support Registry**<br>**P.O, Box 268809**<br>**Oklahoma City, OK 73126-8809** | | | | | | | 206.78 |
| ACCOUNT NO.<br>**Oklahoma Fleet Services, Inc**<br>**645 W. 4 ST#1**<br>**Tulsa, OK 74107** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Oklahoma Natural Gas**<br>**Acct# 211018140 1715378 82**<br>**Dept 1234**<br>**Tulsa, OK 74186-0002** | | | | | | | 0.00 |
| ACCOUNT NO. **0591**<br>**Oklahoma Natural Gas**<br>**P.O.Box 268826**<br>**Oklahoma City, OK 73126-8826** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Oklahoma Safety Council**<br>**4323 NW 63rd**<br>**Oklahoma City, OK 73116** | | | | | | | 0.00 |
| ACCOUNT NO. **103a**<br>**Oklahoma State Troopers Magazine**<br>**8801 South Olie, Bldg 2**<br>**Oklahoma City, OK 73139** | | | | | | | 0.00 |

Sheet no. ___**385**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
            (Total of this page)  $    206.78

                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                            Case No. _____
_____                                                                  _____
Debtor(s)                                                                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Oklahoma Turnpike Authority PO Box 960029 Oklahoma City, OK 73196-0001 | | | | | | | 0.00 |
| ACCOUNT NO. **0010** | | | | | | | |
| Oklahoman, The PO Box 268881 Oklahoma City, OK 73126-8881 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Oli Vibrator 4070 Buford Highway, Suite 5 Duluth, GA 30096 | | | | | | | 283.28 |
| ACCOUNT NO. | | | | | | | |
| Olin Engineering, Inc. 15592 Computer Lane Huntington Beach, CA 92649 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Olive Concrete PO Box 1117 Olalla, WA 98359 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Olson Law Office P.O. Box 3898 Salt Lake City, UT 84110 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Olympia Sand & Gravel Company Post Office Box 1517 Olympia, WA 98507 | | | | | | | 0.00 |

Sheet no. ____**386**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   283.28

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                              (If known)
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Olympic Collections Inc.** <br> **16040 Christensen Rd STE 214** <br> **Seattle, WA  98188** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Omaha Standard Distribution** <br> **P.O. Box 30025** <br> **Omaha, NE  68103-1125** | | | | | | | 0.00 |
| ACCOUNT NO. **70RT** <br> **Omnex** <br> **74-1833 Coast Meridian Road** <br> **Port Coquitlam,    V3C 6G5** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **On-Site Fuel Service** <br> **Dept AT49997** <br> **Atlanta, GA  31192-9997** | | | | | | | 8,133.45 |
| ACCOUNT NO. <br> **One Source - Phoenix** <br> **4422 E University Dr.** <br> **Phoenix, AZ  85034** | | | | | | | 60.67 |
| ACCOUNT NO. <br> **One Source Supply Center** <br> **10885 Washington Blvd** <br> **Culver City, CA  90232** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Oregon - ACI (American Concrete Institut** | | | | | | | 0.00 |

Sheet no. ___**387**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | 8,194.12

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.　　　　　　　　Case No. _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Oregon Commercial Heating Inc.**<br>P.O.Box 1080<br>Molalla, OR  97038 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Oregon Concrete & Aggregate Producers As**<br>737 13th St. SE<br>Salem, OR  97301 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Oregon Department Of Justice**<br>Child Support Accting Unit<br>PO Box 14506<br>Salem, OR  97309-0420 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Oregon Electric Group**<br>1010 SE 11th Ave.<br>Portland, OR  97214 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Oregon Screed Services, LLC.**<br>7355 22 Ave. N<br>Salem, OR  97303 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Orem Community Hospital**<br>P.O.Box 30180<br>Salt Lake City, UT  84130-0180 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Orena Construction**<br>9200 Forney Ave.<br>Dallas, TX  75227 | | | | | | | 0.00 |

Sheet no. ___**388**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3085** <br><br> **Orkin Exterminating** <br> **PO BOX 426** <br> **Broomfield, CO  80038** | | | | | | | 0.00 |
| ACCOUNT NO. **4780** <br><br> **Orkin Exterminating** <br> **PO Box 426** <br> **Broomfield, CO  80038-0426** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Osburn Contractors** <br> **1917 Copper St.** <br> **Garland, TX  75042** | | | | | | | 0.00 |
| ACCOUNT NO. **9830** <br><br> **Ott's Friction Supply** <br> **201 N. Columbia Blvd.** <br> **Portland, OR  97217** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Otto Rosenau & Associates, Inc.** <br> **6747 Martin Luther King Jr. Way S.** <br> **Seattle, WA  98118-3216** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Out of the Woods Enterprises** <br> **791 West 425 North** <br> **Lindon, UT  84042** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Overhead Door Co of Colorado Springs** <br> **1205 Ford St.** <br> **Colorado Springs, CO  80915-2998** | | | | | | | 0.00 |

Sheet no. _____**389** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                                      Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3935**<br>**Overhead Door Co.**<br>**PO Box 580997**<br>**Tulsa, OK  74158-0997** | | | | | | | 0.00 |
| ACCOUNT NO. **U729**<br>**Overhead Door Co.of Lubbock**<br>**P.O. Box 16624**<br>**Lubbock, TX  79490** | | | | | | | 0.00 |
| ACCOUNT NO. **0051**<br>**Oxford Suites**<br>**12226 N. Jantzen Dr.**<br>**Portland, OR  97217** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ozark Fluid Power, Inc.**<br>**10801 E. Otter Creek Blvd.**<br>**Mabelvale, AR  72103** | | | | | | | 0.00 |
| ACCOUNT NO. **0290**<br>**Ozark Mountain Energy, Inc.**<br>**P.O. Box 391**<br>**Mount Vernon, MO  65712** | | | | | | | 0.00 |
| ACCOUNT NO. **4196**<br>**Ozarka**<br>**PO Box 856680**<br>**Louisville, KY  40285-6680** | | | | | | | 0.00 |
| ACCOUNT NO. **0001**<br>**Ozarka -Eureka Water Co**<br>**P.O.Box 26730**<br>**Oklahoma City, OK  73126** | | | | | | | 0.00 |

Sheet no. ___**390**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                        Case No. _____
                    Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9796** <br><br>**Ozarka Natural Spring Water**<br>**PO Box 856680**<br>**Louisville, KY  40285-6680** | | | | | | | 0.00 |
| ACCOUNT NO. **9000** <br><br>**Ozarka Water & Coffee Service      (25**<br>**Oklahoma City, OK  73126-0730** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Ozarko Tire Center**<br>**P.O. Box 1087**<br>**West Plains, MO  65775** | | | | | | | 334.65 |
| ACCOUNT NO. <br><br>**P & S Truck Center**<br>**161 East Valley Blvd.**<br>**Rialto, CA  92376** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**P.M. Testing Laboratory, Inc.**<br>**3921 Pacific Hwy East**<br>**Tacoma, WA  98424** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**P.O. Machine L.L.C**<br>**1910 West Price Street**<br>**Tucson, AZ  85705** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Pace Pacific**<br>**3731 E. University Dr.**<br>**Phoenix, AZ  85034** | | | | | | | 0.00 |

Sheet no. ___**391**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $         334.65

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
<div style="text-align:center">Debtor(s)                                                                      (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pace Setter Excavating L.L.C.**<br>**5515 E. Huffman Dr.**<br>**PO Box 596**<br>**Kechi, KS  67067-0596** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Pacheco's OTR Tire Service**<br>**2357 Spring Dr.**<br>**PO Box 692**<br>**Lakeside, AZ  85929-0692** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Pacific Air Control, Inc.**<br>**11812 North Creek PKWY. N.  Ste 104**<br>**Bothell, WA  98011** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Pacific Concrete Pumping**<br>**1031 14th Pl. W**<br>**Kirkland, WA  98033** | | | | | | | 0.00 |
| ACCOUNT NO. **8852**<br>**Pacific Disposal**<br>**PO Box 11630**<br>**Tacoma, WA  98411-6630** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Pacific Fluid Systems, LLC**<br>**12403 NE Marx Street**<br>**Portland, OR  97230** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Pacific Insurance Agency**<br>**8306 N. Wall Street -  Suite A**<br>**Spokane, WA  99208** | | | | | | | 0.00 |

Sheet no. ___**392**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                  Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6226** <br><br> **Pacific Insurance Agency** <br> **8306 N. Wall Street - Suite A** <br> **Spokane, WA 99208** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Pacific Medical, Inc.** <br> **P.O.Box 149 1326048893** <br> **Tracy, CA 95378** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Pacific Northwest Collect.Inc** <br> **819 Pacific Ave** <br> **Tacoma, WA 98402** | | | | | | | **0.00** |
| ACCOUNT NO. **L781** <br><br> **Pacific Office Automation** <br> **14747 NW Greenbrier Pkwy** <br> **Beaverton, OR 97006** | | | | | | | **0.00** |
| ACCOUNT NO. **J763** <br><br> **Pacific Office Automation** <br> **1064 4th Ave South** <br> **Seattle, WA 98134** | | | | | | | **0.00** |
| ACCOUNT NO. **0019** <br><br> **Pacific Power** <br> **1033 NE 6th Ave.** <br> **Portland, OR 97256-0001** | | | | | | | **0.00** |
| ACCOUNT NO. **8905** <br><br> **Pacific Power Products** <br> **P.O.Box 640** <br> **Ridgefield, WA 98642-0640** | | | | | | | **1,299.67** |

Sheet no. ___**393**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,299.67**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                              Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2700** <br><br> **Pacific Power Tech** <br> **P.O. Box 79421** <br> **City of Industry, CA  91716-9421** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Pacific Rainier** <br> **6330 Homestead Ln.** <br> **Olympia, WA  98506-1500** | | | | | | | 0.00 |
| ACCOUNT NO. **NC02** <br><br> **Pacific Rubber Inc.** <br> **6720 East Marginal Way South** <br> **Seattle, WA  98108** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Pacific Torque, Inc.** <br> **18060 Des Moines Memorial Dr. S.** <br> **Seattle, WA  98148-1950** | | | | | | | 256.95 |
| ACCOUNT NO. <br><br> **Paco Ventures LLC** <br> **P.O.Box 3742** <br> **Seattle, WA  98124** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Page & Associates, LLC** <br> **6541 E 27th Place** <br> **Tulsa, OK  74129-6113** | | | | | | | 0.00 |
| ACCOUNT NO. **3722** <br><br> **Page Brake Warehouse** <br> **PO Box 27687** <br> **Salt Lake City, UT  84127-0687** | | | | | | | 3,130.29 |

Sheet no. ___**394**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,387.24**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                                    Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Painters Supply**<br>2688 Cherry Ave.<br>Salem, OR 97303 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Pak View Storage**<br>2702 East Yampa<br>Colorado Springs, CO 80909 | | | | | | | 592.92 |
| ACCOUNT NO. **2677**<br>**Palomar Mtn Spring Water**<br>1270 W. Mission Rd.<br>Escondido, CA 92029 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Panhandle Tire & Rubber Co.**<br>2400 SW 15th St.<br>Oklahoma City, OK 73108 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Paola Youth Baseball** | | | | | | | 0.00 |
| ACCOUNT NO. **4400**<br>**Pape Material Handling**<br>PO BOX 5077<br>Portland, OR 97208-5077 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Park Place Mini Storage, Inc.**<br>55 Evelyn Lane<br>Reeds Spring, MO 65737 | | | | | | | 0.00 |

Sheet no. ___**395**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **592.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1771**<br><br>**Parkhouse Tire Inc.**<br>**PO Box 2430**<br>**Bell Gardens, CA  90202** | | | | | | | 0.00 |
| ACCOUNT NO. **8223**<br><br>**Parman Energy Corp.**<br>**MSC 30208**<br>**P.O. Box 415000**<br>**Nashville, TN  37241-5000** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Parsons**<br>**P.O.Box 1730**<br>**Sumner, WA  98390** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Parsons Concrete Equip.Co.**<br>**10 Timberidge Dr.**<br>**Lake Wylie,    29710** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Parts Distribution Services, Inc.**<br>**991 Governor Dr. Suite 101**<br>**El Dorado Hills, CA  95762** | | | | | | | 0.00 |
| ACCOUNT NO. **1800**<br><br>**Parts Plus**<br>**Westside Auto Supply**<br>**56 Prado Rd**<br>**San Luis Obispo, CA  93401-7313** | | | | | | | 0.00 |
| ACCOUNT NO. **7138**<br><br>**Parts Plus Summit**<br>**12811 Canyon Rd East Suite#4**<br>**Puyallup, WA  98373** | | | | | | | 0.00 |

Sheet no. ____**396** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3421**<br>**Partsmaster**<br>**PO Box 971342**<br>**Dallas, TX  75397-1342** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Party Stuff of Arizona**<br>**5311 West Glendale Ave.**<br>**Glendale, AZ  85301** | | | | | | | 0.00 |
| ACCOUNT NO. **0860**<br>**Paso Robles Truck Center**<br>**PO Box 2053**<br>**Paso Robles, CA  93447** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Patricia Lear-Johnson, Attorney at Law**<br>**401 W. 58 Highway**<br>**PO Box 316**<br>**Raymore, MO  64083-0316** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Patriot On Site**<br>**800 Evandale Rd**<br>**Burleson, TX  76028** | | | | | | | 401.68 |
| ACCOUNT NO. **1630**<br>**Paul's Tempe Hardware**<br>**2845 N Scottsdale Rd**<br>**Scottsdale, AZ  85257** | | | | | | | 78.10 |
| ACCOUNT NO.<br>**Payment Processing Center**<br>**505 S. Buena Vista, STE 201**<br>**Corona, CA  92882-1901** | | | | | | | 0.00 |

Sheet no. ___**397**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  479.78

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Payne Oil Company Inc.** P.O.Box 671 Salina, KS  67402-0671 | | | | | | | 0.00 |
| **ACCOUNT NO.** **PCI - Compliance Service Dept.** 2865 Metropolitan Place Pomona, CA  91767 | | | | | | | 0.00 |
| **ACCOUNT NO.** **PCL** 15405 SE 37th St, Suite 200 Bellevue, WA  98006 | | | | | | | 0.00 |
| **ACCOUNT NO.** **PDCPages** 135 South Mountain Way Dr. Orem, UT  84058 | | | | | | | 156.00 |
| **ACCOUNT NO.** **Peachtree Office Furniture** 6540 Tara Blvd. Jonesboro, GA  30236 | | | | | | | 0.00 |
| **ACCOUNT NO.** **Peak Concrete Pumping** P.O.Box 1150 Silverthorne, CO  80498 | | | | | | | 0.00 |
| **ACCOUNT NO.** **Peak Construction Material** 9547 South 500 West Sandy, UT  84070 | | | | | | | 0.00 |

Sheet no. ___**398**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 156.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                      Case No. _____
_____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3200** <br><br> **Pedernales Electric Coop.** <br> **PO Box 1** <br> **Johnson City, TX  78636** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Penco Oil Company** <br> **PO Box 659** <br> **Tyler, TX  75710** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Peninsula Fire Extinquisher Sv** <br> **P.O.Box 1744** <br> **Poulsbo, WA  98370** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **People Bridge** <br> **1441 Eighteenth Street, Suite 200** <br> **Denver, CO  80202** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **People's Capital and Leasing Corp.** <br> **255 Bank Street, 4th Floor** <br> **Waterbury, CT  06702** | | | | | | | 0.00 |
| ACCOUNT NO. **5061** <br><br> **People's Community** <br> **Credit Union** <br> **PO Box 764** <br> **Vancouver, WA  98666-0764** | | | | | | | 0.00 |
| ACCOUNT NO. **733** <br><br> **PepBoys Auto** <br> **830 Military Drive S. E.** <br> **San Antonio, TX  78214** | | | | | | | 0.00 |

Sheet no. _____**399**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4334** <br> **Pepsi-Cola** <br> **P.O. Box 75948** <br> **Chicago, IL  60675-5948** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Performance Lubricants & Chemicals Inc.** <br> **PO Box 95311** <br> **Oklahoma City, OK  73143-5311** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Performance Repair** <br> **1404 S W 40th St.** <br> **Pendleton, OR  97801** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Performance Truck -Texas** <br> **1263 U.S. Hwy 59 North** <br> **Cleveland, TX  77328** | | | | | | | **0.00** |
| ACCOUNT NO. **0001** <br> **Perkins Coie** <br> **Centralized Accounting Dept.** <br> **1201 3rd Ave 40th Fl** <br> **Seattle, WA  98101-3099** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **PERRIN INVESTMENTS** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Perryton Equity Exchange** <br> **P.O.Drawer 889** <br> **Perryton, TX  79070** | | | | | | | **0.00** |

Sheet no. ___**400**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Brundage-Bone Concrete Pumping, Inc.**
_____      Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Personnel Concepts** <br> **PO Box 3353** <br> **San Dimas, CA  91773-7353** | | | | | | | **876.77** |
| ACCOUNT NO. **3667** <br><br> **Personnel Concepts** <br> **P.O.Box 5750** <br> **Carol Stream, IL  60197-5750** | | | | | | | **0.00** |
| ACCOUNT NO. **RU01** <br><br> **PESCO** <br> **P.O.Box 2049** <br> **Port Townsend, WA  98368** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Pest Off Exterminators, LLC** <br> **PO Box 2306** <br> **Claremore, OK  74018** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Pestinger Heating & Air Conditioning Inc** <br> **125 E. Avenue A** <br> **South Industrial Area** <br> **Salina, KS  67401** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Pete's Towing Service** <br> **PO Box 98783** <br> **Seattle, WA  98198** | | | | | | | **444.57** |
| ACCOUNT NO. **8649** <br><br> **Peterbilt of Las Vegas** <br> **P.O. Box 335070** <br> **North Las Vegas, NV  89033** | | | | | | | **0.00** |

Sheet no. ___**401**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **1,321.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Peterson Bros Construction/PBC** 1560 W Lambert Rd Brea, CA 92821 | | | | | | | 0.00 |
| ACCOUNT NO. **PeterStaats_PhotoDesign** 1150 San Bernard Austin, TX 78702 | | | | | | | 0.00 |
| ACCOUNT NO. **Petra Concrete, Inc.** P.O.Box 7372 Redlands, CA 92375 | | | | | | | 740.00 |
| ACCOUNT NO. **Petro Card** 720 Central Ave S Kent, WA 98032-6109 | | | | | | | 0.00 |
| ACCOUNT NO. **0323** **PetroCard** P.O.Box 34243 Seattle, WA 98124-1243 | | | | | | | 0.00 |
| ACCOUNT NO. **TRAN** **Petrol Services, Inc.** 219 West 40th Street Garden City, ID 83714 | | | | | | | 0.00 |
| ACCOUNT NO. **Petroleum Storage Tank Fund** PO Box 83720 Boise, ID 83720-0044 | | | | | | | 0.00 |

Sheet no. ___**402**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 740.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                            Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Pettit Oil** <br> 820 Myrtle St <br> Hoquiam, WA 98550-4236 | | | | | | | 0.00 |
| **ACCOUNT NO. 2761** <br> **Pettit Oil Co.** <br> PO Box 24303 <br> Seattle, WA 98124-0303 | | | | | | | 0.00 |
| **ACCOUNT NO. 1095** <br> **PG&E** <br> Box 997300 <br> Sacramento, CA 95899-7300 | | | | | | | 0.00 |
| **ACCOUNT NO. 8034** <br> **PG&E** <br> Box 997300 <br> Sacramento, CA 95899-7300 | | | | | | | 0.00 |
| **ACCOUNT NO.** <br> **Pharaoh's Foundations** <br> 114936 HWY 89 South <br> Alpine, WY 83128 | | | | | | | 0.00 |
| **ACCOUNT NO.** <br> **Phelps Tire** <br> PO Box 24968 <br> Seattle, WA 98124-0968 | | | | | | | 130.26 |
| **ACCOUNT NO.** <br> **Phil's Ticket Service** <br> 2616 Gobat Ave. <br> San Diego, CA 92126 | | | | | | | 0.00 |

Sheet no. __403__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 130.26

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                   Case No. _____
_____
                    Debtor(s)                                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Philco Lawn Service<br>Kyle Young, Owner<br>515 N Lynn Lane Rd<br>Catoosa, OK 74015-2604 | | | | | | | 0.00 |
| ACCOUNT NO. 4413 | | | | | | | |
| Phillips 66<br>PO Box 689061<br>Des Moines, IA 50368-9061 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Phoenix Exchange Truck Parts<br>Dept 1265<br>PO Box 2153<br>Birmingham, AL 35287-1265 | | | | | | | 0.00 |
| ACCOUNT NO. 5985 | | | | | | | |
| Phoenix Fuel Co.<br>P.O.Box 52400<br>Phoenix, AZ 85072-2400 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Phoenix Pest & Termite Control<br>PO Box 11067<br>Phoenix, AZ 85061 | | | | | | | 0.00 |
| ACCOUNT NO. 7715 | | | | | | | |
| Phone Book The<br>260 W. St. George Blvd.<br>Saint George, UT 84770 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Phone Directories Company<br>PO Box 2277<br>Orem, UT 84059-2277 | | | | | | | 0.00 |

Sheet no. ___**404**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Photo Tech Inc. P.O.Box 28798 Saint Paul, MN  55128 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Photo Vision P.O.Box 6631 Kent, WA  98031 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Phylcon Inc. PO Box 1228 Lakeside, AZ  85929-1228 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Pick-Em Up Truck Store-Visalia PO Box 1287 Visalia, CA  93292 | | | | | | | 0.00 |
| ACCOUNT NO. **2001** | | | | | | | |
| Piedmont Natural Gas PO Box 533500 Atlanta, GA  30353-3500 | | | | | | | 0.00 |
| ACCOUNT NO. **5313** | | | | | | | |
| Pierce County Refuse P.O.IBox 11630 Tacoma, WA  98411-6630 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Pierce Properties 630 N. Leveritt Fayetteville, AR  72701 | | | | | | | 0.00 |

Sheet no. ___**405**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Pigs Unlimited, Inc. 23802 FM 2978, Suite C-1 Tomball, TX  77375** | | | | | | | 0.00 |
| ACCOUNT NO.  **91  Pikepass Customer  Srv Ctr PO Box 268803 Oklahoma City, OK  73126-8803** | | | | | | | 0.00 |
| ACCOUNT NO. **5699  Pima Welding Supply P.O.Box 7423 Pasadena, CA  91109-7423** | | | | | | | 0.00 |
| ACCOUNT NO.  **Pinnell Motor Inn P.O.Box 313 Paris, IL  61944** | | | | | | | 0.00 |
| ACCOUNT NO. **BRUN  Pipe Valve & Fitting Co. PO Box 5806 Denver, CO  80217** | | | | | | | 0.00 |
| ACCOUNT NO. **0011  Pirtek P.O. Box 92009 Southlake, TX  76092** | | | | | | | 0.00 |
| ACCOUNT NO. **5671  Pirtek 80 E. 64th Ave. Suite C Denver, CO  80221** | | | | | | | 0.00 |

Sheet no. ___**406** of ___**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
_____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6860** <br> **Pirtek** <br> **80 E. 64th Ave. Suite C** <br> **Denver, CO  80221** | | | | | | | **0.00** |
| ACCOUNT NO. **0011** <br> **Pirtek** <br> **80 E. 64th Ave. Suite C** <br> **Denver, CO  80221** | | | | | | | **0.00** |
| ACCOUNT NO. **6778** <br> **Pirtek Kent** <br> **22018 68th Ave. South** <br> **Building A** <br> **Kent, WA  98032** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Pistol Petes** <br> **707 S. Washington** <br> **Great Bend, KS  67530** | | | | | | | **0.00** |
| ACCOUNT NO. **7822** <br> **Pitney Bowes** <br> **PO Box 856042** <br> **Louisville, KY  40285-6042** | | | | | | | **0.00** |
| ACCOUNT NO. **4881** <br> **Pitney Bowes** <br> **P.O.Box 856390** <br> **Louisville, KY  40285-6390** | | | | | | | **0.00** |
| ACCOUNT NO. **7727** <br> **Pitney Bowes** <br> **PO Box 856460** <br> **Louisville, KY  40285** | | | | | | | **166.58** |

Sheet no. ____**407** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $   **166.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                                         _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4991** <br> **Pitney Bowes** <br> **Reserve Account** <br> **PO Box 856056** <br> **Louisville, KY  40285-6056** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Pivetta Brothers Const. Inc.** <br> **P.O.Box 370** <br> **Sumner, WA  98390** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **PKM Steel Service, Inc.** <br> **228 E. Avenue A** <br> **PO Box 920** <br> **Salina, KS  67402-0920** | | | | | | | 0.00 |
| ACCOUNT NO. **8375** <br> **Platt Electric Supply** <br> **P.O. Box 2858** <br> **Portland, OR  97208-2858** | | | | | | | 0.00 |
| ACCOUNT NO. **6761** <br> **Pleasant Grove City** <br> **Utah's City of Trees** <br> **70 S 100 E** <br> **Pleasant Grove, UT  84062-2702** | | | | | | | 542.26 |
| ACCOUNT NO. <br> **Plumlee Tire** <br> **4081 Hwy. 62 S.W., Suite 2** <br> **Mountain Home, AR  72653-6570** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Polar Aire Heating&Cooling** <br> **400 S. Kansas Ave.** <br> **Olathe, KS  66061** | | | | | | | 0.00 |

Sheet no. ___**408**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $    **542.26**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5226** <br><br> **Pollock Truck Accessories** <br> **1530 NE Columbia Blvd.** <br> **Portland, OR  97211** | | | | | | | 0.00 |
| ACCOUNT NO. **1749** <br><br> **Poma** <br> **PO Box 479** <br> **Bloomington, CA  92316-0479** | | | | | | | 2,090.11 |
| ACCOUNT NO. <br><br> **Poof-Slinky, Inc.** <br> **PO Box 701394** <br> **Plymouth, MI  48170-0964** | | | | | | | 693.37 |
| ACCOUNT NO. <br><br> **Porter Oil Co., Inc.** <br> **306 S. Motel Blvd.** <br> **Las Cruces, NM  88007** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Porter Seal Company** <br> **15660 Nelson Place South** <br> **Seattle, WA  98188** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Portland Compressor** <br> **310 SE 12th** <br> **Portland, OR  97214** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Portland Plumbing Co.** <br> **16470 S. Swan Ave.** <br> **Oregon City, OR  97045** | | | | | | | 0.00 |

Sheet no. ___**409**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **2,783.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6 F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                        Debtor(s)                                                (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Portside Cleaning Co. P.O.Box 2480 Galveston, TX  77553 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Postmaster PO Box Fee Payment Postmaster Buda, TX  78610 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Postmaster - U.S. Postal Service 7560 E 53rd Place Room 214 Denver, CO  80266-9651 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Potter Concrete 1111 Lagoon Dallas, TX  75207 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Potter Concrete LTD 4820 Gretna Dallas, TX  75207 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Potter Webster Company PO Box 11229 Portland, OR  97211 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Powder River Office Supply 310 So. Gillette Ave. Gillette, WY  82716 | | | | | | | 0.00 |

Sheet no. ___**410**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                          Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6418**<br>**Powell Electronics**<br>**P.O.Box 8500 - (S-1500)**<br>**Philadelphia, PA 19178-1500** | | | | | | | 0.00 |
| ACCOUNT NO. **9180**<br>**Power Product Tech.**<br>**PO Box 16503**<br>**Denver, CO 80216** | | | | | | | 43.30 |
| ACCOUNT NO.<br>**Powerhouse Ind. Supply**<br>**1671 E. Mountain Rd.**<br>**Springdale, AR 72764** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Powers, Terry**<br>**(Expenses)** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**PPG Architectural Finishes**<br>**P.O.Box 676340**<br>**Dallas, TX 752676340** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**PPS Co**<br>**PO Box 827**<br>**Soda Springs, ID 83276** | | | | | | | 547.74 |
| ACCOUNT NO. **819T**<br>**PPS CO. Inc.**<br>**PO Box 627**<br>**Soda Springs, ID 83276** | | | | | | | 58.80 |

Sheet no. ___**411**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 649.84

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**PR Boys Construction LLC**<br>**P.o. Box 41**<br>**Garden Valley, ID 83622** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Practical Sales & Srvc, Inc.**<br>**4411 S. Elwood**<br>**Tulsa, OK 74107** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Pratt's Truck Service**<br>**5620 W 7th Street**<br>**Texarkana, TX 75501** | | | | | | | 0.00 |
| ACCOUNT NO. **C323**<br>**Praxair**<br>**P.O.Box 120812 Dept 0812**<br>**Dallas, TX 75312-0812** | | | | | | | 57.28 |
| ACCOUNT NO. **K978**<br>**Praxair**<br>**Dept CH 10660**<br>**Palatine, IL 60055-0660** | | | | | | | 0.00 |
| ACCOUNT NO. **Q104**<br>**Praxair**<br>**Dept 0812**<br>**P.O.Box 120812**<br>**Dallas, TX 75312-0812** | | | | | | | 0.00 |
| ACCOUNT NO. **975J**<br>**Praxair Disbribution**<br>**Dept CH 10660**<br>**Palatine, IL 60055-0660** | | | | | | | 0.00 |

Sheet no. ___**412**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **57.28**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE  **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **F279** <br><br> **Praxair Distribution** <br> **P.O.Box 120812** <br> **Dept 0812** <br> **Dallas, TX  75312-0812** | | | | | | | 245.14 |
| ACCOUNT NO. **F947** <br><br> **Praxair Distribution** <br> **Dept AT40174** <br> **Atlanta, GA  31192-0174** | | | | | | | 0.00 |
| ACCOUNT NO. **3L18** <br><br> **Praxair Distribution Inc.** <br> **Dept CH 10660** <br> **Palatine, IL  60055-0660** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Precision Aquatics, Inc.** <br> **P.O.Box 20156** <br> **Fountain Hills, AZ  85269** | | | | | | | 0.00 |
| ACCOUNT NO. **1319** <br><br> **Precision Brake & Wheel** <br> **502 N. Main St.** <br> **Porterville, CA  93257** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Precision Cellular Installation** <br> **8316 N. Lombard St. PMB 411** <br> **Portland, OR  97203** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Precision Homes Builders** <br> **712 NW 109th St.** <br> **Vancouver, WA  98685** | | | | | | | 0.00 |

Sheet no. ___**413**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  245.14

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6 F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                      Case No. _____
                                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Precision Landscape Serv., Inc.** PO Box 16908 Portland, OR  97292-0908 | | | | | | | 0.00 |
| ACCOUNT NO. **Precision Metals, Inc.** PO Box 1198 Catoosa, OK  74015 | | | | | | | 0.00 |
| ACCOUNT NO. **Preferred Concrete Pumping, In** 3190 W. El Camino Del Cerro Tucson, AZ  85745 | | | | | | | 0.00 |
| ACCOUNT NO. **Preferred Pump & Equipment** Dept. 9393 Los Angeles, CA  90084 | | | | | | | 0.00 |
| ACCOUNT NO. **Premera Blue Cross** Attn: Finance Department 7001 220th St SW Bldg 3 Mountlake Terrace, WA  98043-2160 | | | | | | | 0.00 |
| ACCOUNT NO. **Premier Pumping** 4825 Grove St. Rocklin, CA  95677 | | | | | | | 0.00 |
| ACCOUNT NO. **Premier Rubber & Supply** 9841 N Vancouver Way Portland, OR  97217 | | | | | | | 0.00 |

Sheet no. ___**414**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.                                      Case No. _____
                                    Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **HCPI** <br><br> **Premium Contractor Supply** <br> **PO Box 89580** <br> **Tucson, AZ  85752-9580** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Press Electric Inc.** <br> **P.O. Box 1045** <br> **Greenbrier, AR  72058** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Pressure Systems Industries** <br> **1646 E. Jefferson** <br> **Phoenix, AZ  85034** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Primo Construction** <br> **970 Carlsborg Rd.** <br> **Sequim, WA  98382** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Pringle Park Station** <br> **PO Box 2000** <br> **Salem, OR  97308** | | | | | | | 0.00 |
| ACCOUNT NO. **RU50** <br><br> **Printmaster** <br> **P.O.Box 49320** <br> **Wichita, KS  67201-9320** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Pritchard, Darrell** | | | | | | | 0.00 |

Sheet no. ___**415**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
              Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Prmary Health Medical Group** PO Box 191050 Boise, ID 83719-1050 | | | | | | | 0.00 |
| ACCOUNT NO. **3333** **Pro Chem** 609 112th Street Arlington, TX 76011 | | | | | | | 1,188.31 |
| ACCOUNT NO. **Pro Sales** 4230 B St. N.W. Auburn, WA 98001 | | | | | | | 0.00 |
| ACCOUNT NO. **Pro Steering Systems Inc.** 11051 N.Vancouver Way Portland, OR 97217 | | | | | | | 0.00 |
| ACCOUNT NO. **Pro Tank Supply Inc.** 3921 E. University Dr. Phoenix, AZ 85034 | | | | | | | 0.00 |
| ACCOUNT NO. **Pro Tank Supply Inc.** 3921 E. University Dr. Phoenix, AZ 85034 | | | | | | | 0.00 |
| ACCOUNT NO. **4275** **Pro Truck & Trailer Supply** 2914 Ave A Lubbock, TX 79404-2801 | | | | | | | 0.00 |

Sheet no. ____416____ of ____566____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,188.31

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **U085**<br>**PRO Weld/Stud Welding Associates**<br>**1774 Reliable Parkway**<br>**Chicago, IL  60686-0017** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Pro-Build**<br>**220 S. Oak**<br>**PO Box 783**<br>**Iowa Falls, IA  50126-0783** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Pro-Communications**<br>**11014 E. Egret Point**<br>**Clovis, CA  93619** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Pro-Vac**<br>**6622 112th St. E**<br>**Puyallup, WA  98373** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Procon Inc.**<br>**105 S. E. 22nd. St. #1**<br>**Bentonville, AR  72712** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Professional Cabling Solutions LLC**<br>**255 Moore Ave**<br>**Hindsville, AR  72738** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Professional Cleaning Systems**<br>**PO Box 63**<br>**Hillsboro, KS  67063** | | | | | | | **0.00** |

Sheet no. ___**417**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                          Case No. _____
                                          Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1189** <br><br> **Professional Glass Co.** <br> **10560 Aurora Avenue N.** <br> **Seattle, WA 98133** | | | | | | | 0.00 |
| ACCOUNT NO. **5833** <br><br> **Professional Heating & Air Cond** <br> **396 South 100 East** <br> **PO Box 236** <br> **Pleasant Grove, UT 84062-0236** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Professional Plastics, Inc.** <br> **P.O.Box 514015** <br> **Los Angeles, CA 90051-4015** | | | | | | | 0.00 |
| ACCOUNT NO. **4901** <br><br> **Progressive Business Publications** <br> **370 Technology Drive** <br> **PO Box 3019** <br> **Malvern, PA 19355-0719** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Progressive Diesel** <br> **5126 Huntington Rd.** <br> **Fort Mohave, AZ 86426** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Propane Central LLC** <br> **P.O.Box 671** <br> **Salina, KS 67402-0671** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Propath Associates** <br> **P.O.Box 678174** <br> **Dallas, TX** | | | | | | | 0.00 |

Sheet no. ___**418**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1628** <br> **ProTel Communication Sys.** <br> **2929 N. Eastgate** <br> **Springfield, MO  65803** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Providence St. Mary Physicians** <br> **209 W. Poplar** <br> **PO Box 2277** <br> **Walla Walla, WA  99362-0363** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Prudential** <br> **P.O.Box 856138** <br> **Louisville, KY  40285** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Prudential Financial** <br> **P.O.Box 856138** <br> **Louisville, KY  40285** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **PS Trucking** <br> **PO Box 10748** <br> **Portland, OR  97296-0748** | | | | | | | 0.00 |
| ACCOUNT NO. **0141** <br> **PSI Security** <br> **P.O.Box 15008** <br> **Oklahoma City, OK  73155-5008** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **PSU Construction Alumni Scholarship Asso** <br> **Martin K. Eby Construction Co.,Inc.** <br> **610 N Main St Ste 500** <br> **Wichita, KS  67203-3601** | | | | | | | 0.00 |

Sheet no. _____ **419** of _____ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1735** <br><br>**PTO Sales Corp.** <br>**P.O.Box 1207** <br>**La Mirada, CA  90637-1207** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Public Works Apprenticeship & Training F** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Puget Sound Clean Air Agency** <br>**1904 Third Ave. Suite 105** <br>**Seattle, WA  98101-3317** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Puget Sound Collections** <br>**1019 Regents Blvd. Ste 101** <br>**PO Box 66995** <br>**Tacoma, WA  98464-6995** | | | | | | | 0.00 |
| ACCOUNT NO. **1009** <br><br>**Puget Sound Energy** <br>**BOT-01H** <br>**PO Box 91269** <br>**Bellevue, WA  98009-9269** | | | | | | | 0.00 |
| ACCOUNT NO. **1660** <br><br>**Puget Sound Pipe & Supply** <br>**7816 South 202nd Street** <br>**Kent, WA  98032** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Pumpco Inc.** <br>**14025 Crabapple Rd.** <br>**Golden, CO  80401** | | | | | | | 0.00 |

Sheet no. ___**420**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6939** <br><br>**Pumpco Parts**<br>**P.O.Box 974871**<br>**Dallas, TX  75397-4871** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Pumpco Parts LLC**<br>**6562 Vine Court**<br>**Denver, CO  80229** | | | | | | | 0.00 |
| ACCOUNT NO. **153** <br><br>**Pumpstar Concrete Pumps**<br>**P.O.Box 3047**<br>**Enid, OK  73702-3047** | | | | | | | 0.00 |
| ACCOUNT NO. **0632** <br><br>**Purcell Western States Tire**<br>**File 56129**<br>**Los Angeles, CA  90074-6129** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Pure Planet Water**<br>**P.O.Box 3069**<br>**Woburn, MA  01888-1969** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Putzmeister, Inc.**<br>**1733 90th Street**<br>**Sturtevant, WI  53177** | | | | | | | 95,151.01 |
| ACCOUNT NO. <br><br>**Pyramid Concrete**<br>**1505 Westlake Ave. N., Suite 320**<br>**Seattle, WA  98109** | | | | | | | 0.00 |

Sheet no. ____421____ of ____566____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  95,151.01

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.                         Case No. _____
_____
               Debtor(s)                                                      (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**QC FINANCE**<br>**1145 Washington Blvd, Suite 2**<br>**Ogden, UT  84404** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Quality Belt Service**<br>**P.O.Box 6304**<br>**Broomfield, CO  80021** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Quality Chevrolet**<br>**1550 Auto Park Way North**<br>**Escondido, CA  92029** | | | | | | | 0.00 |
| ACCOUNT NO.  **555**<br><br>**Quality Electric Inc.**<br>**12160 Pennsylvania St.**<br>**Denver, CO  80241-3116** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Quality Fasteners**<br>**10405 I.H. 35 No.**<br>**San Antonio, TX  78233** | | | | | | | 0.00 |
| ACCOUNT NO. **8649**<br><br>**Quality Ford**<br>**Truck Parts & Equipment LLC.**<br>**PO Box 335070**<br>**North Las Vegas, NV  89033-5070** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Quality Ford Truck Parts & Equipment**<br>**P.O.Box 335070**<br>**North Las Vegas, NV  89033** | | | | | | | 0.00 |

Sheet no. ____**422**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
<br>
          Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Quality Inn & Suites**<br>**712 S Utah Valley Drive**<br>**American Fork, UT  84003** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Quality Inn Southwest**<br>**7800 C.A. Henderson Blvd.**<br>**Oklahoma City, OK  73139** | | | | | | | 0.00 |
| ACCOUNT NO. **5112**<br>**Quality Petroleum Inc.**<br>**P.O. Box 15175**<br>**Little Rock, AR  72231-5175** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Quality Trailer Products**<br>**P.O.Box 201924**<br>**Dallas, TX  75320-1924** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Quality Truck Repair**<br>**1936 Rodgers Road**<br>**North Little Rock, AR  72117** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Quality Windshield Repair**<br>**P.O.Box 2806**<br>**Issaquah, WA  98027-0128** | | | | | | | 1,213.21 |
| ACCOUNT NO.<br>**Quesco**<br>**3912 E Winslow Ave.**<br>**Phoenix, AZ  85040** | | | | | | | 0.00 |

Sheet no. **423** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   1,213.21

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                     Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0000** <br><br> **Questar Gas** <br> **P.O.Box 45841** <br> **Salt Lake City, UT  84139-0001** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Quick Check Financial** <br> **358 East State Road** <br> **American Fork, UT  84003** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Quick Collect, Inc.** <br> **P.O. Box 55457** <br> **Portland, OR  97238** | | | | | | | 0.00 |
| ACCOUNT NO. **9811** <br><br> **Quick Fuel Fleet Services** <br> **PO Box 88249** <br> **Milwaukee, WI  53288-0249** | | | | | | | 0.00 |
| ACCOUNT NO. **0591** <br><br> **Quick Fuel fleet Services** <br> **P.O. Box 88249** <br> **Milwaukee, WI  53288-0249** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Quickline Concrete Pumping & Equipment I** <br> **9077 Kay Jay Ln.** <br> **Lakeside, CA  92040** | | | | | | | 0.00 |
| ACCOUNT NO. **8117** <br><br> **Quill Corp.** <br> **P.O. Box 37600** <br> **Philadelphia, PA  19101-0600** | | | | | | | 0.00 |

Sheet no. ___**424**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE  **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Quinn M Kofford**<br>**43 North 470 West**<br>**American Fork, UT  84003** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Quip/Con, Inc.**<br>**P.O.Box 687**<br>**Murrieta, CA  92564** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Qwest**<br>**P.O.Box 29039**<br>**Phoenix, AZ  85038-9039** | | | | | | | **516.93** |
| ACCOUNT NO. **0261**<br>**Qwest**<br>**PO Box 91155**<br>**Seattle, WA  98111-9255** | | | | | | | **0.00** |
| ACCOUNT NO. **457B**<br>**Qwest**<br>**PO Box 29040**<br>**Phoenix, AZ  85038-9040** | | | | | | | **0.00** |
| ACCOUNT NO. **641B**<br>**Qwest**<br>**PO Box 173638**<br>**Denver, CO  80217-3638** | | | | | | | **0.00** |
| ACCOUNT NO. **8123**<br>**Qwest**<br>**PO Box 29039**<br>**Phoenix, AZ  85038-9039** | | | | | | | **0.00** |

Sheet no. ___**425**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **516.93**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                      Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3491** <br><br> Qwest <br> Business Services <br> PO Box 856169 <br> Louisville, KY  40285-6169 | | | | | | | 0.00 |
| ACCOUNT NO. **5085** <br><br> Qwest Dex <br> PO Box 79167 <br> Phoenix, AZ  85062-9167 | | | | | | | 0.00 |
| ACCOUNT NO. **7877** <br><br> Qwest Dex <br> PO Box 78041 <br> Phoenix, AZ  85062-8041 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> R & H Construction Co. <br> 1530 SW Taylor St. <br> Portland, OR  97205 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> R & P Concrete Pump Service, Inc. <br> DBA:  PMC Concrete Pump Service <br> PO Box 91411 <br> City of Industry, CA  91715-1411 | | | | | | | 0.00 |
| ACCOUNT NO. **7075** <br><br> R G Insulation <br> 2505 East 74th Ave. <br> Denver, CO  80229-6697 | | | | | | | 0.00 |
| ACCOUNT NO. **3333** <br><br> R&B Supply Inc. <br> P.O. Box 10367 <br> Van Nuys, CA  91410-0367 | | | | | | | 0.00 |

Sheet no. ___**426**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
                                        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**R&P Concrete / PMC Concrete Pump Service**<br>PO Box 91411<br>City of Industry, CA  91715-1411 | | | | | | | 75.00 |
| ACCOUNT NO.<br>**R. C. Quist Construction**<br>2214 S. Mead<br>Wichita, KS  67211 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**R.K. Concrete Pumping / Ryan Robert Knol**<br>PO Box 289<br>Otis, OR  97368 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**R.K. Protective Service**<br>P.O.Box 32<br>Jonesboro, GA  30237 | | | | | | | 85.00 |
| ACCOUNT NO.<br>**R.S.Construction Equip. Sales**<br>P.O.Box 478<br>Catoosa, OK  74015 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**RAC Conctrustion**<br>PO Box 26<br>Saint Jo, TX  76265 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Racers Concrete Inc.**<br>1417 SW Binkley<br>Oklahoma City, OK  73119 | | | | | | | 0.00 |

Sheet no. __427__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **160.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
Debtor(s)                                                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1504** <br><br> **Radiator Doys Inc. The** <br> **2719 Garrity Blvd.** <br> **Nampa, ID  83687** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Radiology Asoc of Tarrant Ct.** <br> **P.O.Box 99337** <br> **Fort Worth, TX  76199** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Rainbow Bolt & Supply** <br> **4030 Garner Road** <br> **Riverside, CA  92501-1006** | | | | | | | 0.00 |
| ACCOUNT NO. **RUND** <br><br> **Rainier Floors Inc.** <br> **5111 85th Ave E #C-1** <br> **Puyallup, WA  98371** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **RainTech Seamless Guttering** <br> **10102 E. 54th St.** <br> **Tulsa, OK  74146-5732** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Ralph Fuller Electric** <br> **253 West Pine** <br> **Exeter, CA  93221** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Ralph's Concrete Pumping** <br> **1529 Rainier Ave S.** <br> **Seattle, WA  98144** | | | | | | | 0.00 |

Sheet no. ___**428**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ram Concrete** <br> **6852 NW Cottonwood Cir** <br> **Topeka, KS  66614** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ram Products, Inc.** <br> **P.O. Box 821159** <br> **North Richland Hills, TX  76182-1159** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ram Steel Inc.** <br> **P.O.Box 5288** <br> **Salem, OR  97304** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ramada limited** <br> **912 Highway 65/82 So.** <br> **Lake Village, AR  71653** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ramada Limited-Springfield** <br> **4445 W. Chestnut Expressway** <br> **Springfield, MO  65802** | | | | | | | 0.00 |
| ACCOUNT NO. **HECK** <br> **Randles Sand & Gravel** <br> **19209 Canyon Road East** <br> **Puyallup, WA  98375** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Randy's High Country Towing** <br> **1205 East Las Vegas St.** <br> **Colorado Springs, CO  80903** | | | | | | | 0.00 |

Sheet no. __**429**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
<div style="text-align:center">Debtor(s)</div>  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ranger Petroleum LLC**<br>**1166A Fincherville Rd.**<br>**Jackson, GA  30233** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Rapid Environmental Serv&Water**<br>**P.O.Box 687**<br>**Deer Park, TX  77536** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Rapid Recovery Towing**<br>**P.O.Box 253**<br>**Satsop, WA  98583** | | | | | | | 0.00 |
| ACCOUNT NO. **113A**<br>**Rapid Refill**<br>**14 West Franklin Rd.**<br>**Meridian, ID  83642** | | | | | | | 0.00 |
| ACCOUNT NO. **7350**<br>**Rasmussen Spray Service**<br>**P.O. Box 13262**<br>**Salem, OR  97309** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ratliff Ready-Mix**<br>**22002 Bush Drive**<br>**Woodway, TX  76712** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**RBG Construction Company, LLC** | | | | | | | 0.00 |

Sheet no. ___**430**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                                   Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> RBH Industrial <br> P.O. Box 871542 <br> Kansas City, MO 64187-1542 | | | | | | | 0.00 |
| ACCOUNT NO. 0101 <br> RBS Asset Finance <br> P.O. Box 9799 <br> Providence, RI 02940-9799 | | | | | | | 0.00 |
| ACCOUNT NO. <br> RC Mobile, LLC <br> 1099 S. Amber Street <br> Chandler, AZ 85286 | | | | | | | 0.00 |
| ACCOUNT NO. 197 <br> Ready Mixed Concrete Co. <br> P.O.Box 2290 <br> Denver, CO 80201 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Rebuilder, The <br> 722 South Central <br> Kent, WA 98032 | | | | | | | 0.00 |
| ACCOUNT NO. 839 <br> Recappers Equipment Co. <br> 2360 East Grauwyler <br> Irving, TX 75061 | | | | | | | 435.71 |
| ACCOUNT NO. <br> Recommended Services, Inc. <br> PO Box 812 <br> McKinney, TX 75070 | | | | | | | 0.00 |

Sheet no. __431__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 435.71

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE  __Brundage-Bone Concrete Pumping, Inc._____     Case No. _____
                                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ReCrete Materials, Inc. PO Box 1045 Arvada, CO 80001-1045 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Recycled Materials Co. P.O.Box 1045 Arvada, CO 80001-1045 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Red Johns Portable Toilets P.O. Box 350 Nesbit, MS 38651 | | | | | | | 0.00 |
| ACCOUNT NO. 3941 | | | | | | | |
| Red McCombs Ford 8333 I.H. 10 West San Antonio, TX 78230 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Red River Trailer Services, Inc. PO Box 208 Benton, LA 71006 | | | | | | | 0.00 |
| ACCOUNT NO. 1252 | | | | | | | |
| Red Roof Inn 518 2377 N Expressway 83 Brownsville, TX 78520 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Red Triangle Oil Co. 2809 S. Chestnut Ave. PO Box 2625 Fresno, CA 93745-2625 | | | | | | | 0.00 |

Sheet no. ___432___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                          Case No. _____
_____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Red-Head Steering Gears** <br> **900 N. 127th** <br> **Seattle, WA  98133** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Redburn Tire Co.** <br> **PO Box 14828** <br> **Phoenix, AZ  85063-4828** | | | | | | | **545.74** |
| ACCOUNT NO. <br> **REDDIROOT'R** <br> **3025 W. Weldon Ave.** <br> **Phoenix, AZ  85017** | | | | | | | **0.00** |
| ACCOUNT NO. **1129** <br> **Reddy Ice** <br> **P.O. Box 730505** <br> **Dallas, TX  75373-0505** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Reddy Ice Corporation** <br> **P.O.Box 730505** <br> **Dallas, TX  75373-0505** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Redwood Arms Motel** <br> **P.O. Box 1390** <br> **Paonia, CO  81428** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Redwood Plastics Corp.** <br> **C/O HSBC USA** <br> **PO Box 12700** <br> **Seattle, WA  98111-4700** | | | | | | | **0.00** |

Sheet no. ____**433**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **545.74**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3116** <br> **Reed Business Information** <br> PO Box 7247-7026 <br> Philadelphia, PA  19170 | | | | | | | **0.00** |
| ACCOUNT NO. **0798** <br> **Reed Construction Data** <br> P.O.Box 2241 <br> Carol Stream, IL  60132-2241 | | | | | | | **0.00** |
| ACCOUNT NO. **0254** <br> **Regions Interstate Billing** <br> Dept 1265 <br> P.O. Box 2153 <br> Birmingham, AL  35287-1265 | | | | | | | **235.69** |
| ACCOUNT NO. **6511** <br> **Regions Interstate Billing** <br> Dept 1265 <br> P.O. Box 2153 <br> Birmingham, AL  35287-1265 | | | | | | | **26.07** |
| ACCOUNT NO. **2893** <br> **Regions Interstate Billing** <br> Dept 1265 <br> P.O.Box 2153 <br> Birmingham, AL  35287-1265 | | | | | | | **0.00** |
| ACCOUNT NO. **4447** <br> **Regions Interstate Billing** <br> 1025 5th Avenue SE <br> Decatur, AL  35601 | | | | | | | **0.00** |
| ACCOUNT NO. **0027** <br> **Reinhard Petro.LLC** <br> P.O. Box 1167 <br> Pacific, WA  98047 | | | | | | | **0.00** |

Sheet no. ___**434**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **261.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                          Case No. _____
                                                          Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Reliable Tire, LLC**<br>**P.O.Box 1102**<br>**Kyle, TX  78640** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Reliable Tool Service, Inc.**<br>**2360 East Grauwyler**<br>**Irving, TX  75061** | | | | | | | 15.77 |
| ACCOUNT NO.<br>**Reliance Medical Group, LLC**<br>**ATTN: Accounts Receivable Dept.**<br>**3451 N Butler Ave**<br>**Farmington, NM  87401-2357** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Rema Tip Top**<br>**119 Rockland Ave.**<br>**Northvale, NJ  07647-0076** | | | | | | | 0.00 |
| ACCOUNT NO. **0031**<br>**Remtron, Inc.**<br>**Dept. LA 22825**<br>**Pasadena, CA  91185-2825** | | | | | | | 887.83 |
| ACCOUNT NO.<br>**Rena Cristine Rhorer-Bradley**<br>**2579 Garrison Street**<br>**Denver, CO  80215** | | | | | | | 0.00 |
| ACCOUNT NO. **3819**<br>**Rent A Center**<br>**2151 E. 12th St.**<br>**Casper, WY  82601** | | | | | | | 0.00 |

Sheet no. ___**435**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **903.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                          Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Republic Parking Northwest**<br>**2815 Second Ave. Suite 100**<br>**Seattle, WA  98121-1262** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Republic Radiator Repair Inc.**<br>**1721 S. W. 13 Bypass**<br>**Springfield, MO  65807** | | | | | | | 0.00 |
| ACCOUNT NO. **5409**<br>**Republic Services**<br>**PO Box 78040**<br>**Phoenix, AZ  85062-8040** | | | | | | | 0.00 |
| ACCOUNT NO. **6002**<br>**Republic Services**<br>**PO Box 78829**<br>**Phoenix, AZ  85062-8829** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Republic Title Company, Inc.**<br>**2626 Howell Street, 10th Floor**<br>**Dallas, TX  75204** | | | | | | | 0.00 |
| ACCOUNT NO. **6002**<br>**Republic Waste Services**<br>**P.O.Box 9001813**<br>**Louisville, KY  40290-1813** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Restoration Glass/Novus Auto, Inc.**<br>**P.O.Bo 1239**<br>**81 Hooker Rd.**<br>**Carlsborg, WA  98324** | | | | | | | 0.00 |

Sheet no. ___**436**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1882** <br> **Resun Leasing Inc.** <br> **Bank of America Lockbox Services** <br> **12603 Collection Center Dr.** <br> **Chicago, IL  60693-0126** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Rex L. Bray, Esq.** <br> **P.O. Box 321** <br> **Sandy, UT  84091-0321** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Rex Putnam High School** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Reynolds Sand & Gravel** <br> **6891 South 700 West** <br> **Midvale, UT  84047** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **RFD Ltd Co.** <br> **PO Box 480** <br> **Sulphur, OK  73086** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **RGA** <br> **3905 E. Progress St.** <br> **North Little Rock, AR  72114** | | | | | | | **0.00** |
| ACCOUNT NO. **0520** <br> **RGD Perfect Cleaning** <br> **156 West 450 North** <br> **Lindon, UT  84042** | | | | | | | **0.00** |

Sheet no. ___**437**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                          Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**RGR Redi-Mix, LP**<br>P.O.Box 402<br>Aubrey, TX  76227 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Rhino Linings of Wichita, LLC**<br>7819 W. Kellogg<br>Wichita, KS  67209-2004 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**RHTC, Inc.**<br>309 Smith Street<br>West Monroe, LA  71292 | | | | | | | 0.00 |
| ACCOUNT NO. **0001**<br>**RIA**<br>PO Box 6159<br>Carol Stream, IL  60197-6159 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Rich Kramer Construction, Inc.**<br>789 N. Miller Road<br>Springfield, MO  65802 | | | | | | | 0.00 |
| ACCOUNT NO. **UBON**<br>**Richards Equipment Co.**<br>PO Box 1878<br>Waco, TX  76703 | | | | | | | 467.49 |
| ACCOUNT NO.<br>**Richards Pipe & Steel, Inc.**<br>144 Roy Road SE<br>Pacific, WA  98047 | | | | | | | 0.00 |

Sheet no. __**438**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **467.49**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Richardson Plumbing Inc.<br>7601 Counts Massie Rd.<br>Maumelle, AR  72113 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Richardson, Chad<br>(Expenses) | | | | | | | 0.00 |
| ACCOUNT NO.<br>Rick Mooney Const.<br>217 Lakewood Rd.<br>Van Buren, AR  72956 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Ricks Pumping<br>3025 W. Weldon<br>Phoenix, AZ  85017 | | | | | | | 0.00 |
| ACCOUNT NO. **1751**<br>Riebes Auto Parts<br>P.O. Box 690<br>Newcastle, CA  95658 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Rifle Lock, Safe & Vacuum<br>121 W. 3rd Street<br>Rifle, CO  81650-2203 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Rigging Loft Inc (The)<br>PO Box 17142<br>Wichita, KS  67217-0142 | | | | | | | 0.00 |

Sheet no. ___**439**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____

<div align="center">Debtor(s)                                  (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rigging Products, Inc.**<br>**P.O.Box 11528**<br>**Portland, OR  97211** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Right Angle Foundation**<br>**26 Able Rd.**<br>**Reeds Spring, MO  65737** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**RINEHART FETZER SIMONSEN & BOOTH P.C.**<br>**50 West Broadway, Suite 1200**<br>**Salt Lake City, UT  84101** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Rinker Materials**<br>**PO Box 24725**<br>**West Palm Beach, FL  33416** | | | | | | | 0.00 |
| ACCOUNT NO. **9534**<br>**Rinker Materials**<br>**P.O.Box 73261**<br>**Chicago, IL  60673-3261** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Rivas-A Mileage 340**<br>**Rivas-Armando (Mileage)**<br>**Branch 340** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**River City Environmental**<br>**P.O.Box 30087**<br>**Portland, OR  97294** | | | | | | | 0.00 |

Sheet no. ___**440**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
<div style="text-align:center">Debtor(s)                                    (If known)</div>

<div style="text-align:center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7518** <br><br> **River City Petroleum, Inc.** <br> **P.O. Box 235** <br> **West Sacramento, CA  95691** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **River's Edge Towing** <br> **P.O.Box 396** <br> **Hood River, OR  97031** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Riverside County Dept. Of Child Support** <br> **PO Box 19990** <br> **Riverside, CA  92502-1990** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Riverside County Flood Control** <br> **1995 Market** <br> **Riverside, CA  92504** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **RJ's Tire Towing & Auto** <br> **P.O Box 312** <br> **Salem, UT  84653** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **RLD Construction** <br> **10725 Lawrence 1115** <br> **Mount Vernon, MO  65712** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Ro/Beck a joint Venture** <br> **1901 Regal Row** <br> **Dallas, TX  75235** | | | | | | | 0.00 |

Sheet no. **441** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **BRUN** <br> **Roadside Inn** <br> **HC 58 Box 1D** <br> **Thedford, NE  69166** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Roadway Express** <br> **P.O.Box 100129** <br> **Pasadena, CA  91189-0129** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Rob Green Pontiac,Buick GMC** <br> **1427 Blue Lakes Blvd.** <br> **Twin Falls, ID  83301** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Robert Oliver Construction** <br> **277 Prado Road** <br> **San Luis Obispo, CA  93401** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Robert's Concrete Cutting&Caring** <br> **19278 Manila St.** <br> **Bloomington, CA  92316** | | | | | | | 0.00 |
| ACCOUNT NO. **0285** <br> **Roberts Truck Center** <br> **PO Box 1071** <br> **Amarillo, TX  79189** | | | | | | | 669.35 |
| ACCOUNT NO. **7768** <br> **Roberts Truck Center** <br> **PO Box 1071** <br> **Amarillo, TX  79189** | | | | | | | 0.00 |

Sheet no. ___**442**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    669.35

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE  **Brundage-Bone Concrete Pumping, Inc.**                                   Case No. _____
                            Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Robertson's**<br>**P.O.Box 3600**<br>**Corona, CA  92878** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Robinett Copier & Mailing Solutions**<br>**PO Box 2501**<br>**Springfield, MO  65801-2501** | | | | | | | 0.00 |
| ACCOUNT NO. **8800**<br>**Robinett Copiers & Printers**<br>**3322 S. Campbell Ave. Suite G**<br>**Springfield, MO  65807-2501** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Robinson & Hoover**<br>**119 N. Robinson, STE 1000**<br>**Oklahoma City, OK  73102** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**ROBINWOOD**<br>**SUZANNE MOORE ORIGINAL INFO** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Rock Hill Concrete**<br>**PO Box 123**<br>**Dayton, WA  99328** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Rocket Transport**<br>**20435 Louetta Crossing Dr.**<br>**Spring, TX  77388** | | | | | | | 0.00 |

Sheet no. ___**443**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                         Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Rockford Corp.<br>PO Box 1430<br>North Plains, OR  97133 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Rocky Mountain Radiologists, P.C.<br>1873 S Bellaire Suite 420<br>Denver, CO  80222 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Rocky Mountain Transit & Laser<br> 612 W. Confluence Ave (4260 South)<br>Salt Lake City, UT  84123 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Rocky Mountain Welding<br>P.O.Box 368<br>Wendell, ID 83355 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Rocky Mountain Wire Rope & Rigging, Inc.<br>2421 S 2570 W<br>Salt Lake City, UT  84119-1241 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>Rocky Mtn Transit & Laser<br>612 W. Confluence Ave. (4260 South)<br>Salt Lake City, UT  84123 | | | | | | | 0.00 |
| ACCOUNT NO. **0026**<br><br>Rocky Mtn. Power<br>1033 NE 6th Ave.<br>Portland, OR  97256-0001 | | | | | | | 1,211.04 |

Sheet no. ___**444**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 1,211.04

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.                                   Case No. _____
_____
                    Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Rod Pugliese**<br>**1761 Primrose Pl**<br>**Erie, CO  80516-4012** | | | | | | X | **1,320,921.65** |
| ACCOUNT NO. **A116**<br>**Rodeway Inn & Conf. Center**<br>**1401 Zenith Drive**<br>**Sioux City, IA  51103** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Roger Langeliers Construction Co.**<br>**7145 NW Progress Ct**<br>**Hillsboro, OR  97124** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Rogers Truck Sales & Service**<br>**4312 S. Chestnut Ave.**<br>**Fresno, CA  93725** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Roll Off Service, Inc.**<br>**PO Box 1700**<br>**Lowell, AR  72745** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Rollins Construction**<br>**508 Twilight Trail #100**<br>**Richardson, TX  75080** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Rollins Construction & Trucking**<br>**P.O.Box 40 or 249**<br>**1842 South Highway 21**<br>**Milford, UT  84751** | | | | | | | **0.00** |

Sheet no. ___445___ of ___566___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,320,921.65**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
       Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Romero Concrete** 14795 Washington Dr. Fontana, CA 92335 | | | | | | | 0.00 |
| ACCOUNT NO. **RoMix Chemical** P.O.Box 1110 Colleyville, TX 76034 | | | | | | | 0.00 |
| ACCOUNT NO. **Ronald Carroll Surveyors Inc** 5302 South 31st St. Temple, TX 76502 | | | | | | | 0.00 |
| ACCOUNT NO. **Rooks County Health Center** P.O. Box 156 Dodge City, KS 67801 | | | | | | | 0.00 |
| ACCOUNT NO. **Rose Villas Development** P.O.Box 6906 Beverly Hills, CA 90212 | | | | | | | 0.00 |
| ACCOUNT NO. **Ross & Sons** 7828 S. Maple Fresno, CA 93725 | | | | | | | 0.00 |
| ACCOUNT NO. **3064** **Ross Island Sand-Gravel** 4315 SE McLoughlin Blvd PO Box 82249 Portland, OR 97282-0249 | | | | | | | 0.00 |

Sheet no. **446** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____

<div align="center">Debtor(s)          (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Roto-Rooter Plumbers** 3817 Conflans Irving, TX 75061 | | | | | | | **324.75** |
| ACCOUNT NO. **Royal Brass & Hose-Little Rock Wrhse.** Division of Royal Brass, Inc. PO Box 51468 Knoxville, TN 37950-1460 | | | | | | | **0.00** |
| ACCOUNT NO. **RSC Equipment Rental** PO Box 840514 Dallas, TX 75284-0514 | | | | | | | **0.00** |
| ACCOUNT NO. **RSI Construction and Contracting** 939 W. 4000 N. Ogden, UT 84414 | | | | | | | **0.00** |
| ACCOUNT NO. **RTW Drives & Controls** 1901 S Westmoreland Rd Red Oak, TX 75154 | | | | | | | **0.00** |
| ACCOUNT NO. **Rubber & Technology** 1645 Stroud Lane Mesquite, TX 75150 | | | | | | | **0.00** |
| ACCOUNT NO. **Rubens Fleet Svc., Inc.** 4730 Leopard St. Corpus Christi, TX 78408 | | | | | | | **0.00** |

Sheet no. __447__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **324.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                         Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Rural Water District No.9** <br> **69760 S. 321 Rd.** <br> **Wagoner, OK  74467** | | | | | | | 0.00 |
| ACCOUNT NO. **6787** <br> **Rush Truck Center, Austin-106787** <br> **16870 S. IH-35** <br> **Buda, TX  78610** | | | | | | | 796.83 |
| ACCOUNT NO. <br> **Rushforth Construction** <br> **6021 12th St. E. Ste. 100** <br> **Tacoma, WA  98424-1399** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ruslee Properties LLC** <br> **P.O. Box 1264** <br> **Casper, WY  82602** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Russ Automotive** <br> **2323 County Rd #228** <br> **Fulton, MO  65251** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Russell Lowell Catering, Inc.** <br> **4210 - 198th  St. SW, Suite 201** <br> **Lynnwood, WA  98036** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Russell Matson** <br> **524 3rd Street So.** <br> **Pmb 102** <br> **Nampa, ID  83651** | | | | | | | 0.00 |

Sheet no. __**448**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 796.83

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ruston, Town of** <br> **5117 N. Winnifred Street** <br> **Tacoma, WA  98407-6597** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **RWC Exc. & Concrete** <br> **18022 115th St, Ct E** <br> **Bonney Lake, WA  98391** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Ryan Rapp & Underwood** <br> **3101 N. Central Ave., Suite 1500** <br> **Phoenix, AZ  85012-2644** | | | | | | | 488.00 |
| ACCOUNT NO. <br> **S & G Drive Train** <br> **2011 West 1700 South ste3** <br> **Salt Lake City, UT  84104** | | | | | | | 2,515.78 |
| ACCOUNT NO. <br> **S & H Diesel Products** <br> **4807 N. McCarty Drive** <br> **Houston, TX  77013** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **S & S Concrete Pumping** <br> **PO Box 458** <br> **Rialto, CA  92377** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **S & W Machine Works Inc.** <br> **1580 Channel Ave.** <br> **Memphis, TN  38113** | | | | | | | 0.00 |

Sheet no. ___**449**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,003.78**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4759** <br><br> **S C Fuels** <br> **2406 Port of Tacoma Road** <br> **Tacoma, WA  98421** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **s Radiator LLC** <br> **1645 Dixon** <br> **Des Moines, IA  50316** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **S2M Construction Co. Inc** <br> **P.O. Box 1578** <br> **Glenwood Springs, CO  81602** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **SaaviHome** <br> **595 St. Andrews Lane** <br> **Louisville, CO  80027** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Sabacco** <br> **23233 N. Pima Rd. Ste 113** <br> **Scottsdale, AZ  85255** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Safelite Fulfillment Inc. / Safelite Aut** <br> **PO Box 633197** <br> **Cincinnati, OH  45263-3197** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **SafeQuip** <br> **10201-B Mckalla Place** <br> **Austin, TX  78758** | | | | | | | 0.00 |

Sheet no. ___**450**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6916** <br><br> **Safety & Supply** <br> **PO Box 84725** <br> **Seattle, WA  98124-6025** | | | | | | | 0.00 |
| ACCOUNT NO. **8837** <br><br> **Safety Kleen** <br> **PO Box 650509** <br> **Dallas, TX  75265-0509** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Safety Management Inc.** | | | | | | | 0.00 |
| ACCOUNT NO. **U500** <br><br> **Safety Solutions** <br> **P.O.Box 816** <br> **Puyallup, WA  98371** | | | | | | | 0.00 |
| ACCOUNT NO. **8739** <br><br> **Safety-Kleen** <br> **P.O.Box 7170** <br> **Pasadena, CA  91109-7170** | | | | | | | 0.00 |
| ACCOUNT NO. **0433** <br><br> **Safety-Kleen** <br> **P.O. Box 650509** <br> **Dallas, TX  75265-0509** | | | | | | | 132.60 |
| ACCOUNT NO. **8838** <br><br> **Safety-Kleen** <br> **5400 Legacy Dr.** <br> **Cluster Ii Bld. 3** <br> **Plano, TX  75024** | | | | | | | 0.00 |

Sheet no. ___**451**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $         132.60

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                 Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Safeway Oil Recovery, LLC** **2917 Mary Ave.** **Waco, TX  76710** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Saffron Supply Co.** **325 Commercial St., N.E.** **Salem, OR  97301** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Sagar Const. Co** **11431 East End Ave.** **Pomona, CA  91766** | | | | | | | 0.00 |
| ACCOUNT NO. **3365** | | | | | | | |
| **Sage Software, Inc.** **PO Box 60000** **San Francisco, CA  94160** | | | | | | | 0.00 |
| ACCOUNT NO. **3365** | | | | | | | |
| **Sage Software, Inc.** **PO Box 60000** **San Francisco, CA  94160** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Saguaro Envmtal Svc** **PO Box  78059** **Phoenix, AZ  85062-8059** | | | | | | | 111.63 |
| ACCOUNT NO. | | | | | | | |
| **Sak Construction** **PO Box 2388** **Issaquah, WA  98027** | | | | | | | 0.00 |

Sheet no. ___**452**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **111.63**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
_____
Debtor(s)                                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Salazar & Associates** | | | | | | | 0.00 |
| ACCOUNT NO. **7903** <br> **Salem Electric** <br> **633 Seventh St NW** <br> **PO Box 5588** <br> **Salem, OR  97304-0055** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Salem Tools** <br> **540 Lancaster Drive SE** <br> **Salem, OR  97317** | | | | | | | 0.00 |
| ACCOUNT NO. **UBON** <br> **Salina Iron & Metal Co.** <br> **P.O.Box 1155** <br> **Salina, KS  67402** | | | | | | | 21.50 |
| ACCOUNT NO. <br> **Salinas Construction, Inc.** <br> **7804 40th Ave West** <br> **Mukilteo, WA  98275** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Salinas Construction, Inc.** <br> **7804 40th Ave West** <br> **Mukilteo, WA  98275** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Salt Lake Valley Sand & Gravel** <br> **P.O.Box 2348** <br> **Sandy, UT  84091** | | | | | | | 508.44 |

Sheet no. ___**453**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **529.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc.__                     Case No. _____
　　　　　　　　　　　　Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Sam Johnson Concrete** <br>**13774 S 225th East Avenue** <br>**Broken Arrow, OK  74014** | | | | | | | 0.00 |
| ACCOUNT NO. **2009** <br><br>**Sam's Club** <br>**P.O.Box 530970** <br>**Atlanta, GA  30353-0970** | | | | | | | 29.00 |
| ACCOUNT NO. <br><br>**Samco Construction** <br>**P.O.Box 1382** <br>**Cabot, AR  72023** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Sampson, Karl** <br>**(Expenses)** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Sampson, Nic** | | | | | | | 0.00 |
| ACCOUNT NO. **3536** <br><br>**San Antonio Brake & Clutch Ser.** <br>**902 Ave B** <br>**San Antonio, TX  78215** | | | | | | | 0.00 |
| ACCOUNT NO. **7113** <br><br>**San Antonio Water System** <br>**P.O. Box 2990** <br>**San Antonio, TX  78299-2990** | | | | | | | 0.00 |

Sheet no. ___**454**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 　　29.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**San Bernardino County Child Support Division PO Box 19011 San Bernardino, CA  92423-9011** | | | **Child Support Payments** | | | | 0.00 |
| ACCOUNT NO. **9375** <br><br>**San Diego Gas & Electric PO Box 25111 Santa Ana, CA  92799-5111** | | | | | | | 0.00 |
| ACCOUNT NO. **3378** <br><br>**San Luis Garbage Waste Connection Co PO Box 1433 Los Angeles, CA  90084-1433** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Sanders Brothers Construction 21455 S. Dog Creek Road Claremore, OK  74017** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Sanders Construction** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Sanderson Parts Center 6300 N. 51st Avenue Glendale, AZ  85301** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Sanko Trucking Box 128 Spearville, KS  67876** | | | | | | | 0.00 |

Sheet no. ____**455**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Santa Maria Contractors Assoc.**<br>**2003 N. Preisker Lane Ste. A**<br>**Santa Maria, CA  93454** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Santana Concrete**<br>**18241 Slover Ave.**<br>**Bloomington, CA  92316** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Sarco Hydraulics**<br>**216 Old Route 66 North**<br>**PO Box 248**<br>**Litchfield, IL  62056-0248** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Sarkinen Ground Works Inc.**<br>**P.O.Box 1804**<br>**La Center, WA  98629** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Sarver Construction Report**<br>**4735 Revere Lane**<br>**Vidor, TX  77662** | | | | | | | 0.00 |
| ACCOUNT NO. **5057** <br><br> **SC Fuels**<br>**2406 Port of Tacoma Rd.**<br>**Tacoma, WA  98421** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Schwing (Pump Payments)**<br>**5900 Centerville Road**<br>**Saint Paul, MN  55127** | | | | | | | 0.00 |

Sheet no. ___**456**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE  Brundage-Bone Concrete Pumping, Inc.　　　　　　　　Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Schwing America Inc. <br> 5900 Centerville Road <br> Saint Paul, MN  55127 | | | | | | | 10,989.57 |
| ACCOUNT NO. **1231** <br> Schwing Bioset, Inc. <br> 350 SMC Drive <br> Somerset, WI  54025 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Scott Bros. Oil Co. Inc. <br> 9502 N.E. 76th St <br> Vancouver, WA  98662 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Scott Galvanizing Co., Inc. <br> 1520 N.W. Leary Way <br> Seattle, WA  98107-4739 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Scott Hammett Wrecker Service <br> 4600 SH 43 East <br> Henderson, TX  75652 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Scottsdale Emergency Assoc LTD <br> P.O.Box 2710 <br> Scottsdale, AZ  85252-2710 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Screed Master Products <br> 1473 N. Magnolia Ave <br> El Cajon, CA  92020 | | | | | | | 1,736.25 |

Sheet no. ___**457**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  12,725.82

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| **SeaBright Insurance Co.**<br>**Att:WARP Cash Management**<br>**PO Box 91100**<br>**Seattle, WA  98111-9200** | | | | | | | **0.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Seacon Construction**<br>**1560 W. Lambert Rd.**<br>**Brea, CA  92821** | | | | | | | **0.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Seal Capital, LLC**<br>**1560 Continental**<br>**Beaumont, TX  77706** | | | | | | | **0.00** |
| **ACCOUNT NO. 3667** | | | | | | | |
| **Seattle Mariners**<br>**Attention Ticket Office**<br>**PO Box 4100**<br>**Seattle, WA  98194-0100** | | | | | | | **0.00** |
| **ACCOUNT NO.** | | | | | | | |
| **Seattle Radiator**<br>**PO Box 80036**<br>**Seattle, WA  98108-0036** | | | | | | | **0.00** |
| **ACCOUNT NO. 2302** | | | | | | | |
| **Seattle Seahawks**<br>**P.O.Box 4769**<br>**Seattle, WA  98194** | | | | | | | **0.00** |
| **ACCOUNT NO. 4130** | | | | | | | |
| **Seattle Sterling Mack**<br>**P.O.Box 13902**<br>**25619 Pacific Hwy S**<br>**Des Moines, WA  98198-9020** | | | | | | | **2,447.54** |

Sheet no. ___**458**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ | **2,447.54**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                          Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Seattle Tarp Co., Inc.**<br>**18449 Cascade Ave. S.**<br>**Seattle, WA  98188** | | | | | | | 1,351.90 |
| ACCOUNT NO.<br>**SECOR International Inc.**<br>**PO Box 64428**<br>**Baltimore, MD  21264-4428** | | | | | | | 0.00 |
| ACCOUNT NO. **0001**<br>**Sedgwick CMS**<br>**Any & All Claims for Property Damage to**<br>**Lexington, KY  40512** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**See ATMOS-03**<br>**TXU Gas #266-2183-99-1** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Select Benefit Administrators**<br>**(Safeco)**<br>**PO Box 440**<br>**Ashland, WI  54806-0440** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Select Build** | | | | | | | 0.00 |
| ACCOUNT NO. **U002**<br>**Select Environmental Petro Mgmt.**<br>**PO Box 200910**<br>**Houston, TX  77216-0910** | | | | | | | 1,307.00 |

Sheet no. ___**459**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 2,658.90

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                   Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sellen** <br> P.O.Box 9970 <br> Seattle, WA  98109 | | | | | | | 0.00 |
| ACCOUNT NO. **BO01** <br> **Serck Services, Inc.** <br> Operating Account <br> Dept 2003 <br> Denver, CO  80291-2003 | | | | | | | 0.00 |
| ACCOUNT NO. **BO01** <br> **Serck Services, Inc.** <br> Operating Account <br> Dept 2003 <br> Denver, CO  80291-2003 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Set Environmental, Inc.** <br> 10215 Gardner Rd <br> Dallas, TX  75220 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Seven-M Enterproses Inc.** <br> 511 N 1300 E #2-A <br> Saint George, UT  84770 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Shade America, Inc.** <br> P.O.Box 560168 <br> Dallas, TX  75356-0168 | | | | | | | 0.00 |
| ACCOUNT NO. **3715** <br> **Shamrock Bolt and Screw** <br> 3731 Wheeler Avenue <br> Fort Smith, AR  72901 | | | | | | | 0.00 |

Sheet no. ___**460**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____   Case No. _____
                           Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Shamrock Paving Co. P.O. Box 19263 Spokane, WA  99219-9263 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Share Corp P.O.Box 245013 Milwaukee, WI  53224-9513 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Shaw Bros. Welding 1105 E. Belknap Fort Worth, TX  76102 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Shaw Constructors 3711 Hwy 355 South Fulton, AR  71838 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Sheets Construction P.O.Box 12906 Salem, OR  97309 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Shell Corp The P.O. Box 98607 Las Vegas, NV  89193-8607 | | | | | | | 0.00 |
| ACCOUNT NO. **5514** | | | | | | | |
| Shell Oil Products US PO Box 7247-6190 Philadelphia, PA  19170-6190 | | | | | | | 0.00 |

Sheet no. ___**461**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                                    
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sherman Bearing Inc**<br>**9009 North Loop East Ste 110**<br>**Houston, TX  77029** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Sherwin Williams**<br>**450 W. 42nd. Ave.**<br>**Denver, CO  80216** | | | | | | | 0.00 |
| ACCOUNT NO. **2149**<br>**Sherwin Williams Co.**<br>**16650 West Valley Hwy.**<br>**Seattle, WA  98188 5522** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Shilo Inn Suites Hotel - Idaho Falls**<br>**780 Lindsay Blvd.**<br>**Idaho Falls, ID  83402-1822** | | | | | | | 85.32 |
| ACCOUNT NO.<br>**Shilo Inn Suites-Boise Airport**<br>**4111 Broadway Ave.**<br>**Boise, ID  83705** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Shilo Inn Suites-Twin Falls**<br>**1586 Blue Lakes Blvd North**<br>**Twin Falls, ID  83301** | | | | | | | 0.00 |
| ACCOUNT NO. **2159**<br>**Shipley Motor Equip. Co.**<br>**P.O.Box 250**<br>**Lowell, AR  72745** | | | | | | | 0.00 |

Sheet no. ___**462**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $        85.32

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                     Case No. _____
              Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **L229** <br><br> **Shipley Motors Equipment** <br> **PO Box 4** <br> **Fort Smith, AR  72902** | | | | | | | 0.00 |
| ACCOUNT NO. **L228** <br><br> **Shipley Motors Equipment** <br> **P.O.Box 250** <br> **Lowell, AR  72745** | | | | | | | 3,727.31 |
| ACCOUNT NO. <br><br> **Showshine Enterprises Inc.** <br> **DBA:Hollywoods Detailing Prod.** <br> **PO Box 2201** <br> **Vancouver, WA  98668-2201** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Shred-it Denver** <br> **1707 E 58th Ave** <br> **Denver, CO  80216-1505** | | | | | | | 90.00 |
| ACCOUNT NO. <br><br> **Shred-it USA** <br> **9755 Clifford Dr. Ste 150** <br> **Dallas, TX  75220** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **SI Motors** <br> **5460 N. Hwy 95** <br> **Fort Mohave, AZ  86426** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Siemens Water Technologies Corp.** <br> **PO Box 757600** <br> **Philadelphia, PA  19175-7600** | | | | | | | 0.00 |

Sheet no. ___**463**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,817.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                                    _____
                    Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sierra Concrete Pumping** <br> **18029 Deodar** <br> **Hesperia, CA  92345** | | | | | | | 0.00 |
| ACCOUNT NO. **3988** <br> **Sierra Springs / Crystal Springs** <br> **PO Box 660579** <br> **Dallas, TX  75266-0579** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Sign A Rama** <br> **1305 S. Glenstone Ave.** <br> **Springfield, MO  65804** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Sign Tech** <br> **P.O.Box 388** <br> **Bull Shoals, AR  72619** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Signature Homes** <br> **575 E. 1400 No. Ste. 100** <br> **Logan, UT  84321** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **SignDesign** <br> **6625 W. 19th #110** <br> **Lubbock, TX  79407** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Signs & More** <br> **4401 NE St. John's Rd.** <br> **Vancouver, WA  98661** | | | | | | | 0.00 |

Sheet no. ___**464**___ of ___**566**___ continuation sheets attached to                                              Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                                       (Total of this page)    $

                                                                                                                              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
            Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2281** Silent Drive PO Box 1234 Le Mars, IA 51031-1234 | | | | | | | 0.00 |
| ACCOUNT NO. Silver City Construction 13281 Coho Run NW Bremerton, WA 98312 | | | | | | | 0.00 |
| ACCOUNT NO. Silver State Wire Rope & Rigging PO Box 3046 Compton, CA 90223-3046 | | | | | | | 0.00 |
| ACCOUNT NO. **1607** SilverStar Communications PO Box 226 Freedom, WY 83120 | | | | | | | 97.93 |
| ACCOUNT NO. Simms, Brandon K. | | | | | | | 0.00 |
| ACCOUNT NO. Simon, Craig A., P.E. 4894 Lake View Place Garden City, ID 83714 | | | | | | | 0.00 |
| ACCOUNT NO. **6372** Sinclair Oil Co. PO Box 31826 Salt Lake City, UT 84131 | | | | | | | 0.00 |

Sheet no. **465** of **566** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 97.93

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sinsheimer & Meltzer, Inc. P.S.**<br>**Attorneys at Law**<br>**1001 4th Ave Ste 2120**<br>**Seattle, WA  98154-1106** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Sir Grey Concrete**<br>**18415 Blue Ridge Dr.**<br>**Lynnwood, WA  98037** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Sitech Southwest, LLC**<br>**1835 S. MacDonald Ste #101**<br>**Mesa, AZ  85210** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Sitler Enterprises, Inc.**<br>**6141 Racel St.**<br>**Las Vegas, NV  89131** | | | | | | | **0.00** |
| ACCOUNT NO. **5951**<br>**Six Robblees' Inc.**<br>**PO Box 3703**<br>**Seattle, WA  98124** | | | | | | | **0.00** |
| ACCOUNT NO. **1119**<br>**Six States Distributors**<br>**P.O.Box 26005**<br>**Salt Lake City, UT  84126** | | | | | | | **0.00** |
| ACCOUNT NO. **7919**<br>**Six States Distributors**<br>**PO Box 80240**<br>**City of Industry, CA  91716-8240** | | | | | | | **214.51** |

Sheet no. ___**466**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **214.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**SJ Welding & Industrial Supply, LLC**<br>P.O. Box 13421<br>Memphis, TN  38113-3421 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Skanska**<br>1633 Littleton Rd.<br>Parsippany, NJ  07054 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Skeeter's Wrecker Srv. Inc.**<br>2002 Sierra Dr.<br>Lewisville, TX  75077 | | | | | | | 726.00 |
| ACCOUNT NO.<br><br>**Skelton Business Equpiment**<br>Dept #720<br>PO Box 3108<br>Houston, TX  77253-3108 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**SKS Inc.-(all)**<br>PO Box 469110<br>Escondido, CA  92046-9110 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Sky Publishing, Inc.**<br>5535 Memorial Dr., Ste F-325<br>Houston, TX  77007 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Slack Auto Parts**<br>404 Main St. SW<br>PO Box 778<br>Gainesville, GA  30503-0778 | | | | | | | 0.00 |

Sheet no. ___**467**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **726.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE  **Brundage-Bone Concrete Pumping, Inc.**                                     Case No. _____
_____
                    Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SLDC - Speech and Language Development C** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**SMART**<br>**130 Nickerson St. #307**<br>**Seattle, WA  98109** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**SME Solutions, LLC**<br>**2302 A Street**<br>**Tacoma, WA  98402** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Smiley Concrete**<br>**1001 Champa St.**<br>**Pratt, KS  67124-1203** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Smith Fire Systems, Inc.**<br>**1106 54th Ave. East**<br>**Tacoma, WA  98424** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Smith Power Products**<br>**P.O.Box 27527**<br>**Salt Lake City, UT  84127** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Smooth Move Concrete**<br>**P.O.Box 73**<br>**Lake Arrowhead, CA  92352** | | | | | | | 0.00 |

Sheet no. ___**468**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
                                        Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Snap on Tools - Edward Miller**<br>**20453 131st Pl. SE.**<br>**Kent, WA  98031** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Snap-On Tools - James A. Hormberg**<br>**6977 Chestnut Ct.**<br>**Parker, CO  80134** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Snap-On Tools- Victor Tomas**<br>**1242 Spring St.**<br>**Riverside, CA  92507** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Snap-On-Tools Jessica Stenerson**<br>**19801 SW 95th Ave.**<br>**Tualatin, OR  97062** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Snap-On-Tools-Brian Reynolds**<br>**8601 Hightower Dr.**<br>**North Richland Hills, TX  76180** | | | | | | | 0.00 |
| ACCOUNT NO. **3007** <br><br>**Snider**<br>**PO Box 751135**<br>**Charlotte, NC  28275** | | | | | | | 1,014.70 |
| ACCOUNT NO. **4989** <br><br>**SoCo Group, Inc.**<br>**5962 Priestly Dr.**<br>**Carlsbad, CA  92008-8812** | | | | | | | 0.00 |

Sheet no. ___**469**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 1,014.70

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
               Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Soff-Cut International, Inc.**<br>Lockbox #2836<br>P.O.Box 2836<br>Carol Stream, IL  60132-0001 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Solid Concrete**<br>PO Box 8275<br>Jackson, WY  83002-8275 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**SOM Construction**<br>4343 S. Loop East<br>Houston, TX  77051 | | | | | | | 0.00 |
| ACCOUNT NO. **0062**<br>**Somero Enterprises**<br>PO Box 845827<br>Boston, MA  02284-5827 | | | | | | | 0.00 |
| ACCOUNT NO. **6669**<br>**Sonitrol of Eugene**<br>PO Box 660777<br>Dallas, TX  75266-0777 | | | | | | | 0.00 |
| ACCOUNT NO. **UBON**<br>**Sonotech Inc.**<br>774 Marine Drive<br>Bellingham, WA  98225-1530 | | | | | | | 0.00 |
| ACCOUNT NO. **2566**<br>**SOPUS Products**<br>PO Box 7247-6236<br>Philadelphia, PA  19170-6236 | | | | | | | 13,258.70 |

Sheet no. _____**470**_____ of _____**566**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
         (Total of this page) $ **13,258.70**

                           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                        Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0869** <br><br> **Sound Billing LLC** <br> **P.O.Box 620130** <br> **Middleton, WI  53562** | | | | | | | **106.16** |
| ACCOUNT NO. **RU01** <br><br> **Sound Security Inc.** <br> **dba Sonitrol Pacific** <br> **8220 N Interstate Ave** <br> **Portland, OR  97217-6635** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **Soundbuilt** <br> **P.O.Box 73790** <br> **Puyallup, WA  98373** | | | | | | | **0.00** |
| ACCOUNT NO. **6631** <br><br> **SourceGas LLC** <br> **P.O.Box 660474** <br> **Dallas, TX  75266-0474** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **South Arkansas Emer Phys.** <br> **P.O.Box 602159** <br> **Charlotte, NC  28260** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **South Barnes Masonry** <br> **1256 South Barnes Ave.** <br> **Springfield, MO  65804** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **South Coast Contractors** <br> **23382 Madero Rd # M** <br> **Mission Viejo, CA  92691** | | | | | | | **0.00** |

Sheet no. ___**471**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **106.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                               Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**South Corridor Construction** <br>P.O.Box 66790 <br>Portland, OR  97290 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**South Dakota Child Support Payment Ctr.** <br>700 Governor's Drive, Suite 84 <br>Pierre, SD  57501-2291 | | | | | | | 0.00 |
| ACCOUNT NO. **2401** <br>**South Plains Electric Cooperative Inc.** <br>PO Box 600 <br>Spur, TX  79370-0600 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**South Texas Terminals, Inc.** <br>PO Box 2190 <br>Boerne, TX  78006 | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Southeast Compliance, Inc.** <br>PO Box 422 <br>Collierville, TN  38027-0422 | | | | | | | 0.00 |
| ACCOUNT NO. **4155** <br>**Southern California Edison** <br>PO Box 600 <br>Rosemead, CA  91771-0001 | | | | | | | 0.00 |
| ACCOUNT NO. **7576** <br>**Southern California Edison** <br>PO Box 300 <br>Rosemead, CA  91772-0001 | | | | | | | 0.00 |

Sheet no. ____**472** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.                    Case No. _____
_____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Southern Tire Mart, LLC** <br> **Dept. 143** <br> **P.O.Box 1000** <br> **Memphis, TN  38148-0143** | | | | | | | 1,003.83 |
| ACCOUNT NO. <br> **Southern UT Title Co.** <br> **20 North Main #300** <br> **Saint George, UT  84770** | | | | | | | 0.00 |
| ACCOUNT NO. **5000** <br> **Southern Utilities Co.** <br> **218 N. Broadway** <br> **Tyler, TX  75702** | | | | | | | 0.00 |
| ACCOUNT NO. **1995** <br> **Southwest Diesel & Elec.** <br> **1830 North 27th Ave.** <br> **Phoenix, AZ  85009-2614** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Southwest Filter & Supply Co.** <br> **3815 Ave. A** <br> **Lubbock, TX  79404** | | | | | | | 0.00 |
| ACCOUNT NO. **1003** <br> **Southwest Gas Co.** <br> **PO Box 98890** <br> **Las Vegas, NV  89150-0101** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Southwest Industrial Rigging** <br> **2802 West Palm Lane** <br> **Phoenix, AZ  85009** | | | | | | | 0.00 |

Sheet no. ____**473**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 1,003.83

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
_____
Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **C154** <br> **Southwest Missouri Truck Center, Inc. 2527 N Eastgate Ave Springfield, MO 65803-5710** | | | | | | | **1,196.33** |
| ACCOUNT NO. **8170** <br> **Southwest Rubber & Supply 4007 South 20th Street Phoenix, AZ 85040-1400** | | | | | | | **1,020.00** |
| ACCOUNT NO. <br> **Southwest Rubber & Supply 4007 South 20th Street Phoenix, AZ 85040-1400** | | | | | | | **1,920.00** |
| ACCOUNT NO. **414** <br> **Southwest Volvo Mack Trucks 1213 N. Zaragosa Rd. El Paso, TX 79907** | | | | | | | **0.00** |
| ACCOUNT NO. **9302** <br> **Southwest Wheel Co. 8740 John W Caroenter Freeway Dallas, TX 75247-4626** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Southwestern Welding & Machining 2751 S. Foster Rd San Antonio, TX 78220** | | | | | | | **0.00** |
| ACCOUNT NO. **8669** <br> **Sparketts P.O.Box 660579 Dallas, TX 75266-0579** | | | | | | | **0.00** |

Sheet no. **474** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **4,136.33**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE  **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5763**<br>**Sparkletts**<br>**PO Box 660579**<br>**Dallas, TX  75266-0579** | | | | | | | 0.00 |
| ACCOUNT NO. **5682**<br>**Sparkletts**<br>**6750 Discovery Blvd**<br>**Mableton, GA  30126** | | | | | | | 0.00 |
| ACCOUNT NO. **5192**<br>**Sparkletts**<br>**PO Box 660579**<br>**Dallas, TX  75266-0579** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Sparkman Enterprises, Inc.**<br>**D&D Towing**<br>**PO Box 736**<br>**Basalt, CO  81621-0736** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Spearville Truck Stop**<br>**10396 126th Road**<br>**Spearville, KS  67876** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Special Olympics Kansas**<br>**PO Box 780491**<br>**Wichita, KS  67278** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Special Olympics Washington**<br>**P.O.Box 399**<br>**Seattle, WA  98111-0399** | | | | | | | 0.00 |

Sheet no. ___**475**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                       Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Specialised Concrete Pumping** | | | | | | | 0.00 |
| ACCOUNT NO. **1120**<br>**Specialty Metals Corp.**<br>**8300 S 206th St**<br>**Kent, WA  98032-1214** | | | | | | | 0.00 |
| ACCOUNT NO. **BRUN**<br>**Specialty Sheet Metal**<br>**317 Railroad Ave S.**<br>**Kent, WA  98032** | | | | | | | 0.00 |
| ACCOUNT NO. **D100**<br>**Specialty Wipers Inc.**<br>**7979 S. 180th St.**<br>**Kent, WA  98032** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Spectra Southwest, Inc.**<br>**4202 E. Elwood, Suite 1**<br>**Phoenix, AZ  85040** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Speedway Auto Paint**<br>**665 E. 70th Ave #3**<br>**Denver, CO  80229** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Speedway Chevrolet**<br>**2301 North Aspen Ave.**<br>**Broken Arrow, OK  74012** | | | | | | | 0.00 |

Sheet no. __476__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Speedy Glass** PO Box 3877 Seattle, WA  98124 | | | | | | | 0.00 |
| ACCOUNT NO. **Speight Construction** 5137 Davis Blvd. North Richland Hills, TX  76180 | | | | | | | 0.00 |
| ACCOUNT NO. **Spencer Fluid Power** Dept 51 PO Box 34935 Seattle, WA  98124-1935 | | | | | | | 0.00 |
| ACCOUNT NO. **SPFD Family Medical** 4049 S. Campbell Springfield, MO  65807-5303 | | | | | | | 0.00 |
| ACCOUNT NO. **Spolar, Brendan** 6397 W. Battlement Ct. Boise, ID  83703 | | | | | | | 0.00 |
| ACCOUNT NO. **Sportex Apparel** 2020 West 4th St. Tempe, AZ  85281 | | | | | | | 0.00 |
| ACCOUNT NO. **2586** **Spring Mountain Water** 928 Shady Lane Lake Charles, LA  70601 | | | | | | | 0.00 |

Sheet no. ____**477**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Springdale Emergency Group Inc.** <br> PO Box 2995 <br> San Antonio, TX  78299-2995 | | | | | | | 0.00 |
| ACCOUNT NO. **7951** <br> **Springdale Ford** <br> P.O.Box 8430 <br> Fayetteville, AR  72703 | | | | | | | 0.00 |
| ACCOUNT NO. **2005** <br> **Springdale Water Utilities** <br> PO Box 769 <br> Springdale, AR  72765-0769 | | | | | | | 0.00 |
| ACCOUNT NO. **7066** <br> **Springfield Brake Co.** <br> PO Box 10343 <br> Springfield, MO  65808 | | | | | | | 127.96 |
| ACCOUNT NO. <br> **Springfield Contractors Assoc.** <br> 1313 N. Nias Ave. <br> Springfield, MO  65802 | | | | | | | 0.00 |
| ACCOUNT NO. **0800** <br> **Springfield Paper Co.** <br> P.O. Box 3336 <br> Springfield, MO  65808 | | | | | | | 0.00 |
| ACCOUNT NO. **8915** <br> **Sprint** <br> PO Box 79357 <br> City of Industry, CA  91716-9357 | | | | | | | 0.00 |

Sheet no. ___**478**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **127.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                                                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7794** <br><br> **Sprint** <br> **P.O. Box 1769** <br> **Newark, NJ  07101-1769** | | | | | | | 0.00 |
| ACCOUNT NO. **9810** <br><br> **Sprint** <br> **P.O.Box 4181** <br> **Carol Stream, IL  60197-4181** | | | | | | | 0.00 |
| ACCOUNT NO. **2620** <br><br> **Sprint** <br> **PO Box 219100** <br> **Kansas City, MO  64121-9100** | | | | | | | 0.00 |
| ACCOUNT NO. **8103** <br><br> **Sprint** <br> **PO Box 4181** <br> **Carol Stream, IL  60197-4181** | | | | | | | 0.00 |
| ACCOUNT NO. **9512** <br><br> **Sprint** <br> **P.O.Box 4181** <br> **Carol Stream, IL  60197-4181** | | | | | | | 0.00 |
| ACCOUNT NO. **8080** <br><br> **Sprint** <br> **PO Box 219100** <br> **Kansas City, MO  64121-9100** | | | | | | | 0.00 |
| ACCOUNT NO. **9088** <br><br> **Sprint / Nextel** <br> **PO Box 4181** <br> **Carol Stream, IL  60197-4181** | | | | | | | 0.00 |

Sheet no. ___**479**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                                   Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Spurling, Thomas (Expenses)** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Squee-Gee Clean Window Care Inc. PO Box 33214 Portland, OR  97292** | | | | | | | 70.00 |
| ACCOUNT NO. **0004** <br> **SRP PO Box 2950 Phoenix, AZ  85062-2950** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **SS&L Inc. 4524 S. 68th St. Omaha, NE  68117** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **SSI Inc. PO Box 399 Tontitown, AR  72770** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **St Johns Physicians & Clinic P.O.Box 2580 Springfield, MO  65801** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **St. Davids Hospital PO Box 406167 Atlanta, GA  30384-6167** | | | | | | | 0.00 |

Sheet no. __480__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   70.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc.__                                  Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ST. George Mobile<br>460 W. 9000 S<br>Sandy, UT 84070 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| St. Joseph Regional Health Center<br>PO Box 3867<br>Bryan, TX 77805-3867 | | | | | | | 0.00 |
| ACCOUNT NO. 1163 | | | | | | | |
| St. Luke Magic Valley<br>Occupational Health<br>630 Addison Ave W Ste 130<br>Twin Falls, ID 83301-5475 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| St. Mary's MPP<br>10860 N. Mavinee Dr.<br>Tucson, AZ 85737 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Stacy & Witbeck Inc.<br>211 NW 5th<br>Portland, OR 97209 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Stafford Excavating LLC<br>P.O. Box 545<br>Enumclaw, WA 98022-0545 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Staker & Parson Companies<br>1730 N Beck Street<br>Salt Lake City, UT 84116 | | | | | | | 0.00 |

Sheet no. __481__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Stan Lane Construction** <br> 7679 Hunt St. <br> Boise, ID 83709 | | | | | | | 0.00 |
| ACCOUNT NO. **1509** <br> **Standard Batteries of Salt Lake** <br> P.O.LBox 1242 <br> Salt Lake City, UT 84110-1242 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Standard Industries** <br> 13022 Old Hanover Rd. <br> Reisterstown, MD 21136 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Stanley Convergent Security Solutions** <br> Dept CH 10651 <br> Palatine, IL 60055 | | | | | | | 0.00 |
| ACCOUNT NO. **0953** <br> **Staples Business** <br> Dept LA 1368 <br> PO Box 83689 <br> Chicago, IL 60696-3689 | | | | | | | 0.00 |
| ACCOUNT NO. **5132** <br> **Star Bolt & Screw Co.Inc.** <br> P.O. Box 9480 <br> North Little Rock, AR 72119-9480 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Star Concrete Pumping Co. Inc.** <br> Dept 79 <br> PO Box 4283 <br> Houston, TX 77210-4283 | | | | | | | 0.00 |

Sheet no. ___ **482** of ___ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                          Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Star Equipment Co.** **4025 West Nevso Drive** **Las Vegas, NV  89103** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Star Fuel Centers, Inc.** **Texaco Fuel Center** **1550 S Hamilton Cir** **Olathe, KS  66061-5377** | | | | | | | 0.00 |
| ACCOUNT NO. **1399** | | | | | | | |
| **Star International Inc.** **P.O. Box 1898** **Texarkana, TX  75504** | | | | | | | 0.00 |
| ACCOUNT NO. **0077** | | | | | | | |
| **Star Mechanical Supply** **535 North Fremont** **Springfield, MO  65802** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Star Tex Propane Inc.** **2009 Jack Kultgen EXPY** **Waco, TX  76706** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Star Valley Medical center** **PO Box 579** **Afton, WY  83110** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **State Central Collections Unit** **P.O. Box 6219** **Indianapolis, IN  46206-6219** | | | | | | | 0.00 |

Sheet no. ___**483**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                  Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**State Coll & Disb Unit- SCADU**<br>**P.O. BOX 98950**<br>**Las Vegas, NV  89193-8950** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**State Farm Insurance Co** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**State Of Georgia**<br>**Child Support Servs., Family Support Reg**<br>**PO Box 1800**<br>**Carrollton, GA  30112-1800** | | | | | | | 0.00 |
| ACCOUNT NO. **9170**<br>**State of Nevada -  Business License  Ren**<br>**PO Box 52614**<br>**Phoenix, AZ  85072-2614** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**State Of New Mexico**<br>**Child Support Enforcement Divison**<br>**PO Box 25109**<br>**Santa Fe, NM  87504-5109** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**State Of Virginia**<br>**Division Of Child Support Enforcement**<br>**PO Box 570**<br>**Richmond, VA  23218-0570** | | | | | | | 0.00 |
| ACCOUNT NO. **3860**<br>**State Pipe & Supply**<br>**File 55618**<br>**Los Angeles, CA  90074-5618** | | | | | | | 0.00 |

Sheet no. ____**484** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6500** <br> **State Pipe & Supply** <br> **File 55618** <br> **Los Angeles, CA  90074-5618** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Statewide Towing & Recovery** <br> **PO Box 3793** <br> **Riverside, CA  92519** | | | | | | | 0.00 |
| ACCOUNT NO. **UBON** <br> **Steel Yard, Inc.,The** <br> **P.O. Box 4828** <br> **Portland, OR  97208** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Stein Transportation Systems Inc.** <br> **P.O. Box 1270** <br> **Manchaca, TX  78652** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Sterling Battery Co.** <br> **PO Box 4947** <br> **Boise, ID  83711-4947** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Sterling Motor Lodge** <br> **731 N. 3rd St.** <br> **Sterling, CO  80751** | | | | | | | 0.00 |
| ACCOUNT NO. **0000** <br> **Steve Regan Co.,Corp.** <br> **4215 South 500 West** <br> **PO Box 30676** <br> **Salt Lake City, UT  84130-0676** | | | | | | | 0.00 |

Sheet no. ___**485**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
                    Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Steve's Diesel & Truck Service**<br>P.O.Box 166<br>Elk City, OK  73648 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Steve's Mobile A/C and Truck Repair**<br>29213 Dandelion Way<br>Murrieta, CA  92563 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Steven's Commercial Contracting**<br>109 S. Charles St.<br>Searcy, AR  72143 | | | | | | | 0.00 |
| ACCOUNT NO. **4108**<br>**Stewart & Stevenson**<br>P.O. Box 200441<br>Houston, TX  77216-0441 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Stewart Title Co. Escrow Accts**<br>4700 W. Sam Houston PKWY N.<br>Houston, TX  77041 | | | | | | | 0.00 |
| ACCOUNT NO. **1936**<br>**Stewart-Stevenson**<br>PO Box 200441<br>Houston, TX  77216-0441 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Stone Development**<br>9550 SE Clackmas Rd<br>Clackamas, OR  97015 | | | | | | | 0.00 |

Sheet no. ___**486**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                               Case No. _____
_____                                                      _____
Debtor(s)                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Stone Valley Landscaping Inc.** 6995 S. Scott Dr. Chandler, AZ  85249 | | | | | | | 562.50 |
| ACCOUNT NO.  **Stonepro Slingers** 191 E 600 South Payson, UT  84651 | | | | | | | 0.00 |
| ACCOUNT NO.  **StoneRiver-Pharmacy Solutions** PO Box 504591 Saint Louis, MO  63150-4591 | | | | | | | 0.00 |
| ACCOUNT NO.  **Stoneway Electric Supply** P.O. Box 4037 Spokane, WA  99220-0037 | | | | | | | 0.00 |
| ACCOUNT NO.  **Store Yr Stuff** 1225 Tutvilla Rd. Pendleton, OR  97801 | | | | | | | 0.00 |
| ACCOUNT NO.  **Storey Wrecker Service, Inc.** 10 N. Elwood Tulsa, OK  74103 | | | | | | | 287.15 |
| ACCOUNT NO. **U027**  **Stork Twin City Testing  Corp.** 15277 Collections Center Dr. Chicago, IL  60693 | | | | | | | 0.00 |

Sheet no. ___**487**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $      849.65

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                  Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Streamline Supply, Inc.**<br>460 North 1000 West<br>Centerville, UT  84014 | | | | | | | 0.00 |
| ACCOUNT NO. **3050**<br>**Strouhal Tire Centers**<br>PO Box 671579<br>Dallas, TX  75267-1579 | | | | | | | 0.00 |
| ACCOUNT NO. **U100**<br>**Stuart Hose & Pipe Co.**<br>701 Riverside Drive<br>Fort Worth, TX  76111 | | | | | | | 0.00 |
| ACCOUNT NO. **7615**<br>**Stutzman Refuse Disposal**<br>315 W. Blanchard<br>South Hutchinson, KS  67505 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Subsurface Construction Inc.**<br>110 Angelica St.<br>Saint Louis, MO  63147 | | | | | | | 0.00 |
| ACCOUNT NO. **8201**<br>**SuddenLink**<br>P.O.Box 660365<br>Dallas, TX  75266-0365 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Summers**<br>542 TM West Pkwy<br>West, TX  76691 | | | | | | | 0.00 |

Sheet no. ___**488**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____                                    
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Summerton, Rob**<br>**Expenses** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Summit Healthcare Regional Med. Center**<br>**2200 E. Show Low Lake Road**<br>**Show Low, AZ  85901** | | | | | | | 0.00 |
| ACCOUNT NO. **0001**<br>**Summit Water & Supply Co.**<br>**9701 50th Ave. East**<br>**Tacoma, WA  98446-5444** | | | | | | | 0.00 |
| ACCOUNT NO. **7452**<br>**Sun Coast Resources, Inc.**<br>**6922 Cavalcade**<br>**Houston, TX  77028** | | | | | | | 26,552.16 |
| ACCOUNT NO.<br>**Sun Concrete Pumping**<br>**11015 NW 51st Pl**<br>**Grimes, IA  50111** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Sun Devil Fire Equipment Inc.**<br>**2929 W. Clarendon Ave.**<br>**Phoenix, AZ  85017** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Sun Trust**<br>**PO Box 79194**<br>**Baltimore, MD  21279-0194** | | | | | | | 0.00 |

Sheet no. ____**489** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 26,552.16

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                              Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1600**<br><br>**Sunbelt Industrial Trucks**<br>**1617 Terre Colony Ct.**<br>**Dallas, TX  75212** | | | | | | | 0.00 |
| ACCOUNT NO. **8882**<br><br>**Sunbelt Rentals**<br>**P.O.Box 409211**<br>**Atlanta, GA  30384-9211** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Sunbelts Conveyered Aggregated Delivery,**<br>**PO Box 1540**<br>**Litchfield Park, AZ  85340** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Sundt Construction Inc.**<br>**2620 S. 55th St.**<br>**Tempe, AZ  85282** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Sundt Construction, Inc.**<br>**Accounts Receivable**<br>**PO Box 26685**<br>**Tucson, AZ  85726-6685** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Sunpointe At Lakewood Estates Condo Asso**<br>**1301 Washington Ave., Suite 350**<br>**Golden, CO  80401** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Sunrise Construction**<br>**1019 West 3rd St.**<br>**San Bernardino, CA  92410** | | | | | | | 0.00 |

Sheet no. ___**490**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**
_____     Case No. _____
                     Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Sunrise Environmental Scientific**<br>PO Box 10207<br>Reno, NV  89510 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Sunroc Corporation**<br>180 North 300 East<br>Saint George, UT  84770 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Sunstate Equipment Co.**<br>PO Box 52581<br>Phoenix, AZ  85072-2581 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**SunTrust**<br>Contract 443-7003297-001<br>PO Box 79194<br>Baltimore, MD  21279-0194 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Super 8**<br>839 South Oak St.<br>Iowa Falls, IA  50126 | | | | | | | 0.00 |
| ACCOUNT NO. **3078**<br>**Super 8**<br>305 London Bridge Rd.<br>Lake Havasu City, AZ  86403 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Super 8 East**<br>2405 S.E. 6th Ave.<br>Aberdeen, SD  57401 | | | | | | | 0.00 |

Sheet no. ___**491**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Super 8 Motel** **207 South Murray Road** **Rantoul, IL  61866** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Super 8 Motel** **505 Hoselton Drive** **Chenoa, IL  61726** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Super 8 Motel-Mattoon** **205 McFall Rd.** **(I-57 & Route 16)** **Mattoon, IL  61938** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Super 8- Kingman** **3401 E. Andy Devine** **Kingman, AZ  86401** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Super Carburetors** **2622 Main St.** **Riverside, CA  92501** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Superior Cleaning Equipment Inc.** **2455 S. 7th St., Ste. 120** **Phoenix, AZ  85034** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Superior Concrete** **8705 Gateway Terrace** **Oklahoma City, OK  73149** | | | | | | | 0.00 |

Sheet no. ___**492**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.

_____    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Superior Construction Services**<br>**820 Omaha NE**<br>**Albuquerque, NM  87123** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Superior Lamp Inc.**<br>**P.O.Box 566**<br>**Moorhead, MN  56561-0566** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Superior Land**<br>**47903 SE Mt. SI Rd.**<br>**North Bend, WA  98045** | | | | | | | 0.00 |
| ACCOUNT NO. **3250**<br><br>**Superior Linen Srv.**<br>**1012 Center St**<br>**Tacoma, WA  98409** | | | | | | | 30.46 |
| ACCOUNT NO.<br><br>**Superior Screed Service**<br>**38950 U S Highway 41**<br>**PO Box 221**<br>**Chassell, MI  49916-0221** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Superior Service Co.**<br>**840 East Murdock**<br>**Wichita, KS  67214** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Superior Tire Service**<br>**1409 NE Columbia Blvd**<br>**Portland, OR  97211** | | | | | | | 0.00 |

Sheet no. ___**493** of ___**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $       **30.46**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                        Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Superior Tire Service - Longview**<br>**660 - 14th Ave**<br>**Longview, WA  98632** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**SuperSigns**<br>**1335 W. Unversity Drive #8**<br>**Tempe, AZ  85281-3353** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Supply Service Plus** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Sure Clean NW**<br>**P.O.Box 902**<br>**Albany, OR  97321** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Surecrete Inc.**<br>**155 NE 100th Suite 300**<br>**Seattle, WA  98125** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Sussman Shank LLP, Attorneys At Law**<br>**1000 Southwest Broadway, Suite 1400**<br>**Portland, OR  97205-3089** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Suttell & Associates P.S.**<br>**1450-114th Ave SE #240**<br>**Conifer Building**<br>**Bellevue, WA  98004** | | | | | | | 0.00 |

Sheet no. ___**494**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                        Case No. _____
                                  Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Swendsen Concrete** <br> **PO Box 1067** <br> **North Plains, OR  97133** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Swift Concrete** <br> **1604 Ave. J.** <br> **Plano, TX  75074** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Swinerton Builders** <br> **260 Townsend St.** <br> **San Francisco, CA  94107** | | | | | | | 0.00 |
| ACCOUNT NO. **UCON** <br> **SYN-Tech Systems** <br> **PO Box 5258** <br> **Tallahassee, FL  32314** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **T / A Pump** <br> **10770 Beach Blvd** <br> **Stanton, CA  90680** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **T&T Equipment Co.** <br> **5000 E. Broadway** <br> **North Little Rock, AR  72117** | | | | | | | 0.00 |
| ACCOUNT NO. **6133** <br> **T&W Tire** <br> **PO Box 974474** <br> **Dallas, TX  75397-4474** | | | | | | | 0.00 |

Sheet no. ___**495**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1890** <br><br> T-Mobile <br> PO Box 660252 <br> Dallas, TX  75266-0252 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> T.B. Penick & Sons <br> 9747 Olson Dr. <br> San Diego, CA  92121 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> T.S. Industrial Supply <br> 205 North Market Place <br> Escondido, CA  92029 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Tackett Concrete <br> P.O.Box 518 <br> Wylie, TX  75098 | | | | | | | 0.00 |
| ACCOUNT NO. **6790** <br><br> Tacoma Screw Products <br> 2001 Center Street <br> Tacoma, WA  98409-7895 | | | | | | | 1,834.82 |
| ACCOUNT NO. <br><br> Talavera's Auto Body <br> 380 N Orange St. Suite #B <br> Riverside, CA  92501 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> Talon Air Service, Inc. <br> PO Box 1109 <br> Soldotna, AK  99669 | | | | | | | 0.00 |

Sheet no. ____**496**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,834.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE  **Brundage-Bone Concrete Pumping, Inc.**
_____     Case No. _____
                    Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tanner's Radiator & Auto**<br>**331 South 860 East**<br>**American Fork, UT  84003** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tapani Underground, Inc.**<br>**P.O.Box 1900**<br>**Battle Ground, WA  98604** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**TAS Precision Rebuild**<br>**4000 E. Valley Rd.**<br>**Renton, WA  98057** | | | | | | | 0.00 |
| ACCOUNT NO. **9242**<br>**Taylor Telephone Cooperative, Inc.**<br>**PO Box 370**<br>**Merkel, TX  79536-0370** | | | | | | | 0.00 |
| ACCOUNT NO. **1403**<br>**TCI /Berlin Tire Centers**<br>**111 E. Maricopa Fwy # B**<br>**Phoenix, AZ  85004-2919** | | | | | | | 303.80 |
| ACCOUNT NO. **0459**<br>**TCI Tire Center**<br>**11589 IH 35 North**<br>**San Antonio, TX  78233** | | | | | | | 0.00 |
| ACCOUNT NO. **2149**<br>**TCI Tire Centers**<br>**2725 N. Eastgate**<br>**Springfield, MO  65803** | | | | | | | 90.00 |

Sheet no. ____**497**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   393.80

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3942** | | | | | | | |
| **TCI Tire Centers**<br>**9156 Brighton Rd**<br>**Henderson, CO  80640** | | | | | | | **505.49** |
| ACCOUNT NO. **0712** | | | | | | | |
| **TCI Tire Centers**<br>**P.O.Box 829**<br>**Antioch, TN  37011-0829** | | | | | | | **112.36** |
| ACCOUNT NO. **2057** | | | | | | | |
| **TCI Tire Centers**<br>**4421 Gardner**<br>**Kansas City, MO  64120** | | | | | | | **0.00** |
| ACCOUNT NO. **4979** | | | | | | | |
| **TCI Tire Centers**<br>**3428 Astrozon Blvd**<br>**Colorado Springs, CO  80910** | | | | | | | **0.00** |
| ACCOUNT NO. **3841** | | | | | | | |
| **TCI Tire Centers**<br>**9156 Brighton Road**<br>**Henderson, CO  80640** | | | | | | | **0.00** |
| ACCOUNT NO. **3694** | | | | | | | |
| **TCI Tire Ctr**<br>**2280 South Sheridian St.**<br>**Wichita, KS  67213** | | | | | | | **0.00** |
| ACCOUNT NO. **1403** | | | | | | | |
| **TCI/Berlin Tire Ctr**<br>**111 E. Maricopa Fwy # B**<br>**Phoenix, AZ  85004-2919** | | | | | | | **0.00** |

Sheet no. ____**498**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $                617.85

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7524** <br> **TDS Tire Dist.System** <br> **Dept 530** <br> **Denver, CO  80291-0530** | | | | | | | 0.00 |
| ACCOUNT NO. **0405** <br> **TDS Tire Dist.System** <br> **Department 530** <br> **Denver, CO  80291-0530** | | | | | | | 515.01 |
| ACCOUNT NO. **2216** <br> **TEC Equipment, Inc.** <br> **PO Box 11272** <br> **Portland, OR  97211-0272** | | | | | | | 85.94 |
| ACCOUNT NO. **2907** <br> **Tec Leasing** <br> **Transco Leasing Co.** <br> **PO Box 11272** <br> **Portland, OR  97211-0272** | | | | | | | 0.00 |
| ACCOUNT NO. **1078** <br> **Tec of California** <br> **PO Box 11272** <br> **Portland, OR  97211** | | | | | | | 0.00 |
| ACCOUNT NO. **1737** <br> **Tec of California, Inc.** <br> **14085 Valley Blvd** <br> **Fontana, CA  92335-5288** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Tech Inn - Lubbock** <br> **3107 Clovis Rd** <br> **Lubbock, TX  79415** | | | | | | | 0.00 |

Sheet no. **499** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 600.95

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
<div align="center">Debtor(s)                                              (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Techna Glass**<br>**611 N Bluff St/**<br>**Saint George, UT  84770** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Ted Baker Concrete Pumping**<br>**9737 Liberty Ct.**<br>**Rancho Cucamonga, CA  91737** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Teleco Business Communication**<br>**PO Box 457**<br>**Eastlake, CO  80614** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**TeleData Communications**<br>**10620 Widmer**<br>**Lenexa, KS  66215** | | | | | | | 0.00 |
| ACCOUNT NO. **5085**<br>**Tempe Crane**<br>**124 South Smith RD.**<br>**Tempe, AZ  85281** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Temple Towing Service, Inc.**<br>**3815 Shallow Ford West Rd.**<br>**Temple, TX  76502** | | | | | | | 0.00 |
| ACCOUNT NO. **4257**<br>**Temple Welding Supply**<br>**PO Box 1998**<br>**Temple, TX  76503-1998** | | | | | | | 0.00 |

Sheet no. _____ **500** of _____ **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
          Debtor(s)                                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Temtco Steel**<br>**75 Remittance Dr. Suite 3025**<br>**Chicago, IL  60675-3025** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tennessee Child Support**<br>**PO Box 305200**<br>**Nashville, TN  37229-5200** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Terracon Consultants, Inc.**<br>**P.O.Box 931277**<br>**Kansas City, MO  64193-1277** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**TestAmerica Analytical Testing Corp.**<br>**PO Box 4305**<br>**Philadelphia, PA  19175-4305** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**TestAmerica Laboratories, Inc.**<br>**Dept 2314**<br>**P.O.Box 122314**<br>**Dallas, TX  75312-2314** | | | | | | | 0.00 |
| ACCOUNT NO. **0452**<br>**TestAmerica Portland #1420452**<br>**Dept 2314**<br>**P.O.Box 122314**<br>**Dallas, TX  75312-2314** | | | | | | | 84.79 |
| ACCOUNT NO. **9043**<br>**Texarkana Mack Sales**<br>**P.O. Box 2058**<br>**Texarkana, TX  75504** | | | | | | | 0.00 |

Sheet no. __**501**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 84.79

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Texas A&M University** <br> **1720 Dryden Road** <br> **Dept 180** <br> **Houston, TX  77030** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Texas Building Branch - AGC** <br> **816 Congress Ave., Ste. 950** <br> **Austin, TX  78701** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Texas Child Support Specialists** <br> **PO Box 721821** <br> **Houston, TX  77272-1821** | | | | | | | 0.00 |
| ACCOUNT NO. **2535** <br> **Texas Fleet Fuel** <br> **4911 East 7th St.** <br> **Austin, TX  78702** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Texas Imaging Systems** <br> **2600 Longhorn Blvd #102** <br> **Austin, TX  78758** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Texas MedClinic** <br> **13722 Embassy Row** <br> **San Antonio, TX  78216** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Texas Rubber Supply Inc.** <br> **P. O. Box 565067** <br> **Dallas, TX  75356-5067** | | | | | | | 166.16 |

Sheet no. ___**502**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    $        **166.16**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                        $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
　　　　　　　　Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Texas Service Industries**<br>**PO Box 200070**<br>**San Antonio, TX  78220** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Texas South**<br>**PO Box 65101**<br>**San Antonio, TX  78265** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Texas Tollways CSC**<br>**12719 Burnet Rd**<br>**Austin, TX  78727-4206** | | | | | | | 0.00 |
| ACCOUNT NO. **7704**<br>**Texas Tollways CSC**<br>**12719 Burnet Road**<br>**Austin, TX  78727-4206** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Texas Towing**<br>**PO Box 830388**<br>**San Antonio, TX  78283-0388** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**The Children's Hospital Found.**<br>**1245 E. Colfax Ave. Suite 400**<br>**Denver, CO  80218** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**The Gallery Collection**<br>**Prudent Publishing**<br>**PO Box 360**<br>**Ridgefield Park, NJ  07660-0360** | | | | | | | 0.00 |

Sheet no. ___**503**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                         Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **The Guide** <br> PO Box 99729 <br> Seattle, WA 98139 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **The Local Pages** <br> 4910 W. Amelia Earhart Dr. Suite #1 <br> Salt Lake City, UT 84116 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **The Longhorn Foundation** <br> P.O.Box 7399 <br> Austin, TX 78713 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **The Odom Corporation** <br> 10500 NE 8th Street, Suite 2000 <br> Bellevue, WA 98004 | | | | | | | 0.00 |
| ACCOUNT NO. **2056** <br> **The Permit Co.** <br> Los Angeles Corporate Cntr <br> 789 S Arroyo Pkwy <br> Pasadena, CA 91105-3234 | | | | | | | 0.00 |
| ACCOUNT NO. **TG10** <br> **The Phone Book** <br> 260 W. St. George Blvd. <br> Saint George, UT 84770 | | | | | | | 0.00 |
| ACCOUNT NO. **4079** <br> **The Press-Enterprise** <br> P.O.Box 12009 <br> Riverside, CA 92502-2209 | | | | | | | 0.00 |

Sheet no. __**504**__ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **The Springfield Business Journal** **PO Box 1365** **Springfield, MO  65801** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **The Telephone Company** **7101 W. Sierra St.** **Peoria, AZ  85345** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **The Toll Roads Violation Dept.** **PO Box 50310** **Irvine, CA  92619-0310** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **The Truck Shop** **  Street NE.** **Auburn, WA  98002** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **The University of Texas at Austin-UT Foo** **P.O. Box 13178** **Austin, TX  78711-3178** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **The Werks C&C, Inc.** **1301 E. Gibson Lane** **Phoenix, AZ  85034** | | | | | | | 960.00 |
| ACCOUNT NO. | | | | | | | |
| **The Wheatland Inn** **124 SE 1st** **Buffalo, OK  73834** | | | | | | | 0.00 |

Sheet no. ___**505**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $        960.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) S Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                     Debtor(s)                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**The Woolly Bison Inn**<br>P.O.Box 610<br>4 East Turner<br>Buffalo, OK  73834 | | | | | | | 0.00 |
| ACCOUNT NO. **0013**<br>**Thermo Fluids Inc.**<br>9354 Treasury Center<br>Chicago, IL  60694-9300 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Third Party Solutions**<br>P.O.Box 1000 Dept#492<br>Memphis, TN  38148-0492 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Third Party Solutions-RX**<br>PO Box 504591<br>Saint Louis, MO  63150-4591 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Thomas Maps, Inc.**<br>11003 Forest Breeze<br>San Antonio, TX  78233 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Thomas Petroleum, LLC**<br>P.O.Box 4317<br>Victoria, TX  77903-4317 | | | | | | | 0.00 |
| ACCOUNT NO. **8448**<br>**Thompson Diesel Inc.**<br>5700 S.W. 5th St.<br>Oklahoma City, OK  73128-1230 | | | | | | | 0.00 |

Sheet no. ___**506**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____ Case No. _____
                                  Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Thomson Tax & Accounting Research & Guidance** <br> P.O.Box 71687 <br> Chicago, IL 60694-1687 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Thornton Baseball Association** <br> PO Box 29585 <br> Denver, CO 80229 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Thornton Contractors** <br> 617 7th Street <br> Sulphur Springs, TX 75482 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Thoroughbred Collision Center** <br> Street Southeast <br> Auburn, WA 98002 | | | | | | | 0.00 |
| ACCOUNT NO. **5220** <br> **Tifco Industries** <br> PO Box 40277 <br> Houston, TX 77240-0277 | | | | | | | 158.97 |
| ACCOUNT NO. <br> **Tim Truman Chp 13 Trustee** <br> P.O. Box 961076 <br> Fort Worth, TX 76161-0076 | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Tim's Concrete Pumping** <br> PO Box 5244 <br> San Luis Obispo, CA 93403 | | | | | | | 0.00 |

Sheet no. __507__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 158.97

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
                              Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Timlick Studios/Western Sign**<br>**PO Box 1203**<br>**Kent, WA  98035-1203** | | | | | | | **195.00** |
| ACCOUNT NO. | | | | | | | |
| **Tire Doctor**<br>**1354 South 39th Ave.**<br>**Phoenix, AZ  85009-6106** | | | | | | | **0.00** |
| ACCOUNT NO. **8440** | | | | | | | |
| **Tire Mart Inc.**<br>**1850 Industrial Blvd**<br>**Lake Havasu City, AZ  86403** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Tires Inc., Headquarters**<br>**1283 N.W. State Ave.**<br>**Chehalis, WA  98532** | | | | | | | **0.00** |
| ACCOUNT NO. **1627** | | | | | | | |
| **Titan Freight System**<br>**P.O.Box 22005**<br>**Portland, OR  97269-2005** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Titan Lien Services**<br>**PO Box 50008**<br>**Mesa, AZ  85208** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **TK Industries, Inc.**<br>**1505 South 93rd**<br>**Bldg. B/Unit D**<br>**Seattle, WA  98108** | | | | | | | **0.00** |

Sheet no. ___**508**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **195.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.      Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **TKO Concrete** <br> **7150 South 400 West** <br> **Midvale, UT  84047** | | | | | | | 0.00 |
| ACCOUNT NO. **4444** <br> **TL Central** <br> **315 N. Central** <br> **Kent, WA  98032** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **TNT Distributing, Inc.** <br> **8325 Corona Loop, N.E.** <br> **Albuquerque, NM  87113** | | | | | | | 0.00 |
| ACCOUNT NO. **9917** <br> **TNT Parts, Inc.** <br> **P.O.Box 162507** <br> **Atlanta, GA  30321** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **TNT Wrecker Service** <br> **5385 Fannett Road** <br> **PO Box 21535** <br> **Beaumont, TX  77720-1535** | | | | | | | 450.00 |
| ACCOUNT NO. **3201** <br> **Today's Office, Inc.** <br> **3157 West Sunset** <br> **PO Box 7060** <br> **Springdale, AR  72766-7060** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Tom McMahon Construction Scholarship Fund** <br> **17011 Lincoln Ave # 159** <br> **Parker, CO  80134-3144** | | | | | | | 0.00 |

Sheet no. ___**509**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **450.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                            Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7600**<br>**Tom's Truck Center**<br>**PO Box 88**<br>**Santa Ana, CA  92702** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tomsic & Sons Inc.**<br>**1837 E. 6400 So.**<br>**Salt Lake City, UT  84121** | | | | | | | 350.48 |
| ACCOUNT NO.<br>**Tony's Tire Service**<br>**340 Closz Dr.**<br>**Webster City, IA  50595** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tooele RV and Auto Repair**<br>**70 East 1100 North**<br>**Tooele, UT  84074** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tool Sales & Service**<br>**P.O. Box 1159**<br>**Kelso, WA  98626** | | | | | | | 0.00 |
| ACCOUNT NO. **0278**<br>**Topeka Water**<br>**PO Box 3566**<br>**Topeka, KS  66601-3566** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tor Truck Corp**<br>**184 Rte 138**<br>**Cap-Sante,     GOA 1LO** | | | | | | | 679.02 |

Sheet no. ___**510**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
(Total of this page) $ **1,029.50**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Total Plumbing, Inc.** **4701 N. Colorado Blvd.** **Denver, CO  80216-3218** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Total Site Services** **dba Tri Cities Mobile Drug & Alcohol Tes** **4219 Ironton Dr** **West Richland, WA  99353-9395** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Tow-N-Kare, Inc.** **2904 Madison 7755** **Huntsville, AR  72740** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Tower Medical Center of Nederland** **2100 HWY 365** **Nederland, TX  77627** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Town & Country Village** **651 W. Primpose** **Springfield, MO  65807** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Tox Review** **PO Box 1403** **Ozark, MO  65721** | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Toxic Main/ US EPA Fees** **1001 I Street, 21st Flr** **Sacramento, CA  95812** | | | | | | | 0.00 |

Sheet no. ___**511**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                                                   Case No. _____
                                             Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Tracey L. Juran, CCR<br>21103 80th Avenue West, Suite A<br>Edmonds, WA  98026 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Trade-N-Tools<br>61406 South Highway 97<br>Bend, OR  97702 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Traffic Specialties, Inc.<br>2640 La Cadena Dr.<br>Colton, CA  92324 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Transcat, Inc.<br>23698 Network Place<br>Chicago, IL  60673-1236 | | | | | | | 0.00 |
| ACCOUNT NO. **1953** | | | | | | | |
| Transmission Exchange Co.<br>1803 N.E. MLKing Blvd.<br>Portland, OR  97212 | | | | | | | 0.00 |
| ACCOUNT NO. **8811** | | | | | | | |
| Transport Diesel Service Inc.<br>1050 West 200 North<br>Logan, UT  84321 | | | | | | | 0.00 |
| ACCOUNT NO. **C187** | | | | | | | |
| Transport Graphics, Inc.<br>1401 E. Trafficway<br>Springfield, MO  65802 | | | | | | | 0.00 |

Sheet no. ___**512**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____

_____

Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Transport Permits LTD**<br>**3825 West 9th St.**<br>**Waterloo, IA  50702** | | | | | | | **545.00** |
| ACCOUNT NO. **0344**<br>**Transwest Trucks Inc.**<br>**P.O.Box 16086**<br>**Denver, CO  80216** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Travelers Inn**<br>**1616 Hwy. 95**<br>**Bullhead City, AZ  86442** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Travelodge Airport/Corpus Christi**<br>**910 Corn Products Rd.**<br>**Corpus Christi, TX  78409** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Travelodge-Springdale**<br>**1394 W. Sunset Ave.**<br>**Springdale, AR  72764** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Travis Anderson** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Treasure Valley Coffee, Inc.**<br>**11875 President Dr**<br>**Boise, ID  83713** | | | | | | | **0.00** |

Sheet no. ___**513**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $     **545.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                              _____
                            Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Trent Construction** **P.O.Box 4620** **Hailey, ID 83333** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Tri City Medical** **830 North 2000 West** **Pleasant Grove, UT 84062** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Tri Phase Electric Supply** **2238 NE Columbia Blvd.** **Portland, OR 97211** | | | | | | | **0.00** |
| ACCOUNT NO. **766** | | | | | | | |
| **Tri-Bar Tool & Supply Inc.** **P.O.Box 308** **Springdale, AR 72765-0308** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Tri-City Lumber Co.** **8600 W. Clearwater Ave.** **Kennewick, WA 99336** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Tri-State Mobile Service** **855 C.R. 3390** **Kempner, TX 76539** | | | | | | | **0.00** |
| ACCOUNT NO. **RUND** | | | | | | | |
| **Tri-State Truck Center, Inc.** **P.O.Box 415000** **Msc. 1062900** **Nashville, TN 37241-5000** | | | | | | | **0.00** |

Sheet no. ___**514**___ of ___**566**___ continuation sheets attached to          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims          (Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Tri-States Area Contractors Association PO Box 987 Joplin, MO  64802-0987 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Tri-Way Concrete Pumping, Inc. P.O.Box 689 Bedford, TX  76095 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Trial Run Trust P.O. Box 2208 Woodland, WA  98674 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Triangle Blueprint Co. Inc. 1123 Calder Beaumont, TX  77701 | | | | | | | 129.79 |
| ACCOUNT NO. | | | | | | | |
| Tricon Contracting PO Box 475 San Marcos, CA  92079 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Tripage Data & Marketing 231 Distribution Way Plattsburgh, NY  12901 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Triple J Towing 2511 NE 65th Ave. Vancouver, WA  98661 | | | | | | | 0.00 |

Sheet no. __515__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 129.79

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                                                  Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Triple-S Steel Supply Co.**<br>PO Box 21119<br>Houston, TX  77226 | | | | | | | **123.00** |
| ACCOUNT NO.<br>**Triplett Wellman, Inc.**<br>PO Box 160<br>Woodburn, OR  97071 | | | | | | | **0.00** |
| ACCOUNT NO.<br>**TriTel Networks**<br>162 E. 4500 South<br>Salt Lake City, UT  84107 | | | | | | | **0.00** |
| ACCOUNT NO.<br>**TRS Financial Corp.**<br>James R Vaughn<br>5555 N 7th St Ste 134-102<br>Phoenix, AZ  85014-2553 | | | | | | | **0.00** |
| ACCOUNT NO. **701**<br>**Truck & Trailer Parts, Inc.**<br>2702 N. Flowing Wells Rd.<br>Tucson, AZ  85705 | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Truck City**<br>15301 South IH-35<br>PO Box 27<br>Buda, TX  78610-0027 | | | | | | | **0.00** |
| ACCOUNT NO. **2984**<br>**Truck Motive LP**<br>P.O. Box 124<br>Waco, TX  76703 | | | | | | | **0.00** |

Sheet no. ___**516**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **123.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                   Case No. _____
_____
              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9653** <br> **Truck Parts & Equip Inc.** <br> **4501 W. Esthner** <br> **Wichita, KS  67209** | | | | | | | **524.77** |
| ACCOUNT NO. **R015** <br> **Truck Parts & Supply Co.** <br> **4005 E. Kearney** <br> **Springfield, MO  65803** | | | | | | | **154.20** |
| ACCOUNT NO. <br> **Truck Parts Spcs Dallas** <br> **720 W. Mockingbird** <br> **Dallas, TX  75247** | | | | | | | **0.00** |
| ACCOUNT NO. **0457** <br> **Truck Parts Specialists** <br> **PO Box 24397** <br> **Houston, TX  77029** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Truck Repair Inc.** <br> **2324 Highway 61** <br> **Fort Madison, IA  52627** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Truckmotive LP** <br> **P.O.Box 124** <br> **Waco, TX  76703** | | | | | | | **0.00** |
| ACCOUNT NO. **R063** <br> **TruckPro - Memphis** <br> **P.O. Box 405137** <br> **Atlanta, GA  30384-5137** | | | | | | | **0.00** |

Sheet no. ____**517**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $        **678.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                      Case No. _____
_____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **R010**<br><br>**Truckpro - Tyler**<br>**P.O.Box 405137**<br>**Atlanta, GA  30384-5137** | | | | | | | 0.00 |
| ACCOUNT NO. **RD43**<br><br>**TruckPro Inc -Dallas**<br>**PO Box 405137**<br>**Atlanta, GA  30384-5137** | | | | | | | 138.93 |
| ACCOUNT NO. **R052**<br><br>**TruckPro-Little Rock**<br>**PO Box405137**<br>**Atlanta, GA  30384-5137** | | | | | | | 436.57 |
| ACCOUNT NO. **R020**<br><br>**TruckPro-Springdale**<br>**PO Box 405137**<br>**Atlanta, GA  30384-5137** | | | | | | | 175.88 |
| ACCOUNT NO. **1100**<br><br>**Trucks West of Nevada**<br>**3038 Losee Road**<br>**North Las Vegas, NV  89030** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Trux Trailer and Tractor Repair**<br>**900 Northwest Bypass**<br>**Springfield, MO  65802** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Tube Service Co. 46**<br>**1107 East Jackson**<br>**Phoenix, AZ  85034** | | | | | | | 0.00 |

Sheet no. ____**518**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   751.38

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc.__ _____    Case No. _____
                                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tucson Alternator Exchange**<br>**1401 E.20th St.**<br>**Tucson, AZ  85719** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tucson Driveline, Inc.**<br>**1720 N Stone Ave**<br>**Tucson, AZ  85705-6638** | | | | | | | 0.00 |
| ACCOUNT NO. **4477**<br>**Tucson Electric Power**<br>**PO Box 80077**<br>**Prescott, AZ  86304-8077** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tucson Safety & Medical Supply**<br>**6 W. Grant Road**<br>**Tucson, AZ  85705** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tulare Dept of Child Support**<br>**P.O. Box 45383**<br>**San Francisco, CA  94145-0383** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tulsa Auto Spring Co.**<br>**6545 E. 21st Pl.**<br>**Tulsa, OK  74129** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Tulsa Cleaning System**<br>**6502 New Sapulpa Road**<br>**Tulsa, OK  74131-2217** | | | | | | | 0.00 |

Sheet no. ___**519**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                          Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Turbo Auto Diesel Co. Inc.**<br>4859 W. Van Buren<br>Phoenix, AZ  85043 | | | | | | | 232.85 |
| ACCOUNT NO. <br><br>**Turner Construction**<br>830 4th Ave Suite 400<br>Seattle, WA  98134-1301 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Turnpike Transit Inc.**<br>PO Box 581750<br>Tulsa, OK  74158-1750 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Twin Cities Ready Mix, Inc.**<br>102 W. Ashland<br>McAlester, OK  74501-2006 | | | | | | | 0.00 |
| ACCOUNT NO.  **97**<br><br>**Twin Harbor Western Star)**<br>518 S. West Blvd<br>Aberdeen, WA  98520 | | | | | | | 0.00 |
| ACCOUNT NO. **0000**<br><br>**TWSCO**<br>5515 W. Richey Rd.<br>Houston, TX  77066-3328 | | | | | | | 449.49 |
| ACCOUNT NO. **2975**<br><br>**TXU Electric**<br>PO Box 650638<br>Dallas, TX  75265-0638 | | | | | | | 1,116.21 |

Sheet no. ___**520**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,798.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
　　　　　　　　　Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3205** <br><br> **TXU Energy** <br> **P.O.Box 650638** <br> **Dallas, TX  75265-0638** | | | | | | | 28.08 |
| ACCOUNT NO. **3950** <br><br> **TXU Energy** <br> **P.O. Box 100001** <br> **Dallas, TX  75310-0001** | | | | | | | 0.00 |
| ACCOUNT NO. **1382** <br><br> **U. S. Postal Fees** <br> **Postmaster** <br> **1200 N Main St** <br> **Meridian, ID  83642-9998** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **U.S Healthworks Medical** <br> **PO Box 50031** <br> **Los Angeles, CA  90074** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **U.S Healthworks Medical Group TX Inc.** <br> **PO Box 404974** <br> **Atlanta, GA  30384** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **U.S. Cellular** <br> **PO Box 0203** <br> **Palatine, IL  60055-0203** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **U.S. Foam Corporation** <br> **2002 S. Stemmons** <br> **Suite 100** <br> **Lake Dallas, TX  75065** | | | | | | | 0.00 |

Sheet no. ____**521**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $        28.08

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                          Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **U.S.Postal Service P.O.Box Fee Payment Postmaster San Luis Obispo, CA 93406-9998** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Uhacz Industrial Supply P.O.Box 222 Brush Prairie, WA 98606** | | | | | | | **0.00** |
| ACCOUNT NO. **7602** | | | | | | | |
| **Uline 2200 S. Lakeside Drive Waukegan, IL 60085** | | | | | | | **0.00** |
| ACCOUNT NO. **1756** | | | | | | | |
| **Uline 2200 S. Lakeside Drive Waukegan, IL 60085** | | | | | | | **249.85** |
| ACCOUNT NO. | | | | | | | |
| **Unified Chemical, Inc. PO Box 235 Owens Cross Roads, AL 35763** | | | | | | | **0.00** |
| ACCOUNT NO. **0969** | | | | | | | |
| **UniFirst Corp. 3766 Southside Ind. Pkwy Atlanta, GA 30354** | | | | | | | **285.74** |
| ACCOUNT NO. **0881** | | | | | | | |
| **UniFirst Corp. 7730 Trinity, Suite 122 Cordova, TN 38018** | | | | | | | **31.73** |

Sheet no. ___**522**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **567.32**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1465** <br><br> **UniFirst Corp.** <br> **3766 Southside Ind. Pkwy.** <br> **Atlanta, GA  30354** | | | | | | | **0.00** |
| ACCOUNT NO. **3633** <br><br> **UniFirst Corporation** <br> **813 Massman Drive** <br> **Nashville, TN  37210** | | | | | | | **49.64** |
| ACCOUNT NO. **6976** <br><br> **UniFirst Corporation** <br> **'5959 Shallowford Rd. #321** <br> **Chattanooga, TN  37421** | | | | | | | **65.97** |
| ACCOUNT NO. **4512** <br><br> **UniFirst Holdings, Inc.** <br> **240 Signal Street** <br> **Lake Charles, LA  70615** | | | | | | | **134.27** |
| ACCOUNT NO. **3502** <br><br> **UniFirst Holdings, Inc.** <br> **9019 Railwood Drive** <br> **Houston, TX  77078** | | | | | | | **387.20** |
| ACCOUNT NO. <br><br> **Unisource Manufacturing** <br> **8040 N.E. 33rd Drive** <br> **Portland, OR  97211** | | | | | | | **3,247.05** |
| ACCOUNT NO. <br><br> **UNITED COLLECTION SERVICE** <br> **16040 Christensen Rd  STE 305** <br> **PO Box 88830** <br> **Tukwila, WA  98138-2830** | | | | | | | **0.00** |

Sheet no. ____**523**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,884.13**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
                          Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **United Engines - UE-Okla. City, OK** <br> **P.O.Box 980110** <br> **Oklahoma City, OK  73196-0110** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **United Finance CO.** <br> **7305 NE Fourth Plain Blvd** <br> **Vancouver, WA  98661** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **United Fuel & Energy** <br> **P.O.Box 972176** <br> **Dallas, TX  75397-2176** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **United Health Care Specialty Benefit - (** <br> **P.O. Box 2485** <br> **Carol Stream, IL  60132-2485** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **United HealthCare Insurance Co.** <br> **22561 Network Place** <br> **Chicago, IL  60673-1225** | | | | | | | 0.00 |
| ACCOUNT NO. **8637** <br> **United Machinery &Supply** <br> **P.O.Box 5900** <br> **Springfield, MO  65801** | | | | | | | 0.00 |
| ACCOUNT NO. **5022** <br> **United Oil** <br> **PO Box 5159** <br> **Twin Falls, ID  83303-5159** | | | | | | | 0.00 |

Sheet no. __**524**__ of __**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                                    Debtor(s)                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **United Oil** **PO Box 160** **Caldwell, ID  83606-0160** | | | | | | | **0.00** |
| ACCOUNT NO. **5175** | | | | | | | |
| **United Pipe & Supply** **PO Box 6326** **Portland, OR  97228-6326** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **United Pressure, Inc.** **Street SW Suite 101** **Auburn, WA  98001-6566** | | | | | | | **0.00** |
| ACCOUNT NO. **5317** | | | | | | | |
| **United Rental Gulf** **File 51122** **Los Angeles, CA  90074-1122** | | | | | | | **0.00** |
| ACCOUNT NO. **5297** | | | | | | | |
| **United Rentals** **File 51122** **Los Angeles, CA  90074-1122** | | | | | | | **811.51** |
| ACCOUNT NO. **2528** | | | | | | | |
| **United Road Towing** **2801 W. Osborn Rd.** **Phoenix, AZ  85017** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **United Site Services** **168 Park 35 Cove North** **Buda, TX  78610** | | | | | | | **0.00** |

Sheet no. ___**525**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **811.51**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8588**<br>**United Site Services of Nevada**<br>**3408 Hillcap Avenue**<br>**San Jose, CA  95136** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**United States Postal Service**<br>**Denver, CO** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**United States Postal Service**<br>**c/o Pringle Park Station**<br>**PO Box 2000**<br>**Salem, OR  97308** | | | | | | | 0.00 |
| ACCOUNT NO. **2427**<br>**United States Welding**<br>**PO Box 663680**<br>**Indianapolis, IN  46266** | | | | | | | 274.92 |
| ACCOUNT NO.<br>**United Supply & Sales**<br>**555 South Jason Street**<br>**Denver, CO  80223** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**United Supply Distributors, Inc.**<br>**22647 Ventura Blvd., #528**<br>**Woodland Hills, CA  91364** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Universal Glass**<br>**Box 40677**<br>**Memphis, TN  38174-0677** | | | | | | | 0.00 |

Sheet no. ___**526** of ___**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   274.92

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Universal Map Group, LLC**<br>**P.O.Box 147**<br>**Fort Washington, PA  19034** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**University Lock Co. Inc.**<br>**1031 W.University Dr.**<br>**Tempe, AZ  85281-3417** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**University of Northern Colorado**<br>**Parking Services**<br>**Gray Hall Campus Box 113**<br>**Greeley, CO  80639-0001** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**University Sports Publication**<br>**1720 Dryden Road**<br>**Dept 180**<br>**Houston, TX  77030** | | | | | | | **0.00** |
| ACCOUNT NO. **5190**<br>**Unlimited Serv. Bldg Maintenance**<br>**2535 Camino Del Rio South, Suite 205**<br>**San Diego, CA  92108** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Unlimited Services**<br>**P.O. Box 570601**<br>**Las Vegas, NV  89157** | | | | | | | **0.00** |
| ACCOUNT NO. **6120**<br>**Unlimited Services Building Maint**<br>**2535 Camino Del Rio South, Suite 205**<br>**San Diego, CA  92108** | | | | | | | **0.00** |

Sheet no. ___**527**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                              Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Unwin, Larissa**<br>**(Expenses)** | | | | | | | 0.00 |
| ACCOUNT NO. **R809**<br>**UPS**<br>**P.O.Box 7247-0244**<br>**Philadelphia, PA  19170-0001** | | | | | | | 150.38 |
| ACCOUNT NO. **33R2**<br>**UPS**<br>**Lockbox 577**<br>**Carol Stream, IL  60132-0577** | | | | | | | 0.00 |
| ACCOUNT NO. **W006**<br>**UPS**<br>**PO Box 894820**<br>**Los Angeles, CA  90189-4820** | | | | | | | 0.00 |
| ACCOUNT NO. **8808**<br>**UPS**<br>**28013 Network Place**<br>**Chicago, IL  60673-1280** | | | | | | | 0.00 |
| ACCOUNT NO. **00R7**<br>**UPS**<br>**PO Box 7247-0244**<br>**Philadelphia, PA  19170-0001** | | | | | | | 45.20 |
| ACCOUNT NO. **3837**<br>**UPS**<br>**PO Box 894820**<br>**Los Angeles, CA  90189-4820** | | | | | | | 157.92 |

Sheet no. ___**528**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   353.50

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                               Case No. _____
_____
Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **86R9** <br> **UPS** <br> **Lockbox 577** <br> **Carol Stream, IL  60132-0577** | | | | | | | 1.05 |
| ACCOUNT NO. **948E** <br> **UPS** <br> **P.O.Box 7247-0244** <br> **Philadelphia, PA  19170-0001** | | | | | | | 431.61 |
| ACCOUNT NO. **9424** <br> **UPS** <br> **Lockbox 577** <br> **Carol Stream, IL  60132-0577** | | | | | | | 66.95 |
| ACCOUNT NO. **94x8** <br> **UPS** <br> **Lockbox 577** <br> **Carol Stream, IL  60132-0577** | | | | | | | 59.70 |
| ACCOUNT NO. **946Y** <br> **UPS** <br> **LockBox 577** <br> **Carol Stream, IL  60132-0577** | | | | | | | 36.87 |
| ACCOUNT NO. **3196** <br> **UPS Freight** <br> **28013 Network Place** <br> **Chicago, IL  60673-1280** | | | | | | | 230.98 |
| ACCOUNT NO. **5582** <br> **UPS Freight** <br> **P.O.Box 730900** <br> **Dallas, TX  75373-0900** | | | | | | | 170.89 |

Sheet no. ___**529**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $                998.05

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                      Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8892** <br><br> **UPS Freight** <br> **P.O.Box 730900** <br> **Dallas, TX  75373-0900** | | | | | | | 0.00 |
| ACCOUNT NO. **5424** <br><br> **UPS Freight** <br> **28013 Network Place** <br> **Chicago, IL  60673-1280** | | | | | | | 0.00 |
| ACCOUNT NO. **6091** <br><br> **UPS Freight** <br> **P.O. Box 79755** <br> **Baltimore, MD  21279-0755** | | | | | | | 0.00 |
| ACCOUNT NO. **7271** <br><br> **UPS Freight** <br> **P.O.Box 533238** <br> **Charlotte, NC  28290-3238** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **UPS Store (The)** <br> **602 H Street Suite 160** <br> **Bakersfield, CA  93304** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **UPS Store (The)** <br> **55 Lake Havasu Ave S, Suite F** <br> **Lake Havasu City, AZ  86403** | | | | | | | 0.00 |
| ACCOUNT NO. **R809** <br><br> **UPS Supply Chain Sol** <br> **28013 Network Place** <br> **Chicago, IL  60673-1280** | | | | | | | 58.50 |

Sheet no. ___**530**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $        58.50

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **80W1** <br><br> **UPS Supply Chain Sol** <br> **Attn:Custom Brokerage Services** <br> **PO Box 34486** <br> **Louisville, KY  40232-4486** | | | | | | | **349.11** |
| ACCOUNT NO. **2VV4** <br><br> **UPS-Canada** <br> **P.O.Box 2127 CRO** <br> **Halifax, NS  B3J 3B7** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **URS** <br> **3271 E. Battlefield Suite 201** <br> **Springfield, MO  65804** | | | | | | | **0.00** |
| ACCOUNT NO. **3002** <br><br> **US Bankcorp Equip Finance, Inc** <br> **PO BOX 790413** <br> **Saint Louis, MO  63179-0413** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **US Crane & Hoist, Inc.** <br> **29375 SW Kinsman Road** <br> **PO Box 384** <br> **Wilsonville, OR  97070-0384** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **US HealthWorks** <br> **PO Box 50042** <br> **Los Angeles, CA  90074** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br> **USA Shade & Fabric** <br> **8505 Chancellor Row** <br> **Dallas, TX  75247** | | | | | | | **0.00** |

Sheet no. ___**531**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **349.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____    Case No. _____
                                   Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3001** <br><br> **USbancorp Equipment Finance** <br> **PO Box 790413** <br> **Saint Louis, MO  63179-0413** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **USBEF EXCHANGE** <br> **88010** <br> **550 W VAN BUREN ST 14TH FL** <br> **CHICAGO, IL  60607-3827** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **USDSA (Deputy Sheriff Magazine** <br> **1304 Langham Creek Dr. Suite 324** <br> **Houston, TX  77084-5042** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **USPS - United States Postal Service** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Utah Interactive, LLC** <br> **In Partnership With Utah Gov.** <br> **PO Box 410451** <br> **Salt Lake City, UT  84111** | | | | | | | 0.00 |
| ACCOUNT NO. **6261** <br><br> **Utah Unemployment CompensationFund** <br> **UT Dept Workforce Services UI** <br> **PO Box 45233** <br> **Salt Lake City, UT  84145-0233** | | | | | | | 0.00 |
| ACCOUNT NO. **2432** <br><br> **Utah Valley Emergency Physicians LLC** <br> **PO Box 10** <br> **Spanish Fork, UT  84660-0010** | | | | | | | 0.00 |

Sheet no. ___**532**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc.__     Case No. _____
                  Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Utah Valley HBA** <br> **1457 East 840 North** <br> **Orem, UT  84097** | | | | | | | 0.00 |
| ACCOUNT NO. **6861** <br> **Utility Trailer Sales** <br> **Southeast Texas, Inc.** <br> **PO Box 21402** <br> **Houston, TX  77226-1402** | | | | | | | 0.00 |
| ACCOUNT NO. **2333** <br> **Utility Trailer Sales** <br> **Company of Arizona** <br> **1402 N 22nd Ave** <br> **Phoenix, AZ  85009-3713** | | | | | | | 0.00 |
| ACCOUNT NO. **0161** <br> **UZ Engineered Products** <br> **P.O. Box 74189** <br> **Cleveland, OH  44194-0268** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **V.C. Milne & Sons Welding** <br> **3831 S. 1600 E. Circle** <br> **Saint George, UT  84790** | | | | | | | 0.00 |
| ACCOUNT NO. **1117** <br> **V1 Propane** <br> **PO Box 1817** <br> **Hayden, CO  81639-1817** | | | | | | | 0.00 |
| ACCOUNT NO. **5003** <br> **Vallecitos Water District** <br> **201 Vallecitos de Oro** <br> **San Marcos, CA  92069-1453** | | | | | | | 0.00 |

Sheet no. ___**533**___ of ___**566**___ continuation sheets attached to             Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims       (Total of this page)   $

                                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **VALLEY CONCRETE PUMPING** <br> **4520 HWY 95** <br> **Fort Mohave, AZ  86426** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Valley Credit Service, Inc.** <br> **960 Broadway Street NE** <br> **PO Box 2046** <br> **Salem, OR  97308-2046** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Valley Day & Night Clinic** <br> **3302 Boca Chica Blvd, Ste 109** <br> **Brownsville, TX  78521** | | | | | | | 0.00 |
| ACCOUNT NO. **0551** <br> **Valley Freightliner, Inc.** <br> **277 Stewart Rd. SW.** <br> **Pacific, WA  98047** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Valley GMC** <br> **3104 Auburn Way** <br> **PO Box 129** <br> **Auburn, WA  98071-0129** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Valley Machine Works, Inc.** <br> **701 West Jackson St.** <br> **Phoenix, AZ  85007-3189** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Valley Pacific Hose & Fittings** <br> **7835 South 212th** <br> **Kent, WA  98032** | | | | | | | 0.00 |

Sheet no. ___**534**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3188**<br>**Valley Power Systems**<br>**File 56634**<br>**Los Angeles, CA  90074-6634** | | | | | | | 0.00 |
| ACCOUNT NO. **8210**<br>**Valley Power Systems, Inc.**<br>**File 56634**<br>**Los Angeles, CA  90074-6634** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Valley Steel Supply**<br>**P.O.Box 579**<br>**Peoria, AZ  85380** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Valley Tire Service**<br>**3803 S. 306th Place**<br>**Auburn, WA  98001** | | | | | | | 0.00 |
| ACCOUNT NO. **BBC**<br>**Valley Truck Trailer Service**<br>**5228 N. Tom Murray**<br>**Glendale, AZ  85301** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Value Place**<br>**2311 West Loop 289**<br>**Lubbock, TX  79407** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Van Wyk Freight Lines, Inc.**<br>**P.O. Box 70**<br>**Grinnell, IA  50112** | | | | | | | 0.00 |

Sheet no. _____**535** of _____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc.__ Case No. _____
                   Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1728** <br><br>**Vanguard Trk Ctr of Houston** <br>**5216 North McCarty Dr.** <br>**Houston, TX 77013** | | | | | | | **567.67** |
| ACCOUNT NO. **2750** <br><br>**Vanguard Truck Center** <br>**2402 S. 19th Ave.** <br>**Phoenix, AZ 85009** | | | | | | | **202.59** |
| ACCOUNT NO. **BRUN** <br><br>**VehiCare Fleet Maintenance Solution** <br>**PO Box 890859** <br>**Charlotte, NC 28289-0859** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Venture Placement Service, Inc.** <br>**1017 Hostetler Road** <br>**Manhattan, KS 66505-0458** | | | | | | | **1,138.80** |
| ACCOUNT NO. **7200** <br><br>**Verizon** <br>**P.O.Box 9688** <br>**Mission Hills, CA 91346-9688** | | | | | | | **0.00** |
| ACCOUNT NO. **9101** <br><br>**Verizon** <br>**P.O. Box 920041** <br>**Dallas, TX 75392-0041** | | | | | | | **0.00** |
| ACCOUNT NO. **4191** <br><br>**Verizon** <br>**P.O.Box 9622** <br>**Mission Hills, CA 91346-9622** | | | | | | | **0.00** |

Sheet no. __536__ of __566__ continuation sheets attached to                                 Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims          (Total of this page) $   **1,909.06**

                                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                     Case No. _____
_____                              _____
                        Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8447** <br><br> **Verizon** <br> **P.O.Box 660108** <br> **Dallas, TX  75266-0108** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Vern Lewis Welding Supply, Inc.** <br> **275 S. Black Canyon Hwy.** <br> **Phoenix, AZ  85009** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Vernon Manning** <br> **Ins. Rem.** <br> **114 Grannite Dr** <br> **Mc Rae, AR  72102-9565** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Vernon Publications, LLC** <br> **PO Box 970** <br> **Woodinville, WA  98072-0970** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **Versa Tech Metal Fab Inc.** <br> **P.O.Box 20907** <br> **Portland, OR  97294-0907** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **VHBC, Incorporated** <br> **6895 Ironwood Drive** <br> **Riverside, CA  92506** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **VIA Christi Oem NE** <br> **P.O. Box 2865** <br> **Wichita, KS  67201-2865** | | | | | | | 0.00 |

Sheet no. ____**537**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc.__  Case No. _____
   Debtor(s)                                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Vicki's Permit Co.**<br>**1840 Black Hawk Rd.**<br>**Waterloo, IA 50701** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Victor Zaharchenko**<br>**827 N. Mary St. #A**<br>**Tempe, AZ 85281** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**VIP Office Systems**<br>**2969 E. Chestnut Expressway**<br>**Springfield, MO 65802** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Visible**<br>**PO Box 93514**<br>**Chicago, IL 60673-3514** | | | | | | | 0.00 |
| ACCOUNT NO. **7010**<br>**Vista Paint Corp**<br>**2020 E.Orangethorpe Ave.**<br>**Fullerton, CA 92831-5327** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Vitosh, Michael** | | | | | | | 0.00 |
| ACCOUNT NO. **7835**<br>**VOCI- Vancouver Oil Co**<br>**The Petroleum Service Co.**<br>**PO Box 528**<br>**Vancouver, WA 98666-0528** | | | | | | | 0.00 |

Sheet no. __538__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
          Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2064**<br>Vogel Lubrication<br>1008 Jefferson Ave.<br>Newport News, VA  23607 | | | | | | | 0.00 |
| ACCOUNT NO. **2045**<br>Volunteer Welding Supply, Inc.<br>815 5th Ave. South<br>Nashville, TN  37203 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Volvo & Mack Trucks of Waco<br>1247 Sun Valley Rd.<br>Interstate 35 South @ Exit 328<br>Waco, TX  76706 | | | | | | | 474.42 |
| ACCOUNT NO.<br>VONO Construction, Inc.<br>1115 South Clodfelter Rd.<br>Kennewick, WA  99338 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Vortex Industries Inc.<br>File 1095<br>1801 W. Olympic Blvd.<br>Pasadena, CA  91199-1095 | | | | | | | 0.00 |
| ACCOUNT NO.<br>W. Jefferson Co. M.W.D.<br>7824 Glenbrook Dr.<br>Beaumont, TX  77705-8845 | | | | | | | 0.00 |
| ACCOUNT NO. **7440**<br>W.W. Williams<br>Dept L-303<br>Columbus, OH  43260-9303 | | | | | | | 29.19 |

Sheet no. ____**539**__ of ____**566**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **503.61**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wachovia NA Dist SVCS**<br>**1525 W Harris**<br>**Charlotte, NC  28226** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Wadley Regional Medical Center**<br>**PO Box 1878 - 1000 Pine Street**<br>**Texarkana, TX  75504** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Waldinger Corp. (The)**<br>**1630 S. Baehr**<br>**Wichita, KS  67209** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Walgreens Co**<br>**PO Box 90484**<br>**Chicago, IL  60696-0484** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Wallis Lubricant, LLC**<br>**P.O. Box 66940**<br>**Saint Louis, MO  63166** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Wallwork Truck Center**<br>**P.O.Box 1819**<br>**Fargo, ND  58107-1819** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Walsh Construction** | | | | | | | 0.00 |

Sheet no. __540__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                        Case No. _____
_____
                Debtor(s)                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Walter E. Nelson Co.<br>5937 N. Cutter Circle<br>Portland, OR 97217 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Walters & Johnson Attorneys at Law<br>PO Box 502<br>Iowa Falls, IA 50126 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Walters & Johnson Trust | | | | | | | 0.00 |
| ACCOUNT NO. U100<br>Walters Ready Mix,Inc.<br>P.O.Box 390<br>Rexburg, ID 83440 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Walz's Rebuilt Auto Parts<br>348 Market Street NE<br>Salem, OR 97301 | | | | | | | 0.00 |
| ACCOUNT NO.<br>Warburtons<br>453 W. 700 South<br>Pleasant Grove, UT 84062 | | | | | | | 0.00 |
| ACCOUNT NO. 7412<br>Warner Truck Center<br>P.O. Box 70900<br>Salt Lake City, UT 84120 | | | | | | | 373.17 |

Sheet no. __541__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 373.17

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                                    Case No. _____
_____
                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1945**<br>**Wasatch Steel**<br>**243 west 3300 South**<br>**Salt Lake City, UT  84115** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Washington Manufacturers Directory**<br>**1633 Central St.**<br>**Evanston, IL  60201-1569** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Washington Packaging Supply**<br>**3635 Thorndyke Ave. West**<br>**Seattle, WA  98119** | | | | | | | **0.00** |
| ACCOUNT NO. **0584**<br>**Washington State Ferri**<br>**PO Box 3985**<br>**Seattle, WA  98124-3985** | | | | | | | **0.00** |
| ACCOUNT NO. **2903**<br>**Washington State Ferri**<br>**P.O. Box 3985**<br>**Seattle, WA  98124-3985** | | | | | | | **0.00** |
| ACCOUNT NO. **5148**<br>**Waste**<br>**P.O.Box 78251**<br>**Phoenix, AZ  85062-8251** | | | | | | | **0.00** |
| ACCOUNT NO. **5544**<br>**Waste Connections**<br>**Vancouver District 2010**<br>**Dept. 1433**<br>**Los Angeles, CA  90084-1433** | | | | | | | **0.00** |

Sheet no. _____**542**___ of ____**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
            Debtor(s)                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5734** | | | | | | | |
| **Waste Connections Inc.** PO Box 660177 Dallas, TX 75266-0177 | | | | | | | 0.00 |
| ACCOUNT NO. **5462** | | | | | | | |
| **Waste Connections of Tennessee** P.O.Box 660177 Dallas, TX 75266-0177 | | | | | | | 30.00 |
| ACCOUNT NO. **7101** | | | | | | | |
| **Waste Industries** P.O.Box 580495 Charlotte, NC 28258-0495 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| **Waste Management** 39885 Spruce St. Steamboat Springs, CO 80487 | | | | | | | 0.00 |
| ACCOUNT NO. **1859** | | | | | | | |
| **Waste Management** PO Box 78251 Phoenix, AZ 85062-8251 | | | | | | | 0.00 |
| ACCOUNT NO. **3756** | | | | | | | |
| **Waste Management of Atlanta** PO Box 105453 Atlanta, GA 30348-5453 | | | | | | | 73.97 |
| ACCOUNT NO. **1554** | | | | | | | |
| **Waste Mgmt.** PO Box 660345 Dallas, TX 75266-0345 | | | | | | | 0.00 |

Sheet no. **543** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **103.97**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Waxene Products Co.**<br>**2023 N. Broadway**<br>**Wichita, KS  67214** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Wayne Cochran Construction**<br>**19045 Portola Dr. #A**<br>**Salinas, CA  93908** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Wayne Parkers Auto Electric**<br>**1535 Broadway N.E.**<br>**Salem, OR  97303** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Wayne's Engine Rebuilding**<br>**1710 Main St.**<br>**Riverside, CA  92501** | | | | | | | **0.00** |
| ACCOUNT NO.  **809**<br><br>**Wazee Electric**<br>**2020 W.Barberry Place**<br>**Denver, CO  80204-3892** | | | | | | | **0.00** |
| ACCOUNT NO. **0665**<br><br>**WCA Waste Corp**<br>**PO Box 553166**<br>**Detroit, MI  48255-3166** | | | | | | | **0.00** |
| ACCOUNT NO.<br><br>**Webco Industries**<br>**501 Foster Road**<br>**Mannford, OK  74044** | | | | | | | **0.00** |

Sheet no. ___**544**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Weber County Fair**<br>P.O.Box 1796<br>Ogden, UT 84402 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Weis Fire & Safety Equip. Co., Inc.**<br>P.O.Box 3467<br>Salina, KS 67402-3467 | | | | | | | 0.00 |
| ACCOUNT NO. **3650**<br>**Welders Supply Co.**<br>5406 Jackwood<br>San Antonio, TX 78238 | | | | | | | 0.00 |
| ACCOUNT NO. **0956**<br>**Weldon Parts**<br>P.O.Box 2115<br>Oklahoma City, OK 73101-2115 | | | | | | | 0.00 |
| ACCOUNT NO. **1539**<br>**Weldors Supply Inc.**<br>PO Box 82184<br>Oklahoma City, OK 73148-0184 | | | | | | | 0.00 |
| ACCOUNT NO. **5000**<br>**Wells Designs**<br>PO Box 1239<br>El Dorado, KS 67042 | | | | | | | 513.75 |
| ACCOUNT NO.<br>**Wells Fargo**<br>633 Seventeenth Street<br>Denver, CO 80270 | | | | | | | 0.00 |

Sheet no. **545** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 513.75

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                          Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Wells Fargo Lockbox Service**<br>**Wells Fargo Equipment Finance, Inc.**<br>**1350 Energy Ln Ste 200**<br>**Saint Paul, MN  55108-5254** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Wellspring Software**<br>**445 Sovereign Court**<br>**Ballwin, MO  63011** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Welsco Inc.**<br>**Dept 5316**<br>**P.O.Box 2153**<br>**Birmingham, AL  35287-5316** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**Werdco BC, Inc.**<br>**4660 Flippin St.**<br>**Las Vegas, NV  89115-4429** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**West Coast Adjustors**<br>**P.O. Box 569**<br>**Lynnwood, WA  98046** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**West Coast Life Insurance Co.**<br>**PO Box 11407**<br>**Birmingham,    35246-1441** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>**West Coast Services**<br>**150 E. Arrow Highway**<br>**San Dimas, CA  91773** | | | | | | | 0.00 |

Sheet no. ___**546**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.                              Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **West Coast Wire Rope & Rigging** <br> **PO Box 5999** <br> **Portland, OR  97228-5999** | | | | | | | **1,254.43** |
| ACCOUNT NO. <br> **West-ARK Steel & Fabrication** <br> **PO Box 662** <br> **Lowell, AR  72745** | | | | | | | **0.00** |
| ACCOUNT NO. **3460** <br> **Westar Energy** <br> **PO Box 758500** <br> **Topeka, KS  66675-8500** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **WestCoast Lock & Safe** <br> **dba Ken's Lock & Key** <br> **10557 Magnolia Ave** <br> **Riverside, CA  92505-1892** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Western Cascade** <br> **12065 44th Place South** <br> **Seattle, WA  98178** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Western Colorado Contractors Association** <br> **2470 F Road, Sutie 14** <br> **Grand Junction, CO  81505** | | | | | | | **0.00** |
| ACCOUNT NO. **1387** <br> **Western Colorado Truck Center** <br> **711 Raptor Rd.** <br> **Fruita, CO  81521** | | | | | | | **0.00** |

Sheet no. ___**547**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **1,254.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE Brundage-Bone Concrete Pumping, Inc.       Case No. _____
                      Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Western Concrete Pumping, Inc.** <br> **Re: Cobra payments** <br> **2181 La Mirada Dr** <br> **Vista, CA  92081-8830** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Western Concrete Pumping, Inc.** <br> **2015 E. Bakerview Rd** <br> **Bellingham, WA  98226** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Western First Aid & Safety** <br> **355 S. Pattie,  Suite B** <br> **Wichita, KS  67211** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Western Fleet Supply C/O BFI Business Fi** <br> **PO Box 225** <br> **San Jose, CA  95152-0225** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Western Fluid Component** <br> **2303 Pacific Avenue, Ste. 200** <br> **Everett, WA  98201** | | | | | | | **331.18** |
| ACCOUNT NO. <br> **Western Hydrostatics, Inc.** <br> **1956 Keats Dr.** <br> **Riverside, CA  92501-1747** | | | | | | | **0.00** |
| ACCOUNT NO. **8689** <br> **Western Marketing** <br> **PO Box 147** <br> **Abilene, TX  79604** | | | | | | | **0.00** |

Sheet no. **548** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal            \$      **331.18**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    \$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Western Mixer Inc.** <br> **PO Box 21575** <br> **Denver, CO  80221** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Western Mixer Sales & Service** <br> **7014 So. 220th #5** <br> **Kent, WA  98032** | | | | | | | **0.00** |
| ACCOUNT NO. **2015** <br> **Western Peterbilt, Inc.** <br> **3707 Airport Way South** <br> **Seattle, WA  98124** | | | | | | | **0.00** |
| ACCOUNT NO. **0462** <br> **Western Power & Equipment** <br> **6407B NE 117th Ave.** <br> **Vancouver, WA  98662-5559** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Western Refining** <br> **P O Box 749400** <br> **Los Angeles, CA  90074-9400** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Western Refining Wholesale, Inc.** <br> **PO Box 52400** <br> **Phoenix, AZ  85072-2400** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Western Sheet Metal** <br> **2406 Hinton Dr.** <br> **Irving, TX  75061** | | | | | | | **200.00** |

Sheet no. ____**549**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **200.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____    Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Western Slope Detailing, LLC** <br> **2224 Sanford Drive** <br> **Grand Junction, CO  81505** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Western States Equipment** <br> **PO Box 3805** <br> **Seattle, WA  98124-3805** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Western States Truck Repair** <br> **14387 Slover Ave.** <br> **Fontana, CA  92337** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **WestFleet** <br> **3440 Girard NE** <br> **Albuquerque, NM  87107** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Westgate Shopping Center** <br> **PO Box 126** <br> **Salem, OR  97308** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Weston Evans Construction** <br> **41 East 400 North** <br> **Logan, UT  84321** | | | | | | | 0.00 |
| ACCOUNT NO. **0520** <br> **Westpac Heavy Duty** <br> **1717 W. Roosevelt** <br> **Phoenix, AZ  85007** | | | | | | | 0.00 |

Sheet no. ___**550**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Westpac Heavy Duty, Inc.**<br>**DBA C.W.Carter Co.**<br>**1717 W Roosevelt St**<br>**Phoenix, AZ  85007-2038** | | | | | | | **596.60** |
| ACCOUNT NO.<br>**Westring Oil, Inc.**<br>**PO Box 906**<br>**45 West Hwy Sr198**<br>**Salem, UT  84653** | | | | | | | **0.00** |
| ACCOUNT NO. **0326**<br>**Westroc, Inc.**<br>**670 West 220 South**<br>**Pleasant Grove, UT  84062** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Wet Concrete Pumping**<br>**13527 Hwy 8 Business**<br>**El Cajon, CA  92021** | | | | | | | **0.00** |
| ACCOUNT NO.<br>**Whatcom Electric Co. Inc.**<br>**2021 Toledo**<br>**Bellingham, WA  98229** | | | | | | | **108.50** |
| ACCOUNT NO. **0790**<br>**Wheel Equipment Inc.**<br>**3250 E President St.**<br>**Tucson, AZ  85714-2044** | | | | | | | **0.00** |
| ACCOUNT NO. **1607**<br>**Wheeler Machinery Co.**<br>**PO Box 701047**<br>**Salt Lake City, UT  84170-1047** | | | | | | | **0.00** |

Sheet no. ___**551**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **705.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                               Case No. _____
                         Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **U100** <br><br> **Whisler Bearing Co.** <br> **PO Box 7623** <br> **Colorado Springs, CO  80933** | | | | | | | 0.00 |
| ACCOUNT NO. **7000** <br><br> **White Cap Const.** <br> **Dept 33020** <br> **P.O.Box 39000** <br> **San Francisco, CA  94139-3020** | | | | | | | 0.00 |
| ACCOUNT NO. **0000** <br><br> **White Cap Const. Supply** <br> **Dept 33020 PO Box 39000** <br> **San Francisco, CA  94139-3020** | | | | | | | 112.59 |
| ACCOUNT NO. **7000** <br><br> **White Cap Const. Supply** <br> **Dept 0998** <br> **Los Angeles, CA  90088-0998** | | | | | | | 620.31 |
| ACCOUNT NO. **7000** <br><br> **White Cap Const. Supply** <br> **Dept 0998** <br> **Los Angeles, CA  90088-0998** | | | | | | | 0.00 |
| ACCOUNT NO. **6000** <br><br> **White Cap Industries** <br> **Dept 0998** <br> **Los Angeles, CA  90088-0998** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **White Electrical Services, Inc.** <br> **P.O. Box 1078** <br> **Catoosa, OK  74015** | | | | | | | 0.00 |

Sheet no. ____**552** of ____**566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   **732.90**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                                    Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> White River Homes <br> PO Box 213 <br> Kimberling City, MO  65686 | | | | | | | 0.00 |
| ACCOUNT NO. <br> White Star Machinery & Supply <br> P.O.Box 934345 <br> Kansas City, MO  64193-4345 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Whitehead Oil Co., Inc. <br> 1221 Riverside Blvd <br> Memphis, TN  38113 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Whitton Companies <br> 49 N Mesa Dr <br> Mesa, AZ  85201 | | | | | | | 0.00 |
| ACCOUNT NO. <br> WI SCTF <br> BOX 74400 <br> Milwaukee, WI  53274-0400 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Wichita Business Journal <br> 121 N. Mead Suite 100 <br> Wichita, KS  67202 | | | | | | | 0.00 |
| ACCOUNT NO. <br> Wichita Clinic P.A. <br> P.O.Box 2969 <br> Wichita, KS  67201-2969 | | | | | | | 100.00 |

Sheet no. __553__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   100.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc.                     Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Wichita Eagle**<br>825 East Douglas<br>Wichita, KS  67201 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Wichita Inn North**<br>3741 N. Rock Rd.<br>Wichita, KS  67226 | | | | | | | 0.00 |
| ACCOUNT NO. **9480**<br>**Wichita Kenworth, Inc.**<br>P.O.Box 4226<br>Wichita, KS  67204 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Wilco Farm Store**<br>815 W. Main Street<br>Battle Ground, WA  98604 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Wilco Supply LP**<br>PO Box 15182<br>Houston, TX  77220-5182 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Wild West Steel**<br>644 E Southern Ave., Suite #111<br>Mesa, AZ  85204 | | | | | | | 0.00 |
| ACCOUNT NO. **2177**<br>**Wildcat Car Wash**<br>697 S Pine St<br>Fruita, CO  81521 | | | | | | | 0.00 |

Sheet no. **554** of **566** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
<div align="center">Debtor(s)                                                                    (If known)</div>

<div align="center">

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Wildcat Fire Protection** **2929 W. Clarendon Ave.** **Phoenix, AZ  85017** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Willamette Builders** **P.O.Box 280** **Carlton, OR  97111** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Willamette Orthopedic Group LLC** **P.O.Box 1018** **Salem, OR  97308** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **William A. Mark Attorney for Plaintiff** **P.O. Box 7811** **Sandy, UT  84091** | | | | | | | **0.00** |
| ACCOUNT NO. **2516** | | | | | | | |
| **Williams Detroit Diesel** **Dept L- 303** **Columbus, OH  43260-9303** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Williams Industrial Supply** **P.O.Box 3921** **Seattle, WA  98124-3921** | | | | | | | **65.07** |
| ACCOUNT NO. **7850** | | | | | | | |
| **Williams Oil Filter Srv.** **P. O. Box 2155** **Tacoma, WA  98401-2155** | | | | | | | **0.00** |

Sheet no. ___**555**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $          **65.07** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5266**<br>**Williams Scotsman Inc.**<br>**PO Box 91975**<br>**Chicago, IL  60693-1975** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Williams, Cupples & Chapman, L.L.P.**<br>**PO Box 58344**<br>**Houston, TX  77258-8344** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Willis of Colorado, Inc.**<br>**File 50968**<br>**Los Angeles, CA  90074-0968** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Wilson & Altschule**<br>**100 Willow Plaza, Suite #401**<br>**Visalia, CA  93291** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Wimberley Paint & Body** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Winans Oil, Inc.**<br>**2305 W. Wyatt Earp**<br>**PO Box 446**<br>**Dodge City, KS  67801-0446** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Window Welder**<br>**P.O. Box 150**<br>**Hyde Park, UT  84318** | | | | | | | 0.00 |

Sheet no. ___**556**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
                                   Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1611** <br><br>**Windstream**<br>**PO Box 9001908**<br>**Louisville, KY  40290-1908** | | | | | | | **0.00** |
| ACCOUNT NO. **4705** <br><br>**Windstream**<br>**P.O. Box 9001908**<br>**Louisville, KY  40290-1908** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Winfield Medical Arts, P.A.**<br>**3625 Quail Ridge Dr.**<br>**Winfield, KS  67156** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Wingfoot Commercial Tire**<br>**4121 E Slaton Rd.**<br>**Lubbock, TX  79404** | | | | | | | **0.00** |
| ACCOUNT NO. <br><br>**Winship Stake & Lath, Inc.**<br>**400 North Main Street**<br>**Riverside, CA  92501** | | | | | | | **0.00** |
| ACCOUNT NO. **2958** <br><br>**Winzer Corp**<br>**P.O.Box 671482**<br>**Dallas, TX  75267-1482** | | | | | | | **0.00** |
| ACCOUNT NO. **7959** <br><br>**Winzer Corporation**<br>**PO Box 671482**<br>**Dallas, TX  75267-1482** | | | | | | | **640.41** |

Sheet no. ___**557**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **640.41**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____  Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Wireless Management Group 343 South 500 East American Fork, UT  84003 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Wireless Management Inc. 4130 Lind Ave. S.W. Renton, WA  98055 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Wireless Management Inc. Auburn Service Center 1447 W Valley Hwy N Auburn, WA  98001-4124 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Wireless Management Inc. -Federal Way 34428 Pacific Highway S. Ste # A Federal Way, WA  98003 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Wolf Construction PO Box 1002 Salado, TX  76571 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Wolf Den Log Cabin Motel, LLC P.O.Box 160 Thayne, WY  83127 | | | | | | | 0.00 |
| ACCOUNT NO. | | | | | | | |
| Womack Machine Sup Co. PO Box 202385 Dallas, TX  75320-2385 | | | | | | | 0.00 |

Sheet no. __558__ of __566__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                      Case No. _____
_____
          Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Woods Truck Tire Service** <br> **13700 S.E. 71st** <br> **Oklahoma City, OK  73150-8024** | | | | | | | 155.00 |
| ACCOUNT NO. <br> **Woodward Brothers** <br> **86 SW Century Dr.** <br> **Bend, OR  97702** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **WorkCare Orem, LLC** <br> **PO Box 26692** <br> **Salt Lake City, UT  84126-0692** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **Workforce QA** <br> **1430 South Main, Ste. C** <br> **Salt Lake City, UT  84115** | | | | | | | 1,755.00 |
| ACCOUNT NO. <br> **Works & Lentz, Inc. Attorneys** <br> **1437 South Boulder, Suite 900** <br> **Tulsa, OK  74119** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **WorkSAFE Service, Inc.** <br> **1696 Capitol St NE** <br> **Salem, OR  97301** | | | | | | | 0.00 |
| ACCOUNT NO. <br> **World Wide Tires** <br> **6300 North Loop East** <br> **Houston, TX  77026** | | | | | | | 477.36 |

Sheet no. ____**559**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **2,387.36**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 3 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                    Case No. _____
_____                                    _____
                          Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Worldwide Equipment - Chattanooga**<br>2017 E. 23rd Street<br>PO Box 3327<br>Chattanooga, TN  37404-0327 | | | | | | | 43.61 |
| ACCOUNT NO. **3904**<br>**Wright Express Financial Services**<br>33548 Treasury Center<br>Chicago, IL  60694-3500 | | | | | | | 0.00 |
| ACCOUNT NO.<br>**WSD Truck Wash**<br>2224 Sanford Dr.<br>Grand Junction, CO  81505 | | | | | | | 0.00 |
| ACCOUNT NO. **9126**<br>**WW Grainger**<br>Dept 837419126<br>PO Box 419267<br>Kansas City, MO  64141-6267 | | | | | | | 0.00 |
| ACCOUNT NO. **8333**<br>**WW Grainger**<br>Dept. 826331761<br>PO Box 419267<br>Kansas City, MO  64141-6267 | | | | | | | 251.48 |
| ACCOUNT NO. **5051**<br>**WW Grainger**<br>Dept. 826331761<br>PO Box 419267<br>Kansas City, MO  64141-6267 | | | | | | | 162.55 |
| ACCOUNT NO. **9999**<br>**WW Grainger**<br>Dept. 826331761<br>PO Box 419267<br>Kansas City, MO  64141-6267 | | | | | | | 11.30 |

Sheet no. ___**560**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $      **468.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                          Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5252** <br> **WW Grainger** <br> **Dept 568-807745252** <br> **PO Box 419267** <br> **Kansas City, MO  64141-6267** | | | | | | | **479.40** |
| ACCOUNT NO. **1761** <br> **WW Grainger** <br> **Dept. 826331761** <br> **PO Box 419267** <br> **Kansas City, MO  64141-6267** | | | | | | | **3,172.10** |
| ACCOUNT NO. <br> **Wynns, Lee** <br> **(Expenses)** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Wyoming Child Support Enforcement** <br> **PO Box 1027** <br> **Cheyenne, WY  82003-1027** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Xcel Concrete Floor Flatness Testing Inc** <br> **20632 Elizabeth Lane** <br> **Huntington Beach, CA  92646** | | | | | | | **0.00** |
| ACCOUNT NO. **8145** <br> **Xcel Energy** <br> **PO Box 9477** <br> **Mpls, MN** | | | | | | | **0.00** |
| ACCOUNT NO. <br> **Xero-Fax Incorporated** <br> **5 Southside Drive STE 333** <br> **Clifton Park, NY  12065** | | | | | | | **506.14** |

Sheet no. ___**561**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,157.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7381** <br><br>Xerox Corporation<br>P.O.Box 802555<br>Chicago, IL  60680-2555 | | | | | | | 0.00 |
| ACCOUNT NO. **1297** <br><br>XM Satellite Radio<br>PO Box 78054<br>Phoenix, AZ  85062-8054 | | | | | | | 0.00 |
| ACCOUNT NO. **1503** <br><br>Yampa Valley Electric Association<br>PO Box 775267<br>Steamboat Springs, CO  80477-5267 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Yanke Machine Shop<br>4414 Gekeler Lane<br>PO Box 5405<br>Boise, ID  83705-0405 | | | | | | | 0.00 |
| ACCOUNT NO. <br><br>Yard Mix Concrete Co.<br>1502 Irene Dr.<br>Irving, TX  75061 | | | | | | | 0.00 |
| ACCOUNT NO. **1453** <br><br>Yellow Book -Pacific<br>PO Box 660062<br>Dallas, TX  75266-0062 | | | | | | | 0.00 |
| ACCOUNT NO. **2259** <br><br>Yellow Pages, Inc.<br>P.O.Box 60007<br>Anaheim, CA  92812-6007 | | | | | | | 0.00 |

Sheet no. ___**562**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) 5 Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1878**<br>**Yellow Pages/Bright Pages**<br>**PO Box 3505**<br>**New York, NY  10008-3505** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Yellowstone Truck Stop**<br>**6867 South 45th West**<br>**Idaho Falls, ID  83402** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Yoder Heritage Days**<br>**PO Box 21**<br>**Yoder, KS  67585** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Yosemite Waters**<br>**1070 S. La Cadena Dr.**<br>**Colton, CA  92324-3335** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Young Oil Co.**<br>**PO Box 458**<br>**Gilmer, TX  75644** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Young Oil Co.**<br>**P.O. Box 458**<br>**Gilmer, TX  75644** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**Youngblood Automotive & Tire**<br>**P.O.Box 2299**<br>**Pflugerville, TX  78691** | | | | | | | 0.00 |

Sheet no. ___**563**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                          Case No. _____
_____
               Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Zachary Construction** **19409 National Trails Hwy.** **Oro Grande, CA  92368** | | | | | | | **195.00** |
| ACCOUNT NO. | | | | | | | |
| **Zachry Industrial Inc.** **P.O.Box 240130** **San Antonio, TX  78224-0130** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Zamboni Trucking** **684 West 250 North** **Lindon, UT  84042** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Zarco Equipment, Inc.** **9345 W. 20th Ave.** **Denver, CO  80215** | | | | | | | **0.00** |
| ACCOUNT NO. **4306** | | | | | | | |
| **Zee Medical Inc.** **P.O.Box 781525** **Indianapolis, IN  46278-8525** | | | | | | | **0.00** |
| ACCOUNT NO. **7103** | | | | | | | |
| **Zee Medical, Inc.** **4175 West 5345 South** **Salt Lake City, UT  84118** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| **Zee Medical, Inc.** **4175 W 5345 South** **Salt Lake City, UT  84118** | | | | | | | **0.00** |

Sheet no. ____**564**____ of ____**566**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $       **195.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
<br>Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**Zenith Administrators** | | | | | | | 0.00 |
| ACCOUNT NO. **1857** <br>**Zep** <br>**P.O.Box 841508** <br>**Dallas, TX 75284-1508** | | | | | | | 0.00 |
| ACCOUNT NO. **7234** <br>**Zep** <br>**File 50188** <br>**Los Angeles, CA 90074-0188** | | | | | | | 0.00 |
| ACCOUNT NO. **7770** <br>**Zep Sales & Service** <br>**P.O. Box 841508** <br>**Dallas, TX 75284-1508** | | | | | | | 425.95 |
| ACCOUNT NO. **1552** <br>**Zep Sales & Service** <br>**P.O. Box 841508** <br>**Dallas, TX 75284-1508** | | | | | | | 139.24 |
| ACCOUNT NO. <br>**Zink Commercial** <br>**2612 E 33rd St.** <br>**Vancouver, WA 98661** | | | | | | | 0.00 |
| ACCOUNT NO. <br>**Zochry Industrial, Inc.** <br>**P.O.Box 240130** <br>**San Antonio, TX 78224-0130** | | | | | | | 0.00 |

Sheet no. **565** of **566** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 565.19

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Brundage-Bone Concrete Pumping, Inc.**                Case No. _____
                        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| **Zollern North America, L.P.** **283 Lockhaven Dr. Suite 204** **Houston, TX  77073** | | | | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. ___**566**___ of ___**566**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $ **3,816,511.09**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

**IN RE** **Brundage-Bone Concrete Pumping, Inc.**                    Case No. _____
_____
              Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Yellow Book**<br>**PO Box 3162**<br>**Cedar Rapids, IA  52406-3162** | **Advertising Commitments.** |
| **Eclispe Security Professionals, LLC**<br>**15610 SE Thornbridge Dr**<br>**Clackamas, OR  97015-6652** | **Agreement of Patrol Service.** |
| **AIG Commercial Equipment Finance, Inc.**<br>**5700 Granite Pkwy Ste 850**<br>**Plano, TX  75024-6622**<br><br>**Dale G. Bone**<br>**1037 4th Ave N**<br>**Kent, WA  98032-2943**<br><br>**Jack W. Brundage**<br>**1037 4th Avenue N.**<br>**Kent, WA  98032** | **AIG Lease #1215-001 Schedule 31 to GE Master Lease Agreement dated  10/23/02 for pumping equipment: Units 2473, 2460, 2495, 2520, 2528, 2532, and 2542 (formerly GE Lease #4137742-031).** |
| **AIG Commercial Equipment Finance, Inc.**<br>**5700 Granite Pkwy Ste 850**<br>**Plano, TX  75024-6622**<br><br>**Dale G. Bone**<br>**1037 4th Ave N**<br>**Kent, WA  98032-2943**<br><br>**Jack W. Brundage**<br>**1037 4th Avenue N.**<br>**Kent, WA  98032** | **AIG Lease #1215-002 Schedule 33 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Units 2476, 2541, 2551, 2554, 2555, and 2586 (formerly GE Lease #4137742-033).** |
| **AIG Commercial Equipment Finance, Inc.**<br>**5700 Granite Pkwy Ste 850**<br>**Plano, TX  75024-6622**<br><br>**Dale G. Bone**<br>**1037 4th Ave N**<br>**Kent, WA  98032-2943**<br><br>**Jack W. Brundage**<br>**1037 4th Avenue N.**<br>**Kent, WA  98032** | **AIG Lease #1215-003 Schedule 22 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Units 2021, 2023, and 2037 (formerly GE Lease #4137742-022).** |
| **AIG Commercial Equipment Finance, Inc.**<br>**5700 Granite Pkwy Ste 850**<br>**Plano, TX  75024-6622**<br><br>**Dale G. Bone**<br>**1037 4th Ave N**<br>**Kent, WA  98032-2943**<br><br>**Jack W. Brundage**<br>**1037 4th Avenue N.**<br>**Kent, WA  98032** | **AIG Lease #1215-004 Schedule 25 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 2236 (formerly GE Lease #4137742-025).** |
| **AIG Commercial Equipment Finance, Inc.**<br>**5700 Granite Pkwy Ste 850** | **AIG Lease #1215-005 Schedule 26 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Units** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) – Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____    Case No. _____
                           Debtor(s)                                            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Plano, TX  75024-6622 | 2303, 2214, and 2268 (formerly GE Lease #4137742-026). |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| AIG Commercial Equipment Finance, Inc.<br>5700 Granite Pkwy Ste 850<br>Plano, TX  75024-6622 | AIG Lease #1215-006 Schedule 27 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Units 2289, 2293, and 2297 (formerly GE Lease #4137742-027). |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| AIG Commercial Equipment Finance, Inc.<br>5700 Granite Pkwy Ste 850<br>Plano, TX  75024-6622 | AIG Lease #1215-007 Schedule 28 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Units 2247, 2277, 2282, 2291, 2302, 2313, and 2329 (formerly GE Lease #4137742-028). |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| ADT Security Systems, Inc.<br>PO Box 371956<br>Pittsburgh, PA  15250-7956 | Alarm Monitoring Contract. |
| Banc of America Leasing & Capital, LLC<br>231 S Lasalle St<br>Chicago, IL  60604-1426 | BOA Lease #1710200-079 Schedule 90001 to BOA Master Lease Agreement dated 06/13/07 for pumping equipment: Units 2471, 2488, 2489, 2491, 2496, 2497, 2498, and 2514. |
| Banc of America Leasing & Capital, LLC<br>231 S Lasalle St<br>Chicago, IL  60604-1426 | BOA Lease #1710201 Schedule 90002 to BOA Master Lease Agreement dated 06/13/07 for pumping equipment: Unit 2539. |
| Banc of America Leasing & Capital, LLC<br>231 S Lasalle St<br>Chicago, IL  60604-1426 | BOA Lease #1710201 Schedule 90003 to BOA Master Lease Agreement dated 06/13/07 for pumping equipment: Units 2487, and 2500. |
| Banc of America Leasing & Capital, LLC<br>231 S Lasalle St<br>Chicago, IL  60604-1426 | BOA Master Lease Agreement #17102-90000 dated 06/13/07. |
| Arkansas Highway &<br>Transportation Department<br>10324 Interstate 30<br>Little Rock, AR  72209-4206 | Change Rider to Milage Tax Bond - Bond Nr. FB 2628 (issued by CBIC through Pacific Insurance Agency, Inc., Spokane, WA, Aug, 13, 2002). |
| State of Washington -<br>Department of Licensing (MLS)<br>PO Box 9034<br>Olympia, WA  98507-9034 | Change Rider to Used Car Dealer Bond - Bond Nr. FB 7471 (issued by CBIC through Pacific Insurance Agency, Inc., Spokane, WA, Oct, 27, 2001). |
| Washington and Northern Idaho<br>District council of Laborers<br>PO Box 12917 | Collective bargaining labor union Agreement dated March 10, 2008. |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) – Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
<div style="text-align:center">Debtor(s)</div>                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Mill Creek, WA 98082-0917 | |
| **Arizona Office Technologies**<br>**4320 E Cotton Center Blvd**<br>**Phoenix, AZ 85040-8848** | **Copier Lease Agreement.** |
| **Wright Express Financial**<br>**Services Corporation**<br>**97 Darling Ave**<br>**South Portland, ME 04106-2301** | **Corporate Card Master Agreement** |
| **Sprint Solutions, Inc.**<br>**707 17th St**<br>**Denver, CO 80202-3404** | **Custom Service Agreement** |
| **Alphapage, LLC**<br>**4201 E Yale Ave, #140**<br>**Denver, CO 80222** | **Customer Service Agreement - Answering Services.** |
| **UniFirst Corporation**<br>**9019 Railwood Dr**<br>**Houston, TX 77078-4517** | **Customer Service Agreement - Uniform Rental for Houston.** |
| **UniFirst Corporation**<br>**68 Jonspin Rd**<br>**Wilmington, MA 01887-1090** | **Customer Service Agreement - Uniform Rental for Nashville, Gainesville, Forest Park, Chattanooga.** |
| **Enterprise/Write Express Card**<br>**5179 S Broadway**<br>**Englewood, CO 80113-6705** | **Fuel Purchase Card Agreement** |
| **General Electric Capital Corporation**<br>**Dba GE Capital Solutions**<br>**519 Virginia Dr**<br>**Fort Washington, PA 19034**<br><br>**Dale G. Bone**<br>**1037 4th Ave N**<br>**Kent, WA 98032-2943**<br><br>**Jack W. Brundage**<br>**1037 4th Avenue N.**<br>**Kent, WA 98032** | **GE Lease #4137742-007 Schedule 7 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1718.** |
| **General Electric Capital Corporation**<br>**Dba GE Capital Solutions**<br>**519 Virginia Dr**<br>**Fort Washington, PA 19034**<br><br>**Dale G. Bone**<br>**1037 4th Ave N**<br>**Kent, WA 98032-2943**<br><br>**Jack W. Brundage**<br>**1037 4th Avenue N.**<br>**Kent, WA 98032** | **GE Lease #4137742-009 Schedule 9 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1736.** |
| **General Electric Capital Corporation**<br>**Dba GE Capital Solutions**<br>**519 Virginia Dr**<br>**Fort Washington, PA 19034**<br><br>**Dale G. Bone**<br>**1037 4th Ave N**<br>**Kent, WA 98032-2943**<br><br>**Jack W. Brundage** | **GE Lease #4137742-010 Schedule 10 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1725.** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                                          Case No. _____
_____                                        (If known)
          Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1037 4th Avenue N. Kent, WA 98032 **General Electric Capital Corporation Dba GE Capital Solutions 519 Virginia Dr Fort Washington, PA 19034** Dale G. Bone 1037 4th Ave N Kent, WA 98032-2943 | **GE Lease #4137742-011 Schedule 11 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1735.** |
| **Jack W. Brundage 1037 4th Avenue N. Kent, WA 98032** **General Electric Capital Corporation Dba GE Capital Solutions 519 Virginia Dr Fort Washington, PA 19034** Dale G. Bone 1037 4th Ave N Kent, WA 98032-2943 | **GE Lease #4137742-012 Schedule 12 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1742.** |
| **Jack W. Brundage 1037 4th Avenue N. Kent, WA 98032** **General Electric Capital Corporation Dba GE Capital Solutions 519 Virginia Dr Fort Washington, PA 19034** Dale G. Bone 1037 4th Ave N Kent, WA 98032-2943 | **GE Lease #4137742-013 Schedule 13 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1738.** |
| **Jack W. Brundage 1037 4th Avenue N. Kent, WA 98032** **General Electric Capital Corporation Dba GE Capital Solutions 519 Virginia Dr Fort Washington, PA 19034** Dale G. Bone 1037 4th Ave N Kent, WA 98032-2943 | **GE Lease #4137742-014 Schedule 14 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1743.** |
| **Jack W. Brundage 1037 4th Avenue N. Kent, WA 98032** **General Electric Capital Corporation Dba GE Capital Solutions 519 Virginia Dr Fort Washington, PA 19034** Dale G. Bone 1037 4th Ave N Kent, WA 98032-2943 | **GE Lease #4137742-015 Schedule 15 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1744.** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
_____
            Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| General Electric Capital Corporation<br>Dba GE Capital Solutions<br>519 Virginia Dr<br>Fort Washington, PA  19034 | **GE Lease #4137742-016 Schedule 16 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1745.** |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| General Electric Capital Corporation<br>Dba GE Capital Solutions<br>519 Virginia Dr<br>Fort Washington, PA  19034 | **GE Lease #4137742-018 Schedule 18 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1938.** |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| General Electric Capital Corporation<br>Dba GE Capital Solutions<br>519 Virginia Dr<br>Fort Washington, PA  19034 | **GE Lease #4137742-019 Schedule 19 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1931.** |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| General Electric Capital Corporation<br>Dba GE Capital Solutions<br>519 Virginia Dr<br>Fort Washington, PA  19034 | **GE Lease #4137742-020 Schedule 20 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit** |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| General Electric Capital Corporation<br>519 Virginia Dr<br>Fort Washington, PA  19034 | **GE Lease #4137742-021 Schedule 21 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Unit 1932.** |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07) Cont.**

**IN RE** Brundage-Bone Concrete Pumping, Inc.                                    Case No. _____
_____
                    Debtor(s)                                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| General Electric Capital Corporation<br>519 Virginia Dr<br>Fort Washington, PA  19034 | GE Lease #4137742-023 Schedule 23 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Units 2062 and 2063. |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| General Electric Capital Corporation<br>Dba GE Capital Solutions<br>519 Virginia Dr<br>Fort Washington, PA  19034 | GE Lease #4137742-029 Schedule 29 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Units 2102, 2131, 2143, 2266, 2298, 2299, 2328, and 2341. |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| General Electric Capital Corporation<br>Dba GE Capital Solutions<br>519 Virginia Dr<br>Fort Washington, PA  19034 | GE Lease #4137742-040 Schedule 40 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Units 2632, 2633, and 2634. |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| General Electric Capital Corporation<br>519 Virginia Dr<br>Fort Washington, PA  19034 | GE Master Lease Agreement dated 10/23/02. |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | |
| Oregon Department of Transportation<br>Motor Carrier Transportation Branch<br>550 Capitol St NE<br>Salem, OR  97301-2529 | Highway Use Tax Bond (issued by Contractors Bonding & Insurance Company, Nov 18, 2002). |
| First Insurance Funding Corp.<br>450 Skokie Blvd Ste 1000<br>Northbrook, IL  60062-7917 | Insurance Premium Finance Agreement (including any Letters of Credit) |
| Neopost Leasing, Inc.<br>3400 Bridge Pkwy Ste 201 | Lease Agreement - Postage Equipment. |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) Cont.

IN RE Brundage-Bone Concrete Pumping, Inc.     Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Redwood City, CA  94065-1195 | |
| **Ainsworth Holdings**<br>**14025 Crabapple Rd**<br>**Golden, CO  80401-1432** | **Lease Agreement for real property loacted at 1009 S. Lee Highway, Chattanooga, TN 37311 (Debtor pays $1,500/month to landlord).** |
| **Lisle Pottorff**<br>**125 Essex Pl**<br>**Kalispell, MT  59901-6846** | **Lease Agreement for real property loacted at 101 Conestoga Ct., Kalispell, MT 59901 (Debtor pays $800/month to landlord).** |
| **RSI Construction**<br>**939 W 4000 N**<br>**Ogden, UT  84414-1086** | **Lease Agreement for real property loacted at 1070 S. Century Dr., Ogden, UT 84404 (Debtor pays $2,100/month to landlord).** |
| **Ainsworth Holdings**<br>**14025 Crabapple Rd**<br>**Golden, CO  80401-1432** | **Lease Agreement for real property loacted at 11127 County Road 490, Tyler, TX 75706 (Debtor pays $1,700/month to landlord).** |
| **Kimo Von Oelhoffen**<br>**PO Box 6004**<br>**Kennewick, WA  99336-0004** | **Lease Agreement for real property loacted at 1115 S. Clodfelter Rd., Kennewick, WA 99336 (Debtor pays $650/month to landlord).** |
| **JJ Investments**<br>**1196 Addison Ave W**<br>**Twin Falls, ID  83301-5452** | **Lease Agreement for real property loacted at 1196 Addison Ave. W, Twin Falls, ID 83301 (Debtor pays $1,091/month to landlord).** |
| **Gary's Bulldozing**<br>**1420 Marvin Rd NE Ste C**<br>**Lacey, WA  98516-3878** | **Lease Agreement for real property loacted at 1420 Marvin Rd NE Ste C, Lacey, WA 98516 (Debtor pays $500/month to landlord).** |
| **KSR1217**<br>**PO Box 948**<br>**Grantsville, UT  84029-0948** | **Lease Agreement for real property loacted at 146 Good Neighbor Ln., Etna, WY 83118 (Debtor pays $2,200/month to landlord).** |
| **Gary Johnson Trucking**<br>**1601 E Schilling Rd**<br>**Salina, KS  67401-8930** | **Lease Agreement for real property loacted at 1601 E. Schilling, Salina, KS 67401 (Debtor pays $750/month to landlord).** |
| **Millican**<br>**160 NW Beaver Rdg Ln**<br>**Poulsbo, WA  98370-9112** | **Lease Agreement for real property loacted at 180 Beaver Ridge Ln, Poulsbo, WA 98370 (Debtor pays $2,750/month to landlord).** |
| **Missile Enterprises**<br>**PO Box 3076**<br>**Cheyenne, WY  82003-3076** | **Lease Agreement for real property loacted at 1808 Pacific Ave. #4, Cheyenne, WY 82001 (Debtor pays $1,950/month to landlord).** |
| **Highland Interest**<br>**PO Box 663**<br>**Bryan, TX  77806-0663** | **Lease Agreement for real property loacted at 1819 Drillers Dr., Bryan, TX 77806 (Debtor pays $700/month to landlord).** |
| **K&L Holdings**<br>**14025 Crabapple Rd**<br>**Golden, CO  80401-1432** | **Lease Agreement for real property loacted at 1821 Central Commerce Ct., Pflugerville, TN 78660 (Debtor pays $1,000/month to landlord).** |
| **Industrial Trade**<br>**PO Box 3**<br>**Hyde Park, UT  84318-0003** | **Lease Agreement for real property loacted at 207 W 3700 N, Hyde Park, UT 84318 (Debtor pays $2,160/month to landlord).** |
| **Ozark Crane**<br>**6619 Spurgeon Rd.**<br>**Neosho, MO  64850** | **Lease Agreement for real property loacted at 2105 Stephens, Joplin, MO 64804 (Debtor pays $600/month to landlord).** |
| **Lyle Salmans**<br>**21421 SE 219 Rd**<br>**Jetmore, KS  67854-5428** | **Lease Agreement for real property loacted at 21421 SE 219 Rd., Jetmore, KS 67854 (Debtor pays $200/month to landlord).** |
| **Lyon Family, LLC**<br>**PO Box 110**<br>**Silt, CO  81652-0110** | **Lease Agreement for real property loacted at 2217 Branding Iron, Silt, CO 81652 (Debtor pays $2,730/month to landlord).** |
| **Newell**<br>**3121 W Liberty Tree Ln** | **Lease Agreement for real property loacted at 2281 West Wetmore, Tucson, AZ 85705 (Debtor pays $3,120.52/month to** |

B6G (Official Form 6G) (12/07) Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
_____
Debtor(s)                                                                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Tucson, AZ 85741-1542 | landlord). |
| David Moody<br>18210 Crystal Ridge Dr<br>San Antonio, TX 78259-3613 | Lease Agreement for real property loacted at 2290 1516N Lot 3, Converse, TX 78109 (Debtor pays $4,750/month to landlord). |
| Doug Dowlin<br>PO Box 992<br>Rawlins, WY 82301-0992 | Lease Agreement for real property loacted at 2302 E. Daley St, Rawlins, WY 82301 (Debtor pays $400/month to landlord). |
| Ainsworth Enterprises, Inc.<br>14025 Crabapple Rd<br>Golden, CO 80401-1432 | Lease Agreement for real property loacted at 2625 Locust St., Nashville, TN 37207 (Debtor pays $2,125/month to landlord). |
| Scott Heltzel<br>2701 Givens Ave<br>Amarillo, TX 79108-1904 | Lease Agreement for real property loacted at 2701 Givens St., Amarillo, TX 79108 (Debtor pays $150/month to landlord). |
| ASI LLC<br>2740 Coulter Ln<br>Gillette, WY 82716-1550 | Lease Agreement for real property loacted at 2740 Coulter Ln., Gillette, WY 82716 (Debtor pays $250/month to landlord). |
| 4D Enterprises, LLC<br>2760 Haines Ave.<br>Rapid City, SD 57701 | Lease Agreement for real property loacted at 2760 Haines Ave., Rapid City, SD 57701 (Debtor pays $175/month to landlord). |
| Ainsworth Holdings<br>14025 Crabapple Rd<br>Golden, CO 80401-1432 | Lease Agreement for real property loacted at 279 Pumpco Ct., Forest Park, GA 30297 (Debtor pays $3,300/month to landlord). |
| Jim Gore<br>2888 SE Brookwood Ave<br>Hillsboro, OR 97123-8498 | Lease Agreement for real property loacted at 2888 SE Brookwood, Hillsboro, OR 97123 (Debtor pays $750/month to landlord). |
| Red River Trailer<br>PO Box 208<br>Benton, LA 71006-0208 | Lease Agreement for real property loacted at 312 Eastland, Texarkana, AR 71854 (Debtor pays $600/month to landlord). |
| R.J. Taggart<br>4011 Vitae Springs Rd S<br>Salem, OR 97306-9777 | Lease Agreement for real property loacted at 3450 Cherry Ave., NE, Salem, OR 97306 (Debtor pays $4,735/month to landlord). |
| Kauffman Rentals<br>808 S County Road 9 E<br>Loveland, CO 80537-8880 | Lease Agreement for real property loacted at 3466 East County Rd 20C, Loveland, CO 80537 (Debtor pays $1,710/month to landlord). |
| Lee Castello<br>PO Box 50515<br>Casper, WY 82605-0515 | Lease Agreement for real property loacted at 3747 Salt Creek Rd., Casper, WY 82601 (Debtor pays $100/month to landlord). |
| Muhme<br>PO Box 770952<br>Steamboat Springs, CO 80477-0952 | Lease Agreement for real property loacted at 38985 Spruce St., Milner, CO 80477 (Debtor pays $1,500/month to landlord). |
| Neil Fisher<br>4878 S Delaware Dr<br>Apache Junction, AZ 85220-7159 | Lease Agreement for real property loacted at 5346 S. Desert View Dr., Apache Junction, AZ 85220 (Debtor pays $300/month to landlord). |
| M-K Enterprises<br>2308 Rainbow Ave N<br>Lake Havasu City, AZ 86403-3838 | Lease Agreement for real property loacted at 55 S. lake Havasu Ave., Lake Havasu, AZ 86403 (Debtor pays $350/month to landlord). |
| Don Pratt<br>5509 E Cataldo Ave<br>Spokane Valley, WA 99212-0913 | Lease Agreement for real property loacted at 5509 E. Cataldo Ave., Spokane, WA 99212 (Debtor pays $150/month to landlord). |
| K&L Holdings<br>14025 Crabapple Rd<br>Golden, CO 80401-1432 | Lease Agreement for real property loacted at 5643 Old Millington Rd., Millington, TN 38053 (Debtor pays $3,200/month to landlord). |
| Winship Stake & Lath<br>400 Main St | Lease Agreement for real property loacted at 590 A Main St., Riverside, CA 92501 (Debtor pays $1,500/month to landlord). |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                                    Debtor(s)                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Riverside, CA  92501-1030 | |
| **Commercial Mobile Systems**<br>**PO Box 790**<br>**Riverside, CA  92502-0790** | **Lease Agreement for real property loacted at 590 A Main St., Riverside, CA 92501 (Debtor pays $242.44/month to landlord).** |
| **Charles Brown**<br>**913 W Utah Ave**<br>**Tooele, UT  84074-1401** | **Lease Agreement for real property loacted at 60 E 1100 North, Toole, UT 84074 (Debtor pays $100/month to landlord).** |
| **Peak View**<br>**2702 E Yampa St**<br>**Colorado Springs, CO  80909-5041** | **Lease Agreement for real property loacted at 6050 Terminal Ave. #C, Colorado Springs, CO 80915 (Debtor pays $3,500/month to landlord).** |
| **Entus Trucking**<br>**614 S West Blvd**<br>**Aberdeen, WA  98520-5412** | **Lease Agreement for real property loacted at 614 S West Blvd., Aberdeen, WA 98520 (Debtor pays $500/month to landlord).** |
| **Thornton Contractors**<br>**617 7th St**<br>**Sulphur Springs, TX  75482-2066** | **Lease Agreement for real property loacted at 617 7th St., Sulphur Springs, TX 75482 (Debtor pays $200/month to landlord)** |
| **MAK Towing**<br>**6301 Oakland Ave NE**<br>**Albuquerque, NM  87113-2451** | **Lease Agreement for real property loacted at 6301 Oakland NE, Albuquerque, NM 87113 (Debtor pays $1,000/month to landlord).** |
| **Ken Schrock**<br>**6305 S Herren Rd**<br>**Partridge, KS  67566-9474** | **Lease Agreement for real property loacted at 6305 S Heron Rd., Partridge, KS 67566 (Debtor pays $500/month to landlord).** |
| **Rulon Chadwick**<br>**320 Corvena Way**<br>**El Paso, TX  79922-1814** | **Lease Agreement for real property loacted at 6624 Morrill Rd., Canutillo, TX 79835 (Debtor pays $200/month to landlord).** |
| **Heald Investments**<br>**2705 NE Chester St**<br>**Topeka, KS  66617-2313** | **Lease Agreement for real property loacted at 700 NE Hwy 24 #C., Topeka, KS 66608 (Debtor pays $1,000/month to landlord).** |
| **Gary Greenstreet**<br>**11003 Salem Ave**<br>**Lubbock, TX  79424-7356** | **Lease Agreement for real property loacted at 7302 W. 19th St., Lubbock, TX 79407 (Debtor pays $3,500/month to landlord).** |
| **Salinas Construction**<br>**7804 40th Ave W**<br>**Mukilteo, WA  98275-2814** | **Lease Agreement for real property loacted at 7804 40th Ave. W, Mukilteo, WA 98275 (Debtor pays $900/month to landlord).** |
| **Smith & Liner**<br>**8141 Chemical Rd**<br>**Beaumont, TX  77705-7045** | **Lease Agreement for real property loacted at 8155 Chemical Rd., Beaumont, TX 77705 (Debtor pays $2,100/month to landlord).** |
| **Owen David**<br>**PO Box 866**<br>**Aztec, NM  87410-0866** | **Lease Agreement for real property loacted at Aztec, NM 87410 (Debtor pays $300/month to landlord).** |
| **Verlin McKeever**<br>**PO Box 1135**<br>**Cache, OK  73527-1135** | **Lease Agreement for real property loacted at Cache, OK 73527 (Debtor pays $250/month to landlord).** |
| **Benny Shillings**<br>**PO Box 1033**<br>**Elm Mott, TX  76640-1033** | **Lease Agreement for real property loacted at Elm Mott, TX 76640 (Debtor pays $300/month to landlord).** |
| **Burnett**<br>**PO Box 7547**<br>**Eugene, OR  97401-0021** | **Lease Agreement for real property loacted at Eugene, OR 97401 (Debtor pays $300/month to landlord).** |
| **Green Manning & Bunch, Ltd.**<br>**370 17th St Ste 3600**<br>**Denver, CO  80202-5686** | **Letter Agreement to provide financial advisory services.** |
| **Skelton Business Equipment**<br>**901 W Main St** | **Maintenance Agreement - for certain office equipment.** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) – Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____  Case No. _____
                                              Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Tomball, TX  77375-5527** | |
| **Les Olson Company**<br>**3244 S 300 W**<br>**Salt Lake City, UT  84115-3411** | **Maintenance Agreement - North Las Vegas, UT** |
| **Les Olson Company**<br>**3244 S 300 W**<br>**Salt Lake City, UT  84115-3411** | **Maintenance Agreement - Pleasant Grove, UT.** |
| **Imagine Technologies, Inc.**<br>**PO Box 4993**<br>**Englewood, CO  80155-4993** | **Maintenance Contract - Telephone Equipment - Boise, ID** |
| **Beecher Carlson Insurance Services, LLC**<br>**1001 Bishop Street**<br>**Asb Tower, Suite 2788**<br>**Honolulu, HI  96813** | **Management and Administrative Services Agreement** |
| **Wells Fargo Bank, National Association**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667** | **Master Credit Agreement, dated June 25, 2008 & related promissory notes.** |
| **Enterprise Fleet Services**<br>**5179 S Broadway**<br>**Englewood, CO  80113-6705** | **Master Equity Lease Agreement** |
| **Williams Scotsman**<br>**2990 N Ih 35**<br>**Georgetown, TX  78626-3692** | **Mobile Storage Unit Rental Agreement** |
| **Brundage-Bone & Blanchet, L.L.C.**<br>**9595 Lynn Buff Ct**<br>**Laurel, MD  20723-6324** | **Non Compete Agreement** |
| **OKK Equipment II, LLC   &**<br>**ACI Concrete Placement Of Kansas, LLC**<br>**14510 Parallel Ln**<br>**Basehor, KS  66007-4000** | **Non Compete Agreement** |
| **Orkin Exterminating Company, Inc.**<br>**PO Box 426**<br>**Broomfield, CO  80038-0426** | **Pest Control Service Agreement - 6461 Downing St.** |
| **Orkin Exterminating Company, Inc.**<br>**PO Box 426**<br>**Broomfield, CO  80038-0426** | **Pest Control Service Agreement - 6475 Downing St.** |
| **Neopost Leasing, Inc.**<br>**3400 Bridge Pkwy Ste 201**<br>**Redwood City, CA  94065-1195** | **Postage Meter Agreement.** |
| **Pitney Bowes Global Financial Services**<br>**PO Box 856460**<br>**Louisville, KY  40285-6460** | **Postage Meter Equipment Lease Agreement (Acct #20837468865).** |
| **Pitney Bowes Global Financial Services**<br>**PO Box 856460**<br>**Louisville, KY  40285-6460** | **Postage Meter Equipment Lease Agreement (Acct #8423247) (Location: 1025 S. 48th St, Tempe, AZ)** |
| **Pitney Bowes Global Financial Services**<br>**27 Waterview Dr**<br>**Shelton, CT  06484-4301** | **Postage Meter Equipment Lease Agreement (Installation CAN#: 20115903864)** |
| **Linc Service**<br>**4818 S 40th St**<br>**Phoenix, AZ  85040-2940** | **Project Agreement - Tempe AZ** |
| **Wells Fargo Equipment Finance, Inc.**<br>**1540 W Fountainhead Pkwy** | **Promissory Note - Contract Number 21877-701 dated as of June 10, 2004 & Security Agreement.  Included Security** |

B6G (Official Form 6G) (12/07) — Cont.

IN RE Brundage-Bone Concrete Pumping, Inc.                                    Case No. _____
_____                                              (If known)
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Tempe, AZ 85282-1839 | Agreement in Description. |
| Wells Fargo Equipment Finance, Inc. 1540 W Fountainhead Pkwy Tempe, AZ 85282-1839 | Promissory Note - Contract Number 21877-702 dated as of June 10, 2004 & Security Agreement. Included Security Agreement in Description |
| Wells Fargo Equipment Finance, Inc. 1540 W Fountainhead Pkwy Tempe, AZ 85282-1839 | Promissory Note - Contract Number 21877-703 dated as of June 10, 2004 & Security Agreement. Included Security Agreement in Description. |
| Wells Fargo Equipment Finance, Inc. 1540 W Fountainhead Pkwy Tempe, AZ 85282-1839 | Promissory Note - Contract Number 21877-704 dated as of June 10, 2004 & Security Agreement. Included Security Agreement in Description. |
| Wells Fargo Equipment Finance, Inc. 1540 W Fountainhead Pkwy Tempe, AZ 85282-1839 | Promissory Note - Contract Number 21877-705 dated as of June 10, 2004 & Security Agreement. Included Security Agreement in Description. |
| Wells Fargo Equipment Finance, Inc. 1540 W Fountainhead Pkwy Tempe, AZ 85282-1839 | Promissory Note - Contract Number 21877-707 dated as of June 10, 2004 & Security Agreement. Included Security Agreement in Description. |
| Wells Fargo Equipment Finance, Inc. 1540 W Fountainhead Pkwy Tempe, AZ 85282-1839 | Promissory Note - Contract Number 21877-708 dated as of June 10, 2004 & Security Agreement. Included Security Agreement in Description |
| Wells Fargo Equipment Finance, Inc. 1540 W Fountainhead Pkwy Tempe, AZ 85282-1839 | Promissory Note - Contract Number 21877-709 dated as of June 10, 2004 & Security Agreement. Included Security Agreement in Description. |
| Wells Fargo Equipment Finance, Inc. 1540 W Fountainhead Pkwy Tempe, AZ 85282-1839 | Promissory Note - Contract Number 21877-710 dated as of June 10, 2004 & Security Agreement. Included Security Agreement in Description |
| Wells Fargo Equipment Finance, Inc. 1540 W Fountainhead Pkwy Tempe, AZ 85282-1839 | Promissory Note - Contract Number 21877-711 dated as of June 10, 2004 & Security Agreement. Included Security Agreement in Description. |
| Wells Fargo Equipment Finance, Inc. 1540 W Fountainhead Pkwy Tempe, AZ 85282-1839 | Promissory Note - Contract Number 21877-712 dated as of June 10, 2004 & Security Agreement. Included Security Agreement in Description. |
| Wells Fargo Bank, National Association 1300 SW 5th Ave., 14th Floor Mac P6101-142 Portland, OR 97201-5667 | Promissory Note dated May 30, 2006 (Wells Fargo loan #00085-1). This promissory note also has amendment to Credit Agreement attached. |
| Purchase Power (Pitney Bowes) PO Box 856042 Louisville, KY 40285-6042 | Purchase Power Membership account. |
| Idaho Transportation Department PO Box 7129 Boise, ID 83707-1129 | Reinstatement for Bond Nr. FA 7346 (issued by CBIC through Pacific Insurance Agency, Inc., Spokane, WA, Oct 22, 2007). |
| Indoor Billboard 5140 N Channel Ave Portland, OR 97217-7622 | Rental & Service Agreement - Master Agreement for Kent, WA location. |
| Airgas Intermountain Inc. 4810 Vasquez Blvd Denver, CO 80216-3008 | Rental Agreement - Gas Storage Cylinders. |
| Modular Space Corporation (ModSpace) 16200 Central Commerce Dr Pflugerville, TX 78660-2032 | Rental Agreement - Storage Unit. |
| Mission Linen Supply Dba Mission Linnen & Uniform Service 1010 Avenue R Grand Prairie, TX 75050-1505 | Rental Service Agreement |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____ Case No. _____
<br>Debtor(s)                                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| A+ Wireless Inc. DBA:  Advantage Telecom<br>5909 NW Expressway<br>Oklahoma City, OK  73132-5161 | Service Agreement |
| Stadium Management Company, LLC<br>13655 Broncos Pkwy<br>Englewood, CO  80112-4150 | SMC Club Seat License Agreement; Licensee is "Dale G. Bone". |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA  98032-2943 | |
| Cintas Corporation<br>PO Box 625737<br>Cincinnati, OH  45262 | Standard Uniform Rental Service Agreement - Kent, WA |
| Cintas Corporation<br>2302 E Railroad St<br>Nampa, ID  83687-4940 | Standard Uniform Rental Service Agreement - Meridian, ID |
| Cintas Corporation<br>9333 E 35th St N<br>Wichita, KS  67226-2021 | Standard Uniform Rental Service Agreement - Wichita. |
| Construction Contractors Board<br>St. Of OR- Bureau of Labor & Industries<br>PO Box 14140<br>Salem, OR  97309-5052 | State of Oregon - Statutory Public Works Bond (issued by Contractors Bonding and Insurance Company, May 14, 2008). |
| Construction Contractors Board<br>St. Of OR - Bureau of Labor & Industries<br>PO Box 14140<br>Salem, OR  97309-5052 | State of Oregon - Statutory Public Works Bond (issued by Contractors Bonding and Insurance Company, May 14, 2008). |
| Airgas Mid South, Inc.<br>2018 S West St<br>Wichita, KS  67213-1117 | Storage Tank Lease Agreement. |
| M.A. Mortenson Company<br>700 Meadow Ln N<br>Minneapolis, MN  55422-4817 | Subcontractor Labor and Material Payment Bond #FC7787 (issued by Contractors Bonding and Insurance Company, Jun 30, 2008). |
| M.A. Mortenson Company<br>700 Meadow Ln N<br>Minneapolis, MN  55422-4817 | Subcontractor Performance Bond #FC7787 (issued by Contractors Bonding and Insurance Company, Jun 30, 2008). |
| M.A. Mortenson Company<br>700 Meadow Ln N<br>Minneapolis, MN  55422-4817 | Supplier Labor and Material Payment Bond #FC7428 (issued by Contractors Bonding and Insurance Company, Jun 3, 2008). |
| M.A. Mortenson Company<br>700 Meadow Ln N<br>Minneapolis, MN  55422-4817 | Supplier Performance Bond #FC7428 (issued by Contractors Bonding and Insurance Company, Jun 3, 2008) |
| Wells Fargo Bank, National Association<br>1300 SW 5th Ave., 14th Floor<br>Mac P6101-142<br>Portland, OR  97201-5667 | Term Note dated Feb 12, 2007 (Wells Fargo loan #1008) and First Modification to Promissory Note dated April 1, 2007. |
| Wells Fargo Bank, National Association<br>1300 SW 5th Ave., 14th Floor<br>Mac P6101-142<br>Portland, OR  97201-5667 | Term Note dated Feb 18, 2008 (Wells Fargo loan #1099) and First Modification to Promissory Note dated April 1, 2007. This term note also has amendment to Credit Agreement and Certificates of Incumbency attached. |
| Wells Fargo Bank, National Association<br>1300 SW 5th Ave., 14th Floor<br>Mac P6101-142<br>Portland, OR  97201-5667 | Term Note dated Jan 5, 2006 (Wells Fargo loan #745).  This term note also has amendment to Credit Agreement attached. |
| Wells Fargo Bank, National Association | Term Note dated May 30, 2006 (Wells Fargo loan #00088-50). |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07) – Cont.

IN RE Brundage-Bone Concrete Pumping, Inc.                                    Case No. _____
                          Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1300 SW 5th Ave., 14th Floor<br>Mac P6101-142<br>Portland, OR 97201-5667 | This term note also has amendment to Credit Agreement attached. |
| Int'l Union Of Operating Engineers<br>Local Union No. 701<br>555 1st St<br>Gladstone, OR 97027-2501 | Unit A collective bargaining labor union Agreement dated November 1, 2006. |
| Int'l Union Of Operating Engineers<br>Local Union No. 701<br>555 1st St<br>Gladstone, OR 97027-2501 | Unit B collective bargaining labor union Agreement dated November 1, 2006. |
| Cellco Partnership<br>Dba Verizon Wireless<br>1 Verizon Way, VC52S401<br>Basking Ridge, NJ 07920-1025 | Verizon Wireless Member Agreement |
| GOSERCO, Inc.<br>4566 E Inverness Ave Ste 201<br>Mesa, AZ 85206-4634 | Voice Recording Services. |
| Pure Planet Water<br>1015 N McQueen Rd<br>Gilbert, AZ 85233-2321 | Water Cooler Rental Agreement |
| Wells Fargo Equipment Finance, Inc.<br>1540 W Fountainhead Pkwy<br>Tempe, AZ 85282-1839 | WFEF Lease #001-0021877 Schedule 24 to GE Master Lease Agreement dated 10/23/02 for pumping equipment: Units 2166, 2168, 2213, 2218, 2220, and 2235 (formerly GE Lease #4137742-024). |
| Dale G. Bone<br>1037 4th Ave N<br>Kent, WA 98032-2943 | |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA 98032 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE <u>Brundage-Bone Concrete Pumping, Inc.</u>                    Case No. _____
          Debtor(s)                                                                                      (If known)

<div align="center">

## SCHEDULE H - CODEBTORS

</div>

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dale G. Bone**<br>**1037 4th Ave N**<br>**Kent, WA  98032-2943** | **GE Commercial Finance**<br>**Aka GE Capital Solutions**<br>**519 Virginia Dr**<br>**Fort Washington, PA  19034**<br><br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**GE Commercial Finance**<br>**Aka GE Capital Solutions**<br>**519 Virginia Dr**<br>**Fort Washington, PA  19034**<br><br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**M&I Marshall & Ilsley Bank**<br>**800 W 47th St**<br>**Kansas City, MO  64112-1251**<br><br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**Lone Star Bank**<br>**2700 Bee Caves Rd Ste 100**<br>**Austin, TX  78746-5678**<br><br>**Lone Star Bank**<br>**2700 Bee Caves Rd Ste 100**<br>**Austin, TX  78746-5678**<br><br>**Wells Fargo Bank**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**Wells Fargo Bank** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

**IN RE** Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                    Debtor(s)                                                                (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**GE Commercial Finance**<br>**Aka GE Capital Solutions**<br>**519 Virginia Dr**<br>**Fort Washington, PA  19034**<br><br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5602**<br><br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Bank Of America Leasing**<br>**231 S Lasalle St**<br>**Chicago, IL  60604-1426**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy** |

B6H (Official Form 6H) (12/07) Cont.

IN RE Brundage-Bone Concrete Pumping, Inc.                    Case No. _____
_____                              _____
Debtor(s)                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Tempe, AZ  85282-1839 |
| | Wells Fargo Equipment Finance (CIT)<br>1540 W Fountainhead Pkwy<br>Tempe, AZ  85282-1839 |
| | Wells Fargo Equipment Finance (CIT)<br>1540 W Fountainhead Pkwy<br>Tempe, AZ  85282-1839 |
| | Wells Fargo Equipment Finance (CIT)<br>1540 W Fountainhead Pkwy<br>Tempe, AZ  85282-1839 |
| | Wells Fargo Equipment Finance (CIT)<br>1540 W Fountainhead Pkwy<br>Tempe, AZ  85282-1839 |
| | Wells Fargo Equipment Finance (CIT)<br>1540 W Fountainhead Pkwy<br>Tempe, AZ  85282-1839 |
| | Wachovia Equipment Finance<br>301 S College St<br>Charlotte, NC  28288-0738 |
| | Wachovia Equipment Finance<br>301 S College St<br>Charlotte, NC  28288-0738 |
| | Wachovia Equipment Finance<br>301 S College St<br>Charlotte, NC  28288-0738 |
| | Commerce Bank Leasing, Inc.<br>8000 Forsyth Blvd<br>Saint Louis, MO  63105-1797 |
| | Wells Fargo Bank<br>MAC P6101-142<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667 |
| | Wells Fargo Bank<br>MAC P6101-142<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667 |
| | Key Equipment Finance, Inc.<br>1000 S McCaslin Blvd<br>Superior, CO  80027-9456 |
| | Key Equipment Finance, Inc.<br>1000 S McCaslin Blvd<br>Superior, CO  80027-9456 |
| | Key Bank National Association<br>1675 Broadway Ste 200<br>Denver, CO  80202-4629 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07) Cont.**

**IN RE** Brundage-Bone Concrete Pumping, Inc.         Case No. _____

                 Debtor(s)                               (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Key Bank National Association<br>1675 Broadway Ste 200<br>Denver, CO  80202-4629 |
| | Key Bank National Association<br>1675 Broadway Ste 200<br>Denver, CO  80202-4629 |
| | Key Bank National Association<br>1675 Broadway Ste 200<br>Denver, CO  80202-4629 |
| | Comerica Leasing Corporation<br>500 Woodward Ave<br>Detroit, MI  48226-3416 |
| | RBS Business Capital<br>53 State St<br>Boston, MA  02109-2802 |
| | Sun Trust Equipment Finance<br>Mail Code VA-Richmond-HDQ 1022<br>919 E Main St 22nd Fl<br>Richmond, VA  23219-4625 |
| | Sun Trust Equipment Finance<br>Mail Code VA-Richmond-HDQ 1022<br>919 E Main St 22nd Fl<br>Richmond, VA  23219-4625 |
| | People's Capital And Leasing Corp.<br>255 Bank St<br>Waterbury, CT  06702-2219 |
| | General Motors Acceptance Corp.<br>PO Box 9001948<br>Louisville, KY  40290-1948 |
| | PNC Equipment Finance<br>Two PNC Plaza, 13th Floor<br>620 Liberty Ave<br>Pittsburgh, PA  15222-2722 |
| | PNC Equipment Finance<br>Two PNC Plaza, 13th Floor<br>620 Liberty Ave<br>Pittsburgh, PA  15222-2722 |
| Jack W. Brundage<br>1037 4th Avenue N.<br>Kent, WA  98032 | GE Commercial Finance<br>Aka GE Capital Solutions<br>519 Virginia Dr<br>Fort Washington, PA  19034 |
| | Wells Fargo Bank<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667 |
| | GE Commercial Finance<br>Aka GE Capital Solutions |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE **Brundage-Bone Concrete Pumping, Inc.**                     Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 519 Virginia Dr<br>Fort Washington, PA  19034<br><br>Wells Fargo Bank<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667<br><br>M&I Marshall & Ilsley Bank<br>800 W 47th St<br>Kansas City, MO  64112-1251<br><br>Wells Fargo Bank<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667<br><br>Wells Fargo Bank<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667<br><br>Wells Fargo Bank<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667<br><br>Wells Fargo Bank<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667<br><br>Lone Star Bank<br>2700 Bee Caves Rd Ste 100<br>Austin, TX  78746-5678<br><br>Lone Star Bank<br>2700 Bee Caves Rd Ste 100<br>Austin, TX  78746-5678<br><br>Wells Fargo Bank<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667<br><br>Wells Fargo Bank<br>MAC P6101-142<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667<br><br>GE Commercial Finance<br>Aka GE Capital Solutions<br>519 Virginia Dr<br>Fort Washington, PA  19034<br><br>Wells Fargo Bank<br>MAC P6101-142<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5602<br><br>Wells Fargo Bank<br>MAC P6101-142<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE __Brundage-Bone Concrete Pumping, Inc._____     Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**Wells Fargo Bank**<br>**MAC P6101-142**<br>**1300 SW 5th Ave 14th Fl**<br>**Portland, OR  97201-5667**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Bank Of America Leasing**<br>**231 S Lasalle St**<br>**Chicago, IL  60604-1426**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)**<br>**1540 W Fountainhead Pkwy**<br>**Tempe, AZ  85282-1839**<br><br>**Wells Fargo Equipment Finance (CIT)** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE Brundage-Bone Concrete Pumping, Inc. _____   Case No. _____
                                        Debtor(s)                                          (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 1540 W Fountainhead Pkwy<br>Tempe, AZ  85282-1839 |
| | Wachovia Equipment Finance<br>301 S College St<br>Charlotte, NC  28288-0738 |
| | Wachovia Equipment Finance<br>301 S College St<br>Charlotte, NC  28288-0738 |
| | Wachovia Equipment Finance<br>301 S College St<br>Charlotte, NC  28288-0738 |
| | Commerce Bank Leasing, Inc.<br>8000 Forsyth Blvd<br>Saint Louis, MO  63105-1797 |
| | Wells Fargo Bank<br>MAC P6101-142<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667 |
| | Wells Fargo Bank<br>MAC P6101-142<br>1300 SW 5th Ave 14th Fl<br>Portland, OR  97201-5667 |
| | Key Equipment Finance, Inc.<br>1000 S McCaslin Blvd<br>Superior, CO  80027-9456 |
| | Key Equipment Finance, Inc.<br>1000 S McCaslin Blvd<br>Superior, CO  80027-9456 |
| | Key Bank National Association<br>1675 Broadway Ste 200<br>Denver, CO  80202-4629 |
| | Key Bank National Association<br>1675 Broadway Ste 200<br>Denver, CO  80202-4629 |
| | Key Bank National Association<br>1675 Broadway Ste 200<br>Denver, CO  80202-4629 |
| | Key Bank National Association<br>1675 Broadway Ste 200<br>Denver, CO  80202-4629 |
| | Comerica Leasing Corporation<br>500 Woodward Ave<br>Detroit, MI  48226-3416 |
| | RBS Business Capital<br>53 State St |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) Cont.

IN RE <u>Brundage-Bone Concrete Pumping, Inc.</u>                    Case No. _____
                          Debtor(s)                                                      (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | **Boston, MA 02109-2802**<br><br>**Sun Trust Equipment Finance**<br>**Mail Code VA-Richmond-HDQ 1022**<br>**919 E Main St 22nd Fl**<br>**Richmond, VA 23219-4625**<br><br>**Sun Trust Equipment Finance**<br>**Mail Code VA-Richmond-HDQ 1022**<br>**919 E Main St 22nd Fl**<br>**Richmond, VA 23219-4625**<br><br>**People's Capital And Leasing Corp.**<br>**255 Bank St**<br>**Waterbury, CT 06702-2219**<br><br>**General Motors Acceptance Corp.**<br>**PO Box 9001948**<br>**Louisville, KY 40290-1948**<br><br>**PNC Equipment Finance**<br>**Two PNC Plaza, 13th Floor**<br>**620 Liberty Ave**<br>**Pittsburgh, PA 15222-2722**<br><br>**PNC Equipment Finance**<br>**Two PNC Plaza, 13th Floor**<br>**620 Liberty Ave**<br>**Pittsburgh, PA 15222-2722** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Brundage-Bone Concrete Pumping, Inc.** _____   Case No. _____
                                    Debtor(s)                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____
                                                                                                                      Debtor

Date: _____   Signature: _____
                                                                                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/CEO**_____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Brundage-Bone Concrete Pumping, Inc.**_____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**693** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 18, 2010**_____   Signature: **_/s/ Bruce F. Young_**_____

                                    **Bruce F. Young**_____
                                                            (Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only