UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) <br> ) <br> ) <br> BRUNDAGE-BONE ) <br> CONCRETE PUMPING, INC. ) <br> EIN: 84-0972141 ) <br> ) <br> ) <br> Debtor. ) <br> ) | Case No. 10-758 ABC <br> Chapter 11 |
| In re ) <br> ) <br> JLS CONCRETE PUMPING, INC. ) <br> EIN: 84-0972141 ) <br> ) <br> ) <br> Debtor. ) | Case No. 10-10760 EEB <br> Chapter 11 |

**AFFIDAVIT OF JOHN L. RUPPERT**

STATE OF COLORADO     )
                     ) ss
COUNTY OF DENVER      )

I, John L. Ruppert, being first duly sworn upon oath, state and aver as follows:

1. I am an attorney licensed to practice in Colorado and have been licensed in Colorado since 1978.

2. I maintain an office at 1225 17th Street, Suite 2300, Denver, Colorado 80202; telephone (303) 299-7304. I am a partner in the firm of Ballard Spahr LLP ("Ballard Spahr").

3. The shareholders and associates of Ballard Spahr are experienced in the areas of corporate, business and securities litigation and have the necessary qualifications to represent Brundage-Bone Concrete Pumping, Inc. ("Brundage-Bone") and JLS Concrete Pumping, Inc. ("JLS") (Brundage-Bone and JLS are hereinafter sometimes collectively referred to as the "Debtors") in connection with the legal matters more fully described herein.

4. Prior to filing for relief, Ballard Spahr provided necessary legal representation and services to the Debtors in various general corporate, business and securities matters

(the "Legal Matters"). As of the Petition Date, there are no outstanding amounts owed by the Debtors to Ballard Spahr.

5. The Debtors seek authorization to employ the law firm of Ballard Spahr as special counsel in these bankruptcy cases to assist the Debtors and bankruptcy counsel, and continue to represent the Debtors in connection with the Legal Matters, and all matters related thereto.

6. The Debtors have has selected the firm of Ballard Spahr based upon their expertise and experience in corporate, business and securities matters, and believes that said attorneys are well qualified to represent the Debtors in the Legal Matters, and any matters related thereto.

7. Pursuant to Fed.R.Bankr.P. 2014, to the best of my knowledge and belief, neither Ballard Spahr nor any employee of Ballard Spahr represents or holds any adverse interest to the Debtors, the creditors, any other part in interest, their respective attorneys and accountants, the United States Trustee's Office, or any person employed in the Office of the United States Trustee, on the matters on which Ballard Spahr is to be engaged as special counsel.

8. Ballard Spahr has agreed to undertake representation of the Debtors in the Legal Matters, and the rate for services provided by Ballard Spahr ranges from to $175 to $550 per hour for attorneys and paralegals who will work on the Legal Matters.

9. No post-petition retainer has been received by Ballard Spahr from the Debtors.

10. Neither I nor Ballard Spahr have made any agreement or reached any understanding with any other person for a division of any compensation which may be awarded herein, except as such compensation will be shared or otherwise distributed among the employees and owners of Ballard Spahr.

11. The fees to be charged in this matter for which Ballard Spahr is being employed and predicated upon normal charges and costs.

FURTHER AFFIANT SAITH NOT.

_John L. Ruppert_
John L. Ruppert

Subscribed and sworn to before me this 15th day of January, 2010.

WITNESS my hand and official seal. _Sharon E. Fox_
Notary Public

[Notary seal: SHARON E. FOX, NOTARY PUBLIC, STATE OF COLORADO]

My Commission Expires July 26, 2013