UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re ) | |
| ) | |
| BRUNDAGE-BONE ) | Case No. 10-10758 ABC |
| CONCRETE PUMPING, INC. ) | Chapter 11 |
| EIN: 84-0972141 ) | |
| ) | |
| Debtor. ) | |
| ) | |
| In re ) | |
| ) | Case No. 10-10760 EEB |
| JLS CONCRETE PUMPING, INC. ) | Chapter 11 |
| EIN: 84-0972141 ) | |
| ) | |
| Debtor. ) | |

AFFIDAVIT OF WILLIAM S. MACKENZIE

STATE OF COLORADO )
) ss.
CITY AND COUNTY OF DENVER )

William S. Mackenzie, being first duly sworn, hereby states as follows:

1. I am a managing director of Cloyses Partners LLC ("Cloyses"), 1441 Eighteenth Street, Suite 200, Denver, Colorado 80202.

2. Cloyses is experienced in the areas of general financial advisement and consulting services, and Cloyses is well qualified to assist Brundage-Bone Concrete Pumping, Inc. ("Brundage-Bone") and JLS Concrete Pumping, Inc. ("JLS") (Brundage-Bone and JLS are hereinafter collectively referred to as the "Debtors") in these bankruptcy proceedings.

3. It is anticipated that C. Randel Lewis and I will either supervise or provide the general financial advisement services provided by Cloyses contemplated under the Application, including assisting the Debtors in preparing financial reports including GAAP financial forecasts (e.g., balance sheet, statement of operations and statement of cash flows), weekly cash forecasts, analysis of monthly operating results, assistance with monthly bankruptcy reporting requirements and other reports as required pursuant to the Debtors' affairs.

4. Pursuant to Fed.R.Bankr.P. 2014, to the best of my knowledge and belief, neither Cloyses nor any employees, owners or associates of Cloyses have an adverse connection or

conflict of interest to the Debtors, creditors, any other party in interest, their respective attorneys, the United States Trustee's office, or any person employed in the office of the United States Trustee.

5. To the best of my knowledge and belief, Cloyses is a "disinterested person" as defined in 11 U.S.C. § 101(14).

6. Cloyses' employment under the above described terms is in the best interests of the bankruptcy estates.

7. Cloyses has agreed to provide the general financial advisement and consulting services under the terms set forth in the Letter Agreement dated January 30, 2009, a copy of which is attached to the Application as <u>Exhibit 1</u>.

8. Pursuant to the Letter Agreement, the Debtors propose to pay Cloyses at its customary hourly rates. C. Randel Lewis and I bill at the hourly rates of $375.00. Other associates of Cloyses who may provide services to the Debtors currently bill at the hourly rate range of $185.00 to $350.00.

9. On February 4, 2009, Brundage-Bone provided Cloyses with an evergreen retainer in the amount of $25,000.00. From February 4, 2009 through the Petition Date, Cloyses has drawn on the retainer to pay fees and costs and Brundage-Bone has replenished the retainer as necessary.

10. As of the Petition Date, the retainer balance was $14,123.58.

11. Cloyses asserts a security interest in the retainers. In the event these case are converted to Chapter 7 proceedings, the security interest in the retainer may enable Cloyses to receive payment of its fees and expenses to the extent of the retainer while other administrative expenses remain unpaid. Any sums remaining at the close of the representation will be refunded to Brundage-Bone. There are no liens or interests in the retained funds other than the security interest claimed by Cloyses.

12. No post petition retainer has been received by Cloyses from the Debtors.

13. Neither I nor Cloyses have made any agreement or reached any understanding with any other person for a division of any compensation which may be awarded herein, except as such compensation will be shared or otherwise distributed among the employees and owners of Cloyses.

14. Cloyses has agreed to provide services to the Debtors for reasonable compensation, and the fees to be charged in this matter for which Cloyses is being employed and predicated upon normal charges and costs.

FURTHER AFFIANT SAITH NOT.

William S. Mackenzie,
Managing Director

Subscribed and sworn to before me this 19th day of January, 2010.

WITNESS my hand and official seal.

Notary Public

My commission expires: 1/7/2013