IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
**HONORABLE A. BRUCE CAMPBELL**

| | | |
|---|---|---|
| In re: | ) | |
| BRUNDAGE-BONE | ) | Case No. 10-10758 ABC |
| CONCRETE PUMPING, INC. | ) | Chapter 11 |
| EIN: 84-0972141 | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| JLS CONCRETE PUMPING, INC. | ) | Case No. 10-10760 ABC |
| EIN: 84-0972141 | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | *Jointly Administered under* |
| | ) | *Case No. 10-10758 ABC* |

### ORDER SUPPLEMENTING STIPULATED ORDER AUTHORIZING CONSENSUAL USE OF CASH COLLATERAL, GRANTING ADEQUATE PROTECTION AND AUTHORIZING RETENTION OF CASH MANAGEMENT SYSTEMS

At the conclusion of the hearing convened in this case on January 21, 2010, on Debtors' various first day motions, the parties presented a stipulation to supplement the Stipulated Order Authorizing Consensual Use of Cash Collateral, Granting Adequate Protection and Authorizing Retention of Cash Management Systems ("Stipulated Order"), Docket #45. Pursuant to the supplemental stipulation between the Debtors and Wells Fargo Bank, N.A. ("WFB") presented orally on the record, and given the absence of any objection by the parties appearing, it is

ORDERED that Debtors are authorized to use any cash collateral which becomes available in addition to the previously authorized $1.3 million until the close of business, Monday, January 25, 2010, in an amount necessary to avoid immediate and irreparable harm; and it is

FURTHER ORDERED that Debtors' use of any such additional cash collateral is limited to the items specified for Week 1 on the Budget attached hereto, except that Debtors are not authorized to use such additional cash collateral which may become available for payment of interest and fees related to the DIP Credit Facility line item on said Budget; and it is

FURTHER ORDERED that WFB is granted as adequate protection a replacement lien in the same collateral to the same extent previously provided in the Stipulated Order to protect WFB from diminution in the value of its collateral position at the time of the petition caused by Debtors' use of cash collateral; and it is

FURTHER ORDERED that no other provision of the Stipulated Order is modified.

DATED: January 21, 2010            BY THE COURT:

_____
A. Bruce Campbell
Bankruptcy Judge

Case:10-10758-ABC    Doc#:16-2    Filed:01/19/10    Entered:01/19/10 13:11:21    Page1 of 1

| Week beginning | Week 1 01-18-10 | Week 2 01-25-10 | Week 3 02-01-10 | Week 4 02-08-10 | Week 5 02-15-10 | Week 6 02-22-10 | Week 7 03-01-10 | Week 8 03-08-10 | Week 9 03-15-10 | Week 10 03-22-10 | Week 11 03-29-10 | Week 12 04-05-10 | Week 13 04-12-10 | Total 13 Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $0 | ($2,452,431) | ($3,786,400) | ($5,148,990) | ($6,097,102) | ($4,022,287) | ($5,336,232) | ($10,263,382) | ($10,337,142) | ($11,128,647) | ($11,179,351) | ($11,313,567) | ($10,951,025) | $0 |
| Employee payroll and benefits | 535,585 | 527,850 | 924,760 | 571,972 | 922,120 | 535,020 | 922,120 | 514,460 | 991,560 | 514,460 | 911,550 | 522,908 | 1,012,660 | 9,799,966 |
| Payments / Vendors: | | | | | | | | | | | | | | |
| Fuel | 172,900 | 234,900 | 102,050 | 102,050 | 304,050 | 102,050 | 98,650 | 98,650 | 168,650 | 230,650 | 101,370 | 105,450 | 175,450 | 1,996,870 |
| Parts & maintenance | 150,920 | 150,920 | 149,940 | 149,940 | 149,940 | 148,940 | 146,020 | 146,020 | 146,020 | 146,020 | 149,156 | 153,860 | 153,860 | 1,942,556 |
| Lease/rent payments | 4,750 | 48,038 | 62,890 | 1,200 | 4,750 | 48,038 | 62,890 | 1,200 | 4,750 | 48,038 | 0 | 139,890 | 1,200 | 427,634 |
| Utilities | 0 | 0 | 0 | 0 | 106,000 | 0 | 0 | 0 | 112,000 | 0 | 0 | 0 | 0 | 218,000 |
| Insurance | 381,575 | 189,409 | 0 | 0 | 381,576 | 189,409 | 0 | 0 | 381,575 | 189,409 | 0 | 0 | 381,575 | 2,014,527 |
| Taxes | 0 | 59,442 | 0 | 0 | 0 | 52,175 | 0 | 0 | 0 | 53,915 | 0 | 0 | 0 | 165,532 |
| Other | 823,600 | 123,800 | 122,950 | 122,950 | 122,950 | 372,950 | 128,350 | 128,350 | 128,350 | 128,350 | 380,430 | 133,550 | 133,550 | 2,849,930 |
| DIP Credit Facility Interest and Fees | 200,000 | 0 | 0 | 0 | 0 | 74,562 | 0 | 0 | 0 | 88,762 | 0 | 0 | 0 | 364,324 |
| Total disbursements | 2,451,431 | 1,333,960 | 1,362,590 | 948,112 | 1,971,385 | 1,514,145 | 1,358,030 | 888,680 | 1,912,905 | 1,400,404 | 1,542,516 | 1,055,658 | 1,858,315 | 19,579,340 |
| Cash receipts | 0 | 0 | 0 | 0 | 48,200 | 200,200 | 430,900 | 814,900 | 1,121,400 | 1,349,800 | 1,408,300 | 1,418,200 | 1,447,200 | 8,217,200 |
| Net Increase (decrease) in Cash | ($2,452,431) | ($1,333,960) | ($1,362,590) | ($948,112) | ($1,925,185) | ($1,313,945) | ($927,130) | ($73,780) | ($791,505) | ($50,704) | ($134,216) | $362,542 | ($411,115) | ($11,362,140) |
| Aggregate Use of Cash | ($2,452,431) | ($3,786,400) | ($5,148,990) | ($6,097,102) | ($6,022,287) | ($9,336,232) | ($10,263,382) | ($10,337,142) | ($11,128,647) | ($11,179,351) | ($11,313,567) | ($10,951,025) | ($11,362,140) | ($11,362,140) |

EXHIBIT 2