UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO IN BANKRUPTCY

*Minutes of Proceeding/Minute Order*

| Date: | January 22, 2010 | | Honorable A. Bruce Campbell, Presiding |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| In re: | **Brundage-Bone Concrete Pumping, Inc.** | | | Jointly Administered |
| | Case No: 10-10758 ABC | | | Under |
| | **JLS Concrete Pumping, Inc.** | | | Case No. 10-10758 **ABC** |
| | Case No: 10-10760 ABC | | Debtors | Chapter 11 |

| | Appearances | | Counsel | |
|---|---|---|---|---|
| Trustee | United States Trustee | | Counsel | Leo M. Weiss |
| Debtors | Bruce Young and Jeffrey Switzer, Directors | | Counsel | Harvey Sender, Matthew T. Faga |
| Creditor | Wells Fargo Bank, N.A. | | Counsel | Jack L. Smith, Bruce W. Leaverton |
| | | | | Mary Jo Heston |
| Creditor | Aurora Resurgence Management Partners LLC | | Counsel | Michael J. Pankow, Marc McKane, |
| | and Commercial Finance Services 110 LLC | | | Marc J. Carmel |
| Creditor | Key Bank, Key Leasing | | Counsel | Deborah A. Crabbe |
| Creditor | Key Bank, Key Equity Finance | | Counsel | Jonathan A. Braun |
| Creditor | General Electric Capital Corporation | | Counsel | Jeremy Peck |
| Creditor | Banc of America Leasing and Capital | | Counsel | Brent R. Cohen |
| Creditor | PNC Equipment Financing | | Counsel | M. Frances Cetrulo |
| Creditor | Sun Trust Financial & Equipment Leasing, Inc. | | Counsel | Milnor Senior III |
| Creditor | RBS Assets Finance | | Counsel | Kevin Neiman |
| Int. Party | Ballard Spahr, LLC | | Counsel | John L. Ruppert, Michele Rowland |

Proceedings:   Debtors' Motion Seeking Expedited Entry of Orders filed January 18, 2010

[ ] Witnesses sworn     [ ] See attached list     [ ] Exhibits entered     [ ] See attached list     [ ] Evidentiary

[ ]

Orders:

| | | | | | |
|---|---|---|---|---|---|
| [ ] | Relief sought in complaint/motion: | [ ] Granted | [ ] Denied | [ ] Dismissed | [ ] Awarded by default |
| [ ] | Judgment to enter for: | [ ] Plaintiff | [ ] Defendant | [ ] Applicant | [ ] Respondent |
| | | [ ] In the amount of | $ | | |

[ ]   Matter taken under advisement
[ ]   Oral findings and conclusions made of record
[ ]   Formal order to enter
[x]   Continued to   January 26, 2010, at 3:00 p.m. in Courtroom C

[X]   The parties have reached an additional interim/partial settlement that authorizes the debtor to use thru the close of business, Tuesday, January 26, 2010, any additional cash collateral, including pay deposits for post petition amounts to credit card issuers up to $100,000.00. The replacement lien adequate protection provisions of this court's orders of January 21, 2010, (docket entries #45 and #53) shall apply to the additional cash collateral use authorized herein.

[X]   The parties shall provide a red-line copy of the form of order to chambers.

IT IS SO ORDERED:     Date: **January 22, 2010**     FOR THE COURT:
                                                         *Bradford L. Bolton, Clerk*

*[signature]*                                             By: *[signature]*

A. Bruce Campbell, Judge