### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO
### The Honorable A. Bruce Campbell

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| BRUNDAGE-BONE CONCRETE | ) | Case No. 10-10758 ABC |
| PUMPING, INC. | ) | Chapter 11 |
| EIN 84-0972141 | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JLS CONCRETE PUMPING, INC. | ) | Case No. 10-10760 ABC |
| EIN 84-0972141 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | ***Jointly Administered Under*** |
| | ) | ***Case No. 10-10758 ABC*** |

## ORDER APPROVING DISCLOSURE STATEMENT
## AND SETTING CONFIRMATION HEARING

THIS MATTER has come before the Court for consideration of the adequacy of Debtors' First Amended Disclosure Statement Dated February 2, 2011 ("Disclosure Statement") filed February 2, 2011, in support of its Second Amended Plan of Reorganization Dated February 2, 2011 (the "Plan") filed February 2, 2011. Adequate notice has been given, and the Court has found that the Debtors' Disclosure Statement contains adequate information as the term is defined by 11 U.S.C. §1125. Accordingly, it is

ORDERED that the Debtors' Disclosure Statement is hereby approved; and it is

FURTHER ORDERED that the Debtors and all parties in interest may now solicit acceptances or rejections of the Plan pursuant to 11 U.S.C. §1125; and it is

FURTHER ORDERED that on or before **February 9, 2011**, the Debtors shall cause to be transmitted by mail to all creditors and parties in interest, whose vote on the Plan are to be solicited, the Plan and approved Disclosure Statement, a copy of this Order and a ballot for voting on the Plan, and file a certificate of service with the Court within five (5) days of the date of mailing; and it is

FURTHER ORDERED that ballots soliciting acceptances or rejections of the Plan must be submitted by the holders of all claims or interests on or before **March 21, 2011**, to the Debtors' Notice, Claims and Solicitation Agent, Epiq Bankruptcy Solutions, LLC, at the address provided on the ballot; and it is

FURTHER ORDERED that any objection to confirmation of the Plan shall be filed with the Court on or before **March 21, 2011**, and a copy of any such objection shall be received by Debtors' counsel, John B. Wasserman, Sender & Wasserman, P.C., 1660 Lincoln Street, Suite 2200, Denver, Colorado 80264 on or before **March 21, 2011**; and it is

FURTHER ORDERED that for the sole purpose of determining who holds allowed claims or interests, and is thus entitled to vote to accept or reject the Debtors' Plan pursuant to Bankruptcy Code sections 502(a) and 1126(a), any objection to a claim or interest must be filed by **March 4, 2011**, and served on the claim or interest holder; and it is

FURTHER ORDERED that any request for temporary allowance of an objected to claim or interest for purposes of voting to accept or reject the Debtors' Plan must be filed in accordance with Bankruptcy Rule 3018(a) on or before **March 11, 2011**; and it is

FURTHER ORDERED that a hearing for consideration of confirmation of the Plan and any objections to the confirmation of the Plan will be held on **Friday, April 1, 2011, at 1:30 p.m.,** before the undersigned judge in the United States Bankruptcy Court for the District of Colorado, **Courtroom C**, U.S. Custom House, 721 19th Street, Denver, Colorado; and it is

FURTHER ORDERED that a bar date has previously been set for filing proofs of claim herein; and it is

FURTHER ORDERED that the last date for filing complaints objecting to Debtors' discharge pursuant to 11 U.S.C. §1141(d)(3) and Fed.R.B.P. 4004(a) is **April 1, 2011**; and it is

FURTHER ORDERED that any motion, whether written or oral, to convert either or both of these cases to cases under Chapter 7 or to dismiss such cases, made at any hearing on confirmation will be heard upon forthwith notice; and it is

FURTHER ORDERED that the hearing on the confirmation of the Plan may be continued from time to time by order made in open court without other written notice to any parties in interest.

DATED: *February 3, 2011*

BY THE COURT:

A. Bruce Campbell
United States Bankruptcy Judge

2