# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| BRUNDAGE-BONE ) | Case No. 10-10758 ABC |
| CONCRETE PUMPING, INC. ) | Chapter 11 |
| EIN: 84-0972141 ) | |
| ) | |
| Debtor. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 10-10760 ABC |
| JLS CONCRETE PUMPING, INC. ) | Chapter 11 |
| EIN: 84-0972141 ) | |
| ) | *Jointly Administered Under* |
| Debtor. ) | *Case No. 10-10758 ABC* |

## DEBTORS' NOTICE OF FILING OF PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING THE SECOND AMENDED PLAN OF REORGANIZATION DATED FEBRUARY 2, 2011 PROPOSED BY BRUNDAGE-BONE CONCRETE PUMPING, INC. AND JLS CONCRETE PUMPING, INC.

Debtors-in-Possession BRUNDAGE-BONE CONCRETE PUMPING, INC. and JLS CONCRETE PUMPING, INC., through their undersigned counsel, hereby provide notice of their filing of the attached proposed Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Plan of Reorganization Dated February 2, 2011 Proposed by Brundage-Bone Concrete Pumping, Inc. and JLS Concrete Pumping, Inc. for the continued confirmation hearing to be held on Friday, April 29, 2011 at 9:00 a.m.

Dated this 28th day of April, 2011.    Respectfully submitted,
SENDER & WASSERMAN, P.C.

*/s/Matthew T. Faga*
Harvey Sender, #7546
John B. Wasserman, #10011
David V. Wadsworth, #32066
Matthew T. Faga, #41132
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264
(303) 296-1999, Fax: (303) 296-7600
faga@sendwass.com
ATTORNEYS FOR THE DEBTORS