UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF COLORADO

In re:  Brundage-Bone Concrete Pumping, Inc.
        and                                    )
        JLS Concrete Pumping, Inc.             )     Bankruptcy No.  10-10758-ABC
                                               )
                                               )     Chapter 11
                                               )
                                               )
                        Debtor(s).  )

**NOTICE TO FILE FINAL REPORT**
**AND ACCOUNT OF ADMINISTRATION OF ESTATE**
**AND APPLICATIONS FOR FINAL DECREE**

TO THE DEBTOR (OR TRUSTEE) AND ITS ATTORNEY:

On  May 2, 2011          , the Court entered an order confirming the chapter 11 plan in the above-entitled action.  As a result thereof, certain reports concerning consummation of the plan are now required of the debtor pursuant to 11 U.S. C. 1106(a) (1) and (7), and 1107(a) as applicable, and 704(9) to facilitate full administration of the estate and closing of this case in accordance with Rule 3022, Federal Rules of Bankruptcy Procedure. Therefore,

NOTICE IS HEREBY GIVEN that:

1.      Upon substantial consummation of a corporate, LLC or partnership debtor's plan, the debtor shall file an original and serve upon the U. S. Trustee a final report and account showing full administration of the estate in substantial conformity with the final report and account forms enclosed herewith;

2.      Concurrent with the filing of the final report and account showing full administration of the estate, the debtor shall file an original copy and serve upon the U. S. Trustee a motion for the entry of final decree together with a proposed form of order in substantial conformity with the suggested form of final decree enclosed herewith;

Bankruptcy No.  10-10758-ABC

**NOTICE TO FILE INTERIM/FINAL REPORTS**
Page 2.

3.  Upon receipt, the U. S. Trustee will review the final report and account showing full administration of the estate and the motion for entry of final decree in accordance with his overall responsibility to monitor the case, the debtor-in-possession or trustee.  If appropriate, the U. S. Trustee will object to such report and motion; and

4.  Pursuant to a memorandum of understanding between the Executive office for U. S. Trustee and the Administration office of the U. S. Courts, if no objection has been filed by the U. S. Trustee within 30 days after filing of the report and motion, a presumption will made that the estate has been properly administered and the final decree closing the case shall enter.

Dated:   5/2/2011

For the Court
Bradford L. Bolton, Clerk

By
saj
Deputy Clerk
(720) 904-7300

**LOCAL BANKRUPTCY FORM 3022-1.1**
[Caption as in Bankruptcy Official Form 16A]

**CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE**
(chapter 11 business debtor)

Comes now the debtor _____,
by and through its undersigned attorney, and pursuant to the provisions of 11 U.S.C.
§ 1106(a)(7) as order by this court, and submits that the estate herein is fully administered
and that the plan has been substantially consummated as follows:

1.      That the order confirming the plan has become final;

2.      That the deposits required by the plan have been distributed in accordance with
the provisions of the plan as shown in Schedule A attached hereto;

3.      That substantially all of the property of the debtor has been transferred according
to the provisions of the plan as shown in Schedule B attached hereto;

4.      That the debtor or the successor has assumed the business or the management of
the property dealt with by the plan as applicable;

5.      That distribution has been commenced under the plan, and that payments to
creditors and other interested parties have been undertaken as shown in Schedule C
attached hereto; and

6.      That all motions, contested matters, and adversary proceedings have been finally
resolved.

WHEREFOR the debtor herein prays for the entry of the Final Decree pursuant to
FED.R.BANKR.P. 3022, finding that the estate has been fully administered and, therefore,
ordering the closing of the case.

Dated: _____          By: _____
                                      Representative of the Debtor

Dated: _____          By: _____
                                      *Counsel to* _____
                                      Attorney registration number (if applicable)
                                      Business address (or home address for *pro se*)
                                      Telephone number
                                      Facsimile number
                                      E-mail address

170

Debtor: _____
Case No.:_____

## SCHEDULE A

Nature and amount of deposits distributed in accordance with the provisions of the plan:

| Nature of Deposit | Amount | Distribution |
|---|---|---|
|  |  |  |
|  |  |  |

Debtor: _____

Case No.:_____

## SCHEDULE B

The following property of the debtor has been/will be transferred according to the provisions of the plan:

| Nature of Property | Value of Property | Transferred To | Date of Transfer (Actual or Estimated) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Debtor: _____

Case No.:_____

## SCHEDULE C

Payments completed under the provisions of the plan are as follows:

**Administrative Payments/Fees and Taxes:**

| | |
|---|---|
| 1. Trustee's Commissions and Expenses | $ _____ |
| 2. Accountant's Fees | $ _____ |
| 3. Auctioneer's Fees | $ _____ |
| 4. Appraiser's Fees | $ _____ |
| 5. Attorney's Fees | |
|     a. for creditor's committee | $ _____ |
|     b. for trustee | $ _____ |
|     c. for debtor | $ _____ |
|     d. other attorney's fees | $ _____ |
| 6. Taxes, Fines, Penalties, etc. | $ _____ |
| (11 U.S.C. § 502(b)(1)(B) & (C)) | |
| 7. Other Non-Operating Costs of Administration | $ _____ |
| (Please itemize on attached sheets) | |

TOTAL Administrative Payments/Fees and Taxes:     **$ _____**

**Other Priority Payments:**

| | |
|---|---|
| 1. Post Involuntary Petition/Pre-relief Claims | $ _____ |
| 2. Wages, etc. | $ _____ |
| 3. Contributions to Employee Benefit Plans | $ _____ |
| 4. Deposits for Undelivered Service or Property | $ _____ |
| 5. Taxes (11 U.S.C. § 507(a)(6)) | $ _____ |

TOTAL Other Priority Payments:     **$ _____**

**Other Payments Completed Under the Plan:**

| | |
|---|---|
| 1. Payments to Secured Creditors | $ _____ |
| 2. Payments to Unsecured Creditors | $ _____ |
| 3. Payments to Equity Holders | $ _____ |
| 4. Other Distributions | $ _____ |

TOTAL Other Payments Completed Under the Plan:     **$ _____**

**LOCAL BANKRUPTCY FORM 3022-1.3**
[Caption as in Bankruptcy Official Form 16A]

**FINAL DECREE**
(Chapter 11 business debtor)

The estate of the above-named debtor having been fully administered, it is

ORDERED that the chapter 11 case of the above-named debtor is hereby closed.

Dated: _____         BY THE COURT:

_____
United States Bankruptcy Judge

179